Donna M. Meyers
William E. Moseley
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
PHONE: 907-279-3581
FAX: 907-277-1331
dmm@delaneywiles.com
wem@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her power of attorney CAROL WINTERS, <br><br> Plaintiff, <br><br> vs. <br><br> CHUGIAK SENIOR CITIZENS, INC. <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 3:06-cv._____-____ |

**NOTICE OF REMOVAL OF CASE FROM
STATE COURT (SUPERIOR COURT NO. 3AN-06-6023 CIVIL)**

TO THE DISTRICT COURT OF THE UNITED STATES, DISTRICT OF ALASKA, AND TO PLAINTIFF AND HER ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that the Defendant, Chugiak Senior Citizens, Inc., contemporaneous with the filing of this Notice, is effectuating the removal of the above-referenced action from the Superior Court of the State of Alaska, Third Judicial District, to the United States District Court for the District of Alaska. A true and correct copy of

the Notice to Superior Court of Filing Notice of Removal filed in Case No. 3AN-06-6023 Civil, is attached hereto as **Exhibit A**. The removal is based on the following grounds:

1. On or about March 14, 2006, Plaintiff Helen Winters, through her power of attorney, Carol Winters, filed a State action against the Defendant Chugiak Senior Citizens, Inc., in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, as Case No. 3AN-06-6023 Civil. The original complaint, titled Complaint For Injunctive And Declaratory Relief And For Damages, asserted violations of the Alaska Assisted Living Homes Act (AS 47.33.005 *et seq.*), the Alaska Human Right Act (AS 18.80.200 *et seq.*), the Alaska Uniform Landlord and Tenant Act (AS 34.03.010 *et seq.*), and common law causes for breach for contract and negligence. A true and correct copy of the complaint and Summons is attached hereto as **Exhibit B**.

2. Prior to Defendant's answer, Plaintiff subsequently filed in the same State action an Amended Complaint on March 31, 2006. Plaintiff's amended complaint asserted additional causes of action for violations of the Americans with Disabilities Act (42 U.S.C. §§ 12101 *et seq.*), Section 504 of the Rehabilitation Act of 1973, as amended (29 U.S.C. §794), and the Fair Housing Act of 1988 (42 U.S.C. §§ 3601 *et seq.*). A true and correct copy of the amended complaint is attached hereto as **Exhibit C**.

3. On April 12, 2006, plaintiff filed a Motion for Temporary Restraining Order and Injunction in the State action, requesting "immediate entry of a temporary restraining order requiring defendant to cease and desist from taking any actions to evict plaintiff", even though there is no forceable entry and detainer ("FED") action

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Notice of Removal of Case from State Court
Helen Winters v. Chugiak Senior Citizens, Inc./Case No. 3:06-cv-_____-_____

Page 2 of 5

currently pending in State court. A true and correct copy of plaintiff's Motion for Temporary Restraining Order and Injunction, and documents filed in support of the motion are attached hereto as **Exhibit D**.

4.  On April 13, 2006, the State Superior Court granted plaintiff's Motion for Temporary Restraining Order *ex parte*, which became effective April 13, 2006, at 8:00 a.m. The Order restrains defendant from "taking any actions to evict plaintiff from the Chugiak Senior Center, including but not limited to filing a District Court FED proceeding", and the Order remains in effect for ten days or until modified by the Court, whichever happens first. The Superior Court also scheduled a hearing on April 18, 2006, whether or not the Order should be extended or a preliminary injunction should issue. A true and correct copy of the Temporary Restraining Order is attached hereto as **Exhibit E**.

5.  Defendant has not filed any FED proceeding, and upon removal defendant would agree not to file any FED action to evict plaintiff form the Chugiak Senior Center prior to April 28, 2006.

6.  The United States District Court has jurisdiction over the Superior Court action in this matter, pursuant to 28 U.S.C. § 1331 as one that may be removed under 28 U.S.C. § 1441 based on the existence of a federal question. Further, supplemental jurisdiction exists over the common law and State statutory claims pursuant to 28 U.S.C. § 1367(a).

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Notice of Removal of Case from State Court
Helen Winters v. Chugiak Senior Citizens, Inc./Case No. 3:06-cv-____-____

Page 3 of 5

7.  This notice of removal is timely pursuant to 28 U.S.C. § 1446(b) because it is being filed within thirty (30) days of the service of the amended complaint giving rise to this Court's jurisdiction based on the existence of a federal question.

8.  Defendant consents to this matter being removed to this Court.

WHEREFORE, for the foregoing reasons, Defendant respectfully gives notice that the action now pending, as referenced above, in the Alaska Third Judicial District Court, Anchorage, State of Alaska, has been removed to this Court.

Dated at Anchorage, Alaska this 13th day of April, 2006.

> DELANEY WILES, INC.
> Attorneys for Defendant
> AIG Insurance Company
>
> s/Donna M. Meyers and William E. Moseley
> Delaney Wiles, Inc.
> 1007 W. 3rd Avenue, Suite. 400
> Anchorage, Alaska  99501
> PHONE:  907-279-3581
> FAX:  907-277-1331
> E-mail:  dmm@delaneywiles.com
> E-mail:  wem@delaneywiles.com
> Alaska Bar Assoc. No. 9006011 (DMM)
> Alaska Bar Assoc. No. 7811121 (WEM)

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Notice of Removal of Case from State Court
Helen Winters v. Chugiak Senior Citizens, Inc./Case No. 3:06-cv-_____-_____

Page 4 of 5

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this document was mailed on the 13th day of April, 2006, to:

Nikole M. Nelson
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501


s/Donna M. Meyers and William E. Moseley
(115893)

ELANEY WILES, INC.
SUITE 400
007 WEST 3RD AVENUE
NCHORAGE, ALASKA
(907) 279-3581

Notice of Removal of Case from State Court
Helen Winters v. Chugiak Senior Citizens, Inc./Case No. 3:06-cv-_____-_____

Page 5 of 5