Donna M. Meyers
William E. Moseley
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
PHONE: 907-279-3581
FAX: 907-277-1331
dmm@delaneywiles.com
wem@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, <br> through her power of attorney <br> CAROL WINTERS, <br><br> Plaintiff, <br><br> vs. <br><br> CHUGIAK SENIOR CITIZENS, INC. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 3:06-cv.____-____ |

**NOTICE OF COMPLETE SERVICE LIST**

1. **Plaintiff:**

    Nikole M. Nelson
    Alaska Legal Services Corporation
    1016 West 6th Avenue, Suite 200
    Anchorage, Alaska 99501
    PHONE: 907-272-9431
    FAX: 907-279-7417

2.  **Defendant:**

    Donna M. Meyers
    William E. Moseley
    Delaney Wiles, Inc.
    1007 W. 3rd Avenue, Suite. 400
    Anchorage, Alaska  99501
    PHONE:  907-279-3581
    FAX:  907-277-1331
    E-mail:  dmm@delaneywiles.com
    E-Mail  wem@delaneywiles.com

Dated at Anchorage, Alaska this 13th day of April, 2006.

               DELANEY WILES, INC.
               Attorneys for Defendant
               Chugiak Senior Citizens, Inc.

               s/Donna M. Meyers and William E. Moseley
               Delaney Wiles, Inc.
               1007 W. 3rd Avenue, Suite. 400
               Anchorage, Alaska  99501
               PHONE:  907-279-3581
               FAX:  907-277-1331
               E-mail:  dmm@delaneywiles.com
                       wem@delaneywiles.com
               Alaska Bar Assoc. No. 9006011 (DMM)
               Alaska Bar Assoc. No. 7811121 (WEM)

## CERTIFICATE OF SERVICE

I hereby certify that a true and
correct copy of this document
was mailed on the 13th day of April, 2006, to:

Nikole M. Nelson
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska  99501


s/Donna M. Meyers and William E. Moseley
(115896)

Delaney Wiles, Inc.
Suite 400
1007 West 3rd Avenue
Anchorage, Alaska
(907) 279-3581

Notice of Complete Service List
Helen Winters v. Chugiak Senior Citizens, Inc./Case No. 3:06-cv-_____-_____

Page 2 of 2