Donna M. Meyers
William E. Moseley
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
PHONE: 907-279-3581
FAX: 907-277-1331
dmm@delaneywiles.com
wem@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her power of attorney CAROL WINTERS, <br><br> Plaintiff, <br><br> vs. <br><br> CHUGIAK SENIOR CITIZENS, INC. <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 3:06-cv._____-_____ |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, defendant Chugiak Senior Citizens, Inc., states:

1.   Chugiak Senior Citizens, Inc. is not owned by any parent corporation, or by any publicly held corporation which owns 10% or more of its stock.

Dated at Anchorage, Alaska this 13th day of April, 2006.

> DELANEY WILES, INC.
> Attorneys for Defendant
> Chugiak Senior Citizens, Inc.
>
> s/Donna M. Meyers and William E. Moseley
> Delaney Wiles, Inc.
> 1007 W. 3rd Avenue, Suite. 400
> Anchorage, Alaska 99501
> PHONE: 907-279-3581
> FAX: 907-277-1331
> E-mail: dmm@delaneywiles.com
>          wem@delaneywiles.com
> Alaska Bar Assoc. No. 9006011 (DMM)
> Alaska Bar Assoc. No. 7811121 (WEM)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and
correct copy of this document
was mailed on the 13th day of April, 2006, to:

Nikole M. Nelson
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska 99501


s/Donna M. Meyers and William E. Moseley
(115905)

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Rule 7.1 Disclosure Statement
Helen Winters v. Chugiak Senior Citizens, Inc./Case No. 3:06-cv-____-____

Page 2 of 2