MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*Winters v. Chugiak Senior Citizens, Inc.*
Case No. 3:06-cv-0083-TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:   ORDER FROM CHAMBERS

     This case was removed from the Superior Court of the State of Alaska on April 14, 2006. Docket No. 1. On April 13, 2006, the Superior Court issued a temporary restraining order. That order will expire on April 23, 2006. The Court has therefore scheduled a preliminary injunction hearing for **Thursday, April 20, 2006, at 3:00 p.m.**

    **IT IS SO ORDERED.**


Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.


DATE:  April 14, 2006