IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her power of attorney Carol Winters,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>　　　　Defendant. | Case No. 3:06-cv-00083-TMB |

**MOTION TO EXPEDITE MOTION TO REMAND TO STATE COURT**

The plaintiff respectfully moves this Court for an Order to Expedite the plaintiff's simultaneously filed *Motion To Remand to State Court.* An expedited decision of this Motion to Remand is necessary, as a hearing on a preliminary injunction in this matter is currently scheduled for Thursday, April 20, 2006, at 3:00 p.m.

DATED: _____

ALASKA LEGAL SERVICES CORPORATION
Attorneys for Plaintiff
Helen Winters
through her power of attorney Carol Winters

s/26-fimov _____
ALASKA LEGAL SERVICES
1016 West 6th Avenue, Suite 200
Anchorage, Alaska 99501
PHONE: (907) 222-9431
FAX: (907) 279-7417
E-mail: nnelson@alsc-law.org
Alaska Bar No. 9906033