IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS,<br>through her power of attorney<br>Carol Winters,<br><br>    Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>    Defendant. | Case No. 3:06-cv-00083-TMB |

**PROPOSED ORDER GRANTING EXPEDITED CONSIDERATION OF MOTION TO REMAND**

      IT IS SO ORDERED.  This court shall expedite the Motion to Remand to State Court prior to the Preliminary Injunction Hearing currently scheduled in this case for 3:00 p.m. on Thursday, April 20, 2006.

_____    _____
DATE                              TIMOTHY M. BURGESS
                                       U. S. DISTRICT COURT JUDGE