IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS,<br>through her power of attorney<br>Carol Winters,<br><br>    Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 3:06-cv-00083-TMB |

**MOTION TO REMAND**

    COMES NOW, plaintiff Helen Winters, through her power of attorney Carol Winters, and by and through counsel, Alaska Legal Services Corporation, and pursuant to 28 U.S.C. § 1367(c) & 28 U.S.C. § 1441 (c) hereby requests that this entire matter be remanded case to State court because State law predominates, and the plaintiff's claims present novel issues of State law and State jurisdiction which are more appropriately addressed in State court.  Alternatively, Ms. Winters moves this Court to decline jurisdiction of Ms. Winters' claims that are predicated solely on State law.   This motion is supported by the memorandum of law filed herewith.

    DATED: _____        ALASKA LEGAL SERVICES CORPORATION
                                            Attorneys for Plaintiff
                                            Helen Winters
                                            through her power of attorney Carol Winters


                                            s/26-fimov_____
                                            ALASKA LEGAL SERVICES
                                            1016 West 6th Avenue, Suite 200
                                            Anchorage, Alaska 99501
                                            PHONE: (907) 272-9431

FAX: (907) 279-7417
E-mail: nnelson@alsc-law.org
Alaska Bar No. 9906033

Motion to Remand
Case No. 3:06-cv-00083-TMB
Page 2 of 2