IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her power of attorney Carol Winters,<br><br>  Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>  Defendant. | Case No. 3:06-cv-00083-TMB |

**PROPOSED ORDER**

Pursuant to 28 U.S.C. §§1367(c) & 1441(c), plaintiff has moved this Court to remand the above-captioned matter to State court due to the predominance of the plaintiffs' State law claims. Defendants have opposed remand.

Both parties having had an opportunity to be heard and this Court having fully considered the matter hereby finds that not only does State law predominate the plaintiff's claims for relief, but also that it is likely that the adjudication plaintiff's claims will require the presiding court to address novel and complex issues of State law, and as such plaintiff's claims are more appropriately addressed by a State court.

Accordingly, plaintiff's motion is granted and this matter is remanded to State court.

DATED this ____ day of April, 2006, at Anchorage, Alaska.

_____
Honorable Judge Burgess