IN THE UNITED STATES DISTSRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN THE MATTER OF: )<br>Petition for Admittance to Practice Before )<br>The United States District Court for the )<br>District of Alaska, )<br>  )<br>Barbara K. Brink, )<br>James J. Davis, Jr., and )<br>Nikole Nelson. ) **CERTIFICATE OF SERVICE**<br>_____ ) | |

    I, Nikole Nelson, certify that on April 19, 2006 a copy of the foregoing documents was served electronically on Donna Meyers, at Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc:

    a)    Motion to Expedite Motion to Remand to State Court;

    b)    Proposed order Granting Expedited Consideration of Motion to Remand;

    c)    Motion to Remand;

    d)    Memorandum of Points and Authorities in Support of Plaintiff's Motion to Remand;

    e)    Proposed Order.

                                s/26-fimov_____