DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.
ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501-1936
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

CLAY A. YOUNG
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS
KEVIN L. DONLEY

ERIC A. RINGSMUTH
JONATHAN P. CLEMENT
WILLIAM R. WARNOCK
MARGARET A. PATON-WALSH

OF COUNSEL
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY
GREGORY L. YOUNGMUN

April 19, 2006

**VIA FACSIMILE/279-7417
AND U.S. POSTAL SERVICE**

James J. Davis, Jr.
Alaska Legal Services Corporation
1016 W. 6th Avenue, Suite 200
Anchorage, AK 99501

Re:  *Helen Winters v. Chugiak Senior Citizens, Inc.*

Dear Jim:

As we discussed on April 19, 2006, defendant will agree to an extension of the temporary restraining order as long as this case remains in federal court and until either the court enters summary judgment on plaintiff's discrimination claims or, if summary judgment is not entered, until a trial on the merits, provided the court orders the trial of the action on the merits to be advanced to occur within eight (8) months and consolidated with the hearing of plaintiff's application. *See* Fed. R. Civ. P. 65(a)(2). This agreement would not preclude plaintiff from seeking a remand to State court, and if the case is remanded, it would not preclude defendants from filing an FED action in State court.

We understand you are agreeable to this agreement and will recommend that your client accept these terms. On that basis, we will assume there will be no evidentiary hearing tomorrow, but that we will appear and set this agreement on the record and request a trial setting conference. Could you please let us know immediately if Ms. Winters directs you to take a contrary position.

Very truly yours,

DELANEY WILES, INC.

Donna M. Meyers

DMM/WEM:jaf:dkd/116116

Exhibit A
1 of 2

```
Confirmation Report - Memory Send

                                    Page        : 001
                                    Date & Time : Apr-19-06  02:05pm
                                    Line 1      :
                                    Line 2      :
                                    E-mail      :
                                    Machine ID  :

Job number          :  465
Date                :  Apr-19 02:04pm
To                  :  ☎92797417
Number of pages     :  002
Start time          :  Apr-19 02:04pm
End time            :  Apr-19 02:05pm
Pages sent          :  002
Status              :  OK

Job number    : 465            *** SEND SUCCESSFUL ***
```

CLAY A. YOUNG
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS
KEVIN L. DONLEY

**DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.**
ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

ERIC A. RINGSMUTH
JONATHAN P. CLEMENT
WILLIAM R. WARNOCK
MARGARET A. PATON-WALSH
OF COUNSEL
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY
GREGORY L. YOUNGMUN

## FAX TRANSMISSION COVER SHEET

| | |
|---|---|
| TO: | James J. Davis, Jr. |
| COMPANY: | Alaska Legal Services Corporation |
| FAX NO: | 279-7417 |
| FROM: | Donna M. Meyers |
| DATE: | Wednesday, April 19, 2006 |
| RE: | *Winters v. Chugiak Senior Citizens, Inc.* |

NUMBER OF PAGES INCLUDING COVER SHEET: 2

COMMENTS:   letter of this date

HARD COPY MAILED:   Yes

**Confidential Communication**
This message is intended only for the use of person(s) to whom it is addressed, and may not be otherwise distributed, copied or disclosed. The contents may also contain information that is privileged, confidential and exempt from disclosure under applicable law. These rights are not waived by transmission of the information via facsimile. If you received this communication in error, please notify us immediately by telephone (collect, if necessary) and return the original message to us at the above address by mail. We will reimburse you any reasonable expenses incurred.

Exhibit A
2 of 2