Donna M. Meyers
William E. Moseley
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
wem@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters, <br><br>  Plaintiff, <br><br> v. <br><br> CHUGIAK SENIOR CITIZENS, INC., <br><br>  Defendant. <br> _____ | ) <br> ) <br> ) <br> ) <br> ) <br> ) **(PROPOSED)** <br> ) **ORDER EXTENDING** <br> ) **TEMPORARY RESTRAINING** <br> ) **ORDER** <br> ) <br> ) Case No. 3:06-cv-00083-TMB |

Plaintiff having moved for a temporary restraining order and injunction, and defendant having filed a qualified opposition to plaintiff's motion, and the court having reviewed the memoranda of the parties, and heard oral argument of the parties, and deeming itself fully advised, hereby ORDERS that the temporary restraining order previously entered in Alaska state court precluding defendant from filing an FED action will be extended as long as this case remains in federal court and until either the court enters summary judgment on plaintiff's discrimination claims or, if summary judgment is not entered, until a trial on the merits.

IT IS FURTHER ORDERED that trial of the action on the merits will be advanced to occur within eight (8) months and consolidated with the hearing on plaintiff's application, and a trial setting conference will be held at the earliest opportunity to schedule such trial.

In the alternative, it is hereby ORDERED that plaintiff's motion for temporary restraining order and injunction is DENIED.

ENTERED at Anchorage, Alaska, this ____ day of _____, 2006.

_____
Timothy M. Burgess
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of April, 2006, a copy of **(Proposed) Order Extending Temporary Restraining Order** was served electronically on:

Nikole M. Nelson
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

s/Donna M. Meyers and William E. Moseley
(116137)