# Chugiak Senior Center
*"Serving Seniors from Hiland to Eklutna"*

January 5, 2006

Helen Winters
Chugiak Senior Center
Assisted Living Program
22424 N Birchwood Loop, Apt 234
Chugiak AK 99567

Dear Helen:

Since your admission to our program on September 20, 2004 we have worked closely with you to retain your residency in the program. However, almost from the beginning of your residency you have continued to engage in a pattern of behavior and conduct consisting of unnecessary yelling and verbal abuse of staff or other residents whenever you became agitated. We have addressed this pattern of unacceptable behavior on more than one occasion with you and your daughter, Carol Winters, and participated in several care conferences to discuss this behavior and the appropriateness of terminating the Residential Services Contract. Despite our efforts, your pattern of unacceptable behavior has not abated.

On Saturday, December 17, 2005 two staff members were assisting you when you became angry and again started yelling and being verbally abusive. Your anger became so intense that you struck a member of the staff by slapping her hand.

The safety of both residents and staff are a high priority, and the Assisted Living Program is responsible for providing an atmosphere that is not only safe, but also peaceful and enjoyable for residents and staff. Thus, the Residential Services Contract and Lease Agreement provide that the facility may involuntarily terminate the contract and lease for the following reasons: (1) a resident poses an immediate threat to others, or may need mental health services to prevent harm to others; (2) the level of care the resident needs is no longer available at the facility; (3) the resident has engaged in a pattern of conduct that is harmful to the other residents or staff; and (4) the resident 's behavior is a threat to the peace and safety of other residents or staff. See Residential Service Contract at Section 11 & Lease Agreement at Section 12. Under AS 47.33.360(a) (2), (3), and (6) the facility may terminate a residential services contract when a resident engages in a documented pattern of conduct that is harmful to the other residents and staff of the facility, the resident violates the terms of residential services contract, or the facility can no longer provide for services in accordance with a resident's needs. Additionally, your Residential Service Contract (Section 36) and Lease Agreement (Section 3) require you to comply with the written policies and procedures of the facility, and our Resident Policies (House Rules), which you acknowledged receiving on September 24, 2004, provide that "physical, verbal or mental abuse or aggression by residents ... is unacceptable" and that "any infraction of this policy . . . may result in eviction."

EXHIBIT ___C___
Page ___1___ of ___2___

After due consideration of our prior efforts to address your pattern of unacceptable behavior and conduct, the incident on December 17, 2005 leaves us with no lesser alternative but to serve you with a thirty (30) day notice of termination of your Residential Services Contract and Lease Agreement. The reasons for the termination are that your continued pattern of behavior and conduct is detrimental to the safety and well-being of other residents and staff, and your unwillingness or inability to refrain from unnecessary verbal abuse and hitting of staff suggests you may need mental health services to prevent harm to others and/or the facility can no longer provide the level of services you need. Therefore, your residential services contract is being terminated under AS 47.33.360(a) (2), (3), and (6), and based on the provisions in the contract and lease agreement described above. This notice is effective January 4, 2006, so you must vacate the apartment that you currently occupy in the Chugiak Senior Center Assisted Living Program on or before February 4 2006.

You have the right to a conference that includes the facility administrator, yourself, your representative, advocate, and care coordinator, if any, and any appropriate care provider to discuss the appropriateness of terminating your Residential Services Contract. However, any request for a conference must be submitted in a timely manner. Under the Residential Services Contract the request must be made within 10 days of your receipt of this letter, and under the Lease Agreement you have 15 days after receipt of this notice to cure, or take reasonable steps to cure the grounds for terminating the contract and lease agreement. Because your eviction is based on your failure to comply with the provisions of the Residential Services Contract and Lease Agreement, we will allow you 15 days from the date of this eviction notice to request a conference regarding your eviction.

There are many small assisted living programs that can provide you with the services that you feel you need, and we will cooperate in making arrangements to assist with your relocation. If we can provide information concerning other living situations that are available locally please let us know.

Sincerely,

*Jan Freels*

Jan Freels
Project Director
Assisted Living Program Administrator

Cc: Carol Winters
    Richard Saville
    Bob Dreyer
    Donna Meyer, Attorney
    Linda Hendrickson
    Kathy Huskey

EXHIBIT E
Page 2 of 2