Donna M. Meyers
William E. Moseley
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
wem@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHUGIAK SENIOR CITIZENS, INC., )<br>)<br>Defendant. )<br>_____ ) | Case No. 3:06-cv-00083-TMB |

**NOTICE OF FILING FACSIMILE COPY OF SIGNED AFFIDAVIT**

Defendant, Chugiak Senior Citizens, Inc., by and through counsel of record, Delaney Wiles, Inc., hereby files the facsimile copy of the signed Affidavit of Linda Hendrickson.  A signed original version will be filed and served on opposing counsel upon receipt.

DATED at Anchorage, Alaska, this 19th day of April, 2006.

> DELANEY WILES, INC.
> Attorneys for Chugiak Senior Citizens, Inc.
>
> s/Donna M. Meyers and William E. Moseley
> Delaney Wiles, Inc.
> 1007 W. Third Avenue, Suite 400
> Anchorage, Alaska  99501
> Phone:  907-279-3581/Fax:  907-277-1331
> E-mail:       dmm@delaneywiles.com
> E-mail:       wem@delaneywiles.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of April, 2006, a copy of **NOTICE OF FILING FACSIMILE COPY OF SIGNED AFFIDAVIT** was served electronically on:

Nikole Nelson
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

_____
s/Donna M. Meyers and William E. Moseley
116142