Donna M. Meyers
William E. Moseley
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
wem@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>                 Plaintiff,<br><br>  v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>                 Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-00083-TMB |

**(PROPOSED) ORDER DENYING MOTION FOR EXPEDITED CONSIDERATION**

Plaintiff has moved the Court for expedited consideration of her Motion to Remand filed on April 19, 2006, and the Court finds the Motion for Expedited Consideration is not well-taken. The Motion for Expedited Consideration is DENIED, and the parties shall brief the Motion for Remand in accordance with the normal time standards set forth in D. Ak. LR 7.1 (e).

ENTERED at Anchorage, Alaska, this ____ day of _____, 2006.

_____
Timothy M. Burgess
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of April, 2006, a copy of **(Proposed) Order Denying Motion For Expedited Consideration** was served electronically on:

Nikole M. Nelson
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

s/Donna M. Meyers and William E. Moseley
(116)