Donna M. Meyers
William E. Moseley
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
wem@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.


## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>                     Plaintiff,<br><br>   v.<br><br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>                  Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 3:06-cv-00083-TMB |

### NOTICE OF FILING ORIGINAL SIGNED AFFIDAVIT

Defendant, Chugiak Senior Citizens, Inc., by and through counsel of record, Delaney Wiles, Inc., hereby files the original signed Affidavit of Linda Hendrickson.  Ms. Hendrickson has reviewed and approved the affidavit  and  has  executed  the  original affidavit on April 20, 2006.  The original signed Affidavit will be submitted to the court upon receipt.

DATED at Anchorage, Alaska, this 20th day of April, 2006.

DELANEY WILES, INC.
Attorneys for Chugiak Senior Citizens, Inc.

s/Donna M. Meyers and William E. Moseley
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, Alaska  99501
Phone:  907-279-3581/Fax:  907-277-1331
E-mail:        dmm@delaneywiles.com
E-mail:        wem@delaneywiles.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th
day of April, 2006, a copy of
**Notice of Filing Original Signed
Affidavit** was served electronically on:

Nikole Nelson
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501


_____
s/Donna M. Meyers and William E. Moseley
116173