Donna M. Meyers
William E. Moseley
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
wem@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>CHUGIAK SENIOR CITIZENS, INC.,  )<br>)<br>Defendant.  )<br>_____  ) | Case No. 3:06-cv-00083-TMB |

**NOTICE OF COMPLIANCE WITH MINUTE ORDER, DATED APRIL 14, 2006**

Pursuant to this Court's Minute Order of April 14, 2006, and 28 U.S.C. § 1447(b), defendant Chugiak Senior Citizens, Inc., hereby provides a copy of all documents to the United States District Court, for the District of Alaska, which constitutes a complete copy of the Superior Court file, <u>Winters v. Chugiak Senior Citizens, Inc.</u>, Case No. 3AN-06-6023 Civil.  The documents are listed below by dates, and attached, if they were not previously attached to the notice of removal:

| No. | Date | Party | Title of Documents |
|---|---|---|---|
| 1. | 00/00/06 | Plaintiff | Civil Case Description form |
| 2. | 00/00/06 | Plaintiff | Counsel of Record Form |
| 3. | 4/13/06 | Defendant | Notice to Superior Court of Filing Notice of Removal |

A complete service list was filed with the Notice of Removal in this Court on April 13, 2006.

DATED at Anchorage, Alaska, this 21st day of April, 2006.

DELANEY WILES, INC.
Attorneys for Chugiak Senior Citizens, Inc.

s/Donna M. Meyers and William E. Moseley
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, Alaska  99501
Phone: 907-279-3581/Fax: 907-277-1331
E-mail:   dmm@delaneywiles.com
E-mail:   wem@delaneywiles.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st
day of April, 2006, a copy of
**NOTICE OF COMPLIANCE WITH
MINUTE ORDER, DATED APRIL 14, 2006**
was served electronically on:

Nikole Nelson
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

s/Donna M. Meyers and William E. Moseley
(116187)