

| Staple beneath Counsel of Record card. |
| --- |

## CASE DESCRIPTION

Case No. _3AN06-6123C_    ☐ District Court        ☒ Superior Court

1. Check the box below that best describes the case. Mark <u>one</u> box only.

### Cases Subject to Civil Rule 16(b)

#### CONTRACT
*Contract cases involving real property should be reported under the real property category.*
- ☐ Debt Collection (DEB)
- ☐ Claim Against Seller of Goods/Services (CLM)
- ☐ Employment Dispute (EMP)
- ☒ Other Contract (OCT)

#### TORT
- ☐ Intentional Tort (e.g., assault, battery, vandalism) (INT)
- ☐ Slander/Libel/Defamation (SLD)
- ☐ Product Liability (PRL)
- ☐ Wrongful Death (PID)

Automobile Negligence
- ☐ Personal Injury Only (PIA)
- ☐ Property Damage Only (PDA)
- ☐ Both (IDA)

Other Negligence
- ☒ Personal Injury Only (PIO)
- ☐ Property Damage Only (PDO)
- ☐ Both (IDO)

#### MALPRACTICE
- ☐ Medical Malpractice (MMP)
- ☐ Legal Malpractice (LMP)
- ☐ Other Malpractice (OMP)

#### REAL PROPERTY
- ☐ Foreclosure (FOR)
- ☐ Real Property Action (REM)

#### OTHER CIVIL
- ☐ Declaratory Judgment/Injunctive Relief (INJ)
- ☐ Other (OCI). Please describe _____

### Cases Exempt From Civil Rule 16(b)

#### DOMESTIC RELATIONS
- ☐ Dissolution Without Children (DIS)
- ☐ Dissolution With Children (DSC)
- ☐ Dissolution - One Spouse (DOS)
- ☐ Divorce Without Children (DIV)
- ☐ Divorce With Children (DVC)
- ☐ Legal Separation Without Children (LSP)
- ☐ Legal Separation With Children (LSC)
- ☐ Custody (CUS)
- ☐ Paternity (PAT)
- ☐ UIFSA - Child Support/Payment (UIF)
- ☐ License Action Review - Child Support (LAR)
- ☐ Other Domestic Relations (ODR)

#### OTHER CIVIL
- ☐ Application For Post-Conviction Relief (PCR)
- ☐ Arbitration Proceeding (ARB)
- ☐ Change of Name (CON)
- ☐ Condemnation (CDM)
- ☐ Eviction - F.E.D. (FED)
- ☐ Registration of Foreign Judgment (FOJ)
- ☐ Habeas Corpus (HAB)
- ☐ Minor Settlement (MIN)
- ☐ Election Contest or Recount Appeal (ELE)
  (Forward immediately to assigned judge.)

#### APPEALS & PETITIONS TO SUPERIOR COURT
- ☐ Appeal – Administrative Agency (ADR)
- ☐ Appeal – Civil or Small Claims (ACI)
- ☐ Appeal – Criminal (ACR)
- ☐ Appeal – Minor Offense (AMO)
- ☐ Petition for Review from District Court (PRD)
- ☐ Petition for Review from Admin. Agency (PRA)

2. If you checked a box in the first column, fill in the name of each defendant below, one name per line.

| Name of Defendant | Appearance | Answer | Request for Entry of Default | Notice of Dismissal by Plaintiff | Confession of Judgment |
| --- | --- | --- | --- | --- | --- |
| Chugiak Senior Citizens, Inc. | ☐ | ☐ | ☐ | ☐ | ☐ |
|  | ☐ | ☐ | ☐ | ☐ | ☐ |

☐ Defendant list continued on back.

EXHIBIT ___A___
Page ___1___ of ___2___

Clerk Instructions: First be sure all defendant names are listed if the case is subject to Rule 16(b) (i.e., listed in column one of section 1). Then check the appropriate box when one of the listed documents is filed or when a defendant appears in a court hearing. When there is a check beside the name of each defendant, set the case for a Pretrial Scheduling Conference.

| Name of Defendant | Appearance | Answer | Request for Entry of Default | Notice of Dismissal by Plaintiff | Confession of Judgment |
|---|---|---|---|---|---|
| _____ | ☐ | ☐ | ☐ | ☐ | ☐ |
| _____ | ☐ | ☐ | ☐ | ☐ | ☐ |
| _____ | ☐ | ☐ | ☐ | ☐ | ☐ |
| _____ | ☐ | ☐ | ☐ | ☐ | ☐ |
| _____ | ☐ | ☐ | ☐ | ☐ | ☐ |
| _____ | ☐ | ☐ | ☐ | ☐ | ☑ |
| _____ | ☐ | ☐ | ☐ | ☐ | ☑ |
| _____ | ☐ | ☐ | ☐ | ☐ | ☐ |
| _____ | ☐ | ☐ | ☐ | ☐ | ☐ |
| _____ | ☐ | ☐ | ☐ | ☐ | ☐ |
| _____ | ☐ | ☐ | ☐ | ☐ | ☐ |
| _____ | ☐ | ☐ | ☐ | ☐ | ☐ |
| _____ | ☐ | ☐ | ☐ | ☐ | ☐ |
| _____ | ☐ | ☐ | ☐ | ☐ | ☐ |
| _____ | ☐ | ☐ | ☐ | ☐ | ☐ |
| _____ | ☐ | ☐ | ☐ | ☐ | ☑ |
| _____ | ☐ | ☐ | ☐ | ☐ | ☑ |
| _____ | ☐ | ☐ | ☐ | ☐ | ☐ |
| _____ | ☐ | ☐ | ☐ | ☐ | ☐ |
| _____ | ☐ | ☐ | ☐ | ☐ | ☐ |
| _____ | ☐ | ☐ | ☐ | ☐ | ☐ |

EXHIBIT ___A___
Page ___2___ of ___2___