COUNSEL OF RECORD

ASE NO. 3AN-06- _66236_

KEEP ON TOP OF FILE

| NAME | MAILING ADDRESS & PHONE NUMBER | FOR WHOM |
|---|---|---|
| Nikole Nelson | 1016 West 6th Avenue, Suite 200<br>Anchorage, AK 99501 | Plaintiff |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

EXHIBIT __B__
Page __1__ of __1__