IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

HELEN WINTERS, through her power of attorney Carol Winters

Plaintiff,

vs.

CHUGIAK SENIOR CITIZENS, INC.,

Defendant.

Case No. 3AN-06-6023 Civil

**NOTICE TO SUPERIOR COURT OF FILING NOTICE OF REMOVAL**

TO:   CLERK OF COURT

PLEASE TAKE NOTICE that on April 13, 2006, the defendant, Chugiak Senior Citizens, inc., named as a defendant in the Complaint in this action, filed in the United States District Court for the District of Alaska, at Anchorage, Alaska, its notice of removal from state court, and that a copy of said notice of removal is on file with the above-captioned court.

PLEASE TAKE FURTHER NOTICE that pursuant to 28 U.S.C. § 1446, the filing of said notice of removal in the United States District Court, together with a filing of a copy of said notice with this court, effects the removal of this action and the above-captioned court may proceed no further, unless and until the case is remanded.

ANEY WILES, INC.
SUITE 400
7 WEST 3RD AVENUE
ANCHORAGE, ALASKA
907) 279-3581

EXHIBIT C
Page 1 of 2

A copy of the notice of removal being filed concurrently in the United States District for the District of Alaska is attached hereto.

DATED this 13th day of Arpil, 2006, at Anchorage, Alaska.

DELANEY WILES INC.
Attorneys for Defendant
Chugiak Senior Citizens, Inc.

_____
Donna M. Meyers and
William E. Moseley
AK Bar Assoc. No. 9006011 (DMM)
AK Bar Assoc. No. 7811121 (WEM)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this document was mailed/~~hand delivered~~ on the 13 day of April, 2006, to:

Nikole M. Nelson
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska  99501

_____
Donna K. Daniels/115895

DELANEY WILES, INC.
SUITE 400
WEST 3RD AVENUE
ANCHORAGE, ALASKA
(07) 279-3581

Notice to Superior Court of Filing Notice of Removal
Helen Winters v. Chugiak Senior Citizens, Inc./Case No. 3AN-06-6023 Civil
Page 2 of 2

EXHIBIT C
Page 2 of 2