Donna M. Meyers
William E. Moseley
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
wem@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| CHUGIAK SENIOR CITIZENS, INC., | )<br>) |
| Defendant. | ) |
| _____ | )  Case No. 3:06-cv-00083-TMB |

**(PROPOSED) ORDER**

Based upon the foregoing stipulation of the parties, defendant is hereby precluded from filing a forcible entry and detainer action (FED) as long as the above-captioned case remains in federal court and until either the court enters summary judgment on plaintiff's discrimination claims (Counts II, V, VI and VII) or, if summary judgment is not entered, until a trial on the merits, and the trial of the action on the merits shall be advanced to occur within eight (8) months.  Plaintiff shall pay rent as required under the Lease Agreement while this order is in effect, and any such

payments shall not constitute a future waiver of any right or remedy available to Chugiak Senior Citizens, Inc., to terminate plaintiff's lease agreement or resident services contract. Plaintiff has and continues to contend that CSC's previous acceptance of her rent has constituted a waiver of CSC's right to terminate plaintiff's lease agreement and residential services contract.

IT IS SO ORDERED this _____ day of _____, 2006 at Anchorage, Alaska.

_____
Timothy M. Burgess
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the ____ day of April, 2006, a copy of **(Proposed) Order** was served electronically on:

Jim Davis
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska  99501

s/Donna M. Meyers and William E. Moseley
(116365)