IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

To:  Donna M. Meyers, Attorney for Defendant

| | |
|---|---|
| HELEN WINTERS, <br> through her power of attorney <br> Carol Winters, <br><br> Plaintiff, <br><br> vs. <br><br> CHUGIAK SENIOR CITIZENS, INC., <br><br> Defendant. | Case No. 3:06-cv-00083-TMB <br><br> **DEMAND FOR JURY TRIAL** |

   Please take notice that, pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, plaintiff hereby demands a jury trial in the above-entitled action.

DATED: _____    ALASKA LEGAL SERVICES CORPORATION
              Attorneys for Plaintiff
              Helen Winters
              through her power of attorney Carol Winters

              s/Nikole Nelson_____
              ALASKA LEGAL SERVICES
              1016 West 6th Avenue, Suite 200
              Anchorage, Alaska 99501
              PHONE: (907) 222-9431
              FAX: (907) 279-7417
              E-mail: nnelson@alsc-law.org
              Alaska Bar No. 9906033

**CERTIFICATE OF SERVICE**

    I, Nikole Nelson, certify that on April 27, 2006 a copy of the foregoing document was served electronically on Donna Meyers, at Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.

                                          s/Nikole Nelson