IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>　　　　　Defendant. | Case No.  3:06-CV-83  TMB<br><br><br>O R D E R |

　　　Based upon the stipulation of the parties, defendant is hereby precluded from filing a forcible entry and detainer action (FED) as long as the above-captioned case remains in federal court and until either the court enters summary judgment on plaintiff's discrimination claims (Counts II, V, VI and VII) or, if summary judgment is not entered, until a trial on the merits, and the trial of the action on the merits shall be advanced to occur within eight (8) months.  Plaintiff shall pay rent as required under the Lease Agreement while this order is in effect, and any such payments shall not constitute a future waiver of any right or remedy available to Chugiak Senior Citizens, Inc., to terminate plaintiff's lease agreement or resident services contract.  Plaintiff has and continues to contend that CSC's previous acceptance of her rent has constituted a waiver of CSC's right to terminate plaintiff's lease agreement and residential services contract.

　　　Dated at Anchorage, Alaska, this 27th day of April, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Timothy Burgess
　　　　　　　　　　　　　　　　　　　　　　　　　　Timothy M. Burgess
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge