Donna M. Meyers
William E. Moseley
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
PHONE: 907-279-3581
FAX: 907-277-1331
dmm@delaneywiles.com
wem@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her power of attorney CAROL WINTERS,<br><br>Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 3:06-0083 CV (TMB)

### AFFIDAVIT OF LINDA HENDRICKSON

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

1. My name is Linda Hendrickson. I am the Executive Director of Chugiak Senior Citizens, Inc. ("CSC"). I have over twenty years of experience in the assisted living field, and first-hand knowledge of the matters set forth herein.

2. The Chugiak Senior Center ("the Center") is owned by the Municipality of Anchorage, and Chugiak Senior Citizens, Inc., is a non-profit corporation which operates the Center. CSC operates an Assisted Living Program within the Center. CSC does not operate a skilled nursing home at the Center, nor does it provide services equivalent to the level of a skilled nursing home.

3. CSC's Assisted Living Program is designed for persons wanting residential living, but requiring support with some activities of daily living, such as, medication reminders, bathing, dressing and dining. The assisted living program is also designed to allow residents to maximize their independence with the support of staff by providing assistance when needed. CSC does not offer full-time nursing care, and a nurse is on site only from 9 a.m. until 5 p.m. during the week. The assisted living facility itself is a 21-unit complex where residents live in their own apartment units and therefore they are not under direct and constant supervision by the staff on a 24-hour basis. This means residents must demonstrate a certain level of independence for their own safety.

4. Helen Winters was admitted to the assisted living program at CSC on September 20, 2004, and **Exhibits B and C** are true and correct copies of her Lease Agreement and Residential Service Contract. When Helen Winters was admitted she signed and received a copy of CSC's policies and procedures. **Exhibit D** is also a true and correct copy of her signed acknowledgment that she received the policies and procedures.

5. By October 2004, CSC informed Carol Winters that Helen's level of care exceeded the level CSC could provide and Helen should be placed in a smaller facility where she could receive 1 on 1 care. However, neither Carol Winters nor Helen wanted to seek alternative housing, so CSC continued to make efforts to provide the services Helen needed although Helen's level of care exceeded the limits of what CSC could reasonably provide and had agreed to provide, and her care needs continue to exceed the limits of services CSC can offer residents.

6. During Helen's resident contact and tenancy at CSC, she has also continuously engaged in a pattern of behavior and conduct consisting of unnecessary yelling and verbal abuse of staff and other residents. Her pattern of unacceptable behavior has been discussed with her, and CSC has participated in several care conferences to discuss this behavior and the appropriateness of terminating the Resident Services Contract. Despite these efforts, Helen's pattern of unacceptable behavior has not abated, and is in violation of the Residential Services Contract, and Lease Agreement. Helen's anger has become so intense that she actually struck a staff member in December 2005, which was one of the more recent events resulting in the decision to terminate the Residential Service Contract and Lease Agreement. Her continuous unacceptable behavior has also disrupted the peaceful and enjoyable atmosphere for both other residents and staff. Her conduct is detrimental to the safety and well-being of other residents and the staff. Staff members have expressed such extreme frustration with Helen's outbursts, insults and extreme demands that some staff members have either quit or threatened to quit.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_Linda Hendrickson_
Linda Hendrickson

SUBSCRIBED AND SWORN to before me this 19th day of April, 2006 at Anchorage, Alaska.



Notary Public in and for Alaska
My Commission expires: 2/6/08

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of April, 2006, a copy of **Affidavit of Linda Hendrickson** was served electronically on:

Nikole Nelson
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska 99501

s/Donna M. Meyers and William E. Moseley
(116141)

Affidavit of Linda Hendrickson
Helen Winters v. Chugiak Senior Citizens, Inc./Case No. 3:06-0083 CV (TMB)

**EXHIBIT A**
Page 4 of 4