**Chugiak Senior Citizens, Inc.**
Assisted Living Program
22424 N. Birchwood Loop
Chugiak, AK 99567

## RESIDENTIAL SERVICES CONTRACT

This Assisted Living Program Residential Services Contract is entered into on this 20 day of September, 2004, by and between Chugiak Senior Citizens, Inc., an Assisted Living Home licensed under the laws of the State of Alaska, and Helen Winters, Resident, [by and through _____, her/his duly appointed legal guardian, whose letters of guardianship and order are attached and made a part hereof by reference, and/or _____ Guarantor, who/which is personally guaranteeing Resident's financial obligations and duties under this Contract.]

In consideration of the mutual covenants herein, the parties agree as follows:

### Section 1. Definitions
The following definitions shall apply:
1. Facility means Chugiak Senior Citizens, Inc.' apartment complex and grounds.
2. Owner means the Municipality of Anchorage.
3. Manager means Chugiak Senior Citizens, Inc.
4. Contract means Chugiak Senior Citizens, Inc. Assisted Living Program Residential Services Contract.
5. Apartment means Apartment Number 234 of this Facility.
6. Resident means: Helen Winters
7. Guardian means: _____
8. Guarantor means: _____

### Section 2. Governing Law
This Contract is subject to the Landlord and Tenant Laws of the State of Alaska. This Contract is also made under, and in accordance with, the provisions of Title 47, Chapter 33 of the Alaska Statutes, 47.33.005-990, as amended ("Statutes"), and regulations promulgated there under found at 7 AAC 75.010-990 ("Regulations"). It is acknowledged that copies of the Statutes and Regulations have been made available for review by Resident, [Guardian], and/or [Guarantor] prior to the execution of this Contract.

### Section 3. General Assisted Living Services
**Service Needs Assessment**
Manager shall conduct a standardized service interview to determine the service needs of all Residents at or before the time of move-in.

A written Resident Service Plan shall be developed before move-in. The Resident Service Plan shall;

1. include a description of what, when, how, and how often services will be provided;
2. support the principles of dignity, privacy, choice in decision-making, individuality, and independence;
3. support a homelike environment when the health or reasonable safety and well-being of others are not at risk; and
4. be reviewed and updated at least quarterly and more often if needed.

Resident shall receive services based upon contractual agreements. Manager shall review, monitor, implement, and modify the service plan in a timely manner. Manager shall have procedures in place to alert the Resident, her/his physician, or his/her representative, when changes in a Resident's mental or physical status are observed by staff.

**Meals**
Meal service shall be provided as agreed to in the Resident's Service Plan.

**Nursing**
Twenty-four hour nursing care and medical services are not provided by the Manager. All nursing services shall be provided in accordance with applicable licensure and regulatory criteria. Program assistants are available 24 hours a day to assist with activities of daily living.

**Laundry**
Manager shall provide laundry equipment and services for Resident as agreed to in Resident Service Plan.

**Housekeeping**
Manager shall provide or arrange for housekeeping services for Resident's unit as agreed to in Resident Service Plan.

**Maintenance**
Manager shall provide maintenance services to assure that Resident's unit remains in good repair and operable condition.

**Section 4. Special or Additional Services or Supplies**
If applicable, Resident's total monthly residential service fee will also include fees for special or additional services as identified in the Resident Service Plan.

**Section 5. Utilities**
Charges for utility service to this apartment shall be paid by the Manager, except for telephone services and those listed below.

Resident [Guardian], and/or [Guarantor] will pay: _____

**Section 6. Fees**
The total monthly residential service fee includes one private apartment or shared efficiency rental accommodation, resident's choice of meal plan, level of service

needs as identified in the Resident Service Plan, and special or additional services or supplies that may be utilized.
Resident will pay $ _____ per month as a residential service fee. The residential service fee includes:

$ 122.00     Per day for assisted living services;
$ _____    For special or additional services or supplies:
$ 600.00     For housing and utilities; and
$ 350.00     For food service.

*pay by 4 of the month*

### Section 7. Rental Due Date and Method of Payment
The total monthly fee will be billed on or about the first day of each month. If not paid by the 15th of each month, there will be a 5% late penalty. The fees for rent, meals, and/or services are subject to change with a 30-day written notice.

### Section 8. Security Deposit
Resident has deposited with the Manager the sum of $ 500.00 as a cleaning and damage deposit. All security deposits are deposited into a trust account. The trust account has been established as an Interest Bearing Account. All interest from said account will go directly to Manager for purposes of maintaining and improving the assisted living apartments and/or the common areas of such.

Resident shall provide a 30-day written notice of intent to terminate such Contract.

Manager may deduct from the security deposit such amounts as are necessary to return the apartment to its condition at the commencement of the Contract, reasonable use and wear thereof excepted. Reasonable use and wear means the gradual deterioration resulting from use, lapse of time and the operation of the elements, in spite of Resident's care.

Within 14 days after termination of the Contract, the Resident [Guardian], or [Guarantor], shall be refunded the difference between the amount of the deposit and all necessary and reasonable cleaning costs, as well as any costs necessary to repair damage to the apartment caused by the resident or her/his guests.

### Section 9. Admission Criteria
The Manager may admit Residents for assisted living services who meet the following criteria:

1. Accept only residents whose needs we can meet. This includes assessing resident needs, abilities and preferences, staffing ratios, physical spaces, etc.
2. Admit and retain individuals whose medication service type we can serve.
3. Admit non-smokers or those willing to smoke outdoors. Chugiak Senior Citizens, Inc. is a non-smoking facility.
4. Admit and retain individuals with minimal confusion or forgetfulness; or, have the type and level of dementia, which allows staff to help and direct, and the person is cooperative in receiving necessary help.



5. Admit and retain individuals whose on-going needs do not exceed medical or Nursing services allowed by AS 47.33.020
6. Admit and retain individuals with no major areas of skin breakdown or open wounds.
7. Admit and retain individuals who do not have a tendency to wander, fall, act verbally or physically abusive or socially inappropriate.
8. Admit and retain individuals whose behavior places little or no stress on self, other individuals or staff.
9. Must be physically stable, with inactive chronic disease or transient, acute illness which requires continuing medical attention or it is determined that staff and staffing levels can meet the individuals needs.

The Manager shall not admit or retain a Resident who:

1. Desires/requires specialized medical care that is not available at the Facility;
2. Requires continuous skilled nursing care;
3. Has bedsores or skin break-down that requires care beyond that provided by the Manager; and
4. is believed to require special intervention, beyond the capacity of the Manager's staff to provide, to prevent active harm to self or others.

## Section 10. Supplies
Chugiak Senior Citizens, Inc. Assisted Living shall furnish the following items:

- Bed linens for a twin bed (at resident request)
- Bath linens (at resident request)
- Laundry detergent
- Body soap
- Toilet paper
- Garbage bags
- Paper towels

Please note: if a resident does not like the kind of supplies the assisted living home chooses to purchase, then the resident can choose to buy their own and Chugiak Senior Citizens, Inc. Assisted Living will not be responsible for the cost.

## Section 11. Termination
When Resident moves out on a voluntary basis, she/he shall provide the Manager with 30 days' notice of intent to move out, except where a delay would jeopardize the health, safety, and well-being of Resident or others.

If Resident does not meet regulatory or Manager's criteria for occupancy in the designated setting, move-out shall occur only after consultation with Resident, [Guardian], and/or [Guarantor]. The Manager shall provide Resident with 30 days' notice of a proposed move-out unless such delay might jeopardize the health, safety, and well-being of the Resident or others. Resident, [Guardian], and/or

[Guarantor] shall have the right to a conference with the Manager's staff responsible for occupancy decisions if a request is made within 10 days of receipt of the notice for move-out.

Residents may be involuntarily moved only if:

1. She/he poses an immediate threat to self or others;
2. She/he needs mental health services to prevent harm to self or others;
3. She/he has breached the conditions of their Resident Contract Agreement and/or Resident Service Plan
4. The Manager has had its license revoked or not renewed;
5. The Manager can no longer meet the Resident's needs as defined in the Resident Service Plan, and the Manager determines in consultation with the Resident, [Guardian] and/or [Guarantor], physician, and/or care coordinator, that it is inappropriate for the Resident to remain at the Facility; and
6. The Resident, [Guardian], and/or [Guarantor] has received proper notice of failure to pay by the Manager.

## Section 12. Absences from Facility

When the Resident is transferred to the hospital, the Manager will hold the apartment for a period of five days at the Resident's regular room rate. At the end of the apartment-hold period, the Resident shall not be readmitted unless his or her physician certifies in writing to the Manager that the Resident's medical condition makes such readmission advisable and the Resident does not require placement in a skilled nursing facility or other facility providing health care, nursing, or medical services, or any other services not provided by the Manager.

If the Resident is hospitalized for more than five days, a 30 day move-out notice will be mailed to the Resident, [Guardian], and/or [Guarantor] unless the full daily rate as identified in the Resident Service Plan is paid by the Resident, [Guardian], and/or [Guarantor].

If the Resident leaves the Facility for reasons other than being hospitalized, Resident, [Guardian], and/or [Guarantor] will be billed the full daily rate as identified in the Resident Service Plan.

## Section 13. Negotiated Risk

A need may arise due to increased services and possibly harmful behaviors for all parties to establish a Negotiated Risk Agreement. A case conference will be held to include the Resident, [Guardian], and/or [Guarantor], and the Resident's service coordinator, if any, to develop a plan concerning the Resident's ability to remain at Facility. All parties must agree to this plan.

## Section 14. Private Duty Aides

All outside caregivers, companions, private duty aides, and other personnel employed or retained by the Resident, [Guardian], and/or [Guarantor] to render services at Facility shall be subject to the policies of the Facility which shall include for all such personnel:

1. Criminal record clearances;
2. Evidence supporting the Manager policy of a Drug-Free work environment;
3. Current TB testing results;
4. Employment by a licensed agency with satisfactory insurance;
5. Wear a name tag;
6. No soliciting other residents in the community; and
7. No loitering in the common areas shared by other residents, unless working with their assigned resident.

## Section 15. Damage to Resident's Property

Manager shall not be responsible for the loss of any personal property belonging to the Resident due to theft, fire, or any other cause, unless the loss of damage was caused by the negligence of the Manager's staff. Manager strongly recommends the Resident [Guardian], and/or [Guarantor] obtains, at the Resident's [Guardian], and/or [Guarantor] own expense, insurance for the replacement value of Resident's personal property, at adequate coverage and liability limits.

## Section 16. Move In/Out Inspection

When the Resident [Guardian], and/or [Guarantor] signs the Contract, Manager and Resident [Guardian], and/or [Guarantor] shall conduct a joint inspection of the apartment and its furnishings. Resident [Guardian], and/or [Guarantor] and Manager will agree that the inspection report attached to this Contract is a true and correct assessment of the condition of the apartment at the start of the Contract.

When a Contract is terminated, the Manager and Resident [Guardian], and/or [Guarantor] shall conduct a joint inspection of the apartment and its furnishings. Resident [Guardian], and/or [Guarantor] must, within one week prior to vacating the premises, arrange a mutually convenient time during the Manager's normal business hours for a departure inspection. Failure to do so or to attend at the arranged time will result in the Manager making an inspection in the Resident's absence.

Based upon the departure inspection, the Manager shall describe in writing any damage or harm caused by Resident's improper maintenance. If the condition of the apartment is such that the $ 500.00 cleaning and damage deposit referred to in Section 4 above does not cover costs of restoration, the balance of repair costs will be billed to the Resident, [Guardian], and/or [Guarantor]. An itemized list of material and labor used for repairs shall be included with the bill.

## Section 17. Safety Inspection

The Manager shall make safety inspections of each apartment quarterly. Safety inspection shall include inspection of the fire extinguisher, smoke alarm, condition of gas appliances and observation made for any unsafe condition. If unsafe conditions exist, Resident, [Guardian], and/or [Guarantor] and Manager will determine "responsibility" and the responsible party will correct the deficiency. A record of the results of these inspections shall be kept in the files for that apartment in the maintenance supervisor's office.

## Section 18. Repairs and Maintenance

The apartment will be in good repair and condition before Resident begins to occupy. If Manager fails to maintain the apartment in a habitable condition, Resident [Guardian], and/or [Guarantor] may exercise her/his right to repair and deduct in accordance with the law.

Resident shall exercise reasonable care in the use of the apartment and keep areas under her/his control free from dirt, and trash. Resident also agrees not to litter or damage the common areas of the Facility.

The Resident, [Guardian], and/or [Guarantor] shall pay for the cost of repairs caused by the Resident, guests, or persons under the Resident's control. Manager shall pay the cost of repairs due to lack of or improper maintenance. All repairs shall be made within a reasonable time in accordance with established procedures.

Resident, [Guardian], and/or [Guarantor] agrees that a daily inspection may be made of his or her unit when absent in the winter months to prevent freeze-ups, and to check for water and gas leaks. Resident agrees to notify Manager in writing prior to the date of departure. Failure to do this could result in building damage which would be charged to the Resident, [Guardian], and/or [Guarantor].

## Section 19. Right of Entry

Owner/Manager may enter the Resident's apartment only in the following cases:

1. In case of emergency.
2. To perform the duties as defined in the Resident Service Plan.
3. To perform regularly scheduled safety inspections.
4. To make necessary or agreed upon repairs, alterations, or improvements, supply necessary or agreed upon service, or show the dwelling unit to prospective or actual purchasers, mortgages, residents, workmen or contractors.
5. When Resident has abandoned or surrendered the apartment.
6. Notice of absence: The Resident, [Guardian], and/or [Guarantor] shall notify the Manager of any absence of the Resident from the property for a period of overnight or longer. Failure to notify the Manager of any absence shall constitute consent for Manager to enter the premises occupied by the Resident, without notice, where entry is reasonably necessary to protect the property and resident.
7. With Resident's, [Guardian], and/or [Guarantor] consent: Except in cases of emergency, daily care and safety checks, or with Resident's consent; entry will be made between the hours of 8:00 a.m. and 8:00 p.m. after giving 24 hours written notice of intent to enter.
8. Resident, owner/manager shall not use the right of access to harass Resident.

### Section 20. Sublease or Assignment
Resident, [Guardian], and/or [Guarantor] shall not sublease or assign this Contract or any interest therein.

### Section 21. Holding Over
Resident shall not remain in the apartment beyond the expiration of this Contract except with the written consent of the Manager. If personal property of Resident is left at the Facility after the termination/expiration of the Contract, written notice shall be given to the Resident that property will be disposed of by the Manager according to the law.

### Section 22. Management
Owner shall notify Resident [Guardian], and/or [Guarantor] in writing within 15 days of any change of the Manager of the apartment or any agent authorized to act on behalf of the Owner with regard to the apartment. Notice shall include name, address, and phone number of such Manager or Agent.

### Section 23. Noise and Nuisance
Resident shall not make excessive noise at the Facility that will disturb the peace and quiet of neighbors. Resident shall not cause or permit any nuisance to exist at the Facility. (Nuisance: An obnoxious, annoying person, thing, or practice. Something offensive or annoying to individuals or to the community, for which a legal remedy may be sought.)

### Section 24. Use of Apartment
Resident may use the apartment only for lawful Resident purposes. The apartment must be kept in a clean and safe condition.

### Section 25. Visitation, Guests and Vacation
Resident may have overnight guests in the apartment. Length of stay shall not exceed two weeks. Leaving your apartment for extended periods of over 60 days is not permitted. The Manager for medical reasons, may make exceptions. Residents [Guardian], and/or [Guarantor] are responsible for the action of all guests.

### Section 26. Allocation of Risk
Resident [Guardian], and/or [Guarantor] shall indemnify and save Owner/Manager harmless from any claim, action or demand arising from the fault of the Resident. Owner/Manager shall indemnify and render Resident harmless for any claim, action, or demand arising from the fault of the Owner/Manager.

### Section 27. Pets
No pets may be kept in the apartment or at the facility.

### Section 28 Smoking Policy:
Chugiak Senior Citizens, Inc. Assisted Living Program is a smoke free facility. No smoking is permitted inside the building. Residents may smoke only in designated areas.

### Section 29. Alterations
Resident may not make, or cause to be made, any alterations of the apartment.

### Section 30. Parking
Residents and guests shall park in designated areas.

### Section 31. Notices
Any notices provided for herein shall be given in writing and transmitted by personal delivery or prepaid first class mail and addressed as follows:

Manager: **Chugiak Senior Citizens, Inc**
Assisted Living Program
22424 N. Birchwood Loop
Chugiak, AK 99567

Tenant: **Helen Winters**
Chugiak Senior Citizens, Inc.
Assisted Living Program
22424 N Birchwood Lp ~~insert apt~~
# 234 Chugiak, AK 99567

or to such other persons or addresses as Manager or Resident may from time to time designate in writing.

### Section 32. Non-Waiver
The failure of either party at any time to enforce a provision of this Contract shall in no way constitute a waiver of the provision, nor in any way affect the validity of this contract or any part hereof, or the right of the party thereafter to enforce each and every provision hereof.

### Section 33. Amendment
The parties may amend this Contract only by written agreement, which shall be attached and dated as an appendix hereto.

### Section 34. Integration
This Contract and any writing incorporated by reference herein embody the entire agreement of the parties. This Contract shall supersede all previous communication, representations, or agreements, whether oral or written between the parties hereto.

### Section 35. Term
This Contract commences on this _20_ day of _September_, _2004_, and shall continue for one-month periods until termination.

### Section 36. Policies of the Facility
Resident [Guardian], and/or [Guarantor] agrees to comply with the written policies and procedures of Chugiak Senior Citizens, Inc.

### Section 37. Resident Service Plan
The Resident [Guardian], and/or [Guarantor] has received a copy of the Resident Service Plan dated this _20_ day of _September_, _2004_, Resident [Guardian], and/or [Guarantor] has read the Resident Service Plan, or had the Resident Service Plan

read to the Resident in a language the Resident understands, and agrees to the Plan, which is incorporated into this Contract by reference.

Before entering into this Residential Services Contract, I have read, or had read to me, in a language that I can understand, the foregoing Assisted Living Home Residential Services Contract with Chugiak Senior Citizens, Inc.

---

Resident _Carol L. Winter (POA) Daughter_  Date _____

Guardian _____  Date _____

Guarantor _Lynn Moser_  Date _9/24/04_

Chugiak Senior Citizens, Inc. Representative