Donna M. Meyers
William E. Moseley
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) **SCHEDULING AND**<br>) **PLANNING CONFERENCE**<br>) **REPORT**<br>)<br>)<br>) Case No. 3:06-cv-00083-TMB |

1.　**Meeting.**  In accordance with F.R.Civ.P.26(f), a meeting on May 18, 2006 and attended by:

　　Barbara Brink, attorney for plaintiff.

　　Donna M. Meyers, attorney for defendant.

　　The parties recommend the following:

2.　**Pre-Discovery Disclosures.**  The information required by F.R.Civ.P.26(a)(1):

　　____ have been exchanged by the parties

　　_X__ will be exchanged by the parties by June 5, 2006.

Proposed changes to disclosure requirements:   None.

Preliminary witness lists

____ have been exchanged by the parties

_X_ will be exchanged by the parties by June 5, 2006.

3. **Contested Issues of Fact and Law.** Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter: Liability, causation, damages, declaratory and injunctive relief, affirmative defenses.

4. **Discovery Plan.** The parties jointly propose to the court the following discovery plan.

   A. Discovery will be needed on the following issues: Liability, causation, damages, declaratory and injunctive relief, affirmative defenses.

   B. All discovery commenced in time to be completed by September 29, 2006 ("discovery close date").

   C. Limitations on Discovery.

      1. Interrogatories

         _X_ No change from F.R.Civ.P. 33(a)

         ____ Maximum of ____ by each party to any other party.

         Responses due in ____ days.

      2. Requests for Admissions

         _X_ No change from F.R.Civ.P. 36(a)

         ____ Maximum of ____ requests.

         Responses due in ____ days.

      3. Depositions

    _X__ No change from F.R.Civ.P. 36(a), (d).

    ____ Maximum of ____ by depositions by each party.

    Depositions not to exceed ____ hours unless agreed to by all parties.

  D. Reports from retained experts.

    ____ Not later than 90 days before the close of discovery subject to F.R.Civ.P. 26(a)(2)(C).

    _X__ Reports due:

    From plaintiff: August 15, 2006   From defendant: August 15, 2006

  E. Supplementation of disclosures and discovery responses are to be made:

    ____ Periodically at 60-day intervals from the entry of scheduling and planning order.

    _X__ As new information is acquired, but not later than 60 days before the close of discovery.

  F. A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

    ____ 45 days prior to the close of discovery.

    _X__ Not later than September 29, 2006.

5. **Pretrial Motions.**

  ____ No change from D.Ak. LR 16.1(c).

  The following changes to D.Ak. LR 16.1(c) [Check and complete all that apply]

_X_  Motions to amend pleadings or add parties to be filed not later than June 15, 2006.

_X_  Motions under the discovery rules must be filed no later than October 30, 2006.

_X_  Motions in limine and dispositive motions must be filed not later than October 30, 2006.

6. **Other Provisions:**

   A. _X_   The parties do not request a conference with the court before the entry of the scheduling order.

   ____   The parties request a scheduling conference with the court on the following issue(s):  (insert issues on which a conference is requested).

   B.   Alternative Dispute Resolution [D.Ak. LR 16.2]

   _X_  This matter is not considered a candidate for court-annexed alternative dispute resolution.

   ____  The parties will file a request for alternative dispute resolution not later than September 30, 2006.

   ____ Mediation        ____ Early Neutral Evaluation

   C.   The parties ___ do   _X_ do not consent to trial before a magistrate judge.

   D.   Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

   _X_  All parties have complied

   ____ Compliance not required by any party.

7. **Trial.**

    A.    The matter will be ready for trial:

        ____ 45 days after the discovery close date.

        _X_ not later than December 4, 2006.

    B.    This matter is expected to take _10_ days to try.

    C.    Jury Demanded   _X_   Yes   ____ No

        Right to trial disputed?   ____ Yes   _X_ No

DATED at Anchorage, Alaska, this 22nd day of May, 2006.

DELANEY WILES, INC.
Attorneys for Chugiak Senior Citizens, Inc.

s/Donna M. Meyers (Consent) and
William E. Moseley (Consent)
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, AK  99501
Phone:     907-279-3581
Fax:       907-277-1331
E-mail:    dmm@delaneywiles.com
E-mail:    wem@delaneywiles.com

ALASKA LEGAL SERVICES CORPORATION
Attorneys for Plaintiff Helen Winters through
for Power of Attorney Carol Winters

s/Barbara Brink (Consent)
Alaska Legal Services Corporation
1016 W. 6th Avenue, Suite 200
Anchorage, AK  99501
Phone:     907-272-9431
Fax:       907-279-7417
E-mail:    bbrink@alsc-law.org

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of May, 2006, a copy of **Scheduling and Planning Conference Report** was served electronically on:

Barbara Brink
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

s/Donna M. Meyers and William E. Moseley
(116470)