Donna M. Meyers
William E. Moseley
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>                Plaintiff,<br><br>  v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-00083-TMB |

**NOTICE OF FILING PROPOSED ORDER**

Defendant, Chugiak Senior Citizens, Inc., by and through counsel of record, Delaney Wiles, Inc., hereby notifies the court and counsel that a proposed order on CSC's Opposition to Motion to Remand is served and filed herewith.

DATED at Anchorage, Alaska, this 25th day of May, 2006.

DELANEY WILES, INC.
Attorneys for Chugiak Senior Citizens, Inc.

s/Donna M. Meyers (Consent) and
William E. Moseley (Consent)
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, AK  99501
Phone:     907-279-3581
Fax:       907-277-1331
E-mail:    dmm@delaneywiles.com
E-mail:    wem@delaneywiles.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of May, 2006, a copy of **NOTICE OF FILING PROPOSED ORDER** was served electronically on:

Barbara Brink
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

s/Donna M. Meyers (117480)