Donna M. Meyers
William E. Moseley
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
PHONE: 907-279-3581
FAX: 907-277-1331
dmm@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CHUGIAK SENIOR CITIZENS, INC., | ) ) |
| Defendant. | ) ) |
| _____ | ) Case No. 3:06-cv-00083-TMB |

### (PROPOSED) ORDER DENYING PLAINTIFF'S MOTION TO REMAND

Plaintiff has moved to remand this case back to state court. Defendant has filed an opposition to the motion. The court has reviewed the memoranda of the parties and being fully advised in the premises, determines that plaintiff's motion is meritless. Accordingly, plaintiff's Motion To Remand is hereby DENIED.

DATED at Anchorage, Alaska, this _____ day of _____, 2006.

_____
Timothy M. Burgess
U.S. District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th
day of May, 2006, a copy of
**(PROPOSED) ORDER DENYING
PLAINTIFF'S MOTION TO REMAND**
was served electronically on:

Barbara Brink
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

s/Donna M. Meyers and William E. Moseley
(117445)