Donna M. Meyers
William E. Moseley
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
wem@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | **MOTION TO AMEND ANSWER** |
| CHUGIAK SENIOR CITIZENS, INC., ) ) | |
| Defendant. ) | |
| _____ ) | Case No. 3:06-cv-00083-TMB |

COMES NOW defendant, by and through its counsel of record, and pursuant to Fed. R. Civ. Proc. 15 and Local Rules 7.1 and 15.1, hereby moves to amend its answer to assert three additional affirmative defenses to plaintiff's amended complaint for injunctive and declaratory relief and for damages.  The proposed amended answer and a copy thereof are attached hereto.  Additionally, a supporting memorandum and proposed order are submitted herewith.

DATED at Anchorage, Alaska, this 15th of June, 2006.

DELANEY WILES, INC.
Attorneys for Chugiak Senior Citizens, Inc.

s/Donna M. Meyers and William E. Moseley
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, AK  99501
Phone:      907-279-3581
Fax:         907-277-1331
E-mail:     dmm@delaneywiles.com
E-mail:     wem@delaneywiles.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th
day of June, 2006, a copy of
**MOTION TO AMEND ANSWER**
was served electronically on:

Barbara Brink
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

s/Donna M. Meyers (118248)