Donna M. Meyers
William E. Moseley
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
wem@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>　　　　　　Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>) **(PROPOSED) ORDER GRANTING**<br>) **DEFENDANT'S MOTION TO**<br>) **AMEND ANSWER**<br>)<br>)<br>) Case No. 3:06-cv-00083-TMB |

Defendant, having moved to amend its answer to assert three additional affirmative defenses to plaintiff's equitable and contract claims, and the court having reviewed the memoranda of the parties and deeming itself fully advised in the premises, finds that defendant's motion is well taken.

Accordingly, IT IS HEREBY ORDERED that defendant's motion is granted and defendant's amended answer attached to defendant's motion to amend is hereby deemed filed.

ENTERED at Anchorage, Alaska, this ____ day of _____, 2006.

_____
Judge Burgess
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of June, 2006, a copy of **(PROPOSED) ORDER GRANTING DEFENDANT'S MOTION TO AMEND ANSWER** was served electronically on:

Barbara Brink
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

s/Donna M. Meyers (118251)