Donna M. Meyers
William E. Moseley
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
wem@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters, <br><br>                    Plaintiff, <br><br>     v. <br><br> CHUGIAK SENIOR CITIZENS, INC., <br><br>                    Defendant. <br> _____ | ) <br> ) <br> ) <br> ) <br> ) <br> ) **MEMORANDUM IN SUPPORT OF** <br> ) **MOTION TO AMEND ANSWER** <br> ) <br> ) <br> ) <br> ) Case No. 3:06-cv-00083-TMB |

Defendant seeks to amend its answer to plaintiff's amended complaint for injunctive and declaratory relief and for damages to assert three affirmative defenses. The affirmative defenses are (1) plaintiff's claims are barred in whole or in part by the doctrine of unclean hands; (2) plaintiff's claims are barred in whole or in part by plaintiff's and others' misrepresentation and/or fraud in inducing defendant to enter into the contracts relied upon in the complaint; and (3) plaintiff's contract claim is barred in whole or in part by failure of consideration.

Federal Rule of Civil Procedure 15 provides that leave shall be freely given to amend pleadings when justice so requires. Five factors are taken into account to assess the propriety of a motion for leave to amend: bad faith, undue delay, prejudice to the opposing party, utility of amendment and whether the party has previously amended the pleading. *Safari Club International v. Demientieff,* 227 F.R.D. 300, 302 (D. Alaska 2005).

The instant case is in the very early stages. No discovery has been conducted, and defendant's motion to amend is timely under the court's scheduling and planning order. Defendant has not previously moved to amend, and there is no bad faith on its part in seeking to assert additional affirmative defenses. Rather, defendant desires to provide early notice of its additional affirmative defenses so that plaintiff will have an opportunity to address them early-on in discovery and motion practice. Furthermore, since defendant's motion is timely and filed at the very early stages of litigation, there is no undue delay or prejudice to plaintiff. Furthermore, the assertion of the additional affirmative defenses should not cause any undue delay in the proceedings or require additional discovery. Nor are the amendments futile. Rather the additional affirmative defenses are valid defenses to plaintiff's equitable and contract claims.[1]

There is a strong policy permitting amendment, and Fed. R. Civ. P. 15 reflects the liberal policy favoring amendments of pleadings at any time. *United States v. Croom,* 19 F.3d 1441, 1 (9th Cir. 1994). The district courts shall grant leave to amend freely when justice so requires, and this policy is to be applied with extreme liberality.

---

[1] Futility of amendment means that the pleading as amended does not state a claim upon which relief can be granted. *See Doe v. DIvision of Youth and Family Services,* 148 F. Supp.2d 462, 477 (D.N.J. 2001).

*Owens v. Kaiser Foundation Health Plan, Inc.,* 244 F.3d 708, 712 (9th Cir. 2001).

Defendant request that it be permitted to file its amended answer for the foregoing reasons.

DATED at Anchorage, Alaska, this 15th day of June, 2006.

        DELANEY WILES, INC.
        Attorneys for Chugiak Senior Citizens, Inc.

        s/Donna M. Meyers and William E. Moseley
        Delaney Wiles, Inc.
        1007 W. Third Avenue, Suite 400
        Anchorage, AK  99501
        Phone:     907-279-3581
        Fax:         907-277-1331
        E-mail:     dmm@delaneywiles.com
        E-mail:     wem@delaneywiles.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th
day of June, 2006, a copy of
**MEMORANDUM IN SUPPORT
OF MOTION TO AMEND ANSWER**
was served electronically on:

Barbara Brink
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

s/Donna M. Meyers (118249)