| | | |
|---|---|---|
| CLAY A. YOUNG<br>JAMES B. FRIDERICI<br>ANDREW GUIDI<br>HOWARD A. LAZAR<br>DONALD C. THOMAS<br>TIMOTHY J. LAMB<br>CYNTHIA L. DUCEY<br>DONNA M. MEYERS | **DELANEY WILES, INC.**<br>ATTORNEYS AT LAW<br>SUITE 400<br>1007 WEST 3RD AVENUE<br>ANCHORAGE, ALASKA 99501<br>TELEPHONE (907) 279-3581<br>FAX (907) 277-1331<br>WWW.DELANEYWILES.COM | KEVIN L. DONLEY<br>ERIC A. RINGSMUTH<br>JONATHAN P. CLEMENT<br>WILLIAM R. WARNOCK<br><br>OF COUNSEL<br>DANIEL A. GERETY<br>STEPHEN M. ELLIS<br>WILLIAM E. MOSELEY |

August 2, 2006

Barbara Brink  
Alaska Legal Services Corporation  
1016 West 6th Avenue, Suite 200  
Anchorage, Alaska   99501

**VIA FACSIMILE AND  
U.S. POSTAL SERVICE**

Re:   <u>Winters v. Chugiak Senior Citizens, Inc.</u>/Case No. A06-0083 Civil (TMB)

Dear Barbara:

In further review of plaintiff's responses to Chugiak Senior Citizens, Inc.'s First Set of Discovery Requests, it is apparent that many other responses are deficient as well, and need to be promptly supplemented. For example, in response to Interrogatory No. 5, not all of plaintiff's Alaska healthcare providers are listed. Dr. Jones is not even referenced.

Plaintiff's response to Interrogatory No. 7 is also deficient. In your response, you refer to Ms. Winters' preliminary witness list, but the preliminary witness list plainly does not state the facts of which each listed witness has knowledge. Clearly, this is a proper subject for a discovery request, and it should be supplemented promptly.

Plaintiff's responses to Request For Production Nos. 1, 2, 3, and 4 are also deficient. Plaintiff plainly is required by Rule 34 to produce documents which are within her control. Documents are within a parties' control if they can request or obtain them. See *Hart v. Wolff*, 849 P.2d 114 (Alaska 1971). Plaintiff can clearly request and obtain all the documents requested in Request For Production Nos. 1, 2 and 3. Accordingly, plaintiff should request the documents sought in Request For Production Nos. 1, 2, and 3, and produce them promptly.

Response to Request For Production No. 4 also appears to be incomplete in that records were not produced from all of Helen Winters' Alaska treating physicians, including Dr. Jones. These records should be obtained and produced promptly.

EXHIBIT C  
Page 1 of 2

DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.

Barbara Brink
Alaska Legal Services Corp.
August 2, 2006
Page 2

    Please respond to this letter by August 3, 2006, providing assurances that the requested documents will be obtained and produced within seven (7) days from the date of this letter.

        Sincerely,

        DELANEY WILES, INC.

        Donna M. Meyers

DMM:dkd/120154

EXHIBIT C
Page 2 of 2