# DELANEY WILES, INC.

ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

CLAY A. YOUNG
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS

KEVIN L. DONLEY
ERIC A. RINGSMUTH
JONATHAN P. CLEMENT
WILLIAM R. WARNOCK

OF COUNSEL
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY

August 2, 2006

**VIA FACSIMILE AND
U.S. POSTAL SERVICE**

Barbara Brink
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

Re:   <u>Winters v. Chugiak Senior Citizens, Inc.</u>/Case No. A06-0083 Civil (TMB)

Dear Barbara:

Thank you for Plaintiff's First Supplemental Disclosures which contain a number of medical records on Helen Winters. However, the supplemental production does not satisfy plaintiff's discovery obligation to produce a signed medical release. Specifically, Defendant's Request For Production No. 6 requested the production of several signed releases, including a medical release. Plaintiff's objection to producing the signed releases is without merit, so the signed releases should be produced immediately.

Please consider this letter our attempt to confer with plaintiff in good faith over the production of the signed releases prior to seeking the court's intervention. If the signed releases are not produced by close of business on Friday, August 4, 2006, we will file a motion to compel them.

Thank you for your attention to this matter.

Sincerely,

DELANEY WILES, INC.

Donna M. Meyers

DMM:dkd/120145

EXHIBIT D
Page 1 of 1