IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS,<br>through her power of attorney<br>Carol Winters,<br><br>    Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>    Defendant. | Case No. 3:06-cv-00083-TMB |

## PLAINTIFFS' RULE 26(a)(1) INITIAL DISCLOSURES

Comes now the Plaintiff Helen Winters, through her power of attorney, Carol Winters, and by and through counsel, Alaska Legal Services Corporation, and provides the following information pursuant to Federal Rules of Civil Procedure 26(a)(1).

**(A)** **the name, and if known the address and telephone number of each individual likely to have discoverable information that the disclosing \party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:**

Plaintiff, c/o Alaska Legal Services Corporation regarding liability, causation, damages, declaratory and injunctive relief.

Defendant Chugiak Senior Center Inc. ("CSC") and its employees, including but not limited to, Linda Hendrickson, Lynn Moser, Jan Freels, Marla Nelson and other current and past employees as yet unidentified, regarding liability, causation, damages, declaratory and injunctive relief.

Bob Dreyer and Janice Olsen, 550 W. 7th Ave., Suite1820, 334-4480; Deacon Jim Lee and Marion Maroney, St. Andrew Catholic Church Artillery Road Eagle River, 694-2170;


EXHIBIT E
Page 1 of 3

Kathy Huskey, 10244 Colville Rd., Eagle River, AK 99577, 696-3387; Kevin French, 3301 Eagle St., Anchorage AK, 269-4776; Karen Gomez, 21516 Snowflower Loop, Chugiak AK 99567, 688-8858; Michael Jones, M.D., 718 K. St. Anchorage, AK 99501, 272-2571; Peter Schabb M.D., 1200 Airport Heights Rd, #320, Anchorage, AK 99508, 272-0095; Kirk Moss, M.D., 11432 Business Blvd., Eagle River, AK 99577; Ellen Dingus, 1016 W. 6th Ave Suite 102, Anchorage, AK 269-0090; Dan Coverdell, M.D., Eagle River, AK 99577 ; Jennifer Msotrk, 272-1275; Phillip Duffy; Carmella Hering, and other current and former residents of CSC not yet identified; regarding liability, causation, damages, declaratory and injunctive relief.

**(B)   a copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody or control of the party and that the disclosing party may use to support its claims or defenses:**

   Plaintiff Helen Winters' medical records; personal photographs. Available upon demand.

**(C)   a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under rule 34the documents and other evidentiary material, not privileged or protected from disclosure on which such computation is based, including materials bearing on the nature and extent of injuries suffered:**

   Plaintiff is entitled to actual, compensatory, statutory and punitive damages for defendant's wrongful, tortious and discriminatory actions. Plaintiff has no documents at this time.

**(D)** for inspection and copying as under rule 34 any insurance agreement under which any person carrying an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimbursement for payments made to satisfy the judgment:

None

ALASKA LEGAL SERVICES CORPORATION

DATE: June 5, 2006

_____
Barbara K. Brink, Bar No.8206009
Attorney for Plaintiffs

This is to certify that a true
and correct copy of the foregoing
was emailed to: Donna Myers
on June 5, 2006.

_____