Donna M. Meyers
William E. Moseley
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE: 907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
wem@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| CHUGIAK SENIOR CITIZENS, INC., | )<br>) |
| Defendant. | ) |
| _____ | ) Case No. 3:06-cv-00083-TMB |

**(PROPOSED) ORDER GRANTING MOTION TO COMPEL**

Defendant has file a Motion to Compel and the Court finds the Motion to Compel is well-taken. The Motion to Compel is **GRANTED**.  Plaintiff is ordered to completely and accurately respond to Interrogatory Nos. 5 and 7, and produce the information requested in Requests for Production Nos. 1, 2, 3, 4, and 6 contained in CSC's First Discovery Requests To Plaintiff.  Plaintiff is ordered to sign the releases enclosed with CSC's First Discovery Requests To Plaintiff.

ENTERED at Anchorage, Alaska, this ____ day of _____, 2006.

_____
Timothy M. Burgess
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of August, 2006, a copy of **(Proposed) Order Granting Motion to Compel** was served electronically on:

Nikole M. Nelson/Barbara Brink/Jim Davis, Jr.
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

s/Donna M. Meyers and William E. Moseley
(120604)