Donna M. Meyers
William E. Moseley
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
wem@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>                Plaintiff,<br><br>v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>                Defendant.<br>_____ | <br><br><br><br><br><br><br><br><br><br><br><br>Case No. 3:06-cv-00083-TMB |

**MOTION FOR EXPEDITED CONSIDERATION OF MOTION TO COMPEL**

Pursuant to District of Alaska Local Rule 7.2(c), Defendant, Chugiak Senior Citizens, Inc. ("CSC"), by and through counsel of record, Delaney Wiles, Inc., files this motion for expedited consideration of CSC's motion to compel Plaintiff Helen Winters to completely respond to Interrogatory Nos. 5 and 7, and produce the information requested in Requests for Production Nos. 1, 2, 3, 4, and 6 contained in CSC's First Discovery Requests To Plaintiff.

On September 29, 2006, discovery in this case closes. *See* Court Order Dated May 31, 2006. CSC requests the Court grant its motion for expedited consideration of its motion to compel because CSC will be prejudiced if briefing takes place with the normal time standards set forth in District of Alaska Local Rule R 7.1(e) and if the Court does not promptly issue a decision. Specifically, as CSC seeks discovery from Plaintiff in its underlying motion to compel, if the Court does not promptly issue a ruling, CSC will precluded from obtaining discovery that is critical to this case, i.e., among other things, information regarding Plaintiff's medical providers, and documentation of Plaintiff's physical, emotional and mental condition.

As explained in the attached affidavit of counsel, the parties have attempted to resolve this matter without Court intervention, but have been unable to do so. To assist CSC in investigating and defending against the claims made in Plaintiff's complaint and to determine the scope of Plaintiff's physical, mental and emotional problems, CSC sent Plaintiff its first set of discovery requests on June 29, 2006. On August 1, 2006, Plaintiff responded to CSC's first discovery requests. However, Plaintiff did not accurately and completely respond to Interrogatory Nos. 5 and 7, and Requests for Production Nos. 1, 2, 3, 4, and 6. Exh. B at 1-14.

On August 2, 2006, counsel for CSC sent Plaintiff's counsel two letters explaining that Plaintiff's answers to Interrogatory Nos. 5 and 7, and Requests for Production Nos. 1, 2, 3, 4, and 6 were incomplete and deficient, and a motion to compel would be filed if the requested materials were not produced. Exhs. C, D (CSC's Counsel's Letters to Plaintiff's Counsel) (attached to Motion to Compel). Plaintiff has not amended or completed her answers to Interrogatory Nos. 5 and 7, nor has she

produced the information requested in Requests for Production Nos. 1, 2, 3, 4, and 6. As set forth in detail in the underlying motion to compel, the parties disagree about whether Plaintiff's discovery responses are legally sufficient. Consequently, it is necessary for the Court to resolve this discovery dispute.

Due to the rapidly approaching close of discovery, CSC requests the Court resolve this dispute by August 23, 2006, to ensure that CSC has sufficient time to obtain the requested information before the close of discovery, in the event the Court grants CSC's motion.

CSC will send a copy of this motion, as well as the motion to compel, by e-mail to Plaintiff once it is filed.

For the reasons explained above, CSC requests the Court grant its motion for expedited consideration of CSC's motion to compel Plaintiff to completely respond to Interrogatory Nos. 5 and 7, and produce the information requested in Requests for Production Nos. 1, 2, 3, 4, and 6 contained in CSC's First Discovery Requests To Plaintiff.

DATED at Anchorage, Alaska, this 15th day of August, 2006.

DELANEY WILES, INC.
Attorneys for Chugiak Senior Citizens, Inc.

s/Donna M. Meyers and William E. Moseley
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, Alaska  99501
Phone:     907-279-3581
Fax:       907-277-1331
E-mail:    dmm@delaneywiles.com
E-mail:    wem@delaneywiles.com
Alaska Bar Assoc. No. 9006011 (DMM)
Alaska Bar Assoc. No. 7811121 (WEM)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day
of August 2006, a copy of
Defendant's Motion For Expedited
Consideration was served electronically on:

Nikole M. Nelson/Barbara Brink/Jim Davis, Jr.
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, AK  99501

s/Donna M. Meyers, and William E. Moseley
(120602)