Donna M. Meyers
William E. Moseley
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE: 907-279-3581
FAX: 907-277-1331
dmm@delaneywiles.com
wem@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters, <br><br> Plaintiff, <br><br> v. <br><br> CHUGIAK SENIOR CITIZENS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 3:06-cv-00083-TMB |

**ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION**

Defendant has moved the Court for expedited consideration of her Motion to Compel, and the Court finds the Motion for Expedited Consideration is well-taken. The Motion for Expedited Consideration is **GRANTED**.  Plaintiff's opposition to the Motion to Compel is due on _____.  Defendant's reply is due on _____.

ENTERED at Anchorage, Alaska, this ____ day of _____, 2006.

_____
Timothy M. Burgess
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of August, 2006, a copy of **(Proposed) Order Granting Motion For Expedited Consideration** was served electronically on:

Nikole M. Nelson
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

s/Donna M. Meyers and William E. Moseley
(120603)