## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Helen Winters v. Chugiak Senior Citizens, Inc.*
Case No. 3:06-cv-083 TMB

By:            THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:   ORDER FROM CHAMBERS

Defendant has filed a motion to compel certain discovery (Docket No. 40) and an motion for expedited consideration of the motion to compel (Docket No. 41).

**IT IS HEREBY ORDERED:**

Defendant's motion for expedited consideration is **GRANTED**.

Plaintiff shall serve and file her opposition to Defendant's motion to compel, if any, on or before 4.30 p.m. on Thursday, August 17, 2006. Defendant shall serve and file its reply, if any, on or before 12.00 p.m. on Friday, August 18, 2006. A hearing on the motion to compel (Docket No. 40) is scheduled for 3.00 p.m. on Friday, August 18, 2006 in Courtroom 1.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:         August 16, 2006