IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, )<br>through her power of attorney )<br>Carol Winters, )<br>  )<br>    Plaintiff, )<br>  )<br>vs. )<br>  )<br>CHUGIAK SENIOR CITIZENS, INC., )<br>  )<br>    Defendant. )<br>_____) | Case No. 3:06-cv-00083-TMB |

**MOTION TO RESCHEDULE HEARING RE:
DEFENDANT'S MOTION TO COMPEL**

COMES NOW the plaintiff, by and through counsel, and moves this Court to reschedule the hearing set for 3:00 p.m. on Friday, August 18, 2006. Counsel was not contacted regarding their availability prior to the Court scheduling the hearing. Counsel for the plaintiff is unavailable for this hearing. Therefore, plaintiff requests that the hearing be rescheduled to any time on August 18 except between 1:30 and 3:30 p.m. In the alternative, plaintiff requests that the hearing be scheduled for any time on Monday, August 21, 2006. This Motion is supported by the Affidavit of Nikole Nelson.

DATED: 8-16-2006					ALASKA LEGAL SERVICES CORPORATION
							Attorneys for Plaintiff
							Helen Winters
							through her power of attorney Carol Winters


							s/Nikole Nelson_____
							ALASKA LEGAL SERVICES
							1016 West 6th Avenue, Suite 200
							Anchorage, Alaska 99501
							PHONE: (907) 222-9431
							FAX: (907) 279-7417
							E-mail: nnelson@alsc-law.org
							Alaska Bar No. 9906033


I, Nikole Nelson, certify that on August 16, 2006 a copy of the foregoing document was served electronically on Donna Meyers, at Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.

							s/Nikole Nelson_____