IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS,<br>through her power of attorney<br>Carol Winters,<br><br>    Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 3:06-cv-00083-TMB<br>)<br>) |

**PROPOSED ORDER**

Upon motion by the plaintiff, the hearing scheduled for August 18, 2006 at 3:00 p.m. is rescheduled for the _____ day of August, 2006 at _____ o'clock, ____.m., in Court room _____.

DATED this ____ day of August, 2006, at Anchorage, Alaska.

_____
Honorable Judge Burgess