IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS,<br>through her power of attorney<br>Carol Winters,<br><br>    Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>    Defendant. | Case No. 3:06-cv-00083-TMB |

**AFFIDAVIT OF NIKOLE NELSON RE:**
**UNAVAILABILITY OF COUNSEL**

State of Alaska    )
                           )ss.
Third judicial District    )

      Nikole Nelson, being first duly sworn upon her oath, deposes and states as follows:

      1.    I am the supervising attorney of the Anchorage office of Alaska Legal Services Corporation and counsel for the Plaintiff in the above-captioned case.

      2.    Our office received notice this morning that a hearing on the defendant's Motion to Compel has been scheduled for Friday, August 18, 2006 at 3:00 p.m. Our office was not consulted regarding the availability of counsel prior to receiving this notice. Unfortunately none of the three attorneys representing the plaintiff in this matter are available at that date and time.

3. James J. Davis, Jr., is unavailable to attend the hearing because he has oral argument in state court on another matter at 2:00 p.m. Mr. Davis would be available the morning of the 18th or after 3:30 p.m. on August 18th, 2006.

4. Barbara Brink is similarly unavailable to attend the hearing as she will be trying a case in Valdez and is not scheduled to return to Anchorage until the evening of August 18, 2006.

5. Due to a prior personal commitment that cannot be avoided or rescheduled, I am unavailable to attend an August 18, 2006 hearing in this matter.

6. Consequently, we are requesting that the hearing in this matter be rescheduled to for anytime on August 18th, 2006 other than between 1:30 – 3:30 p.m. or rescheduled for Monday August 21, 2006.

DATED: 8-16-2006

ALASKA LEGAL SERVICES CORPORATION
Attorneys for Plaintiff
Helen Winters
through her power of attorney Carol Winters

s/Nikole Nelson
ALASKA LEGAL SERVICES
1016 West 6th Avenue, Suite 200
Anchorage, Alaska 99501
PHONE: (907) 222-9431
FAX: (907) 279-7417
E-mail: nnelson@alsc-law.org
Alaska Bar No. 9906033

**CERTIFICATE OF SERVICE**

  I, Nikole Nelson, certify that on August 16, 2006 a copy of the foregoing document was served electronically on Donna Meyers, at Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.

            s/Nikole Nelson