IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS,  )<br>through her power of attorney  )<br>Carol Winters,  )<br>  )<br>    Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>CHUGIAK SENIOR CITIZENS, INC.,  )<br>  )<br>    Defendant.  )<br>_____ ) | Case No. 3:06-cv-00083-TMB |

**MOTION TO EXPEDITE MOTION TO RESCHEDULE HEARING RE:
DEFENDANT'S MOTION TO COMPEL**

The plaintiff respectfully moves this Court for an Order to Expedite the plaintiff's simultaneously filed *Motion To Reschedule Hearing Re: Defendant's Motion to Compel.* An expedited decision of this Motion to Remand is necessary, as a hearing on the Motion to Compel is currently scheduled for Friday, August 18, 2006, at 3:00 p.m.

DATED: 8-16-2006         ALASKA LEGAL SERVICES CORPORATION
                         Attorneys for Plaintiff
                         Helen Winters
                         through her power of attorney Carol Winters


                         s/Nikole Nelson
                         ALASKA LEGAL SERVICES
                         1016 West 6th Avenue, Suite 200
                         Anchorage, Alaska 99501
                         PHONE: (907) 222-9431
                         FAX: (907) 279-7417
                         E-mail: nnelson@alsc-law.org

I, Nikole Nelson, certify that on August 16, 2006, a copy of the foregoing document was served electronically on Donna Meyers, at Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.

                                                      s/Nikole Nelson