IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, )<br>through her power of attorney )<br>Carol Winters, )<br>　　　　　　　　　　　　　　　)<br>　　　Plaintiff, )<br>　　　　　　　　　　　　　　　)<br>vs. )<br>　　　　　　　　　　　　　　　)<br>CHUGIAK SENIOR CITIZENS, INC., )<br>　　　　　　　　　　　　　　　)<br>　　　Defendant. )<br>_____) | Case No. 3:06-cv-00083-TMB |

**PROPOSED ORDER GRANTING EXPEDITED CONSIDERATION OF MOTION TO RESCHEDULE HEARING RE: DEFENDANT'S MOTION TO COMPEL**

IT IS SO ORDERED. This court shall expedite the Motion to Reschedule Hearing Re: Defendant's Motion to Compel scheduled in this case for 3:00 p.m. on Friday, August 18, 2006.

_____       _____
DATE                                TIMOTHY M. BURGESS
                                         U. S. DISTRICT COURT JUDGE

I, Nikole Nelson, certify that on August 16, 2006 a copy of the foregoing document was served electronically on Donna Meyers, at Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.

　　　　　　　　　　　　　　　s/Nikole Nelson