AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF   ALASKA

Helen Winters, through her Power of
Attorney Carol Winters,   Plaintiff

Chugiak Senior Citizens, Inc.
                  Defendant

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 3:06-cv-00083 (TMB)

TO: Kathy Huskey/Care Plans, Inc. -- 10244 Colville
    Eagle River, Alaska   99577

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

   SEE ATTACHMENT TO SUBPOENA

| PLACE | DATE AND TIME |
|---|---|
| Delaney Wiles, Inc. -- 1007 West Third Avenue, Suite 400 Anchorage, Alaska   99501 | 8/3/06 at 11 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| /s/ Donna M. Meyers | July 25, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Donna M. Meyers -- Delaney Wiles, Inc. 1007 West Third Avenue, Suite 400
Anchorage, Alaska   99501/907-279-3581

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

Donna M. Meyers
William E. Moseley
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
PHONE: 907-279-3581
FAX: 907-277-1331
dmm@delaneywiles.com
wem@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>Plaintiff,<br><br>v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-00083-TMB |

**NOTICE OF TAKING RECORDS DEPOSITION**

TO:   **Kathy Huskey**
       **Care Plans**
       **10244 Colville**
       **Eagle River, Alaska  99577**

PLEASE TAKE NOTICE that the records deposition of Care Plans, Inc. will be taken on behalf Chugiak Senior Citizens, Inc., defendant in the above matter, pursuant to Rule 26 of the Rules of Civil Procedure before Computer Matrix Court Reporters, LLC (264-6753) in the offices of Delaney Wiles, Inc., 1007 West Third

Avenue, Suite 400, Anchorage, Alaska, in the fourth floor conference room, on August 3, 2006 at 11:00 a.m. pursuant to the subpoena attached hereto. You are invited to attend and take such part as you may consider appropriate. The deposition shall continue from day to day until completed and you are invited to attend and cross-examine.

The witness shall bring to the deposition a complete copy of all files and documents that relate in any way to plaintiff Helen Winters. The witness shall bring all documents, notices, reports, notes, and recordings relating or pertaining to Helen Winters.

DATED at Anchorage, Alaska, this 25th day of July, 2006.

DELANEY WILES, INC.
Attorneys for Chugiak Senior Citizens, Inc.

By: _____
Donna M. Meyers/AK Bar No. 9006011

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25 day of July, 2006, a copy of **Notice of Taking Records Deposition** was served via USPS, first class mail on:

Nikole Nelson and Barbara Brink
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska  99501

Computer Matrix Court Reporters, LLC
310 K Street, Suite 200
Anchorage, Alaska  99501

_____
Donna K. Daniels/119620

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

## ATTACHMENT TO SUBPOENA

The witness shall bring to the deposition a complete copy of any and all files and documents relating or pertaining to plaintiff Helen Winters. The witness shall bring all documents, notices, reports, notes and recordings.

/119621