IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS,<br>through her power of attorney<br>Carol Winters,<br><br>　　　Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Case No. 3:06-cv-00083-TMB<br>)<br>) |

**PROPOSED ORDER**

Defendant moved this Court to compel plaintiff to further respond to the defendant's first set of discovery requests issued June 29, 2006 claiming that the plaintiff's responses were insufficient. Plaintiff has opposed.

Both parties having had an opportunity to be heard and this Court having fully considered the matter hereby finds the defendant has failed to meaningfully meet and confer with plaintiff's counsel as required by Local Rule 37.1(a) and by Federal Rule 37(a)(2)(B). The Court further finds that the substantive issues raised by defendant's motion to compel are baseless because the defendant has not shown that the plaintiff is withholding any data in her possession or control.

Accordingly, defendant's motion is denied.

DATED this ____ day of August, 2006, at Anchorage, Alaska.

_____
Honorable Judge Burgess