IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS,<br>through her power of attorney<br>Carol Winters,<br><br>    Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 3:06-cv-00083-TMB<br>)<br>) |

**AFFIDAVIT OF NIKOLE NELSON**

| | |
|---|---|
| State of Alaska | ) |
| | )ss. |
| Third judicial District | ) |

Nikole Nelson, being first duly sworn upon her oath, deposes and states as follows:

1.      I am the supervising attorney of the Anchorage office of Alaska Legal Services Corporation and counsel for the Plaintiff in the above-captioned case.

2.      Counsel for the defendant sent two demand letters regarding discovery issues in this case, both were addressed to Barbara Brink and both were dated August 2, 2006. *See* Exh. C & D.

3.      Ms. Brink was out of the office on August 2, 2006. She worked on August 3rd and the morning of August 4, 2006. On August 3, 2006 Ms. Brink contacted defendant's counsel to inquire whether a records deposition that was scheduled for that

day had been cancelled.  At no time during this conversation did opposing counsel

mention either of the demand letters or attempt to resolve the discovery disputes.

     4.     Ms. Brink was on leave from August 4 to August 14, 2006.  Since her

return Ms. Brink has been scrambling to catch up on her workload which included

preparing for a trial in Valdez at this week.

     5.     Defendant's counsel never called Ms. Brink to discuss discovery

disputes at issue in this motion.  Furthermore, defendant's counsel did not call, email or

write to either myself or Mr. Davis in an attempt to resolve these matters prior to filing

their motion to compel.


DATED: 8-17-2006          ALASKA LEGAL SERVICES CORPORATION
                                      Attorneys for Plaintiff
                                      Helen Winters
                                      through her power of attorney Carol Winters


                                      s/Nikole Nelson_____
                                      ALASKA LEGAL SERVICES
                                      1016 West 6th Avenue, Suite 200
                                      Anchorage, Alaska 99501
                                      PHONE: (907) 222-9431
                                      FAX: (907) 279-7417
                                      E-mail: nnelson@alsc-law.org
                                      Alaska Bar No. 9906033

**CERTIFICATE OF SERVICE**

        I, Nikole Nelson, certify that on August 17, 2006 a copy of the foregoing document was served electronically on Donna Meyers, at Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.

                              s/Nikole Nelson