Donna M. Meyers
William E. Moseley
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
PHONE: 907-279-3581
FAX: 907-277-1331
dmm@delaneywiles.com
wem@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters, <br><br> Plaintiff, <br><br> v. <br><br> CHUGIAK SENIOR CITIZENS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. 3:06-cv-00083-TMB

### AFFIDAVIT OF DONNA M. MEYERS

STATE OF ALASKA       )
                      ) ss.
THIRD JUDICIAL DISTRICT )

Donna M. Meyers, being first duly sworn, deposes and says as follows:

1. My name is Donna M. Meyers. I am the lead attorney in this case representing Chugiak Senior Citizens, Inc. ("CSC"). I have first hand knowledge of the matters set forth herein.

2. Contrary to Plaintiff's statements made in the opposition to the motion to compel, I did not speak with Plaintiff's counsel on August 3, 2006. Barbara Brink telephoned our office on August 3rd and spoke with my secretary, Donna K. Daniels, because I was unavailable when Ms. Brink called. My secretary informed me of Ms. Brink's inquiry about the deposition and I asked my secretary to return Ms. Brink's call to let her know the notice of cancellation had already been sent by facsimile to Ms. Brink's office. Ms. Brink never indicated or suggested to my secretary a desire to discuss our pending request for Plaintiff to supplement her discovery responses. Even though I was quite busy on August 3rd, Ms. Brink could have asked to speak to my co-counsel on the case, William Moseley.

3. Neither Ms. Brink, nor Plaintiff's other attorneys notified myself, or any other counsel for CSC that Ms. Brink was on vacation for the next two weeks of August, or that Plaintiff's other attorney, Jim Davis, would be out of the office on personal leave for most of August. I just recently learned of Mr. Davis' unavailability when I attempted to reach an amicable agreement with Plaintiff's counsel to extend the deadline for expert disclosures. I had sent a letter to Ms. Brink on August 11, 2006, asking if Plaintiff would agree to extend the deadline given the pending dispute over discovery. See Exhibit A. When I did not receive a response by the afternoon of August 14, 2006, I contacted Ms. Brink. It was not until then that Ms. Brink informed me that she was not in the office on Friday,

DELANEY WILES, INC.
SUITE 400
1007 WEST 3rd AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Affidavit of Donna M. Meyers
Winters v. Chugiak Senior Citizens, Inc./Case No. 3:06-cv-0083 (TMB)    Page 2 of 4

August 11th. Ms. Brink said she had to contact Mr. Davis to find out if he would agree to the request because it was his decision to make. After I did not hear from Ms. Brink or Mr. Davis later that day, I contacted Ms. Brink again on Tuesday, August 15th while I was at home recovering from eye surgery. It was then that Ms. Brink informed me Mr. Davis was out of the office most of the month on personal leave, and she had unsuccessfully attempted to reach Mr. Davis. In a subsequent telephone call, Ms. Brink informed me that Mr. Davis would not agree to the extension because he saw no reason to do so.

4.  At no time did Plaintiff's counsel ever respond to CSC's attempt to resolve this discovery dispute or respond to the letters I sent to Plaintiff's counsel. Moreover, Plaintiff's counsel has never instructed CSC's counsel to communicate with all three of Plaintiff's counsel or to communicate with only one particular attorney representing Plaintiff.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Donna M. Meyers

SUBSCRIBED AND SWORN TO before me this 18th day of August, 2006 at Anchorage, Alaska.

_____
Notary Public in and for Alaska
My commission expires: 2-6-08

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Affidavit of Donna M. Meyers
Winters v. Chugiak Senior Citizens, Inc./Case No. 3:06-cv-0083 (TMB)                Page 3 of 4

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of August, 2006, a copy of **Affidavit of Donna M. Meyers** was served electronically on:

Nikole Nelson/Barbara Brink/Jim Davis, Jr.
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska  99501

s/Donna M. Meyers and William E. Moseley
(120723)

DELANEY WILES, INC.
SUITE 400
007 WEST 3RD AVENUE
NCHORAGE, ALASKA
(907) 279-3581

Affidavit of Donna M. Meyers
Winters v. Chugiak Senior Citizens, Inc./Case No. 3:06-cv-0083 (TMB)                Page 4 of 4