CLAY A. YOUNG
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS

# DELANEY WILES, INC.
ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

KEVIN L. DONLEY
ERIC A. RINGSMUTH
JONATHAN P. CLEMENT
WILLIAM R. WARNOCK

OF COUNSEL
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY

August 11, 2006

**VIA FACSIMILE AND
U.S. POSTAL SERVICE**

Barbara Brink
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska 99501

Re:   Winters v. Chugiak Senior Citizens, Inc./Case No. A06-0083 Civil (TMB)

Dear Barbara:

I propose that we stipulate to extend the approaching deadline for exchanging expert reports because of the current dispute over the adequacy of plaintiff's discovery responses and the fact that Carol Winters' deposition is not scheduled to occur until August 28th. I would like to extend the deadline until September 15th, which should not interfere with any other major deadlines. If you are willing to stipulate to the time extension, I will prepare a stipulation and send it to you for your approval.

Thank you for your attention to this matter.

Sincerely,

DELANEY WILES, INC.

Donna M. Meyers

DMM:dkd/120528

EXHIBIT A
Page 1 of 1