Nikole Nelson
Alaska Legal Services Corporation
1016 W. 6th Avenue, Suite 200
Anchorage, Alaska  99501
Phone: 907-272-9431
Fax: 907-279-7417
E-mail:  nnelson@alsc-law.org

Attorneys for Plaintiff Helen Winters
through Her Power of Attorney
Carol Winters

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her power of attorney Carol Winters,<br><br>　　Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>　　Defendant. | Case No. 3:06-cv-00083-TMB |

**NOTICE TO THE COURT CONCERNING DEFENDANT'S PENDING MOTION TO COMPEL**

COMES NOW the parties hereto, by and through their counsel of record, and notify this Court that they have been able to resolve all but one of the issues raised by defendant's Motion to Compel (dated August 15, 2006):

The plaintiff agrees to supplement her response to Interrogatory No. 5 so as to include the names and contact information of all Ms. Winters' healthcare providers since 2000.  Ms. Winters will also state the reason(s) she was seen by each provider.

Notice to the Court Concerning
Defendant's Pending Motion to Compel
Winters v. Chugiak Senior Citizens, Inc./Case No. 3:06-cv-00083 (TMB)　　　　Page 1 of 4

The plaintiff agrees to supplement her response to Interrogatory No. 7 by including those persons also listed on her preliminary witness list and to state the facts which each listed witness has testimonial knowledge.

The plaintiff has already produced to defendant all documents currently in her possession that are responsive to defendant's Request for Production No. 1. Plaintiff requested a copy of the Adult Protective Services file that relates to Ms. Huskey's Report of Harm to Adult Protective Services in early August 2006, and will promptly follow-up with that request in order to expedite production of the records. Upon receipt of that file plaintiff will either produce it and/or will produce a privilege log indicating which documents if any, are being withheld and the basis for said withholding.

There are no documents currently in plaintiff's possession that are responsive to defendant's Request for Production No. 2 and 3.  Plaintiff requested a copy of the Long Term Care Ombudsman's file several weeks ago and will promptly follow-up with that request in order to expedite production of the records.  Upon receipt of that file plaintiff will either produce it or produce a privilege log indicating which documents, if any, are being withheld and the basis for said withholding.

Defendant's Request for Production No. 6 asks the plaintiff to sign releases allowing the defendant to access her medical records, social security records, and Medicare/Medicaid records.  Plaintiff agrees to request her social security and Medicare/Medicaid records and will, upon receipt, either produce these documents

Notice to the Court Concerning
Defendant's Pending Motion to Compel
Winters v. Chugiak Senior Citizens, Inc./Case No. 3:06-cv-00083 (TMB)        Page 2 of 4

to the defendants or produce a privilege log indicating which documents, if any, are being withheld and the basis for said withholding.

The parties' disagreement concerns the relevant records and time-frame for Defendant's Request for Production No. 4. Defendant's Request for Production No. 4 asks plaintiff to produce *all her healthcare records* for *all* healthcare providers she has seen in the last *10* years.

Plaintiff has already produced all such documents that are in her possession. Plaintiff is willing to request her records for the past 5 years (i.e. from September of 2001) from those healthcare providers who are treating her or have treated her *for conditions she now has or had at the time she moved into the defendant's property (i.e., September of 2004).* Plaintiff will either produce these records to defendants once they are in her possession or produce a privilege log indicating which documents, if any, are being withheld and the basis for said withholding.

Defendant maintains that plaintiff should produce all healthcare records from all healthcare providers since January 1, 2000.

Because the parties are unable to resolve this issue, the parties hereby ask the Court to enter an order setting forth what records and for what period of time the plaintiff should be required to obtain and produce.

Dated this ____ day of August, 2006, at Anchorage, Alaska.

Notice to the Court Concerning
Defendant's Pending Motion to Compel
Winters v. Chugiak Senior Citizens, Inc./Case No. 3:06-cv-00083 (TMB)        Page 3 of 4

        DELANEY WILES, INC.
        Attorneys for Chugiak Senior Citizens, Inc.

        <u>s/Donna M. Meyers (Consent) and</u>
        <u>William E. Moseley (Consent)</u>
        Delaney Wiles, Inc.
        1007 W. Third Avenue, Suite 400
        Anchorage, AK 99501
        Phone: 907-279-3581
        Fax: 907-277-1331
        E-mail: dmm@delaneywiles.com
        E-mail: wem@delaneywiles.com
        ALASKA LEGAL SERVICES CORPORATION

        Attorneys for Plaintiff Helen Winters through for
        Power of Attorney Carol Winters

        <u>s/Nikole Nelson (Consent)</u>
        Alaska Legal Services Corporation
        1016 W. 6th Avenue, Suite 200
        Anchorage, AK 99501
        Phone: 907-272-9431
        Fax: 907-279-7417
        E-mail: nnelson@alsc-law.org

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the _____ day of August, 2006, a copy of **Notice to the Court Concerning Defendant's Pending Motion to Compel** was served electronically on:

Donna M. Meyers and William E. Moseley
Delaney Wiles, Inc.
1007 West Third Avenue, Suite 400
Anchorage, Alaska   99501

/s/Nikole Nelson

Notice to the Court Concerning
Defendant's Pending Motion to Compel
Winters v. Chugiak Senior Citizens, Inc./Case No. 3:06-cv-00083 (TMB)        Page 4 of 4