**LSC**

ALASKA LEGAL SERVICES CORPORATION
ANCHORAGE AND STATEWIDE OFFICE

1016 WEST SIXTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1963
TELEPHONE (907) 272-9431
FAX (907) 279-7417
www.AlaskaLawHelp.org

September 1, 2006

**VIA FAX AND MAIL**

Donna M. Meyers
Delaney Wiles, Inc.
1007 W. 3d Ave., Suite 400
Anchorage, AK 99501

Re: *Winters v. Chugiak Senior Center, Inc.*

Dear Donna:

In your letter of August 30th, you state that you are unable to respond to Interrogatory Nos. 2, 3, & 4, and Request for Production Nos. 7 & 8 because the information we seek is encompassed by HIPPA. As you know, HIPPA requires covered entities to have written privacy procedures, including a description of what is considered protected information, how it will be used and when it may be disclosed. If you contend that CSC, Inc. is covered by HIPPA and that the information we seek is HIPPA protected please immediately provide us with CSC, Inc.'s HIPPA required written privacy procedures that support your position.

Very Truly Yours,

Nikole Nelson
Supervising Attorney

**PLAINTIFF'S
EXHIBIT
7**

cc: Jim Davis; Barb Brink