Donna M. Meyers
William E. Moseley
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
PHONE: 907-279-3581
FAX: 907-277-1331
dmm@delaneywiles.com
wem@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

HELEN WINTERS, through her Power of       )
Attorney Carol Winters,                    )
                                           )
                         Plaintiff,        )
                                           )
         v.                                )
                                           )
CHUGIAK SENIOR CITIZENS, INC.,             )
                                           )
                         Defendant.        )
_____)  Case No. 3:06-cv-00083-TMB

### DEFENDANT'S PRELIMINARY WITNESS LIST

Defendant, Chugiak Senior Citizens, Inc., by and through counsel of record, Delaney Wiles, Inc., submits the following preliminary witness list:

    1.    Helen Winters
           c/o Nikole Nelson and Barbara Brink
           Alaska Legal Services Corporation
           1016 West 6th Avenue, Suite 200
           Anchorage, Alaska 99501

           Plaintiff. Attorney-client privilege.

DELANEY WILES, INC.
SUITE 400
1007 W 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

PLAINTIFF'S EXHIBIT 9

2. Carol Winters
   c/o Nikole Nelson and Barbara Brink
   Alaska Legal Services Corporation
   1016 West 6th Avenue, Suite 200
   Anchorage, Alaska 99501

   Plaintiff. Attorney-client privilege.

3. Chugiak Senior Center
   c/o Delaney Wiles, Inc.
   1007 W. 3rd Ave., Suite 400
   Anchorage, AK 99501
   (907) 279-3581

   Defendant. Attorney-client privilege. Current and former staff members including, but not limited to:

   a. Terry Bartley
   b. Nicole Beck
   c. Ronda Cameron
   d. Mary Coggins
   e. Amy Coulter
   f. Annette Fee
   g. Teresa Forsyth
   h. Jan Freels
   i. Sheila Guid
   j. Jessica Halterman
   k. Linda Hendrickson
   l. Susie Hoffman
   m. Thomas Isaacs
   n. Glenda Kish
   o. Barbara Matthews
   p. Kamie Moran
   q. Lynn Moser
   r. Marla Nelson
   s. Fred Petz
   t. Eliria Solseng
   u. Debra Wasick
   v. Terri Wild
   w. Carol Wilkings
   x. Shelia Randall
   y. Kathy Sahlstrom
   z. Stephanie Foote
   aa. Charles Butler
   bb. Alice Landers
   cc. Lisa Elsholz

DELANEY WILES, INC.
SUITE 400
1007   3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

    dd. Laurie Guderian
    ee. Michelle Nelson
    ff. Melody Wilson
    gg. Stephan Martinez
    hh. Angel McKinley

4. Connie Crane
Chugiak Senior Center
22424 N. Birchwood Lp.
Chugiak, AK 99567
(907) 688-2677

Resident. Knowledge of plaintiff's interaction with other residents and staff members.

5. Bernie Nunn
Chugiak Senior Center
22424 N. Birchwood Lp.
Chugiak, AK 99567
(907) 688-2677

Resident. Knowledge of plaintiff's interaction with other residents and staff members.

6. Delores Trevino
Chugiak Senior Center
22424 N. Birchwood Lp.
Chugiak, AK 99567
(907) 688-2677

Resident. Knowledge of plaintiff's interaction with other residents and staff members.

7. Carmela Herring
Guardian – Steve Young
Chugiak Senior Center
22424 N. Birchwood Lp.
Chugiak, AK 99567
(907) 688-2677

Resident. Knowledge of plaintiff's interaction with other residents and staff members.

ELANEY WILES, INC.
SUITE 400
    T 3RD AVENUE
NC   AGE, ALASKA
(907) 279-3581

8. Phillip Duffy
Chugiak Senior Center
22424 N. Birchwood Lp.
Chugiak, AK 99567
(907) 688-2677

Resident. Knowledge of plaintiff's interaction with other residents and staff members.

9. Bob Dryer, Long Term Care Ombudsman
c/o Tim Twomey, AAG
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501
(907) 258-6872

Investigated claims made by plaintiff against defendant.

10. Pastor Jim Lee
Address and phone number currently unknown.

Deacon of plaintiff's church.

11. Kevin French
Address and phone number currently unknown.

Plaintiff's family friend.

12. Kathy Huskey
Care Plans, Inc.
P.O. Box 772482
10244 Colville
Eagle River, AK 99577
(907) 696-3387

Care coordinator.

13. Michael Jones, MD
Anchorage Medical & Surgical Clinic, LLC
718 K St.
Anchorage, AK 99501
(907) 272-2671

Plaintiff's treating physician.

DELANEY WILES, INC.
SUITE 400
1007 T 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

14. Daniel J. Coverdell, MD
    Acute Family Medicine Clinic
    11470 Business Blvd., Suite 100
    Eagle River, AK 99577
    (907) 622-4325

    Plaintiff's treating physician.

15. Peter Schaab, MD
    1200 Airport Heights Rd., Suite 320
    Anchorage, AK 99508
    (907) 272-0095

    Plaintiff's treating physician.

16. Kirk T. Moss, MD, PC
    11432 Business Blvd.
    Eagle River, AK 99577
    (907) 694-1300

    Plaintiff's treating physician.

17. All other health care providers, yet unidentified, who have treated plaintiff.

18. All witnesses listed on other parties' witness lists.

19. All witnesses whose identity comes to light through the discovery process.

20. All witnesses necessary to provide expert opinions.

21. All witnesses necessary to certify documents or other evidence.

22. All witnesses necessary for rebuttal.

DATED at Anchorage, Alaska, this 5th day of June, 2006.

DELANEY WILES, INC.
Attorneys for Chugiak Senior Citizens, Inc.

By: *Donna M. Meyers*
Donna M. Meyers
Alaska Bar No.: 9006011

ELANEY WILES, INC.
SUITE 400
007  3RD AVENUE
NCH...AGE, ALASKA
(907) 279-3581

Preliminary Witness List
Winters v. CSC/Case No. 3:06-cv-00083-TMB
Page 5 of 6

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of June, 2006, a copy of Defendant's Preliminary Witness List was served via USPS, first class on:

Nikole Nelson and Barbara Brink
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

_____
Donna K Daniels (117684)

DELANEY WILES, INC.
SUITE 400
1007 W 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

**Preliminary Witness List**
*Winters v. CSC*/Case No. 3:06-cv-00083-TMB

Page 6 of 6