IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, )<br>through her power of attorney )<br>Carol Winters, )<br>   )<br>   Plaintiff, )<br>   )<br>vs. )<br>   )<br>CHUGIAK SENIOR CITIZENS, INC., )<br>   )<br>   Defendant. )<br>_____ ) | Case No. 3:06-cv-00083-TMB |

**ORDER ON PLAINTIFF'S MOTION TO COMPEL**

Plaintiff having filed a motion to compel discovery vis à vis Requests for Production Nos. 1, 3, 5, 6, 7, 8, 20 and 23, and Interrogatories Nos. 2, 3, 4 and 13;

Defendant Chugiak Senior Center, Inc. ("CSC") having opposed said Motion;

This Court being fully advised;

This Court hereby GRANTS plaintiff's motion and orders CSC to fully respond to all of the above discovery requests and to produce to plaintiff all of the sought after data within 10 days of today's date.

    DATED this ____ day of September, 2006, at Anchorage, Alaska.

                                              _____
                                              Honorable Judge Burgess