IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS,<br>through her power of attorney<br>Carol Winters,<br><br>    Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 3:06-cv-00083-TMB<br>)<br>) |

**NOTICE OF FILING**

In compliance to the Court's Order of September 11, 2006, the last page of the Plaintiff's Motion to Compel with the correct signature block and certificate of service is attached.

DATED: _____\t\tALASKA LEGAL SERVICES CORPORATION
\t\t\t\t\tAttorneys for Plaintiff
\t\t\t\t\tHelen Winters
\t\t\t\t\tthrough her power of attorney Carol Winters


\t\t\t\t\ts/Nikole Nelson_____
\t\t\t\t\tALASKA LEGAL SERVICES
\t\t\t\t\t1016 West 6th Avenue, Suite 200
\t\t\t\t\tAnchorage, Alaska 99501
\t\t\t\t\tPHONE: (907) 222-9431
\t\t\t\t\tFAX: (907) 279-7417
\t\t\t\t\tE-mail: nnelson@alsc-law.org
\t\t\t\t\tAlaska Bar No. 9906033


I, Nikole Nelson, certify that on September 11, 2006 a copy of the foregoing document was served electronically on Donna Meyers, at Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.

\t\t\t\t\ts/Nikole Nelson_____