Donna M. Meyers
William E. Moseley
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
wem@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | **STIPULATION TO EXTEND CERTAIN** |
| CHUGIAK SENIOR CITIZENS, INC., ) ) | **PRETRIAL DEADLINES AND TRIAL** |
| Defendant. ) | |
| _____ ) | Case No. 3:06-cv-00083-TMB |

COME NOW the parties hereto, by and through their counsel of record, and

stipulate and agree to extend the following pre-trial deadlines and trial date for at least

60 days, with the following proposed new dates:

| Event | Old Pre-Trial Deadline | *New Pre-Trial Deadline* |
|---|---|---|
| Expert Witness Disclosures | August 15, 2006 | **October 16, 2006** |
| Final, revised witness lists | September 29, 2006 | **November 28, 2006** |
| All discovery to be completed | September 29, 2006 | **November 28, 2006** |
| Single, joint statement of issues | October 6, 2006 | **December 5, 2006** |
| Joint Statement of Uncontested Facts | October 6, 2006 | **December 5, 2006** |
| Final, Revised Witness List | October 6, 2006 | **December 5, 2006** |

| | | |
|---|---|---|
| Trial Exhibits: mark, inspect and review with Clerk of Court | October 6, 2006 | **December 5, 2006** |
| Depositions to be used at trial to be lodged with Clerk of Court | October 6, 2006 | **December 5, 2006** |
| Trial Exhibits: Objections to exhibits due; identification of any exhibit as to which authentication will be required | October 13, 2006 | **December 12, 2006** |
| Objections to deposition testimony and counter-designation deposition testimony | October 13, 2006 | **December 12, 2006** |
| Trial Exhibits: party's arguments/ authorities in favor of admission of each such exhibit | October 20, 2006 | **December 19, 2006** |
| All motions under the discovery rules to be filed today; motions as known, difficult evidentiary matters will be served by today | October 30, 2006 | **December 19, 2006** |
| All dispositive motions due | October 30, 2006 | **December 19, 2006** |
| Trial Briefs | November 10, 2006 | **January 9, 2007** |
| Jury Instructions | November 10, 2006 | **January 9, 2007** |
| Voir Dire Questions | November 10, 2006 | **January 9, 2007** |
| Final Pre-Trial Conference 2:30 p.m. | November 27, 2006 | **January 26, 2007** |
| Trial Commences 9:00 a.m. | December 4, 2006 | **February 12, 2007** |

DATED at Anchorage, Alaska, this 12th day of September, 2006.

DELANEY WILES, INC.
Attorneys for Chugiak Senior Citizens, Inc.

s/Donna M. Meyers (Consent) and
William E. Moseley (Consent)
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, AK 99501
Phone:    907-279-3581
Fax:    907-277-1331
E-mail:    dmm@delaneywiles.com
E-mail:    wem@delaneywiles.com

ALASKA LEGAL SERVICES CORPORATION
Attorneys for Plaintiff Helen Winters through
for Power of Attorney Carol Winters

s/James Davis (Consent)
Alaska Legal Services Corporation
1016 W. 6th Avenue, Suite 200
Anchorage, AK  99501
Phone:        907-272-9431
Fax:           907-279-7417
E-mail:        jdavis@alsc-law.org

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th
day of September, 2006, a copy of
**STIPULATION TO EXTEND
CERTAIN PRETRIAL DEADLINES
AND TRIAL** was served electronically on:

Jim Davis
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

s/Donna M. Meyers and William E. Moseley
(121850)