Donna M. Meyers
William E. Moseley
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
PHONE: 907-279-3581
FAX: 907-277-1331
dmm@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>                Plaintiff,<br><br>  v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-00083-TMB |

**(PROPOSED) ORDER RE: NEW PRETRIAL DEADLINES AND TRIAL DATE**

Based on the foregoing stipulation of the parties, the following pre-trial deadlines and trial date are extended as follows:

| Event | Old Pre-Trial Deadline | *New Pre-Trial Deadline* |
|---|---|---|
| Expert Witness Disclosures | August 15, 2006 | **October 16, 2006** |
| Final, revised witness lists | September 29, 2006 | **November 28, 2006** |
| All discovery to be completed | September 29, 2006 | **November 28, 2006** |
| Single, joint statement of issues | October 6, 2006 | **December 5, 2006** |
| Joint Statement of Uncontested Facts | October 6, 2006 | **December 5, 2006** |
| Final, Revised Witness List | October 6, 2006 | **December 5, 2006** |
| Trial Exhibits: mark, inspect and | | |

| | | |
|---|---|---|
| review with Clerk of Court | October 6, 2006 | **December 5, 2006** |
| Depositions to be used at trial to be lodged with Clerk of Court | October 6, 2006 | **December 5, 2006** |
| Trial Exhibits: Objections to exhibits due; identification of any exhibit as to which authentication will be required | October 13, 2006 | **December 12, 2006** |
| Objections to deposition testimony and counter-designation deposition testimony | October 13, 2006 | **December 12, 2006** |
| Trial Exhibits: party's arguments/ authorities in favor of admission of each such exhibit | October 20, 2006 | **December 19, 2006** |
| All motions under the discovery rules to be filed today; motions as known, difficult evidentiary matters will be served by today | October 30, 2006 | **December 19, 2006** |
| All dispositive motions due | October 30, 2006 | **December 19, 2006** |
| Trial Briefs | November 10, 2006 | **January 9, 2007** |
| Jury Instructions | November 10, 2006 | **January 9, 2007** |
| Voir Dire Questions | November 10, 2006 | **January 9, 2007** |
| Final Pre-Trial Conference 2:30 p.m. | November 27, 2006 | **January 26, 2007** |
| Trial Commences 9:00 a.m. | December 4, 2006 | **February 2, 2007** |

IT IS SO ORDERED.

DATED at Anchorage, Alaska, this _____ day of _____, 2006.

_____
Timothy M. Burgess
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of September, 2006, a copy of **(PROPOSED) ORDER RE: NEW PRETRIAL DEADLINES AND TRIAL DATES** was served electronically on:

Jim Davis/Barbara Brink/Nikole Nelson
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

s/Donna M. Meyers and William E. Moseley
(121851)