Donna M. Meyers
William E. Moseley
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
wem@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>CHUGIAK SENIOR CITIZENS, INC.,  )<br>)<br>Defendant.  )<br>_____  ) | Case No. 3:06-cv-00083-TMB |

**NOTICE OF FILING ERRATA TO STIPULATION TO EXTEND
CERTAIN PRETRIAL DEADLINES AND TRIAL**

Defendant Chugiak Senior Citizens, Inc., hereby files an errata to the Stipulation to Extend Certain Pretrial Deadlines and Trial, which contained an incorrect date of service on opposing counsel.  A corrected copy of the Stipulation to Extend Certain Pretrial Deadlines and Trial with the correct service date is attached.

DATED at Anchorage, Alaska, this 18th day of September, 2006.

DELANEY WILES, INC.
Attorneys for Chugiak Senior Citizens, Inc.

s/Donna M. Meyers and William E. Moseley
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, Alaska  99501
Phone:  907-279-3581/Fax:  907-277-1331
E-mail:      dmm@delaneywiles.com
E-mail:      wem@delaneywiles.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of September, 2006, a copy of **NOTICE OF FILING ERRATA TO STIPULATION TO EXTEND CERTAIN PRETRIAL DEADLINES AND TRIAL** was served electronically on:

Jim Davis, Jr./Barbara Brink/Nikole Nelson
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501


s/Donna M. Meyers and William E. Moseley
(121954)

Notice of Filing Errata to Stipulation to Extend
Certain Pretrial Deadlines and Trial                                         Page 2 of 2
*Winters v. CSC/*Case No. 3:06-cv-00083-TMB