IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>             Plaintiff,<br><br>  v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>             Defendant. | Case No. 3:06-cv-00083-TMB |

**ORDER RE: NEW PRETRIAL DEADLINES AND TRIAL DATE**

Based on the foregoing stipulation of the parties, the following pre-trial deadlines and trial date are extended as follows:

| Event | Old Pre-Trial Deadline | *New Pre-Trial Deadline* |
|---|---|---|
| Expert Witness Disclosures | August 15, 2006 | **October 16, 2006** |
| Final, revised witness lists | September 29, 2006 | **November 28, 2006** |
| All discovery to be completed | September 29, 2006 | **November 28, 2006** |
| Single, joint statement of issues | October 6, 2006 | **December 5, 2006** |
| Joint Statement of Uncontested Facts | October 6, 2006 | **December 5, 2006** |
| Final, Revised Witness List | October 6, 2006 | **December 5, 2006** |
| Trial Exhibits: mark, inspect and review with Clerk of Court | October 6, 2006 | **December 5, 2006** |
| Depositions to be used at trial to be lodged with Clerk of Court | October 6, 2006 | **December 5, 2006** |
| Trial Exhibits: Objections to exhibits due; identification of any exhibit as to which authentication will be required | October 13, 2006 | **December 12, 2006** |
| Objections to deposition testimony and counter-designation deposition testimony | October 13, 2006 | **December 12, 2006** |

| | | |
|---|---|---|
| Trial Exhibits: party's arguments/ authorities in favor of admission of each such exhibit | October 20, 2006 | **December 19, 2006** |
| All motions under the discovery rules to be filed today; motions as known, difficult evidentiary matters will be served by today | October 30, 2006 | **December 19, 2006** |
| All dispositive motions due | October 30, 2006 | **December 19, 2006** |
| Trial Briefs | November 10, 2006 | **January 9, 2007** |
| Jury Instructions | November 10, 2006 | **January 9, 2007** |
| Voir Dire Questions | November 10, 2006 | **January 9, 2007** |
| Final Pre-Trial Conference 2:30 p.m. | November 27, 2006 | **January 25, 2007** |
| Trial Commences 9:00 a.m. | December 4, 2006 | **February 12, 2007** |

**IT IS SO ORDERED.**

**DATED at Anchorage, Alaska, this 21st day of September, 2006.**

/s/ Timothy M. Burgess
_____
TIMOTHY M. BURGESS
U.S. District Court Judge