IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, <br> through her power of attorney <br> Carol Winters, <br><br> Plaintiff, <br><br> vs. <br><br> CHUGIAK SENIOR CITIZENS, INC., <br><br> Defendant. | Case No. 3:06-cv-00083-TMB |

ENTRY OF APPEARANCE

Comes now, Sonja D. Kerr, Alaska Legal Services Corporation, and hereby enters an appearance in this matter on behalf of Plaintiffs.

Dated: _____

_____
Attorneys for Plaintiff
Helen Winters
through her power of attorney Carol Winters

s/Sonja D.Kerr
_____
ALASKA LEGAL SERVICES
1016 West 6th Avenue, Suite 200
Anchorage, Alaska 99501
PHONE: (907) 222-9431
FAX: (907) 279-7417
E-mail: skerr@alsc-law.org
Alaska Bar No. 0409051