IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her power of attorney Carol Winters,<br><br>    Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>    Defendant. | Case No. 3:06-cv-00083-TMB |

ENTRY OF APPEARANCE

Comes now, Sonja D. Kerr, Alaska Legal Services Corporation, and hereby enters an appearance in this matter on behalf of Plaintiffs.

Dated:

    Attorneys for Plaintiff
    Helen Winters
    through her power of attorney Carol Winters

    s/Sonja D.Kerr

    ALASKA LEGAL SERVICES
    1016 West 6th Avenue, Suite 200
    Anchorage, Alaska 99501
    PHONE: (907) 222-9431
    FAX: (907) 279-7417
    E-mail: skerr@alsc-law.org
    Alaska Bar No. 0409051

I, Sonja D. Kerr, certify that on September 26, 2006 a copy of the foregoing document was served electronically on Donna Meyers, at Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.

    s/Sonja D. Kerr