IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS,<br>through her power of attorney<br>Carol Winters,<br><br>    Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>    Defendant. | Case No. 3:06-cv-00083-TMB |

**CORRECTED NOTICE OF CHANGE OF ADDRESS**

Comes now, Sonja D. Kerr, and hereby gives notice that her primary employment address has changed to: Alaska Legal Services Corporation, 1016 West 6th Avenue, Suite 200, Anchorage, AK 99501, with phone number of 907-222-9431; and fax of 907-279-7417, and email of nalaof608@yahoo.com. The following email addresses should be removed from the service list: pfreeman@dlcak.org and tholt@dlcak.org.

DATED: September 26, 2006  ALASKA LEGAL SERVICES CORPORATION
Attorneys for Plaintiff
Helen Winters
through her power of attorney Carol Winters


s/Sonja D. Kerr
_____
ALASKA LEGAL SERVICES
1016 West 6th Avenue, Suite 200
Anchorage, Alaska 99501
PHONE: (907) 222-9431
FAX: (907) 279-7417
E-mail: nalaof608@yahoo.com
Alaska Bar No. 0409051

I, Sonja D. Kerr, certify that on September 26, 2006 a copy of the foregoing document was served electronically on Donna Meyers, at Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.

                                              s/Sonja D. Kerr