IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

HELEN WINTERS, through her Power of )
Attorney Carol Winters,             )
                                    )
              Plaintiff,            )
      vs.                           )
                                    )
CHUGIAK SENIOR CITIZENS, INC.,      )
                                    )
              Defendant.            )
_____)

Case No. 3:06-CV-00083-TMB

VOLUME I

VIDEOTAPE DEPOSITION OF CAROL WINTERS

August 28, 2006

APPEARANCES:

    FOR THE PLAINTIFF:     MR. JAMES J. DAVIS, JR.
                                    MS. BARBARA BRINK
                                    Alaska Legal Services
                                    Corporation
                                    1016 West Sixth Avenue
                                    Suite 200
                                    Anchorage, Alaska 99501
                                    (907) 272-9431

    FOR THE DEFENDANT:     MS. DONNA M. MEYERS
                                    Delaney Wiles, Inc.
                                    1007 West Third Avenue
                                    Suite 400
                                    Anchorage, Alaska 99501
                                    (907) 279-3581

    ALSO PRESENT:          MARLA NELSON



EXHIBIT A
Page ___ of ___

1   receive any literature from any of these facilities
2   concerning the services that they offer?
3   MR. DAVIS: I'm sorry, the facilities?
4   Q   The facilities that you inquired about, did you receive
5       any literature or publications from them?
6   A   No.
7   Q   And tell me about the one large facility on Crestview.
8       Did you consider that a possible place for your mother to
9       move into?
10  A   Yes.
11  Q   Okay. And why isn't it that you haven't moved your mother
12      into that facility?
13  A   An opening came up and I was interested in having mom look
14      at it because I thought it was a beautiful facility a mile
15      from my house or so. But I told mom about it and she just
16      broke down, she said, Carol, you don't know what it's like
17      to be 90 years old. I can't do it. I can't move. I
18      cannot move. Please don't force me to move. This is my
19      home, I love it here, I want to stay here. That is
20      exactly what she told me.
21  Q   Okay. Do you recall -- well, you said that you considered
22      this place as a possible -- as a possible place for your
23      mother. I take it there were certain things you liked
24      about the facility.
25  A   Physically it's beautiful, spacious, looked very clean. I

EXHIBIT A
Page ___ of ___

1  A   Yeah, at times my mind freezes.  There was a reason, there
2      was an incident, and -- but I can't remember right now.  I
3      just can't remember.
4  Q   Okay.  But aside from the incident, I'm not talking about
5      the precipitating event, but when Lynn suggested that your
6      mother should be in a smaller facility, did she -- did she
7      explain why she thought that?
8  A   I believe she said that mother would get more attention.
9      More attention, I believe is what she said.
10 Q   Okay.  And what was your response?  Did you agree or
11     disagree?
12 A   Absolutely not.  My mother didn't need more attention or
13     assistance.  And my mother loves it there and it's a
14     perfect place as far as we're concerned.  No, I have no
15     desire to move my mother out of there.
16 Q   Okay.  Why do you think it's a perfect place?
17 A   Huh?
18 Q   Why do you think it's a perfect place?
19 A   Well, you know, in my opinion, like assisted living
20     facilities are not hotels where you ship people in and
21     ship people out.  My mother went there, she's a person
22     who's only lived four places, I believe, in her entire
23     life.  At least since I've been born.  Only four places.
24     She's not a person who moves around a lot.  She doesn't
25     like to move around a lot.  I -- I got her a checkbook

EXHIBIT ___A___
Page ___ of ___

1    -- checkbook with checks in her name and address. We
2    notified probably 30 relatives back in the Lower 48 of her
3    address. I got her labels for her letters. Truly she
4    loves the place. It's a -- it's a huge apartment, a
5    suite, and she has space in there for her original bedroom
6    set that she had when she was married in the bedroom. She
7    has a couch. She -- she's only comfortable sleeping on a
8    couch. It accommodates that, it accommodates a swivel
9    chair and it makes her feel like she's still independent
10   and is in a home. It's very homey there and because she
11   tends to get anxious, she loves the peacefulness of the
12   surroundings, the beautiful gardens and the beautiful
13   lawn. These are things that really add to her mental
14   peace. She's -- from the time she went there she fell in
15   love with it and never wanted to leave. If anything, mom
16   would act very negatively to being in a cramped, unkempt,
17   dank, dark environment that you would find in a lot of the
18   smaller assisted living. So that -- but mom also just
19   can't relocate. It's very difficult for her. Very
20   difficult for her physically to move.
21  Q  Okay. And you described earlier the place at Crest -- on
22     Crestview?
23  A  Yeah.
24  Q  And is it fair to say that you considered that to be a
25     very beautiful place?

EXHIBIT A
Page ___ of ___

Page 113

1  A   It's a very nice place. Very nice place, yeah.
2  Q   A spacious place?
3  A   Uh-huh. But mom just wouldn't go. That was later on.
4      That's been fairly -- fairly recently. But she just won't
5      move. My -- that -- and, you know, it's my mother's life.
6
7  Q   So you.....
8  A   I'm not going to shove her out. She really loves the
9      Chugiak and wants to stay there.
10 Q   Well, let me ask you this then. If the surroundings, the
11     physical surroundings are comparable to the surroundings
12     at Chugiak, then is it your mother's position that she's
13     not going to move or she doesn't want to move no matter
14     what?
15 A   She -- my mother has told -- well, it's comparable inside,
16     outside you don't have the beautiful grounds. But beyond
17     that, mother told me that she wants to stay there until
18     she dies, that's what she told me. Yeah.
19 Q   Okay.
20 A   That's what she told me.
21 Q   So aside from Crestview, the place on Crestview.....
22 A   She doesn't want to leave.
23 Q   Even if the physical surroundings are comparable to those
24     at Chugiak?
25 A   She doesn't think she can adapt to the changed, right.

EXHIBIT __A__
Page ___ of ___