### Facts about my mother

Here are some important facts that had not been addressed in the June 8 story about my 90-year-old mother's threatened eviction from the Chugiak Assisted Living Program ("Woman fights mother's eviction from Senior Center").

As a loving daughter who talks to or visits my mother daily, and as a rehabilitation professional myself, I am very clear about Mother's level of care and her care needs. She is a beautiful, alive, articulate, mentally alert woman who only needs assisted living help. She is up in her chair all day long. She can feed herself, do her basic hygiene, perform her own toileting hygiene, pay bills, send cards, walk in her walker with supervision and transfer independently from chair to wheelchair when supervised. Volunteers from Saint Andrew's church bring her communion weekly. Since admission to the Chugiak Senior Center on Sept 20, 2004, her level of care has only improved, actually drastically improved. She does not need more care than the average assisted living resident. In fact, she needs much less than most. The Medicaid Choice Waiver program exists to offer persons who would otherwise be in nursing homes an option of either care at home or assisted living care. Mother has chosen the latter. Many assisted living homes deal with persons on respirators, and some with feeding tubes. My mother does not have any medical needs that cannot be met where she is at, nor does she need a higher patient/staff ratio of care. Mother loves the Chugiak Senior Center and feels it is her home. It is a jewel of a physical facility in a jewel of a community and all we want is that she can remain there until her condition legitimately warrants otherwise.

— Carol L. Winters
Eagle River

### Special session productive

For the last 30 days, the Alaska Legislature has been working to absorb and analyze the information necessary to make wise decisions about oil tax rates and the gas pipeline contract negotiations. Our ultimate goal: to secure financial stability for Alaska's future, to get the best return for our natural resources, and to establish a legal process through which contract negotiations may proceed.

We've had enough time to come to well thought-out conclusions. The problem is, those conclusions are still very divided. The House stood firm with a version of the Petroleum Production Tax at 23.5/20 percent. The Senate was willing to compromise at 22.5/20. And the (Murkowski) administration was still insisting on 20/20. On the last day of the special session, with the PPT bill dying in on the House floor, it might seem that little was actually accomplished.

In fact, we have all learned a great deal and, with a bit more time and cooperation, we should be able to settle on a PPT rate and then move forward with the gas pipeline contract.

Compromise is always a necessary ingredient in constructing successful legislation. So is the free flow of information, a certain degree of trust and, as now, when the issues are so important, it is also imperative to suspend partisan politics and work together. Please

See Letters, Page 7

---

son on what to be and what to look for. Fathers also model by their ability to work through their own failures and set-backs. Thank you for teaching us.

Not to be overlooked is a father's contribution to self-esteem. He must not be intimidated by his son's growing strength, but instead reveal his pride. Attention and affection don't make the boy soft, but will instead lead him into manhood with a healthy respect for the opposite sex. Likewise, attention and affection enable a daughter strength and insight into how to respond to the opposite sex instead of having an unhealthy need for male affirmation after she leaves home. We are thankful to our fathers for helping us learn how to be ourselves.

We know that a true father so loves his children that he gives whatever it takes, regardless of the cost to himself. We are thankful for fatherhood because it includes demonstrations of sacrifices and selfless love that are crucial reference points for defining our individual world view and our culture.

*Fred Dyson of Eagle River is a state senator and father of three daughters and several foster children.*

### SHOP TALK

### Sally's special trivia question

…barge launched in December 1943?… Turns out Sally's grandfather's company… Barrett and Hilp, built 20 of the barges in San Francisco. As part of the war effort, the barges were towed to locations in the Pacific and were used to transport cargo and serve as floating warehouses.

Why so unique? They were rudderless and made of concrete. (Steel was in short supply during World War II.)

— *Tony Bickert*

---

## Alaska Star

Published Every Thursday

PERIODICAL POSTAGE PAID AT EAGLE RIVER, ALASKA 99577-7499

General Manager: JEFF JONES
Editor: TONY BICKERT
Reporters: MARY M. RALL, KATE TRACY
Contributing reporters, photographers:
AMY M. ARMSTRONG, DAVID MORSE,
DAN SHEPARD
Senior Account Executive: JOYCE LITTLE
Account Executive: KATHERINE HOLLOWAY
Graphic Artist: STEPHANIE JOHNSON
Office Manager: TESS FREIMUTH
Customer Service: SALLY FOO

Postmaster: Send address changes to:
ALASKA STAR
16941 N. Eagle River Loop Road
Eagle River, AK 99577-7499
(USPS 939-260)

**SUBSCRIPTION RATES:**
Single Copy Price: 50¢
Surface Mail in Anchorage Municipality: 1 Year - $30
Surface Mail In State: 1 Year - $32
Surface Mail Outside Alaska: 1 Year $34

### Your opinion is welcome

Letters should be no more than 300 words in length and are subject to editing. Letters should be addressed to the editor of the Alaska Star and must be signed. Please…