Donna M. Meyers
William E. Moseley
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
PHONE: 907-279-3581
FAX: 907-277-1331
dmm@delaneywiles.com
wem@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>                      Plaintiff,<br><br>v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>                      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Case No. 3:06-cv-00083-TMB |

**DEFENDANT CHUGIAK SENIOR CENTER, INC.'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS**

Defendant, Chugiak Senior Citizens, Inc. ("CSC"), by and through counsel of record, Delaney Wiles, Inc., hereby supplements its responses to Plaintiff's First Set of Discovery Requests to Chugiak Senior Center, Inc., dated July 14, 2006, as follows:[1]

---

[1] Plaintiff modified some of the requests at the parties' discovery conference held August 23, 2006. Some, but not all, of the modifications are described in the requests or supplemental responses.

Defendant Chugiak Senior Center, Inc.'s Supplemental
Responses To Plaintiff's First Set of Discovery Requests
Winters v. Chugiak Senior Citizens/Case No. 3:06-cv-0083 (TMB)

EXHIBIT C
Page 1 of 12
Page 1 of 12

## INTERROGATORIES

**INTERROGATORY NO. 1:** Please identify by name, last known address and phone number any employees or independent contractors that worked at the assisted living program at Chugiak Senior Center from September 1, 2004 to the present date.

**SUPPLEMENTAL RESPONSE:** Without waiving CSC's initial objections, CSC provides the following list of individuals who worked at the assisted living facility from September 1, 2004 to the present date, which is attached as **Exhibit A**. The individuals are identified as full-time ("FT"), part-time ("PT"), or on-call ("OC"). As noted in CSC's initial response, Glenda Kish, RN is an independent contractor to CSC.

**INTERROGATORY NO. 2:** Please identify by name, last known address and phone number any persons that lived in the assisted living program at the Chugiak Senior Center from September 1, 2004 to the present date.

**SUPPLEMENTAL RESPONSE:** With respect to CSC's earlier objections to responding to this interrogatory, the other residents' privacy interests in the requested information emanate from their right to privacy under the Alaska Constitution Alaska Constitution, Art. I, Sec. 22, and the information being sought is protected information under HIPAA.

**INTERROGATORY NO. 3:** Please identify by name, last known address and phone number any persons who lived in the assisted living program at the Chugiak Senior Center from September 1, 2004 to the present date and were asked to leave, threatened with eviction, or actually evicted by CSC, Inc.

**SUPPLEMENTAL RESPONSE:** With respect to CSC's earlier objections to

LANEY, WILES,
YES, GERETY,
& YOUNG, INC.
SUITE 400
WEST 3RD AVENUE
HORAGE, ALASKA
07) 279-3581

Defendant Chugiak Senior Center, Inc.'s Supplemental
Responses To Plaintiff's First Set of Discovery Requests
<u>Winters v. Chugiak Senior Citizens</u>/Case No. 3:06-cv-0083 (TMB)

EXHIBIT _C_
Page _2_ of _12_

responding to this interrogatory, the other residents' privacy interests in the requested information emanate from their right to privacy under the Alaska Constitution Alaska Constitution, Art. I, Sec. 22, and the information being sought is protected information under HIPAA.

**INTERROGATORY NO. 4:** Please identify by name, last known address and phone number any persons who lived in the assisted living program at the Chugiak Senior Center from September 1, 2004 and who had any of his or her contracts with CSC, Inc. (*e.g.*, Resident Services Contact and/or Lease Agreement and/or Plan of Care Contract) terminated or threatened to be terminated by CSC, Inc.

**SUPPLEMENTAL RESPONSE:** With respect to CSC's earlier objections to responding to this interrogatory, the other residents' privacy interests in the requested information emanate from their right to privacy under the Alaska Constitution Alaska Constitution, Art. I, Sec. 22, and the information is protected information under HIPAA.

**INTERROGATORY NO. 5:** Please identify the number of people that have lived in the assisted living program at the Chugiak Senior Center who were, during their residency, also participants in the State of Alaska's Medicaid CHOICE Waiver Program.

**SUPPLEMENTAL RESPONSE:** Without waiving CSC's initial objections, the percentage of residents at the assisted living facility, who, during their residency, were also participants in the State of Alaska's Medicaid Choice Waiver Program, has averaged between 75 and 90 percent since September 2004. *See also* **Exhibit B**, which lists the residents (by number, except for Helen Winters) on the State of Alaska's Medicaid Choice Waiver program and the period of their residency in CSC's assisted living facility.

ANEY, WILES,
ES, GERETY,
& YOUNG, INC.
SUITE 400
WEST 3RD AVENUE
HORAGE, ALASKA
07) 279-3581

Defendant Chugiak Senior Center, Inc.'s Supplemental
Responses To Plaintiff's First Set of Discovery Requests
Winters v. Chugiak Senior Citizens/Case No. 3:06-cv-0083 (TMB)

EXHIBIT C
Page 3 of 12
Page 3 of 12

**INTERROGATORY NO. 6:** Please identify by name and last known address and phone number all Care Coordinators that have coordinated the care for any persons that have ever resided at the Chugiak Senior Center's assisted living program.

**SUPPLEMENTAL RESPONSE:** Based on the limitations plaintiff's counsel agreed to during the parties' discovery conference, the list of care coordinators defendant previously provided includes the care coordinators who have had the most clients at CSC since September 2004.

**INTERROGATORY NO. 13:** Please identify by date and substance any complaints made by any other persons concerning CSC, Inc. and/or the assisted living program at the Chugiak Senior Center.

**SUPPLEMENTAL RESPONSE:** Without waiving CSC's initial objections, CSC has agreed to provide information regarding any written complaints since 2001 that have alleged or complained of wrongful eviction. CSC has not received any written complaints since 2001 that have alleged or complained of wrongful eviction.

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:** Please produce all DOCUMENTS RELATING TO the personnel policies and procedures of CSC, Inc. including but not limited to all information/directives/manuals/internal directives regarding hiring, screening, training, retention, recruitment and dismissal of staff, employees, independent contractors and employee contracts.

**SUPPLEMENTAL RESPONSE:** Without waiving CSC's prior objections, CSC has provided numerous policies that address issues involving hiring, screening, training,

ANEY, WILES,
'ES, GERETY,
& YOUNG, INC.
SUITE 400
WEST 3RD AVENUE
IORAGE, ALASKA
07) 279-3581

Defendant Chugiak Senior Center, Inc.'s Supplemental
Responses To Plaintiff's First Set of Discovery Requests
Winters v. Chugiak Senior Citizens/Case No. 3:06-cv-0083 (TMB)

EXHIBIT C
Page 4 of 12
Page 4 of 12

retention, recruitment and dismissal of staff, and employees. Specifically, CSC provided the following:

| Doc No. | Description of Documents | Produced | Date |
|---|---|---|---|
| 10140-158 | Employee Handbook (personnel policies and procedures included in the Operations Plan; *see also* Def's 6th Supplemental Disclosure – Nos. 10366- 81) | Init Discl | 6/5/06 |
| 10166 | Satisfaction Survey Policy | Init Discl | 6/5/06 |
| 10167 | Consumer Complaints Feedback Policy (included in the Operations Plan) | Init Discl | 6/5/06 |
| 10213-268 | Food Service Operations Manual (included in the Operations Plan) | Init Discl | 6/5/06 |

By providing the above policies CSC does not waive its objection that the request should be limited to only policies addressing complaint handling and eviction. In addition to the policies listed above, the following policies attached as **Exhibit E** relate to complaint handling, termination of contracts, or eviction:

| Doc No. | Description of Documents |
|---|---|
| 10473 | Consumer Complaints Feedback |
| 10474 | Satisfaction Surveys |
| 10479 | Residency |
| 10480 | Occupancy |
| 10481 | Counseling |
| 10482 | Termination/Care Change |
| 10483 | Termination for Non-Payment |

**REQUEST FOR PRODUCTION NO. 2:** Please produce all DOCUMENTS RELATING TO the resident policies and procedures of CSC, Inc. including but not limited to all information/directives/manuals/internal directives regarding admission, retention, care of, dismissal, transfer and eviction of residents.

**SUPPLEMENTAL RESPONSE:** Without waiving defendant's prior objections to plaintiff's original discovery request, defendant has already produced the following documents responsive to this request:

Defendant Chugiak Senior Center, Inc.'s Supplemental
Responses To Plaintiff's First Set of Discovery Requests
Winters v. Chugiak Senior Citizens/Case No. 3:06-cv-0083 (TMB)    Page 5 of 12

EXHIBIT C
Page 5 of 12

| Doc No. | Description of Documents | Produced | Date |
|---|---|---|---|
| 10140-158 | Employee Handbook (personnel policies and procedures included in the Operations Plan; *see also* Defendant's 5th Supplemental Disclosure – Nos. 10366-81) | Init Discl | 6/5/06 |
| 10166 | Satisfaction Survey Policy (included in the Operations Plan) | Init Discl | 6/5/06 |
| 10167 | Consumer Complaints Feedback Policy (included in the Operations Plan) | Init Discl | 6/5/06 |
| 10213-268 | Food Service Operations Manual (included in the Operations Plan) | Init Discl | 6/5/06 |
| 30336-346 | Resident Service Contract | Init Discl | 6/5/06 |
| 30330-335 | Lease Agreement | Init Discl | 6/5/06 |
| 10065-071 | Resident Rights and House Rules | Init Discl | 6/5/06 |

In addition to the above documents, the Policies and Procedures will be produced as a supplemental disclosure numbered as Doc Nos. 10460-506.

**REQUEST FOR PRODUCTION NO. 3:** Please produce all DOCUMENTS RELATING TO any complaints of residents of, or applicants to, CSC, Inc.'s assisted living program, against CSC, Inc. or anyone that worked at CSC, Inc., from the opening of the CSC's assisted living program, to the present date.

**SUPPLEMENTAL RESPONSE:** *See* Supplemental Response to Interrogatory No. 13.

**REQUEST FOR PRODUCTION NO. 4:** Please produce all documents, including e-mails, sent or received by anyone working for, CSC, Inc. that refer or relate to the plaintiff, Carol Winters or this lawsuit.

_ANEY, WILES,
YES, GERETY,
; & YOUNG, INC.
SUITE 400
WEST 3RD AVENUE
-IORAGE, ALASKA
I07) 279-3581

Defendant Chugiak Senior Center, Inc.'s Supplemental
Responses To Plaintiff's First Set of Discovery Requests
Winters v. Chugiak Senior Citizens/Case No. 3:06-cv-0083 (TMB)

EXHIBIT C
Page 6 of 12
Page 6 of 12

**SUPPLEMENTAL RESPONSE:** Without waiving defendant's prior objections to plaintiff's original discovery request, defendant has agreed to provide responsive documents sent or received by CSC management since September 2004. The responsive documents include the E-mails between CSC and Bob Dryer (Doc. Nos. 40007- 40022), which were produced with CSC's 6th Supplemental Disclosures. Additionally, the following documents which are attached as **Exhibit F** are responsive documents sent or received by CSC management since September 2004 that refer or relate to the plaintiff, Carol Winters or this lawsuit.

| Doc No. | Description of Documents |
|---|---|
| 40023-40026 | E-mails to and from Linda Hendrickson |
| 40027-40039 | Long Term Care Ombudsman log notes and e-mails |
| 40040-40065 | Correspondence and documents between Donna M. Meyers and Tim Twomey |
| 40066-40079 | Correspondence between Donna M. Meyers and Fred Boness |

**REQUEST FOR PRODUCTION NO. 5:** Please produce all documents, including e-mails, sent to, received from, or relating to the Long Term Care Ombudsman's Office and/or its counsel.

**SUPPLEMENTAL RESPONSE:** Without waiving defendant's prior objections to plaintiff's original discovery request, defendant has agreed to provide responsive documents by and between CSC management and the LTCO from 2001 to the present relating to Helen Winters, the eviction of residents and/or termination of resident service contracts. See Document Numbers 20007-22; 40023-26; 40027-39; and 40040-65, which are described in the Supplemental Response to Request For Production No. 4.

**REQUEST FOR PRODUCTION NO. 6:** Please produce all documents, including e-mails, sent to or received from the Municipality of Anchorage or any of its employees concerning CSC, Inc.'s assisted living program.

ANEY, WILES,
YES, GERETY,
& YOUNG, INC.
SUITE 400
WEST 3RD AVENUE
HORAGE, ALASKA
07) 279-3581

Defendant Chugiak Senior Center, Inc.'s Supplemental
Responses To Plaintiff's First Set of Discovery Requests
Winters v. Chugiak Senior Citizens/Case No. 3:06-cv-0083 (TMB)

EXHIBIT C
Page 7 of 12
Page 7 of 12

**SUPPLEMENTAL RESPONSE:** Without waiving defendant's prior objections to plaintiff's original discovery request, and based on the limitations plaintiff agreed to impose on the request at the parties' discovery meeting held August 23, 2006 (limiting the request to documents [memoranda, e-mails, or other writings] concerning contract negotiations for CSC's contract with the MOA, dated June 26, 2003), defendant hereby supplements its earlier response. There are no other documents responsive to this request other than the following actual contract documents which were produced in defendant's initial disclosures, and which are reproduced as **Exhibit G** (Doc Nos. 10330- 364).

**REQUEST FOR PRODUCTION NO. 7:** Please produce all DOCUMENTS RELATING TO any persons who lived in the assisted living program at the Chugiak Senior Center from September 1, 2004 to the present date and were asked to leave, threatened with eviction, or actually evicted by CSC, Inc.

**SUPPLEMENTAL RESPONSE:** *See* Supplemental Response to Interrogatory No. 3.

**REQUEST FOR PRODUCTION NO. 8:** Please produce all DOCUMENTS RELATING TO any persons who lived in the assisted living program at the Chugiak Senior Center from September 1, 2004 to the present date and had his or her Resident Services Contract and/or Lease Agreement and/or Plan of Care Contract terminated or threatened to be terminated by CSC, Inc.

**SUPPLEMENTAL RESPONSE:** *See* Supplemental Response to Interrogatory No. 4.

**REQUEST FOR PRODUCTION NO. 17:** Please produce all DOCUMENTS

LANEY, WILES,
YES, GERETY,
& YOUNG, INC.
SUITE 400
WEST 3RD AVENUE
HORAGE, ALASKA
07) 279-3581

Defendant Chugiak Senior Center, Inc.'s Supplemental
Responses To Plaintiff's First Set of Discovery Requests
Winters v. Chugiak Senior Citizens/Case No. 3:06-cv-0083 (TMB)

EXHIBIT C
Page 8 of 12
Page 8 of 12

RELATING TO CSC, Inc.'s operating agreement and/or articles of incorporation, including any amendments thereto.

**SUPPLEMENTAL RESPONSE:** Without waiving defendant's prior objections to plaintiff's original discovery request and based on the limitations plaintiff agreed to impose at the parties' discovery meeting (limiting the request to the operating agreement itself and CSC's governing documents), defendant hereby supplements its earlier response:

| Doc No. | Description of Documents | Produced | Date |
|---|---|---|---|
| 10330-64 | MOA Management Agreement with CSC - FY 2005 (another copy is attached as Doc. No. 10330-64 because the 2006 Amendment #3 may have been inadvertently omitted) | Init Discl 10330-62 | 6/5/06 |
| 10383-387 | Chugiak Senior Citizens, Inc. By-Laws | 6th Supp. | 8/31/06 |
| 10388-397 | Articles of Incorporation of Chugiak Senior Citizens Center, Inc. | 6th Supp. | 8/31/06 |

**REQUEST FOR PRODUCTION NO. 18:** Please produce all of CSC, Inc.'s annual reports, including any amendments thereto, from CSC, Inc.'s formation to the present.

**SUPPLEMENTAL RESPONSE:** Without waiving defendant's prior objections to plaintiff's original discovery request and based on the limitations plaintiff agreed to impose on the request at the parties' discovery meeting, defendant hereby supplements its earlier response by producing defendant's annual reports for the years 2000 to 2005, with the exception of the year 2003 when an annual report was not prepared. The following annual reports were produced as supplemental disclosures.

| Doc No. | Description or Title of Documents | Produced | Date |
|---|---|---|---|
| 10398-10410 | Chugiak Senior Citizens, Inc. 2000 Annual Report | 6th Supp | 8/31/06 |
| 10411-10414 | Chugiak Senior Center (Annual Membership Meeting 11/15/01) | 6th Supp | 8/31/06 |

Defendant Chugiak Senior Center, Inc.'s Supplemental
Responses To Plaintiff's First Set of Discovery Requests
Winters v. Chugiak Senior Citizens/Case No. 3:06-cv-0083 (TMB)

EXHIBIT C
Page 9 of 12
Page 9 of 12

| 10415-10427 | Chugiak Senior Citizens, Inc. Annual Report FY 2002 | 6th Supp | 8/31/06 |
| 10428-10442 | Chugiak Senior Center Annual Report FY 2004 | 6th Supp | 8/31/06 |
| 10443-10459 | Chugiak Senior Citizens, Inc. Annual Report 2005 | 6th Supp | 8/31/06 |

**REQUEST FOR PRODUCTION NO. 22:** Please produce all documents reflecting any internal discussions had by anyone at CSC, Inc. concerning plaintiff.

**SUPPLEMENTAL RESPONSE:** Without waiving defendant's prior objections to plaintiff's original discovery request, defendant hereby supplements its earlier response. The responsive documents include, but are not limited to the following documents which were previously produced:

| Doc No. | Description or Title of Documents | Produced |
|---|---|---|
| 10365 | Supplemental Critical Incident Form (7/10/06) | 2d Supp |
| 20000- 153 | Progress Notes | Init Discl |
| 20154- 156 | Supplemental progress notes | 1st Supp |
| 20157- 162 | Supplemental progress notes (6/10/06-7/14/06) | 2d Supp |
| 20163- 175 | Supplemental progress notes (7/14/06-8/11/06) | 5th supp |
| **30000- 386** | **Resident Book** | Init Discl |
| 30000- 15 | Admission and Emergency Info | |
| 30016- 24 | Medical History | |
| 30025- 60 | Service Plans | |
| 30061- 112 | Physician Orders | |
| 30113- 122 | Nursing Assessment | |
| 30123- 145 | Prompt Sheets | |
| 30146- 157 | Vitals | |
| 30158- 199 | Medications/Treatment | |
| 30204- 321 | Flow Sheets | |
| 30322- 365 | Legal | |
| 30366- 371 | Corresp from Carol | |
| 30372- 386 | Care Conference Summaries | |
| 40000- 04 | Miscellaneous Notes | Init Discl |
| 40005- 06 | Supplemental miscellaneous Notes | 1st Supp |

Additionally, responsive documents include Marla Nelson's electronic file attached as **Exhibit C** (Doc Nos. 40194- 219); and Lynn Moser's typed note regarding

ELANEY, WILES,
AYES, GERETY,
S & YOUNG, INC.
SUITE 400
7 WEST 3RD AVENUE
CHORAGE, ALASKA
(907) 279-3581

Defendant Chugiak Senior Center, Inc.'s Supplemental
Responses To Plaintiff's First Set of Discovery Requests
Winters v. Chugiak Senior Citizens/Case No. 3:06-cv-0083 (TMB)

EXHIBIT C
Page 10 of 12

Page 10 of 12

a phone conference with Carol Winters in October 2004, attached hereto as **Exhibit D** (Doc. No. 40220).

**REQUEST FOR PRODUCTION NO. 23:** Please produce all documents reflecting any discussions by anyone at CSC, Inc. with anyone outside CSC, Inc. concerning plaintiff, except for communications had with counsel.

**SUPPLEMENTAL RESPONSE:** Without waiving defendant's prior objections to plaintiff's original discovery request, defendant has agreed to provide documents reflecting any discussions by CSC management with anyone outside CSC concerning Helen Winters, except for communications had with counsel. Responsive documents are listed in the Supplemental Responses to Request For Production No. 4.

**REQUEST FOR PRODUCTION NO. 24:** Please produce all documents that refer or relate to the Long-Term Care Ombudsmen's office.

**SUPPLEMENTAL RESPONSE:** Without waiving CSC's initial objections, defendant has agreed to provide responsive documents since January 1, 2001 relating to Helen Winters and eviction of tenants. The responsive documents are listed in Supplemental Responses to Request For Production No. 5.

**REQUEST FOR PRODUCTION NO. 25:** Please produce all documents that support the idea that forcible entry and detainer actions can be used against residents of the assisted living facility managed by CSC, Inc.

**SUPPLEMENTAL RESPONSE:** Without waiving defendant's prior objections to plaintiff's original discovery request, defendant hereby supplements its earlier response by noting AS 34.03 *et seq.*, except as modified by the provisions of AS 47.33.005 (which governs assisted living homes), also supports CSC, Inc.'s right to file forcible

_ANEY, WILES,
YES, GERETY,
; & YOUNG, INC.
SUITE 400
WEST 3RD AVENUE
HORAGE, ALASKA
)07) 279-3581

Defendant Chugiak Senior Center, Inc.'s Supplemental
Responses To Plaintiff's First Set of Discovery Requests
Winters v. Chugiak Senior Citizens/Case No. 3:06-cv-0083 (TMB)

EXHIBIT C
Page 11 of 12
Page 11 of 12

entry and detainer actions against residents of the assisted living facility managed by CSC, Inc.

DATED at Anchorage, Alaska, this 8th of September, 2006.

DELANEY WILES, INC.
Attorneys for Chugiak Senior Citizens, Inc.

By: _____
Donna M. Meyers
Alaska Bar No.: 9006011

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th
day of September, 2006, a copy of
the above was served via fax
(with Exhibits A- E only) on:

Barbara Brink/Nikole Nelson/Jim Davis, Jr.
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

_____
Donna M. Meyers (121018)

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Defendant Chugiak Senior Center, Inc.'s Supplemental
Responses To Plaintiff's First Set of Discovery Requests
Winters v. Chugiak Senior Citizens/Case No. 3:06-cv-0083 (TMB)

EXHIBIT C
Page 12 of 12
Page 12 of 12