Donna M. Meyers
William E. Moseley
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
PHONE: 907-279-3581
FAX: 907-277-1331
dmm@delaneywiles.com
wem@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>            Plaintiff,<br><br>v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-00083-TMB |

**AFFIDAVIT OF MARLA NELSON**

STATE OF ALASKA )
                            ) ss.
THIRD JUDICIAL DISTRICT )

Marla Nelson, being first duly sworn, deposes and says as follows:

1.    My name is Marla Nelson. I am the Program Director for the Assisted Living Program at Chugiak Senior Citizens, Inc. ("CSC").

2.    I have reviewed the list of CSC's former and current employees, and identified 61 former or current Program Aides or Program Assistants who have provided

EXHIBIT B
Page 1 of 3

care to Helen Winters since her admission in September 2004. The average employee file ranges from ½ to 1-1/2 inches thick.

3. The personnel files of the Program Assistants or Program Aides include not only social security numbers and salary information, but they may also include sensitive and very private information about an employee's past medical history and current health on several types of documents, including but not limited to the following: (1) CSC's application form; (2) the application for health insurance offered through CSC; (3) the Post Hire Questionnaire for Second Injury Fund Qualification asking the employee to identify whether s(he) has had any of the 28 conditions listed on the form; and (4) a CSC Health Questionnaire asking the employee to identify current medications, prior or current medical conditions from a list of 44 diseases or injuries, and any history of surgeries or other conditions for which the employee sought medical treatment in the last 5 years. The personnel files can also contain medical records an employee submitted in support of work releases or restrictions, and the identity of an employee's physician. Personnel files can also contain other sensitive information such as bank account information for direct deposits, references to family problems, including health problems of family members, staff evaluations from peers, and personal contact information that is not necessarily in any public directory.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*Marla Nelson*
Marla Nelson

SUBSCRIBED AND SWORN TO before me this 26th day of September, 2006 at ~~Anchorage~~, Alaska.
CHUGIAK

_Ethel Breese_
Notary Public in and for Alaska
My commission expires: March 28, 2008

### CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of September, 2006, a copy of **Affidavit of Marla Nelson** was served electronically on:

Nikole Nelson / Jim Davis / Barbara Brink / Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska 99501

s/Donna M. Meyers and William E. Moseley
(122220)

EXHIBIT B
Page 3 of 3

Affidavit of Marla Nelson
Winters v. Chugiak Senior Citizens, Inc./Case No. 3:06-cv-0083 (TMB)        Page 3 of 3