CLAY A. YOUNG
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS

## DELANEY WILES, INC.
ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

KEVIN L. DONLEY
ERIC A. RINGSMUTH
JONATHAN P. CLEMENT
WILLIAM R. WARNOCK

OF COUNSEL
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY

September 1, 2006

**VIA FACSIMILE AND
U.S. POSTAL SERVICE**

Jim Davis/Barbara Brink/Nikole Nelson
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska  99501

    Re:    <u>Winters v. Chugiak Senior Citizens, Inc.</u>/Case No. A06-0083 Civil (TMB)

Dear Counsel:

In response to your letter of September 1 please find enclosed a copy of CSC's Notice of Privacy Practices.

        Sincerely,

        DELANEY WILES, INC.

        *[signature]*

        Donna M. Meyers

DMM:dkd/121373
Enclosure (as stated)

EXHIBIT F
Page 1 of 4

# Chugiak Senior Citizens Inc.
## Notice of Privacy Practices

**HIPPA Policies**
We are required by law to maintain the privacy of your medical and personal information. We are also required to give you this Notice about our privacy practices, our legal duties and your rights concerning your medical information. We must follow the privacy practices that are described in this Notice while it is in effect. We reserve the right to change our privacy practices and law permits the terms of this notice at any time, provided such changes. We reserve the right to make the changes in our privacy practices and the new terms of our notice effective for all medical and personal information that we maintain, including medical information we created or received before we made the changes. If we make a significant change in our privacy practices, we will amend this notice and make the new notice available upon request.

Chugiak Senior Citizen's Inc. has special concern for the confidentiality in the workplace. Safeguarding resident's health care information is not only a legal requirement also an important ethical obligation. As a service provider, CSC and its staff are entrusted with information regarding our residents. We recognize that medical and billing records are confidential and must be treated with great respect and care by all staff with access to this information. CSC policy regarding confidentiality of protected health care information reflects commitment to protecting the confidentiality of our residents' medical and personal information.

**Individual Rights**
You have a right to review to receive a copy of your medical or personal information, with limited exceptions. You may request that we provide copies in a format other than photocopies. We will use the format that you request unless we cannot practically do so. You must request in writing to obtain access to your medical/personal information. You may obtain a form to request access or a copy of your medical/personal information from the Release of Information department at the front desk.

**On Your Authorization**
You may give us written authorization to use your medical/personal information or to disclose it to anyone for any purpose. If you give authorization, you may revoke it in writing at any time. Unless you give us a written authorization, we cannot use or disclose your personal/ medical information for any reason except those described in this notice.

**Security of Your Information**
Chugiak Senior Citizens' Inc. safeguards resident information using various tools such as firewalls, passwords and data encryption. We continually strive to improve these tools to meet or exceed industry standards. We also limit access to your information to protect against its unauthorized use. The only CSC workforce members who have access to your information are those who need it as part of their job. These safeguards help us meet both federal and state requirements to protect your personal information.

## Confirmation Report – Memory Send

```
                              Page        : 001
                              Date & Time : Sep-01-06  04:05pm
                              Line 1      :
                              Line 2      :
                              E-mail      :
                              Machine ID  :
```

| | | |
|---|---|---|
| Job number | : | 631 |
| Date | : | Sep-01 04:04pm |
| To | : | ☎92797417 |
| Number of pages | : | 003 |
| Start time | : | Sep-01 04:04pm |
| End time | : | Sep-01 04:05pm |
| Pages sent | : | 003 |
| Status | : | OK |
| Job number | : 631 | *** SEND SUCCESSFUL *** |

---

CLAY A. YOUNG
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS

**DELANEY WILES, INC.**
ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

KEVIN L. DONLEY
ERIC A. RINGSMUTH
JONATHAN P. CLEMENT
WILLIAM R. WARNOCK
OF COUNSEL
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY

## FAX TRANSMISSION COVER SHEET

| | |
|---|---|
| TO: | Jim Davis, Jr./Barbara Brink/Nikole Nelson |
| COMPANY: | ALSC |
| FAX NO: | 279-7417 |
| FROM: | Donna M. Meyers |
| DATE: | Friday, September 01, 2006 |
| RE: | Helen Winters |

**NUMBER OF PAGES INCLUDING COVER SHEET:** 3

**COMMENTS:** Letter dated 9.1.06 from Donna Meyers w/attachment

**HARD COPY MAILED:** Yes

**Confidential Communication**
This message is intended only for the use of person(s) to whom it is addressed, and may not be otherwise distributed, copied or disclosed. The contents may also contain information that is privileged, confidential and exempt from disclosure under applicable law. These rights are not waived by transmission of the information via facsimile. If you received this communication in error, please notify us immediately by telephone (collect, if necessary) and return the original message to us at the above address by mail. We will reimburse you any reasonable expenses incurred.

EXHIBIT F
Page 3 of 4

### DELANEY WILES, INC.

| | | |
|---|---|---|
| CLAY A. YOUNG<br>JAMES B. FRIDERICI<br>ANDREW GUIDI<br>HOWARD A. LAZAR<br>DONALD C. THOMAS<br>TIMOTHY J. LAMB<br>CYNTHIA L. DUCEY<br>DONNA M. MEYERS | ATTORNEYS AT LAW<br>SUITE 400<br>1007 WEST 3RD AVENUE<br>ANCHORAGE, ALASKA 99501<br>TELEPHONE (907) 279-3581<br>FAX (907) 277-1331<br>WWW.DELANEYWILES.COM | KEVIN L. DONLEY<br>ERIC A. RINGSMUTH<br>JONATHAN P. CLEMENT<br>WILLIAM R. WARNOCK<br>OF COUNSEL<br>DANIEL A. GERETY<br>STEPHEN M. ELLIS<br>WILLIAM E. MOSELEY |

# FAX TRANSMISSION COVER SHEET

**TO:** Jim Davis, Jr./Barbara Brink/Nikole Nelson

**COMPANY:** ALSC

**FAX NO:** 279-7417

---

**FROM:** Donna M. Meyers

**DATE:** Friday, September 01, 2006

**RE:** Helen Winters

---

**NUMBER OF PAGES INCLUDING COVER SHEET:** 3

---

**COMMENTS:** Letter dated 9.1.06 from Donna Meyers w/attachment

**HARD COPY MAILED:** Yes

EXHIBIT F
Page 4 of 4

### Confidential Communication

This message is intended only for the use of person(s) to whom it is addressed, and may not be otherwise distributed, copied or disclosed. The contents may also contain information that is privileged, confidential and exempt from disclosure under applicable law. These rights are not waived by transmission of the information via facsimile. If you received this communication in error, please notify us immediately by telephone (collect, if necessary) and return the original message to us at the above address by mail. We will reimburse you any reasonable expenses incurred.