Donna M. Meyers
William E. Moseley
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
PHONE: 907-279-3581
FAX: 907-277-1331
dmm@delaneywiles.com
wem@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-00083-TMB |

**NOTICE OF FILING PROPOSED ORDER**

　　　Defendant Chugiak Senior Citizens, Inc., gives notice of filing its Proposed Order to Docket 69.

DATED at Anchorage, Alaska, this 27th day of September, 2006.

DELANEY WILES, INC.
Attorneys for Chugiak Senior Citizens, Inc.

s/Donna M. Meyers and William E. Moseley
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, Alaska  99501
Phone:  907-279-3581/Fax:  907-277-1331
E-mail: dmm@delaneywiles.com
E-mail: wem@delaneywiles.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of September, 2006, a copy of **NOTICE OF FILING PROPOSED ORDER** was served electronically on:

Jim Davis, Jr./Barbara Brink
Nikole Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501


s/Donna M. Meyers and William E. Moseley
(122258)