Donna M. Meyers
William E. Moseley
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
wem@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>            Plaintiff,<br><br>    v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>            Defendant. | Case No. 3:06-cv-00083-TMB |

### (PROPOSED) ORDER

The Court, having reviewed plaintiff's motion to compel discovery responses and defendant's opposition thereto, and the Court deeming itself fully advised in the premises, finds that plaintiff's motion is not well taken.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion is DENIED.

ENTERED this _____ day of _____, 2006 at Anchorage, Alaska.

_____
Timothy M. Burgess/U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of September, 2006, a copy of **(Proposed) Order** was served electronically on:

Jim Davis/Barbara Brink/
Nikole Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

s/Donna M. Meyers and William E. Moseley
(121874)