IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her power of attorney Carol Winters,<br><br>　　　Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>　　　Defendant. | <br><br><br><br><br><br><br><br>Case No. 3:06-cv-00083-TMB |

**PROPOSED ORDER**

Pursuant to Ak. L.R. 16, plaintiff's motion for settlement conference is granted and a settlement conference shall be held on _____.

DATED this ____ day of October, 2006, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Judge Burgess