Donna M. Meyers
William E. Moseley
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
wem@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>                Plaintiff,<br><br>  v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>                Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 3:06-cv-00083-TMB |

**MOTION FOR EXPEDITED CONSIDERATION OF MOTION TO
QUASH SUBPOENA AND DEPOSITION OF DEBORAH GEESEMAN, M.D.**

Pursuant to District of Alaska Local Rule 7.2(c), Defendant, Chugiak Senior Citizens, Inc. ("CSC"), by and through counsel of record, Delaney Wiles, Inc., submits this motion for expedited consideration of CSC's Motion to Quash Subpoena and Deposition of Deborah Geeseman, M.D.  This motion is supported by the attached Affidavit of Counsel, attached as Exhibit A.

CSC requests the Court to consider on an expedited basis its Motion to Quash Subpoena and Deposition of Deborah Geeseman, M.D. Dr. Geeseman is a psychiatrist retained by CSC to perform an independent medical examination (IME) on plaintiff Helen Winters by conducting a general psychiatric examination of her mental health status. The deposition is scheduled to occur at 1:00 p.m. this afternoon on October 6, 2006.

CSC first sought plaintiff's agreement to a Rule 35 examination because such examinations are frequently scheduled by agreements between the parties without court intervention. However, plaintiff has done nothing but erect roadblocks to the IME requested by CSC, and it has become increasingly apparent plaintiff's ultimate goal to prevent the IME from going forward altogether. Of significance, plaintiff is now unreasonably insisting on not only taking the deposition of the proposed examiner, Dr. Geeseman, prior to agreeing to the IME, but is also demanding that Dr. Geeseman produce any file she has on plaintiff before plaintiff will even decide whether she will voluntarily submit to the IME.

It is imperative that the Court consider CSC's underlying motion under shortened time because CSC will be prejudiced if briefing takes place with the normal time standards set forth in District of Alaska Local Rule R 7.1(e) and if the Court does not promptly issue a decision.

As explained in the attached affidavit of counsel, the parties have attempted to resolve this matter without Court intervention, but have been unable to do so.

For the reasons explained above and the attached Affidavit of Donna M. Meyers, CSC requests the Court grant its motion for expedited consideration.

DATED at Anchorage, Alaska, this 6th day of October, 2006.

DELANEY WILES, INC.
Attorneys for Chugiak Senior Citizens, Inc.

s/Donna M. Meyers and William E. Moseley
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, Alaska  99501
Phone: 907-279-3581
Fax: 907-277-1331
E-mail: dmm@delaneywiles.com
E-mail: wem@delaneywiles.com
Alaska Bar Assoc. No. 9006011 (DMM)
Alaska Bar Assoc. No. 7811121 (WEM)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of October 2006, a copy of **MOTION FOR EXPEDITED CONSIDERATION OF MOTION TO QUASH SUBPOENA AND DEPOSITION OF DEBORAH GEESEMAN, M.D.** was served electronically on:

Nikole M. Nelson/Barbara Brink/
Jim Davis, Jr./Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, AK  99501

s/Donna M. Meyers, and William E. Moseley
(122720)