Donna M. Meyers
William E. Moseley
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
wem@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>               Plaintiff,<br><br>v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>               Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-00083-TMB |

### (PROPOSED) ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION OF DEFENDANT'S MOTION TO QUASH

Defendant has moved the court for expedited consideration of its Motion to Quash Subpoena and Deposition of Deborah Geeseman, M.D., filed on October 6, 2006.

The Court finds the Motion for Expedited Consideration is well-taken. The Motion for Expedited Consideration is GRANTED, and plaintiff's opposition to defendant's Motion to Quash Subpoena is due by 10:00 am on October 6, 2006.

(Proposed) Order Granting Motion For
Expedited Consideration of Defendant's Motion to Quash
Winters v. Chugiak Senior Citizens, Inc./Case No. 3:06-cv-00083 (TMB)        Page 1 of 2

ENTERED at Anchorage, Alaska, this ____ day of October, 2006.

_____
Timothy M. Burgess
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of October, 2006, a copy of **(Proposed) Order Granting Motion For Expedited Consideration of Defendant's Motion to Quash** was served electronically on:

Jim Davis, Jr./Barbara Brink/
Sonja D. Kerr/Nikole M. Nelson
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

s/Donna M. Meyers and William E. Moseley
(122715)

(Proposed) Order Granting Motion For
Expedited Consideration of Defendant's Motion to Quash
Winters v. Chugiak Senior Citizens, Inc./Case No. 3:06-cv-00083 (TMB)   Page 2 of 2