Donna M. Meyers
William E. Moseley
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
wem@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>                Plaintiff,<br><br>  v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>                Defendant.<br>_____ | <br><br><br><br><br><br><br><br><br><br><br>Case No. 3:06-cv-00083-TMB |

**MOTION TO QUASH SUBPOENA AND DEPOSITION
OF DEBORAH GEESEMAN, M.D.**

Defendant, Chugiak Senior Citizens, Inc., by and through counsel, moves the Court to quash the subpoena and deposition notice served by plaintiff's counsel upon Deborah Geeseman, M.D.  This motion is supported by a memorandum of law, exhibits and Affidavit of Counsel, Donna M. Meyers

Motion to Quash Subpoena and Deposition of
Deborah Geeseman, MD
Winters v. Chugiak Senior Citizens, Inc./Case No. 3:06-cv-0083 (TMB)

Page 1 of 2

DATED at Anchorage, Alaska, this 6th day of October, 2006.

DELANEY WILES, INC.
Attorneys for Chugiak Senior Citizens, Inc.

s/Donna M. Meyers and William E. Moseley
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, Alaska  99501
Phone:  907-279-3581/Fax:  907-277-1331
E-mail:     dmm@delaneywiles.com
E-mail:     wem@delaneywiles.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of October, 2006, a copy of **MOTION TO QUASH SUBPOENA AND DEPOSITION OF DEBORAH GEESEMAN, M.D.** was served electronically on:

Jim Davis, Jr./Barbara Brink/
Nikole Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

s/Donna M. Meyers and William E. Moseley
(122714)

Motion to Quash Subpoena and Deposition of
Deborah Geeseman, MD                                                                           Page 2 of 2
Winters v. Chugiak Senior Citizens, Inc./Case No. 3:06-cv-0083 (TMB)