CLAY A. YOUNG
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS

**DELANEY WILES, INC.**
ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

KEVIN L. DONLEY
ERIC A. RINGSMUTH
JONATHAN P. CLEMENT
WILLIAM R. WARNOCK

OF COUNSEL
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY

September 20, 2006

**VIA FACSIMILE AND
U.S. POSTAL SERVICE**

Jim Davis/Barbara Brink/Nikole Nelson
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska 99501

Re:   <u>Winters v. Chugiak Senior Citizens, Inc.</u>/Case No. A06-0083 Civil (TMB)

Dear Counsel:

My client is requesting plaintiff, Helen Winters, to undergo a psychiatric independent medical evaluation (IME), so please consider this a request being made pursuant to Federal Rule of Civil Procedure 35. The IME will be performed at CSC in Ms. Winters' unit by psychiatrist Deborah Geeseman, MD. At this time, Dr. Geeseman does not know how much time the evaluation will take, but she is mindful of Ms. Winters' age and health, and therefore if the evaluation cannot be accomplished in one day, I am sure Dr. Geeseman can breakdown the evaluation into time periods convenient for Ms. Winters.

Please let us know promptly if Ms. Winters is willing to undergo the IME, and if so, when she would prefer for the IME to occur. If Ms. Winters is not willing to submit to the IME, please let us know promptly so that we can file a motion with the Court for a Rule 35 examination.

Thank you for your attention to this matter.

Sincerely,

DELANEY WILES, INC.

*[signature]*
Donna M. Meyers

DMM:dkd/122037

EXHIBIT A
Page 1 of 1