

ALASKA LEGAL SERVICES CORPORATION
ANCHORAGE AND STATEWIDE OFFICE

1016 WEST SIXTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1963
TELEPHONE (907) 272-9431
FAX (907) 279-7417
www.AlaskaLawHelp.org

September 21, 2006

Donna M. Meyers
Delaney Wiles, Inc.
1007 W. 3d Ave., Suite 400
Anchorage, AK 99501

Re: *Winters v. Chugiak Senior Center, Inc.*

Dear Donna:

In response to your letter of September 20, 2006, Helen Winters is not willing to undergo an IME.

Very Truly Yours,

James J. Davis, Jr.
Statewide Litigation Attorney

RECEIVED
SEP 22 2006
DELANEY WILES, INC.

cc: Nikole Nelson; Barb Brink

EXHIBIT B
Page 1 of 1