CLAY A. YOUNG
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS
KEVIN L. DONLEY

DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.
ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501-1936
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

ERIC A. RINGSMUTH
JONATHAN P. CLEMENT
WILLIAM R. WARNOCK
MARGARET A. PATON-WALSH

OF COUNSEL
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY
GREGORY L. YOUNGMUN

October 2, 2006

**VIA FACSIMILE AND**
**U.S. POSTAL SERVICE**

Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska 99501

Re:   <u>Winters v. Chugiak Senior Citizens, Inc.</u>/Case No. A06-0083 Civil (TMB)

Dear Sonja:

Please find enclosed a copy of Dr. Geeseman's curriculum vitae. Dr. Geeseman's IME will consist of a general psychiatric examination for the purpose of determining whether Helen Winters has a diagnosable mental health condition, and if so, what if any treatment is available. Initially, the examination will include an interview to obtain her personal background information, and any psychiatric history, and a mental status examination. Generally, the initial interview and mental status examination takes about 1 to 1½ hours and can be followed by another session of similar length depending on the outcome of the initial session. However, as I previously informed your office, if Helen is physically and/or mentally unable to sit and concentrate for that length of time, Dr. Geeseman is willing to break up the sessions into shorter sessions. Additionally, as I previously told you, the sessions would occur at CSC, so Helen is not required to travel anywhere for the examination and the examination will occur in surroundings familiar to Helen. Please let me know today if the above information is a sufficient explanation of Dr. Geeseman's proposed examination for plaintiff to make decision about whether she will submit to the examination. We are requesting an answer today to assess whether to take action to quash the deposition of Dr. Geeseman, so your prompt response will be appreciated.

Again, we look forward to your prompt response.

Sincerely,

DELANEY WILES, INC.

*[signature]*
Donna M. Meyers

DMM:dkd/122443

EXHIBIT D
Page 1 of 4

# DEBORAH B. GEESEMAN, M.D.

*711 H Street, Suite 400 ▪ Anchorage, AK 99501-3459 ▪Tele 907-276-7004 ▪ Fax 907-276-7004*

## EDUCATION

**MONTANA STATE UNIVERSITY - BOZEMAN, MONTANA**
*B.S., Microbiology, March 1974*
- Royal Neighbors of America four-year fraternal scholarship
- Pi Sigma Alpha - member, national fellowship for graduate study
- Phi Kappa Phi - fellow, national fellowship for graduate study
- Various other university and departmental recognitions for outstanding performance, including top student in class years

**UNIVERSITY OF WISCONSIN MEDICAL SCHOOL - MADISON, WISCONSIN**
*M.D., 1978*

**EASTERN VIRGINIA GRADUATE SCHOOL OF MEDICINE - Norfolk, Virginia**
*Flexible Internship, 1978-1979*

**UNIVERSITY OF WISCONSIN MEDICAL CENTER - MADISON, WISCONSIN**
*Psychiatry Residency, 1979-1982*

**DARTMOUTH MEDICAL SCHOOL - HANOVER, NEW HAMPSHIRE**
*Rural Community Psychiatry Fellowship, June-December 1981*

## BOARDS

**DIPLOMAT OF NATIONAL BOARD OF MEDICAL EXAMINERS**
*September 1979*

**DIPLOMAT OF AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY**
*April 1984*

## STATES OF LICENSURE

WISCONSIN *September 1, 1979 -*
ALASKA *July 29, 1982 -*

## CURRENT PRACTICE

**PRIVATE PRACTICE**
*June 1983 -*



EXHIBIT D
Page 2 of 4

Deborah B. Geeseman, M.D. - Curriculum Vitae

# ACADEMIC AFFILIATIONS

### UNIVERSITY OF WASHINGTON - WWAMI PROGRAM
*Clinical Associate Professor*
  *Auxiliary Faculty 1983 - 2004*
*Clerkship Director for Alaska Psychiatry WWAMI 3rd Year Medical Student Clerkship*
  *1994 - 2001*
*Clinical Supervision and lectures for WWAMI students and residents*
  *1982 - 2001*

### UNIVERSITY OF ALASKA
*Associate Affiliate Professor  1994 - 2004*

# TEACHING

### UNIVERSITY OF WASHINGTON WWAMI PROGRAM - see Academic Affiliations above

### UNIVERSITY OF WISCONSIN
INTERVIEWING SKILLS - *Co-instructor with Carl Whitacker, M.D., 1980*
GROWTH & DEVELOPMENT - *Instructor for discussion section, 1980, 1981*

### MONTANA STATE UNIVERSITY
LITERATURE AND THE OUTDOORS - *Wilderness Expedition Leader*
  *Graduate level course; included group dynamics*
  1974-1977

MEDICAL MICROBIOLOGY - *Laboratory instructor*
  *Senior and graduate level course*
  1974

### PRIDE - EDUCATIONAL TUTORING PROGRAM FOR MENOMINEE INDIANS
*Menominee County/Reservation, Wisconsin*
1968-1970

# OTHER PROFESSIONAL ACTIVITIES

### AWAIC CENTER - DOMESTIC VIOLENCE AND WOMEN'S SHELTER
*Consulting Psychiatrist     June 1984 - June 1994; August 2000 - July 2002*

### ANCHORAGE POLICE DEPARTMENT - RESERVE TECHNICIAN
*Member of Crisis Negotiation Team     1997- 2002*
*Trainer for Law Enforcement Officers Training School - Hostage Negotiations  1997- 2002*

### CORDOVA CENTER - Halfway House for Mentally Ill from Corrections
*October 1993 - June 1994*

### MALE AWARENESS PROGRAM - AWAIC CENTER - Domestic Violence
*Consulting Psychiatrist, June 1984 - June 1994*

### BOOTH MEMORIAL HOME - Salvation Army Residential & Day Treatment Program - Adolescents
*Consulting Psychiatrist, November 1985 - June 1992*

EXHIBIT D
Page 3 of 4

Deborah B. Geeseman, M.D. - Curriculum Vitae

## OTHER PROFESSIONAL ACTIVITIES - CONTD.

ALASKA PSYCHIATRIC INSTITUTE
*Staff Psychiatrist, September 1982 - June 1983*
*Contract Psychiatrist for On-call coverage, June 1985 - December 1988*

HOMER COMMUNITY MENTAL HEALTH CENTER
*Consulting Psychiatrist, July 1986 - December 1988*

FAIRBANKS COMMUNITY MENTAL HEALTH CENTER
*Consulting Psychiatrist, October 1989 - February 1990*

MCLAUGHLIN YOUTH CENTER - Division of Corrections, Adolescents
*Evaluator & Consulting Psychiatrist, July 1983 - September 1985*

CRISIS INTERVENTION SERVICE - DANE COUNTY MENTAL HEALTH CENTER - MADISON, WISCONSIN
*Crisis Worker, 1979-1982*

COURT OF DANE COUNTY, WISCONSIN
*Court-appointed Examiner and Expert Witness, 1979-1982*

INDIAN HEALTH SERVICE - KANAKANAK HOSPITAL - Alaskan bush hospital
*Medical Student Externship, January & February 1978*

## PROFESSIONAL ASSOCIATIONS AND POSITIONS

AMERICAN PSYCHIATRIC ASSOCIATION
    General Member    April 1982 -
    Fellow    December 1991 -
Wisconsin Psychiatric Association  1982
Alaska Psychiatric Association    1982 -
    President    1987-1989
    Secretary    1990-1991
    Treasurer    1986-1987, 1994-1996

AMERICAN MEDICAL ASSOCIATION
ALASKA STATE MEDICAL ASSOCIATION
    Mental Health Committee    1985-1986

INTERNATIONAL SOCIETY FOR THE STUDY OF DISSOCIATION

PROVIDENCE HOSPITAL
    *Medical Education Committee 1984-1986*
    *Chair    1985-1986*

PHI KAPPA PHI
    Member    1973-
    Fellow    1974-
ALASKA CHAPTER
    President Elect    1990-1991
    President    1991-1992