# LSC

**ALASKA LEGAL SERVICES CORPORATION**
ANCHORAGE AND STATEWIDE OFFICE

1016 WEST SIXTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1963
TELEPHONE (907) 272-9431
FAX (907) 279-7417
www.AlaskaLawHelp.org

October 2, 2006                                  Fax and Mail

*[RECEIVED OCT 3 2006 DELANEY WILES, INC. stamp]*

Donna M. Meyers
Delaney, Wiles, Inc.
1007 West 3rd Ave.
Anchorage, AK 99501

RE: Winters v. Chugiak Senior citizens, Inc./Case No. A-06-0083 Civil (TMB)

Dear Donna:

I am appreciative of your sending over Dr. Geeseman's curriculum vitae and attempt at further explanation about the IME. Unfortunately, the information is still insufficient so my client will not be agreeing to same at this point.

As to Dr. Geeseman's deposition, we received a call from her office indicating she did not know her schedule yet for this week. We look forward to the deposition on Friday, October 6, 2006 at 1:00 p.m.

If you intend any discovery motions, please be sure to contact me before hand to ensure that we can complete the Rule 37 certification as to that matter.

With respect to the notice of deposition for October 9 for the Records Custodian at Denali Home Health Care, kindly ensure timely notice and a copy of all of the records if the deposition is not going to proceed. I also wanted to bring to your attention that the subpoena is inaccurate as you have circled "attorney for plaintiff" above the signature line.

Finally, please advise by close of business tomorrow as to the possibility of a settlement conference.

I look forward to hearing from you on these matters.

Very truly yours,

*Sonja D. Kerr*
Sonja D. Kerr
Staff Attorney

EXHIBIT E
Page 1 of 1