October 5, 2006

# ALASKA LEGAL SERVICES CORPORATION
1016 West Sixth Avenue, Suite 200, Anchorage, AK 99501
(907) 272-9431
Fax: (907) 279-7417
E-mail: anchorage3@alsc-law.org

# Fax

| To: | Dr. Geeseman | From: | Sonja Kerr |
|---|---|---|---|
| Fax: | 276-7004 | Pages: | 2 |
| Phone: | 276-7004 | Date: | 10-05-06 |
| Re: | Deposition Reminder | Acct. Code: | |

x Urgent  ☐ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

● Comments

CC: Donna Meyers, at Delaney Wiles, fax: 277-1331



Notice: The information contained in this fax is confidential and/or privileged. This fax is intended to be reviewed only by the above-named recipient. If you have received this fax by mistake, you should not read, copy, discuss, or share it with any other person. If you have received this fax in error, or have any questions as to whether you are the intended recipient, please call us immediately at (907) 272-9431.

EXHIBIT H
Page 1 of 2

● Page 1



**ALASKA LEGAL SERVICES CORPORATION**
ANCHORAGE AND STATEWIDE OFFICE

1016 WEST SIXTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1963
TELEPHONE (907) 272-9431
FAX (907) 279-7417
www.AlaskaLawHelp.org

October 5, 2006        **Via Fax**

Dr. Deborah Geeseman
711 H. St., Suite 400
Anchorage, AK 99501-3459

RE:    Notice of Deposition – H. Winters

Dear Dr. Geeseman:

We look forward to you participating in the deposition which we have noticed for tomorrow, October 6, 2006 at 1:00 p.m. Pursuant to arrangements with your office staff, Tina, my understanding is that you will call in to our main office at 272-9431; an alternative number will be 222-4516. Your office will bill us for the costs. Also, I understand in speaking to your office staff, there is some concern about providing us your file on Helen. Please appreciate that the subpoena commands you to produce your file on Helen. To assist you, we can have someone stop over in the morning to pick it up if you want. The deposition will proceed tomorrow.

Thank you.

Very truly yours,

Sonja D. Kerr
Staff Attorney
C:    Donna Meyers

EXHIBIT H
Page 2 of 2