Donna M. Meyers
William E. Moseley
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
wem@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>　　　　　　　　Defendant.<br>_____ | <br><br><br><br><br><br><br><br><br><br><br>Case No. 3:06-cv-00083-TMB |

### (PROPOSED) ORDER GRANTING MOTION TO QUASH SUBPOENA AND DEPOSITION

This court having considered Defendant Chugiak Senior Citizens, Inc.'s Motion to Quash Subpoena Served on Deborah Geeseman, M.D.;

IT IS HEREBY ORDERED that the motion is **GRANTED.**  Plaintiff's subpoena and deposition notice served upon Deborah Geeseman, M.D., are hereby quashed.

ENTERED at Anchorage, Alaska, this \_\_\_\_ day of October, 2006.

_____
Timothy M. Burgess
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day
of October, 2006, a copy of **(Proposed)
Order Granting Motion to Quash Subpoena
and Deposition** was served electronically on:

Jim Davis, Jr./Barbara Brink/
Nikole Nelson/Sonja D. Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

s/Donna M. Meyers and William E. Moseley
(122718)