Donna M. Meyers
William E. Moseley
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
wem@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters, ) ) ) ) Plaintiff, ) ) v. ) ) CHUGIAK SENIOR CITIZENS, INC., ) ) Defendant. ) _____ ) | Case No. 3:06-cv-00083-TMB |

**MOTION FOR EXPEDITED CONSIDERATION**

Pursuant to District of Alaska Local Rule 7.2(c), defendant, Chugiak Senior Citizens, Inc. ("CSC"), by and through counsel of record, Delaney Wiles, Inc., submits this motion for expedited consideration of its Motion To Compel Rule 35 Mental Examination of Plaintiff.  This motion is supported by the Affidavit of Counsel (Donna M. Meyers), attached as Exhibit A.

CSC requests the Court to consider on an expedited basis its motion seeking a Rule 35 mental examination of plaintiff because expert disclosures are due October 16,

2006.  *See* Order, Docket No. 63.  CSC has attempted to obtain plaintiff's voluntary agreement to submit to a Rule 35 mental health examination since September 20, 2006.  *See* Affidavit of Donna M. Meyers.  However, the parties have been unable to reach an agreement on the IME.  Thus, CSC is requesting a decision from the Court on the motion to compel the IME before Dr. Geeseman departs for her trip Outside.  If the Court grants the motion, Dr. Geeseman can schedule the IME at the beginning of November and prepare her IME report by November 15.[1]

In order to obtain an order requiring plaintiff to submit to the independent medical evaluation before Dr. Geeseman leaves Alaska, it is imperative that the Court consider CSC's motion on shortened time.

As explained in the attached Affidavit of Donna M. Meyers, the parties have attempted to resolve this matter without Court intervention, but have been unable to do so.  For the reasons explained above, CSC requests that the Court grant its motion for expedited consideration of its motion for a Rule 35 mental examination of plaintiff.

DATED at Anchorage, Alaska, this 9th day of October, 2006.

        DELANEY WILES, INC.
        Attorneys for Chugiak Senior Citizens, Inc.

        s/Donna M. Meyers and William E. Moseley
        Delaney Wiles, Inc.
        1007 W. Third Avenue, Suite 400
        Anchorage, Alaska  99501
        Phone:  907-279-3581/Fax:  907-277-1331
        E-mail:       dmm@delaneywiles.com
        E-mail:       wem@delaneywiles.com
        Alaska Bar Assoc. No. 9006011 (DMM)
        Alaska Bar Assoc. No. 7811121 (WEM)

---

[1] CSC is simultaneously filing a Motion for Enlargement of Time for Dr. Geeseman to submit her expert report, and is requesting expedited consideration of that motion as well.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of October 2006, a copy of **MOTION FOR EXPEDITED CONSIDERATION** was served electronically on:

Nikole M. Nelson/Barbara Brink/
Jim Davis, Jr./Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, AK  99501

s/Donna M. Meyers, and William E. Moseley
(122795)