Donna M. Meyers
William E. Moseley
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters, <br><br> Plaintiff, <br><br> v. <br><br> CHUGIAK SENIOR CITIZENS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 3:06-cv-00083-TMB |

**(PROPOSED) ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION OF MOTION TO COMPEL RULE 35 MENTAL EXAMINATION OF PLAINTIFF**

Defendant, Chugiak Senior Citizens, Inc. has moved the Court for expedited consideration of its Motion To Compel Rule 35 Mental Examination Of Plaintiff, and the Court finds the motion for expedited consideration is well-taken.  The motion for expedited consideration is GRANTED, and plaintiff's response to defendant's Motion To Compel Rule 35 Mental Examination of Plaintiff is due on or before close of business on Tuesday, October 10, 2006.

IT IS SO ORDERED.

DATED at Anchorage, Alaska, this _____ day of _____, 2006.

_____
Timothy M. Burgess
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of October, 2006, a copy of **(PROPOSED) ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION OF MOTION FOR TO COMPEL RULE 35 MENTAL EXAMINATION OF PLAINTIFF** was served electronically on:

Jim Davis/Barbara Brink/
Nikole Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

s/Donna M. Meyers and William E. Moseley
(122796)