## DELANEY WILES, INC.

CLAY A. YOUNG
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS

ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

KEVIN L. DONLEY
ERIC A. RINGSMUTH
JONATHAN P. CLEMENT
WILLIAM R. WARNOCK

OF COUNSEL
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY

September 20, 2006

**VIA FACSIMILE AND
U.S. POSTAL SERVICE**

Jim Davis/Barbara Brink/Nikole Nelson
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

     Re:    <u>Winters v. Chugiak Senior Citizens, Inc.</u>/Case No. A06-0083 Civil (TMB)

Dear Counsel:

    My client is requesting plaintiff, Helen Winters, to undergo a psychiatric independent medical evaluation (IME), so please consider this a request being made pursuant to Federal Rule of Civil Procedure 35. The IME will be performed at CSC in Ms. Winters' unit by psychiatrist Deborah Geeseman, MD. At this time, Dr. Geeseman does not know how much time the evaluation will take, but she is mindful of Ms. Winters' age and health, and therefore if the evaluation cannot be accomplished in one day, I am sure Dr. Geeseman can breakdown the evaluation into time periods convenient for Ms. Winters.

    Please let us know promptly if Ms. Winters is willing to undergo the IME, and if so, when she would prefer for the IME to occur. If Ms. Winters is not willing to submit to the IME, please let us know promptly so that we can file a motion with the Court for a Rule 35 examination.

    Thank you for your attention to this matter.

        Sincerely,

        DELANEY WILES, INC.

        *[signature]*
        Donna M. Meyers

DMM:dkd/122037

EXHIBIT A
Page 1 of 3

## DELANEY WILES, INC.

ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

CLAY A. YOUNG
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS

KEVIN L. DONLEY
ERIC A. RINGSMUTH
JONATHAN P. CLEMENT
WILLIAM R. WARNOCK
OF COUNSEL
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY

# FAX TRANSMISSION COVER SHEET

**TO:** Jim Davis, Jr./Barbara Brink/Nikole Nelson

**COMPANY:** ALSC

**FAX NO:** 279-7417

**FROM:** Donna M. Meyers

**DATE:** Wednesday, September 20, 2006

**RE:** Helen Winters

**NUMBER OF PAGES INCLUDING COVER SHEET:** 2

**COMMENTS:** Letter dated 9/20/06 from Donna Meyers

**HARD COPY MAILED:** Yes

EXHIBIT A
Page 2 of 3

### Confidential Communication

This message is intended only for the use of person(s) to whom it is addressed, and may not be otherwise distributed, copied or disclosed. The contents may also contain information that is privileged, confidential and exempt from disclosure under applicable law. These rights are not waived by transmission of the information via facsimile. If you received this communication in error, please notify us immediately by telephone (collect, if necessary) and return the original message to us at the above address by mail. We will reimburse you any reasonable expenses incurred.

## Confirmation Report – Memory Send

```
                                    Page       : 001
                                    Date & Time: Sep-20-06  01:57pm
                                    Line 1     :
                                    Line 2     :
                                    E-mail     :
                                    Machine ID :
```

| | |
|---|---|
| Job number | : 079 |
| Date | : Sep-20 01:54pm |
| To | : ☎92797417 |
| Number of pages | : 002 |
| Start time | : Sep-20 01:54pm |
| End time | : Sep-20 01:57pm |
| Pages sent | : 002 |
| Status | : OK |
| Job number | : 079        \*\*\* SEND SUCCESSFUL \*\*\* |

---

CLAY A. YOUNG
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS

**DELANEY WILES, INC.**
ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

KEVIN L. DONLEY
ERIC A. RINGSMUTH
JONATHAN P. CLEMENT
WILLIAM R. WARNOCK
OF COUNSEL
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY

### FAX TRANSMISSION COVER SHEET

| | |
|---|---|
| TO: | Jim Davis, Jr./Barbara Brink/Nikole Nelson |
| COMPANY: | ALSC |
| FAX NO: | 279-7417 |
| FROM: | Donna M. Meyers |
| DATE: | Wednesday, September 20, 2006 |
| RE: | Helen Winters |
| NUMBER OF PAGES INCLUDING COVER SHEET: | 2 |
| COMMENTS: | Letter dated 9/20/06 from Donna Meyers |

EXHIBIT A
Page 3 of 3

HARD COPY MAILED:   Yes

**Confidential Communication**
This message is intended only for the use of person(s) to whom it is addressed, and may not be otherwise distributed, copied or disclosed. The contents may also contain information that is privileged, confidential and exempt from disclosure under applicable law. These rights are not waived by transmission of the information via facsimile. If you received this communication in error, please notify us immediately by telephone (collect, if necessary) and return the original message to us at the above address by mail. We will reimburse you any reasonable expenses incurred.