

ALASKA LEGAL SERVICES CORPORATION
ANCHORAGE AND STATEWIDE OFFICE

1016 WEST SIXTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1963
TELEPHONE (907) 272-9431
FAX (907) 279-7417
www.AlaskaLawHelp.org

September 29, 2006

Donna M. Meyers
Delaney, Wiles
1007 W. Third Ave., Suite 400
Anchorage, AK 99501

RE: Winters v. Chugiak Senior Citizens, Inc.

Dear Donna:

Per our phone conversation yesterday, we look forward to receiving a copy of Dr. Geeseman's curriculum vitae and thorough description of any proposed Rule 35 examination. Meanwhile, here is Notice of Deposition of Dr. Geeseman for the limited purpose of determining what type of Rule 35 examination is proposed. If the date and time are not convenient, please let me know. If it is more convenient for the doctor, we would be willing to take this limited deposition by telephone to save costs and time for all concerned.

We also hope to hear back from you promptly as to your clients' willingness to agree to a settlement conference or mediation per L.Rule 16.

Very truly yours,

Sonja D. Kerr
Staff Attorney

EXHIBIT C
Page 1 of 1