DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.

CLAY A. YOUNG
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS
KEVIN L. DONLEY

ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501-1936
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

ERIC A. RINGSMUTH
JONATHAN P. CLEMENT
WILLIAM R. WARNOCK
MARGARET A. PATON-WALSH

OF COUNSEL
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY
GREGORY L. YOUNGMUN

October 2, 2006

**VIA FACSIMILE AND
U.S. POSTAL SERVICE**

Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

Re:    Winters v. Chugiak Senior Citizens, Inc./Case No. A06-0083 Civil (TMB)

Dear Sonja:

Please find enclosed a copy of Dr. Geeseman's curriculum vitae.    Dr. Geeseman's IME will consist of a general psychiatric examination for the purpose of determining whether Helen Winters has a diagnosable mental health condition, and if so, what if any treatment is available.   Initially, the examination will include an interview to obtain her personal background information, and any psychiatric history, and a mental status examination.    Generally, the initial interview and mental status examination takes about 1 to 1½ hours and can be followed by another session of similar length depending on the outcome of the initial session.  However, as I previously informed your office, if Helen is physically and/or mentally unable to sit and concentrate for that length of time, Dr. Geeseman is willing to break up the sessions into shorter sessions.   Additionally, as I previously told you, the sessions would occur at CSC, so Helen is not required to travel anywhere for the examination and the examination will occur in surroundings familiar to Helen.    Please let me know today if the above information is a sufficient explanation of Dr. Geeseman's proposed examination for plaintiff to make decision about whether she will submit to the examination.  We are requesting an answer today to assess whether to take action to quash the deposition of Dr. Geeseman, so your prompt response will be appreciated.

Again, we look forward to your prompt response.

Sincerely,

DELANEY WILES, INC.

Donna M. Meyers

DMM:dkd/122443

EXHIBIT ___D___
Page ___1___ of ___5___

# DELANEY WILES, INC.
### ATTORNEYS AT LAW
### SUITE 400
### 1007 WEST 3RD AVENUE
### ANCHORAGE, ALASKA 99501
### TELEPHONE (907) 279-3581
### FAX (907) 277-1331
### WWW.DELANEYWILES.COM

CLAY A. YOUNG
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS

KEVIN L. DONLEY
ERIC A. RINGSMUTH
JONATHAN P. CLEMENT
WILLIAM R. WARNOCK
OF COUNSEL
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY

# FAX TRANSMISSION COVER SHEET

TO:           Sonja Kerr

COMPANY:      Alaska Legal Services Corporation

FAX NO:       279-7417

FROM:         Donna M. Meyers

DATE:         Monday, October 02, 2006

RE:           Helen Winters

NUMBER OF PAGES INCLUDING COVER SHEET:   5

COMMENTS:     Please see attached letter re: Dr. Geeseman

(115925)

HARD COPY MAILED:     Yes

EXHIBIT  D
Page  2  of  5

### Confidential Communication
*This message is intended only for the use of person(s) to whom it is addressed, and may not be otherwise distributed, copied or disclosed. The contents may also contain information that is privileged, confidential and exempt from disclosure under applicable law. These rights are not waived by transmission of the information via facsimile. If you received this communication in error, please notify us immediately by telephone (collect, if necessary) and return the original message to us at the above address by mail. We will reimburse you any reasonable expenses incurred.*

# DEBORAH B. GEESEMAN, M.D.

*711 H Street, Suite 400 ▪ Anchorage, AK 99501-3459 ▪Tele 907-276-7004 ▪ Fax 907-276-7004*

## EDUCATION

MONTANA STATE UNIVERSITY - BOZEMAN, MONTANA
*B.S., Microbiology, March 1974*
Royal Neighbors of America four-year fraternal scholarship
Pi Sigma Alpha - member, national fellowship for graduate study
Phi Kappa Phi - fellow, national fellowship for graduate study
Various other university and departmental recognitions for outstanding performance,
including top student in class years

UNIVERSITY OF WISCONSIN MEDICAL SCHOOL - MADISON, WISCONSIN
*M.D., 1978*

EASTERN VIRGINIA GRADUATE SCHOOL OF MEDICINE - Norfolk, Virginia
*Flexible Internship, 1978-1979*

UNIVERSITY OF WISCONSIN MEDICAL CENTER - MADISON, WISCONSIN
*Psychiatry Residency, 1979-1982*

DARTMOUTH MEDICAL SCHOOL - HANOVER, NEW HAMPSHIRE
*Rural Community Psychiatry Fellowship, June-December 1981*

## BOARDS

DIPLOMAT OF NATIONAL BOARD OF MEDICAL EXAMINERS
*September 1979*

DIPLOMAT OF AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY
*April 1984*

## STATES OF LICENSURE

WISCONSIN *September 1, 1979 -*
ALASKA       *July 29, 1982 -*

## CURRENT PRACTICE

PRIVATE PRACTICE
*June 1983 -*


RECEIVED
OCT 2 2006
DELANEY WILES, INC.


EXHIBIT ____D____
Page ____3____ of _____

JM :D GEESEMAN MD or B WICKES   D   FAX NO. :907-276-7004    Oct. 02 2006 10:04AM P2


Deborah B. Geeseman, M.D. - Curriculum Vitae

# ACADEMIC AFFILIATIONS

UNIVERSITY OF WASHINGTON - WWAMI PROGRAM
Clinical Associate Professor
Auxiliary Faculty 1983 - 2004
Clerkship Director for Alaska Psychiatry WWAMI 3rd Year Medical Student Clerkship
1994 - 2001
Clinical Supervision and lectures for WWAMI students and residents
1982 - 2001

UNIVERSITY OF ALASKA
Associate Affiliate Professor 1994 - 2004

# TEACHING

UNIVERSITY OF WASHINGTON WWAMI PROGRAM - see Academic Affiliations above

UNIVERSITY OF WISCONSIN
INTERVIEWING SKILLS - Co-instructor with Carl Whitacker, M.D., 1980
GROWTH & DEVELOPMENT - Instructor for discussion section, 1980, 1981

MONTANA STATE UNIVERSITY
LITERATURE AND THE OUTDOORS - Wilderness Expedition Leader
Graduate level course; included group dynamics
1974-1977

MEDICAL MICROBIOLOGY - Laboratory instructor
Senior and graduate level course
1974

PRIDE - EDUCATIONAL TUTORING PROGRAM FOR MENOMINEE INDIANS
Menominee County/Reservation, Wisconsin
1968-1970

# OTHER PROFESSIONAL ACTIVITIES

AWAIC CENTER - DOMESTIC VIOLENCE AND WOMEN'S SHELTER
Consulting Psychiatrist    June 1984 - June 1994;  August 2000 - July 2002

ANCHORAGE POLICE DEPARTMENT - RESERVE TECHNICIAN
Member of Crisis Negotiation Team    1997- 2002
Trainer for Law Enforcement Officers Training School - Hostage Negotiations  1997- 2002

CORDOVA CENTER - Halfway House for Mentally Ill from Corrections
October 1993 - June 1994

MALE AWARENESS PROGRAM - AWAIC CENTER - Domestic Violence
Consulting Psychiatrist, June 1984 - June 1994

BOOTH MEMORIAL HOME - Salvation Army Residential & Day Treatment Program - Adolescents
Consulting Psychiatrist, November 1985 - June 1992

EXHIBIT D
Page 4 of 5

Deborah B. Geeseman, M.D. - Curriculum Vitae

# OTHER PROFESSIONAL ACTIVITIES - CONTD.

ALASKA PSYCHIATRIC INSTITUTE
*Staff Psychiatrist, September 1982 - June 1983*
*Contract Psychiatrist for On-call coverage, June 1985 - December 1988*

HOMER COMMUNITY MENTAL HEALTH CENTER
*Consulting Psychiatrist, July 1986 - December 1988*

FAIRBANKS COMMUNITY MENTAL HEALTH CENTER
*Consulting Psychiatrist, October 1989 - February 1990*

MCLAUGHLIN YOUTH CENTER - Division of Corrections, Adolescents
*Evaluator & Consulting Psychiatrist, July 1983 - September 1985*

CRISIS INTERVENTION SERVICE - DANE COUNTY MENTAL HEALTH CENTER - MADISON, WISCONSIN
*Crisis Worker, 1979-1982*

COURT OF DANE COUNTY, WISCONSIN
*Court-appointed Examiner and Expert Witness, 1979-1982*

INDIAN HEALTH SERVICE - KANAKANAK HOSPITAL - Alaskan bush hospital
*Medical Student Externship, January & February 1978*

# PROFESSIONAL ASSOCIATIONS AND POSITIONS

AMERICAN PSYCHIATRIC ASSOCIATION
*General Member*      *April 1982 -*
*Fellow*              *December 1991 -*
Wisconsin Psychiatric Association  1982
Alaska Psychiatric Association      1982 -
*President    1987-1989*
*Secretary    1990-1991*
*Treasurer    1986-1987. 1994-1996*

AMERICAN MEDICAL ASSOCIATION
ALASKA STATE MEDICAL ASSOCIATION
*Mental Health Committee     1985-1986*

INTERNATIONAL SOCIETY FOR THE STUDY OF DISSOCIATION

PROVIDENCE HOSPITAL
*Medical Education Committee 1984-1986*
*Chair       1985-1986*

PHI KAPPA PHI
*Member    1973-*
*Fellow    1974-*
ALASKA CHAPTER
President Elect    1990-1991
President          1991-1992

EXHIBIT  D
Page  5  of  5