**From:** skerr <nalaof608@yahoo.com>
**To:** <dmm@delaneywiles.com>, Sonja Kerr <skerr@alsc-law.org>, Nikole Nelson <nnelson@alsc-law.org>, <bbrink@alsc-law.org>
**Date:** 10/4/2006 6:43 PM
**Subject:** RE: Response on Depo

Donna,

Just a quick note to let you know we can tell you first thing Monday, the 9th as to whether Helen will undergo the IME. Friday is not possible because we are teaming this case, and Nikole is out on Friday. I'll send you a more formal note on this tomorrow.

What did you decide on settlement? I'll file the motion from our side tomorrow if we don't have any agreement on it.

Thanks

Sonja


Sonja D. Kerr

Sonja D. Kerr, Esq.
114 Covington Court
Anchorage, AK 99503
nalaof608@yahoo.com
907-222-9994
Fax: 1-866-310-9252

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information in it. If you have received this in error, please advise the sender at nalaof608@yahoo.com and delete the message.

Stay in the know. Pulse on the new Yahoo.com. Check it out.

EXHIBIT ___
Page ___ of ___