**From:** Donna M. Meyers
**To:** skerr
**Date:** 10/5/2006 8:04 AM
**Subject:** RE: Response on Depo

Sonja,
We should discuss Dr. Geeseman's depo this morning. Monday is not soon enough for a decision on the IME, so I will file a motion to extend the time for expert disclosures. You can file the motion requesting the settlement, and we will respond.

Thanks,
Donna


Donna M. Meyers
Delaney Wiles, Inc.
1007 W. 3rd Ave., Ste 400
Anchorage, Alaska 99501

Telephone No. (907) 279-3581
Fax No. (907) 277-1331

CONFIDENTIALITY NOTE:

This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.
================================================================================


>>> skerr <nalaof608@yahoo.com> 10/4/2006 6:42 PM >>>
Donna,

Just a quick note to let you know we can tell you first thing Monday, the 9th as to whether Helen will undergo the IME. Friday is not possible because we are teaming this case, and Nikole is out on Friday. I'll send you a more formal note on this tomorrow.

What did you decide on settlement? I'll file the motion from our side tomorrow if we don't have any agreement on it.

Thanks

Sonja


*Sonja D. Kerr*

Sonja D. Kerr, Esq.
1114 Covington Court
Anchorage, AK 99503
nalaof608@yahoo.com
907-222-9994
Fax: 1-866-310-9252

EXHIBIT C
Page 1 of 2

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information in it. If you have received this in error, please advise the sender at nalaof608@yahoo.com and delete the message.

Stay in the know. Pulse on the new Yahoo.com. Check it out.

EXHIBIT 6
Page 2 of 2