FROM : D GEESEMAN MD OF B WICKES PEDS   FAX NO. : 907-276-7004   Oct. 09 2006 02:45PM P1
Case 3:06-cv-00083-TMB   Document 79-10   Filed 10/09/2006   Page 1 of 17

OCT-06-2006 FRI 08:15 AM Alaska Legal Services   FAX NO. 907 279 7417   P. 01

October 6, 2006

## ALASKA LEGAL SERVICES CORPORATION
1016 West Sixth Avenue, Suite 200, Anchorage, AK 99501
(907) 272-9431
Fax: (907) 279-7417
E-mail: anchorage3@alsc-law.org



# Fax

| | | | |
|---|---|---|---|
| **To:** | Dr. Geeseman | **From:** | Sonja Kerr |
| **Fax:** | 276-7004 | **Pages:** | |
| **Phone:** | | **Date:** | 2 |
| **Re:** | Docs for Deposition | **Acct. Code:** | |

x **Urgent**   ☐ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

● **Comments**

Tina: Can you please see that Dr. G has these docs before her depo at 1:00. Much thanks. Please let me know if any problems. 222-4512. Sonja

CC: Donna Meyers  277-1331



---

Notice: The information contained in this fax is confidential and/or privileged. This fax is intended to be reviewed only by the above-named recipient. If you have received this fax by mistake, you should not read, copy, discuss, or share it with any other person. If you have received this fax in error, or have any questions as to whether you are the intended recipient, please call us immediately at (907) 272-9431.

EXHIBIT I
Page 1 of 17

● Page 1

# DEBORAH B. GEESEMAN, M.D.
711 H Street, Suite 400 • Anchorage, AK 99501-3459 • Tel: 907-276-7004 • Fax: 907-276-7004

## EDUCATION

**MONTANA STATE UNIVERSITY - BOZEMAN, MONTANA**
B.S., Microbiology, March 1974
- Royal Neighbors of America four-year fraternal scholarship
- Pi Sigma Alpha - member, national fellowship for graduate study
- Phi Kappa Phi - fellow, national fellowship for graduate study
- Various other university and departmental recognitions for outstanding performance, including top student in class years

**UNIVERSITY OF WISCONSIN MEDICAL SCHOOL - MADISON, WISCONSIN**
M.D., 1978

**EASTERN VIRGINIA GRADUATE SCHOOL OF MEDICINE - Norfolk, Virginia**
Flexible Internship, 1978-1979

**UNIVERSITY OF WISCONSIN MEDICAL CENTER - MADISON, WISCONSIN**
Psychiatry Residency, 1979-1982

**DARTMOUTH MEDICAL SCHOOL - HANOVER, NEW HAMPSHIRE**
Rural Community Psychiatry Fellowship, June-December 1981

## BOARDS

DIPLOMAT OF NATIONAL BOARD OF MEDICAL EXAMINERS
September 1979

DIPLOMAT OF AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY
April 1984

## STATES OF LICENSURE

WISCONSIN September 1, 1979 -
ALASKA        July 29, 1982 -

## CURRENT PRACTICE

PRIVATE PRACTICE
June 1983 -

EXHIBIT I
Page 2 of 17



FROM : D GEESEMAN MD or B WICKES PSYD   FAX NO. : 907-276-7004   Oct. 06 2006 02:45PM  P3
Case 3:06-cv-00083-TMB   Document 79-10   Filed 10/09/2006   Page 3 of 17
OCT-06-2006 FRI 08:15 AM Alaska Legal Services   FAX NO. 907 278 7417   P. 03
Oct-02-06  11:08am  From-                                    T-805  P.004/005  F-350
M :D GEESEMAN MD or B WICKES PSYD FAX NO. 1907-276-7004

Deborah B. Geeseman, M.D. - Curriculum Vitae

## ACADEMIC AFFILIATIONS

UNIVERSITY OF WASHINGTON - WWAMI PROGRAM
  Clinical Associate Professor
    Auxiliary Faculty 1983 - 2004
  Clerkship Director for Alaska Psychiatry WWAMI 3rd Year Medical Student Clerkship
    1994 - 2001
  Clinical Supervision and lectures for WWAMI students and residents
    1982 - 2001

UNIVERSITY OF ALASKA
  Associate Affiliate Professor  1994 - 2004

## TEACHING

UNIVERSITY OF WASHINGTON WWAMI PROGRAM - see Academic Affiliations above

UNIVERSITY OF WISCONSIN
  INTERVIEWING SKILLS - Co-instructor with Carl Whitaker, M.D., 1980
  GROWTH & DEVELOPMENT - Instructor for discussion section, 1980, 1981

MONTANA STATE UNIVERSITY
  LITERATURE AND THE OUTDOORS - Wilderness Expedition Leader
    Graduate level course; included group dynamics
    1974-1977

  MEDICAL MICROBIOLOGY - Laboratory instructor
    Senior and graduate level course
    1974

PRIDE - EDUCATIONAL TUTORING PROGRAM FOR MENOMINEE INDIANS
  Menominee County/Reservation, Wisconsin
  1968-1970

## OTHER PROFESSIONAL ACTIVITIES

AWAIC CENTER - DOMESTIC VIOLENCE AND WOMEN'S SHELTER
  Consulting Psychiatrist    June 1984 - June 1994; August 2000 - July 2002

ANCHORAGE POLICE DEPARTMENT - RESERVE TECHNICIAN
  Member of Crisis Negotiation Team    1997- 2002
  Trainer for Law Enforcement Officers Training School - Hostage Negotiations  1997- 2002

CORDOVA CENTER - Halfway House for Mentally Ill from Corrections
  October 1993 - June 1994

MALE AWARENESS PROGRAM - AWAIC CENTER - Domestic Violence
  Consulting Psychiatrist, June 1984 - June 1994

BOOTH MEMORIAL HOME - Salvation Army Residential & Day Treatment Program - Adolescents
  Consulting Psychiatrist, November 1985 - June 1992

EXHIBIT I
Page 3 of 17

Deborah E. Geeseman, M.D. - Curriculum Vitae

## OTHER PROFESSIONAL ACTIVITIES - CONTD.

### ALASKA PSYCHIATRIC INSTITUTE
*Staff Psychiatrist, September 1982 - June 1983*
*Contract Psychiatrist for On-call coverage, June 1985 - December 1988*

### HOMER COMMUNITY MENTAL HEALTH CENTER
*Consulting Psychiatrist, July 1986 - December 1988*

### FAIRBANKS COMMUNITY MENTAL HEALTH CENTER
*Consulting Psychiatrist, October 1989 - February 1990*

### MCLAUGHLIN YOUTH CENTER - Division of Corrections, Adolescents
*Evaluator & Consulting Psychiatrist, July 1983 - September 1985*

### CRISIS INTERVENTION SERVICE - DANE COUNTY MENTAL HEALTH CENTER - MADISON, WISCONSIN
*Crisis Worker, 1979-1982*

### COURT OF DANE COUNTY, WISCONSIN
*Court-appointed Examiner and Expert Witness, 1979-1982*

### INDIAN HEALTH SERVICE - KANAKANAK HOSPITAL - Alaskan bush hospital
*Medical Student Externship, January & February 1978*

## PROFESSIONAL ASSOCIATIONS AND POSITIONS

### AMERICAN PSYCHIATRIC ASSOCIATION
   *General Member*      *April 1982 -*
   *Fellow*              *December 1991 -*
Wisconsin Psychiatric Association   1982
Alaska Psychiatric Association      1982 -
   *President*   *1987-1989*
   *Secretary*   *1990-1991*
   *Treasurer*   *1986-1987, 1994-1996*

### AMERICAN MEDICAL ASSOCIATION
ALASKA STATE MEDICAL ASSOCIATION
   *Mental Health Committee*   *1985-1986*

### INTERNATIONAL SOCIETY FOR THE STUDY OF DISSOCIATION

### PROVIDENCE HOSPITAL
   *Medical Education Committee 1984-1986*
   *Chair*   *1985-1986*

### PHI KAPPA PHI
   *Member*   *1973-*
   *Fellow*   *1974-*
   ALASKA CHAPTER
      President Elect   1990-1991
      President         1991-1992

EXHIBIT 1
Page 4 of 17

FROM : D GEESEMAN Case 3:06-cv-00083-TMB FAX NO. Document 79-10 7004 Filed 10/09/2006 Oct. 09 2006 Page 5 of 17 02:46PM P5

OCT-06-2006 FRI 08:16 AM Alaska Legal Services   FAX NO. 907 279 7417                 P. 05

Sep-20-06  01:57pm  From-                                                    T-769  P.002/002  F-079

**DELANEY WILES, INC.**
ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 279-3581
FAX (907) 277-1331
www.delaneywiles.com

CLAY A. YOUNG
JAMES D. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS

KEVIN L. DONLEY
ERIC A. RINGSMUTH
JONATHAN F. CLEMENT
WILLIAM R. WARNOCK

OF COUNSEL
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOURLEY

September 20, 2006

**VIA FACSIMILE AND
U.S. POSTAL SERVICE**

Jim Davis/Barbara Brink/Nikole Nelson
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska  99501

Re: <u>Winters v. Chugiak Senior Citizens, Inc.</u>/Case No. A06-0083 Civil (TMB)

Dear Counsel:

My client is requesting plaintiff, Helen Winters, to undergo a psychiatric independent medical evaluation (IME), so please consider this a request being made pursuant to Federal Rule of Civil Procedure 35. The IME will be performed at CSC in Ms. Winters' unit by psychiatrist Deborah Geeseman, MD. At this time, Dr. Geeseman does not know how much time the evaluation will take, but she is mindful of Ms. Winters' age and health, and therefore if the evaluation cannot be accomplished in one day, I am sure Dr. Geeseman can breakdown the evaluation into time periods convenient for Ms. Winters.

Please let us know promptly if Ms. Winters is willing to undergo the IME, and if so, when she would prefer for the IME to occur. If Ms. Winters is not willing to submit to the IME, please let us know promptly so that we can file a motion with the Court for a Rule 35 examination.

Thank you for your attention to this matter.

Sincerely,

DELANEY WILES, INC.

Donna M. Meyers

DMM:dkd/122037

EXHIBIT ___1___
Page ___5___ of ___17___



PLAINTIFF'S
EXHIBIT
2

**DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.**
ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501-1936
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

CLAY A. YOUNG
JAMES D. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS
KEVIN T. DONLEY

ERIC A. RINGSMUTH
JONATHAN P. CLEMENT
WILLIAM R. WARNOCK
MARGARET A. PATON-WALSH

OF COUNSEL
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY
GREGORY L. YOUNGMUN

October 2, 2006

**VIA FACSIMILE AND**
**U.S. POSTAL SERVICE**

Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska 99501

Re: *Winters v. Chugiak Senior Citizens, Inc.*/Case No. A06-0083 Civil (TMB)

Dear Sonja:

Please find enclosed a copy of Dr. Geeseman's curriculum vitae. Dr. Geeseman's IME will consist of a general psychiatric examination for the purpose of determining whether Helen Winters has a diagnosable mental health condition, and if so, what if any treatment is available. Initially, the examination will include an interview to obtain her personal background information, and any psychiatric history, and a mental status examination. Generally, the initial interview and mental status examination takes about 1 to 1½ hours and can be followed by another session of similar length depending on the outcome of the initial session. However, as I previously informed your office, if Helen is physically and/or mentally unable to sit and concentrate for that length of time, Dr. Geeseman is willing to break up the sessions into shorter sessions. Additionally, as I previously told you, the sessions would occur at CSC, so Helen is not required to travel anywhere for the examination and the examination will occur in surroundings familiar to Helen. Please let me know today if the above information is a sufficient explanation of Dr. Geeseman's proposed examination for plaintiff to make decision about whether she will submit to the examination. We are requesting an answer today to assess whether to take action to quash the deposition of Dr. Geeseman, so your prompt response will be appreciated.

Again, we look forward to your prompt response.

Sincerely,

DELANEY WILES, INC.

Donna M. Meyers

DMM:dkd/122443

EXHIBIT ___
Page 6 of 17

PLAINTIFF'S
EXHIBIT
3

**432    Anxiety Disorders**

> ☐ **Diagnostic criteria for 308.3 Acute Stress Disorder** (*continued*)
>
> (1) a subjective sense of numbing, detachment, or absence of emotional responsiveness
> (2) a reduction in awareness of his or her surroundings (e.g., "being in a daze")
> (3) derealization
> (4) depersonalization
> (5) dissociative amnesia (i.e., inability to recall an important aspect of the trauma)
>
> C. The traumatic event is persistently reexperienced in at least one of the following ways: recurrent images, thoughts, dreams, illusions, flashback episodes, or a sense of reliving the experience; or distress on exposure to reminders of the traumatic event.
>
> D. Marked avoidance of stimuli that arouse recollections of the trauma (e.g., thoughts, feelings, conversations, activities, places, people).
>
> E. Marked symptoms of anxiety or increased arousal (e.g., difficulty sleeping, irritability, poor concentration, hypervigilance, exaggerated startle response, motor restlessness).
>
> F. The disturbance causes clinically significant distress or impairment in social, occupational, or other important areas of functioning or impairs the individual's ability to pursue some necessary task, such as obtaining necessary assistance or mobilizing personal resources by telling family members about the traumatic experience.
>
> G. The disturbance lasts for a minimum of 2 days and a maximum of 4 weeks and occurs within 4 weeks of the traumatic event.
>
> H. The disturbance is not due to the direct physiological effects of a substance (e.g., a drug of abuse, a medication) or a general medical condition, is not better accounted for by Brief Psychotic Disorder, and is not merely an exacerbation of a preexisting Axis I or Axis II disorder.

## 300.02 Generalized Anxiety Disorder
### (Includes Overanxious Disorder of Childhood)

***Diagnostic Features***

The essential feature of Generalized Anxiety Disorder is excessive anxiety and worry (apprehensive expectation), occurring more days than not for a period of at least 6 months, about a number of events or activities (Criterion A). The individual finds it

EXHIBIT  I
Page  7  of  17
PLAINTIFF'S EXHIBIT  4

FROM : D GEESEMAN MD or B WICKES PsyD    FAX NO. :907-276-7004    Oct. 09 2006 02:47PM   P8
OCT-06-2006 FRI 08:17 AM Alaska Legal Services    FAX NO. 907 279 7417    P. 09

434   Anxiety Disorders

evaluating whether worries about certain situations are excessive.

In children and adolescents with Generalized Anxiety Disorder, the anxieties and worries often concern the quality of their performance or competence at school or in sporting events, even when their performance is not being evaluated by others. There may be excessive concerns about punctuality. They may also worry about catastrophic events such as earthquakes or nuclear war. Children with the disorder may be overly conforming, perfectionist, and unsure of themselves and tend to redo tasks because of excessive dissatisfaction with less-than-perfect performance. They are typically over-zealous in seeking approval and require excessive reassurance about their performance and their other worries.

In clinical settings, the disorder is diagnosed somewhat more frequently in women than in men (about 55%–60% of those presenting with the disorder are female). In epidemiological studies, the sex ratio is approximately two-thirds female.

### *Prevalence*

In a community sample, the 1-year prevalence rate for Generalized Anxiety Disorder was approximately 3%, and the lifetime prevalence rate was 5%. In anxiety disorder clinics, approximately 12% of the individuals present with Generalized Anxiety Disorder.

### *Course*

Many individuals with Generalized Anxiety Disorder report that they have felt anxious and nervous all their lives. Although over half of those presenting for treatment report onset in childhood or adolescence, onset occurring after age 20 years is not uncommon. The course is chronic but fluctuating and often worsens during times of stress.

### *Familial Pattern*

Anxiety as a trait has a familial association. Inconsistent findings have been reported regarding familial patterns for Generalized Anxiety Disorder, with most reports failing to find specific familial aggregation.

### *Differential Diagnosis*

Generalized Anxiety Disorder must be distinguished from an **Anxiety Disorder Due to a General Medical Condition**. The diagnosis is Anxiety Disorder Due to a General Medical Condition if the anxiety symptoms are judged to be a direct physiological consequence of a specific general medical condition (e.g., pheochromocytoma, hyperthyroidism) (see p. 436). This determination is based on history, laboratory findings, or physical examination. A **Substance-Induced Anxiety Disorder** is distinguished from Generalized Anxiety Disorder by the fact that a substance (i.e., a drug of abuse, a medication, or exposure to a toxin) is judged to be etiologically related to the anxiety disturbance (see p. 439). For example, severe anxiety that occurs only in the context of heavy coffee consumption would be diagnosed as Caffeine-Induced Anxiety Disorder, With Generalized Anxiety.

When another Axis I disorder is present, an additional diagnosis of Generalized Anxiety Disorder should be made only when the focus of the anxiety and worry is unrelated to the other disorder, that is, the excessive worry is not restricted to having a

EXHIBIT 1
Page 8 of 17

### 300.02 Generalized Anxiety Disorder   435

Panic Attack (as in **Panic Disorder**), being embarrassed in public (as in **Social Phobia**), being contaminated (as in **Obsessive-Compulsive Disorder**), gaining weight (as in **Anorexia Nervosa**), having a serious illness (as in **Hypochondriasis**), having multiple physical complaints (as in **Somatization Disorder**), or to concerns about the welfare of close relations or being away from them or from home (as in **Separation Anxiety Disorder**). For example, the anxiety present in Social Phobia is focused on upcoming social situations in which the individual must perform or be evaluated by others, whereas individuals with Generalized Anxiety Disorder experience anxiety whether or not they are being evaluated.

Several features distinguish the excessive worry of Generalized Anxiety Disorder from the **obsessional thoughts** of Obsessive-Compulsive Disorder. Obsessional thoughts are not simply excessive worries about everyday or real-life problems, but rather are ego-dystonic intrusions that often take the form of urges, impulses, and images in addition to thoughts. Finally, most obsessions are accompanied by compulsions that reduce the anxiety associated with the obsessions.

Anxiety is invariably present in **Posttraumatic Stress Disorder**. Generalized Anxiety Disorder is not diagnosed if the anxiety occurs exclusively during the course of Posttraumatic Stress Disorder. Anxiety may also be present in **Adjustment Disorder**, but this residual category should be used only when the criteria are not met for any other Anxiety Disorder (including Generalized Anxiety Disorder). Moreover, in Adjustment Disorder the anxiety occurs in response to a life stressor and does not persist for more than 6 months after the termination of the stressor or its consequences. Generalized anxiety is a common associated feature of **Mood Disorders** and **Psychotic Disorders** and should not be diagnosed separately if it occurs exclusively during the course of these conditions.

Several features distinguish Generalized Anxiety Disorder from **nonpathological anxiety**. First, the worries associated with Generalized Anxiety Disorder are difficult to control and typically interfere significantly with functioning, whereas the worries of everyday life are perceived as more controllable and can be put off until later. Second, the worries associated with Generalized Anxiety Disorder are more pervasive, pronounced, distressing, and of longer duration and frequently occur without precipitants. The more life circumstances about which a person worries excessively (finances, children's safety, job performance, car repairs), the more likely the diagnosis. Third, everyday worries are much less likely to be accompanied by physical symptoms (e.g., excessive fatigue, restlessness, feeling keyed up or on edge, irritability), although this is less true of children.

---

■ **Diagnostic criteria for 300.02 Generalized Anxiety Disorder**

A. Excessive anxiety and worry (apprehensive expectation), occurring more days than not for at least 6 months, about a number of events or activities (such as work or school performance).

B. The person finds it difficult to control the worry.

*(continued)*

EXHIBIT I
Page 9 of 17

FROM : D GEESEMAN MD or B WICKES PSYD    FAX NO. :907-276-7004    Oct. 09 2006 02:48PM  P10
Case 3:06-cv-00083-TMB   Document 79-10   Filed 10/09/2006   Page 10 of 17
OCT-06-2006 FRI 08:18 AM Alaska Legal Services    FAX NO. 907 279 7417    P. 11

436    Anxiety Disorders

☐ **Diagnostic criteria for 300.02 Generalized Anxiety Disorder** (*continued*)

C. The anxiety and worry are associated with three (or more) of the following six symptoms (with at least some symptoms present for more days than not for the past 6 months). **Note:** Only one item is required in children.
   (1) restlessness or feeling keyed up or on edge
   (2) being easily fatigued
   (3) difficulty concentrating or mind going blank
   (4) irritability
   (5) muscle tension
   (6) sleep disturbance (difficulty falling or staying asleep, or restless unsatisfying sleep)

D. The focus of the anxiety and worry is not confined to features of an Axis I disorder, e.g., the anxiety or worry is not about having a Panic Attack (as in Panic Disorder), being embarrassed in public (as in Social Phobia), being contaminated (as in Obsessive-Compulsive Disorder), being away from home or close relatives (as in Separation Anxiety Disorder), gaining weight (as in Anorexia Nervosa), having multiple physical complaints (as in Somatization Disorder), or having a serious illness (as in Hypochondriasis), and the anxiety and worry do not occur exclusively during Posttraumatic Stress Disorder.

E. The anxiety, worry, or physical symptoms cause clinically significant distress or impairment in social, occupational, or other important areas of functioning.

F. The disturbance is not due to the direct physiological effects of a substance (e.g., a drug of abuse, a medication) or a general medical condition (e.g., hyperthyroidism) and does not occur exclusively during a Mood Disorder, a Psychotic Disorder, or a Pervasive Developmental Disorder.

# 293.89 Anxiety Disorder Due to a General Medical Condition

## Diagnostic Features

The essential feature of Anxiety Disorder Due to a General Medical Condition is clinically significant anxiety that is judged to be due to the direct physiological effects of a general medical condition. Symptoms can include prominent, generalized anxiety symptoms, Panic Attacks, or obsessions or compulsions (Criterion A). There must be evidence from the history, physical examination, or laboratory findings that the disturbance is the direct

EXHIBIT 1
Page 10 of 17

FROM : D GEES… Case 3:06-cv-00063-TMB   Document 79-10   Filed 10/09/2006   Page 11 of 17   P11
OCT-06-2006 FRI 08:19 AM Alaska Legal Services      FAX NO. 907 279 7417            P. 13

438    Anxiety Disorders

### *Associated General Medical Conditions*

A variety of general medical conditions may cause anxiety symptoms, including endocrine conditions (e.g., hyper- and hypothyroidism, pheochromocytoma, hypoglycemia, hyperadrenocorticism), cardiovascular conditions (e.g., congestive heart failure, pulmonary embolism, arrhythmia), respiratory conditions (e.g., chronic obstructive pulmonary disease, pneumonia, hyperventilation), metabolic conditions (e.g., vitamin $B_{12}$ deficiency, porphyria), and neurological conditions (e.g., neoplasms, vestibular dysfunction, encephalitis). The associated physical examination findings, laboratory findings, and patterns of prevalence or onset reflect the etiological general medical condition.

### *Differential Diagnosis*

A separate diagnosis of Anxiety Disorder Due to a General Medical Condition is not given if the anxiety disturbance occurs exclusively during the course of a **delirium**. If the presentation includes a mix of different types of symptoms (e.g., mood and anxiety), the specific Mental Disorder Due to a General Medical Condition depends on which symptoms predominate in the clinical picture.

If there is evidence of recent or prolonged substance use (including medications with psychoactive effects), withdrawal from a substance, or exposure to a toxin, a **Substance-Induced Anxiety Disorder** should be considered. It may be useful to obtain a urine or blood drug screen or other appropriate laboratory evaluation. Symptoms that occur during or shortly after (i.e., within 4 weeks of) Substance Intoxication or Withdrawal or after medication use may be especially indicative of a Substance-Induced Anxiety Disorder, depending on the type, duration, or amount of the substance used. If the clinician has ascertained that the disturbance is due to both a general medical condition and substance use, both diagnoses (i.e., Anxiety Disorder Due to a General Medical Condition and Substance-Induced Anxiety Disorder) can be given.

Anxiety Disorder Due to a General Medical Condition should be distinguished from a **primary Anxiety Disorder** (especially Panic Disorder, Generalized Anxiety Disorder, and Obsessive-Compulsive Disorder) and from **Adjustment Disorder With Anxiety or With Mixed Anxiety and Depressed Mood** (e.g., a maladaptive response to the stress of having a general medical condition). In primary mental disorders, no specific and direct causative physiological mechanisms associated with a general medical condition can be demonstrated. Late age at onset and the absence of a personal or family history of Anxiety Disorders suggest the need for a thorough assessment to rule out the diagnosis of Anxiety Disorder Due to a General Medical Condition. In addition, anxiety symptoms may be an **associated feature of another mental disorder** (e.g., Schizophrenia, Anorexia Nervosa).

**Anxiety Disorder Not Otherwise Specified** is diagnosed if the clinician cannot determine whether the anxiety disturbance is primary, substance induced, or due to a general medical condition.

EXHIBIT  1
Page  11  of  17

Case 3:06-cv-00083-TMB   Document 79-10   Filed 10/09/2006   Page 12 of 17

FROM :D GEESEMAN MD or B WICKES PsyD   FAX NO. :907-276-7004   Oct. 09 2006 02:49PM  P12
OCT-06-2006 FRI 08:19 AM Alaska Legal Services   FAX NO. 807 279 7417   P. 15
03/09/2006 07:48 FAX

## CARE NEEDS FOR HELEN WINTERS / RM. 234

TO:     ALL CARE PROVIDERS AT CHUGIAK ASSISTED LIVING
FROM:   Daughter, Carol Winters, Power of Attorney
Dated:  September 22, 2004

**BACKGROUND:**

Until my mother, Helen Winters, broke her left arm 5 weeks ago, she was totally independent in all Activities of Daily Living. She had been living alone in a handicapped apartment close to my home in Eagle River. Until a few days ago she had never been in any assisted living facility so this is all new to her and she is anxious about this big change as any new resident, especially somebody almost 89 years old, would be. I expect, however, that she will adapt well. My mother's cognitive abilities are fully intact and she can adequately tell you what her needs are, which should be quite helpful to all staff working with her.

My mother has spent all of her life caring for others. She has always been an unselfish person who placed other people's interests above her own. When my father died of prostrate cancer in 1983, my brother's wife died of breast cancer in the same year and her best friend developed Alzheimers a few years later, I watched mom provide outstanding care to them in their time of need. As her loving daughter, I want to ensure that my mom receives the same care that she has given others. I am writing this memo so that I know I have done my best in communicating mom's special needs to all those who will be caring for her here at the Chugiak AL facility.

**CARE NEEDS:**

1) **HARD OF HEARING:** Mom cannot hear speech sounds out of her left ear. She will only hear from the right side and she cannot hear you if you are far away from her or if there is noise in the background.

2) **SEVERE KNEE PAIN:** I take mom to get steroid injections every four months for her knees. Basically, it is a bone on bone condition. She badly needs knee replacements but the osteopathic physician believes that it is too dangerous because of her age and general health. He describes her knees as the worst he has ever seen. Because of this, she cannot move quickly and her knees must be lifted slowly and gently.

3) **SPINAL OSTEOPOROSIS:** She has a hunched over back, kyphosis, from osteoporosis. She cannot take pain medications because she is being treated for ulcers. She nearly bled to death from ulcers a few years ago. Because of the osteoporosis and osteoarthritis she needs more time positioning her when she goes to sleep. The hospital bed is hard and hurts her back so she prefers to sleep on her couch and has done so for years. She needs the pillows positioned under her head and her legs and she can tell you how she needs them to be. Until she broke her

EXHIBIT _I_
Page _12_ of _17_


PLAINTIFF'S EXHIBIT 5

arm she could do this herself, but, now she will need help with this until her broken arm is healed.

4) **HISTORY OF DVT/BLOOD CLOTS**: After a major surgery in year 2001, mom nearly died of a pulmonary embolism. About 6 months later she developed a blood clot in her Rt. Lower leg. She cannot take Coumadin but had a venous filter surgically inserted to filter out future clots. Her feet need to be elevated at night and often throughout the day and she needs to be watched so that her compression hose are not binding and her ankles are not swollen.

5) **HISTORY OF FALLS/PERIPHERAL NEUROPATHY**: Mom has had two falls within the last two years. Both have occurred because of lack of feeling in her right foot from the neuropathy. Although she can stand on it, she can lose her balance suddenly because she cannot feel it. The therapists working with mom suggest always using the gait belt when doing transfers. She should not be allowed to stand without somebody holding her up. Hopefully, when her broken arm heals, she will be able to use her walker again.

6) **CHEMICAL SENSITIVITIES**: Mom has had allergies all of her lifetime. She has an allergy to milk and must use the Lactose free milk. I will keep the Lactaid milk, marked with her name on it, in the refrigerator in the lunchroom. She should not be around cigarette smoke or perfumes. When cleaning her room do not use a perfumed air freshener. Mom should not be made to wait for outside transportation outside of the entry door when people are smoking near the entry door.

7) **ANXIETY**: Mom has an anxiety disorder and losing her independence has and having to go into an assisted living has intensified her anxiety. The staff could help mom by being being patient, supportive, friendly and supportive during this transition period. Mom responds best to organized, structured activities and knowing that people really care about her, A smiling face and positive attitude work well to calm her down when she is anxious..

8)

Copies: Lynn Moser, Project Coordinator
Care Coordinator, Kathy Huskey

EXHIBIT  I
Page  13 of 17



OM :D GEESEMAN MD or B WICKES PsyD   FAX NO. :907-276-7004   Oct. 09 2006 02:50PM P15

OCT-06-2006 FRI 08:20 AM Alaska Legal Services   FAX NO. 907 278 7417   P. 18

AUG-25-2006 11:58 From:SLP DIS   92614810   To:2613658   P.3/3

**GSI 33 Middle-Ear Analyzer**

NAME: WINTERS, HELEN
ID #: ----
ADDR: ----
OPERATOR: CM
DATE: 5-10-06   EARTIP: ----
TYMP SCREENING   Ytm 226 Hz   TEST 8   (L)

ml
1.5
1
.5
0

-400  -200  0  +200 daPa
600/200 daPa/s

EARCANAL VOLUME: 1.6
TYMP 1:           daPa    ml
                  -5      0.8
GRADIENT: 70 daPa
REFLEX: I 1000 Hz YES

---

**GSI 33 Middle-Ear Analyzer**

NAME: WINTERS, HELEN
ID #: ----
ADDR: ----
OPERATOR: CM
DATE: 5-10-06   EARTIP: ----
TYMP SCREENING   Ytm 226 Hz   TEST 1   (R)

ml
1.5
1
.5
0

-400  -200  0  +200 daPa
600/200 daPa/s

EARCANAL VOLUME: 2.2
TYMP 1:           daPa    ml
                  -260    0.2
GRADIENT:
REFLEX: I 1000 Hz NR

EXHIBIT I
Page 15 of 17

WINTERS, HELEN H
00604639
06132-00567  90Y
JONES, MICHAEL E
ADMIT: 05/11/06 O/P

Clinical Geriatrics



Search Arti

## Depression in the Hospitalized Elderly

Joshua R. Shua-Haim, M.D., Vered Shua-Haim, R.N., B.S.N., Eric Comsti, M.D., and J[...] Ross, M.D.

Depression, the diagnosis of which can be established in older patients by the simple u[...] screening tool such as the Yesavage Geriatric Depression Scale (GDS),1 is one of the common and treatable psychiatric disorders in the elderly.2-7 It often goes unrecognize[...] causing significant morbidity and mortality.2,8-10 Depression results in decreased qual[...] worsens the prognosis for certain medical conditions such as stroke and cardiovascular disease, and increases the risk of suicide.11-15 Depression is associated with the incre[...] use of medical services such as multiple physician visits as well as higher hospitalizatio[...] rates.15,16

Diagnosing and treating depression in the geriatric population can be effective and life s[...] The prevalence of mild, yet clinically significant, depressive symptoms among communi[...] dwelling elderly is 15 to 20%.17 This figure rises to 30% in the hospitalized elderly patie[...]

Risk factors for depression include family history, female gender, lack of social support, and neurological comorbidity, prior depressive episodes, and prior suicide attempts.11 L[...] life events, such as loss of a spouse or one's independence, financial stress, chronic an[...] painful medical conditions, and social isolation, all place the elderly at risk for depressio[...]

Click here to subscribe to one or more of our publications.
subscribe now >>

Recognizing and diagnosing depression in the elderly patient presents a clinical challen[...] The older depressed patient often has very different complaints and presentations than observed in younger patients.2,12,20-22 The role of coexisting medical problems, cogn[...] deficits, and multiple medications further complicates the presentation of depression in[...] elderly individual. Moreover, with multiple medical problems so common in elderly hosp[...] patients, physicians traditionally concentrate on these more specific medical disorders, called "real diseases," frequently overlooking very treatable psychiatric disorders such a[...] depression. Such missed diagnoses are ironically the conditions that may, when proper[...] diagnosed and treated, result in significantly improved patient outcome and quality of lif[...]

Symptoms of depression in the older patient are frequently underreported.17,20 Many e[...] patients assume that depression is a normal response to aging and therefore not worth mentioning to the physician. Some believe that such complaints will signify a weak char[...] carry the stigma of mental illness. Others attribute symptoms solely to medical illnesses medications.17,23

In contrast to the younger age group, elderly depressed patients often do not have a sp[...] complaint of depression or mood change, but instead they report somatic symptoms.11 They are often happy to be relieved of their social isolation and enjoy interacting with th[...] physician and office staff. Up to one-half of all depressed elderly seen by primary-care physicians are not identified as depressed.16,24

Rather than complaining of psychological symptoms, older depressed patients more lik[...] complain of physical or cognitive symptoms, called "masked depression."2,4,5,7,22 Thi[...] presentation of the disease further leads to difficulty in diagnosing depression.

Several distinct atypical presentations of depression are found in the elderly, including pseudodementia (memory loss),25 chronic pain,26 anxiety disorder, substance abuse, somatization.6,7,21,26 In a hospital setting, such complaints may confuse physicians,2[...] they may prolong hospital length of stay and even increase the likelihood of using unne[...]

EXHIBIT I
Page 16 of 17

PLAINTIFF'S EXHIBIT

**300.02 Generalized Anxiety Disorder    433**

difficult to control the worry (Criterion B). The anxiety and worry are accompanied by at least three additional symptoms from a list that includes restlessness, being easily fatigued, difficulty concentrating, irritability, muscle tension, and disturbed sleep (only one additional symptom is required in children) (Criterion C). The focus of the anxiety and worry is not confined to features of another Axis I disorder such as having a Panic Attack (as in Panic Disorder), being embarrassed in public (as in Social Phobia), being contaminated (as in Obsessive-Compulsive Disorder), being away from home or close relatives (as in Separation Anxiety Disorder), gaining weight (as in Anorexia Nervosa), having multiple physical complaints (as in Somatization Disorder), or having a serious illness (as in Hypochondriasis), and the anxiety and worry do not occur exclusively during Posttraumatic Stress Disorder (Criterion D). Although individuals with Generalized Anxiety Disorder may not always identify the worries as "excessive," they report subjective distress due to constant worry, have difficulty controlling the worry, or experience related impairment in social, occupational, or other important areas of functioning (Criterion E). The disturbance is not due to the direct physiological effects of a substance (i.e., a drug of abuse, a medication, or toxin exposure) or a general medical condition and does not occur exclusively during a Mood Disorder, a Psychotic Disorder, or a Pervasive Developmental Disorder (Criterion F).

The intensity, duration, or frequency of the anxiety and worry is far out of proportion to the actual likelihood or impact of the feared event. The person finds it difficult to keep worrisome thoughts from interfering with attention to tasks at hand and has difficulty stopping the worry. Adults with Generalized Anxiety Disorder often worry about everyday, routine life circumstances such as possible job responsibilities, finances, the health of family members, misfortune to their children, or minor matters (such as household chores, car repairs, or being late for appointments). Children with Generalized Anxiety Disorder tend to worry excessively about their competence or the quality of their performance. During the course of the disorder, the focus of worry may shift from one concern to another.

### Associated Features and Disorders

Associated with muscle tension, there may be trembling, twitching, feeling shaky, and muscle aches or soreness. Many individuals with Generalized Anxiety Disorder also experience somatic symptoms (e.g., cold, clammy hands; dry mouth; sweating; nausea or diarrhea; urinary frequency; trouble swallowing or a "lump in the throat") and an exaggerated startle response. Depressive symptoms are also common.

Generalized Anxiety Disorder very frequently co-occurs with Mood Disorders (e.g., Major Depressive Disorder or Dysthymic Disorder), with other Anxiety Disorders (e.g., Panic Disorder, Social Phobia, Specific Phobia), and with Substance-Related Disorders (e.g., Alcohol or Sedative, Hypnotic, or Anxiolytic Dependence or Abuse). Other conditions that may be associated with stress (e.g., irritable bowel syndrome, headaches) frequently accompany Generalized Anxiety Disorder.

### Specific Culture, Age, and Gender Features

There is considerable cultural variation in the expression of anxiety (e.g., in some cultures, anxiety is expressed predominantly through somatic symptoms, in others through cognitive symptoms). It is important to consider the cultural context when

EXHIBIT I
Page 17 of 17