Donna M. Meyers
William E. Moseley
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE: 907-279-3581
FAX: 907-277-1331
dmm@delaneywiles.com
wem@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters, )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>)<br>)<br>CHUGIAK SENIOR CITIZENS, INC.,   )<br>)<br>Defendant.   )<br>_____ ) | Case No. 3:06-cv-00083-TMB |

**MOTION TO COMPEL RULE 35 MENTAL EXAMINATION OF PLAINTIFF**

COMES NOW defendant, Chugiak Senior Citizens, Inc. ("CSC"), and pursuant to Fed. R. Civ. Proc. 35(a), hereby moves the Court for an order compelling plaintiff to submit to a mental examination.

The Court should order plaintiff to submit to a mental examination because: (i) plaintiff has placed her mental condition in controversy; (ii) good cause exists for the

mental examination; and (iii) despite appropriate notice to plaintiff's counsel that a duly licensed psychiatrist would perform the mental examination, plaintiff has declined to submit to the mental examination. A supporting memorandum and proposed order are submitted herewith.

DATED at Anchorage, Alaska, this 9th day of October, 2006.

DELANEY WILES, INC.
Attorneys for Chugiak Senior Citizens, Inc.

s/Donna M. Meyers and William E. Moseley
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, AK  99501
Phone:     907-279-3581
Fax:         907-277-1331
E-mail:    dmm@delaneywiles.com
E-mail:    wem@delaneywiles.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of October, 2006, a copy of **MOTION TO COMPEL RULE 35 MENTAL EXAMINATION OF PLAINTIFF** was served electronically on:

Jim Davis/Barbara Brink/
Nikole Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

s/Donna M. Meyers and William E. Moseley
(122794)