Donna M. Meyers
William E. Moseley
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE: 907-279-3581
FAX: 907-277-1331
dmm@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHUGIAK SENIOR CITIZENS, INC., )<br>)<br>Defendant. )<br>_____ ) | Case No. 3:06-cv-00083-TMB |

### (PROPOSED) ORDER GRANTING MOTION TO COMPEL RULE 35 MENTAL EXAMINATION OF PLAINTIFF

Defendant, Chugiak Senior Citizens, Inc. ("CSC") has moved the Court for an order compelling a Rule 35 mental examination of plaintiff, and the Court finds the motion is well-taken.  CSC's motion for a Rule 35 mental examination is GRANTED, and CSC shall serve the Rule 35 expert report on or before November 15, 2006.

DATED at Anchorage, Alaska, this ____ day of _____, 2006.

_____
Timothy M. Burgess
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of October, 2006, a copy of **(PROPOSED) ORDER GRANTING MOTION TO COMPEL RULE 35 MENTAL EXAMINATION OF PLAINTIFF** was served electronically on:

Jim Davis/Barbara Brink/
Nikole Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska  99501

s/Donna M. Meyers and William E. Moseley
(122797)