WINTERS, HELEN                    ALASKA SOUTHCENTRAL UROLOGY SPECIALISTS

01/25/01

HISTORY: 85-year-old white female here for urologic consultation from Ann Carter, ARNP at Aurora Health Care Clinic in Eagle River. Patient is also seeing Dr. Savikko in Eagle River. Patient's chief complaint is urinary incontinence. She apparently has urge and urge incontinence with nocturia x 4-5 with urge incontinence at night requiring 1 or 2 pads. During the day, she utilizes 6-8 Poise Extra Plus pads for urge incontinence, as well as incontinence with standing or walking. She does not think she has stress incontinence with coughing or sneezing.

Patient has been told that she has recurrent UTIs, although she is asymptomatic. She has no dysuria, hematuria, fever, chills, or flank pain currently.

Patient does not have diarrhea, constipation, or evacuation problems, nor does she have encopresis.

Patient has a cystocele that is managed with a pessary and cleaned and reinserted on a monthly basis per Ann Carter, ARNP in Eagle River.

FAMILY SOCIAL HISTORY: Patient is a widow. Has recently moved to Alaska to be near her daughter. No tobacco. No alcohol.

OB-GYN HISTORY: Gravida 2, para 2.
PAST SURGICAL HISTORY: Appendectomy, hysterectomy, sinus surgery, cholecystectomy.
PAST MEDICAL HISTORY: Arthritis, hypertension, history of cataracts, hypothyroidism.

MEDICATIONS: Multivitamins.

ALLERGIES: MULTIPLE SENSITIVITIES TO ALL MEDICATIONS WHICH ALL CAUSE VERTIGO, PER THE PATIENT.

URINALYSIS: 7.0, 1.005, 2+ leukocytes, positive nitrite, trace protein, 2+ blood, 0-2 epis, otherwise clear.

PHYSICAL EXAMINATION:
Abdomen:    Soft. Bladder is distended. Difficult to examine since the patient will not lie flat due to her vertigo. Otherwise no hepatosplenomegaly, masses, or hernias.
GU:         Normal external genitalia with atrophic vaginitis and a grade 4 vault prolapse and cystocele with the bladder herniating over the pessary which is easily removed. There does not appear to be any vaginal erosions. Uterus is surgically absent. No adnexal or pelvic masses.
Rectal:     Decreased sphincter tone. No rectal masses or hemorrhoids. Absent bulbocavernosus reflex.

BladderScan – PVR 250 cc.

ASSESSMENT:
1) Urinary retention, probably a combination of myogenic atony and urethral kinking from the large cystocele.
2) Inadequate support with pessary. Discussed options for management including different kinds of pessaries. Do not feel patient is a surgical candidate.
3) Atrophic vaginitis.
4) No evidence of UTI today. Would not recommend further therapy until patient's bladder is drained better, particularly since the patient is asymptomatic.

EXHIBIT B    N937

WINTERS, HELEN                    ALASKA SOUTHCENTRAL UROLOGY SPECIALISTS

01/25/01 – continued

PLAN:
1) Recommend Foley.
2) Rx for Inflatoball, size extra-large.
3) Return visit in 1 month, if patient desires new pessary fitting.
4) Daughter is encouraged to have the patient see an internist or an MD for evaluation for dementia and depression, since the patient during her whole 45-minute visit with me continued to perseverate regarding her incontinence and is not willing to evaluate change.

Karny Jacoby, MD

KJ/bts11

cc: Ann Carter, ARNP
    Dr. Douglas Savikko

*Jacoby* (signature)

938