PROVIDENCE ALASKA
MEDICAL CENTER

ATTENDING PHYSICIAN: Norman Wilder, MD
CONSULTING PHYSICIAN: Charles M Herndon, MD

DATE OF CONSULTATION: 09/04/2001]

PROBLEMS
1. Left and possibly right-sided pulmonary emboli.
2. Large right pleural effusion of unknown etiology.
3. Status post removal of mixed serous and mucinous ovarian tumors bilateral on 08/28/01.
4. Hypertension.

HISTORY OF PRESENT ILLNESS: The patient is an 85-year-old woman who was admitted through the emergency department for treatment of pulmonary emboli which developed postoperatively following an 08/28/01 laparotomy with excision of bilateral mixed serous and mucinous ovarian tumors, both benign. This was done by Dr. Tina Thompson.

On the day prior to her discharge from the hospital, she began having some chest discomfort as well as feeling ill-at-ease. However, it was difficult to tell what was going on with her as she had been anxious and unhappy even preoperatively, and was just worse postoperatively. After she was home where she lives by herself, her daughter spent the night with her due to her anxiety and complaints of feeling mildly short of breath.

On 09/03/01, her daughter brought her back to the emergency department due to increased chest discomfort and some shortness of breath. A spiral chest CT was performed which demonstrated definite left-sided pulmonary emboli and possible right-sided pulmonary emboli as well as a large right pleural effusion.

The patient was admitted to Dr. Norman Wilder's service and he treated her with heparin initially. He ordered a diagnostic thoracentesis directed by ultrasound, and requested that Dr. Timothy Bateman assume management of the patient today once he had discovered that she had been seen once by him. The patient apparently had previously been cared for by Dr. Bardman when she first came to Alaska over a year ago. When Dr. Bardman left, the patient saw Dr. Tim Bateman once on 09/13/00. Following that visit and without coming back to see him, she was then seeing Dr. Douglas Savikko in Eagle River because it was handier.

She also was seeing Dr. John Finley who performed an echocardiogram and felt that she had some element of hypertensive cardiomyopathy with mild congestive heart failure. He put her on hydrochlorothiazide and Monopril. With the use of these medications, her peripheral edema improved somewhat. He noticed that she had a mass in her lower abdomen and pelvis.

She was first evaluated by Dr. Godet for bladder overdistension and he obtained a CT scan which documented large, probable left ovarian possibly malignant tumor. Dr. Tina Thompson evaluated her and admitted her for surgical excision on 08/28/01.

541345/jlg/D: 09/05/2001  5:38 A/T: 09/05/2001 11:53 A

NAME: Winters, Helen H
DOB:
BILLING #: A 0124600232
PHYSICIAN: Charles M Herndon, MD
PT TYPE: PUL

CONSULTATION REPORT
CONSULTATION DATE: 09/03/2001
ROOM #: ICU 201501
MR#: 00-60-46-39
PATIENT TYPE:

Printed 09/11/01 8:03 PM
Page #1
ORIGINAL

868

EXHIBIT C
Page 1 of 4

PROVIDENCE ALASKA
MEDICAL CENTER

On the day of admission, she was taken to the operating room where through a vertical skin incision, a huge left ovarian mass was dissected off the transverse colon and pelvis, and the diagnosis made it frozen and final pathology of serous and mucinous tumor without carcinoma. Cytology was also benign.

Postoperatively, the patient did very well with early ambulation, minimal use of pain medication, TED hose when at bedrest as well as sequential compression devices.

On the first post-operative day she had some nausea and emesis and was put back on bowel rest. Thereafter, she was slow to feed and had numerous complaints but remained afebrile and was able to go home on 09/02/01. The patient denied coughing any blood-tinged sputum. She also denied any fevers, chills or night sweats.

**PAST MEDICAL HISTORY:** She has treatment for hypertension and possible mild congestive heart failure by Dr. Finley with Monopril 10 mg daily and hydrochlorothiazide 25 mg daily. The patient denied any allergies to medications although **CODEINE CAN CAUSE HER TO HAVE AN UPSET STOMACH.**

Family history: There is no previous history of blood clots or pulmonary emboli. Otherwise, noncontributory.

Social history: The patient was born in Pennsylvania and lived for a long time in Ohio. Then before coming to Alaska, she was living in Maryland and came to Alaska a little over a year ago. She has no history of ever smoking cigarettes or ever consuming alcohol. She has no pets at home.

**SHE GIVES A HISTORY OF ALLERGIES TO VARIOUS ENVIRONMENTAL FACTORS SUCH AS FOODS AND DUST.**

Her daughter reports that she is exceedingly anxious and has some memory problems with short-term to long-term memory.

With past surgical history, in addition to her recent laparotomy and bilateral ovarian tumor excisions, she had a hysterectomy and appendectomy a number of years ago. She has a past history of sinus surgery, and treatment of a urethrocele. She uses a pessary to help control urinary incontinence. She has had a bladder evaluation in the past.

She has a past history of laparoscopic cholecystectomy, history of bilateral cataract surgery with intraocular lens implants. She has a history of macular degeneration. She also has a history of an abnormal echocardiogram with low normal left ventricular ejection fraction and an abnormal electrocardiogram with right bundle-branch block, left anterior vesicular block.

**REVIEW OF SYSTEMS:** No fevers, chills or night sweats. Appetite for food has not been normal for her since her surgery. **HEENT:** Very hard of hearing. No headaches, sinus pain or

---

541345/jlg/D: 09/05/2001  5:38 A/T: 09/05/2001 11:53 A                    CONSULTATION REPORT
NAME: Winters, Helen H                                                    CONSULTATION DATE: 09/03/2001
DOB: ███████                                                              ROOM #: ICU 201501
BILLING #: A 0124600232                                                   MR#: 00-60-46-39
PHYSICIAN: Charles M Herndon, MD                                          PATIENT TYPE:
PT TYPE: PUL

Printed 09/11/01 8:03 PM
Page #2
ORIGINAL

B60
EXHIBIT C
Page 2 of 4

PROVIDENCE ALASKA
MEDICAL CENTER

earaches. **Cardiovascular:** No palpitations. She was having some chest pain. She even had chest pain occasionally prior to surgery but not typical for ischemic heart disease. She has been independent in activities of daily living and living by herself. She can go up and down stairs without assistance. No orthopnea or paroxysmal nocturnal dyspnea. No increased dyspnea on exertion. **Gastrointestinal:** She had some diarrhea prior to leaving the hospital, which is not as bad at this time. She currently was not having problems with her bowels. No blood in her stool or past history of gastrointestinal bleeding or bleeding ulcers. **Genitourinary:** No dysuria, urinary frequency, urgency or excessive nocturia although she does have problems with urinary incontinence chronically. She uses a pessary to help with the incontinence. **Musculoskeletal:** She has arthritis in her knees and it has been suggested that at some point in the future she may need to have her knees replaced. She uses a cane. **Endocrine:** No heat or cold intolerance. **Neurologic:** No unilateral weakness or sensation changes on one side only. **Psychiatric:** Chronically depressed and anxious by report from the daughter.

**PHYSICAL EXAMINATION**
**VITAL SIGNS:** She is afebrile. She is mildly to moderately hypertensive with blood pressure 160/98. Her heart rate when she first came in on 09/03/01 was 120, and when I saw her it was approximately 100. Her respirations are 20 a minute. She is on oxygen at 2 liters a minute with 98% oxygen saturation. When she came in, her room air oxygen saturation was 92%.
**GENERAL APPEARANCE:** She is an anxious, depressed@appearing, older and overweight woman who does not appear to be in any acute distress. She appears her actual age. **HEENT:** Head is atraumatic, normocephalic. **Eyes:** Extraocular movements are full. Pupils equally round and reactive to light and accommodation. Sclerae and conjunctivae are clear without icterus. Oral cavity has moist mucosa. Posterior pharynx is unremarkable. She has a full dental plate in the upper position. Her lower teeth are her own and are in some disrepair. **NECK:** Supple without lymphadenopathy or masses. No enlargement of thyroid. No tenderness. No nodules of the thyroid. No jugular distension. No carotid bruits. She has brisk carotid upstrokes bilaterally. **CHEST:** Symmetrical. She has diminished breath sounds on the right compared to the left base, and some dullness to percussion in the right base compared to the left base. She has a few crackles in both bases, more prominent on the left than on the right. **HEART:** Regular rate and rhythm. Normal S1 and S2. Grade 2 over 6 systolic murmur at the apex. No S3 or S4. **ABDOMEN:** Soft, nontender. Dry, clean@appearing laparotomy wound which is still stapled with no induration or fluctuance on either side of it. Active bowel sounds in all four quadrants. No bruits heard in the abdomen. **EXTREMITIES:** No cyanosis or clubbing. Only trace pitting edema pretibially, bilaterally. **NEUROLOGIC:** Cranial nerves II-XII intact. Deep tendon reflexes brisk and symmetric in all four extremities. She moves all extremities normally. She has a depressed, anxious affect as noted above.

**LABORATORY AND X-RAY:** The chest CT showed the large right pleural effusion, left-sided filling defects in the proximal pulmonary arteries, possibly right-sided but primarily the effusion was seen in the right side.

Thoracentesis with ultrasound was done earlier on 09/04/01 with 750 cc of red-tinged fluid removed. A chest x-ray portable was done afterward which showed no evidence of

---

541345/jlg/D: 09/05/2001  5:38 A/T: 09/05/2001 11:53 A                          CONSULTATION REPORT
NAME: Winters, Helen H                                                          CONSULTATION DATE: 09/03/2001
DOB:                                                                            ROOM #: ICU 201501
BILLING #: A 0124600232                                                         MR#: 00-60-46-39
PHYSICIAN: Charles M Herndon, MD                                                PATIENT TYPE:
PT TYPE: PUL

Printed 09/11/01 8:03 PM
Page #3
ORIGINAL

870

EXHIBIT C
Page 3 of 4

PROVIDENCE ALASKA
MEDICAL CENTER

pneumothorax or hemothorax on the right side. Studies of the pleural fluid were ordered with culture and sensitivity still pending.

Cell count: Of 1000 white cells, there were 73,200 red cells, 7 polys, 30 lymphs, 15 macrophages, 39 mesothelial cells, 4 other types of cell. Protein in the fluid was 4.0 compared with a total protein of 6.2 and albumin of 2.8 on her initial blood testing of 09/03/01.

She had normal liver function studies on admission. BUN was normal at 9. Creatinine was normal 0.6. Her glucose was high at 172 on a nonfasting specimen. She had mild hyponatremia of 133, mild hypokalemia of 3.3, chloride 100 and $CO_2$ 23.

On admission, her white count was 12,800 with 85% polys, 1 band, 9 lymphocytes, 4 monocytes, 1 eosinophil, 1 nucleated red blood cell. Hemoglobin 12.6, hematocrit 37.6, platelets 247,000. Normal RDW of 13.4 and MCV of 88.9. She has had therapeutic partial thromboplastin times since the first bolus of heparin was given with her last two partial thromboplastin times 56.4 in the early afternoon of 09/04/01, and 64.8 in the evening of 09/04/01.

The last two studies performed on the pleural fluid was a glucose of 134 and specific gravity of 1.026.

**ASSESSMENT:** As listed in the problem list above.

**PLAN:** We assume primary care of the patient for the intravenous treatment with heparin until her INR exceeds 2.0, taking warfarin. I had a long talk, answering many questions by the patient and her daughter about how she could get pulmonary emboli when she had done everything right, and what the proposed treatment was including the risks, benefits and alternatives.

Dr. Timothy Bateman will assume care of the patient as of 8 o'clock on 09/05/01

.Electronically Authenticated
~~Charles M Herndon, MD 09/07/2001 09:23~~
Charles M Herndon, MD

cc:   Timothy Bateman, MD
      John C Finley, MD
      Charles M Herndon, MD
      Douglas M Savikko, DO
      Norman J Wilder, MD
      Ken Zafren, MD

541345/jlg/D: 09/05/2001 5:38 A/T: 09/05/2001 11:53 A                     CONSULTATION REPORT
NAME: Winters, Helen H                                                    CONSULTATION DATE: 09/03/2001
DOB:                                                                      ROOM #: ICU 201501
BILLING #: A 0124600232                                                   MR#: 00-60-46-39
PHYSICIAN: Charles M Herndon, MD                                          PATIENT TYPE:
PT TYPE: PUL

Printed 09/11/01 8:03 PM
Page #4
ORIGINAL

871