PROVIDENCE ALASKA
MEDICAL CENTER

DATE OF ADMISSION: 09/03/2001
DATE OF DISCHARGE: 09/07/2001

DATE OF BIRTH: ▅▅▅▅▅▅

DISCHARGE DIAGNOSES, PRIMARY
1. Pulmonary emboli. The patient presented to the Emergency Department on September 3, 2001, with shortness of breath. She was admitted by Dr. Wilder for pulmonary emboli. She was treated appropriately and discharged on Coumadin.
2. Large left pleural effusion, etiology unknown. Managed by Dr. Wilder during her hospitalization. Pleurocentesis revealed large amount of blood in the fluid, but it was otherwise unremarkable.

DISCHARGE DIAGNOSES, SECONDARY
1. Status post removal of mixed serous and mucinous ovarian tumors bilaterally on August 28, 2001.
2. Hypertension. Medications adjusted during the hospitalization.

DISCHARGE MEDICATIONS
1. Coumadin 5 mg/2.5 mg p.o. q.o.d.
2. Cozaar 100 mg p.o. q.d.
3. Xanax 0.25 mg p.o. q.4h. p.r.n.

DISCHARGE INSTRUCTIONS: She is to be discharged home. Home Health is to be arranged for INR draws on Monday and Friday next week. The numbers should be faxed to our office. She is to follow up with me in 1-1/2 weeks. She should call with any questions. If bleeding develops, she is to go to the Emergency Room immediately. Before her followup visit, she should get a chest x-ray at Alaska Regional Hospital and should bring that to our office.

LABORATORY FINDINGS DURING ADMISSION: INR at time of discharge was 2.1. Chem-7 at time of discharge showed sodium 133, potassium 3.8, chloride 102, bicarb 26, glucose 109, BUN and creatinine 8/0.6. CBC showed a white count of 9.4, hematocrit 32.8, and platelets of 282,000. Chest x-ray at time of discharge showed improving atelectasis with a small effusion. Chest CT scan was performed which showed pleural effusion with right basilar consolidation and multiple pulmonary emboli. Decubitus chest x-ray revealed a pleural effusion. Pleural fluid had white count of 1000, red cells of 73,200. Protein in the pleural fluid was 4.0. Specific gravity 1.026. Glucose was 134.

HOSPITAL COURSE: The patient was admitted on September 3, 2001, by Dr. Wilder for pulmonary emboli. Please see his admit note for details. Internal Medicine was consulted the following day to assume care as the patient is ours in our office. The 2 main issues of her hospitalization included pulmonary emboli, which were diagnosed by CT scan. She was started on heparin intravenous drip and started on Coumadin. Her INR quickly came up to 2.1. Once that happened, her heparin was stopped; and she was prepared for discharge. She did not have any further episodes of shortness of breath or chest pain while she was hospitalized.

543668/hs/D: 09/07/2001 11:49 A/T: 09/08/2001 8:39 A          PAMC DISCHARGE SUMMARY
NAME: Winters, Helen H                                         DATE OF ADMISSION: 09/03/2001
DOB: ▅▅▅▅▅                                                     DISCHARGE DATE: 09/07/2001
BILLING #: A 0124600232                                        MR#: 00-60-46-39
PHYSICIAN: Timothy Bateman, MD                                 PATIENT TYPE: I/P
PT TYPE: PUL

Printed 09/08/01 1:00 PM
Page #1
ORIGINAL

866

EXHIBIT D
Page 1 of 2

PROVIDENCE ALASKA
MEDICAL CENTER

Her other major issue was the large right pleural effusion for which she underwent thoracentesis by ultrasound guidance. It revealed red fluid, the studies of which revealed a large amount of blood.

The patient also had a high amount of anxiety during her hospitalization. This was treated with small amounts of Xanax rather successfully. She had some mild chest pain with EKGs which showed no significant changes in them, just right bundle branch block with left axis deviation.

POST-HOSPITALIZATION NEEDS
1. The patient will need a chest x-ray in 1-1/2 weeks.
2. The patient will need to followup with me in 1-1/2 weeks. Home Health will arrange for INR draws.

_[signature]_
Timothy Bateman, MD

cc: Timothy Bateman, MD
    Douglas M Savikko, DO
    Tina R Tomsen, MD
    Norman J Wilder, MD

---

543668/hs/D: 09/07/2001 11:49 A/T: 09/08/2001 8:39 A    PAMC DISCHARGE SUMMARY
NAME: Winters, Helen H                                  DATE OF ADMISSION: 09/03/2001
DOB: ■■■■                                               DISCHARGE DATE: 09/07/2001
BILLING #: A 0124600232                                 MR#: 00-60-46-39
PHYSICIAN: Timothy Bateman, MD                          PATIENT TYPE: I/P
PT TYPE: PUL

Printed 09/08/01 1:00 PM
Page #2
ORIGINAL

EXHIBIT D
Page 2 of 2

867