# PROVIDENCE ALASKA
# MEDICAL CENTER

**DATE OF ADMISSION:** 09/25/2001
**DATE OF DISCHARGE:** 09/27/2001

The patient is an 85-year-old woman who presented to the hospital with GI bleed. She had previously been diagnosed on September 3, 2001, with a pulmonary embolus, status post a left pelvic mixed serous-mucinoid ovarian tumor resection on August 28, 2001. She was anticoagulated with Coumadin. On the day of admission, she was feeling lightheaded and feeling that she had low blood pressure. She developed bright red bloody stool and came to the emergency room for evaluation.

**PROBLEM LIST**
1.  Upper GI bleed secondary to gastric ulcer.
2.  Pulmonary embolus, status post vena caval filter placement.
3.  Hypertension.
4.  Anxiety disorder.

**HOSPITAL COURSE:** The patient was admitted to the hospital and her coagulopathy from her Coumadin therapy was reversed with FFP and vitamin K. She was transfused 2 units of packed red blood cells with her initial hematocrit being 26.9. Dr. Shreves from GI was consulted and endoscopy was performed which demonstrated a large flat gastric ulcer covering most of the lesser curvature of the stomach with a visible vessel protruding from the ulcer. It was then injected with epinephrine with excellent hemostasis. The patient did well with this and tolerated the procedure.

Due to the patient's pulmonary embolus and the fact that she now had a GI bleed on Coumadin, a consult was obtained with the interventional cardiologist, Dr. Anschuetz who placed an IVC filter without problems.

The patient complained post filter placement of some abdominal pain and an abdominal CT scan was obtained which demonstrated the filter placement and no evidence of a retroperitoneal bleed or other abdominal problems. Her blood pressure remained controlled during the hospitalization off any hypertensive medications, and she was gradually advanced to a soft diet which she was tolerating without any abdominal complaints. She also was started on BuSpar during the hospitalization due to her anxiety disorder.

**DISPOSITION:** The patient is being discharged home where she lives with her daughter and will follow up with her primary care physician, Dr. Timothy Bateman, in one week. At that time, her blood pressure can be reassessed and it can be determined whether to re-institute any anti-hypertensive medications as well as having her hematocrit checked. Her hematocrit on discharge was 26.5. She will follow up with Dr. Thomas Shreves in approximately 6 weeks for repeat endoscopy, and he has ordered Helicobacter pylori studies which are pending at the time of discharge, and he will follow up on these.

**DISCHARGE MEDICATIONS**
1.  BuSpar 7.5 mg p.o. b.i.d.
2.  Protonix 400 mg p.o. b.i.d.

Michele D OFallon, MD
cc:      Michele D OFallon, MD

561354/hs/D: 09/27/2001 9:24 A/T: 09/27/2001 4:04 P

NAME: Winters, Helen H
DOB:
BILLING #: A 0126800646
PHYSICIAN: Michele D OFallon, MD
PT TYPE: MED

PAMC DISCHARGE SUMMARY
DATE OF ADMISSION: 09/25/2001
DISCHARGE DATE: 09/27/2001
MR#: 00-60-46-39
PATIENT TYPE:

Printed 09/28/01 9:22 AM
Page #1
SEND TO Michele D OFallon, MD

EXHIBIT E

Page 1 of 1

756