

ALASKA LEGAL SERVICES CORPORATION
ANCHORAGE AND STATEWIDE OFFICE

1016 WEST SIXTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1963
TELEPHONE (907) 272-9431
FAX (907) 279-7417
www.AlaskaLawHelp.org

October 5, 2006                                 **Via Fax**

Dr. Deborah Geeseman
711 H. St., Suite 400
Anchorage, AK 99501-3459

RE:   Notice of Deposition – H.Winters

Dear Dr. Geeseman:

We look forward to you participating in the deposition which we have noticed for tomorrow, October 6, 2006 at 1:00 p.m. Pursuant to arrangements with your office staff, Tina, my understanding is that you will call in to our main office at 272-9431; an alternative number will be 222-4516. Your office will bill us for the costs. Also, I understand in speaking to your office staff, there is some concern about providing us your file on Helen. Please appreciate that the subpoena commands you to produce your file on Helen. To assist you, we can have someone stop over in the morning to pick it up if you want. The deposition will proceed tomorrow.

Thank you.

Very truly yours,

Sonja D. Kerr
Staff Attorney
C:   Donna Meyers

EXHIBIT 2
PAGE 1 OF 1