**DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.**
ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501-1936
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

CLAY A. YOUNG
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS
KEVIN L. DONLEY

ERIC A. RINGSMUTH
JONATHAN P. CLEMENT
WILLIAM R. WARNOCK
MARGARET A. PATON-WALSH

OF COUNSEL
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY
GREGORY L. YOUNGMUN

October 2, 2006

**VIA FACSIMILE AND**
**U.S. POSTAL SERVICE**

Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska 99501

Re: <u>Winters v. Chugiak Senior Citizens, Inc.</u>/Case No. A06-0083 Civil (TMB)

Dear Sonja:

    Late this afternoon, I received a copy of your letter to Dr. Geeseman directing her to produce her file for someone to pick up from her office tomorrow morning. I was quite disappointed and surprised by the letter because your insistence on obtaining her file was contrary to the proposal we discussed this morning. As you know, I told you in unequivocal terms, I would not agree to produce Dr. Geeseman's file before or at the deposition because we are not required to produce expert materials prior to expert disclosures. You suggested Dr. Geeseman's limited deposition on the scope of her proposed examination could go forward, and rather than producing her file, the deposition would be continued until after Dr. Geeseman's expert disclosures and the file could be produced later as expert discovery. While you did indicate you would have to discuss the matter with someone else on your team, I asked you to notify me as soon as possible whether you would insist on production of the file because if you were going to do so, I would file a motion to quash. However, you waited until late this afternoon to send Dr. Geeseman a letter directing her to produce her file on Helen Winters in the morning. That was highly improper and professionally uncivil in that you did not even extend me the courtesy of a timely direct e-mail or letter indicating you would insist on the file prior to the deposition.

    The matter will be brought to the court's attention because we will file a motion tomorrow morning for an order quashing the subpoena and directing that the deposition not go forward. Thus, you are notice Dr. Geeseman will not produce her file tomorrow morning and we are no longer making her available for a deposition tomorrow afternoon. Additionally, your office should not have any further direct contact with Dr. Geeseman's office regarding her role as an expert in this case.

Sincerely,

DELANEY WILES, INC.

*[signature]*
Donna M. Meyers

DMM:dkd/122722

EXHIBIT 3
PAGE 1 OF 2

| CLAY A. YOUNG<br>JAMES B. FRIDERICI<br>ANDREW GUIDI<br>HOWARD A. LAZAR<br>DONALD C. THOMAS<br>TIMOTHY J. LAMB<br>CYNTHIA L. DUCEY<br>DONNA M. MEYERS | **DELANEY WILES, INC.**<br>ATTORNEYS AT LAW<br>SUITE 400<br>1007 WEST 3RD AVENUE<br>ANCHORAGE, ALASKA 99501<br>TELEPHONE (907) 279-3581<br>FAX (907) 277-1331<br>WWW.DELANEYWILES.COM | KEVIN L. DONLEY<br>ERIC A. RINGSMUTH<br>JONATHAN P. CLEMENT<br>WILLIAM R. WARNOCK<br>OF COUNSEL<br>DANIEL A. GERETY<br>STEPHEN M. ELLIS<br>WILLIAM E. MOSELEY |
|---|---|---|

# FAX TRANSMISSION COVER SHEET

**TO:** Jim Davis, Jr./Barbara Brink/Nikole Nelson/Sonja Kerr

**COMPANY:** ALSC

**FAX NO:** 279-7417

---

**FROM:** Donna M. Meyers

**DATE:** Thursday, October 05, 2006

**RE:** Helen Winters

---

**NUMBER OF PAGES INCLUDING COVER SHEET:**

---

**COMMENTS:** Letter Re: Dr. Geeseman

RECEIVED OCT 0 6 2006 ALASKA LEGAL SERVICES CORPORATION

**HARD COPY MAILED:** Yes

**Confidential Communication**
This message is intended only for the use of person(s) to whom it is addressed, and may not be otherwise distributed, copied or disclosed. The contents may also contain information that is privileged, confidential and exempt from disclosure under applicable law. These rights are not waived by transmission of the information via facsimile. If you received this communication in error, please notify us immediately by telephone (collect, if necessary) and return the original message to us at the above address by mail. We will reimburse you any reasonable expenses incurred.

EXHIBIT 3
PAGE 2 OF 2