CLAY A. YOUNG
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS
KEVIN L. DONLEY

DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.
ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501-1936
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

ERIC A. RINGSMUTH
JONATHAN P. CLEMENT
WILLIAM R. WARNOCK
MARGARET A. PATON-WALSH

OF COUNSEL
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY
GREGORY L. YOUNGMUN

October 6, 2006

**VIA FACSIMILE AND**
**U.S. POSTAL SERVICE**

Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska 99501

Re:   <u>Winters v. Chugiak Senior Citizens, Inc.</u>/Case No. A06-0083 Civil (TMB)

Dear Sonja:

In light of plaintiff's bad faith attempt to obtain Dr. Geeseman's file prior to the exchange of expert disclosures, we are not making Dr. Geeseman available for the scheduled deposition this afternoon at 1 p.m., and I have instructed her not to call your office for the deposition. Additionally, as I informed you by letter last night, we are filing a motion to quash the subpoena and deposition on and seeking expedited consideration of the motion.

Sincerely,

DELANEY WILES, INC.

Donna M. Meyers

DMM:dkd/122731

EXHIBIT 4
PAGE 1 OF 2

CLAY A. YOUNG
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS

**DELANEY WILES, INC.**
ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

KEVIN L. DONLEY
ERIC A. RINGSMUTH
JONATHAN P. CLEMENT
WILLIAM R. WARNOCK
OF COUNSEL
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY

# FAX TRANSMISSION COVER SHEET

TO: Jim Davis, Jr./Barbara Brink/Nikole Nelson/Sonja Kerr

COMPANY: ALSC

FAX NO: 279-7417

FROM: Donna M. Meyers

DATE: Friday, October 06, 2006

RE: Helen Winters

NUMBER OF PAGES INCLUDING COVER SHEET:

COMMENTS: Letter Re: Dr. Geeseman

HARD COPY MAILED: Yes

**Confidential Communication**
This message is intended only for the use of person(s) to whom it is addressed, and may not be otherwise distributed, copied or disclosed. The contents may also contain information that is privileged, confidential and exempt from disclosure under applicable law. These rights are not waived by transmission of the information via facsimile. If you received this communication in error, please notify us immediately by telephone (collect, if necessary) and return the original message to us at the above address by mail. We will reimburse you any reasonable expenses incurred.

EXHIBIT 4
PAGE 2 OF 2