╬╬ LSC

ALASKA LEGAL SERVICES CORPORATION
ANCHORAGE AND STATEWIDE OFFICE

1016 WEST SIXTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1963
TELEPHONE (907) 272-9431
FAX (907) 279-7417
www.AlaskaLawHelp.org

October 6, 2006

**VIA FAX AND MAIL**

Donna M. Meyers
Delaney Wiles, Inc.
1007 W. 3d Ave., Suite 400
Anchorage, AK 99501

RE: Winters v. Chugiak Senior Center, Inc.

Dear Donna:

We've received your Motion to Quash. We are confused and disappointed in your actions and misrepresentations to the Court. Nonetheless, keeping our eye on the ball, our view remains that counsel clearly agreed to the limited deposition of Dr. Geeseman. You've acknowledged as much at page 4 of your Motion to Quash. Thus, in the interest of saving trees, and the Court's time, I propose:

1. Counsel stipulate as to the limited nature of the deposition, and to it being telephonic.
2. Counsel stipulate that Dr. Geeseman is objecting to the production of her file and that the limited deposition will proceed without the file.
3. Counsel stipulate to a new date for the limited deposition, which can, again be by telephone for the convenience of the doctor. (Wednesday or Friday next week is good.) Counsel further agree that the deposition will be continued from the initial date until and/or after any Rule 35 IME, and that Dr. Geeseman's file will be provided to ALSC as required by Rule 35 and after any Rule 35 IME.
4. Counsel stipulate to extend the date for the expert disclosures by one day, from October 16th to October 17th.

Kindly let us know by Monday at noon. If we don't hear from you by then, we'll simply respond to the motion to quash. Either way we need to do a Rule 37 certification for the Court as to the disagreement.

Very truly yours,

Sonja D. Kerr
Staff Attorney

EXHIBIT 5
PAGE 1 OF 3

```
************************************************************************
*                                                              P.01     *
*              TRANSACTION REPORT                                       *
*                                              OCT-06-2006 FRI 04:20 PM *
*                                                                       *
*   FOR:  Alaska Legal Services      907 279 7417                       *
*-----------------------------------------------------------------------*
*   SEND                                                                *
*   DATE  START    RECEIVER         TX TIME  PAGES TYPE   NOTE   M# DP  *
*-----------------------------------------------------------------------*
*   OCT-06 04:20 PM 2771331            21"     2  FAX TX   OK     011   *
*-----------------------------------------------------------------------*
*                                      TOTAL :  21S PAGES:  2          *
************************************************************************
```

October 6, 2006

**ALASKA LEGAL SERVICES CORPORATION**
1016 West Sixth Avenue, Suite 200, Anchorage, AK 99501
(907) 272-9431
Fax: (907) 279-7417
E-mail: anchorage3@alsc-law.org

# Fax

| | | | |
|---|---|---|---|
| **To:** | Donna Meyers | **From:** | |
| **Fax:** | 277-1331 | **Pages:** | 2 |
| **Phone:** | | **Date:** | Oct. 6, 2006 |
| **Re:** | Winters v. CSC | **Acct. Code:** | |

x Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

● Comments

Sorry we didn't connect by phone today. Give me a call Monday morning. I'm in court from 9 until about 11.

SK

Notice: The information contained in this fax is confidential and/or privileged. This fax is intended to be reviewed only by the above-named recipient. If you have received this fax by mistake, you should not read, copy, discuss, or share it with any other person. If you have received this fax in error, or have any questions as to whether you are the intended recipient, please call us immediately at (907) 272-9431.

● Page 1

EXHIBIT 5
PAGE 2 OF 3

```
************************************************************************
*                          TRANSACTION REPORT                           *
*                                              OCT-06-2006 FRI 04:21 PM *
*                                                                       *
*   FOR:  Alaska Legal Services      907 279 7417                       *
*-----------------------------------------------------------------------*
*   SEND                                                                *
*   DATE  START      RECEIVER        TX TIME  PAGES TYPE      NOTE         M#  DP *
*-----------------------------------------------------------------------*
*   OCT-06 04:20 PM 2771331           18"      2   FAX TX     OK           012    *
*-----------------------------------------------------------------------*
*                                     TOTAL :  18S  PAGES:  2           *
*                                                                       *
************************************************************************
```

P.01

EXHIBIT 5
PAGE 3 OF 3