## DELANEY WILES, INC.
ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

CLAY A. YOUNG
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS

KEVIN L. DONLEY
ERIC A. RINGSMUTH
JONATHAN P. CLEMENT
WILLIAM R. WARNOCK

OF COUNSEL
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY

October 6, 2006

Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska 99501

**VIA FACSIMILE AND U.S. POSTAL SERVICE**

Re: Winters v. Chugiak Senior Citizens, Inc./Case No. A06-0083 Civil (TMB)

Dear Sonja:

I received your letter of October 6, 2006 late Friday afternoon. Defendant's Motion to Quash was filed in direct response to your efforts to obtain Dr. Geeseman's file after I had informed you of our objection to producing the file prior to the due date for expert disclosures. Even though you knew we objected to producing the file, you sent correspondence directly to defendant's expert telling her to have the file available for someone to pickup Friday morning. Given such underhanded tactics, I retracted from our earlier position to make Dr. Geeseman available Friday afternoon. Even though we were previously willing to permit the limited deposition to allay your client's concerns about how the IME was going to be conducted, your attempt to obtain Dr. Geeseman's file knowing I had objected, led me to reasonably question you and your client's motives for insisting on Dr. Geeseman's deposition.

Plaintiff's opposition to the IME is not well founded, and we have never received any written explanation why plaintiff has not agreed to the IME. Plaintiff's mental condition is undeniably in controversy, and there is good cause for the court to order the IME. We have already lost too much time because of plaintiff's unreasonable insistence on taking Dr. Geeseman's deposition, and I do not want to waste any more time going back and forth over the issue, especially since it appears plaintiff is not going to agree to an IME. Your proposal to continue Dr. Geeseman's deposition to October 11 or 14, and to extend the deadline for expert disclosures by one day is unacceptable. By that proposed schedule Dr. Geeseman would have very limited time to perform the IME and prepare her report, and besides Dr. Geeseman is not available from October 12- 29, 2006. Thus, we are filing a motion to compel the IME, a motion for enlargement of time to file expert disclosures, and a motion for expedited consideration today.

Sincerely,

DELANEY WILES, INC.

Donna M. Meyers

DMM:dkd/122843

EXHIBIT 6
PAGE 1 OF 2

**DELANEY WILES, INC.**
ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 279-3581
FAX (907) 277-1331
www.DELANEYWILES.COM

CLAY A. YOUNG
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS

KEVIN L. DONLEY
ERIC A. RINGSMUTH
JONATHAN P. CLEMENT
WILLIAM R. WARNOCK
OF COUNSEL
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY

# FAX TRANSMISSION COVER SHEET

**TO:** Jim Davis, Jr./Barbara Brink/Nikole Nelson/Sonja Kerr

**COMPANY:** ALSC

**FAX NO:** 279-7417

**FROM:** Donna M. Meyers

**DATE:** Monday, October 09, 2006

**RE:** Helen Winters

**NUMBER OF PAGES INCLUDING COVER SHEET:** 2

**COMMENTS:** Letter dated 10.9.06 from Donna M. Meyers

EXHIBIT 6
PAGE 2 OF 2

**HARD COPY MAILED:** Yes

**Confidential Communication**
This message is intended only for the use of person(s) to whom it is addressed, and may not be otherwise distributed, copied or disclosed. The contents may also contain information that is privileged, confidential and exempt from disclosure under applicable law. These rights are not waived by transmission of the information via facsimile. If you received this communication in error, please notify us immediately by telephone (collect, if necessary) and return the original message to us at the above address by mail. We will reimburse you any reasonable expenses incurred.