IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, )<br>through her power of attorney )<br>Carol Winters, )<br>    )<br>    Plaintiff, )<br>    )<br>vs. )<br>    )<br>CHUGIAK SENIOR CITIZENS, INC., )<br>    )<br>    Defendant. )<br>_____ ) | Case No. 3:06-cv-00083-TMB |

**NOTICE OF FILING CORRECTED AFFIDAVIT**

Please take notice that filed contemporaneously is the corrected Affidavit of Sonja Kerr in Support of Plaintiff's Opposition to Motion to Quash Deposition of Dr. Geeseman.

DATED: October 11, 2006      ALASKA LEGAL SERVICES CORPORATION
Attorneys for Plaintiff
Helen Winters
through her power of attorney Carol Winters

s/Sonja D. Kerr
_____
ALASKA LEGAL SERVICES
1016 West 6th Avenue, Suite 200
Anchorage, Alaska 99501
PHONE: (907) 222-9431
FAX: (907) 279-7417
E-mail: skerr@alsc-law.org
Alaska Bar No. 0409051

**CERTIFICATE OF SERVICE**

I, Sonja D. Kerr, certify that on October 11, 2006 a copy of the foregoing document was served electronically on Donna Meyers, at Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.

s/Sonja D. Kerr