IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

HELEN WINTERS, )
through her power of attorney )
Carol Winters, )
                               )
    Plaintiff, )
                               )     **AFFIDAVIT OF SONJA D. KERR**
vs. )
                               )
CHUGIAK SENIOR CITIZENS, INC., )
                               )     Case No. 3:06-cv-00083-TMB
    Defendant. )

STATE OF ALASKA           )
                                 ) ss.
THIRD JUDICIAL DISTRICT  )

    Comes now, Sonja D. Kerr, and being first duly sworn deposes and states:

    1. I have recently joined ALSC and am now one of the counsel of Alaska Legal Services Corporation representing Ms. Winters.

    2. On September 28, 2006, I spoke to Defendant's counsel about the possibility of a settlement conference and requested she get back to me regarding same. Ex. 1, Letter of September 29, 2006 from Kerr – Meyers.

    3. On October 2, 2006, I reminded Defendant's counsel about the issue of settlement conference. Ex. 2, Letter of October 2, 2006 from Kerr-Meyers.

    4. On October 5, 2006, I had email correspondence from Defendant indicating uncertainty about the issue of settlement conference. Ex. 3, Emails of October 5, and 6, 2006 from Kerr-Meyers.

    5. Defendant's counsel has refused to commit to a settlement process. Ex. 3.

    Further, affiant saith not.

AFFIDAVIT OF SONJA D. KERR
Page 1 of 2

LAW OFFICES OF
ALASKA LEGAL SERVICES CORPORATION
ANCHORAGE AND STATEWIDE OFFICE
1016 WEST SIXTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1963
(907) 272-9431

DATED this 5th day of October, 2006.

ALASKA LEGAL SERVICES CORPORATION

*/s/ Sonja D. K.*
Sonja D. Kerr, 0405091

SUBSCRIBED AND SWORN to before me this 5th day of October, 2006.

*/s/ Joan E. Meister*
Notary Public in and for Alaska.
My commission expires: 10-17-06

[Notary Seal: JOAN E. MEISTER, NOTARY PUBLIC, STATE OF ALASKA]

LAW OFFICES OF
ALASKA LEGAL SERVICES CORPORATION
ANCHORAGE AND STATEWIDE OFFICE
1016 WEST SIXTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1963
(907) 272-9431