

Donna M. Meyers
William E. Moseley
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
PHONE: 907-279-3581
FAX: 907-277-1331
dmm@delaneywiles.com
wem@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>               Plaintiff,<br><br>  v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>               Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-00083-TMB |

**ENTRY OF APPEARANCE**

      Attorney Clay A. Young, of the law firm of DELANEY WILES, INC., hereby enters his appearance and joins with Donna M. Meyers and William E. Moseley as attorneys of record for defendant Chugiak Senior Citizens, Inc. in the above entitled action, and requests that copies of all pleadings filed in this action be served upon him at 1007 West Third Avenue, Suite 400, Anchorage, Alaska 99501.

DATED at Anchorage, Alaska, this 11th day of October, 2006.

        DELANEY WILES, INC.
        Attorneys for Chugiak Senior Citizens, Inc.

        s/Clay A. Young
        Delaney Wiles, Inc.
        1007 W. Third Avenue, Suite 400
        Anchorage, AK  99501
        Phone:	907-279-3581
        Fax:	907-277-1331
        E-mail:	cay@delaneywiles.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of October, 2006, a copy of **ENTRY OF APPEARANCE** was served electronically on:

Jim Davis, Jr./Barbara Brink/
Nikole Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

s/Clay A. Young

122978