```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

    HELEN WINTERS            vs.    CHUGIAK SENIOR CENTER

BEFORE THE HONORABLE TIMOTHY M. BURGESS  CASE NO 3:06-CV-00083-TMB

DEPUTY CLERK/RECORDER:       SUZANNETTE DAVID

APPEARANCES:    PLAINTIFF:  NIKOLE NELSON / SONJA KERR

                DEFENDANT:  DONNA MEYERS

PROCEEDINGS: HEARING ON MOTION FOR SETTLEMENT CONFERENCE (DKT
             73), MOTION TO QUASH SUBPOENA AND DEPOSITION (DKT
             76), and MOTION TO COMPEL RULE 35 MENTAL HEALTH
             EXAMINATION (DKT 80) HELD 10/11/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 1:32 p.m. court convened.

Arguments heard.

Defendant's Motion to Compel Rule 35 Mental Examination (Dkt 80); Plaintiff to file opposition by **Wednesday, October 18, 2006** and defendant to file reply by **Monday, October 23, 2006.**

Plaintiff's Motion for Settlement Conference (Dkt 73) **DENIED.**

Defendant's Motion to Quash Subpoena and Deposition (Dkt 76) **GRANTED.**

Parties to submit report to court re status on settlement by **Thursday, October 19, 2006.**

Oral argument on Motion to Compel (Dkt 56) set for **Thursday, October 19, 2006 at 2 p.m.**

At 2:06 p.m. court adjourned.

DATE: October 11, 2006      DEPUTY CLERK'S INITIALS:     SCD