IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

HELEN WINTERS, )
through her power of attorney )
Carol Winters, )
 )
    Plaintiff, )
 )
vs. )
 )
CHUGIAK SENIOR CITIZENS, INC., )
 )  Case No. 3:06-cv-00083-TMB
    Defendant. )

State of Alaska

## AFFIDAVIT OF CAROL WINTERS

Comes now, Carol Winters, and being first duly sworn, deposes and states:

1. I am the natural daughter of and Power of Attorney for Helen Winters.

2. My mother, Helen Winters, is 91 years old. She has various medical problems, including blood clots, and congestive heart failure, severe knee pain, spinal osteoporosis (hunched over back), general anxiety disorder, and bilateral hearing loss.

3. A copy of Helen's most recent audiological is enclosed and shows her bilateral hearing loss. Even though she has hearing aids, she still does not hear well at all and frequently miscommunicates. She also speaks very loudly due to her hearing loss and requires others to also speak loudly. Ex. 1.

4. I have interactions with my mother, Helen, on a regular basis, and I usually see her 3-4 times per week. I regularly have difficulty in communication with her and have observed her having difficulty communicating with others.

5. I understand that the Chugiak Senior Citizens, Inc. ("CSC") is requesting the Court to have Dr. Deborah Geeseman conduct an oral psychiatric examination of my mother, Helen Winters. I have reviewed the October 2, 2006 letter from Ms. Meyers describing the evaluation that Dr. Geeseman wishes to conduct. As I understand it, Dr. Geeseman has three portions to the examination which include 1) interview to obtain personal background information; 2) psychiatric history; and 3) mental status examination.

6. I have shared with Helen the request of CSC to conduct the oral psychiatric examination. She is extremely upset and nervous about the examination process.

LAW OFFICES OF
ALASKA LEGAL SERVICES CORPORATION
ANCHORAGE AND STATEWIDE OFFICE
1016 WEST SIXTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1963
(907) 272-9431

7. I am worried that Helen will react adversely to the requirement to undergo the examination. On the prior situation when she received notice of eviction from CSC, her blood pressure heightened and she had to be taken to the hospital. I am afraid of another incident such as that occurring. I anticipate that given the length of the examination her anxiety will be heightened for several days.

8. I am worried that the examination itself, which is proposed to be at least two 1.5 hour sessions will be too stressful for Helen.

9. I am worried that the oral psychiatric examination as proposed will be invalid because of my mother, Helen's, difficulty in communication due to her bilateral hearing loss. My mother does not use sign language because she began to experience this loss late in life, She does, however, use closed captioning on the television and is not able to understand programs without closed captioning. She also uses a specially amplified telephone for the hearing impaired.

10. I am requesting the Court to excuse my mother, Helen Winters, from participating in any oral psychiatric examination. As Helen's daughter and POA, I am able and willing to be interviewed by Dr. Geeseman to provide Helen's personal background information and psychiatric history. I am requesting that Dr. Geeseman utilize myself and other care givers to obtain this sort of information. For example, Dr. Geeseman could interview Helen's medical providers. I would also request that instead of a direct interview, Dr. Geeseman review a videotape of my mother, Helen.

11. If the Court orders that Helen undergo the oral psychiatric examination, then I request that she be provided appropriate auxiliary aids and services so that the examination measures her psychiatric condition and not her hearing problem and communication difficulties.

Further, affiant saith not.

Dated this 17th day of October, 2006.            Carol Winters
                                                 Carol Winters

Subscribed and sworn to before me
this 17th day of October, 2006.

_____ (Name)
Notary Public

Affidavit of Carol Winters Reg Rule 35
Case No. 3:06-cv-00083-TMB
Page 2 of 3

My Commission expires: 10/17/2010

LAW OFFICES OF
ALASKA LEGAL SERVICES CORPORATION
ANCHORAGE AND STATEWIDE OFFICE
1016 WEST SIXTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1963
(907) 272-9431