

# AUDIOGRAM

*Note: Quicker rate of response and less significant phonemic errors, (L) ear.

**Speech Audiometry**

| DISCRIMINATION SCORE | 1 | 2 | 3 |
|---|---|---|---|
| RIGHT EAR | 56 % | 56 % | % |
| Level HL | 85 | 95 | |
| Masking Level | | | |
| LEFT EAR | 56 % | % | % |
| Level HL | 95 | | |
| Masking Level | | | |

| Stimuli | Source | Noise | Response |
|---|---|---|---|
| ☐ W-22 | ☐ Tape | ☐ WN | ☒ Talk back |
| ☐ PB 50 | ☐ Disc | ☐ SPN | ☐ Written |
| ☐ PBK | ☒ MLV | ☐ Other | ☐ Multi-Choice |
| ☒ Other | | | |

(4 Selected Spondees)

(MLV)

| | SRT | MCL | TD |
|---|---|---|---|
| | 1 | 2 | 1 | 1 |
| Right Ear | 50 | | 85 | |
| Left Ear | 60 | | 95 | |
| Masking Level | | | | |

Weber → (R)

**AUDIOGRAM**
Frequency in Hertz (hz)
125 250 500 750 1000 1500 2000 3000 4000 6000 8000
HEARING LEVEL IN DECIBELS (dB) -10 to 120

**TYMPANOGRAMS**

| | Compliance (ml) | Pressure (daPa) |
|---|---|---|
| Right Ear | reduced compliance, no true peak | |
| Left Ear | 0.8 | -5 |

**AUDIOGRAM KEY**

| | Right | Left |
|---|---|---|
| AC Unmasked | ○ | × |
| AC Masked | △ | □ |
| BC Mastoid Unmasked | < | > |
| BC Mastoid Masked | [ | ] |
| BC Forehead Masked | | |

| | Both |
|---|---|
| BC Forehead Unmasked Sound Field | $ |

Example of no response symbols

**ABBREVIATIONS**
AC: Air conduction
BC: Bone conduction
CNE: Could not establish
DNT: Did not test
EM: Effective masking
HL: Hearing level
MCL: Most comfortable level
MLV: Monitored live voice
NBN: Narrow band noise
NR: No response
SPL: Sound pressure level
SPN: Speech noise
TD: Threshold of discomfort
WN: White noise

**RESPONSES**
☐ Consistent  ☐ Inconsistent
☐ Rapid       ☐ Slow
☐ Delayed
Last calibrated  6-25
Audiometer  GSI-76

**CALIBRATIONS**
Current ANSI reference levels for pure tones and speech.

Comments: Audiological evaluation revealed mild-to-severe mixed hearing loss from 250 through 8000Hz in the (R) ear. The (L) ear showed moderate-to-severe sensorineural loss from 250 through 6000Hz, with no response at 8000Hz. Word recognition scores at suprathreshold levels were poor (56% AD; 56% AS). TYMPANOGRAMS: (L) – NORMAL   (R) – REDUCED COMPLIANCE (FLAT)
Rx: 1) Consider ENT consult to determine nature of 15-25dB air-bone gaps found for the (R) ear.
2) Repair/replace current BTE aid worn at (R) ear. Aid is intermittent.

Date: 5-10-06   Time: 1:45PM   Charlene Matesich, MS CCC-A   Audiologist

7212-003 (Rev. 9/05)

Note: Pt's daughter indicated appts will be made with ENT Specialist, Dr. List and hearing aid dispenser, Dave Calvert.

Providence Alaska Medical Center

AUDIOGRAM Page 1 of 1

WINTERS, HELEN H
00604639 10/15/15
06132-00587 F 90Y
JONES, MICHAEL E
ADMIT: 05/11/06 O/P

EXHIBIT 1
PAGE 1 OF 2

**GSI 33**
Middle-Ear Analyzer

NAME: WINTERS, HELEN
ID #: ____
ADDR: ____
OPERATOR: CM
DATE: 5-10-06   EARTIP: ____
TYMP SCREENING                    TEST 8
                        Ytm 226 Hz (L)

```
-400    -200    0    +200 daPa
         600/200 daPa/s
```
EARCANAL VOLUME:  1.6
                   daPa    ml
TYMP 1:            -5      0.8
GRADIENT:          70 daPa
REFLEX: I 1000 Hz YES

**GSI 33**
Middle-Ear Analyzer

NAME: WINTERS, HELEN
ID #: ____
ADDR: ____
OPERATOR: CM
DATE: 5-10-06   EARTIP: ____
TYMP SCREENING                    TEST 1
                        Ytm 226 Hz (R)

EXHIBIT 1
PAGE 2 OF 2

```
-400    -200    0    +200 daPa
         600/200 daPa/s
```
EARCANAL VOLUME:  2.2
                   daPa    ml
TYMP 1:            -260    0.2
GRADIENT:
REFLEX: I 1000 Hz NR

WINTERS, HELEN H
00604639  10/15/15
06132-00587 P  90Y
JONES, MICHAEL E
ADMIT:05/11/06 O/P -