```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA

      HELEN WINTERS              vs.   CHUGIAK SENIOR CITIZENS INC.

BEFORE THE HONORABLE TIMOTHY M. BURGESS CASE NO 3:06-CV-00083-TMB

DEPUTY CLERK/RECORDER:          SUZANNETTE LUCERO

APPEARANCES:    PLAINTIFF:   NIKOLE NELSON / SONJA KERR

                DEFENDANT:   DONNA MEYERS

PROCEEDINGS: STATUS CONFERENCE (ORAL ARGUMENT ON MOTION TO COMPEL
             (DKT 56)) HELD 10/19/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

At 2:01 p.m. court convened.

Court and counsel heard re discovery issues.

Plaintiff to submit protective order to the court.

At 2:11 p.m. court adjourned.

DATE:   October 19, 2006    DEPUTY CLERK'S INITIALS:    SCL