Donna M. Meyers
William E. Moseley
C. Alex Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
wem@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>    Plaintiff,<br><br>v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Case No. 3:06-cv-00083-TMB |

**NOTICE TO COURT RE: STATUS ON SETTLEMENT**

    Defendant Chugiak Senior Center, Inc. ("CSC"), hereby notifies the Court that the parties are unable to agree to the retention of a geriatric consultant as an avenue to reach a possible settlement.  CSC consented to the joint retention of a geriatric consultant for purposes of exploring settlement, but plaintiff has declined the geriatric consultation as a means of moving towards settlement because of the estimated costs of the consultation.

DATED at Anchorage, Alaska, this 30th day of October, 2006.

        DELANEY WILES, INC.
        Attorneys for Chugiak Senior Citizens, Inc.

        s/Donna M. Meyers and C. Alex Young
        AK Bar Nos.:  9006011 and 7410117
        Delaney Wiles, Inc.
        1007 W. Third Avenue, Suite 400
        Anchorage, Alaska  99501
        Phone:  907-279-3581/Fax:  907-277-1331
        E-mail:     dmm@delaneywiles.com
        E-mail:     wem@delaneywiles.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of October, 2006, a copy of **NOTICE TO COURT RE: STATUS ON SETTLEMENT** was served electronically on:

Jim Davis, Jr./Barbara Brink/
Nikole Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

s/Donna M. Meyers and Alex Young
(123720)