Donna M. Meyers
William E. Moseley
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
Phone: 907-279-3581
Fax: 907-277-1331
dmm@delaneywiles.com
wem@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>                  Plaintiff,<br><br>  v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>                  Defendant.<br>_____ | <br><br><br><br><br><br><br><br><br><br><br>Case No. 3:06-cv-00083-TMB |

**REQUEST FOR STATUS CONFERENCE**

       Defendant, through counsel, requests that the court schedule a status conference to address various issues in this case at the court's earliest reasonable opportunity. Defendant's counsel are available any time during the weeks of December 4, 11, and 18, with minor exceptions.

The issues which defendant believes needs to be addressed by the court prior to the Final Pretrial Conference include the following:

1. The status of document discovery from plaintiff, specifically including the production of medical records which plaintiff has agreed to produce but has not;

2. The status and timing of expert disclosures, and the related issue of the Rule 35 IME ordered by the court;

3. Whether plaintiff's "Final Witness List" complies with the requirements of the Pretrial Order, and if not, what remedy is appropriate; and

4. Any other matters the court believes should be discussed at this time.

In addition, defendant requests that the court consider rescheduling the Final Pretrial Conference from January 25, 2007 to a date the following week or the preceding week, as one of defense counsel will be out of town.

DATED at Anchorage, Alaska, this 1st day of December, 2006.

DELANEY WILES, INC.
Attorneys for Chugiak Senior Citizens, Inc.

_s/Clay A. Young_____
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
Phone:  907-279-3581
Fax:  907-277-1331
cay@delaneywiles.com
Alaska Bar Assoc. No. 7410117

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st
day of December, 2006, a copy of
the above was served electronically on:

Barbara Brink/Nikole Nelson
Jim Davis, Jr./Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501


  s/Clay A. Young_____
124965