IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>    Plaintiff,<br><br>  vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>    Defendant. | Case No.  3:06-cv-083  TMB<br><br><br>O R D E R |

The Request for Status Conference at Docket 99 is GRANTED. A status conference has been scheduled before this Court on Tuesday, December 12, 2006, at 2:00 p.m. in Courtroom 1. The Court requires the presence of both Carol Winters and a representative of Chugiak Senior Citizens, Inc., in addition to the presence of counsel, at this hearing.

If any party is unable to attend the hearing on this date and time, the parties are advised to submit to the Court alternative dates and times that are mutually agreeable.   It is so ordered.


Dated at Anchorage, Alaska, this 4th day of December, 2006.

/s/ Timothy Burgess
Timothy M. Burgess
United States District Judge