Donna M. Meyers
William E. Moseley
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
Phone: 907-279-3581
Fax: 907-277-1331
dmm@delaneywiles.com
wem@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her power of attorney Carol Winters,<br><br>  Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>  Defendant. | Case No. 3:06-cv-00083-TMB |

**PARTIES STIPULATION TO REVISE DATE FOR DELIVERY OF COPY OF EXHIBITS TO COURT**

The Court's Pretrial Order (Dkt. 64) requires the parties to submit a copy of the trial exhibits to the Court consistent with Dk. AK. L. R. 39.3 by December 5, 2006. Counsel have been diligently working toward that end. Counsel met December 4, 2006 and have exchanged exhibit lists. The volume of exhibits is

extensive. Counsel jointly request and hereby stipulate to the provision to the Court of a copy of those exhibits listed on each party's December 5, 2006 exhibit list by no later than December 8, 2006. Counsel respectfully request the Court's permission for same to ensure the orderly submission of the exhibits.

Dated:  December 4, 2006   ALASKA LEGAL SERVICES CORPORATION
Attorneys for Plaintiff Helen Winters through
her power of attorney Carol Winters

s/Nikole Nelson(consent)_____
ALASKA LEGAL SERVICES
1016 West 6th Avenue, Suite 200
Anchorage, Alaska 99501
PHONE: (907)-22-9431
FAX: (907)-279-7417
Email: nnelson@alsc-law.org
Alaska Bar No. 9906033

Dated: December 4, 2006   DELANEY WILES, INC.
Attorneys for Chugiak Senior Citizens, Inc.

s/Clay A. Young_____
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
Phone: 907-279-3581
Fax: 907-277-1331
cay@delaneywiles.com
Alaska Bar Assoc. No. 7410117

**Certificate of Service**

I hereby certify that on the 5th day of December, 2006, a copy of the above was served electronically on:

Nikole Nelson
Alaska Legal Services Corporation
1016 W. 6th Ave., Suite 200
Anchorage, AK 99501

  s/Clay A. Young_____