Donna M. Meyers
William E. Moseley
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
wem@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>                  Plaintiff,<br><br>  v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>                  Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-00083-TMB |

**(PROPOSED) ORDER GRANTING PARTIES' STIPULATION TO REVISE DATE FOR DELIVERY OF COPY OF EXHIBITS TO COURT**

Based upon the parties' Stipulation to Revise Date for Delivery of Copy of Exhibits to Court, the Court hereby enters the following Order:

A copy of those exhibits listed on each party's December 5, 2006 exhibit list will be delivered to court by no later than December 8, 2006.

DATED this ____ day of _____, 2006 at Anchorage, Alaska

_____
Timothy M. Burgess, United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of December, 2006, a copy of **(PROPOSED) ORDER GRANTING PARTIES STIPULATION RE DELIVERY OF EXHIBITS** was served electronically on:

Jim Davis/Barbara Brink/
Nikole Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska  99501

s/Clay A. Young
125124