Exhibit 1: Form Exhibit List

# UNITED STATES DISTRICT COURT
District of Alaska
Exhibit List

[Plaintiff] v. [Defendant]

| Presiding Judge | | | | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|---|---|---|
| Trial Date(s) | | | | Court Reporter | Courtroom Deputy |

| Pltf. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| 1 | | 30322-30326 | | | Power of Attorney, May 25, 1999 | |
| 2 | | 40089-40093 40106-10107 | | | DSDS PCA Assessment Form 8/18/04 | |
| 3 | | 30009-30011 | | | Carol Winters Func. Assessment, Sept. 7, 2004 | |
| 4 | | 30013 | | | CSC Program Application, Sept. 7, 2004 | |
| 5 | | 30003-30008 | | | CSC Assessment, Sept. 9, 2004 | |
| 6 | | | | | CSC Client Profile, Sept. 9, 2004 (Misdated) | |
| 7 | | 30046-30049 | | | DSDS Choice Plan of Care, Sept. 11, 2004 | |
| 8 | | 30025 | | | CSC Service Plan, Sept. 15, 2004 | |
| 9 | | 30328 | | | Release of Information, Sept. 22, 2004 | |
| 10 | | 30366-30368 | | | Carol Winters Letter, Sept. 22, 2004. | |
| 11 | | 30330 | | | ALP Lease Agreement, Sept. 24, 2004 | |
| 12 | | 30336 | | | ALP Resident Services Contract, Sept. 24, 2004 | |
| 13 | | 40220 | | | Notes Oct. 2004 by Lynn Moser | |

[1] Include a notation as to the location of any exhibit not held with the case file or not available because of size.

1

| Pltf. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit | Limitations on use |
|---|---|---|---|---|---|---|
| 14 | | 30027-30030 | | | CSC Service Plan, Oct. 4, 2004 | |
| 15 | | 30372 | | | Care Conference October 4, 2004 | |
| 16 | | 30039-40 | | | DSDS Plan of Care, Oct. 26, 2004 | |
| 17 | | 30373 | | | Care Conference Oct. 6, 2004 | |
| 18 | | 30374-30375 | | | Care Conference, Nov. 22, 2004 | |
| 19 | | 30376 | | | Care Conference, December 1, 2004 | |
| 20 | | 30377-30378 | | | Communication, December 20, 2003 | |
| 21 | | 40195 | | | Letter, December 21, 2004 from Hendrickson to Carol Winters | |
| 22 | | 10159-10167 | | | CSC Prog. Services, Policy/Procedures | |
| 23 | | 10473-10483 | | | CSC Standard Operations Manual (Excerpt/All?) | |
| 24 | | 10065-10071 | | | Resident Rights Information Given to Helen/Carol Winters | |
| 25 | | 10098 | | | Resident Grievance Procedures | |
| 26 | | 10095 | | | State of Alaska DHSS Notice of Involuntary Termination | |
| 27 | | 30379 | | | Care conference June 27, 2005 | |
| 28 | | 1230-21237 | | | Carol Winters Complaint to DLC, July 5, 2005 | |
| 29 | | 20281 | | | Meeting Record July 15, 2005 | |
| 30 | | 30093 | | | Letter of Dr. Michael Jones, July 18, 2005 | |
| 31 | | 40206 | | | Care Conference July 29, 2005 | |

| Pltf. Ex. | Def. Ex. No. | Bates | Offered | Admitted | Description of Exhibit | Limitations on Use |
|---|---|---|---|---|---|---|
| 32 | | 30096-30098 | | | Sept. 2005, Dr. Peter Schabb letter concerning ambulation | |
| 33 | | 30040-30045 | | | DSDS Choice Plan of Care, Sept. 10, 2005 | |
| 34 | | 30050-30057 | | | DSDS Choic Plan of Care Supplement, Sept. 10, 2005-Sept. 10, 2006 | |
| 35 | | | | | DEPOSITION AND FILE Complete File of Long Term Care Ombudsman | |
| 36 | | 12230-1237 | | | Complaint to DLC, July 5, 2005 | |
| 37 | | 30382 | | | August 11, 2005 Notes from Meeting with LTCO | |
| 38 | | | | | Complete Providence File | |
| 39 | | 30058 | | | CSC Service Plan, Oct. 5, 2005 | |
| 40 | | 40511, 40494 | | | Communication to Richard Saville of DSDS licensing, December, 2005 | |
| 41 | | 40209 | | | January 5, 2006, Jan Freels Letter to Helen Winters Reg Eviction | |
| 42 | | 30104 | | | Visit to Providence ER, January 6, 2006 | |
| 43 | | 10074 | | | January 8, 2006, Carol Winters Response to Eviction | |
| 44 | | 40211 | | | January 9, 2006 Meeting Notes | |
| 45 | | 30105-30106 | | | January 10, 2006 Visit to Dr. Jones, Letter from Dr. Jones | |
| 46 | | | | | DEPOSITION, EXHIBITS Complete File of Dr. Jones | |
| 47 | | 40215 | | | January 23, 2006 and Related Communications from Marla Johnson to State DHSS Licensing | |
| 48 | | 40431-40536 | 40212 | | January 26, 2006 Letter from Jan Freels to Winters Reg Eviction | |

| Pltf. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit | Limitations on use |
|---|---|---|---|---|---|---|
| 49 | | | | | April 13, 2006 Superior Court Restraining Order | |
| 50 | | | | | Complete Personnel File - Linda Hendrickson | |
| 51 | | | | | Complete Deposition and Exhibits, Jan Freels | |
| 52 | | | | | Complete Deposition and Exhibits, Dr. Jones | |
| 53 | | | | | Complete Deposition, Exhibits - Tom Isaacs | |
| 54 | | | | | Complete Deposition, Exhibits - Maria Nelson | |
| 55 | | | | | Plaintiffs' Initial Disclosures | |
| 56 | | | | | Plaintiffs' Second Disclosures | |
| 57 | | | | | Plaintiffs' Third Disclosures | |
| 58 | | | | | Plaintiffs' Fourth Disclosures | |
| 59 | | | | | Plaintiffs' Fifth Disclosures | |
| 60 | | | | | Plaintiffs' Sixth Disclosures | |
| 61 | | | | | Defendants Initial Disclosures | |
| 62 | | | | | Defendants Second Disclosures | |
| 63 | | | | | Defendants Third Disclosures | |
| 64 | | | | | Defendants Fourth Disclosures | |
| 65 | | | | | Defendants Fifth Disclosures | |
| 66 | | | | | Defendants Sixth Disclosures | |
| 67 | | | | | Defendants Seventh Disclosures | |

4

| Pltf. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit | Limitations on use |
|---|---|---|---|---|---|---|
| 68 | | | | | Defen Eleventh Disclosures | |
| 69 | | | | | Defendants Twelveth Disclosures | |
| 70 | | | | | Defendants Thirteenth Disclosures | |
| 71 | | 60001-60818 | | | D's 14th Disclosures (W. Vance, M. Anderson, N. Johnson, A. McKinney, N. Morrison, M. Coggins, K. Waterbury, T. Forsyth, S. Matthews, B. Matthews, K. Gomex, T. Bartley, N. Beck, Amy Coulter | |
| 72 | | 60819-61563) | | | D's 15th Disclosures (W. Coombs, A. Fee, S. White, J. Freels, J. Halterman, K. Labrecque, M. Wilson, T. Wild, S. Ward, G. Udenberg, T. Sweigart, F. Petz, W. Paulson, M. Wilson | |
| 73 | | | | | Defendants Ninth Disclosures | |
| 74 | | | | | Defendants Eighth Disclosures | |
| 75 | | | | | Defendants Tenth Disclosures | |
| 76 | | 61565-62222 | | | D's 16th Disclosure (K. Moren, A. Landers, T. Isaacs, D. Hollenbeck, S. Hoffman, J. Hill, A. Bartel, C. Butler, L. Becker, M. Binkley, R. Cameron, P. Crouse | |
| 77 | | 62223-63432 | | | D's 17th Disclosure (M. Nelson, J. Lyon, S. Martinez, L. Gudenian, C. Robinson, J. Hernandez, T. Territo, R. Curtis, F. Slade, S. Richmond, L. Schraeder, A. Gee, P. Gea, L. Eishola, S. Randall, P. Escalante, H. Erickson, D. Wasick, C. Wilkings | |
| 78 | | 50868-50948 | | | D's 18th Disclosure (More Huskey File) | |
| 79 | | 10507-10575, 40431-40536 | | | D's 19th Disclosures (Policy/Procedure) | |
| 80 | | 63433-63524 | | | D's 20th Disclosure (Lynn Moser, Linda Hendrickson) | |
| 81 | | | | | Defendants Twenty-First Disclosures | |
| 82 | | | | | Plaintiffs' Response to Defendants First Discovery Requests | |
| 83 | | | | | Plaintiffs' Response to Defendants Second Discovery Requests | |

| Pltf. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit | Limitations on use |
|---|---|---|---|---|---|---|
| 84 | | | | | Defendants' Response to Plaintiffs First Discovery Requests | |
| 85 | | | | | Complete File of Kathy Huskey | |
| 86 | | 40218 | | | CSC Service Plan Review, June 23, 2006 | |
| 87 | | 50916 | | | DSD Choice Program Serv. Plan, Sept. 11, 2006. | |
| 88 | | 10096 | | | CSC Brochure Undated | |
| 89 | | | | | CSC Website Information | |
| 90 | | 40000-40006 | | | Miscellaneous Notes from Resident File | |
| 91 | | 30119-30122 | | | Nursing Assessments | |
| 92 | | 1244-1245 | | | Audiological Assessment, N Helen Winters, May 2006 | |
| 93 | | 1304-1305 | | | Carol Winters to CSC, Nov. 28, 2006, Hearing Loss/Audiological | |
| 94 | | | | | DEPOSITION, EXHIBITS OF LYNN MOSER | |

6