# UNITED STATES DISTRICT COURT,
District of Alaska
Exhibit List

## Winters v. Chugiak Senior Center
Case No. 3:06-cv-00083-TMB

| Presiding Judge | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|
| Timothy M. Burgess | Sonja Kerr, Alaska Legal Services | Donna Meyers, Delaney Wiles, Inc. |
| **Trial Date(s)** | **Court Reporter** | **Courtroom Deputy** |
| 2/12/07-2/16/07 | | |

| Plf. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Exhibit Description | Limitations on use |
|---|---|---|---|---|---|---|
| | | 20000-20224; 30000-30568 | | | Resident Book: | |
| | | | | | 20000-20224 Progress Notes | |
| | | | | | 30000-30015 Admission and Emergency Info | |
| | | | | | 30016-30024 Medical History | |
| | | | | | 30025-30060 Service Plans | |
| | | | | | 30061-30112 Physician Orders | |
| | | | | | 30113-30122 Nursing Assessment | |
| | | | | | 30123-30145 Prompt Sheets | |
| | | | | | 30146-30157 Vitals | |
| | | | | | 30158-30203 Medications/Treatment | |
| | | | | | 30204-30321 Flow Sheets | |
| | | | | | 30322-30365 Legal | |
| | | | | | 30366-30371 Corresp from Carol | |
| | | | | | 30372-30382 Care Conference Summary | |
| | | | | | 30383-30386 Miscellaneous Notes | |
| | | | | | 30387-30394 Supp Nursing Assessment | |
| | | | | | 30395 Supp Admission note | |
| | | | | | 30396-30407 Supp Service Plan documents | |
| | | | | | 30408-30420 Supp Physician Orders | |
| | | | | | 30421-30511 Supp Prompt Sheets | |
| | | | | | 30512-30536 Supp Meds/Trtment documents | |
| | | | | | 30537-30554 Supp Legal documents | |
| | | | | | 30555 Supp Care Conference record | |
| | | | | | 30556 Supp Physician Order | |
| | | | | | 30557 Supp Meds/Trtment document | |
| | | | | | 30558-30559 Supp Nursing Assessment (10/13/06) | |

| Presiding Judge<br>Timothy M. Burgess | | | Plaintiff's Attorney<br>Sonja Kerr, Alaska Legal Services | Defendant's Attorney<br>Donna Meyers, Delaney Wiles, Inc. |
|---|---|---|---|---|
| Trial Date(s)<br>2/12/07-2/16/07 | | | Court Reporter | Courtroom Deputy |
| Plf.<br>Ex. | Def.<br>Ex. | Bates<br>No. | Offered | Admitted | Exhibit Description | Limitations on use |

| Plf. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Exhibit Description | Limitations on use |
|---|---|---|---|---|---|---|
| | | | | | 30560-30561 Supp Doctor Appt (10/11/06) | |
| | | | | | 30562-30567 10/25/06 Service plan and supp communication | |
| | | | | | 30568   Supp Doctor Appt (11/8/06) | |
| | | | | | 30562-30567 10/25/06 Service plan and supp communication | |
| | | | | | 30568   Supp Doctor Appt (11/8/06) | |
| | | 50001-50948 | | | Kathy Huskey records | |
| | | 10072-10073 | | | Termination of residency letter | |
| | | 10074-10088 | | | Rebuttal Letter | |
| | | 30330-30335 | | | Lease Agreement | |
| | | 30336-30356 | | | Resident Service Contract | |
| | | 10527 | | | Move Out Criteria | |
| | | 10065-10071 | | | Residents Rights/Prohibitions/Grievance Procedures | |
| | | Depo Ex. A | | | Dr. Michael Jones chart, Exhibit A to Jones deposition (paginated 1-287) | |
| | | 50457-50461;<br>50325-50330;<br>50481-50484;<br>50468-50470;<br>50663-50668;<br>50387-50699;<br>50702-50712;<br>50658-50660;<br>50019-50033;<br>50884-50893 | | | Plan of Care (Excerpts from Kathy Huskey Files) | |

| Presiding Judge<br>Timothy M. Burgess | | | Plaintiff's Attorney<br>Sonja Kerr, Alaska Legal Services | Defendant's Attorney<br>Donna Meyers, Delaney Wiles, Inc. |
|---|---|---|---|---|
| Trial Date(s):<br>2/12/07-2/16/07 | | | Court Reporter | Courtroom Deputy |
| Plf.<br>Ex. | Def.<br>Ex. | Bates No. | Offered | Admitted | Exhibit Description | Limitations on use |

| Plf. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Exhibit Description | Limitations on use |
|---|---|---|---|---|---|---|
| | | 50442-50456; 50340-50342; 50486-50490; 50302-50323; 50499-50516; 50003-50017; 50870-50883 | | | Consumer Assessments Tool and Care Assessments(Excerpts from Kathy Huskey Files) | |
| | | 300372-300382; 30555; 40220 | | | Care Conference Summaries | |
| | | 40269-40424 | | | Denali Home Health Records | |
| | | 40080-40121 | | | Job Ready Records | |
| | | 40122-40193 | | | Easter Seal records | |
| | | 40194-40220; 40425-40426; 40539-40540; 40637-40642 | | | Marla Nelson e-file | |
| | | 40803-40812 | | | APD Report, Case No. 06-13893, including audio recordings | |
| | | 10507-10545 | | | Nurse Delegation Packet | |
| | | 10099-10126; 10537 | | | Staff training records | |
| | | 10366-10381; 10548-10575 | | | Staff education packet and employee handbook | |
| | | 10089-10094; 10365 | | | Critical Incident forms | |
| | | 40774-40780 | | | CSC Menus | |
| | | 40781-40802 | | | HW Menu Choices | |
| | | 244-559 | | | Medical records attached to Plaintiff's 1st supplemental disclosures | |
| | | 560-1080 | | | PAMC records attached to Plaintiff's 2d supplemental disclosures | |

| Presiding Judge | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|
| Timothy M. Burgess | Sonja Kerr, Alaska Legal Services | Donna Meyers, Delaney Wiles, Inc. |
| Trial Date(s) | Court Reporter | Courtroom Deputy |
| 2/12/07-2/16/07 | | |

| Plf. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Exhibit Description | Limitations on use |
|---|---|---|---|---|---|---|
| | | 1090-1208 | | | Medical records attached to Plaintiff's 4th supplemental disclosures, including Dr. Schaab records and other provider records | |
| | | 1244-1262 | | | Medical records attached to plaintiff's 5th supplemental disclosures | |
| | | Not Bates | | | Dr. Sabine von Preyss-Friedman CV | |
| | | Not Bates | | | Dr. Sabine von Preyss-Friedman report | |
| | | Not Bates | | | Dr. Deborah Geeseman CV | |
| | | Not Bates | | | Dr. Deborah Geeseman report | |
| | | Not Bates | | | Theresa A. Panchot, RN, BSN, CV | |
| | | Not Bates | | | Theresa A. Panchot report | |
| | | 60027-60070 | | | Anderson, Maggie personnel file | |
| | | 63848-63842 | | | Background check | |
| | | 61888-61917 | | | Bartel, Andrea personnel file | |
| | | 63541-63545 | | | Background check | |
| | | 60610-60683 | | | Bartley, Theresa personnel file | |
| | | 63779-63783 | | | Background check | |
| | | 60684-60773 | | | Beck, Nicole personnel file | |
| | | 63784-63799 | | | Background check | |
| | | 60191-62008 | | | Becker, Lori personnel file | |
| | | 63551-63552 | | | Background check | |
| | | 62009-62089 | | | Binkley, Martha personnel file | |
| | | 63553-63570 | | | Background check | |
| | | 61918-61980 | | | Butler, Charles personnel file | |
| | | 63546-63550 | | | Background check | |
| | | 62090-62172 | | | Cameron, Rhonda personnel file | |
| | | 63571-63575 | | | Background check | |
| | | 60214-60253 | | | Coggins, Mary personnel file | |
| | | 63852-63856 | | | Background check | |
| | | 60774-60818 | | | Coulter, Amy personnel file | |
| | | 63800-63806 | | | Background check | |
| | | 60819-60877 | | | Croom-Adams, Windy pers file | |
| | | 63756-63760 | | | Background check | |

| Presiding Judge<br>Timothy M. Burgess | | | Plaintiff's Attorney<br>Sonja Kerr, Alaska Legal Services | | Defendant's Attorney<br>Donna Meyers, Delaney Wiles, Inc. |
|---|---|---|---|---|---|
| Trial Date(s):<br>2/12/07-2/16/07 | | | Court Reporter | | Courtroom Deputy |
| Plf. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Exhibit Description | Limitations on use |
| | | 62173-62222 | | | Crouse, Phillip personnel file | |
| | | 63576-63580 | | | Background check | |
| | | 62617-62687 | | | Curtis, Rebecca personnel file | |
| | | 62976-63060 | | | Elsholz, Lisa personnel file | |
| | | 63645-63649 | | | Background check | |
| | | 63197-63284 | | | Erickson, Heather personnel file | |
| | | 63865-63869 | | | Background check | |
| | | 63168-63196 | | | Escalante, Patricia personnel file | |
| | | 63660-63661 | | | Background check | |
| | | 60878-60931 | | | Fee, Annette personnel file | |
| | | 63761-63768 | | | Background check | |
| | | 60340-60431 | | | Forsyth, Theresa personnel file | |
| | | 63828-63832 | | | Background check | |
| | | 60967-61004 | | | Freels, Jan personnel file | |
| | | 63769-63773 | | | Background check | |
| | | 62895-62926 | | | Gee, Amy personnel file | |
| | | 63635-63639 | | | Background check | |
| | | 62927-62975 | | | Gee, Patricia personnel file | |
| | | 63640-63644 | | | Background check | |
| | | 60574-60609 | | | Gomez, Karen personnel file | |
| | | 63815-63822 | | | Background check | |
| | | 62359-62501 | | | Guderian, Laurie personnel file | |
| | | 63597 | | | Background check | |
| | | 61005-61065 | | | Halterman, Jessica personnel file | |
| | | 63726-63730 | | | Background check | |
| | | 63486-63524 | | | Hendrickson, Linda personnel file | |
| | | 63669-63677 | | | Background check | |
| | | 62523-63558 | | | Hernandez, Joclyn personnel file | |
| | | 63600-63604 | | | Background check | |
| | | 61857-61887 | | | Hill, Janetha personnel file | |
| | | 63537-63540 | | | Background check | |
| | | 61853-61856 | | | Hoffman, Susie personnel file | |
| | | 63532-63536 | | | Background check | |

| Presiding Judge<br>Timothy M. Burgess | | Plaintiff's Attorney<br>Sonja Kerr, Alaska Legal Services | Defendant's Attorney<br>Donna Meyers, Delaney Wiles, Inc. |
|---|---|---|---|
| Trial Date(s)<br>2/12/07-2/16/07 | | Court Reporter | Courtroom Deputy |

| Plf.<br>Ex. | Def.<br>Ex. | Bates No. | Offered | Admitted | Exhibit Description | Limitations on use |
|---|---|---|---|---|---|---|
| | | 61720-61783 | | | Hollenbeck, Donald personnel file | |
| | | 63688-63689 | | | Background check | |
| | | 61677-61719 | | | Isaacs, Thomas personnel file | |
| | | 63683-63687 | | | Background check | |
| | | 60469-60573 | | | Jenkins, Barbara personnel file | |
| | | 63807-63811 | | | Background check | |
| | | 60072-60110 | | | Johnson, Nicole personnel file | |
| | | 63843-63846 | | | Background check | |
| | | 61006-61095 | | | Labrecque, Kari personnel file | |
| | | 63731-63735 | | | Background check | |
| | | 61620-61676 | | | Landers, Alice personnel file | |
| | | 63678-63682 | | | Background check | |
| | | 62297-6235 | | | Lyon, Jennifer personnel file | |
| | | 63586-63591 | | | Background check | |
| | | 62326-62358 | | | Martinez, Stephan personnel file | |
| | | 63592-63596 | | | Background check | |
| | | 60432-60468 | | | Matthews, Stephanie personnel file | |
| | | 63812-63814 | | | Background check | |
| | | 60111-60180 | | | McKinley, Angel personnel file | |
| | | 63847-63848 | | | Background check | |
| | | 61565-61619 | | | Moran, Kamie personnel file | |
| | | 63695-63699 | | | Background check | |
| | | 60181-60213 | | | Morrison, Naomi personnel file | |
| | | 63849-63851 | | | Background check | |
| | | 63433-63485 | | | Moser, Lynn personnel file | |
| | | 63667-63668 | | | Background check | |
| | | 61520-61564 | | | Nelson, Maria personnel file | |
| | | 63690-63694 | | | Background check | |
| | | 62223-62296 | | | Nelson, Michelle personnel file | |
| | | 63581-63585 | | | Background check | |
| | | 61453-61519 | | | Paulson, William personnel file | |
| | | 63705-63715 | | | Background check | |
| | | 61395-61452 | | | Petz, Manfred (Fred) personnel file | |
| | | 63870-63876 | | | Background check | |

| Presiding Judge<br>Timothy M. Burgess | | Plaintiff's Attorney<br>Sonja Kerr, Alaska Legal Services | | Defendant's Attorney<br>Donna Meyers, Delaney Wiles, Inc. |
|---|---|---|---|---|
| Trial Date(s)<br>2/12/07-2/16/07 | | Court Reporter | | Courtroom Deputy |

| Plf.<br>Ex. | Def.<br>Ex. | Bates No. | Offered | Admitted | Exhibit Description | Limitations on use |
|---|---|---|---|---|---|---|
| | | 63061-63167 | | | Randall, Shelia personnel file | |
| | | 63650-63659 | | | Background check | |
| | | 62803-62856 | | | Richmond, Susan personnel file | |
| | | 63619-63626 | | | Background check | |
| | | 62502-62522 | | | Robinson Chris personnel file | |
| | | 63598-63599 | | | Background check | |
| | | 62857-62897 | | | Shroeder, Leona personnel file | |
| | | 63627-63634 | | | Background check | |
| | | 62688-62802 | | | Slade, Forest personnel file | |
| | | 63612-63618 | | | Background check | |
| | | 61320-61394 | | | Solseng, Eliria personnel file | |
| | | 63700-63704 | | | Background check | |
| | | 61287-61631 | | | Sweigert, Teri personnel file | |
| | | 63721-63725 | | | Background check | |
| | | 62259-62616 | | | Territo, Terri personnel file | |
| | | 63605-63611 | | | Background check | |
| | | 61252-61286 | | | Udenberg, Greg personnel file | |
| | | 63526-63531 | | | Background check | |
| | | 60001-60026 | | | Vance, Wanda personnel file | |
| | | 63833-63831 | | | Background check | |
| | | 61221-61251 | | | Ward, Susan personnel file | |
| | | 63716-63720 | | | Background check | |
| | | 63285-63369 | | | Wasick, Debra personnel file | |
| | | 63662-63666 | | | Background check | |
| | | 60254-60339 | | | Waterbury, Katherine personnel file | |
| | | 63823-63827 | | | Background check | |
| | | 60932-60966 | | | White Foote, Stephanie personnel file | |
| | | 63774-63778 | | | Background check | |
| | | 61006-61220 | | | Wild, Terri personnel file | |
| | | 63748-63755 | | | Background check | |
| | | 63370-63432 | | | Wilkings, Carol personnel file | |
| | | 63736-63740 | | | Background check | |
| | | 61096-61165 | | | Wilson, Melody personnel file | |
| | | 63741-63747 | | | |
| | | 63857-63864 | | | Background check | |

| Presiding Judge<br>Timothy M. Burgess | | | Plaintiff's Attorney<br>Sonja Kerr, Alaska Legal Services | Defendant's Attorney<br>Donna Meyers, Delaney Wiles, Inc. |
|---|---|---|---|---|
| Trial Date(s)<br>2/12/07-2/16/07 | | | Court Reporter | Courtroom Deputy |
| Plf. Ex. | Def. Ex. | Bates No. | Exhibit Description | Limitations on use |
| | | | Offered / Admitted | |
| | 63525 | | Credential Look Up Results re Linda Hendrickson | |
| | Not Bates | | Plaintiff's responses to Defendant's 1st discovery requests | |
| | Not Bates | | Plaintiff's responses to Defendant's 2nd discovery requests | |
| | | | Invoices and receipts for services rendered by CSC to Helen Winters | |
| | | | Medical Summary | Demonstrative |
| | | | Schematic Diagram of CSC | Demonstrative |
| | | | Video/Photo CD of CSC | Demonstrative |
| | | | Timeline of Significant Events | Demonstrative |

Carol Winters Deposition and exhibits

125063