UNITED STATES DISTRICT COURT,
District of Alaska
Exhibit List

**Winters v. Chugiak Senior Center**
Case No. 3:06-cv-00083-TMB

| **Presiding Judge** Timothy M. Burgess | | | | | **Plaintiff's Attorney** Sonja Kerr, Alaska Legal Services | **Defendant's Attorney** Donna Meyers, Delaney Wiles, Inc. |
|---|---|---|---|---|---|---|
| **Trial Date(s)** 2/12/07-2/16/07 | | | | | **Court Reporter** | **Courtroom Deputy** |
| **Plf. Ex.** | **Def. Ex.** | **Bates No.** | **Offered** | **Admit'd** | **Exhibit Description** | **Limitations on use** |
| | A | Jones Depo Ex. A-G | | | Dr. Michael Jones chart, Exhibit A-G to Jones deposition (paginated 1-287) | |
| | B | 40080-40121 | | | Job Ready Records (7th Supp) | |
| | C | 40269-40424 | | | Denali Home Health Records (11th Supp) | |
| | D | 40122-40193 | | | Easter Seal records (7th Supp) | |
| | E | 10-243 | | | Medical records attached to Plaintiff's Initial Disclosures | |
| | F | 244-559 | | | Medical records attached to Plaintiff's 1st supplemental disclosures | |
| | G | 560-1080 | | | PAMC records attached to Plaintiff's 2d supplemental disclosures | |
| | H | 1090-1208 | | | Medical records attached to Plaintiff's 4th supplemental disclosures, including Dr. Schaab records and other provider records | |
| | I | 1244-1262 | | | Medical records attached to plaintiff's 5th supplemental disclosures | |
| | J | 10576 | | | Assisted Living Home License (Jan Freel) (24th Supp) | |
| | K | 10072-10073 | | | Termination of residency letter (Init Disc) | |
| | L | 10074-10088 | | | Rebuttal Letter (Init Disc) | |
| | M | 30541 | | | Freels response letter (Init Disc) | |
| | N | 30330-30335 | | | Lease Agreement (Init Disc) | |
| | O | 30336-30356 | | | Resident Service Contract (Init Disc) | |
| | P | 10527 | | | Move Out Criteria (19th Supp) | |
| | Q | 10065-10071 | | | Residents Rights/Prohibitions/Grievance Procedures (Init Disc) | |

| **Presiding Judge**<br>Timothy M. Burgess | | | | | **Plaintiff's Attorney**<br>Sonja Kerr, Alaska Legal Services | **Defendant's Attorney**<br>Donna Meyers, Delaney Wiles, Inc. |
|---|---|---|---|---|---|---|
| **Trial Date(s)**<br>2/12/07-2/16/07 | | | | | **Court Reporter** | **Courtroom Deputy** |
| **Plf. Ex.** | **Def. Ex.** | **Bates No.** | **Offered** | **Admit'd** | **Exhibit Description** | **Limitations on use** |
|  | R | 40194-40220;<br>40425-40426;<br>40539-40540;<br>40637-40642 |  |  | Marla Nelson e-file (8th Supp, 12th Supp, 21st Supp, 22nd Supp) |  |
|  | S | 10089-10094;<br>10365 |  |  | Critical Incident Forms (init Disc, 22nd Supp) |  |
|  | T | 50457-50461;<br>50325-50330;<br>50481-50484;<br>50468-50470;<br>50663-50668;<br>50387-50699;<br>50702-50712;<br>50658-50660;<br>50019-50033;<br>50884-50893 |  |  | Plan of Care (Excerpts from Kathy Huskey Files) (4th Supp, 18th Supp) |  |
|  | U | 50442-50456;<br>50340-50342;<br>50486-50490;<br>50302-50323;<br>50499-50516;<br>50003-50017;<br>50870-50883 |  |  | Consumer Assessments Tool and Care Assessments(Excerpts from Kathy Huskey Files) (4th Supp, 18th supp) |  |
|  | V | 30372-30382;<br>30555; 40220 |  |  | Care Conference Summaries (Init Disc, 12th Supp, 8th Supp) |  |
|  | W | 40427-40430 |  |  | Maintenance Work Orders (13th Supp) |  |
|  | X | 40803-40812 |  |  | APD Report, Case No. 06-13893, including audio recordings (3rd Supp) |  |
|  | Y | 10507-10545 |  |  | Nurse Delegation Packet (19th Supp) |  |
|  | Z | 10366-10381 |  |  | Employee Handbook (5th Supp) |  |
|  | DA | 10548-10575 |  |  | Staff Orientation Education Packet (19th Supp) |  |
|  | DB | 10099-10126;<br>40537 |  |  | Staff training records (Init Disc, 22nd Supp) |  |
|  | DC | 40774-40780 |  |  | CSC Menus (24th Supp) |  |

| **Presiding Judge**<br>Timothy M. Burgess | | | | | **Plaintiff's Attorney**<br>Sonja Kerr, Alaska Legal Services | **Defendant's Attorney**<br>Donna Meyers, Delaney Wiles, Inc. |
|---|---|---|---|---|---|---|
| **Trial Date(s)**<br>2/12/07-2/16/07 | | | | | **Court Reporter** | **Courtroom Deputy** |
| **Plf. Ex.** | **Def. Ex.** | **Bates No.** | **Offered** | **Admit'd** | **Exhibit Description** | **Limitations on use** |
| | DD | 40781-40802 | | | HW Menu Choices (24th Supp) | |
| | DE | 40934-40961 | | | Invoices and receipts for services rendered by CSC to Helen Winters (26th Supp) | |
| | DF | 40962 | | | SOA, Div of Public Assistance, Waiver dated 12/16/04 (26th supp) | |
| | DG | 40813-40933 | | | Satisfaction Surveys (26th Supp) | |
| | DH | Not Bates | | | Plaintiff's Initial Disclosures (w/o attachments) | |
| | DI | Not Bates | | | Plaintiff's responses to Defendant's 1st discovery requests | |
| | DJ | Not Bates | | | Plaintiff's responses to Defendant's 2nd discovery requests | |
| | DK | Not Bates | | | Dr. Deborah Geeseman CV | |
| | DL | Not Bates | | | Dr. Sabine von Preyss-Friedman CV | |
| | DM | Not Bates | | | Theresa A. Panchot, RN, BSN, CV | |
| | DN | 20000-20224;<br><br>30000-30568 | | | Resident Book:<br>20000-20224 Progress Notes (Initial, 1st Supp, 2nd Supp, 5th Supp, 9th Supp, 10th Supp, 12th Supp, 21st Supp, 24th Supp)<br>30000-30015 Admission and Emergency Info (Init Discl)<br>30016-30024 Medical History (Init Disc)<br>30025-30060 Service Plans (Init Disc)<br>30061-30112 Physician Orders (Init Disc)<br>30113-30122 Nursing Assessment (Init Disc)<br>30123-30145 Prompt Sheets (Init Disc)<br>30146-30157 Vitals (Init Disc)<br>30158-30203 Medications/Treatment (Init Disc)<br>30204-30321 Flow Sheets (Init Disc)<br>30322-30365 Legal (Init Disc)<br>30366-30371 Corresp from Carol (Init Disc)<br>30372-30382 Care Conference Summary (Init Disc)<br>30383-30386 Miscellaneous Notes (Init Disc)<br>30387-30394 Supp Nursing Assessment<br>30395          Supp Admission note (10th Supp)<br>30396-30407 Supp Service Plan documents (10th | |

| Presiding Judge<br>Timothy M. Burgess | | | | | Plaintiff's Attorney<br>Sonja Kerr, Alaska Legal Services | Defendant's Attorney<br>Donna Meyers, Delaney Wiles, Inc. |
|---|---|---|---|---|---|---|
| **Trial Date(s)**<br>2/12/07-2/16/07 | | | | | **Court Reporter** | **Courtroom Deputy** |
| Plf. Ex. | Def. Ex. | Bates No. | Offered | Admit'd | Exhibit Description | Limitations on use |
| | | | | | Supp)<br>30408-30420 Supp Physician Orders (10th Supp)<br>30421-30511 Supp Prompt Sheets (10th Supp)<br>30512-30536 Supp Meds/Trtment documents (10th Supp)<br>30537-30554 Supp Legal documents (10th Supp)<br>30555             Supp Care Conference record (10th Supp)<br>30556             Supp Physician Order (12th Supp)<br>30557             Supp Meds/Trtment document (12th Supp)<br>30558-30559 Supp Nursing Assessment (10/13/06) (21st Supp)<br>30560-30561 Supp Doctor Appt (10/11/06) (21st Supp)<br>30562-30567 10/25/06 Service plan and supp communication (24th Supp)<br>30568             Supp Doctor Appt (11/8/06) (24th Supp)<br>40000-40006 Miscellaneous Notes | |
| | DO | 40541-40543 | | | Shift schedule/responsibilities checklist (22nd Supp) | |
| | DP | 10577-10584 | | | CSC Assisted Living Information Packet (24th Supp) | |
| | DQ | 40263-40268 | | | Prescreening Assessment dated 9/29/04 (9th Supp) | |
| | DR | 40431-40536 | | | Documents produced by Licensing Division (19th Supp) | |
| | AA-1<br>AA-2 | 60027-60070<br>63848-63842 | | | Anderson, Maggie personnel file (14th Supp)<br>Background check (25th Supp) | |
| | AB-1<br>AB-2 | 61888-61917<br>63541-63545 | | | Bartel, Andrea personnel file (16th Supp)<br>Background check (25th Supp) | |
| | AC-1<br>AC-2 | 60610-60683<br>63779-63783 | | | Bartley, Theresa personnel file (14th Supp)<br>Background check (25th Supp) | |
| | AD-1<br>AD-2 | 60684-60773<br>63784-63799 | | | Beck, Nicole personnel file (14th Supp)<br>Background check (25th Supp) | |
| | AE-1<br>AE-2 | 60191-62008<br>63551-63552 | | | Becker, Lori personnel file (16th Supp)<br>Background check (25th Supp) | |
| | AF-1<br>AF-2 | 62009-62089<br>63553-63570 | | | Binkley, Martha personnel file (16th Supp)<br>Background check (25th Supp) | |

| Presiding Judge<br>Timothy M. Burgess | | | | | Plaintiff's Attorney<br>Sonja Kerr, Alaska Legal Services | Defendant's Attorney<br>Donna Meyers, Delaney Wiles, Inc. |
|---|---|---|---|---|---|---|
| **Trial Date(s)**<br>2/12/07-2/16/07 | | | | | **Court Reporter** | **Courtroom Deputy** |
| Plf. Ex. | Def. Ex. | Bates No. | Offered | Admit'd | Exhibit Description | Limitations on use |
| | AG-1<br>AG-2 | 61918-61980<br>63546-63550 | | | Butler, Charles personnel file (16th Supp)<br>Background check (25th Supp) | |
| | AH-1<br>AH-2 | 62090-62172<br>63571-63575 | | | Cameron, Rhonda personnel file (16th Supp)<br>Background check (25th Supp) | |
| | AI-1<br>AI-2 | 60214-60253<br>63852-63856 | | | Coggins, Mary personnel file (14th Supp)<br>Background check (25th Supp) | |
| | AJ-1<br>AJ-2 | 60774-60818<br>63800-63806 | | | Coulter, Amy personnel file (14th Supp)<br>Background check (25th Supp) | |
| | AK-1<br>AK-2 | 60819-60877<br>63756-63760 | | | Croom-Adams, Windy pers file (15th Supp)<br>Background check (25th Supp) | |
| | AL-1<br>AL-2 | 62173-62222<br>63576-63580 | | | Crouse, Phillip personnel file (16th Supp)<br>Background check (25th Supp) | |
| | AM-1 | 62617-62687;<br>63879 | | | Curtis, Rebecca personnel file (17th Supp)<br>Nurse Delegation check off (26th Supp) | |
| | AN-1<br>AN-2 | 62976-63060<br>63645-63649 | | | Elsholz, Lisa personnel file (17th Supp)<br>Background check (25th Supp) | |
| | AO-1<br>AO-2 | 63197-63284<br>63865-63869 | | | Erickson, Heather personnel file (17th Supp)<br>Background check (25th Supp) | |
| | AP-1<br>AP-2 | 63168-63196<br>63660-63661 | | | Escalante, Patricia personnel file (17th Supp)<br>Background check (25th Supp) | |
| | AQ-1<br>AQ-2 | 60878-60931<br>63761-63768 | | | Fee, Annette personnel file (15th Supp)<br>Background check (25th Supp) | |
| | AR-1<br>AR-2 | 60340-60431<br>63828-63832 | | | Forsyth, Theresa personnel file (14th Supp)<br>Background check (25th Supp) | |
| | AS-1<br>AS-2 | 60967-61004<br>63769-63773 | | | Freels, Jan personnel file (15th Supp)<br>Background check (25th Supp) | |
| | AT-1<br>AT-2 | 62895-62926<br>63635-63639 | | | Gee, Amy personnel file (17th Supp)<br>Background check (25th Supp) | |
| | AU-1<br>AU-2 | 62927-62975<br>63640-63644 | | | Gee, Patricia personnel file (17th Supp)<br>Background check (25th Supp) | |
| | AV-1<br>AV-2 | 60574-60609<br>63815-63822 | | | Gomez, Karen personnel file (14th Supp)<br>Background check (25th Supp) | |
| | AW-1<br>AW-2 | 62359-62501<br>63597 | | | Guderian, Laurie personnel file (17th Supp)<br>Background check (25th Supp) | |

| **Presiding Judge**<br>Timothy M. Burgess | | | | | **Plaintiff's Attorney**<br>Sonja Kerr, Alaska Legal Services | **Defendant's Attorney**<br>Donna Meyers, Delaney Wiles, Inc. |
|---|---|---|---|---|---|---|
| **Trial Date(s)**<br>2/12/07-2/16/07 | | | | | **Court Reporter** | **Courtroom Deputy** |
| **Plf. Ex.** | **Def. Ex.** | **Bates No.** | **Offered** | **Admit'd** | **Exhibit Description** | **Limitations on use** |
| | AX-1<br>AX-2 | 61005-61065;<br>63878<br>63726-63730 | | | Halterman, Jessica personnel file (15th Supp)<br>Nurse delegation check off (26th Supp)<br>Background check (25th Supp) | |
| | AY-1<br>AY-2 | 63486-63524;<br>63525<br>63669-63677 | | | Hendrickson, Linda personnel file (20th Supp)<br>Credential Lookup (24th Supp)<br>Background check (25th Supp) | |
| | AZ-1<br>AZ-2 | 62523-62558<br>63600-63604 | | | Hernandez, Joclyn personnel file (17th Supp)<br>Background check (25th Supp) | |
| | BA-1<br>BA-2 | 61857-61887<br>63537-63540 | | | Hill, Janetha personnel file (16th Supp)<br>Background check (25th Supp) | |
| | BB-1<br>BB-2 | 61784-61856<br>63532-63536 | | | Hoffman, Susie personnel file (16th Supp)<br>Background check (25th Supp) | |
| | BC-1<br>BC-2 | 61720-61783<br>63688-63689 | | | Hollenbeck, Donald personnel file (16th Supp)<br>Background check (25th Supp) | |
| | BD-1<br>BD-2 | 61677-61719<br>63683-63687 | | | Isaacs, Thomas personnel file (16th Supp)<br>Background check (25th Supp) | |
| | BE-1<br>BE-2 | 60072-60110<br>63843-63846 | | | Johnson, Nicole personnel file (14th Supp)<br>Background check (25th Supp) | |
| | BF-1<br>BF-2 | 61066-61095<br>63731-63735 | | | Labrecque, Kari personnel file (15th Supp)<br>Background check (25th Supp) | |
| | BG-1<br>BG-2 | 61620-61676<br>63678-63682 | | | Landers, Alice personnel file (16th Supp)<br>Background check (25th Supp) | |
| | BH-1<br>BH-2 | 62297-62325<br>63586-63591 | | | Lyon, Jennifer personnel file (17th Supp)<br>Background check (25th Supp) | |
| | BI-1<br>BI-2 | 62326-62358<br>63592-63596 | | | Martinez, Stephan personnel file (17th Supp)<br>Background check (25th Supp) | |
| | BJ-1<br>BJ-2 | 60469-60573<br>63807-63811 | | | Matthews (Jenkins), Barbara pers file (14th Supp)<br>Background check (25th Supp) | |
| | BK-1<br>BK-2 | 60432-60468<br>63812-63814 | | | Matthews, Stephanie personnel file (14th Supp)<br>Background check (25th Supp) | |
| | BL-1<br>BL-2 | 60111-60180<br>63847-63848 | | | McKinley, Angel personnel file (14th Supp)<br>Background check (25th Supp) | |
| | BM-1<br>BM-2 | 61565-61619<br>63695-63699 | | | Moran, Kamie personnel file (16th Supp)<br>Background check (25th Supp) | |

| Presiding Judge<br>Timothy M. Burgess | | | | | Plaintiff's Attorney<br>Sonja Kerr, Alaska Legal Services | Defendant's Attorney<br>Donna Meyers, Delaney Wiles, Inc. |
|---|---|---|---|---|---|---|
| Trial Date(s)<br>2/12/07-2/16/07 | | | | | Court Reporter | Courtroom Deputy |
| Plf. Ex. | Def. Ex. | Bates No. | Offered | Admit'd | Exhibit Description | Limitations on use |
|  | BN-1 | 60181-60213 |  |  | Morrison, Naomi personnel file (14th Supp) |  |
|  | BN-2 | 63849-63851 |  |  | Background check (25th Supp) |  |
|  | BO-1 | 63433-63485 |  |  | Moser, Lynn personnel file (20th Supp) |  |
|  | BO-2 | 63667-63668 |  |  | Background check (25th Supp) |  |
|  | BP-1 | 61520-61564 |  |  | Nelson, Marla personnel file (15th Supp) |  |
|  | BP-2 | 63690-63694 |  |  | Background check (25th Supp) |  |
|  | BQ-1 | 62223-62296 |  |  | Nelson, Michelle personnel file (17th Supp) |  |
|  | BQ-2 | 63581-63585 |  |  | Background check (25th Supp) |  |
|  | BR-1 | 61453-61519 |  |  | Paulson, William personnel file (15th Supp) |  |
|  | BR-2 | 63705-63715 |  |  | Background check (25th Supp) |  |
|  | BS-1 | 61395-61452 |  |  | Petz, Manfred (Fred) personnel file (15th Supp) |  |
|  | BS-2 | 63870-63876 |  |  | Background check (25th Supp) |  |
|  | BT-1 | 63061-63167 |  |  | Randall, Shelia personnel file (17th Supp) |  |
|  | BT-2 | 63650-63659 |  |  | Background check (25th Supp) |  |
|  | BU-1 | 62803-62856 |  |  | Richmond, Susan personnel file (17th Supp) |  |
|  | BU-2 | 63619-63626 |  |  | Background check (25th Supp) |  |
|  | BV-1 | 62502-62522 |  |  | Robinson Chris personnel file (17th Supp) |  |
|  | BV-2 | 63598-63599 |  |  | Background check (25th Supp) |  |
|  | BW-1 | 62857-62894A |  |  | Shroeder, Leona personnel file (17th Supp) |  |
|  | BW-2 | 63627-63634 |  |  | Background check (25th Supp) |  |
|  | BX-1 | 62688-62802 |  |  | Slade, Forest personnel file (17th Supp) |  |
|  | BX-2 | 63612-63618 |  |  | Background check (25th Supp) |  |
|  | BY-1 | 61320-61394 |  |  | Solseng, Eliria personnel file (15th Supp) |  |
|  | BY-2 | 63700-63704 |  |  | Background check (25th Supp) |  |
|  | BZ-1 | 61287-61319 |  |  | Sweigert, Teri personnel file (15th Supp) |  |
|  | BZ-2 | 63721-63725 |  |  | Background check (25th Supp) |  |
|  | CA-1 | 62259-62616 |  |  | Territo, Terri personnel file (17th Supp) |  |
|  | CA-2 | 63605-63611 |  |  | Background check (25th Supp) |  |
|  | CB-1 | 61252-61286 |  |  | Udenberg, Greg personnel file (15th supp) |  |
|  | CB-2 | 63526-63531 |  |  | Background check (25th Supp) |  |
|  | CC-1 | 60001-60026 |  |  | Vance, Wanda personnel file (14th Supp) |  |
|  | CC-2 | 63833-63837 |  |  | Background check (25th Supp) |  |
|  | CD-1 | 61221-61251 |  |  | Ward, Susan personnel file (15th Supp) |  |
|  | CD-2 | 63716-63720 |  |  | Background check (25th Supp) |  |

| Plf. Ex. | Def. Ex. | Bates No. | Offered | Admit'd | Exhibit Description | Limitations on use |
|---|---|---|---|---|---|---|
| **Presiding Judge** Timothy M. Burgess | | | | | **Plaintiff's Attorney** Sonja Kerr, Alaska Legal Services | **Defendant's Attorney** Donna Meyers, Delaney Wiles, Inc. |
| **Trial Date(s)** 2/12/07-2/16/07 | | | | | **Court Reporter** | **Courtroom Deputy** |
| | CE-1 | 63285-63369 | | | Wasick, Debra personnel file (17th Supp) | |
| | CE-2 | 63662-63666 | | | Background check (25th Supp) | |
| | CF-1 | 60254-60339 | | | Waterbury, Katherine personnel file (14th Supp) | |
| | CF-2 | 63823-63827 | | | Background check (25th Supp) | |
| | CG-1 | 60932-60966 | | | White Foote, Stephanie personnel file (15th Supp) | |
| | CG-2 | 63774-63778 | | | Background check (25th Supp) | |
| | CH-1 | 61006-61220 | | | Wild, Terri personnel file (15th Supp) | |
| | CH-2 | 63748-63755 | | | Background check (25th Supp) | |
| | CI-1 | 63370-63432 | | | Wilkings, Carol personnel file (17th Supp) | |
| | CI-2 | 63736-63740 | | | Background check (25th Supp) | |
| | CJ-1 | 61096-61165; 63877 | | | Wilson, Melody personnel file (15th Supp) | |
| | CJ-2 | 63741-63747 63857-63864 | | | Nurse Delegation check off (26th Supp) Background check (25th Supp) | |
| | | | | | | |
| | | | | | Dr. Sabine von Preyss-Friedman report | |
| | | | | | Dr. Deborah Geeseman report | |
| | | | | | Theresa A. Panchot report | |
| | | | | | | |
| | | | | | Carol Winters deposition and exhibits | |
| | | | | | Dr. Jones Deposition | |
| | | | | | | |
| | | | | | Medical Summary | Demonstrative |
| | | | | | Schematic Diagram of CSC | Demonstrative |
| | | | | | Video/Photo CD of CSC | Demonstrative |
| | | | | | Timeline of Significant Events | Demonstrative |

125063