UNITED STATES DISTRICT COURT,
District of Alaska
Exhibit List

**Winters v. Chugiak Senior Center**
Case No. 3:06-cv-00083-TMB

| Presiding Judge<br>Timothy M. Burgess | | | | | Plaintiff's Attorney<br>Sonja Kerr, Alaska Legal Services | Defendant's Attorney<br>Donna Meyers, Delaney Wiles, Inc. |
|---|---|---|---|---|---|---|
| **Trial Date(s)**<br>2/12/07-2/16/07 | | | | | **Court Reporter** | **Courtroom Deputy** |
| Plf. Ex. | Def. Ex. | Bates No. | ID'd | Admit'd | Exhibit Description | Limitations on use |
|  | A | Jones Depo Ex. A-G | x |  | Dr. Michael Jones chart, Exhibit A-G to Jones deposition (paginated 1-287) |  |
|  | B | 40080-40121 | x |  | Job Ready Records (7th Supp) |  |
|  | C | 40269-40424 | x |  | Denali Home Health Records (11th Supp) |  |
|  | D | 40122-40193 | x |  | Easter Seal records (7th Supp) |  |
|  | E | 10-243 | x |  | Medical records attached to Plaintiff's Initial Disclosures |  |
|  | F | 244-559 | x |  | Medical records attached to Plaintiff's 1st supplemental disclosures |  |
|  | G | 560-1080 | x |  | PAMC records attached to Plaintiff's 2d supplemental disclosures |  |
|  | H | 1090-1208 | x |  | Medical records attached to Plaintiff's 4th supplemental disclosures, including Dr. Schaab records and other provider records |  |
|  | I | 1244-1262 | x |  | Medical records attached to plaintiff's 5th supplemental disclosures |  |

| Plf. Ex. | Def. Ex. | Bates No. | ID'd | Admit'd | Exhibit Description | Limitations on use |
|---|---|---|---|---|---|---|
| **Presiding Judge** Timothy M. Burgess | | | | | **Plaintiff's Attorney** Sonja Kerr, Alaska Legal Services | **Defendant's Attorney** Donna Meyers, Delaney Wiles, Inc. |
| **Trial Date(s)** 2/12/07-2/16/07 | | | | | **Court Reporter** | **Courtroom Deputy** |
| | J | 10576 | x | | Assisted Living Home License (Jan Freel) (24th Supp) | |
| | K | 10072-10073 | x | | Termination of residency letter (Init Disc) | |
| | L | 10074-10088 | x | | Rebuttal Letter (Init Disc) | |
| | M | 30541 | x | | Freels response letter (Init Disc) | |
| | N | 30330-30335 | x | | Lease Agreement (Init Disc) | |
| | O | 30336-30356 | x | | Resident Service Contract (Init Disc) | |
| | P | 10527 | x | | Move Out Criteria (19th Supp) | |
| | Q | 10065-10071 | x | | Residents Rights/Prohibitions/Grievance Procedures (Init Disc) | |
| | R | 40194-40220; 40425-40426; 40539-40540; 40637-40642 | x | | Marla Nelson e-file (8th Supp, 12th Supp, 21st Supp, 22nd Supp) | |
| | S | 10089-10094; 10365 | x | | Critical Incident Forms (init Disc, 22nd Supp) | |

| Plf. Ex. | Def. Ex. | Bates No. | ID'd | Admit'd | Exhibit Description | Limitations on use |
|---|---|---|---|---|---|---|
| **Presiding Judge** Timothy M. Burgess | | | | | **Plaintiff's Attorney** Sonja Kerr, Alaska Legal Services | **Defendant's Attorney** Donna Meyers, Delaney Wiles, Inc. |
| **Trial Date(s)** 2/12/07-2/16/07 | | | | | **Court Reporter** | **Courtroom Deputy** |
| | T | 50457-50461; 50325-50330; 50481-50484; 50468-50470; 50663-50668; 50387-50699; 50702-50712; 50658-50660; 50019-50033; 50884-50893 | x | | Plan of Care (Excerpts from Kathy Huskey Files) (4th Supp, 18th Supp) | |
| | U | 50442-50456; 50340-50342; 50486-50490; 50302-50323; 50499-50516; 50003-50017; 50870-50883 | X | | Consumer Assessments Tool and Care Assessments(Excerpts from Kathy Huskey Files) (4th Supp, 18th supp) | |
| | V | 30372-30382; 30555; 40220 | x | | Care Conference Summaries (Init Disc, 12th Supp, 8th Supp) | |
| | W | 40427-40430 | x | | Maintenance Work Orders (13th Supp) | |
| | X | 40803-40812 | x | | APD Report, Case No. 06-13893, including audio recordings (3rd Supp) | |
| | Y | 10507-10545 | x | | Nurse Delegation Packet (19th Supp) | |

| Presiding Judge<br>Timothy M. Burgess | | | | | Plaintiff's Attorney<br>Sonja Kerr, Alaska Legal Services | Defendant's Attorney<br>Donna Meyers, Delaney Wiles, Inc. |
|---|---|---|---|---|---|---|
| Trial Date(s)<br>2/12/07-2/16/07 | | | | | Court Reporter | Courtroom Deputy |
| Plf. Ex. | Def. Ex. | Bates No. | ID'd | Admit'd | Exhibit Description | Limitations on use |
| | Z | 10366-10381 | x | | Employee Handbook (5th Supp) | |
| | DA | 10548-10575 | x | | Staff Orientation Education Packet (19th Supp) | |
| | DB | 10099-10126; 40537 | x | | Staff training records (Init Disc, 22nd Supp) | |
| | DC | 40774-40780 | x | | CSC Menus (24th Supp) | |
| | DD | 40781-40802 | x | | HW Menu Choices (24th Supp) | |
| | DE | 40934-40961 | x | | Invoices and receipts for services rendered by CSC to Helen Winters (26th Supp) | |
| | DF | 40962 | x | | SOA, Div of Public Assistance, Waiver dated 12/16/04 (26th supp) | |
| | DG | 40813-40933 | x | | Satisfaction Surveys (26th Supp) | |
| | DH | Not Bates | x | | Plaintiff's Initial Disclosures (w/o attachments) | |
| | DI | Not Bates | x | | Plaintiff's responses to Defendant's 1st discovery requests | |
| | DJ | Not Bates | x | | Plaintiff's responses to Defendant's 2nd discovery requests | |
| | DK | Not Bates | x | | Dr. Deborah Geeseman CV | |
| | DL | Not Bates | x | | Dr. Sabine von Preyss-Friedman CV | |
| | DM | Not Bates | x | | Theresa A. Panchot, RN, BSN, CV | |
| | DN | 20000-20224;<br><br>30000-30568 | x | | Resident Book:<br>20000-20224 Progress Notes (Initial, 1st Supp, 2nd Supp, 5th Supp, 9th Supp, 10th Supp, 12th Supp, 21st Supp, 24th Supp)<br>30000-30015 Admission and Emergency Info (Init | |

| Presiding Judge<br>Timothy M. Burgess | | | | | Plaintiff's Attorney<br>Sonja Kerr, Alaska Legal Services | Defendant's Attorney<br>Donna Meyers, Delaney Wiles, Inc. |
|---|---|---|---|---|---|---|
| Trial Date(s)<br>2/12/07-2/16/07 | | | | | Court Reporter | Courtroom Deputy |
| Plf.<br>Ex. | Def.<br>Ex. | Bates<br>No. | ID'd | Admit'd | Exhibit Description | Limitations on use |
| | | | | | Discl)<br>30016-30024 Medical History (Init Disc)<br>30025-30060 Service Plans (Init Disc)<br>30061-30112 Physician Orders (Init Disc)<br>30113-30122 Nursing Assessment (Init Disc)<br>30123-30145 Prompt Sheets (Init Disc)<br>30146-30157 Vitals (Init Disc)<br>30158-30203 Medications/Treatment (Init Disc)<br>30204-30321 Flow Sheets (Init Disc)<br>30322-30365 Legal (Init Disc)<br>30366-30371 Corresp from Carol (Init Disc)<br>30372-30382 Care Conference Summary (Init Disc)<br>30383-30386 Miscellaneous Notes (Init Disc)<br>30387-30394 Supp Nursing Assessment<br>30395         Supp Admission note (10th Supp)<br>30396-30407 Supp Service Plan documents (10th Supp)<br>30408-30420 Supp Physician Orders (10th Supp)<br>30421-30511 Supp Prompt Sheets (10th Supp)<br>30512-30536 Supp Meds/Trtment documents (10th Supp)<br>30537-30554 Supp Legal documents (10th Supp)<br>30555         Supp Care Conference record (10th Supp) | |

| Presiding Judge<br>Timothy M. Burgess | | | | | Plaintiff's Attorney<br>Sonja Kerr, Alaska Legal Services | Defendant's Attorney<br>Donna Meyers, Delaney Wiles, Inc. |
|---|---|---|---|---|---|---|
| **Trial Date(s)**<br>2/12/07-2/16/07 | | | | | **Court Reporter** | **Courtroom Deputy** |
| Plf. Ex. | Def. Ex. | Bates No. | ID'd | Admit'd | Exhibit Description | Limitations on use |
| | | | | | 30556         Supp Physician Order (12th Supp)<br>30557         Supp Meds/Trtment document (12th Supp)<br>30558-30559 Supp Nursing Assessment<br>            (10/13/06) (21st Supp)<br>30560-30561 Supp Doctor Appt (10/11/06) (21st Supp)<br>30562-30567 10/25/06 Service plan and<br>            supp communication (24th Supp)<br>30568         Supp Doctor Appt (11/8/06) (24th Supp)<br>40000-40006 Miscellaneous Notes | |
| | DO | 40541-40543 | x | | Shift schedule/responsibilities checklist (22nd Supp) | |
| | DP | 10577-10584 | x | | CSC Assisted Living Information Packet (24th Supp) | |
| | DQ | 40263-40268 | x | | Prescreening Assessment dated 9/29/04 (9th Supp) | |
| | DR | 40431-40536 | x | | Documents produced by Licensing Division (19th Supp) | |
| | AA-1<br>AA-2 | 60027-60070<br>63848-63842 | x | | Anderson, Maggie personnel file (14th Supp)<br>Background check (25th Supp) | |
| | AB-1<br>AB-2 | 61888-61917<br>63541-63545 | x | | Bartel, Andrea personnel file (16th Supp)<br>Background check (25th Supp) | |
| | AC-1<br>AC-2 | 60610-60683<br>63779-63783 | x | | Bartley, Theresa personnel file (14th Supp)<br>Background check (25th Supp) | |
| | AD-1<br>AD-2 | 60684-60773<br>63784-63799 | x | | Beck, Nicole personnel file (14th Supp)<br>Background check (25th Supp) | |

| **Presiding Judge**<br>Timothy M. Burgess | | | | | **Plaintiff's Attorney**<br>Sonja Kerr, Alaska Legal Services | **Defendant's Attorney**<br>Donna Meyers, Delaney Wiles, Inc. |
|---|---|---|---|---|---|---|
| **Trial Date(s)**<br>2/12/07-2/16/07 | | | | | **Court Reporter** | **Courtroom Deputy** |
| **Plf. Ex.** | **Def. Ex.** | **Bates No.** | **ID'd** | **Admit'd** | **Exhibit Description** | **Limitations on use** |
| | AE-1<br>AE-2 | 60191-62008<br>63551-63552 | x | | Becker, Lori personnel file (16th Supp)<br>Background check (25th Supp) | |
| | AF-1<br>AF-2 | 62009-62089<br>63553-63570 | x | | Binkley, Martha personnel file (16th Supp)<br>Background check (25th Supp) | |
| | AG-1<br>AG-2 | 61918-61980<br>63546-63550 | x | | Butler, Charles personnel file (16th Supp)<br>Background check (25th Supp) | |
| | AH-1<br>AH-2 | 62090-62172<br>63571-63575 | x | | Cameron, Rhonda personnel file (16th Supp)<br>Background check (25th Supp) | |
| | AI-1<br>AI-2 | 60214-60253<br>63852-63856 | x | | Coggins, Mary personnel file (14th Supp)<br>Background check (25th Supp) | |
| | AJ-1<br>AJ-2 | 60774-60818<br>63800-63806 | x | | Coulter, Amy personnel file (14th Supp)<br>Background check (25th Supp) | |
| | AK-1<br>AK-2 | 60819-60877<br>63756-63760 | x | | Croom-Adams, Windy pers file (15th Supp)<br>Background check (25th Supp) | |
| | AL-1<br>AL-2 | 62173-62222<br>63576-63580 | x | | Crouse, Phillip personnel file (16th Supp)<br>Background check (25th Supp) | |
| | AM-1 | 62617-62687;<br>63879 | x | | Curtis, Rebecca personnel file (17th Supp)<br>Nurse Delegation check off (26th Supp) | |
| | AN-1<br>AN-2 | 62976-63060<br>63645-63649 | x | | Elsholz, Lisa personnel file (17th Supp)<br>Background check (25th Supp) | |
| | AO-1<br>AO-2 | 63197-63284<br>63865-63869 | x | | Erickson, Heather personnel file (17th Supp)<br>Background check (25th Supp) | |
| | AP-1<br>AP-2 | 63168-63196<br>63660-63661 | x | | Escalante, Patricia personnel file (17th Supp)<br>Background check (25th Supp) | |

| Presiding Judge<br>Timothy M. Burgess | | | | | Plaintiff's Attorney<br>Sonja Kerr, Alaska Legal Services | Defendant's Attorney<br>Donna Meyers, Delaney Wiles, Inc. |
|---|---|---|---|---|---|---|
| Trial Date(s)<br>2/12/07-2/16/07 | | | | | Court Reporter | Courtroom Deputy |
| Plf. Ex. | Def. Ex. | Bates No. | ID'd | Admit'd | Exhibit Description | Limitations on use |
|  | AQ-1<br>AQ-2 | 60878-60931<br>63761-63768 | x |  | Fee, Annette personnel file (15th Supp)<br>Background check (25th Supp) |  |
|  | AR-1<br>AR-2 | 60340-60431<br>63828-63832 | x |  | Forsyth, Theresa personnel file (14th Supp)<br>Background check (25th Supp) |  |
|  | AS-1<br>AS-2 | 60967-61004<br>63769-63773 | x |  | Freels, Jan personnel file (15th Supp)<br>Background check (25th Supp) |  |
|  | AT-1<br>AT-2 | 62895-62926<br>63635-63639 | x |  | Gee, Amy personnel file (17th Supp)<br>Background check (25th Supp) |  |
|  | AU-1<br>AU-2 | 62927-62975<br>63640-63644 | x |  | Gee, Patricia personnel file (17th Supp)<br>Background check (25th Supp) |  |
|  | AV-1<br>AV-2 | 60574-60609<br>63815-63822 | x |  | Gomez, Karen personnel file (14th Supp)<br>Background check (25th Supp) |  |
|  | AW-1<br>AW-2 | 62359-62501<br>63597 | x |  | Guderian, Laurie personnel file (17th Supp)<br>Background check (25th Supp) |  |
|  | AX-1<br>AX-2 | 61005-61065;<br>63878<br>63726-63730 | x |  | Halterman, Jessica personnel file (15th Supp)<br>Nurse delegation check off (26th Supp)<br>Background check (25th Supp) |  |
|  | AY-1<br>AY-2 | 63486-63524;<br>63525<br>63669-63677 | x |  | Hendrickson, Linda personnel file (20th Supp)<br>Credential Lookup (24th Supp)<br>Background check (25th Supp) |  |
|  | AZ-1<br>AZ-2 | 62523-62558<br>63600-63604 | x |  | Hernandez, Joclyn personnel file (17th Supp)<br>Background check (25th Supp) |  |
|  | BA-1<br>BA-2 | 61857-61887<br>63537-63540 | x |  | Hill, Janetha personnel file (16th Supp)<br>Background check (25th Supp) |  |

| **Presiding Judge**<br>Timothy M. Burgess | | | | | **Plaintiff's Attorney**<br>Sonja Kerr, Alaska Legal Services | **Defendant's Attorney**<br>Donna Meyers, Delaney Wiles, Inc. |
|---|---|---|---|---|---|---|
| **Trial Date(s)**<br>2/12/07-2/16/07 | | | | | **Court Reporter** | **Courtroom Deputy** |
| **Plf. Ex.** | **Def. Ex.** | **Bates No.** | **ID'd** | **Admit'd** | **Exhibit Description** | **Limitations on use** |
| | BB-1 | 61784-61856 | x | | Hoffman, Susie personnel file (16th Supp) | |
| | BB-2 | 63532-63536 | | | Background check (25th Supp) | |
| | BC-1 | 61720-61783 | x | | Hollenbeck, Donald personnel file (16th Supp) | |
| | BC-2 | 63688-63689 | | | Background check (25th Supp) | |
| | BD-1 | 61677-61719 | x | | Isaacs, Thomas personnel file (16th Supp) | |
| | BD-2 | 63683-63687 | | | Background check (25th Supp) | |
| | BE-1 | 60072-60110 | x | | Johnson, Nicole personnel file (14th Supp) | |
| | BE-2 | 63843-63846 | | | Background check (25th Supp) | |
| | BF-1 | 61066-61095 | x | | Labrecque, Kari personnel file (15th Supp) | |
| | BF-2 | 63731-63735 | | | Background check (25th Supp) | |
| | BG-1 | 61620-61676 | x | | Landers, Alice personnel file (16th Supp) | |
| | BG-2 | 63678-63682 | | | Background check (25th Supp) | |
| | BH-1 | 62297-62325 | x | | Lyon, Jennifer personnel file (17th Supp) | |
| | BH-2 | 63586-63591 | | | Background check (25th Supp) | |
| | BI-1 | 62326-62358 | x | | Martinez, Stephan personnel file (17th Supp) | |
| | BI-2 | 63592-63596 | | | Background check (25th Supp) | |
| | BJ-1 | 60469-60573 | x | | Matthews (Jenkins), Barbara pers file (14th Supp) | |
| | BJ-2 | 63807-63811 | | | Background check (25th Supp) | |
| | BK-1 | 60432-60468 | x | | Matthews, Stephanie personnel file (14th Supp) | |
| | BK-2 | 63812-63814 | | | Background check (25th Supp) | |
| | BL-1 | 60111-60180 | x | | McKinley, Angel personnel file (14th Supp) | |
| | BL-2 | 63847-63848 | | | Background check (25th Supp) | |
| | BM-1 | 61565-61619 | x | | Moran, Kamie personnel file (16th Supp) | |
| | BM-2 | 63695-63699 | | | Background check (25th Supp) | |

| Presiding Judge<br>Timothy M. Burgess | | | | | Plaintiff's Attorney<br>Sonja Kerr, Alaska Legal Services | Defendant's Attorney<br>Donna Meyers, Delaney Wiles, Inc. |
|---|---|---|---|---|---|---|
| Trial Date(s)<br>2/12/07-2/16/07 | | | | | Court Reporter | Courtroom Deputy |
| Plf.<br>Ex. | Def.<br>Ex. | Bates<br>No. | ID'd | Admit'd | Exhibit Description | Limitations on use |
| | BN-1<br>BN-2 | 60181-60213<br>63849-63851 | x | | Morrison, Naomi personnel file (14th Supp)<br>Background check (25th Supp) | |
| | BO-1<br>BO-2 | 63433-63485<br>63667-63668 | x | | Moser, Lynn personnel file (20th Supp)<br>Background check (25th Supp) | |
| | BP-1<br>BP-2 | 61520-61564<br>63690-63694 | x | | Nelson, Marla personnel file (15th Supp)<br>Background check (25th Supp) | |
| | BQ-1<br>BQ-2 | 62223-62296<br>63581-63585 | x | | Nelson, Michelle personnel file (17th Supp)<br>Background check (25th Supp) | |
| | BR-1<br>BR-2 | 61453-61519<br>63705-63715 | x | | Paulson, William personnel file (15th Supp)<br>Background check (25th Supp) | |
| | BS-1<br>BS-2 | 61395-61452<br>63870-63876 | x | | Petz, Manfred (Fred) personnel file (15th Supp)<br>Background check (25th Supp) | |
| | BT-1<br>BT-2 | 63061-63167<br>63650-63659 | x | | Randall, Shelia personnel file (17th Supp)<br>Background check (25th Supp) | |
| | BU-1<br>BU-2 | 62803-62856<br>63619-63626 | x | | Richmond, Susan personnel file (17th Supp)<br>Background check (25th Supp) | |
| | BV-1<br>BV-2 | 62502-62522<br>63598-63599 | x | | Robinson Chris personnel file (17th Supp)<br>Background check (25th Supp) | |
| | BW-1<br>BW-2 | 62857-62894A<br>63627-63634 | x | | Shroeder, Leona personnel file (17th Supp)<br>Background check (25th Supp) | |
| | BX-1<br>BX-2 | 62688-62802<br>63612-63618 | x | | Slade, Forest personnel file (17th Supp)<br>Background check (25th Supp) | |
| | BY-1<br>BY-2 | 61320-61394<br>63700-63704 | x | | Solseng, Eliria personnel file (15th Supp)<br>Background check (25th Supp) | |

| Presiding Judge<br>Timothy M. Burgess | | | | | Plaintiff's Attorney<br>Sonja Kerr, Alaska Legal Services | Defendant's Attorney<br>Donna Meyers, Delaney Wiles, Inc. |
|---|---|---|---|---|---|---|
| Trial Date(s)<br>2/12/07-2/16/07 | | | | | Court Reporter | Courtroom Deputy |
| Plf. Ex. | Def. Ex. | Bates No. | ID'd | Admit'd | Exhibit Description | Limitations on use |
|  | BZ-1<br>BZ-2 | 61287-61319<br>63721-63725 | x |  | Sweigert, Teri personnel file (15th Supp)<br>Background check (25th Supp) |  |
|  | CA-1<br>CA-2 | 62259-62616<br>63605-63611 | x |  | Territo, Terri personnel file (17th Supp)<br>Background check (25th Supp) |  |
|  | CB-1<br>CB-2 | 61252-61286<br>63526-63531 | x |  | Udenberg, Greg personnel file (15th supp)<br>Background check (25th Supp) |  |
|  | CC-1<br>CC-2 | 60001-60026<br>63833-63837 | x |  | Vance, Wanda personnel file (14th Supp)<br>Background check (25th Supp) |  |
|  | CD-1<br>CD-2 | 61221-61251<br>63716-63720 | x |  | Ward, Susan personnel file (15th Supp)<br>Background check (25th Supp) |  |
|  | CE-1<br>CE-2 | 63285-63369<br>63662-63666 | x |  | Wasick, Debra personnel file (17th Supp)<br>Background check (25th Supp) |  |
|  | CF-1<br>CF-2 | 60254-60339<br>63823-63827 | x |  | Waterbury, Katherine personnel file (14th Supp)<br>Background check (25th Supp) |  |
|  | CG-1<br>CG-2 | 60932-60966<br>63774-63778 | x |  | White Foote, Stephanie personnel file (15th Supp)<br>Background check (25th Supp) |  |
|  | CH-1<br>CH-2 | 61006-61220<br>63748-63755 | x |  | Wild, Terri personnel file (15th Supp)<br>Background check (25th Supp) |  |
|  | CI-1<br>CI-2 | 63370-63432<br>63736-63740 | x |  | Wilkings, Carol personnel file (17th Supp)<br>Background check (25th Supp) |  |
|  | CJ-1<br>CJ-2 | 61096-61165;<br>63877<br>63741-63747<br>63857-63864 | x |  | Wilson, Melody personnel file (15th Supp)<br>Nurse Delegation check off (26th Supp)<br>Background check (25th Supp) |  |

| Plf. Ex. | Def. Ex. | Bates No. | ID'd | Admit'd | Exhibit Description | Limitations on use |
|---|---|---|---|---|---|---|
| **Presiding Judge** Timothy M. Burgess ||||| **Plaintiff's Attorney** Sonja Kerr, Alaska Legal Services | **Defendant's Attorney** Donna Meyers, Delaney Wiles, Inc. |
| **Trial Date(s)** 2/12/07-2/16/07 ||||| **Court Reporter** | **Courtroom Deputy** |
| | | | | | Dr. Sabine von Preyss-Friedman report | |
| | | | | | Dr. Deborah Geeseman report | |
| | | | | | Theresa A. Panchot report | |
| | | | | | | |
| | | | | | Carol Winters deposition and exhibits | |
| | | | | | Dr. Jones Deposition | |
| | | | | | | |
| | | | | | | |
| | | | | | Medical Summary | Demonstrative |
| | | | | | Schematic Diagram of CSC | Demonstrative |
| | | | | | Video/Photo CD of CSC | Demonstrative |
| | | | | | Timeline of Significant Events | Demonstrative |

DATED at Anchorage, Alaska, this 11th day of December, 2006.

        DELANEY WILES, INC.
        Attorneys for Chugiak Senior Citizens, Inc.

        s/Donna M. Meyers and C. Alex Young
        AK Bar Nos.: 9006011 and 7410117
        Delaney Wiles, Inc.
        1007 W. Third Avenue, Suite 400
        Anchorage, Alaska 99501
        Phone: 907-279-3581/Fax: 907-277-1331
        E-mail:      dmm@delaneywiles.com
        E-mail:      cay@delaneywiles.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1th day of December, 2006, a copy of **Defendant Chugiak Senior Citizens, Inc.'s Exhibit List** was served electronically on:

Jim Davis, Jr./Barbara Brink/
Nikole Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

s/Donna M. Meyers and Alex Young
(125063)