# UNITED STATES DISTRICT COURT
District of Alaska
Plaintiff's Exhibit List

Helen Winters v. Chugiak Senior Citizens, Inc.
Case No. 3:06-cv-00083 TMB

| Presiding Judge Timothy M. Burgess | | | | | Plaintiff's Attorney Sonja D. Kerr | Defendant's Attorney Donna M. Meyers |
|---|---|---|---|---|---|---|
| Trial Date(s) (2007,February,12) | | | | | Court Reporter | Courtroom Deputy |
| Pltf. Ex. | Def. Ex. | Bates No. | Id'd | Admitted | Description of Exhibit[1] | Limitations on use |
| 1 | | 30322-30325 | x | | Power of Attorney, May 25, 1999 | |
| 2 | | 40089-40093 40106-40107 | x | | DSDS PCA Assessment Form 8/18/04 | |
| 3 | | 30009-30011 | x | | Carol Winters Func. Assessment, Sept. 7, 2004 | |
| 4 | | 30013-30015 | x | | CSC Program Application, Sept. 7, 2004 | |
| 5 | | 30003-30008 | x | | CSC Assessment, Sept. 9, 2004 | |
| 6 | | 30538 | x | | CSC Client Profile, Sept. 9, 2004 (Misdated) | |
| 7 | | 30046-30049 | x | | DSDS Choice Plan of Care, Sept. 11, 2004 | |
| 8 | | 30025 | x | | CSC Service Plan, Sept. 15, 2004 | |
| 9 | | 30357 | x | | Release of Information, Sept. 22, 2004 | |
| 10 | | 30366-30368 | x | | Carol Winters Letter, Sept. 22, 2004. | |
| 11 | | 30330 | x | | ALP Lease Agreement, Sept. 24, 2004 | |
| 12 | | 30336 | x | | ALP Resident Services Contract, Sept. 24, 2004 | |
| 13 | | 40220 | x | | Notes Oct. 2004 by Lynn Moser | |

---

[1] Include a notation as to the location of any exhibit not held with the case file or not available because of size.

1

| Pltf. Ex. | Def. Ex. | Bates No. | Id'd | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| 14 | | 30027-30030 | x | | CSC Service Plan, Oct. 4, 2004 | |
| 15 | | 30372 | x | | Care Conference October 4, 2004 | |
| 16 | | 30039-30042 | x | | DSDS Plan of Care, Oct. 26, 2004 | |
| 17 | | 30373 | x | | Care Conference Oct. 6, 2004 | |
| 18 | | 30374-30375 | x | | Care Conference, Nov. 22, 2004 | |
| 19 | | 30376 | x | | Care Conference, December 1, 2004 | |
| 20 | | 30377-30378 | x | | Care Conference Summary and Communication, December 20, 2004 | |
| 21 | | 40195 | x | | Letter, December 21, 2004 from Hendrickson to Carol Winters | |
| 22 | | 10159, 10167 10128-10139 | x | | CSC Program Services, Policy/Procedures (Excerpt) | |
| 23 | | 10473-10483 | x | | CSC Standard Operating Procedured (Excerpt) | |
| 24 | | 10065-10071 | x | | Resident Rights Information Given to Helen/Carol Winters | |
| 25 | | 10098 | x | | Resident Grievance Procedures | |
| 26 | | 10095 | x | | State of Alaska DHSS Notice of Involuntary Termination | |
| 27 | | 30379 | x | | Care conference June 27, 2005 | |
| 28 | | 1230-1237 | x | | Carol Winters Complaint to DLC, July 5, 2005 | |
| 29 | | 40204-40205 | x | | Care Conference Records, July 5, 2006 and July 15, 2006 | |
| 30 | | 30093 | x | | Letter of Dr. Michael Jones, July 18, 2005 | |
| 31 | | 40206 | x | | Care Conference July 29, 2005 | |

2

| Pltf. Ex. | Def. Ex. | Bates No. | Id'd | Admitted | Decription of Exhibit | Limitations on Use |
|---|---|---|---|---|---|---|
| 32 | | 30096-30098 | x | | Sept. 7, 2005, Dr. Peter Schabb Letter Concerning Ambulation | |
| 33 | | 30040-30045 | x | | DSDS Choice Plan of Care, Sept. 10, 2005 | |
| 34 | | 30050-30057 | x | | DSDS Choic Plan of Care Supplement, Sept. 10, 2005-Sept. 10, 2006 | |
| 35 | | LTCO1-1233 | x | | 35A (Complete File, Ex. 1); 35(B) (Depo and Ex.2-5); 35C (Report) | |
| 36 | | 30327 | x | | Release of Information, Sept. 22, 2005 | |
| 37 | | 30382 | x | | August 11, 2005 Notes from Meeting with LTCO | |
| 38 | | 30058-30060 | x | | CSC Service Plan, Oct. 5, 2005 | |
| 39 | | 40215 | x | | Letter from Nelson to Saville of DSDS Licensing, January 23, 2006 | |
| 40 | | 10072-10073 | x | | January 5, 2006 Jan Freels Letter to Helen Winters Reg Eviction | |
| 41 | | 40209-40210 | x | | File duplicate of January 5, 2006 Letter at Ex. 40. | |
| 42 | | 30104 | x | | Visit to Providence ER, January 6, 2006 | |
| 43 | | 10074-10088 | x | | January 8, 2006, Carol Winters Response to Eviction | |
| 44 | | 40211 | x | | January 9, 2006 Meeting Notes | |
| 45 | | 30105-30106 | x | | January 10, 2006 Visit to Dr;Jones, January 11, 2006 Letter from Dr. Jones | |
| 46 | | | x | | Complete File of Dr. Jones | |
| 47 | | 40609-40639 | x | | Sept. 2006 Letter to Ken Takakawa from CSC | |
| 48 | | 40212 | x | | January 26, 2006 Letter from Jan Freels to Winters Reg Eviction | |

3

| Pltf. Ex. | Def. Ex. | Bates No. | Id'd | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| 49 | | N/A | x | | April 13, 2006 Superior Court Restraining Order | |
| 50 | | N/A | x | | Complete Deposition and Exhibits, Linda Hendrickson (Pending) | |
| 51 | | N/A | x | | Complete Deposition and Exhibits, Jan Freels (Pending) | |
| 52 | | N/A | x | | Complete Deposition and Exhibits, Dr. M. Jones (Pending) | |
| 53 | | N/A | x | | Complete Deposition and Exhibits, Tom Isaacs (Pending) | |
| 54 | | N/A | x | | Complete Deposition and Exhibits, Marla Nelson (Pending) | |
| 55 | | N/A | x | | Plaintiffs Initial and First Supplemental Disclosures | |
| 56 | | N/A | x | | Plaintiff's Second Supplemental Disclosures | |
| 57 | | N/A | x | | Plaintiff's Third Supplemental Disclosures | |
| 58 | | N/A | x | | Plaintiff's Fourth Supplemental Disclosures | |
| 59 | | N/A | x | | Plaintiff's Fifth Supplemental Disclosures (As Amended) | |
| 60 | | N/A | x | | Plaintiff's Sixth Supplemental Disclosures | |
| 61 | | N/A | x | | Defendant's First Supplemental Disclosures | |
| 62 | | N/A | x | | Defendants Second Disclosures | |
| 63 | | N/A | x | | Defendants Third Disclosures | |
| 64 | | N/A | x | | Complete File of Kathy Huskey (Defendants 4th/18th Disclosures) | |
| 65 | | N/A | x | | Defendants Fifth Disclosures | |
| 66 | | N/A | x | | Defendants Sixth Disclosures | |
| 67 | | N/A | x | | Defendants Seventh Disclosures | |

| Pltf. Ex. | Def. Ex. | Bates No. | Id'd | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| 68 | | N/A | x | | Defendant's Eleventh Supplemental Disclosures | |
| 69 | | N/A | x | | Defendant's Twelveth Supplemental Disclosures | |
| 70 | | N/A | x | | Defendant's Thirteenth Supplemental Disclosures | |
| 71 | | 60001-60818 | x | | D's 14th Disclosures (W. Vance, M. Anderson, N. Johnson, A. McKinney N.Morrison, M. Coggins, K. Waterbury, T. Forsyth, S. Matthews, B. Matthews, K. Gomex, T. Bartley, N. Beck, Amy Coulter | |
| 72 | | 60819-61563) | x | | D's 15th Disclosures (W. Coombs, A. Fee, S. White, J. Freels, J. Halterman, K. Labrecque, M. Wilson, T. Wild, S. Ward, G. Udenberg, T. Sweigart, F. Petz, W. Paulson, M. Wilson | |
| 73 | | 40194-40220 | x | | Defendant's Eighth Supplemental Disclosures | |
| 74 | | | x | | Defendant's Ninth Supplemental Disclosures | |
| 75 | | | x | | Defendant's Tenth Supplemental Disclosures | |
| 76 | | 61565-62222 | x | | D's 16th Disclosure (K. Moren, A. Landers, T. Isaacs, D. Hollenbeck, S. Hoffman, J. Hill, A. Bartel, C. Butler, L. Becker, M. Binkley, R. Cameron, P. Crouse | |
| 77 | | 62223-63432 | x | | D's 17th Disclosure (M. Nelson, J. Lyon, S. Martinez, L. Guderian, C. Robinson, J. Hernandez, T. Territo, R. Curtis, F. Slade, S. Richmond, L. Schroeder, A. Gee, P. Gee, L. Eishola, S. Randall, P. Escalante, H. Erickson, D. Wasick, C. Wilkings | |
| 78 | | 50868-50948 | x | | Defendant's 18th Supplemental Disclosures- SEE EXHIBIT 64 (Huskey File) | |
| 79 | | 10507-10575, 40431-40536 | x | | Defendant's 19th Supplemental Disclosures - Policies/Procedures | |
| 80 | | 63433-63524 | x | | Defendant's 20th Supplemental Disclosures (Moser, Hendrickson) | |
| 81 | | N/A | x | | Defendant's 21st Supplemental Disclosures | |
| 82 | | N/A | x | | Plaintiffs' Response to Defendants First Discovery Requests | |
| 83 | | N/A | x | | Plaintiffs' Response to Defendants Second Discovery Requests | |

| Pltf. Ex. | Def. Ex. | Bates No. | Id'd | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| 84 | | | x | | Defendants' Response to Plaintiffs First Discovery Requests | |
| 85 | | 30396 | x | | CSC Service Plan Review, March 1, 2006 | |
| 86 | | 40218 | x | | CSC Service Plan Review, June 23, 2006 | |
| 87 | | 50916-50920 | x | | DSD Choice Program Serv. Plan, Sept. 11, 2006. | |
| 88 | | 10096 | x | | CSC Brochure Undated | |
| 89 | | | x | | CSC Website Information | |
| 90 | | 40000-40006 | x | | Miscellaneous Notes from Resident File | |
| 91 | | 30119-30122 | x | | Nursing Assessments | |
| 92 | | 1244-1245 | x | | Audiological Assessment, M Helen Winters, May 2006 | |
| 93 | | 1304-1305 | x | | Carol Winters to CSC, Nov. 28, 2006, Hearing Loss/Audiological | |
| 94 | | | x | | Complete Deposition and Exhibits- Lynn Moser | |
| 95 | | 10527 | x | | CSC Move-Out Criteria | |

Dated: December 11, 2006

ALASKA LEGAL SERVICES CORPORATION
Attorneys for Plaintiff Helen Winters through her power of attorney Carol Winters

s/Nikole Nelson    AK Bar No. 9906033
1016 W. 6th Ave., Suite 200, Anchorage, AK 99501
Phone: (907) 272-9431  Fax: (907) 279-7417  Email: nnelson@alsc-law.org

I, Nikole Nelson, certify that o December11, 2006 a copy of the foregoing document was served electronically on Donna Meyers

at Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.    s/Nikole Nelson