Donna M. Meyers
William E. Moseley
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
wem@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>     Plaintiff,<br><br> v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>     Defendant.<br>_____ | <br><br><br><br><br><br><br><br><br><br><br>Case No. 3:06-cv-00083-TMB |

## NOTICE OF LODGING OF DEPOSITION TRANSCRIPTS

Defendant, Chugiak Senior Citizens, Inc. (CSC), by and through counsel, lodges herewith the deposition transcripts for (1) Carol Winters (Vol. I and II), attached as Exhibit A; (2) Michael B. Jones, M.D., attached as Exhibit B; and (3) Robert P. Dreyer, attached as Exhibit C.

DATED at Anchorage, Alaska, this 12th day of December, 2006.

DELANEY WILES, INC.
Attorneys for Chugiak Senior Citizens, Inc.

s/Donna M. Meyers, William E. Moseley
and Clay A. Young
AK Bar Nos.: 9006011, 7811121 and 7410117
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, Alaska 99501
Phone: 907-279-3581/Fax: 907-277-1331
E-mail: dmm@delaneywiles.com
E-mail: wem@delaneywiles.com
E-mail: cay@delaneywiles.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of December, 2006, a copy of **Notice of Lodging Deposition Transcripts** was served electronically on:

Jim Davis, Jr./Barbara Brink/
Nikole Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska 99501

s/Donna M. Meyers (125364)