CAROL WINTERS                    8/28/2006           WINTERS v. CHUGIAK SR. CITZ.
                                                     3:-06-CV-00083-TMB

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

HELEN WINTERS, through her Power of  )
Attorney Carol Winters,              )
                                     )
                Plaintiff,           )
    vs.                              )
                                     )
CHUGIAK SENIOR CITIZENS, INC.,       )
                                     )
                Defendant.           )
_____)
Case No. 3:06-CV-00083-TMB

VOLUME I

VIDEOTAPE DEPOSITION OF CAROL WINTERS

August 28, 2006

APPEARANCES:

   FOR THE PLAINTIFF:        MR. JAMES J. DAVIS, JR.
                             MS. BARBARA BRINK
                             Alaska Legal Services
                             Corporation
                             1016 West Sixth Avenue
                             Suite 200
                             Anchorage, Alaska 99501
                             (907) 272-9431

   FOR THE DEFENDANT:        MS. DONNA M. MEYERS
                             Delaney Wiles, Inc.
                             1007 West Third Avenue
                             Suite 400
                             Anchorage, Alaska 99501
                             (907) 279-3581

   ALSO PRESENT:             MARLA NELSON

EXHIBIT A
Page 1 of 2

Computer Matrix Court Reporters      PH -  907-243-0668         jpk@gci.net
                                     FAX - 907-243-1473         sahile@gci.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

HELEN WINTERS, through her Power of    )
Attorney Carol Winters,                )
                                       )
                Plaintiff,             )
    vs.                                )
                                       )
CHUGIAK SENIOR CITIZENS, INC.,         )
                                       )
                Defendant.             )
                                       )

Case No. 3:06-CV-00083-TMB

VOLUME II

VIDEOTAPED DEPOSITION OF CAROL WINTERS

September 22, 2006

APPEARANCES:

    FOR THE PLAINTIFF:        MR. JAMES J. DAVIS, JR.
                              MS. BARBARA BRINK
                              Alaska Legal Services
                              Corporation
                              1016 West Sixth Avenue
                              Suite 200
                              Anchorage, Alaska 99501
                              (907) 272-9431

    FOR THE DEFENDANT:        MS. DONNA M. MEYERS
                              Delaney Wiles Inc.
                              1007 West Third Avenue
                              Suite 400
                              Anchorage, Alaska 99501
                              (907) 279-3581

    ALSO PRESENT:             MARLA NELSON

COPY

EXHIBIT A
Page 2 of 2