IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

HELEN WINTERS, through her Power of )
Attorney Carol Winters,              )
                                     )
                         Plaintiff,  )
                                     )
v.                                   )
                                     )
CHUGIAK SENIOR CITIZENS, INC.,       )
                                     )
                         Defendant.  )
_____)

Case No. 3:06-cv-00083-TMB

VIDEOTAPED DEPOSITION OF MICHAEL E. JONES

November 28, 2006

APPEARANCES:

   FOR THE PLAINTIFF:        MS. SONJA D. KERR
                             Disability Law Center
                             Attorney at Law
                             3330 Arctic Blvd., Suite 103
                             Anchorage, Alaska  99503
                             (907) 565-1002

   FOR THE DEFENDANT:        MS. DONNA M. MEYERS
                             Delaney Wiles
                             Attorneys at Law
                             1007 West 3rd Avenue, Suite 400
                             Anchorage, Alaska  99501
                             (907) 279-3581

   ALSO PRESENT:             MS. C. WINTERS

EXHIBIT B
Page 1 of 1