ROBERT DREYER                    11/16/2006           WINTERS v. CHUGIAK SR. CITZ.
Vol. 1                                                3:-06-CV-00083-TMB

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

HELEN WINTERS, through her Power of )
Attorney Carol Winters,              )
                                     )
                        Plaintiff,   )
                                     )
v.                                   )
                                     )
CHUGIAK SENIOR CITIZENS, INC.,       )
                                     )
                        Defendant.   )
_____)
Case No. 3:06-cv-00083-TMB

VIDEOTAPE DEPOSITION OF ROBERT P. DREYER

November 16, 2006

APPEARANCES:

   FOR THE PLAINTIFF:    MS. SONJA D. KERR
                         MS. BARBARA BRINK
                         Alaska Legal Services
                         Attorneys at Law
                         1016 West Sixth Avenue,
                         Suite 200
                         Anchorage, Alaska  99501
                         (907) 272-9431

   FOR THE WITNESS:      MR. TIMOTHY M. TWOMEY
                         State Department of Law
                         Attorney at Law
                         1031 West 4th Avenue, Suite 200
                         Anchorage, Alaska  99501
                         (907) 269-5140

   FOR THE DEFENDANT:    MR. CLAY A. YOUNG
                         MS. DONNA M. MEYERS
                         Delaney Wiles
                         Attorneys at Law
                         1007 West 3rd Avenue, Suite 400
                         Anchorage, Alaska  99501
                         (907) 279-3581

   ALSO PRESENT:         MS. C. WINTERS
                         MS. L. HENDRICKSON



EXHIBIT C
Page 1 of 1