```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

 HELEN WINTERS    vs.  CHUGIAK SENIOR CITIZENS, INC.

BEFORE THE HONORABLE TIMOTHY M. BURGESS

CASE NO 3:06-CV-00083-TMB

DEPUTY CLERK/RECORDER:    Patty Demeter

APPEARANCES:    PLAINTIFF: Nikole M. Nelson, Sonja Kerr

                DEFENDANT: Donna M. Meyers, Clay Young

PROCEEDINGS: STATUS CONFERENCE (Held 12/12/06)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 2:04 a.m. court convened.

Court and counsel heard re status.

Trial by jury remains as previously set February 12, 2007.

Plaintiff counsel shall file the status of Carol Winters, and the Power of Attorney for the courts review.

Court orders the parties to go to settlement.  The court will notify the parties after checking with other judges.

Parties shall serve their objections to the exhibits on December 12, 2006.  Parties to stipulate to the exhibits by January 4, 2007.

Dispositive motions and evidentiary motions are due by December 19, 2006.


At 2:38 p.m. court Adjourned.



DATE: December 12, 2006      DEPUTY CLERK'S INITIALS: pld