Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
Phone: 907-279-3581
Fax: 907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>　　　　　　Defendant.<br>_____ | <br><br><br><br><br><br><br><br><br><br>Case No. 3:06-cv-00083-TMB |

### **(PROPOSED) ORDER GRANTING MOTION TO STRIKE PLAINTIFF'S FINAL WITNESS LIST**

Based upon the motion of Defendant CSC to strike plaintiff's Final Witness List, and any opposition thereto, and good cause appearing, it is hereby

ORDERED that plaintiff's Final Witness List is stricken from the record, and plaintiff is required to immediately file another Final Witness List which complies with the court's Pretrial Order.

DATED this \_\_\_\_ day of _____, 200\_\_ at Anchorage, Alaska

_____
Timothy M. Burgess
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th
day of December, 2006, a copy of
the above was served electronically on:

Barbara Brink/Nikole Nelson
Jim Davis, Jr./Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501


 s/Clay A. Young_____
125433