Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
Phone: 907-279-3581
Fax: 907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>                Plaintiff,<br><br>   v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>                Defendant.<br>_____ | <br><br><br><br><br><br><br><br><br><br><br>Case No. 3:06-cv-00083-TMB |

### **MEMORANDUM IN SUPPORT OF MOTION TO STRIKE PLAINTIFF'S FINAL WITNESS LIST**

Defendant CSC asks the court to strike plaintiff's Final Witness List and to order that plaintiff immediately submit another one in full compliance with this court's Pretrial Order.

The Pretrial Order contains the following requirements for the parties' final witness lists. The Final Witness List was to be submitted with a draft pretrial order, and:

> ... each parties' separate witness list for its case in chief witnesses (including those appearing by deposition) providing, for all such witnesses other than an individual plaintiff and an individual defendant, a short, specific statement of the substance of his or her testimony sufficient to give opposing counsel an adequate basis for developing cross-examination.

(1), F.

The Pretrial Order also contains the following additional requirements for that Final Witness List:

> (2) Witnesses. The Final Witness List submitted at (1), F. above may include only persons who have been previously disclosed as potential witnesses in a timely filed prior witness list. This witness list will disclose those witnesses whom the party will in fact call at trial. Only those witnesses so listed will be permitted to testify at trial. Witnesses will be listed in the order in which it is expected they will be called.
>
> As to each witness so listed (even though the witness may have been deposed), counsel will disclose the testimony expected to be elicited from that witness at trial. The disclosure will be specific and not general, the purpose being to avoid surprise and delay at trial and to give opposing counsel an adequate basis for developing cross-examination. (Remainder of ¶ (2) omitted.)

Plaintiff's Witness List is attached hereto as Exhibit 1. It was filed with the court with the joint submission. It does not comply with the requirements of the Pretrial Order, especially as to the secondary witnesses listed in § II. of that witness list. In addition, the disclosure of the expected testimony with respect to the so-called primary witnesses also does not comply with the requirements of the Pretrial Order.

Therefore, defendant requests that the court strike Plaintiff's Final Witness List and require the immediate filing of another one which does comply.

DATED at Anchorage, Alaska, this 14th day of December, 2006.

DELANEY WILES, INC.
Attorneys for Chugiak Senior Citizens, Inc.

  s/Clay A. Young
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
Phone:  907-279-3581
Fax:  907-277-1331
cay@delaneywiles.com
Alaska Bar Assoc. No. 7410117

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th
day of December, 2006, a copy of
the above was served electronically on:

Barbara Brink/Nikole Nelson
Jim Davis, Jr./Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501


  s/Clay A. Young
125431