Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
Phone:  907-279-3581
Fax:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>          Plaintiff,<br><br>     v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>          Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 3:06-cv-00083-TMB |

**MOTION TO DISMISS FOR LACK OF STANDING/SUBJECT MATTER JURISDICTION**

Defendant, CSC, through counsel, asks this court to dismiss this case with prejudice because the plaintiff, Carol Winters, lacks standing to bring this suit.  Standing is jurisdictional, and the court has the power of duty to ascertain jurisdiction at any time.

A memorandum of law is submitted, with exhibits, together with a proposed order.

DATED at Anchorage, Alaska, this 15th day of December, 2006.

DELANEY WILES, INC.
Attorneys for Chugiak Senior Citizens, Inc.

_ s/Clay A. Young_____
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
Phone:  907-279-3581
Fax:  907-277-1331
cay@delaneywiles.com
Alaska Bar Assoc. No. 7410117

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th
day of December, 2006, a copy of
the above was served electronically on:

Barbara Brink/Nikole Nelson
Jim Davis, Jr./Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501


_s/Clay A. Young_____
125469