Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
Phone:  907-279-3581
Fax:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>                Plaintiff,<br><br>  v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>                Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 3:06-cv-00083-TMB |

### (PROPOSED) ORDER DISMISSING CASE FOR LACK OF STANDING/SUBJECT MATTER JURISDICTION

This matter having come before the court this ____ day of _____, 200__, upon a motion of defendant for an order of dismissal because plaintiff lacks standing to bring this suit, and therefore, this court lacks subject matter jurisdiction, and the memoranda and arguments of counsel having been considered and good cause appearing, it is therefore

ORDERED this case is DISMISSED WITH PREJUDICE.

DATED this ____ day of _____, 200__ at Anchorage, Alaska

_____
Timothy M. Burgess
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th
day of December, 2006, a copy of
the above was served electronically on:

Barbara Brink/Nikole Nelson
Jim Davis, Jr./Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501


 _s/Clay A. Young_____
125473