IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS,<br>through her power of attorney<br>Carol Winters,<br><br>     Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Case No. 3:06-cv-00083-TMB |

## NOTICE OF LODGING OF DEPOSITION TRANSCRIPTS

Plaintiff, Helen Winters, through counsel of record, Alaska Legal Services Corporation, herewith lodges the deposition transcripts for (1) Linda Hendrickson, attached as Exhibit 50; (2) Jan Freels, attached as Exhibit 51; (3) Tom Isaacs, attached as Exhibit 53; (4) Marla Nelson, attached as Exhibit 54; (5) Lynn Moser, Attached as Exhibit 94. (Note: all Exhibit numbers consistent with Plaintiff's Exhibit List numbering for ease of reference).

DATED: December 19, 2006     ALASKA LEGAL SERVICES CORPORATION
Attorneys for Plaintiff
Helen Winters
through her power of attorney Carol Winters


s/Sonja D. Kerr
ALASKA LEGAL SERVICES
1016 West 6th Avenue, Suite 200
Anchorage, Alaska 99501
PHONE: (907) 272-9431
FAX: (907) 279-7417
E-mail: skerr@alsc-law.org
Alaska Bar No. 0409051

LAW OFFICES OF
ALASKA LEGAL SERVICES CORPORATION
ANCHORAGE AND STATEWIDE OFFICE
1016 WEST SIXTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1963
(907) 272-9431

Certificate of Service

I hereby certify that on the 19th
of December, 2006, a copy of
this Notice of Lodging of Deposition
Transcripts was served electronically
on:

Donna M. Meyers
Delaney, Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, AK 99501.

S/Sonja D. Kerr (0409051)

LAW OFFICES OF
ALASKA LEGAL SERVICES CORPORATION
ANCHORAGE AND STATEWIDE OFFICE
1016 WEST SIXTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1963
(907) 272-9431

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

HELEN WINTERS, through    )
her Power of Attorney     )
Carol Winters,            )
                          )
            Plaintiff,    )
                          )
vs.                       )
                          )
CHUGIAK SENIOR CITIZENS,  )
INCORPORATED,             )
                          )
            Defendant.    )
_____)

Case #3:06-cv-00083-TMB

## DEPOSITION TRANSCRIPT

### OF

### LINDA HENDRICKSON

\* \* \* \* \* \* \* \* \*

November 15, 2006

\* \* \* \* \* \* \* \* \*

**PLAINTIFF'S EXHIBIT**

CASE
NO. 3:06-cv-00083
         TMB

EXHIBIT
NO.  50

P.O. BOX 102715 □ ANCHORAGE, ALASKA 99510 □ (907) 566-0115 □ FAX (907) 276-1517


u•type
depositions, inc.

16545 SOUTHCLIFF CR. □ ANCHORAGE, AK  99516-5413 □ (907) 276-0544 □ FAX (907) 278-1517

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

COPY

HELEN WINTERS, through )
her Power of Attorney )
Carol Winters, )
                      )
        Plaintiff, )
                      )
vs. )
                      )
CHUGIAK SENIOR CITIZENS, )
INCORPORATED, )
                      )
        Defendant. )
_____)
Case #3:06-cv-00083-TMB

## DEPOSITION TRANSCRIPT

### OF

### JAN FREELS

\* \* \* \* \* \* \* \* \* \*

November 27, 2006

\* \* \* \* \* \* \* \* \* \*

PLAINTIFF'S
EXHIBIT

CASE
NO. 3:06-cv-00083
         TMB
EXHIBIT
NO. 57

accu•type

P.O. BOX 102715 □ ANCHORAGE, ALASKA 99510 □ (907) 566-0116 □ FAX (907) 278-1517

depositions, inc.

u•type
depositions, inc.

16545 SOUTHCLIFF CR. □ ANCHORAGE, AK 99516-5413 □ (907) 276-0544 □ FAX (907) 278-1517

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

HELEN WINTERS, through          )
her Power of Attorney           )
Carol Winters,                  )
                                )
            Plaintiff,          )
                                )
vs.                             )
                                )
CHUGIAK SENIOR CITIZENS,        )
INCORPORATED,                   )
                                )
            Defendant.          )
_____)
Case #3:06-cv-00083-TMB

### DEPOSITION TRANSCRIPT

### OF

### THOMAS ISAACS

\* \* \* \* \* \* \* \* \* \*

November 15, 2006

\* \* \* \* \* \* \* \* \* \*

PLAINTIFF'S
EXHIBIT

CASE
NO. 3:06-CV-00083
        TMB
EXHIBIT
NO.  53



P.O. BOX 102715 □ ANCHORAGE, ALASKA 99510 □ (907) 566-0116 □ FAX (907) 278-1517


16545 SOUTHCLIFF CR. □ ANCHORAGE, AK 99516-5413 □ (907) 276-0544 □ FAX (907) 278-1517
depositions, inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

HELEN WINTERS, through          )
her Power of Attorney           )
Carol Winters,                  )
                                )
            Plaintiff,           )
                                )
vs.                             )
                                )
CHUGIAK SENIOR CITIZENS,        )
INCORPORATED,                   )
                                )
            Defendant.           )
_____)
Case #3:06-cv-00083-TMB

**DEPOSITION TRANSCRIPT**

**OF**

**MARLA NELSON**

\* \* \* \* \* \* \* \* \*

November 28, 2006

\* \* \* \* \* \* \* \* \*

PLAINTIFF'S
EXHIBIT

CASE
NO. 3:06-cv-00083
        TMB

EXHIBIT
NO. 5-4



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

HELEN WINTERS, through )
her Power of Attorney )
Carol Winters, )
)
      Plaintiff, )
)
vs. )
)
CHUGIAK SENIOR CITIZENS, )
INCORPORATED, )
)
      Defendant. )
_____)

Case #3:06-cv-00083-TMB

## TELEPHONIC DEPOSITION TRANSCRIPT

### OF

### LYNN MOSER

\* \* \* \* \* \* \* \* \* \*

November 27, 2006

\* \* \* \* \* \* \* \* \* \*

PLAINTIFF'S
EXHIBIT

CASE
NO. 3:06-CV-00083
TMB

EXHIBIT
NO. 94

accu•type
depositions, inc.

16545 SOUTHCLIFF CR. ☐ ANCHORAGE, AK 99516-5413 ☐ (907) 276-0544 ☐ FAX (907) 278-1517

P.O. BOX 102715 ☐ ANCHORAGE, ALASKA 99510 ☐ (907) 566-0116 ☐ FAX (907) 278-1517