Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>             Plaintiff,<br><br>    v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>             Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 3:06-cv-00083-TMB |

## DEFENDANT CHUGIAK SENIOR CITIZENS, INC.'S
## MOTION TO FILE TWELVE MOTIONS *IN LIMINE*

This Court's Pre-trial Order requires the parties to address a single topic in each motion *in limine*, and the number of motions should be five or less and no more than seven pages.[1]  For reasons explained below, defendant Chugiak Senior Citizens, Inc. ("CSC") seeks this Court's permission to file twelve motions *in limine*, and to exceed the 7 page limitation on four of the motions.

---

[1]Dkt. 64 at 4.

Defendant Chugiak Senior Citizens, Inc.'s
Motion to File Twelve Motions *in Limine*
Winters v. Chugiak Senior Citizens, Inc./Case No. 3:06-cv-0083 (TMB)    Page 1 of 4

CSC anticipates the parties are going to dispute the admissibility of all the evidentiary matters addressed in CSC's motions *in limine*, and probably other evidence that is not covered in the motions.  CSC's motions *in limine* are:

1. Motion *in Limine* No. 1 to Exclude Evidence of Liability Insurance

2. Motion *in Limine* No. 2 re:  Plaintiff's Religious Beliefs

3. Motion *in Limine* No. 3 re:  Inadmissible Evidence Involving Theresa Forsyth

4. Motion *in Limine* No. 4 re: The Lack of Service on the Power of Attorney

5. Motion *in Limine* No. 5 to Exclude August 30, 2006 Report of Robert P. Dreyer, His Files, and His Testimony at Trial

6. Motion *in Limine* No. 6 re:  Plaintiff's Alleged Damages Associated with Litigation

7. Motion *in Limine* No. 7 re:  Temporary Restraining Order

8. Motion *in Limine* No. 8 re:  Exclusion of Evidence Involving Other CSC Residents and CSC's Employee's Actions Involving Other Residents and Events

9. Motion *in Limine* No. 9 re:  (1) Carol Winters' Medical Issues and (2) Carol Winters' "Expert" Opinions

10. Motion *in Limine* No. 10 re:  Dr. Jones' Opinions

11. Motion *in Limine* No. 11 re:  Alleged Conflict of Interest Between Linda Hendrickson's Role at CSC and Wickersham House

12. Motion *in Limine* No. 12 re:  Alleged Discriminatory Acts Against Other CSC Residents

The topics of the motions *in limine* require rulings in advance because they are either central to plaintiff's claims or plaintiff has indicated she intends to offer or rely on the evidence at trial.  For example, plaintiff has proposed uncontroverted facts, and offered exhibits indicating she will attempt to admit evidence at trial regarding the Long Term Care Ombudsman's file and report, evidence of CSC employee Theresa Forsyth's

Defendant Chugiak Senior Citizens, Inc.'s
Motion to File Twelve Motions *in Limine*
<u>Winters v. Chugiak Senior Citizens, Inc.</u>/Case No. 3:06-cv-0083 (TMB)        Page 2 of 4

history and personal problems, the Temporary Restraining Order entered by Judge Stowers, disciplinary actions against CSC employees that are not directly related to plaintiff, and other allegations or claims involving other current or former residents.[2] Because CSC reasonably anticipates the parties will vigorously dispute the admissibility of most, if not all, of the evidentiary matters covered in CSC's motion, CSC's purpose for filing the motions *in limine* is to make it easier, not harder, for the Court to rule on the evidentiary issues.  Briefing the issues in advance and receiving rulings on the evidentiary issues will hopefully narrow the evidentiary issues the Court will need to address at the Final Pretrial Conference, and/or during trial.[3]  The advance rulings will also ensure that the parties and the Court have sufficient time to resolve these evidentiary disputes with timely reflection, and without wasting the jury's and the witnesses' time at trial.

In addition to requesting the Court's permission to file more than five motions *in limine*, CSC is requesting permission to file overlength briefs addressing the following topics: (1) allegations concerning Theresa Forsyth's family feud, mistreatment of other residents at CSC, emotional difficulties, a 1989 grand theft charge in Florida for which Forsyth was not convicted, and problems at a different assisted living facility; and (2) the LTCO's (Bob Dreyer) report, files and anticipated testimony; and (3) the TRO issued by Judge Stowers.  These are substantive and weighty topics that could not

---

[2] *See e.g.* Exh. A at ¶¶ 47, 48 and 51 (Plaintiff's Proposed Uncontroverted Facts); *see also* Dkt. 110 (Plaintiff's Exhibit List).

[3] However, if the Court would prefer to reserve any of the evidentiary issues raised in CSC's motions for the Final Pretrial Conference or trial, CSC will defer to the Court's discretion to select those matters which the Court deems important enough to decide before the Final Pretrial Conference.

Defendant Chugiak Senior Citizens, Inc.'s
Motion to File Twelve Motions *in Limine*
Winters v. Chugiak Senior Citizens, Inc./Case No. 3:06-cv-0083 (TMB)                Page 3 of 4

be addressed in a brief limited to seven pages, and their importance to an orderly and fair trial justifies a more thorough analysis than can be provided in seven pages.

For the reasons stated above, there is good cause to allow CSC to file all twelve motions *in limine*, and to file the four motions which are overlength.

DATED at Anchorage, Alaska, this 19th day of December, 2006.

> DELANEY WILES, INC.
> Attorneys for Chugiak Senior Citizens, Inc.
>
> s/Donna M. Meyers and Clay A. Young
> Delaney Wiles, Inc.
> 1007 W. Third Avenue, Suite 400
> Anchorage, Alaska 99501
> Phone: 907-279-3581/Fax: 907-277-1331
> E-mail:     dmm@delaneywiles.com
> E-mail:     cay@delaneywiles.com
> Alaska Bar Assoc. No. 9006011 (DMM)
> Alaska Bar Assoc. No. 7410117 (CAY)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th
day of December, 2006, a copy of
the above was served electronically on:

Jim Davis, Jr./Barbara Brink/
Nikole Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska 99501

s/Donna M. Meyers and Clay A. Young
(125683)

Defendant Chugiak Senior Citizens, Inc.'s
Motion to File Twelve Motions *in Limine*
Winters v. Chugiak Senior Citizens, Inc./Case No. 3:06-cv-0083 (TMB)          Page 4 of 4