Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
Phone:  907-279-3581
Fax:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>          Plaintiff,<br><br>   v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 3:06-cv-00083-TMB

**(PROPOSED) ORDER GRANTING DEFENDANT CHUGIAK SENIOR CITIZENS, INC.'S MOTION TO FILE TWELVE MOTIONS *IN LIMINE***

Chugiak Senior Citizens, Inc.'s ("CSC"), motion to file twelve motions *in limine* is **GRANTED**.  CSC's twelve motions *in limine* lodged with the Court on December 19, 2006 are deemed filed, including the four motions *in limine* which are overlength.

**IT IS SO ORDERED**.

(Proposed) Order Granting Defendant Chugiak Senior
Citizens, Inc.'s Motion to File Twelve Motions *in Limine*
Winters v. Chugiak Senior Citizens/Case No. 3:06-cv-0083 (TMB)          Page 1 of 2

DATED at Anchorage, Alaska, this _____ of _____, 200___.

_____
Timothy M. Burgess , U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day
of December, 2006, a copy of this
document was served electronically on:

Barbara Brink/Nikole Nelson
Jim Davis, Jr./Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

s/Donna M. Meyers and Clay A. Young
(125685)

(Proposed) Order Granting Defendant Chugiak Senior
Citizens, Inc.'s Motion to File Twelve Motions *in Limine*
Winters v. Chugiak Senior Citizens/Case No. 3:06-cv-0083 (TMB)                    Page 2 of 2