Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
Phone:  907-279-3581
Fax:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters, </br></br>　　　　　　　Plaintiff, </br></br>　v. </br></br>CHUGIAK SENIOR CITIZENS, INC., </br></br>　　　　　　　Defendant. | )</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>) Case No. 3:06-cv-00083-TMB |

**DEFENDANT CHUGIAK SENIOR CITIZENS, INC.'S MOTION *IN LIMINE* NO. 1 TO EXCLUDE EVIDENCE OF LIABILITY INSURANCE**

**I.   INTRODUCTION**

The defendant, Chugiak Senior Citizens, Inc. ("CSC"), by and through counsel of record, Delaney Wiles, Inc., files this motion *in limine* to preclude plaintiff, Helen Winters, from presenting evidence either through herself or through any witness or exhibit that CSC is insured against liability.  Federal Alaska Evidence Rule 411 precludes the admissibility of insurance except for very limited purposes.

Defendant Chugiak Senior Citizens, Inc.'s Motion *in Limine*
No. 1 To Exclude Evidence of Liability Insurance
Winters v. Chugiak Senior Citizens/Case No. 3:06-cv-0083 (TMB)　　　　　　　Page 1 of 4

## II.  ARGUMENT

Evidence Rule 411 states:

> Evidence that a person was or was not insured against liability is not admissible upon the issue whether the person acted negligently or otherwise wrongfully. This rule does not require the exclusion of evidence of insurance against liability when offered for another purpose, such as proof of agency, ownership, or control, or bias or prejudice of a witness.

Fed. R. Evid. 411. Evidence Rule 411 thus precludes the admissibility of applicable insurance coverage unless offered to prove such things as ownership, control, or bias of a witness. *Id.*

> The courts have with substantial unanimity rejected evidence of liability insurance for the purpose of proving fault, and absence of liability insurance as proof of lack of fault. At best the inference of fault from the fact of insurance coverage is a tenuous one, as is its converse. More important, no doubt, has been the feeling that knowledge of the presence or absence of liability insurance would induce juries to decide cases on improper grounds.

Commentary to Federal Evidence Rule 411. In other words, Rule 411 protects insured parties from the danger that a jury might decide a close case against them, simply because they were insured. Fed. R. Evid. 411.

The issue of whether CSC acted unlawfully in attempting to terminate its lease agreement and residential service contract with plaintiff or whether CSC's employees acted negligently or otherwise unlawfully will be vigorously disputed at trial. None of the Rule 411 limited permissible purposes are at issue in this case. Therefore, evidence of insurance coverage should be excluded, and not interjected -- even by inference -- into this trial.

Defendant Chugiak Senior Citizens, Inc.'s Motion *in Limine*
No. 1 To Exclude Evidence of Liability Insurance
Winters v. Chugiak Senior Citizens/Case No. 3:06-cv-0083 (TMB)   Page 2 of 4

## III. CONCLUSION

For the reasons explained above, the Court should grant CSC's motion *in limine* to preclude the plaintiff from presenting any evidence or argument that CSC is insured against liability. CSC is thus entitled to have this Court grant its motion and order the plaintiff and her counsel to not mention, refer to, interrogate concerning, or attempt to convey to the jury in any manner, expressly or by inference, evidence of liability insurance. The plaintiff and her counsel should also be instructed to not make any reference to this motion having been filed and allowed, to warn and caution each of their witnesses to follow these instructions, and to give them a copy of this order before they testify.

DATED at Anchorage, Alaska, this 19th of December, 2006.

DELANEY WILES, INC.
Attorneys for Chugiak Senior Citizens, Inc.

s/Donna M. Meyers and Clay A. Young
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, Alaska  99501
Phone:      907-279-3581
Fax:          907-277-1331
E-mail:     dmm@delaneywiles.com
E-mail:     cay@delaneywiles.com
Alaska Bar Assoc. No. 9006011 (DMM)
Alaska Bar Assoc. No. 7410117 (CAY)

Defendant Chugiak Senior Citizens, Inc.'s Motion *in Limine*
No. 1 To Exclude Evidence of Liability Insurance
Winters v. Chugiak Senior Citizens/Case No. 3:06-cv-0083 (TMB)                    Page 3 of 4

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day
of December, 2006, a copy of this document
was served electronically on:

Barbara Brink/Nikole Nelson
Jim Davis, Jr./Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

s/Donna M. Meyers and Clay A. Young
(125460)

Defendant Chugiak Senior Citizens, Inc.'s Motion *in Limine*
No. 1 To Exclude Evidence of Liability Insurance
Winters v. Chugiak Senior Citizens/Case No. 3:06-cv-0083 (TMB)                                                                 Page 4 of 4