Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
Phone:  907-279-3581
Fax:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>     Plaintiff,<br><br>v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>     Defendant. | Case No. 3:06-cv-00083-TMB |

**(PROPOSED) ORDER GRANTING DEFENDANT CHUGIAK SENIOR CITIZENS, INC.'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF LIABILITY INSURANCE**

**I. INTRODUCTION**

The defendant, Chugiak Senior Citizens, Inc.'s ("CSC"), motion *in limine* to preclude plaintiff Helen Winters, from presenting evidence either through herself or through any witness or exhibit that CSC is insured against liability is **GRANTED**. The parties are precluded from admitting any evidence of CSC's liability insurance,

(Proposed) Order Granting Defendant Chugiak
Senior Citizens, Inc.'s Motion *in Limine* No. 1 to Exclude
Evidence of Liability Insurance
Winters v. Chugiak Senior Citizens/Case No. 3:06-cv-0083 (TMB) Page 1 of 2

even by inference, into this trial. Neither party, or their counsel shall mention, refer to, interrogate concerning, or attempt to convey to the jury in any manner, expressly or by inference, evidence of CSC's liability insurance, unless this Court rules otherwise. The parties shall not make any reference to CSC's motion or this order and the parties shall warn and caution each of their witnesses to follow this order, and shall give them a copy of this order before they testify.

**IT IS SO ORDERED**.

DATED at Anchorage, Alaska, this ____ of _____, 200___.

s/ Timothy M. Burgess  
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of December, 2006, a copy of this document was served electronically on:

Jim Davis, Jr./Barbara Brink/
Nikole M. Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska  99501

/s/Donna M. Meyers and Clay A. Young
(125462)

(Proposed) Order Granting Defendant Chugiak
Senior Citizens, Inc.'s Motion *in Limine* No. 1 to Exclude
Evidence of Liability Insurance
Winters v. Chugiak Senior Citizens/Case No. 3:06-cv-0083 (TMB)                    Page 2 of 2