IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, )<br>through her power of attorney )<br>Carol Winters, )<br>                       )<br>    Plaintiff, )<br>                       )<br>vs. )<br>                       )<br>CHUGIAK SENIOR CITIZENS, INC., )<br>                       )<br>    Defendant. )<br>_____) | Case No. 3:06-cv-00083-TMB |

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**

COMES NOW, plaintiff Helen Winters, through her power of attorney Carol Winters, and by and through counsel, Alaska Legal Services Corporation, and pursuant to Fed. R. Civil Procedure, Rule 56, hereby moves the Court to grant partial summary judgment in favor of Ms. Winters on portions of the claims asserted. Specifically, that Ms. Winters is entitled by law to judgment in her favor that Defendant Chugiak Senior Citizens Center ("CSC") has violated the Alaska Assisted Living Homes Act and breached its contract with Ms. Winters by its efforts to evict Ms. Winters, and failed to have in place as required by the Alaska Assisted Living Homes Act, a written complaint process. This motion is supported by the memorandum of law and related documents filed herewith.

DATED: December 19, 2006        ALASKA LEGAL SERVICES CORPORATION
                                                  Attorneys for Plaintiff
                                                  Helen Winters
                                                  through her power of attorney Carol Winters

                                                  s/Sonja D. Kerr_____
                                                  ALASKA LEGAL SERVICES

        1016 West 6th Avenue, Suite 200  
        Anchorage, Alaska 99501  
        PHONE: (907) 272-9431  
        FAX: (907) 279-7417  
        E-mail: skerr@alsc-law.org  
        Alaska Bar No. 0409051

I, Sonja D. Kerr, certify that on December 19, 2006 a copy of the foregoing document was served electronically on Donna Meyers, at Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.

        s/Sonja D. Kerr