| CAROL WINTERS | 8/28/2006 | WINTERS v. CHUGIAK SR. CITZ.<br>3:-06-CV-00083-TMB |
|---|---|---|

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

HELEN WINTERS, through her Power of )
Attorney Carol Winters,              )
                                     )
              Plaintiff,             )
    vs.                              )
                                     )
CHUGIAK SENIOR CITIZENS, INC.,       )
                                     )
              Defendant.             )
                                     )

Case No. 3:06-CV-00083-TMB

VOLUME I

VIDEOTAPE DEPOSITION OF CAROL WINTERS

August 28, 2006

APPEARANCES:

    FOR THE PLAINTIFF:      MR. JAMES J. DAVIS, JR.
                            MS. BARBARA BRINK
                            Alaska Legal Services
                            Corporation
                            1016 West Sixth Avenue
                            Suite 200
                            Anchorage, Alaska 99501
                            (907) 272-9431

    FOR THE DEFENDANT:      MS. DONNA M. MEYERS
                            Delaney Wiles, Inc.
                            1007 West Third Avenue
                            Suite 400
                            Anchorage, Alaska 99501
                            (907) 279-3581

    ALSO PRESENT:           MARLA NELSON



EXHIBIT B
Page ___ of ___

```
 1    talked on the phone three to four times a day after she
 2    moved into Chugiak.  And my mother and I have an extremely
 3    close relationship, we always have.  I have never known my
 4    mother to lie.  I have never known my mother to
 5    exaggerate.  I have never known my mother to fabricate.
 6    My mother will call a priest -- she goes to confession
 7    every year and she'll confess white lies, like if she
 8    tells someone they look good when they don't.  I mean this
 9    is the kind of mother my -- the character my mother has.
10    So when my mother relates these things to me, I know
11    they're a fact.
12              The aides, one of the aides, the main abusers,
13    I mean, one that did the most is Teresa Forsythe.  And let
14    me give you a couple of examples.  Now a couple of times
15    she actually told my mother in the dining room and really
16    embarrassed my mother, she would tell my mother you're not
17    a nice person.  She told me mother that twice in the
18    dining room.  And I'll bet there would be someone as a
19    witness.  I don't know what day it was or who was there
20    but if my mother said it, it happened.  She doesn't make
21    things up.
22              One time in the bathroom mom said, she said to
23    Teresa, who was just nasty in her attitude, she said why
24    can't you be nice to me?  And Teresa said, well, you're
25    not a nice person.  And she took pads that she had in her
```

EXHIBIT  B
Page ____ of ____