Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
Phone: 907-279-3581
Fax: 907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>CHUGIAK SENIOR CITIZENS, INC.,  )<br>)<br>Defendant.  )<br>_____ ) | Case No. 3:06-cv-00083-TMB |

**(PROPOSED) ORDER GRANTING DEFENDANT CHUGIAK SENIOR CITIZENS, INC.'S MOTION *IN LIMINE* NO. 2 RE: PLAINTIFF'S ALLEGED RELIGIOUS BELIEFS**

The defendant, Chugiak Senior Citizens, Inc.'s ("CSC"), motion *in limine* to preclude the plaintiff Helen Winters, from presenting any evidence or argument regarding the plaintiff's alleged religious beliefs and the impact her alleged religious beliefs have on her credibility and ability to lie is **GRANTED**.

(Proposed) Order Granting Defendant Chugiak
Senior Citizens, Inc.'s Motion *in Limine* No. 2 Re:
Plaintiff's Alleged Religious Beliefs
Winters v. Chugiak Senior Citizens/Case No. 3:06-cv-0083 (TMB)   Page 1 of 2

**IT IS SO ORDERED.**

DATED at Anchorage, Alaska, this _____ of _____, 200__.

_____
Timothy Burgess, United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day
of December, 2006, a copy of this document
was served electronically on:

Jim Davis, Jr./Barbara Brink/
Nikole M. Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska  99501

/s/Donna M. Meyers and Clay A. Young
(125471)

(Proposed) Order Granting Defendant Chugiak
Senior Citizens, Inc.'s Motion *in Limine* No. 2 Re:
Plaintiff's Alleged Religious Beliefs
Winters v. Chugiak Senior Citizens/Case No. 3:06-cv-0083 (TMB)                    Page 2 of 2