IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS,<br>through her power of attorney<br>Carol Winters,<br><br>    Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>    Defendant. | Affidavit of Sonja D. Kerr<br><br>Case No. 3:06-cv-00083-TMB |

State of Alaska

    Comes now, Sonja D. Kerr, and being first duly sworn, deposes and states:

1. I am one of the counsel of record in this case.

2. Attached is a true and correct copy of CSC's "Move-Out Criteria", bate stamped as 10527, Plaintiff Ex. 95.

3. Attached is a true and correct copy of two pages of the deposition of Linda Hendrickson, Plaintiff Ex. 50, at pg. 119-120.

4. Attached is a true and correct copy of CSC's Policies and Procedures Excerpt, Consumer Complaints Feedback Policy, bate stamped 10167, Plaintiff Ex. 23.

5. Attached is a true and correct copy of one page of the deposition of Linda Hendrickson, Plaintiff Ex. 50, at T. 44.

6. Attached is a true and correct copy of one page of the deposition of Lynn Moser, Plaintiff Ex. 94, at T. 49.

LAW OFFICES OF
ALASKA LEGAL SERVICES CORPORATION
ANCHORAGE AND STATEWIDE OFFICE
1016 WEST SIXTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1963
(907) 272-9431

Affidavit of Sonja D. Kerr, for Plaintiff's Motion for Partial Summary Judgment    1
H.W. v. Chugiak, 3:06-cv-00083 (TMB)

7. Attached is a true and correct copy of one page of the deposition of Tom Isaacs, Plaintiff Ex. 53, at T. 122.

8. Attached is a true and correct copy of one page of the deposition of Jan Freels, Plaintiff Ex. 51, at T.82-83.

9. Proposed Ex. 96, "Chugiak Senior Center Quality Assurance Complaint Form" (Bate Stamped 10473A) was provided to us on December 5, 2006 with Defendant's 24th Supplemental Disclosures.

Further, affiant saith.

Dated this 19th day of December, 2006.

_Sonja D. Kerr_
Sonja D. Kerr

Subscribed and sworn to before me
this 19th day of December 2006.

_____
Notary Public

My commission expires:

LAW OFFICES OF
ALASKA LEGAL SERVICES CORPORATION
ANCHORAGE AND STATEWIDE OFFICE
1016 WEST SIXTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1963
(907) 272-9431

Affidavit of Sonja D. Kerr, for Plaintiff's Motion for Partial Summary Judgment   2
H.W. v. Chugiak, 3:06-cv-00083 (TMB)