| **Chugiak Senior Center** | | Standard Operations Manual | |
|---|---|---|---|
| Department: | Agency | Document Type: | Policy & Procedure |

Policy Title: Consumer Complaints Feedback

Purpose: To ensure that Chugiak Senior Center continues to provide the highest level of services to seniors and adults who experience a disability. To provide data which will facilitate determination of the success of each program in meeting those needs.

Policy: Complaint forms shall be available to clients, residents and other consumers. Complaint forms shall be collected on a regular basis and shall be entered into the complaint database.

Procedure: Complaint forms shall serve the purpose of identifying problems.

Complaint forms shall be collected and entered into a database developed for the purpose of monitoring complaints. The responsibility for maintaining the database and generating reports shall be assigned by the Executive Director.

The database report shall contain the following:

- Categories for each department and program;
- Type of complaints, i.e., customer service, food quality, etc.

All complaints shall be forwarded to the Executive Management Team for review and action when appropriate.

Complaints shall be included in the monthly report that each program director submits to the Executive Director for approval and inclusion in the Executive Director's monthly report to the Board of Directors.

Complaints shall be investigated, documented and resolved.

**Related Policies:**
Internal Evaluation
Satisfaction Survey
Quality Assurance Monitoring
Staff Satisfaction Survey
Strategic Planning

PLAINTIFF'S EXHIBIT
CASE NO. 3-06 cv 00083 TMB
EXHIBIT NO. 23

| Created: 11/29/04 | Board Approval: | Revised: | Version: Original |
|---|---|---|---|