```
                IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF ALASKA


HELEN WINTERS, through   )
her Power of Attorney    )
Carol Winters,           )
                         )
           Plaintiff,    )
                         )
vs.                      )
                         )
CHUGIAK SENIOR CITIZENS, )
INCORPORATED,            )
                         )
           Defendant.    )
_____)
Case #3:06-cv-00083-TMB
```

## DEPOSITION TRANSCRIPT

### OF

### LINDA HENDRICKSON

\* \* \* \* \* \* \* \* \*

November 15, 2006

\* \* \* \* \* \* \* \* \*

PLAINTIFF'S EXHIBIT
CASE NO. 3:06-cv-00083-TMB
EXHIBIT NO. 50

P.O. BOX 102715 □ ANCHORAGE, ALASKA 99510 □ (907) 566-0115 □ FAX (907) 278-1517
u•type depositions, inc.
16545 SOUTHCLIFF CR. □ ANCHORAGE, AK 99516-5413 □ (907) 276-0544 □ FAX (907) 278-1517

1 A    Yes, she was.

2 Q    What for?

3 A    I'm not sure what the cause was, but I know for sure that
4       she was.

5 Q    Was Rhonda Cameron terminated?

6 A    No, she was not.

7 Q    Was Steven Martinez terminated?

8 A    I do not know.

9 Q    Was Laurie Guderian terminated?

10 A    No.

11 Q    Teri Sweigart is still there working for you?

12 A    Yes, yes.

13 Q    Would you look at Exhibit U, please?

14 A    (No audible response).

15           (Copy of a document entitled
16           Chugiak Senior Center dated
17           September 9, '04 consisting of
18           six pages marked Exhibit U for
19           identification)

20 BY MS. KERR:

21 Q    Have you seen this document before?

22 A    Yes.

23 Q    What is it?

24 A    A functional assessment.

25 Q    And it is a functional assessment of Helen Winters?

```
                                                              Page 120
 1  A    Yes.

 2  Q    Dated September 9, 2004?

 3  A    Yes.

 4  Q    Completed by Jan Freels or Lynn Moser, I'm sorry?

 5  A    Yes.

 6  Q    At the last page of this Exhibit U, page six, 30008,

 7       there is a score up there at the top; do you see that?

 8       It says 26?

 9  A    Yes.

10  Q    Do you get that 26 by adding up all of the numbers?

11  A    I believe that's -- yes, how it is supposed to be done.

12  Q    And how often does CSC conduct a functional assessment of

13       a resident?  Is it once [every] six months, once every

14       two years, what do you do?

15  A    I know they do one upon admission and then if necessary,

16       if something changes.  They're constantly assessing, so

17       if something changes, they'll do another functional

18       assessment if there has been a definite change.

19  Q    So if there hasn't been any definite change, then there

20       wouldn't necessarily be a functional assessment,

21       additional one?

22  A    Not necessarily, unless the family requested it or a Care

23       Coordinator requested it.

24  Q    Now, does the staff at CSC provide meals to residents?

25  A    In that they take them to them, do you mean?
```