```
 1              IN THE UNITED STATES DISTRICT COURT
 2                    FOR THE DISTRICT OF ALASKA
 3
 4   HELEN WINTERS, through    )
     her Power of Attorney     )
 5   Carol Winters,            )
                               )
 6              Plaintiff,     )
                               )
 7   vs.                       )
                               )
 8   CHUGIAK SENIOR CITIZENS,  )
     INCORPORATED,             )
 9                             )
                Defendant.     )
10   _____)
     Case #3:06-cv-00083-TMB
11
12              DEPOSITION TRANSCRIPT

                         OF
13
                  LINDA HENDRICKSON
14

15            *  *  *  *  *  *  *  *  *

16               November 15, 2006

17            *  *  *  *  *  *  *  *  *
```

PLAINTIFF'S EXHIBIT
CASE NO. 3:06-cv-00083 TMB
EXHIBIT NO. 50



16545 SOUTHCLIFF CR. □ ANCHORAGE, AK 99516-5413 □ (907) 276-0544 □ FAX (907) 278-1517

```
 1        such posting had been put up?
 2 A      No.
 3 Q      No?
 4 A      No, not that I'm aware of.
 5 Q      Would you tell me the process that is to be used by
 6        residents at CSC if they have a complaint about their
 7        care?
 8 A      They usually go to Marla first and then Marla takes it to
 9        the appropriate areas from there.
10 Q      When you say that it goes to Marla, is that a verbal
11        process?
12 A      Yes.
13 Q      Is it a written process?
14 A      It can be either.
15 Q      Is there a complaint form?
16 A      I don't believe there's an official form, no.  They
17        usually write a letter, if there is one.
18 Q      Is there a reason there is no complaint form?
19 A      No.
20 Q      Would you look at Exhibit E?
21 A      (No audible response).
22                              (Copy of a document entitled
23                              Chugiak Senior Center consisting
24                              of seven pages marked Exhibit E
25                              for identification)
```