IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

COPY

HELEN WINTERS, through )
her Power of Attorney )
Carol Winters, )
 )
        Plaintiff, )
 )
vs. )
 )
CHUGIAK SENIOR CITIZENS, )
INCORPORATED, )
 )
        Defendant. )

Case #3:06-cv-00083-TMB

## DEPOSITION TRANSCRIPT

OF

## JAN FREELS

\* \* \* \* \* \* \* \* \*

November 27, 2006

\* \* \* \* \* \* \* \* \*

PLAINTIFF'S EXHIBIT
CASE NO. 3:06-cv-00083 TMB
EXHIBIT NO. 51

16545 SOUTHCLIFF CR. ☐ ANCHORAGE, AK 99516-5413 ☐ (907) 276-0544 ☐ FAX (907) 278-1517

1  A   I was just looking at those. Not for all of the
2      departments, but it started probably in June of '04.
3  Q   And does your department report include any complaints?
4  A   Yes.
5  Q   How do residents obtain a copy of a complaint form?
6  A   They request one.
7  Q   Is there any other way for a resident to get a complaint
8      form other than to request one?
9  A   No.
10 Q   Who do they have to request a complaint form from?
11 A   The Assisted Living Administrator.
12 Q   Which is who?
13 A   Jan Fithian.
14 Q   Now, a minute ago you said she was the Administrative
15     Assistant.
16 A   What did I just say?
17 Q   Assisted Living Program Administrator.
18 A   Administrative Assistant.
19 Q   And how are residents informed that they may obtain a
20     complaint from Jan Fithian?
21 A   I don't know.
22 Q   Well, your policy here says complaint forms shall be
23     available to clients, residents and other consumers. You
24     wrote that?
25 A   I did.

1  Q    When you wrote that complaint forms shall be available,
2       how did you intend that they would be available to
3       residents?
4  A    From the receptionist and the administrative assistant.
5  Q    Who is the receptionist?
6  A    We have two and that would be Mary Woods and Maxine
7       McKinley in our main office.
8  Q    So if I am understanding what you are saying then, to
9       file a complaint with a complaint form, a resident would
10      have to know to ask Jan Fithian or Mary Woods or Maxine
11      McKinley?
12 A    Yes.
13 Q    And how would a resident know to make the request of
14      those people?
15 A    I don't know the answer at this time.
16 Q    When you say you don't know the answer at this time, does
17      that mean you might know the answer later or.....
18 A    That means that it is in the resident handbook I'm
19      developing.
20 Q    You are developing a new resident handbook?
21 A    I'm developing a resident handbook, period.
22 Q    So before now there hasn't really been a resident
23      handbook?
24 A    No.
25      MS. MEYERS: Objection; form of question.