```
                    IN THE UNITED STATES DISTRICT COURT

                         FOR THE DISTRICT OF ALASKA


 HELEN WINTERS, through      )
 her Power of Attorney       )
 Carol Winters,              )
                             )
            Plaintiff,       )
                             )
 vs.                         )
                             )
 CHUGIAK SENIOR CITIZENS,    )
 INCORPORATED,               )
                             )
            Defendant.       )
 _____)
 Case #3:06-cv-00083-TMB
```

## DEPOSITION TRANSCRIPT

## OF

## THOMAS ISAACS

\* \* \* \* \* \* \* \* \*

November 15, 2006

\* \* \* \* \* \* \* \* \*



PLAINTIFF'S EXHIBIT
CASE NO. 3:06-cv-00083 TMB
EXHIBIT NO. 53



16545 SOUTHCLIFF CR. □ ANCHORAGE, AK 99516-5413 □ (907) 276-0544 □ FAX (907) 278-1517

```
 1      nurse, yeah (affirmative).
 2  Q   Is there a more formalized process than that?
 3  A   There could be something written up some place, but
 4      that's usually the policy that's followed.  If there is a
 5      formalized process, I'm not aware of it because it
 6      doesn't really affect me.  I wouldn't be addressing it.
 7  Q   Okay.  So if you can fix it, you fix it?
 8  A   Oh, yeah (affirmative).
 9  Q   If it needs to go to somebody higher up, it -- you guys
10      are.....
11  A   Right, and if it was a big complaint, it would have to go
12      to someone higher up, then I would possibly be the
13      implementer of the solution.....
14  Q   True.
15  A   .....but they wouldn't -- and they might ask me my
16      opinion, but I wouldn't know of any formalized process
17      because it's kind of out of my scope of practice.
18  Q   Do you know if there is any form or anything for a
19      resident to fill out if they would like to make a written
20      complaint?
21  A   I don't believe there is, but there could be.  I've never
22      seen one.
23  Q   Never seen one?
24  A   Never seen one.
25  Q   And so are you working 40 hours a week now on day shift
```