IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

HELEN WINTERS, through )
her Power of Attorney )
Carol Winters, )
                               )
       Plaintiff, )
                               )
vs. )
                               )
CHUGIAK SENIOR CITIZENS, )
INCORPORATED, )
                               )
       Defendant. )
_____)
Case #3:06-cv-00083-TMB

## TELEPHONIC DEPOSITION TRANSCRIPT

### OF

### LYNN MOSER

\* \* \* \* \* \* \* \* \* \*

November 27, 2006

\* \* \* \* \* \* \* \* \* \*

PLAINTIFF'S EXHIBIT
CASE NO. 3:06-cv-00083 TMB
EXHIBIT NO. 94

P.O. BOX 102715 ☐ ANCHORAGE, ALASKA 99510 ☐ (907) 566-0116 ☐ FAX (907) 278-1517

accu•type depositions, inc.

16545 SOUTHCLIFF CR. ☐ ANCHORAGE, AK 99516-5413 ☐ (907) 276-0544 ☐ FAX (907) 278-1517

1       come up and so in regards to addressing those, I just
2       suggested, you know, maybe we should try thinking of a
3       different placement for her so that she would get the
4       needs addressed like she was looking for.
5   Q   At the times prior to the December 2004 conversation, did
6       you at any time tell Carol Winters that she had the right
7       to file a complaint about any of the concerns she had?
8   A   I don't remember that coming up in a conversation.  I
9       don't remember.
10  Q   Did you ever see a complaint form while you were at CSC,
11      you know, that a resident could fill out and, you know,
12      give to whomever to resolve concerns?
13  A   No.
14  Q   What did you understand was the process for a resident to
15      complain about care?
16  A   You know, just one moment.  Can I look at some -- can I
17      look at a resident service contract?
18  Q   (No audible response).
19  A   I believe in that it says that the client or the person
20      who lives in the apartment, that they have the right to
21      go to the Ombudsman to say if they had a complaint or if
22      they had a problem with the situation that we were doing
23      and so at that point, I would have made them aware that
24      would have happened and there would be no, you know,
25      recoil from that happening.