**Senior Center**
22424 N. Birchwood Loop
Chugiak, AK 99567
Assisted Living Program

## Move-Out Criteria

It is the mission of Chugiak Senior Center Assisted Living Program to provide residents with high quality service for as long as possible. Through ongoing assessments and care conferences, we strive to provide the services that residents need to maximize their independence and well-being. As an assisted living facility that provides support with activities of daily living (bathing, grooming, eating, toileting, transferring, mobility), we provide 24-hour staffing, seven days a week. We do not, however, provide 24-hour, seven days a week, skilled nursing.

There may come a time when the level of service required by a resident is beyond our ability to provide safe and effective care. If and when that time comes, the resident and their legal representative, care coordinator, and physician will be consulted before any move-out decision is made. The decision will be solely based on Chugiak Senior Center assisted Living Programs ability to meet the needs of the resident in a safe and secure manner. Chugiak Senior Center Assisted Living Program shall provide the resident, their legal representative, and care coordinator with 30 days notice of a proposed move-out unless such delay might jeopardize the health, safety, and well-being of the resident or others. The resident and / or their legal representative (if applicable) shall have the right to conference with the Administrator if a request is made within 10 days of receipt of the notice for move-out.

Chugiak Senior Center Assisted Living Program is no longer appropriate if the resident's functional assessment score is equal to or higher than fifty-six (56) and / or one or more of the following conditions exist. The resident:

1. Requires restraints (Chugiak Senior Center Assisted Living Program is a restraint free facility);
2. Requires total assistance with eating;
3. Desires / requires specialized care that is not provided by this facility;
4. Requires continuous skilled nursing care;
5. Has bedsores or skin break-down that requires care beyond that provided by this facility;
6. Requires special intervention, beyond the capacity of the staff to provide, to prevent active harm to self or others;
7. Poses ongoing or unmanageable threats to self or others, (i.e. non-compliant with medications, threatens suicide, presents abusive behaviors either verbally or physically);
8. Is no longer able to communicate his/her needs or no longer participates in his/her own care;
9. Requires more than one staff member's assistance with transfers, bathing or any other care activities; or
10. Has uncontrolled, unsanitary practices that are not uniform with assisted living, i.e. any practices that infringe upon the living conditions of other residents or the destruction of Center property.
11. Obtains a score of 57 and above on the Chugiak Senior Center Functional Assessment.

I certify that I have read and understand the move-out policy of Chugiak Assisted Living, and agree to the terms as noted above. I have received a copy of this signed affidavit and will comply with the policy.

_____                              Date: _____
Resident or Legal Representative

R04/25/05

PLAINTIFF'S EXHIBIT
CASE NO. 3:06-cv-000 83 TMB
EXHIBIT NO. 25

PLAINTIFF'S EXHIBIT
R
10/1

10527
Winters v. CSC