IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her power of attorney Carol Winters,<br><br>　　　Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>　　　Defendant. | Affidavit of Carol Winters<br><br>Case No. 3:06-cv-00083-TMB |

State of Alaska

　　　Comes now, Carol Winters, and being first duly sworn, deposes and states:

1.　　I am an adult resident of the State of Alaska.

2.　　I am the daughter of and Power of Attorney for Helen Winters.

3.　　On September 9, 2004 I met with Lynn Moser, CSC Program Director, and my mother, Helen Winters. Ms. Moser completed a Pre-Assessment Screening, a true and correct copy of which is attached at Plaintiff Ex. 5.

4.　　Another document completed at that time was a Client Profile, a true and correct copy of which is at Plaintiff Ex. 6. (The document is misdated as admitted in Ms. Moser's deposition.)

5.　　The first CSC service plan is dated September 15, 2004 and provides that my mother is to have assistance in toileting, ambulation, transfer, incontinent needs, dressing, bathing, medications, personal hygiene and safety checks. This is Plaintiff Ex. 8.

Affidavit Carol Winters in Support of Plaintiff's Motion for Partial Summary　　1
Judgment
3:06-00083 (TMB)

6. The first DSDS Choice Program Plan of Care is dated September 11, 2004 and a true and correct copy is attached as Plaintiff Ex. 7.

7. On September 24, 2004, I signed a CSC Assisted Living Program Lease Agreement for my mother, a true and correct copy of which is attached as Plaintiff Ex. 11.

8. On September 24, 2004, I signed a CSC Assisted Living Program Resident Service Contract for my mother, a true and correct copy of which is attached as Plaintiff Ex. 12.

9. A DSDS Choice Program Plan of Care from September 10, 2005 was created for my mother and a true and correct copy of this is attached as Plaintiff Ex. 33 and 34.

10. A CSC Service Plan of October 5, 2005 was created for my mother, and a true and correct copy of this is attached as Plaintiff Ex. 38.

11. I was never provided a written complaint form by any staff member of CSC. I have now received from my counsel a copy of a document titled "Chugiak Senior Center Quality Assurance Complaint Form." A true and correct copy of what we received is attached to this affidavit as proposed Plaintiff Ex. 96.

Further affiant saith not.

Dated this _____ day of December, 2006.

_____
Carol Winters

LAW OFFICES OF
ALASKA LEGAL SERVICES CORPORATION
ANCHORAGE AND STATEWIDE OFFICE
1016 WEST SIXTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1963
(907) 272-9431

Affidavit Carol Winters in Support of Plaintiff's Motion for Partial Summary Judgment     2
3:06-00083 (TMB)

Subscribed and sworn to before me this \_\_\_\_
day of December, 2006.

_____

Notary Public

My commission expires:

LAW OFFICES OF
ALASKA LEGAL SERVICES CORPORATION
ANCHORAGE AND STATEWIDE OFFICE
1016 WEST SIXTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1963
(907) 272-9431

Affidavit Carol Winters in Support of Plaintiff's Motion for Partial Summary   3
Judgment
3:06-00083 (TMB)