SEP 19 05 02:23p        KATHY A. HUSKEY                    1-907-696-3387              p.2

Division of Senior and Disabilities Services • Choice Program
Older Alaskans/Adults with Physical Disabilities Plan of Care

Last Name: WINTERS
First Name: HELEN
Middle Name:

OA/AP#: OA2989

| From 9-11-04 | EMAIL TO DSDS ON 9-19-05 |
|---|---|
| To: 9-10-05 | Amendment #: |
| | Effective Date of Addition/Change: |

| SERVICE TYPE and CLIENT's IDENTIFIED NEEDS: | SERVICE DESCRIPTION: | PROVIDER(S): | EXPECTED OUTCOME or AMENDMENT RATIONALE: |
|---|---|---|---|
| Specify client's identified nursing need(s) for services requested. | Calculation Methodology: Describe method used to calculate units of requested services. Specify Effective Date of all amendments or changes in client status. | List provider(s) name, address, and phone #. Specify Medicaid Provider # Specify Procedure Codes. | Describe anticipated benefits to client from services provided. |
| **CHOICE PROGRAM MEDICAID WAIVER SERVICES** | | | |
| Coordinated Care (7001M –7004M) Need: Choice qualified client requiring professional coordination of multiple services and providers to meet client's needs. | Performs screening, assessment, plan of care, and reassessment. The Care Coordinator stays informed of changes in client condition. | AGENCY: CARE PLANS PO BOX 772482 EAGLE RIVER, AK. 99577 1-907-696-3387 | Care Coordinators are able to respond to changes in client condition as rapidly as changes occur. |
| Ongoing Care Coordination (7005M) Need: Client requires continuous monitoring of needs and provision of services. | Care coordinator will contact client twice each month and PRN, including one face-to-face visit; will monitor services provided; assist client with problem solving. | CMG#: 347 Care Coordinator: KATHY A. HUSKEY PO BOX 772482 EAGLE RIVER, AK. 99577 1-907-696-3387 CM#:0347 | Scheduled care is provided; client can maintain current level of independence in a safe manner. |
| Adult Day Care (7341M) Need: Potential for social isolation related to complex medical problems and debilitated condition | Units per week: NONE | Provider Name: HC#: | |
| Chore Service (7301M) Need: | NONE | | |
| Assisted Living (7331M) Need: HELEN REQUIRES 24 HOUR SUPERVISION & SUBSTANTIAL ASSISTANCE WITH ALL OF HER ADL'S & IADL'S. | See assisted living plan of care supplement. | Provider Name: CHUGIAK SENIOR CENTER ALH RL#: 9259 PHONE: 688-2677 PHONE: 688-2661 | See assisted living plan of care supplement. |

PLAINTIFF'S EXHIBIT
CASE NO. 3:06-cv-00083 TMB
EXHIBIT NO. 2

30046
Winters v. CSC

Sep 19 05 02:23p        KATHY A. HUSKEY                    1-907-696-3387              p.3

Division of Senior and Disabilities Services • Choice Program
Older Alaskans/Adults with Physical Disabilities Plan of Care

Last Name: WINTERS
First Name: HELEN
Middle Name:
OA/AP#: OA2989

EMAIL TO DSDS ON 9-19-05

| | | | |
|---|---|---|---|
| Respite Services: specify<br>Hourly (7201M)<br>Daily) 7202M) | NONE | | |
| Specialized Private Duty Nursing<br>ICD9#:<br>Need: | Units per week: NONE<br><br>(1 unit equals one hour) | Provider Name:<br>NA#:<br>Check One:<br>☐ RN<br>☐ LPN | |
| Environmental Modification (7401M)<br>Administrative Fee (7402M)<br>Need: | NONE | Check One:<br>☐ Agency/HC#:<br>Agency Name:<br>☐ Contractor/EM #: | |
| Transportation: (7021M)<br>Escort: (7022M)<br>Need: Helen cannot drive and she requires transportation to her medical appointments r/t her complex medial issues. | Transportation is provided for Helen 44 UNITS<br>(1 one-way trip equals one unit) | Transcare HC# 8626<br><br>562-3503 | Helen will have reassurance of a safe & timely transportation to her medical appointments. |
| Meals:(specify home or congregate)<br>In Home: (7311M)<br>Congregate:(7312M)<br>Need: | NONE | | |
| Waiver Specialized Equipment & Supplies not covered by regular Medicaid: Specify Medicaid Procedure Code(s)<br>Need | NONE<br><br>(Nutritional supplements: 1 can equals 1 unit) | | |
| APD MEDICAID WAIVER ONLY | | | |
| Residential Habilitation – In-Home Supports (7101M)<br>Need: | | Provider Name:<br>HC#: | |
| Residential Habilitation – Shared Care (7103M)<br>Need: | | Provider Name:<br>HC#: | |
| Residential Habilitation – Foster Care (7105M)<br>Need: | | Provider Name:<br>HC#: | |
| Residential Habilitation – Supported Living (7107M)<br>Need: | | Provider Name:<br>HC#: | |

30047
Winters v. CSC

Sep 19 05 02:23p        KATHY A. HUSKEY                    1-907-696-3387         p.4

**Division of Senior and Disabilities Services • Choice Program**
**Older Alaskans/Adults with Physical Disabilities Plan of Care**

Last Name: **WINTERS**
First Name: **HELEN**
Middle Name:
OA/AP#: **OA2989**

EMAIL TO DSDS ON 9-19-05

| | | | |
|---|---|---|---|
| Residential Habilitation - Group Home (7111M) Need: | | Provider Name: HC#: | |
| Supported Employment Habilitation (7115M) Need: | | Provider Name: HC#: | |
| Day Habilitation (7113M) Need: | | Provider Name: HC#: | |
| Intensive Active Treatment (7117M) Need: | | Provider Name: HC#: | |
| **OTHER MEDICAID SERVICES (Required)** | | | |
| Personal Care Services: Need: | ALH STAFF | | |
| Medications: Need: Helen requires assistance with her medication. | MEDICATION REMINDERS BY ALH STAFF | Pharmacy: Geneva Woods 565-6100  FAMILY PHARM 694-7007 | Helen will have reassurance of the correct amount and time to take her medications. |
| Professional Medical Care: Need: Professional Assessment of Condition and ongoing medical supervision of treatment. | Helen's doctor will assess her medical conditions. This includes vital signs, blood work, EKG, and any other medical procedures to ensure her physical and mental health. | Provider(s): Dr. JONES 272-2571 | Client receives professional medical care in a safe & appropriate manner. |
| Non-waiver Specialized Equipment and Supplies: *Specify Medicaid Procedure Code(s)* Need: Helen requires incontinence & skin supplies. | MEDICAL SUPPLIES | Providers: Geneva Woods Anchorage, AK. 565-6100 *Medicaid Procedure Code(s):* | Helen will have incontinence supplies & skin supplies that will assist in keeping her skin intact. She is at high risks for skin ulcer r/t incontinence. |
| **INFORMAL SUPPORTS:** Provided by family, friends, neighbors, etc. (Required) | | | |
| Other Need Met by Informal Supports: Helens' daughter, Carol, works over 40 hours per week & assists daily with her ADL"s & IADL's r/t complex medical issues. | FAMILY UNIT | CAROL WINTERS (DAUGHTER & POA) H: 696-0196 W: 696-6842 | Helen is reassured assistance with her physical, social & emotional issues by her daughter, Carol. |
| **OTHER PAID SUPPORTS:** Non-Medicaid compensated providers. (Required) | | | |
| Other Need Met By Non-Medicaid Paid Providers Need: NONE | none | | |

Sep 19 05 02:23p     KATHY A. HUSKEY          1-907-696-3387          p.5

**Division of Senior and Disabilities Services • Choice Program**
**Older Alaskans/Adults with Physical Disabilities Plan of Care**

Last Name: WINTERS
First Name: HELEN
Middle Name:

OA/AP#: OA2989

EMAIL TO DSDS ON 9-19-05 _JH_

| Client Safety<br>Need: Client at risk for injury related to hazards of immobility, blindness, and/or physical debilitation. | All provider staff and family members continually assess client and environment for safety hazards and correct them as necessary. | All providers and family members. | Client remains ~~without injury~~ related to transfer, bathing, home hazards, skin care, immobility, or other risk factors. |

_AS SAFE AS POSSIB_ (handwritten)
_When staff is called_ (handwritten)

30049
Winters v. CSC