Division of Senior and Disabilities Services • Choice Prog.
Assisted Living Home Medicaid Waiver Plan of Care Supplement

Last Name: **WINTERS**
First Name: **HELEN**
Middle Name:
~~OA/AP#~~ **OA 2989**

*To be completed for all Assisted Living Home residents
in addition to the OA/APD Medicaid Waiver Plan of Care*

| Care Coordinator: KATHY A. HUSKEY  CARE PLANS, INC. | |
|---|---|
| AL Home Provider: CHUGIAK SENIOR CENTER ALH<br>RL#: 9259<br>PHONE: 688-2677    688-2661 (LYNN MOSER)<br>Relation to Client: ASSISTED LIVING HOME<br>22424 NORTH BIRCHWOOD LOOP (APT#234)<br>CHUGIAK, AK 99567<br>Home Phone:  688-0808  (HELEN's NEW PHONE NUMBER) | Residency Begin Date: 9-20-04<br>Plan Start Date: 9-10-05 |

PLAINTIFF'S EXHIBIT
CASE NO. 3:06-cv-00083 TMB
EXHIBIT NO. 33

| Needs | Services to be Provided by Assisted Living Home<br>(Specify what, when, how often and start/end dates) | Expected Outcomes |
|---|---|---|
| **Nutrition**<br>Helen can not cook r/t to impaired mobility and complex medical issues. | Hot nutritious meals 3x per day. Snacks will also be provided each day. | Helen will have 3 hot nutritious meals that will enhance her physical & mental health. Snacks will also be provided though out the day. |
| **Bathing & Hygiene**<br>Helen is at high risks for falls while taking a bath. She requires maximum assistance while bathing. | Bathing 1x per day or more if needed<br>Shampooing hair, shaving, nail clipping, teeth brushed, or other | Helen's hygiene will be kept clean daily by cleansing with wet wipes or sponge bathing & bi-weekly showers. Daily personal grooming will encourage her physical & mental health. This will promote her socialization. |
| **Toileting/Incontinence**<br>Helen requires maximum physical assistance using the toilet. | Assistance with each toileting/ incontinence day and night | Helen will have the reassurance of assistance with her toileting. He will be cleaned & changed (if required) each visit to the bathroom. This will ensure intactness & health of his skin. |
| **Skin Care**<br>Helen requires daily skin hygiene & lotion r/t incontinence | Daily skin care or more if required<br>Daily bathing and lotions applied to his skin. | Helen's skin will remain intact with daily cleansing w/lotion r/t incontinence. |
| **Dressing**<br>Helen requires maximum assistance with dressing r/t impaired movements with her arms. | Daily dressing with clean clothes and after toileting (if required) | Helen will be dressed in clean clothes daily. She may require more changes of her clothes r/t incontinence. This will enhance her self-worth. |
| **Grooming**<br>Helen requires maximum assistance grooming r/t impaired mobility. | Daily grooming or more if needed: hair combed, teeth brushed, shaved, and other daily grooming | Helen will be groomed daily. This will enhance her well-being. |

30040
Winters v. CSC

Feb 25 05 10:28a   KATHY A. HUSKEY          1-907-696-3387          p.15

| | | |
|---|---|---|
| Medication Management, Supervision, and Assistance<br><br>Helen requires maximum assistance with her medication r/t impaired mobility. | Daily assistance with medications at the right time and amounts prescribed by her doctor. | Helen's medications will be given as prescribed by her doctor day or night. |
| Laundry/Chores<br><br>Helen requires maximum assistance with her laundry r/t her impaired mobility. | Clothes washed daily or more, if required. | Helen will have clean clothes on a daily basis at home and for other social events. |
| Ambulation/Safety<br><br>Helen requires maximum assistance with her mobility r/t extreme high risks of falls. | Daily assistance with ambulation and reassessment of environment safety. | Helen's safety will be ensured by substantial assistance with her mobility inside & outdoors. Her environment will be reassessed daily to prevent any injuries. |
| Socialization<br><br>Helen requires socialization to enhance her mental health. | Daily contacts with other clients, family and staff. | Helen's social skill will be enhanced and prevent isolation with the ALH staff, clients, and family. |
| Other Needs (e.g.: weight, vital signs, wound care, etc.)<br><br>Helen requires monitoring her vital signs. | Daily assessments of her vital signs, transfers, and any other medical needs by the assisted living staff and her doctor, when required. | The assisted living staff and her doctor will assess Helen's medical needs. |

30041
Winters v. CSC

Division of Senior and Disabilities Services • Choice Program
Assisted Living Home Medicaid Waiver Plan of Care Supplement

Last Name: **WINTERS**
First Name: **HELEN**
Middle Name:
OA/AP#: **OA 2989**

| Other Needs (e.g.: monitor seizure activity, chest pain, etc.) | | |
|---|---|---|
| Helen requires maximum assistance of her ADL's & IADL's. | ♦ FELL ON AUGUST 15, 04 & TORN RIGHT SHOULDER CUFF (requires substantial assitance with all ADL's & IADL's.<br>♦ Left and possible right-sided pulmonary emboli<br>♦ Large right pleural effusion of unknown etiology<br>♦ Status post removal of mixed serous and mucinous ovarian tumor bilateral on 8-28-01<br>♦ Hypertension<br>♦ CHF (hospitalized 2001)<br>♦ Chest Pains<br>♦ Macular Degeneration<br>♦ Abnormal EKG with a right bundle block, left anterior fascicular block<br>♦ Requires Bilateral Knee implants (possibly in 2001)<br>♦ Bilateral Cataract Surgery with intraocular Lens implants<br>♦ Sinus surgery (1999)<br>♦ Hysterectomy (1999)<br>♦ Appendectomy (1999)<br>♦ Urethrocele (used a pessary in the past to attempt to control incontinece) no success<br>♦ Laparoscopic cholecystectomy<br>♦ Incontinence of bladder & hx of bladder infections<br>♦ Dizzy Spells<br>♦ Extreme high risks of Falls (AUG, 2004) r/t impaired mobility<br>♦ Deficits in ADL's: Client requires substantial physical assistance in bathing, dressing, toileting, transfers, & grooming<br>♦ Self Care Deficits in ADL's: Client requires substantial physical assistance with meals, shopping, medications, housekeeping, finances, laundry, transportation & mobility in & outdoors<br>♦ Medication Management: Client requries maximum assistance with medications | Helen will have daily assessments of her physical, motor and cognitive skills by the ALH staff. |
| Transportation<br><br>Helen can not drive and requires maximum assistance with transportation. | Transcare   562-3503<br><br>24 units per year | Helen will have reassurance of safe & timely transportations to her medical appointments |

30042
Winters v. CSC

Feb 25 05 10:28a    KATHY A. HUSKEY             1-907-696-3387        p.17

Page 1 of 1

Kathy A. Huskey

From: "Sandusky, Cynthia" <Cynthia_Sandusky@health.state.ak.us>
To: <kahuskey@hotmail.com>
Sent: Tuesday, October 26, 2004 9:29 AM
Subject: OA2989 H.W.

I've just completed the **Plan of Care Re-authorization** you submitted recently for this client and approved it as written/requested.

The import cost sheet will be ready soon for your upload. If you have questions or concerns, feel free to give me a call.

**Cindy Sandusky**
Medical Assistance Administrator
Division of Senior and Disability Services

Desk (907)-269-3435
Fax (907)-269-3688

This message is intended for the sole use of the individual to whom it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the addressee you are hereby notified that you may not use, copy, disclose, or distribute to anyone the message or any information contained in the message. If you have received this message in error, please immediately advise the sender by reply email and delete this message. Thanks!

10-26-04

P/C from DSDS:

Pending until ALH signs forms

30043
Winters v. CSC

10/26/2004

Feb 25 05 10:25a        KATHY A. HUSKEY              1-907-696-3387           p.1

## OFFICE & FAX: 907-696-3387

**CARE PLANS, INC.**
CARE COORDINATION
PO BOX 772482
EAGLE RIVER, AK
99577

# FaX

CHUGIAK SENIOR CENTER

ATTENTION LYNN MOSER

PHONE: 688-2677   688-2661

FAX: 688-1320

HELEN WINTER'S POC FOR ALH

PLEASE CALL WITH ANY QUESTIONS OR IF OTHER INFORMATION IS REQUIRED.

THANK YOU,
KATHY A. HUSKEY

CARE PLANS, INC.  907-696-3387  OFFICE & FAX

From:

**KATHY A. HUSKEY**



PAGE(S): INCLUDING COVER PAGE  10

Date: 2-18-05

PLEASE NOTE: This fax contains confidential and sensitive information. If you have received this message in error, please call the phone number 907-696-3387, return this message by fax, and destroy your copy.

*[Handwritten: 2-25-05 (KAH 3 pages) thank you (16 pages) KAH]*

30044
Winters v. CSC

Sep 20 05 11:09a    KATHY A. HUSKEY                1-907-696-3387            p.2

## CHOICE Medicaid Waiver LOC Approval Notice

Date Issued: 9/20/05          Case #: ☐ AP  ☒ OA  2989

Dear Care Coordinator:

The Division of Senior and Disabilities Services is now notifying care coordinators of Medicaid Waiver Level of Care approvals electronically. This Level of Care was:

Approved

Comments: Care Coordinator: Kathy Huskey @ Care Plans for Winters, Helen.

If approved, your client meets Medicaid Level of Care criteria for Home and Community Based Waiver eligibility for the period: 9/11/05-9/10/06

☒ You may submit a waiver plan of care.
☐ The POC already submitted will be forwarded for processing.
☐ Level of Care is pended or denied. See Comments (above) for instructions.

Note: DSDS policy requires that care coordinators have a copy of their client's Level of Care Approval in their agency file. This electronic notice fulfills this requirement. This is the only notice that you will receive. This client's Alaska Long Term Care Assessment is on file with the Division of Senior and Disabilities Services. Copies of the signed page 4 are available on request, workload permitting.

No version of this document will be considered valid if it does not match exactly the signed original on file at DSDS.

Please contact this office if you have any questions. Submit any requested Waiver client documents by e-mail to:

Sincerely,

*Odette M. Jamieson, RN, BSN*

Odette M. Jamieson, RN, BSN
CHOICE Medicaid Waiver Program
State of Alaska, Department of Health and Social Services
Div. of Senior and Disabilities Services
Issued by: as

30045
Winters v. CSC