Sep 19 05 02:24p        KATHY A. HUSKEY                    1-907-696-3387         p.6

Division of Senior and Disabilities Services • Choice Program
**Assisted Living Home Medicaid Waiver Plan of Care Supplement**

Last Name: WINTERS
First Name: HELEN
Middle Name:
~~OA/AP#:~~ OA 2989

EMAIL TO DSDS 9-19-05

*To be completed for all Assisted Living Home residents
in addition to the OA/APD Medicaid Waiver Plan of Care*

| | |
|---|---|
| Care Coordinator: KATHY A. HUSKEY   CARE PLANS, INC. 907-696-3387 OFFICE & FAX | Residency Begin Date: 9-11-05 |
| AL HOME PROVIDER: CHUGIAK SENIOR CENTER ALH RL#: 9259 PHONE: 688-2677     688-2661 RELATION TO CLIENT: ASSISTED LIVING HOME 22424 NORTH BIRCHWOOD LOOP (APT#234) CHUGIAK, AK 99567 HOME PHONE:  688-8050 (HELEN'S NEW PHONE #) | Plan Start Date: 9-10-05 TO 9-10-06 |

**PLAINTIFF'S EXHIBIT**
CASE NO. 3:06-cv-00083 TMB
EXHIBIT NO. 34

| Needs | Services to be Provided by Assisted Living Home (Specify what, when, how often and start/end dates) | Expected Outcomes |
|---|---|---|
| **Nutrition** Helen can not cook r/t to impaired mobility and complex medical issues. | Hot nutritious meals 3x per day. Snacks will also be provided each day. POC 9-11-05 TO 9-10-06 | Helen will have 3 hot nutritious meals that will enhance her physical & mental health. Snacks will also be provided though out the day. |
| **Bathing & Hygiene** Helen is at high risks for falls while taking a bath. She requires maximum assistance while bathing. | Bathing 2 xs per week or more if required r/t incontinence. Shampooing & brushing hair, shaving, nail clipping, teeth brushed, etc. POC 9-11-05 TO 9-10-06 | Helen's hygiene will be kept clean with bi-weekly showers & wet wipes or sponge bathing (when required). Daily personal grooming will encourage her physical & mental health. This will promote her socialization. |
| **Toileting/Incontinence** Helen requires maximum physical assistance using the toilet. | Assistance with each toileting/ incontinence day and night. POC 9-11-05 TO 9-10-06 | Helen will have the reassurance of assistance with her toileting. ~~He~~ She will be cleaned & changed (if required) each visit to the bathroom. This will ensure intactness & health of ~~his~~ her skin. |
| **Skin Care** Helen requires daily skin hygiene & lotion r/t incontinence | Daily skin care or more if required Daily bathing and lotions applied to his skin. POC 9-11-05 TO 9-10-06 | Helen's skin will remain intact with daily cleansing w/lotion r/t incontinence. |
| **Dressing** Helen requires maximum assistance with dressing r/t impaired movements with her arms. | Daily dressing with clean clothes and after toileting (if required) POC 9-11-05 TO 9-10-06 | Helen will be dressed in clean clothes daily. She may require more changes of her clothes r/t incontinence. This will enhance her self-worth. |
| **Grooming** Helen requires maximum assistance grooming r/t impaired mobility. | Daily grooming or more if needed: hair combed, teeth brushed, shaved, and other daily grooming POC 9-11-05 TO 9-10-06 | Helen will be groomed daily. This will enhance her well-being. |

| Need | Service/Plan | Outcome |
|---|---|---|
| Medication Management, Supervision, and Assistance — Helen requires maximum assistance with her medication r/t impaired mobility. | Daily assistance with medications at the right time and amounts prescribed by her doctor. POC 9-11-05 TO 9-10-06 | Helen's medications will be given as prescribed by her doctor day or night. |
| Laundry/Chores — Helen requires maximum assistance with her laundry r/t her impaired mobility. | Clothes washed daily or more, if required. POC 9-11-05 TO 9-10-06 | Helen will have clean clothes on a daily basis at home and for other social events. |
| Ambulation/Safety — Helen requires maximum assistance with her mobility r/t extreme high risks of falls. | Daily assistance with ambulation and reassessment of environment safety. POC 9-11-05 TO 9-10-06  *[handwritten: AH. Stats when called.]* | Helen's safety will be maximized by substantial assistance with her mobility inside & outdoors. Her environment will be reassessed daily to prevent any injuries. |
| Socialization — Helen requires socialization to enhance her mental health. | Daily contacts with other clients, family and staff. POC 9-11-05 TO 9-10-06 | Helen's social skill will be enhanced and prevent isolation with the ALH staff, clients, and family. |
| Other Needs (e.g.: weight, vital signs, wound care, etc.) — Helen requires monitoring her vital signs. | Daily assessments of her vital signs, transfers, and any other medical needs by the assisted living staff and her doctor, when required. POC 9-11-05 TO 9-10-06 | The assisted living staff will notify any concerns of weight, vital signs, wound care, etc. to the doctor and to the family. |

Division of Senior and Disabilities Services • Choice Program
Assisted Living Home Medicaid Waiver Plan of Care Supplement

Last Name: WINTERS
First Name: HELEN
Middle Name:
~~OA/AP#~~ OA 2989

| Other Needs (e.g.: monitor seizure activity, chest pain, etc.) | | |
|---|---|---|
| Helen requires maximum assistance of her ADL's & IADL's. | ♦ HISTORY OF BLADDER INFECTIONS W/HOSPTIALIZATION IN 2005<br>♦ FELL ON AUGUST 15, 04 FRACTURED RIGHT ARM (requires substanual assitance with all ADL's & IADL's<br>♦ Left and possible right-sided pulmonary emboli<br>♦ Large right pleural effusion of unknown etiology<br>♦ Status post removal of mixed serous and mucinous ovarian tumor bilateral on 8-28-01<br>♦ Hypertension<br>♦ CHF (hospitalized 2001)<br>♦ Chest Pains<br>♦ Macular Degeneration<br>♦ Abnormal EKG with a right bundle block, left anterior fascicular block<br>♦ Requires Bilateral Knee Implants (possibly in 2001)<br>♦ Bilateral Cataract Surgery with Intraocular Lens Implants<br>♦ Sinus surgery (1999)<br>♦ Hysterectomy (1999)<br>♦ Appendectomy (1999)<br>♦ Urethrocele (used a pessary in the past to attempt to control incontinece) no success<br>♦ Laparoscopic cholecystectomy<br>♦ Incontinence of bladder & hx of bladder infections<br>♦ Dizzy Spells<br>♦ Extreme high risks of Falls (AUG, 2004) r/t impaired mobility<br>♦ Deficits in ADL's: Client requires substantial physical assistance in bathing, dressing, toileting, transfers, & grooming<br>♦ Self Care Deficits in ADL's: Client requires substantial physical assistance with meals, shopping, medications, housekeeping, finances, laundry, transportation & mobility in & outdoors<br>♦ Medication Management: Client requries maximum assistance with medications | ~~Helen will have monthly assessments of her physical, motor and cognitive skills by the ALH staff.~~ |
| Transportation | POC 9-11-05 TO 9-10-06 | |
| Helen can not drive and requires maximum assistance with transportation. | Transcare  562-3503<br><br>44 units per year<br>POC 9-11-05 TO 9-10-06 | Helen will have reassurance of safe & timely transportations to her medical appointments |

30052
Winters v. CSC

| Coordinated Care | | |
|---|---|---|
| Helen requires maximum assistance with all agencies involved with her Plan of Care. | The Care Coordinator and Physician are kept informed of changes in client condition. The assisted living home provider, caregivers, and family members will provide needed information.<br>POC 9-11-05 TO 9-10-06 | Care Coordinators and Physician are able to respond to changes in client condition. |

30053
Winters v. CSC

Sep 19 05 02:24p    KATHY A. HUSKEY              1-907-696-3387           p.10

Division of Senior and Disabilities Services • Choice Program
**Assisted Living Home Medicaid Waiver Plan of Care Supplement**

Last Name: **WINTERS**
First Name: **HELEN**
Middle Name:
~~OA/AP#:~~ OA 2989

(X) Assisted Living Home Administrator/Representative: _Marla J Nelson_ Date: 9/23/05

Please read the following statements. Check the boxes to show that you have read and understood the statements.
☐ I have participated in the planning of my own care and agree with the above supplemental assisted living plan of care.
☐ I agree to the release of a copy of my supplemental assisted living plan of care to participating plan providers and agencies directly involved in administering the Medicaid program.

Client Signature: _____

(X) Legal Representative*: _____ Date: _____

Witness #1 Signature: _____ Date: _____
Witness #1 Printed Name: _____
Witness #1 Relationship to Client: _____

Witness #2 Signature: _____
Witness #2 Printed Name: _____ Date: _____
Witness #2 Relationship to Client: _____

*Documentation of status as legal representative is attached, or has been submitted to DSDS at an earlier date.
(Two witnesses are required if client signs with an X.
The Care Coordinator may not serve as a witness.)

Sep 19 05 02:25p    KATHY A. HUSKEY                    1-907-696-3387              P.11

Division of Senior and Disabilities Services • Choice Program
OA/APD Care Plan Team List

Last Name: WINTERS
First Name: HELEN
Middle Name:
~~OA/AP#:~~ OA2989
                                                              05-06

Adult Day Care: NONE

Assisted Living: CHUGIAK SENIOR CENTER ALH    CHUGIAK, AK
22424 NORTH BIRCHWOOD LOOP (APT#234)
CHUGIAK, AK 99567
PHONE: 688-2677
PHONE: 688-2661
Home Phone: 688-0808 (HELEN'S NEW PHONE NUMBER)

Care Coordinator/Agency: CARE PLANS, INC.   KATHY A. HUSKEY  PO BOX 772482 EAGLE RIVER, AK 99577
OFFICE & FAX: 907-696-3387

Chore Services: NONE

Environmental Modification: NONE

Equipment & Supplies: GENEVA WOODS
PHONE: 565-6100

Family Members: CAROL WINTERS (DAUGHTER & POA)
H: 696-0196
W: 696-6842

Home Health Nursing: NONE

Meal Service: NONE

Personal Care Services: NONE

Pharmacy: EAGLE RIVER PHARM
PHONE: 694-7007
GENEVA WOODS 565-6100

Physician: DR. JONES
PHONE: 272-2571

Respite Services: NONE

Specialized Private Duty Nursing: NONE

Transportation:   Transcare
562-3503

30055
Winters v. CSC

Legal Representatives

Conservator: NONE
Guardian: NONE
Power(s) of Attorney: CAROL WINTERS (DAUGHTER & POA)   H: 696-0196  W: 696-6842

APD Medicaid Waiver Only
Residential Habilitation:
Intensive Active Treatment:
Supportive Employment Habilitation:
Day Habilitation:

30056
Winters v. CSC

Sep 29 05 02:14p     KATHY A. HUSKEY         1-907-696-3387          p.2

Page 1 of 1

Kathy A. Huskey

From: "Sandusky, Cynthia" <Cynthia_Sandusky@health.state.ak.us>
To: <kahuskey@hotmail.com>
Sent: Thursday, September 29, 2005 1:51 PM
Subject: OA2989 H.W.

I've just completed the **Plan of Care Re-authorization** you submitted recently for this client and approved it as written/requested.

The import cost sheet will be ready soon for your upload. If you have questions or concerns, feel free to give me a call.

**Cindy Sandusky**
Medical Assistance Administrator
Division of Senior and Disability Services

Desk (907)-269-3435
Fax (907)-269-3688

This message is intended for the sole use of the individual to whom it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the addressee you are hereby notified that you may not use, copy, disclose, or distribute to anyone the message or any information contained in the message. If you have received this message in error, please immediately advise the sender by reply email and delete this message. Thanks!

*Helen Winters*

Ms. Kathy Huskey
P.O. Box 772482
Eagle River, AK 99577

30057
Winters v. CSC
9/29/2005