

# Chugiak Senior Center
## Service Plan

Page 1 of 3

Participant Name: Helen Winters

DOB: 10/15/1915

Admission Date: 09/20/04

Plan Date: 10/05/05

Room #: 234

☒ Assisted Living Program

☐ Adult Day Service

### Annual Service Plan

Documents Reviewed (check all that apply):

☐ Release of Information
☒ Progress Notes
☒ Nursing Assessments
☒ Resident Flow Sheets
☐ Functional Assessment
☒ Medical Information

### Strengths & Limitations:

Helen has been a self-sufficient woman her entire adult life. Helen currently needs assistance with most ADL's. Helen's daughter Carol is both loving and supportive of her mother at all times.

### Coordinated Care

Helen makes her own health care decisions with input from her daughter & care coordinator, Medicaid Choice Wavier, Care Coordinator; Kathy Huskey, Office: 696-3387, Fax: 696-3387, 10244 Colville, Eagle River, AK 99567
In case of emergency contact daughter; Carol Winters, 18212 Clear Falls Cir., Eagle River, AK 99577, Home: 907-696-0196, Office: 907-696-6842, Cell: 907-240-1550

### Advanced Directives

Helen has requested that in the event that the need arises that full CPR measures be started by trained staff.

### Client Alerts

Helen is at risk for falls and will be monitored when ambulating when Helen calls staff. Helen will request assistant from staff by using her call light or verbally before ambulating or transferring.

### Medication

Helen receives her medication each week from Geneva Woods Pharmacy - Anchorage. The ALP program nurse shall monitor the medication bubble packs for accuracy and shall make adjustments as need when medications come into ALP between pharmacy deliveries (ie. Doctor's appointment resulting in med changes).

Staff shall assist Helen with medications by prompting her medication twice per day.

Revised: 4/22/05
C:\My Documents\Resident Files\Winters, Helen\SP Winters, Helen 10-05-05.doc



PLAINTIFF'S EXHIBIT
CASE NO. 3:06-cv-00083 TMB
EXHIBIT NO. 38

30058
Winters v. CSC



# Chugiak Senior Center
## Service Plan

Page 2 of 3

| Participant Name: Helen Winters | | |
|---|---|---|
| DOB: 10/15/1915 | Admission Date: 09/20/04 | Plan Date: 10/05/05 |
| ☒ Assisted Living Program | | Room #: 234 |
| | ☐ Adult Day Service | |

### Services
Helens weight shall be monitored monthly. Vitals to include blood pressure, temperature, pulse, respirations shall be monitored by staff weekly and appropriately recorded.

### Safety
Staff will conduct wellness checks for Helen every 2 hours on all shifts (sneak & peak). Before leaving resident's room staff will assure call light is accessible.

### Nutrition
Resident shall be provided three meals daily and a snack. Resident shall be provided assistance cutting up meat, etc. as requested.

### Activities of Daily Living (ADL)
Resident will be assisted with bathroom needs q2hrs and as requested. Staff shall be assisted with grooming; hygiene, oral and skin care daily and as requested by resident. Staff shall provide standby assistance with showers 2 xs weekly as scheduled.

### Socialization
Staff shall encourage resident to participate in activities and congregate meals.

### Transportation
CSC, Anchorides, Transcare and family shall provide Resident transportation.

Revised: 4/22/05
C:\My Documents\Resident Files\Winters, Helen\SP Winters, Helen 10-05-05.doc

30059
Winters v. CSC



# Chugiak Senior Center
## Service Plan

Page 3 of 3

| Participant Name: Helen Winters | | |
|---|---|---|
| DOB: 10/15/1915 | Admission Date: 09/20/04 | Plan Date: 10/05/05 |
| ☒ Assisted Living Program | ☐ Adult Day Service | Room #: 234 |

### Housekeeping

CSC housekeeping shall perform light housekeeping weekly on Thursday or as scheduled. This will include emptying trash and changing linens. Laundry will be washed as need up to 4 loads per week. Alp program staff will empty trash, make Helen's bed and perform daily light housekeeping as needed, to include dishes and trash.

### SIGNATURES

A recipient, recipient's caregiver or legal guardian's signature documents active participation in the development & review of the Service plan. If active involvement is not possible, the following is/are reasons for lack of participation:

I have had an opportunity to provide input to this annual service plan and I agree with it:

X _Helen H. Winters_
Resident or legal representative signature (if applicable):   Date: 10/26/05

_Glenda Lish, RN_
ALP program nurse signature:   Date: 10-24-05

Family / caregiver signature and relationship (if applicable):   Date:

Care coordinator signature (if accessible and applicable):

_Marla Nelson_
Program director   Date: 10/26/05

_Jan Freed_
ALP administrator's signature   Date: 10/26/05

Revised: 4/22/05
C:\My Documents\Resident Files\Winters, Helen\SP Winters, Helen 10-05-05.doc

30060
Winters v. CSC