**Chugiak Senior Center**
**Functional Assessment**

Name: _Helen Winters_    Date: _Sept 9, 04_

☐ Functional Assessment    ☒ Pre-Screening Assessment

| Description | Values |
|---|---|
| **Social** | |
| A. Totally independent. | 0 |
| B. Needs occasional encouragement to maintain personal social / recreational preferences. | **(1)** |
| C. Needs occasional assistance accessing social / recreation events. | 3 |
| D. Needs one-on-one assistance to maintain personal social / recreational preferences. | 5 |
| E. Needs ongoing supervision to ensure safety. | 6 |
| **Mobility** | |
| A. Totally independent. | 0 |
| B. A fall has occurred in the past 90 days: (triggers falls assessment) | 1 |
| C. Can get around inside without assistance, may need assistance of another person outside. Poor gait, risk of falling outside. Endurance limited to immediate vicinity of facility. Requires constant presence of staff for safety outside. | 2 |
| D. Needs occasional assistance of another person inside, and needs assistance of another person outside. Risk of falling inside and outside. May have difficulty getting from room to room based on endurance and stability. Arm strength or cognitive ability to use mechanical aids is limited. _Broken below (shoulder)_ | **(3)** |
| E. Can only get around with regular assistance of another person both inside and outside. Not safe to ambulate alone. Needs constant cueing or standby assistance inside and outside to address safety. Does not have required strength or endurance to use mechanical aids. May require range-of-motion exercises. | 6 |
| F. Cannot get around even with regular assistance or requires range-of-motion exercises daily. | 5 |
| **Transferring** | |
| A. The resident is able to get into and out of bed, get into and out of a chair, get into and out of the tub and roll over in bed without assistance from anyone. | 0 |
| B. Transfers and changes position most of the time, but occasionally needs assistance from someone else on occasion. Episodes when resident occasionally can't get up from sitting or reclining position without assistance. | 2 |
| C. Can assist with own transfers and position changes, but needs assistance from someone else most or all of the time. The resident needs cueing most of the time. This includes persons who will attempt transfers or position changes unsafely. Resident needs cueing for safety. | **(5)** |
| D. Transfers must be done by someone else all of the time. resident is not able to bear weight, does not have enough strength to assist with a transfer or position change and is dependent on someone else all of the time OR not cooperative with transfers. | 15 |
| E. Transfers and position changes require two or more people. Dependent on two or more people for all position changes and transfers OR one person and a Hoyer Lift. | 20 |

PLAINTIFF'S EXHIBIT
CASE NO. 3:06-CV-00083-TMB
EXHIBIT NO. 5

30003
Winters v. CSC

1

**Chugiak Senior Center**
**Functional Assessment**

Name: Helen Winters                         Date: Thurs 9/9/04

| | Feeding | |
|---|---|---|
| A. | Can eat meals independently without assistance. | (0) |
| B. | Has special dietary needs; triggers dietary assessment | 1 |
| C. | Can feed self, chew and swallow foods, but needs reminding to maintain adequate intake of liquids and solids; or may need food cut up. | 2 |
| D. | Can feed self, but needs standby assistance for occasional gagging, choking or swallowing difficulty, OR occasional cueing during EACH meal. | 4 |
| E. | Must be fed by another person. | 6 |
| F. | Must be fed by another person and frequently chokes due to difficulty in swallowing or constant cueing during each meal. | 15 |
| | **Toileting** | |
| A. | Can toilet self without physical assistance or supervision. May need grab bars/raised toilet seat or can manage own closed drainage system if individual has a sheath or uses protective aids. | 0 |
| B. | Needs standby assistance for safety or encouragement. May need minimal physical assistance with part of the task, such as clothing adjustment, washing hands, etc. | (2) |
| C. | Needs substantial physical assistance with parts of the task, such as wiping, cleansing, clothing change, etc. May need a protective garment. May or may not be aware of need. May need additional help because of excess weight. | 4 |
| D. | Cannot get to the toilet unassisted or needs someone else to manage care of closed drainage system if they have a catheter. May or may not be aware of need; includes resident on toileting schedules. | 6 |
| E. | Physically unable to be toileted. Requires continual observation and total cleansing. May require protective garments or padding or linen changes. May or may not be aware of need. | 8 |
| | **Bladder Control** | |
| A. | Manages own care. May be continent, incontinent, or dribble. | 0 |
| B. | Requires assistance, less than weekly, with incontinence or needs someone else, less than weekly, to manage occasional catheter. | 1 |
| C. | Requires assistance, less than daily, to manage catheter care or incontinence. | (2) |
| D. | Needs assistance daily to manage catheter, incontinence, or dribbling. | 4 |
| E. | Totally incontinent day or night; dependent on others for care. | 7 |
| F. | Totally incontinent day and night; dependent on others for care and urinates in inappropriate places or refuses to use incontinence supplies. | 9 |
| | **Bowel Control** | |
| A. | Manages own care. May be continent, incontinent. | 0 |
| B. | Requires assistance, less than weekly, with incontinence. | 1 |
| C. | Requires assistance, less than daily, to manage incontinence, or suppository insertion. | (2) |
| D. | Needs assistance daily to manage incontinence, or suppository insertion. | 4 |
| E. | Totally incontinent day or night; dependent on others for care. | 7 |
| F. | Totally incontinent day and night; dependent on others for care AND plays with feces. | 9 |

*Broken arm*



**Chugiak Senior Center**
**Functional Assessment**

Name: H. Winters                                                    Date: 9/9/04

| | Bathing | |
|---|---|---|
| A. | Can bathe without reminders or assistance. | 0 |
| B. | Can bathe without assistance or supervision, may need reminders at least some of the time. | 0 |
| C. | Requires assistance with minimal parts of bathing, includes person who cannot get into the tub, and may require some other standby assistance and/or bathing equipment. | (2) |
| D. | Requires substantial assistance with most parts of bathing function, i.e., get water, lather cloth, wash and rinse body or hair. | 4 |
| E. | Dependent on others to provide complete bath, and constant supervision for safety; OR may require two or more attendants for safety or other issues. | 6 |
| | Personal Hygiene | |
| A. | Can manage personal hygiene regularly without reminders, assistance or supervision. | (0) |
| B. | Can manage hygiene but must be reminded at least some of the time. | 1 |
| C. | Requires physical assistance with personal hygiene. | 2 |
| D. | Dependent on others to provide all personal hygiene. | 4 |
| | Dress/Undress | |
| A. | Can dress and undress without assistance or supervision. | 0 |
| B. | Can dress and undress, but may need to be reminded or supervised to do so on some days. | 1 |
| C. | Needs assistance from another person to do parts of dressing and undressing, such as putting on shoes, pulling up pants, manipulating fasteners. Broken arm, used to be independent | (2) |
| D. | Dependent on others to provide all dressing and undressing. | 4 |
| | Night Needs | |
| A. | Does not require care or checks from another person during the night. | 0 |
| B. | Requires occasional care from another person during the night. ✓ M L/B/B | (2) |
| C. | Requires care and provider can generally get at least five hours of sleep during an eight-hour period. May need night time help during adjustment period to new environment. | 5 |
| D. | Requires substantial care and provider cannot get at least five hours of sleep during an eight-hour period. | 10 |
| | Receptive Communication | |
| A. | Understands information conveyed without difficulty. | (0) |
| B. | Understands information conveyed, but has difficulty. | 1 |
| C. | Recognizes environmental cues only. | 3 |
| D. | Does not understand information conveyed. May or may not hear. May or may not understand the language. | 3 |
| | Expressive Communication | |
| A. | Communicates information and is understood. | (0) |
| B. | Communicates information, but is difficult to understand. May or may not understand the language. | 1 |
| C. | Does not communicate or convey needs. | 3 |

# Chugiak Senior Center
## Functional Assessment

Name: H. Winters    Date: 9/9/04

### Orientation

| | | |
|---|---|---|
| A. | Oriented to person, place and time. | **(0)** |
| B. | Occasionally disoriented to person, place or time, but is sufficiently oriented to function independently if in familiar surroundings. | 1 |
| C. | Frequently disoriented. | 3 |
| D. | Always disoriented. Performs repetitive behavior. | 5 |

### Adaptation to Change

| | | |
|---|---|---|
| A. | Actively adapts and makes plans, handles crisis well, is confident, adjusts to major changes. | 0 |
| B. | Needs reassurance only at time of major decisions. May need help adapting and making plans and decisions. May be reluctant when change is suggested. | **(1)** |
| C. | Needs frequent regular reassurance. May refuse to make decisions. May be negative. May be passive or withdrawn. May be confused or disoriented. | 4 |
| D. | Needs continuing support and reassurance while change is being discussed, when decisions are being made and while changes are being implemented. May be afraid or insecure or negative or hostile. | 6 |
| E. | Sudden onset of severe disability or a traumatic change of life event; triggers 30 day evaluation | 20 |

### Judgment

| | | |
|---|---|---|
| A. | Judgment is good. Makes appropriate decisions. | **(0)** |
| B. | Judgment is occasionally poor. May make inappropriate decisions in complex or unfamiliar situations. | 1 |
| C. | Judgment is occasionally poor, needs monitoring and guidance in decision making. | 3 |
| D. | Judgment is frequently poor; needs protection and supervision because person makes unsafe or inappropriate decisions. | 4 |
| E. | Judgment is always poor; cannot make any appropriate decisions for self. Makes judgments that constantly put self at risk. | 6 |

### Memory

| | | |
|---|---|---|
| A. | Does not have difficulty remembering and using information. Does not require directions or reminding from others. | 0 |
| B. | Requires occasional direction and reminding from others. | **(1)** |
| C. | Has difficulty remembering and using information. Requires frequent direction and reminding from others. Cannot follow written instructions. | 3 |
| D. | Cannot remember or use information. Requires continual verbal reminding. | 5 |

### Awareness of own needs

| | | |
|---|---|---|
| A. | Understands those needs which must be met for self-maintenance. | **(0)** |
| B. | Sometimes has difficulty understanding those needs which must be met, but will cooperate when given direction or explanation. | 1 |
| C. | Does not understand those needs which must be met for maintenance. | 3 |
| D. | Does not understand those needs which must be met for maintenance AND will not consistently cooperate even though given direction or explanation. | 5 |

**(2)**

## Chugiak Senior Center
### Functional Assessment

Name: H. Winters            Date: 9/9/04

| | Behavior | |
|---|---|---|
| A. | Attitudes, habits and emotional states do not limit the individual's relationships. | (0) |
| B. | Attitudes, habits and emotional states limit the individual's type of living arrangement and companions. | 1 |
| C. | Attitudes, disturbances and emotional states create occasional (2-3 per month) difficulties which are modifiable to tolerable levels given training and patience on the part of the care giver. | 3 |
| D. | Attitudes, disturbances and emotional states create frequent (4-6 per month) difficulties which are modifiable to tolerable levels given training and patience on the part of the care giver. | 5 |
| E. | Attitudes, disturbances and emotional states create consistent difficulties and are extremely difficult to modify to tolerable levels, and can only be modified in a special setting and/or with a special care plan. | 10 |
| | **Wandering** | |
| A. | Does not wander. | (0) |
| B. | Wanders within the facility or residence and may wander outside but does not jeopardize health and safety. Wanders into other residents' rooms and may take the belongings of others. | 3 |
| C. | Wanders within the facility or residence. May wander outside, health and safety may be jeopardized. Does not have a history of getting lost and is not combative about returning. | 5 |
| D. | Wanders outside and leaves grounds. Has a consistent history of leaving grounds or being combative about returning; OR one-to-one is necessary for supervision or redirection. | 7 |
| | **Danger to Self or Others** | |
| A. | Is not disruptive or aggressive, and is not dangerous. | (0) |
| B. | Is not capable of harming self or others; is bed bound or chair bound. | 0 |
| C. | Is sometimes (2-3 per month) disruptive or aggressive in a non-physical manner (such as verbally threatening, intimidating) or is sometimes (2-3 per month) sexually inappropriate. May have unsafe smoking habits. | 5 |
| D. | Is frequently (4-6 per month) disruptive or aggressive in a non-physical manner (such as verbally threatening, intimidating) or is frequently (4-6 per month) extremely agitated. May frequently (4-6 per month) be sexually (verbally) inappropriate. | 10 |
| E. | Is dangerous or physically abusive (inappropriate physical contact, hitting, sexual abuse). | 16 |
| | **Medication** | |
| A. | Totally independent. Does own meds, BGL's, or $O^2$ sats | 0 |
| B. | Needs medi-set set-up. Does not need prompting, but may need reminders. | (3) |
| C. | Needs medi-set set-up. Needs Neb TX set-up, or BGL testing, or assistance with o2 set-up. Needs prompting. | 4 |
| D. | Needs medi-set set-up. Needs prompting. Needs assist with Neb TX set-up and stand-by assist. Or needs assist with insulin pen. Or needs assist with O2. | 5 |
| E. | Needs medi-set set-up. Requires skilled observation and/or judgment for, dosage and/or effect. May have unstable BGL's requiring nursing assessment and physician follow-up. | 10 |

(3)

**Chugiak Senior Center**
**Functional Assessment**

Name: H Winters                                      Date: 9/9/04

| | Care Facilitation | |
|---|---|---|
| A. | Totally independent. Care coordination needs met through self, private or public care coordinators. | 0 |
| B. | Needs occasional (less than monthly) assistance in accessing and coordinating health services and interventions by ALP staff.. | 2 |
| C. | Needs occasional assistance (2 or less times per month) in accessing and coordinating health services and interventions by ALP staff.. | 5 |
| D. | Frequently requires assistance (3-5 times per month) in accessing and coordinating comprehensive health services and interventions by ALP staff.. | 10 |
| E. | Dependent in accessing and coordinating ongoing comprehensive health services and interventions by ALP staff.. | 15 |

Score: 20

**Comments**

trouble w/ feeling in her legs. She is very verbal, sharp, needs some reminders but can do well, does not seem sure of new home. Daughter + Mom seem very close. Prior to injury she was able to cook (microwave), dress & meds. Fell 3 wks ago, due to lose of feeling in her feet. She does not want someone to have to care for her, because she is independent.

Lynn L Moser     Program Director    9/9/04
Staff Signature        Title/Credentials       Date