FY04 – FY07
Client Profile for Nutrition, Transportation & Support Services
Confidential Information

Agency: Chugiak Senior Inc
Site: _____
Name: Helen Winters
Physical Address: 22424 N. Birchwood   Mailing Address: Same
Birth Date: 10/15/15 (Month, Day, Year)   Age: 88   Sex: F (M or F)
Date: 4/24/04
Last 4 Digits of SSN: 9320
Lives alone? No (Yes or No)

Income over $1,387 per month, or $16,640 per year   Yes ____   No X

**Minority Status** (Required and defined by the Older Americans Act (OAA)):

- African American ☐
- Hispanic Origin ☐
- Undeclared ☐
- Alaska Native or American Indian ☐
- Asian American or Pacific Islander ☐
- Non-Minority (all other) ☒

**Mobility and Function Assessment for Home Delivered Meals, Homemaker and Chore Services.** The ability to perform one or more of the following ADL or IADL activities without personal assistance, stand-by assistance, supervision or cues. If applicable, use a ✓ mark in the ADL and IADL columns and compile total score.

**Activities of Daily Living (ADL)**
(6 as defined by the Older American's Act OAA)

- Eating ✓
- Dressing ✓
- Bathing ✓
- Toileting ✓
- Transferring in/out of bed/chair ✓
- Walking ✓

TOTAL SCORE (# of ✓): 6

**Instrumental Activities of Daily Living (IADL)**
(8 as defined by the OAA)

- Preparing Meals ✓
- Shopping for personal items ✓
- Medication management ✓
- Managing money ✓
- Using telephone ✓
- Doing heavy housework ✓
- Doing light housework ✓
- Using available transportation ✓

TOTAL SCORE (# of ✓): 8

Other health or nutrition information: Check (✓) if applicable:
Disabled X   Has Diabetes ____   Bed ridden ____   Uses: Walker ____ Cane ____
NTS Nutrition Assessment completed: (at least once a year) X Yes ____ No
If spouse under 60 & to receive nutrition services: Name N/A
NTS Services: Congregate Meals ✓   HD Meals ____   Asst. Transp. ____   Unassis____
Homemaker ____ (# Hrs per wk ____)   Chore ____ (# Hrs per wk)

PLAINTIFF'S EXHIBIT
CASE NO. 3:06-cv-00083 TMB
EXHIBIT NO. 6

Other Agency Services: _____
Prepared by: Lynn Lnoren   Date: 4/24/04

30538
Winters v. CSC

Div of Senior & Disabilities Svs/NTS Grant Program
Rev. 01/04