# Assisted Living - Initial Service Plan

Client Name: Helen Winters  
DOB: 10-15-15  
SS#: _____  
Attending Physician: _____  Date: April 15, 04  
☐ Medicare  ☐ Medicaid

Next of Kin: Carol Winters  Relationship: Daughter  
Hospital Preference: _____  Phone #: _____  
Funeral Home Preference: _____  Phone #: _____

Diagnosis: Broken Arm, used to be Indep.  
Medications: _____  
Treatments: _____

Danger to self or others: ☐ Yes  ☒ No   Explain: _____

## Assistance Needed:

| Task | Yes/No | | Task | Yes/No |
|---|---|---|---|---|
| Toileting | ☒ Yes ☐ No | | Dressing | ☒ Yes ☐ No |
| Ambulation | ☒ Yes ☐ No | | Bathing | ☒ Yes ☐ No |
| Transfer | ☒ Yes ☐ No | | Nutrition | ☐ Yes ☒ No |
| Incontinent | ☒ Yes ☐ No | | Oral Hygiene | ☐ Yes ☒ No |
| BGL | ☐ Yes ☒ No | | Eating | ☐ Yes ☒ No |

| | Yes/No |
|---|---|
| Medications Verified | ☒ Yes ☐ No |
| Personal Hygiene | ☒ Yes ☐ No (crossed) |
| Safety Checks | ☒ Yes ☐ No |
| Wandering Behavior | ☐ Yes ☒ No |

## Signatures

Resident Signature: _____  Date: _____  
Representative or Legal Guardian's Signature (if applicable): _____  Title or relationship: _____  Date: _____  
Family / Caregiver Signature: _____  Title or relationship: _____  Date: _____  
Care Coordinator Signature (if applicable): Meg Brewster  Title / Credentials: _____  Date: Sept 15, 04  
Chugiak Senior Center Representative: [signature]  Title / Credentials: _____

**PLAINTIFF'S EXHIBIT**  
CASE NO. 3:06-CV-00083 TMB  
EXHIBIT NO. 8