# Chugiak Senior Center
## Quality Assurance Complaint Form

Name: _____   Apt #: _____

Address: _____

_____

_____

Phone: _____

| NATURE OF COMPLAINT |
|---|
| |

| RESPONSE |
|---|
| |

Resident or legal representaives signature (if applicable): _____   Date _____

**PLAINTIFF'S EXHIBIT**
CASE NO. 3:06-CV-00 83 TMB
EXHIBIT NO. 96
7 of 3 pages

C:\Documents and Settings\dmm\Local Settings\Temp\GWViewer\Complaint Form.doc
Amended on: 7-11-02

**10473A**
Winters v. CSC

Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
PHONE: 907-279-3581
FAX: 907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

HELEN WINTERS, through her Power of )
Attorney Carol Winters, )
                                                            )
               Plaintiff, )
                                                            )
    v. )
                                                            )
CHUGIAK SENIOR CITIZENS, INC., )
               Defendant. )
_____ ) Case No. 3:06-cv-00083-TMB

**DEFENDANT'S 24th SUPPLEMENTAL DISCLOSURES**

Defendant, Chugiak Senior Citizens, Inc. ("CSC"), by and through counsel of record, Delaney Wiles, Inc., supplements its initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1):

    **B.**    **Discoverable Documents:**

The following documents are attached:

- CSC Quality Assurance Complaint Form, Bates 10473A
- Assisted Living Home License, 10576
- CSC Assisted Living Information Packet, Bates 10577-10584
- Supplemental progress notes dated 10/25/06-11/26/06, Bates 20216-20224

- 10/25/06 Service Plan and supplemental communication, Bates 30562-30567
- 11/8/06 Doctor Appointment note, Bates 30568
- Correspondence between Carol Winters and Marla Nelson dated 10/31/06, 10/26/06 and 10/12/06, Bates 40640-40642
- Communication book dated 4/5/06-8/16/06, Bates 40643-40774 (redacted copy and privilege log will be provided at a later date)
- CSC Menus and Helen Winters' choice notations, Bates 40775-40802
- Health Professionals Quality Assurance Credential Look Up Results re Linda Hendrickson, Bates 63525
- CSC Board Packets, 9/16/04-8/28/06, Bates 70001-70485

All records containing personal and/or confidential information regarding CSC employees and/or residents are produced pursuant to the Court's protective order in this case and all reviewing parties are expected to honor the confidentiality of present and former employees and residents accordingly.

DATED at Anchorage, Alaska, this 5th day of December, 2006.

DELANEY WILES, INC.
Attorneys for Chugiak Senior Citizens, Inc.

By: _____
Donna M. Meyers
Alaska Bar No.: 9006011

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of December, 2006, a copy of **Defendant's 24th Supplemental Disclosures** was served via ~~USPS, first class, postage prepaid~~ on: hand delivery
Nikole Nelson, Barbara Brink
Jim Davis, Jr. and Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska  99501

_____
Donna K Daniels/124968

DELANEY WILES, INC.
SUITE 400
1007 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Defendant's 24th Supplemental Disclosures
Winters v. CSC/Case No. 3:06-cv-00083-TMB                                    Page 2 of 2