1/12/2006 14:46 FAX                                                                                  ☒002

Page 1 of 1

Glacier

## Carol Winters

**From:** Carol Winters [carol_winters@labor.state.ak.us]
**Sent:** Wednesday, April 12, 2006 3:29 PM
**To:** Robert P Dreyer
**Cc:** 'kahuskey@hotmail.com'; 'bbrink@alsc-law.org'; 'jdavis@alsc-law.org'
**Subject:** Important Information / A Witness

Bob,

I stopped by my old DVR office downtown today and was asked how things were going and told a few people about mom and the lawsuit. The sister of Teresa Forsythe, Ellen Dingus 269-0090 pulled me aside and told me many important things about her sister. She volunteered to testify in our behalf and said that my attorney's or anybody else can call her for testimony.

She filed a restraining order on her sister about one year ago when Teresa was assaulting her niece, Teresa's daughter in their home. Tereasa's daughter now lives with Ellen and her husband. She said that her sister is very violent and has been so since a child, mentally ill but refuses psychiatric help. Ellen says she has broken bones of people often and broke her exhusband's nose and toes and often smacked his glasses off of his face. She is a felon. Had been convicted of Grand Theft in Florida when she was 20 yrs old or so. I will fax the record to your office.

Ellen says Providence would not hire her and that she can't be licensed as a CNA in Alaska due to the felony. Ellen says she had worked only a few days here at AK Care Group and was fired, accused of theft. She now works at the Wickersham House in Wasilla.

What concerns me most is that Ellen says Teresa told her that Chugiak Senior Ctr still has her on an "on call" basis. Please, we must stop this for my mother's sake. With the lawsuit she could retaliate by hurting my mother. Can you report this immediately to the licensing board and ask that they contact CSC and demand they fire her? Why did they not check her records prior to hiring her?

In the summer, I told Linda Hendrickson and Marla Nelson that there was a restraining order that had been issued on Teresa and I guess they never took me seriously for she worked there until just a short time ago.

Ellen says her sister is not happy unless she is stirring up trouble and believes that she was the one who conspired against my poor mother and turned everyone against her. She said she makes up lies about people all of the time for fun.

Ellen is eager to talk to anybody and to the courts about her sister. I hope you will call Licensing to get CSC to fire Teresa immediatelly and please included the information in this email in your investigation report. I am convinced now that Teresa, since she wrote the most negative notes about mom in the chart, was instrumental in making her the target for abuse by other staff as well has herself.

Carol Winters

POA for Helen Winters

EXHIBIT B
Page 1 of 4

4/12/2006

338

4/12/2006 14:46 FAX  Case 3:06-cv-00083-TMB   Document 131-3   Filed 12/19/2006   Page 2 of 4  ☐003
1/12/2006 14:15 FAX           AER DVR            → DVR Eagle River  ☐002

Manatee Clerk of the Circuit Court                                    Page 1 of 3

## Manatee County Florida Clerk of the Circuit Court
## Court House Information Processing System
### CASE

Case Number  41 1989 CF 002907 A

Case Type  Felony                                        File Date  9/11/1989

Case Action Code  See Charges Below                      Case Status  Closed

### PARTIES

| Rcd | Party Type | Name | D.O.B. |
|---|---|---|---|
| 1 | Defendant | FORSYTH, THERESA | 11/13/1969 |

AKA: THERESA PIERSON
Address: 160 GREEN STREET SOUTH ENGLEWOOD FL 34223 (HOME ADDRESS)
Attorney: MORELAND, DIANA L

### CHARGES

| Rcd | Offense Date | Florida Statute | Charge Description | Level / Degree | Citation |
|---|---|---|---|---|---|
| 1 | 7/13/1989 | CFCONV | 812.014 GRAND THEFT. | Third Degree Felony | |

### DISPOSITIONS

| Rcd | Status | Status Date | Disposition Code | Disp Date | Judge |
|---|---|---|---|---|---|
| 1 | Closed | 1/10/1990 | CLOSED | 1/10/1990 | GILNER, MARC B |

### DOCKETS

| Rcd | Date | Description | Document Image |
|---|---|---|---|
| 1 | 9/11/1989 | INFORMATION FILED | |
| 2 | 9/11/1989 | CAPIAS ISSUED | |
| 3 | 9/11/1989 | ORDER DIRECTING ISSUANCE OF CAPIAS | |
| 4 | 10/2/1989 | DEFENDANT'S ADVISORY HEARING SHEET FILED | |
| 5 | 10/2/1989 | ADVISORY HEARING SHEET FILED | |
| 6 | 10/2/1989 | PCA FILED RET. 10-27-89 | |
| 7 | 10/2/1989 | CAPIAS FILED | |
| 8 | 10/2/1989 | COURTS ADVISORY HEARING SHEET FILED | |
| 9 | 10/27/1989 | DEFS NOTICE ELECTION TO PARTICIPATE IN DISCOVERY | |
| 10 | 10/27/1989 | COURT APPOINTED PUBLIC DEFENDER DIANA MORELAND, ASST. PUB DEFENDER SET FOR PRE-TRIAL 1-10-90 AT 9:00 AM | |
| 11 | 10/27/1989 | WRITTEN PLEA OF NOT GUILTY FILED | |
| 12 | 10/31/1989 | AFFIDAVIT-ORDER OF INSOLVENCY FILED | |
| 13 | 11/1/1989 | NOTICE OF COURT DATE | |
| 14 | 11/8/1989 | STATES RESPONSE TO DEFENSE DEMAND FOR DISCOVERY | |
| 15 | 11/8/1989 | LIST OF WITNESSES | |

EXHIBIT  B
Page  2  of  4

4/12/2006 14:47 FAX  Case 3:06-cv-00083-TMB   Document 131-3   Filed 12/19/2006   Page 3 of 4  ☒004
/12/2006 14:16 FAX           )        AER DVR           → : /Eagle River   ☒003

Manatee Clerk of the Circuit Court                                          Page 2 of 3

| 16 | 11/21/1989 | NOTICE OF TAKING DEPOSITIONS |
| 17 | 1/10/1990 | NOLLE PROSEQUI FILED IN OPEN COURT |

### EVENTS

No Information available - See Dockets

### RECEIPTS

No Information available - See Dockets

### CITATIONS

#### Number 1

| | | | |
|---|---|---|---|
| Citation # | | Offense Date | 7/13/1989 |
| Jurisdiction | MANATEE COUNTY | Offense Time | |
| Florida Statute | CFCONV | Arrest Date | |
| Description | Felony Conversion | | |
| Agency | Conversion Officer Agency | Balance Due | $0.00 |
| Officer | Converted Officer, | AR Payment Due | $0.00 |
| Primary Street | | | |
| Vehicle License | | Feet | |
| Trailer License | | Miles | |
| Vehicle State | | Direction | |
| Veh License Exp | | Node | |
| Vehicle Year | | Crash | |
| Vehicle Make | | Damage | |
| Vehicle Model | | Damage Amt | |
| Vehicle Style | | Injury | |
| Vehicle Color | | Serious Injury | |
| Speed | | Fatal | |
| Zone | | Com Mtr | |
| B.A.L. | | Lic Surrendered | |
| Hazardous Mat. | | Elig For Permit | |

### ADDITIONAL CIVIL

None

### CLAIMANTS

None

### CRIMINAL OBTS

#### PARTY CHARGE SUMMARY

| Rcd | Chg/Cnt | Phase | Charge Description | Charge Disposition | Disposition Date |
|---|---|---|---|---|---|
| 1 | 1 | Prosecutor | 812.014 GRAND THEFT | Nolle Pros | 1/10/1990 |

#### CHARGE NUMBER 1

EXHIBIT B
Page 3 of 4

http://www.clerkofcourts.com/mpa/cvweb2.asp?ucase_id=94327657                4/12/2006

340

## BASIC PHASE - Charge 1

| | | | |
|---|---|---|---|
| OBTS Number | 0000981290 | Agency | MANATEE COUNTY SHERIFF'S OFFICE |
| Agency Number Type | | Agency Number | |

## INITIAL PHASE - Charge 1

| | | | |
|---|---|---|---|
| Charge Status | Arrest | Offense Begin Dt | 7/13/1989 |
| Charge/Count | 1 | Offense End Dt | |
| Action Code | CFCONV | Capias/Summons Issued | 9/11/1989 |
| Level/Degree | Third Degree Felony | Arrest/Summons Served | 9/29/1989 |
| F.S.S. | 11111111 | Offense Activity | Not Applicable |
| Gen Offense Char | 777.011 | Drug Type | Not Applicable |
| Charge Description | 812.014 GRAND THEFT | | |

## PROSECUTOR PHASE - Charge 1

| | | | |
|---|---|---|---|
| Charge Status | Initiated by Prosecutor | Direct File | |
| Charge/Count | 1 | Prosecutor File Dt | 9/11/1989 |
| Action Code | CFCONV | Final Decision Dt | 1/10/1990 |
| Level/Degree | Third Degree Felony | Pros Final Action | Nolle Pros |
| F.S.S. | 11111111 | Offense Activity | Not Applicable |
| Gen Offense Char | 777.011 | Drug Type | Not Applicable |
| Charge Description | 812.014 GRAND THEFT | | |

## COURT PHASE - Charge 1

| | | | |
|---|---|---|---|
| Charge Status | | Final Plea / Date | |
| Charge/Count | | Court Action / Date | |
| Action Code | | Trial Type | NONE - NO TRIAL |
| Level/Degree | | | |
| F.S.S. | | Offense Activity | |
| Gen Offense Char | | Drug Type | |
| Charge Description | | | |

## POST SENTENCE PHASE - Charge 1
## REARREST PHASE - Charge 1
## SENTENCE PHASE - Charge 1

[ Search Again ]

EXHIBIT B
Page 4 of 4

http://www.clerkofcourts.com/mpa/cvweb2.asp?ucase_id=94327657                    4/12/2006

201