IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA



HELEN WINTERS,                                )
through her power of attorney                 )
Carol Winters,                                )
                                              )
        Plaintiff,                            )
                                              )
vs.                                           )
                                              )
CHUGIAK SENIOR CITIZENS, INC.,                )
                                              )        Case No. 3:06-cv-00083-TMB
        Defendant.                            )
                                              )
_____ )

## PLAINTIFF'S FIFTH SUPPLEMENTAL DISCLOSURES

Plaintiff, by and through counsel, Alaska Legal Services Corporation,

supplements its initial Rule 26 disclosures pursuant to Federal Rule of Civil Procedure

Rule 26(a)(1), with the following discoverable documents:

Information concerning felony court record and restraining order against Teresa
Forsyth, 1209-1213

Chugiak Senior Center Service Plan, October 25, 2006, 1214-1216.

Records of Disability Law Center concerning complaint against CSC, 1217-1228

Correspondence Carol Winters and Marla Nelson, Oct. 31, 2006 and Nov. 4, 2006,
1229-1234.

Audiological report from Charlene Mateisch, Providence, 1235-1236.

Additional medical records, 1237 – 1262.

Deposition transcripts and exhibits of: Carol Winters, Robert Dryer, Tom Isaacs, Linda
Hendrickson, Jan Freels, Lynn Moser, Dr. Michael Jones, Marla Nelson, Pages
unknown and pending at this time.

LAW OFFICES OF
ALASKA LEGAL SERVICES CORPORATION
ANCHORAGE AND STATEWIDE OFFICE
1016 WEST SIXTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1963
(907) 272-9431

Plaintiff's Fifth Supplemental Disclosures                                        1
Case No. 3:06-cv-00083-TMB

EXHIBIT      C
Page      1   of   10

DATED: November 28, 2006

ALASKA LEGAL SERVICES CORPORATION
Attorneys for Plaintiff
Helen Winters
through her power of attorney Carol Winters

ALASKA LEGAL SERVICES
1016 West 6th Avenue, Suite 200
Anchorage, Alaska 99501
PHONE: (907) 222-9431
FAX: (907) 279-7417
E-mail: skerr@alsc-law.org
Alaska Bar No. 0409051

Certificate of Service

I hereby certify that on the 28th
of November, 2006, a copy of
this document and letters was
served electronically and by U.S.
mail, first class postage prepaid on:

Donna M. Meyers
Delaney, Wiles
1007 W. Third Avenue, Suite 400
Anchorage, AK 99501.

Sonja D. Kerr

<div style="writing-mode: vertical">
LAW OFFICES OF
ALASKA LEGAL SERVICES CORPORATION
ANCHORAGE AND STATEWIDE OFFICE
1016 WEST SIXTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1963
(907) 272-9431
</div>

EXHIBIT ........... C
Page ....... 2 of 10

## Carol Winters

**From:** Ellen Dingus [margaret_dingus@labor.state.ak.us]
**Sent:** Wednesday, August 02, 2006 10:17 AM
**To:** carol_winters@labor.state.ak.us
**Subject:** my sisters court record

**Attachments:** anabnr2.gif; Nature Bkgrd.jpg

 

**anabnr2.gif (15 KB)**   **Nature Bkgrd.jpg (4 KB)**

It looks like she was charged with a felony, not sure if they converted it or not.

Manatee County Florida Clerk of the Circuit Court Court House Information Processing System

CASE
Case Number
41 1989 CF 002907 A

Case Type
Felony
File Date
9/11/1989
Case Action Code
See Charges Below
Case Status
Closed
PARTIES
Rcd
Party Type      Name   D.O.B.
1       Defendant      FORSYTH , THERESA      1969
AKA : THERESA PIERSON
Attorney: MORELAND , DIANA L

CHARGES
Rcd
Offense Date
Florida Statute   Charge Description      Level / Degree   Citation
1
7/13/1989
CFCONV      812.014 GRAND THEFT.      Third Degree Felony
DISPOSITIONS
Rcd
Status
Status Date   Disposition Code      Disp Date      Judge
1
Closed
1/10/1990      CLOSED      1/10/1990      GILNER , MARC B
DOCKETS
Rcd
Date
Description      Pages   Document Image
1
9/11/1989
ORDER DIRECTING ISSUANCE OF CAPIAS
2

EXHIBIT ___C___
Page ___3___ of ___10___



1209

9/11/1989
CAPIAS ISSUED
3
9/11/1989
INFORMATION FILED
4
10/2/1989
ADVISORY HEARING SHEET FILED
5
10/2/1989
CAPIAS FILED
6
10/2/1989
DEFENDANT'S ADVISORY HEARING SHEET FILED
7
10/2/1989
PCA FILED RET. 10-27-89
8
10/2/1989
COURTS ADVISORY HEARING SHEET FILED
9
10/27/1989
COURT APPOINTED PUBLIC DEFENDER DIANA MORELAND, ASST. PUB DEFENDER SET FOR PRE-TRIAL
1-10-90 AT 9:00 AM
10
10/27/1989
WRITTEN PLEA OF NOT GUILTY FILED
11
10/27/1989
DEFS NOTICE ELECTION TO PARTICIPATE IN DISCOVERY
12
10/31/1989
AFFIDAVIT-ORDER OF INSOLVENCY FILED
13
11/1/1989
NOTICE OF COURT DATE
14
11/8/1989
LIST OF WITNESSES
15
11/8/1989
STATES RESPONSE TO DEFENSE DEMAND FOR DISCOVERY
16
11/21/1989
NOTICE OF TAKING DEPOSITIONS
17
1/10/1990
NOLLE PROSEQUI FILED IN OPEN COURT
EVENTS
No Information available - See Dockets
RECEIPTS
No Information available - See Dockets
CITATIONS
Number 1
Citation #
          Offense Date      7/13/1989
Jurisdiction
MANATEE COUNTY      Offense Time
Florida Statute
CFCONV          Arrest Date
Description
Felony Conversion
Agency
Conversion Officer Agency         Balance Due

EXHIBIT        C
Page     4   of  10

1210

2

$0.00
Officer
Converted Officer,          AR Payment Due
$0.00
Primary Street

Vehicle License          Feet

Trailer License          Miles

Vehicle State          Direction

Veh License Exp                    Node

Vehicle Year          Crash

Vehicle Make          Damage

Vehicle Model          Damage Amt

Vehicle Style          Injury

Vehicle Color          Serious Injury

Speed
          Fatal
Zone
          Com Mtr
B.A.L.
          Lic Surrendered
Hazardous Mat.
          Elig For Permit
ADDITIONAL CIVIL
None
CLAIMANTS
None
CRIMINAL OBTS
PARTY CHARGE SUMMARY
 Rcd
Chg/
Cnt      Phase   Charge Description      Charge Disposition      Disposition Date
1
1        Prosecutor      812.014 GRAND THEFT      Nolle Pros      1/10/1990
CHARGE NUMBER 1
BASIC PHASE - Charge 1
OBTS Number
0000981290      Agency  MANATEE COUNTY SHERIFF'S OFFICE
Agency Number Type
Agency Number
INITIAL PHASE - Charge 1
Charge Status
Arrest   Offense Begin Dt      7/13/1989
Charge/Count
1        Offense End Dt
Action Code
CFCONV          Capias/Summons Issued      9/11/1989
Level/Degree
Third Degree Felony      Arrest/Summons Served      9/29/1989
F.S.S.
11111111        Offense Activity Not Applicable
Gen Offense Char
777.011 Drug Type      Not Applicable
Charge Description
812.014 GRAND THEFT

EXHIBIT          C
Page          5   of  10

1211

3

PROSECUTOR PHASE - Charge 1
Charge Status
Initiated by Prosecutor    Direct File
Charge/Count
1        Prosecutor File Dt        9/11/1989
Action Code
CFCONV        Final Decision Dt        1/10/1990
Level/Degree
Third Degree Felony      Pros Final Action        Nolle Pros
F.S.S.
11111111        Offense Activity Not Applicable
Gen Offense Char
777.011 Drug Type        Not Applicable
Charge Description
812.014 GRAND THEFT
COURT PHASE - Charge 1
Charge Status
        Final Plea / Date

Charge/Count
        Court Action / Date

Action Code
        Trial Type        NONE - NO TRIAL
Level/Degree

F.S.S.
        Offense Activity
Gen Offense Char
        Drug Type
Charge Description

POST SENTENCE PHASE - Charge 1
REARREST PHASE - Charge 1
SENTENCE PHASE - Charge 1
[ Search Again <http://www.clerkofcourts.com/mpa/cvweb.asp> ]

Ellen Dingus, VRA II
Division of Vocational Rehabilition
1016 W 6th Ave Suite 102
Anchorage, AK 99501
(907) 269-0090

EXHIBIT ___C___
Page ___6___ of __10__

1212

4



## Chugiak Senior Center
## Service Plan
Page 1 of 3

| Participant Name: Helen Winters | Plan Date: 10/25/06 |
|---|---|
| DOB: 10/15/1915 | Admission Date: 09/20/04 | Room #: 234 |

☒ Assisted Living Program       ☐ Adult Day Service

### Annual Service Plan

Documents Reviewed (check all that apply):

☐ Release of Information    ☒ Progress Notes    ☒ Nursing Assessments

☒ Resident Flow Sheets    ☐ Functional Assessment    Medical Information

### Strengths & Limitations:

Helen has been a self-sufficient woman most of her adult life. Helen currently needs assistance with most ADL's. Helen's daughter Carol is both loving and supportive of her mother at all times.

### Coordinated Care

Helen makes her own health care decisions with input from her daughter & care coordinator. Medicaid Choice Wavier. Care Coordinator; Kathy Huskey, Office: 696-3387, Fax: 696-3387, 10244 Colville, Eagle River, AK 99567

In case of emergency contact daughter; Carol Winters, 18212 Clear Falls Cir., Eagle River, AK 99577, Home: 907-696-0196, Office: 907-696-6842, Cell: 907-240-1550

### Advanced Directives

Helen has requested that in the event that the need arises that full CPR measures be started by trained staff.

### Client Alerts

Helen is at risk for falls and will be monitored when ambulating when Helen calls and allows staff to assist or monitor her. Helen will request assistant from staff by using her call light or verbally before ambulating or transferring.

EXHIBIT   C
Page   7   of 10

1213

Revised: 4/22/05
C:\Documents and Settings\Compaq_Administrator\My Documents\Resident Files\Winters, Helen\SP Winters, Helen 10-25-06.doc



# Chugiak Senior Center
## Service Plan
Page 2 of 3

| Participant Name: Helen Winters | | Plan Date: 10/25/06 |
|---|---|---|
| DOB: 10/15/1915 | Admission Date: 09/20/04 | Room #: 234 |

☒ Assisted Living Program          ☐ Adult Day Service

### Medication
Helen receives her medication each week from Geneva Woods Pharmacy - Anchorage. The ALP program nurse shall monitor the medication bubble packs for accuracy and shall make adjustments as needed when medications come into ALP between pharmacy deliveries (ie. Doctor's appointment resulting in med changes).

Staff shall assist Helen with medications by prompting her medication twice per day.

### Services
Helens weight shall be monitored monthly. Vitals to include blood pressure, temperature, pulse, respirations shall be monitored by staff weekly and appropriately recorded.

### Safety
Staff will conduct wellness checks for Helen three times on each shift. Before leaving resident's room staff will assure call light is accessible.

### Nutrition
Resident shall be served three meals daily and a snack, and resident provides some of her own meals. Resident shall be provided assistance cutting up meat, etc. as requested.

### Activities of Daily Living (ADL)
Resident will be assisted with bathroom needs as requested.
Staff shall assist with grooming; hygiene, oral and skin care daily and as requested by resident. Staff shall provide standby assistance with showers 2 xs weekly as scheduled.

### Socialization
Staff shall encourage resident to participate in activities and congregate meals.

EXHIBIT _____ C

Page _____ 8 _____ of _____ 10

:214



# Chugiak Senior Center
## Service Plan

Page 3 of 3

| Participant Name: Helen Winters | | Plan Date: 10/25/06 |
|---|---|---|
| DOB: 10/15/1915 | Admission Date: 09/20/04 | Room #: 234 |

☒ Assisted Living Program                              ☐ Adult Day Service

### Transportation
CSC, Anchorides, Transcare and family shall provide Resident transportation.

### Housekeeping
CSC housekeeping shall perform light housekeeping weekly on Thursday or as scheduled. This will include emptying trash and changing linens. Laundry will be washed as need up to 4 loads per week. ALP program staff will empty trash, make Helen's bed and perform daily light housekeeping as needed, to include dishes and trash.

### SIGNATURES
A recipient, recipient's caregiver or legal guardian's signature documents active participation in the development & review of the Service plan. If active involvement is not possible, the following is/are reasons for lack of participation:

I have had an opportunity to provide input to this annual service plan and I agree with it:

Resident or legal representative signature (if applicable): _____

ALP program nurse signature: *Glinda Kish, RN*                                          Date: 10-30-06

Family / caregiver signature and relationship (if applicable): _____    Date: _____

Care coordinator signature (if accessible and applicable): _____    Date: _____

Program director _____    Date: _____

ALP administrator's signature _____    Date: _____

EXHIBIT    C
Page    9  of 10

1215

Revised: 4/22/06
C:\Documents and Settings\Compeq_Administrator\My Documents\Resident Files\Winters, Helen\SP Winters, Helen 10-25-06.doc

## Maria Elena Walsh

| | |
|---|---|
| From: | Maria Elena Walsh |
| Sent: | Monday, August 15, 2005 10:43 AM |
| To: | 'Carol Winters' |
| Subject: | RE: Helen |

August 15, 2005

Carol Winters
Via Email:  carol_winters@labor.state.ak.us

Re:   Helen H. Winters

Dear Ms. Winters:

This letter is to inform you that the file opened regarding your claims against Chugiak
Senior Citizens' Inc. has been closed.  However, if you should ever have additional
concerns or complaints regarding your mother's care at this assisted living home, please
do not hesitate to call us again.

If you do not agree with this decision to close your case, you may file a grievance with
David C. Fleurant, the Executive Director of the Disability Law Center.  Please contact
the receptionist for additional information on the grievance procedure.

Thank you for contacting the Disability Law Center of Alaska.  We hope our services have
been satisfactory.  If you have other questions or concerns, please feel free to contact
us again.  At that time, we can talk about how to assist you further.

Very truly yours,

Disability Law Center of Alaska


Maria-Elena Walsh
Advocate

1216

EXHIBIT _____ C
Page ____ 10 __ of __ 10

1