

State of Alaska
Office of the Long Term Care Ombudsman
550 W. 7th Avenue, Suite 1830
Anchorage, Alaska  99501
(907) 334-4480  Fax (907) 334-4486

# REPORT OF INVESTIGATION

## Case No.  LT-01-200600068

## May 31, 2006

# STATE OF ALASKA
**Office of the Long Term Care Ombudsman**
550 W. 7th Ave., Suite 1830
Anchorage AK  99501
TEL  (907) 334-4480
TOLL FREE  1-800-730-6393
FAX  (907) 334-4486

EXHIBIT     D
Page     1     of     4

# REPORT OF INVESTIGATION

State of Alaska
Office of the Long Term Care Ombudsman
550 W. 7th Avenue, Suite 1830
Anchorage, Alaska 99501
(907) 334-4480  Fax (907) 334-4486



The Office of the Long Term Care Ombudsman, OLTCO, is charged with investigating and resolving complaints made by or on behalf of older Alaskans who reside in long term care facilities in the state if the complaint relates to a decision, action, or failure to act, by a provider or a representative of a provider of long term care services, or by a public agency or social services agency, that may adversely affect the health, safety, welfare or rights of the older Alaskans. (See AS 47.62.015).

On May 1, 2006, the OLTCO received a complaint against Wickersham House, LLC, hereinafter referred to as Wickersham, a licensed assisted living home located at 3950 Wickersham Way, Wasilla, Alaska.  Pursuant to the above cited statute, the OLTCO conducted an investigation.  The allegations, along with our findings and recommendations, are set out herein.

In determining if the allegations were substantiated or unsubstantiated, the OLTCO, used the standard of a *preponderance of evidence*; which is the level of proof necessary in an administrative investigation. *Preponderance of evidence* is defined as the evidence which is of greater weight or more convincing than the evidence which is offered in opposition to it; that is, evidence which as a whole shows that the fact sought to be proved is more probable than not.[1]  This is a standard of proof, generally used in civil lawsuits.  It is not as high a standard as "clear and convincing evidence" or "beyond a reasonable doubt.

## Findings & Recommendations

**Allegation No. 1:**    Staff person, T.F., grabbed a resident's testicles in an effort to get him to let go of her.

### *Substantiated*

**Findings:** Interviews were conducted with the Assistant Administrator and most staff of Wickersham, staff from Valley Health Service and Hospice, and family members of some current and former residents. The OLTCO found conflicting information during the course of this investigation and during interviews found two Wickersham staff members to be deceptive.

Based on a *preponderance of evidence*, weight was given to written statements of staff members, testimony from individuals who stated they were told personally by T.F. this occurred, and interviews with individuals who had frequent opportunity to observe staff interaction with residents.

---

[1] Black's Law Dictionary, Sixth Edition, St. Paul, MN: 1990

Report of Investigation
Case No. LT-01-200600068

EXHIBIT  D
Page  2  of  4

Page 1 of 3

Interviews did not reveal observance of this alleged abuse, however, at least one staff person did observe caregiver, T.F., "pestering" the identified resident causing him to grab her. The resident was in his chair with his feet up as he was apparently tired but did not want to go to his room. T.F. was observed putting her feet on his footrest and tapping his feet with her foot thereby causing him to grab onto her. T. F. reportedly repeated, "are you done" until he let go which allowed her to walk away.

Interviews further revealed, behavior changes in the identified resident such as "wincing", "flinching" and "jerking" when preparing to toilet and clean his genital area.

It is the opinion of the OLTCO that this incident did occur on at least one occasion thereby violating AS 47.33.300 which states, in part:

> (a) Subject to (c) of this section, a resident of an assisted living home has the right to
> (1) live in a safe and sanitary environment;

**Recommendation(s):** The OLTCO recommends staff person T. F. be terminated from providing care or interacting with residents in a long term care setting and that all staff obtain additional training on handling challenging behaviors and mandatory reporting requirements.

As this complaint was originally reported by the Wickersham House, Assistant Administrator, the OLTCO is not asking for sanctions to be taken against Wickersham House, LLC.

During the course of our investigation the following allegations came to our attention.

**Allegation No. 2:** Staff person T.F, was disrespectful and rude to residents.

### *Substantiated*

**Findings:** Several staff interviewed observed T. F. make rude comments about and to residents, at times in their presence. Caregiver, T. F., was observed to be asked by a female resident for something to relieve a headache to which T. F. responded to her by stating, "Oh my God, not again."

Report of Investigation
Case No. LT-01-200600068

EXHIBIT _D_
Page _3_ of _4_

It was determined that the disrespectful and/or rude remarks were primarily directed at one female resident with higher level of care needs and who repeatedly asks for headache relief, and the male resident who also has a higher level of care need.    T. F. stated to other staff that these two identified residents do not belong in the assisted living home.

It is the opinion of the OLTCO that staff person, T. F., violated AS.47.33.300, which states in part:

(a) Subject to (c) of this section, a resident of an assisted living home has the right to
(2) be treated with consideration and respect for personal dignity, individuality, and the need for privacy, ...

**Recommendation(s):** The OLTCO recommends the Wickersham staff and administrators obtain additional training regarding assisted living resident rights.

The OLTCO is again not asking for sanctions to be taken against the Wickersham House, LLC as this allegation would not have been brought to our attention had the home not reported the above abuse allegation.

Respectfully Submitted,

Janice Olsen
Assistant LTC Ombudsman

**Distribution:**
Ms. Linda Henderickson, Administrator, Wickersham House, LLC
Division of Public Health, Certification and Licensing
Board of Nursing

EXHIBIT ___D___
Page ___4___ of ___4___    Page 3 of 3

Report of Investigation
Case No. LT-01-200600068