Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>        Plaintiff,<br><br>    v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>        Defendant.<br>_____ | <br><br><br><br><br><br><br><br><br><br>Case No. 3:06-cv-00083-TMB |

**(PROPOSED) ORDER GRANTING DEFENDANT CHUGIAK SENIOR CITIZENS, INC.'S MOTION *IN LIMINE* NO. 3 TO PRECLUDE ADMISSION OF INADMISSIBLE EVIDENCE INVOLVING THERESA FORSYTH**

Defendant, Chugiak Senior Citizens, Inc.'s ("CSC"), motion *in limine* to preclude plaintiff Helen Winters, Carol Winters, Ellen Dingus and any other witness from presenting inadmissible evidence involving Theresa Forsyth at trial is **GRANTED** for the reasons stated in CSC's motion.  Plaintiff and every witness is

(Proposed) Order Granting Defendant Chugiak
Senior Citizens, Inc.'s Motion *in Limine* No. 3 to
Preclude Admission of Inadmissible Evidence
Involving Theresa Forsyth
Winters v. Chugiak Senior Citizens/Case No. 3:06-cv-0083 (TMB)        Page 1 of 2

precluded from offering and admitting evidence of Forsyth's (1) alleged family feud; (2) alleged mistreatment of residents at CSC; (3) alleged emotional difficulties; (4) 1989 grand theft charge in Florida for which Forsyth was not convicted; and (5) problems at the Wickersham House. Plaintiff and plaintiff's counsel are precluded from asking questions, allowing the witnesses they call to testify, or making any arguments in front of the jury regarding these matters.

        DATED at Anchorage, Alaska, this \_\_\_\_ of _____, 200\_\_.

 

_____
Timothy M. Burgess, U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day
of December, 2006, a copy of this document
was served electronically on:

Barbara Brink/Nikole Nelson
Jim Davis, Jr./Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

s/Donna M. Meyers and Clay A. Young
(125624)

(Proposed) Order Granting Defendant Chugiak
Senior Citizens, Inc.'s Motion *in Limine* No. 3 to
Preclude Admission of Inadmissible Evidence
Involving Theresa Forsyth
Winters v. Chugiak Senior Citizens/Case No. 3:06-cv-0083 (TMB)         Page 2 of 2