Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters, </br></br>             Plaintiff, </br></br>     v. </br></br> CHUGIAK SENIOR CITIZENS, INC., </br></br>             Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) </br> Case No. 3:06-cv-00083-TMB |

**DEFENDANT CHUGIAK SENIOR CITIZENS, INC.'S MOTION FOR SUMMARY JUDGMENT NO. 3 RE:  COUNT III**

CSC, Inc., through counsel, respectfully requests the Court to enter partial summary judgment dismissing plaintiff's claims in Count III of the Amended Complaint with prejudice.  This motion is supported by the memorandum and exhibits filed herewith.  A proposed order is also submitted for the court.

DATED at Anchorage, Alaska, this 19th day of December, 2006.

DELANEY WILES, INC.
Attorneys for Chugiak Senior Citizens, Inc.

s/Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, Alaska  99501
Phone:      907-279-3581
Fax:        907-277-1331
E-mail:     dmm@delaneywiles.com
E-mail:     cay@delaneywiles.com
Alaska Bar Assoc. No. 9006011 (DMM)
Alaska Bar Assoc. No. 7410117 (CAY)

**CERTIFICATE OF SERVICE**

I hereby certify that on 19th day
of December, 2006, a copy of foregoing
**Defendant's Motion for Summary
Judgment No. 3 Re:  Count III** was served
electronically on:

Jim Davis/Jr./Barbara Brink/
Nikole M. Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, AK  99501


s/Donna M. Meyers
125656