Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters, ) ) ) ) Plaintiff, ) ) v. ) ) CHUGIAK SENIOR CITIZENS, INC., ) ) Defendant. ) _____ ) | Case No. 3:06-cv-00083-TMB |

**(PROPOSED) ORDER GRANTING DEFENDANT CHUGIAK SENIOR CITIZENS, INC.'S MOTION FOR SUMMARY JUDGMENT NO. 4 RE:  COUNT IV**

This matter having come before the court this ____ day of _____, 200__, upon the motion of defendant for partial summary judgment on Count IV of plaintiff's Amended Complaint, and the memoranda and arguments of counsel having been considered and good cause appearing, it is therefore

ORDERED that the motion for partial summary judgment is GRANTED to defendant CSC on Count IV of Plaintiff's Amended Complaint; and all claims in Count IV are dismissed with prejudice.

DATED this ____ day of _____, 200__ at Anchorage, Alaska

_____
Timothy M. Burgess
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on 19th day
of December, 2006, a copy of foregoing
**(PROPOSED) ORDER GRANTING DEFENDANT
CHUGIAK SENIOR CITIZENS, INC.'S MOTION
FOR SUMMARY JUDGMENT NO. 4 RE:  COUNT IV**
was served electronically on:

Jim Davis/Jr./Barbara Brink/
Nikole M. Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, AK  99501


s/Donna M. Meyers
125666