Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>      Plaintiff,<br><br> v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>      Defendant. | <br><br><br><br><br><br><br><br><br><br><br>Case No. 3:06-cv-00083-TMB |

**DEFENDANT CHUGIAK SENIOR CITIZENS, INC.'S MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT NO. 4 RE:  COUNT IV**

### I. INTRODUCTION

This motion seeks dismissal of Count IV in plaintiff's Amended Complaint. CSC incorporates the Statement of Facts and Standards for Summary Judgment contained in its Motion for Summary Judgment as to Count I herein, and respectfully refers the Court to them.

## II.   ARGUMENT

**Summary Judgment is Warranted on Count IV – Breach of Contract.**

Plaintiff alleges in Count IV that plaintiff and CSC are parties to several contracts including a lease agreement, a resident's service contract and a plan of care contract, and that the contracts require CSC to abide by the Alaska Assisted Living Homes Act and the Uniform Residential Landlord Tenant Act.[1] Plaintiff vaguely alleges that by its actions in violation of those Acts, CSC has breached its contracts with plaintiff.[2]

CSC has addressed plaintiff's claim under the Uniform Residential Landlord Act (Count III), and incorporates its arguments in support of summary judgment on that count.[3] CSC has also addressed plaintiff's arguments under the Alaska Assisted Living Homes Act (Count I), and incorporates herein its arguments for summary judgment on this count under the Alaska Assisted Living Homes Act.[4] If CSC is entitled to summary judgment on those claims, it is entitled to summary judgment on plaintiff's breach of contract claims as well, as there would be no breach.

For the reasons set forth above, summary judgment is appropriate on this count which is based upon plaintiff's claims under the Alaska Assisted Living Homes Act and the Uniform Residential Landlord Tenant Act.

---

[1] Dkt. No. 1, Ex. C at ¶¶ 30-32 (Amended Complaint).
[2] *Id.*
[3] *See* CSC's Memorandum in Support of Motion for Summary Judgment No. 3 at 1-7.
[4] *See* CSC's Memorandum in Support of Motion for Summary Judgment Nos. 1, 2, and 5.

### III.   CONCLUSION

CSC requests the court to enter partial summary judgment on the claims in Count IV of the Amended Complaint, with prejudice.

DATED at Anchorage, Alaska, this 19th day of December, 2006.

DELANEY WILES, INC.
Attorneys for Chugiak Senior Citizens, Inc.

s/Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, Alaska  99501
Phone:     907-279-3581
Fax:       907-277-1331
E-mail:    dmm@delaneywiles.com
E-mail:    cay@delaneywiles.com
Alaska Bar Assoc. No. 9006011 (DMM)
Alaska Bar Assoc. No. 7410117 (CAY)

**CERTIFICATE OF SERVICE**

I hereby certify that on 19th day
of December, 2006, a copy of foregoing
**Defendant's Memorandum in Support of
Motion for Summary Judgment No. 4 Re:
Count IV** was served electronically on:

Jim Davis/Jr./Barbara Brink/
Nikole M. Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, AK  99501


s/Donna M. Meyers
125563