6. The first DSDS Choice Program Plan of Care is dated September 11, 2004 and a true and correct copy is attached as Plaintiff Ex. 7.

7. On September 24, 2004, I signed a CSC Assisted Living Program Lease Agreement for my mother, a true and correct copy of which is attached as Plaintiff Ex. 11.

8. On September 24, 2004, I signed a CSC Assisted Living Program Resident Service Contract for my mother, a true and correct copy of which is attached as Plaintiff Ex. 12.

9. A DSDS Choice Program Plan of Care from September 10, 2005 was created for my mother and a true and correct copy of this is attached as Plaintiff Ex. 33 and 34.

10. A CSC Service Plan of October 5, 2005 was created for my mother, and a true and correct copy of this is attached as Plaintiff Ex. 38.

11. I was never provided a written complaint form by any staff member of CSC. I have now received from my counsel a copy of a document titled "Chugiak Senior Center Quality Assurance Complaint Form." A true and correct copy of what we received is attached to this affidavit as proposed Plaintiff Ex. 96.

Further affiant saith not.

Dated this 19 day of December, 2006.

_____
Carol Winters

LAW OFFICES OF
ALASKA LEGAL SERVICES CORPORATION
ANCHORAGE AND STATEWIDE OFFICE
1016 WEST SIXTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1963
(907) 272-9431

Affidavit Carol Winters in Support of Plaintiff's Motion for Partial Summary Judgment 2
3:06-00083 (TMB)

Subscribed and sworn to before me this 19th day of December, 2006.

_____
Notary Public

[Notary Seal: BRENDA J. EDMUNDSON, NOTARY PUBLIC, STATE OF ALASKA, My Commission Expires March 13, 2005]

My commission expires: 3/13/2005

LAW OFFICES OF
ALASKA LEGAL SERVICES CORPORATION
ANCHORAGE AND STATEWIDE OFFICE
1016 WEST SIXTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1963
(907) 272-9431

Affidavit Carol Winters in Support of Plaintiff's Motion for Partial Summary Judgment                3
3:06-00083 (TMB)