Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
Phone: 907-279-3581
Fax: 907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>                    Plaintiff,<br><br>v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>                    Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 3:06-cv-00083-TMB |

**NOTICE OF SUBMISSION OF EXHIBITS TO DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT NOS. 1-5**

CSC, Inc. hereby submits the exhibits referenced in Defendant's Motions for Summary Judgment Nos. 1 through 5. These exhibits are being submitted as a separate filing for the ease of the court to refer to the exhibits and due to the repeat references to the same exhibits throughout the summary judgment motions.

The exhibits attached are as follows:

**A.**     Affidavit of Linda Hendrickson, dated April 19, 2006

- **B.** Lease Agreement
- **C.** Residential Services Contract
- **D.** Acknowledgement of Receipt of Residential Rights
- **E.** CSC letter dated January 5, 2006
- **F.** January 30, 2006 letter to Assistant Attorney General Timothy Twomey
- **G.** *Hall v. Meadowood Limited Partnership*, 7 Fed. Appx. 687 (9th Cir. 2001)
- **H.** *Woolcott v. E.I. Dupont Nemours & Co., Inc.*, 1997 W.L. 251475 at p. 4 (W.D.N.Y. 1997)
- **I.** *Appenfelder v. Deupree St. Luke,* 1995 W.L. 17137468 (S.D. Ohio)
- **J.** Deborah Geesman Evaluation, dated December 15, 2006
- **K.** Affidavit of Linda Hendrickson, dated December 19, 2006
- **L.** *Webb ex Rel. v. Anchorage School Dist.*, 2000 WL 34545828 (Alaska 2000)
- **M.** Deposition excerpts of Carol Winters, dated August 28, 2006

DATED at Anchorage, Alaska, this 19th day of December, 2006.

DELANEY WILES, INC.
Attorneys for Chugiak Senior Citizens, Inc.

s/Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, Alaska  99501
Phone:    907-279-3581
Fax:       907-277-1331
E-mail:    dmm@delaneywiles.com
E-mail:    cay@delaneywiles.com
Alaska Bar Assoc. No. 9006011 (DMM)
Alaska Bar Assoc. No. 7410117 (CAY)

**CERTIFICATE OF SERVICE**

I hereby certify that on 19th day of December, 2006, a copy of foregoing **NOTICE OF SUBMISSION OF EXHIBITS TO DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT NOS. 1-5** was served electronically on:

Jim Davis/Jr./Barbara Brink/
Nikole M. Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, AK  99501


s/Donna M. Meyers
125601