**Chugiak Senior Citizens, Inc.**
Assisted Living Program
22424 N. Birchwood Loop
Chugiak, AK 99567

## LEASE AGREEMENT

Chugiak Senior Citizens, Inc. and <u>Helen Winters</u> enter the following lease agreement this 20th ~~insert date~~ day of September, ~~insert year~~ 2004.

In consideration of the mutual covenants herein, the parties agree as follows:

### Section 1. Definitions
The following definitions shall apply:

- *Facility* means Chugiak Senior Citizens Center and Apartment Complex and grounds.
- *Owner* means the Municipality of Anchorage.
- *Manager* means Chugiak Senior Citizens, Inc.
- *Apartment* means Apartment Number __234__ of this Facility.
- *Tenant* means: __Helen Winters__.
- *Common Area* means any area to which all the tenants have access.

### Section 2. Term
Manager leases the Apartment to Tenant commencing on this __20__ day of __September__, __2004__, and continuing for additional one-month periods until termination.

### Section 3. Rent/Services
This agreement is subject to the Landlord and Tenant Laws of the State of Alaska. Tenant agrees to comply with the written policies and procedures of Chugiak Senior Citizens, Inc. All tenants are encouraged to attend all scheduled tenants' meetings. The Services are explained in the attached Service Contract in detail.

The Home may not increase the rate charged for services unless the Home notifies the resident or resident's representative of the increase at least 30 days before the increase takes effect.

The rental fee is to be paid on a monthly basis to the business office of the Facility on or before the first day of each month. If not paid by the 10th of each month, there will be a <u>5%</u> late penalty.

### Section 4. Cleaning and Damage Deposit
Tenant has deposited with the Manager the sum of __$500.00__ as a cleaning and damage deposit.

All security deposits are deposited into a trust account. The trust account has been established as an Interest Bearing Account. All interest from said account will go directly to Chugiak Senior Citizens, Inc. (CSC) for purposes of maintaining and improving the assisted living apartments and/or the common areas of such.

EXHIBIT __B__
Page __1__ of __5__

Manager may deduct from the cleaning and damage deposit such amounts as are necessary to return the apartment to its condition at the commencement of the Lease, reasonable use and wear thereof excepted. Reasonable use and wear means the gradual deterioration resulting from use, lapse of time and the operation of the elements, in spite of Tenant's care.

Within 30 days of termination of the Lease, the Tenant shall be refunded the difference between the amount of the deposit and all necessary and reasonable cleaning costs, as well as any costs necessary to repair damage to the apartment caused by the Tenant or his/her guests.

### Section 5. Utilities

Charges for utility service to this apartment shall be paid by the Manager, except for charges for telephone, which shall be paid by the Tenant.

### Section 6. Move In/Out Inspection

When the Tenant signs the Lease, Manager and Tenant shall conduct a joint inspection of the apartment and its furnishings. Tenant and Manager will agree that the inspection report attached to this Lease is a true and correct assessment of the condition of the apartment at the start of the Lease.

When a Lease is terminated, the Manager and Tenant shall conduct a joint inspection of the apartment and its furnishings. Tenant must, within one week prior to vacating the premises, arrange a mutually convenient time during the Manager's normal business hours for a departure inspection. Failure to do so or to attend at the arranged time will result in the Manager making an inspection in the Tenant's absence.

Based upon the departure inspection, the Manager shall describe in writing any damage or harm caused by Tenant's improper maintenance. If the condition of the apartment is such that the __$500.00__ cleaning and damage deposit referred to in Section 4 above does not cover costs of restoration, the balance of repair costs will be billed to the Tenant or Tenant's responsible party. An itemized list of material and labor used for repairs shall be included with the bill.

### Section 7. Safety Inspection

The Manager shall make safety inspections of each apartment quarterly.

Safety inspection shall include inspection of the fire extinguisher, smoke alarm, condition of gas appliances and observation made for any unsafe condition. If unsafe conditions exist, Tenant and Manager will determine "responsibility" and the responsible party will correct the deficiency.

A record of the results of these inspections shall be kept in the files for that apartment in the maintenance supervisor's office.

EXHIBIT __B__
Page __2__ of __5__

2

### Section 8. Repairs and Maintenance

The apartment will be in good repair and condition before Tenant begins to occupy. If Manager fails to maintain the apartment in a habitable condition, Tenant may exercise his/her right to repair and deduct in accordance with the law.

Tenant shall exercise reasonable care in the use of the apartment and keep areas under his/her control free from dirt, trash and filth. Tenant also agrees not to litter or damage the common areas of the Facility.

The Tenant shall pay for the cost of repairs caused by Tenant, guests, or persons under the Tenant's control. Manager shall pay the cost of repairs due to lack of or improper maintenance. All repairs shall be made within a reasonable time in accordance with established procedures.

Tenant agrees that a daily inspection may be made of his or her unit when absent in the winter months to prevent freeze-ups, and to check for water and gas leaks. Tenant agrees to notify Manager in writing prior to the date of departure. Failure to do this could result in building damage that would be charged to the Tenant.

### Section 9. Notices

Any notices provided for herein shall be given in writing and transmitted by personal delivery or prepaid first class mail and addressed as follows:

Manager: Chugiak Senior Citizens, Inc
Assisted Living Program
22424 N. Birchwood Loop
Chugiak, AK 99567

Tenant: Helen Winters
Chugiak Senior Citizens, Inc.
Assisted Living Program
22424 N Birchwood Loop insert 234
Chugiak, AK 99567

Or to such other persons or addresses as Manager or Tenant may from time to time designate in writing.

### Section 10. Right of Entry

Owner/Manager may enter the Tenant's apartment only in the following cases:

- In case of emergency.
- Daily care safety checks.
- To perform quarterly safety inspections.
- To make necessary or agreed upon repairs, alterations, or improvements, supply necessary or agreed upon service, or show the dwelling unit to prospective or actual purchasers, mortgages, tenants, workmen or contractors.
- When Tenant has abandoned or surrendered the apartment.
- Notice of absence: The Resident shall notify the Manager of any absence of the Resident from the property for a period of overnight or longer. Failure to notify the Manager of any absence shall constitute consent for Manager to enter the premises occupied by the Resident, without notice, where entry is reasonably necessary to protect the property.
- With Tenant's consent: Except in cases of emergency, daily care and safety checks, or with Tenant's consent, entry will be made between the hours of 8:00 a.m. and 8:00 p.m.

after giving 24 hours written notice of intent to enter to Tenant. Owner/Manager shall not use the right of access to harass Tenant.

### Section 11. Sublease or Assignment
Tenant shall not sublease or assign this lease or any interest therein.

### Section 12. Termination
Upon the death of the Tenant, this lease shall terminate automatically.
The lease may also be terminated under the following conditions:
- Termination by Resident: The Resident shall give the Manager written notice of intent to terminate this Contract and at least 30 days prior to the day the rent is due for the month in which the termination date occurs.
- Termination by Management: The Management will not terminate a Resident's Residential Services Contract against the Resident's will; except:
  - For medical reasons.
  - The level of care needed is no longer available at this facility.
  - For engaging in a documented pattern of conduct that is harmful to the resident, other residents, or staff of the home.
  - For violation of the terms of the Residential Services Contract, including failure to pay costs incurred under the Contract.
  - When the Resident's physician orders emergency transfer out of the Facility.
  - When the Facility is closing.
    - When the Facility can no longer provide or arrange for services in accordance with Resident's needs and the Resident's *assisted living plan.*
    - A Resident's behavior is a threat to the peace and safety of other Residents or Self.
    - By mutual consent of the parties.
    - For cause, by either party, when the other party fails in any material way to perform its obligation under this Lease.

To invoke termination under this paragraph, the terminating party must notify the other party in writing of its intent to terminate this contract and state with reasonable specificity the grounds therefore. The other party shall have 15 days after receiving the notice of intended termination to cure, or take reasonable steps to cure, the default complained of.

### Section 13. Holding Over
Tenant shall not remain in the apartment beyond the expiration of this Lease except with the written consent of the Manager.
If personal property of Tenant is left at the Facility after the termination/expiration of the Lease, written notice shall be given to the Tenant that property will be disposed of by the Manager according to the law.

### Section 14. Management
Owner shall notify Tenant in writing within 15 days of any change of the Manager of the apartment or any agent authorized to act on behalf of the Owner with regard to the apartment. Notice shall include name, address, and phone number of such Manager or Agent.

### Section 15. Noise and Nuisance
Tenant shall not make excessive noise at the Facility that will disturb the peace and quiet of neighbors. Tenant shall not cause or permit any nuisance to exist at the Facility. (Nuisance: An obnoxious, annoying person, thing, or practice. Something offensive or annoying to individuals or to the community, for which a legal remedy may be sought.)

### Section 16. Use of Apartment
Tenant may use the apartment only for lawful residential purposes. The apartment must be kept in a clean and safe condition.

### Section 17. Visitation, Guests and Vacation
Tenant may have overnight guests in the apartment. Length of stay shall not exceed two weeks. Leaving your apartment for extended periods of over 60 days is not permitted. The Manager for medical reasons may make exceptions. Tenants are responsible for the action of all guests.

### Section 18. Allocation of Risk
Tenant shall indemnify and save Owner/Manager harmless from any claim, action or demand arising from the fault of the Tenant. Owner/Manager shall indemnify and render Tenant harmless for any claim, action, or demand arising from the fault of the Owner/Manager.

### Section 19. Pets
No pets may be kept in the apartment or at the Facility.

### Section 20. Alterations
Tenant may not make, or cause to be made, any alterations of the apartment.

### Section 21. Parking
Tenants and guests shall park in designated areas.

### Section 22. Non-Waiver
The failure of either party at any time to enforce a provision of this Lease shall in no way constitute a waiver of the provision, nor in any way affect the validity of this contract or any part hereof, or the right of the party thereafter to enforce each and every provision hereof.

### Section 23. Amendment
The parties may amend this Lease only by written agreement, which shall be attached and dated as an appendix hereto.

### Section 24. Integration
This Lease and any writing incorporated by reference herein embody the entire agreement of the parties. This Lease shall supersede all previous communication, representations, or agreements, whether oral or written between the parties hereto.

**I have read, understand, and will abide by this Lease.**

Executed this __20__ day of __September__, _2004_.

_____   _____
Tenant                       Manager

Print Name: __Helen Winters__

Date: __9/24/04__   __9/24/04__