Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
PHONE: 907-279-3581
FAX: 907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

HELEN WINTERS, through her Power of Attorney Carol Winters, )
)
)
Plaintiff, )
)
v. )
)
CHUGIAK SENIOR CITIZENS, INC., )
)
Defendant. )
) Case No. 3:06-cv-00083-TMB

## AFFIDAVIT OF LINDA HENDRICKSON

STATE OF ALASKA )
) ss.
THIRD JUDICIAL DISTRICT )

Linda Hendrickson, being first duly sworn, deposes and says as follows:

1. I am the Executive Director of Chugiak Senior Citizens, Inc. ("CSC").

2. I am familiar with CSC's accounting records regarding the invoices that were sent to Helen Winters for her rent, and the receipts showing Helen Winters' payments.

EXHIBIT K
Page 1 of 15

2. The dates of the invoices for Ms. Winters' rent and her payments are shown in the attached Customer Balance Detail, which is Doc No. 40934. Copies of the invoices and receipts for Ms. Winters' rental payments from December 2005 through October 2006 are attached in reverse chronological order Doc No. 40935- 40945. As shown in the attached documents marked as Doc No. 40934- 40945, Ms. Winters is invoiced for her rent at the end of each month for rent due in the current month. For example, Doc No. 40945 shows Ms. Winters was invoiced on December 31, 2005 for rent due the month of December 2005, and she paid the December rent on January 3, 2006.

3. On January 6, 2006, CSC sent Ms. Winters a Notice of Termination of her Residential Service Contract and Lease Agreement, informing her that the contracts were being terminated effective February 3, 2006. However, on January 26, 2006, Ms. Winters' Care Coordinator, Kathy Huskey, requested a 90-day extension of time extension of time for Ms. Winters to stay at CSC until she could find alternative housing, and CSC granted Ms. Winters a 30-day extension of time until March 5, 2006 to find alternative housing, and the option of requesting additional time if she could show good faith efforts were being made to find alternative housing.

4. As shown in Doc No. 40944, Ms. Winters then received an invoice on January 31, 2006 for the January rent. The next time Ms. Winters received an invoice was February 28, 2006 for the February rent, which she paid on March 1, 2006. See Doc No. 40943. Ms. Winters did not receive an invoice in March for the rent due in March. Instead, the next invoice Ms. Winters received was dated April 28, 2006 for the

rent due in March and an invoice dated April 30, 2006 for the rent due in April. On May 3, 2006, CSC accepted Ms. Winters' rent for March and April 2006.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_Linda Hendrickson_
Linda Hendrickson

SUBSCRIBED AND SWORN TO before me this 19th day of DECEMBER, 2006 at Anchorage, Alaska.



_Ethel A. Breese_
Notary Public in and for Alaska
My commission expires: Ethel A. Breese
My commission expires March 29, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of December, 2006, a copy of foregoing **Affidavit of Linda Hendrickson** was served electronically on:

Jim Davis/Jr./Barbara Brink/
Nikole M. Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, AK 99501

s/Donna M. Meyers
125651



## Chugiak Senior Center
### Customer Balance Detail
All Transactions

12/04/06

| Type | Date | Num | Account | Class | Amount | Balance |
|---|---|---|---|---|---|---|
| | | | | | 0.00 | 0.00 |
| **Winters, Helen** | | | | | | |
| Invoice | 9/30/2004 | 65454 | 1200 · Accounts R... | | 203.39 | 203.39 |
| Payment | 10/11/2004 | | 1200 · Accounts R... | | -565.00 | -361.61 |
| Invoice | 10/31/2004 | 65527 | 1200 · Accounts R... | | 564.00 | 202.39 |
| Payment | 11/8/2004 | | 1200 · Accounts R... | | -565.00 | -362.61 |
| Invoice | 11/30/2004 | 65631 | 1200 · Accounts R... | | 564.00 | 201.39 |
| Payment | 12/13/2004 | | 1200 · Accounts R... | | -565.00 | -363.61 |
| Invoice | 12/31/2004 | 65734 | 1200 · Accounts R... | | 564.00 | 200.39 |
| Payment | 1/11/2005 | | 1200 · Accounts R... | | -564.00 | -363.61 |
| Invoice | 1/31/2005 | 65817 | 1200 · Accounts R... | | 579.00 | 215.39 |
| Payment | 2/14/2005 | | 1200 · Accounts R... | | -215.39 | 0.00 |
| Invoice | 2/28/2005 | 65904 | 1200 · Accounts R... | | 1,220.00 | 1,220.00 |
| Invoice | 3/2/2005 | 65907 | 1200 · Accounts R... | | 641.00 | 1,861.00 |
| Payment | 3/7/2005 | | 1200 · Accounts R... | | -1,220.00 | 641.00 |
| Invoice | 3/31/2005 | 65982 | 1200 · Accounts R... | | 1,220.00 | 1,861.00 |
| Payment | 4/5/2005 | | 1200 · Accounts R... | | -1,220.00 | 641.00 |
| Invoice | 4/30/2005 | 66075 | 1200 · Accounts R... | | 1,220.00 | 1,861.00 |
| Payment | 5/4/2005 | | 1200 · Accounts R... | | -1,220.00 | 641.00 |
| Invoice | 5/31/2005 | 66153 | 1200 · Accounts R... | | 1,220.00 | 1,861.00 |
| Payment | 6/6/2005 | | 1200 · Accounts R... | | -1,220.00 | 641.00 |
| Invoice | 6/30/2005 | 66234 | 1200 · Accounts R... | | 1,220.00 | 1,861.00 |
| Payment | 7/5/2005 | | 1200 · Accounts R... | | -1,220.00 | 641.00 |
| Invoice | 7/31/2005 | 66320 | 1200 · Accounts R... | | 1,220.00 | 1,861.00 |
| Payment | 8/5/2005 | | 1200 · Accounts R... | | -1,220.00 | 641.00 |
| Invoice | 8/31/2005 | 66411 | 1200 · Accounts R... | | 579.00 | 1,220.00 |
| Credit Memo | 8/31/2005 | 66412 | 1200 · Accounts R... | | -641.00 | 579.00 |
| Payment | 9/6/2005 | | 1200 · Accounts R... | | -1,220.00 | -641.00 |
| Invoice | 9/30/2005 | 66489 | 1200 · Accounts R... | | 579.00 | -62.00 |
| Invoice | 10/31/2005 | 66562 | 1200 · Accounts R... | | 579.00 | 517.00 |
| Payment | 11/4/2005 | | 1200 · Accounts R... | | -517.00 | 0.00 |
| Invoice | 11/30/2005 | 66641 | 1200 · Accounts R... | | 579.00 | 579.00 |
| Payment | 12/2/2005 | | 1200 · Accounts R... | | -579.00 | 0.00 |
| Invoice | 12/31/2005 | 66719 | 1200 · Accounts R... | | 579.00 | 579.00 |
| Payment | 1/3/2006 | | 1200 · Accounts R... | | -579.00 | 0.00 |
| Invoice | 1/31/2006 | 66804 | 1200 · Accounts R... | | 579.00 | 579.00 |
| Payment | 2/3/2006 | | 1200 · Accounts R... | | -579.00 | 0.00 |
| Invoice | 2/28/2006 | 66837 | 1200 · Accounts R... | | 579.00 | 579.00 |
| Payment | 3/1/2006 | | 1200 · Accounts R... | | -579.00 | 0.00 |
| Invoice | 4/28/2006 | 67020 | 1200 · Accounts R... | | 579.00 | 579.00 |
| Invoice | 4/30/2006 | 67027 | 1200 · Accounts R... | | 579.00 | 1,158.00 |
| Payment | 5/3/2006 | | 1200 · Accounts R... | | -1,158.00 | 0.00 |
| Invoice | 5/31/2006 | 67101 | 1200 · Accounts R... | | 579.00 | 579.00 |
| Payment | 6/7/2006 | | 1200 · Accounts R... | | -579.00 | 0.00 |
| Invoice | 6/30/2006 | 67178 | 1200 · Accounts R... | | 579.00 | 579.00 |
| Payment | 7/5/2006 | | 1200 · Accounts R... | | -579.00 | 0.00 |
| Invoice | 7/31/2006 | 67299 | 1200 · Accounts R... | | 579.00 | 579.00 |
| Payment | 8/4/2006 | | 1200 · Accounts R... | | -579.00 | 0.00 |
| Invoice | 8/31/2006 | 67414 | 1200 · Accounts R... | | 579.00 | 579.00 |
| Payment | 9/5/2006 | | 1200 · Accounts R... | | -579.00 | 0.00 |
| Invoice | 9/30/2006 | 67502 | 1200 · Accounts R... | | 579.00 | 579.00 |
| Payment | 10/4/2006 | | 1200 · Accounts R... | | -579.00 | 0.00 |
| Invoice | 10/31/2006 | 67576 | 1200 · Accounts R... | | 579.00 | 579.00 |
| Payment | 11/8/2006 | | 1200 · Accounts R... | | -579.00 | 0.00 |
| **Total Winters, Helen** | | | | | 0.00 | 0.00 |

EXHIBIT K
Page 4 of 15

**40934**
Winters v. CSC

# Chugiak Senior Center
2424 North Birchwood Loop
Chugiak, AK 99567

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/31/2006 | 67576 |

**BILL TO**

Winters, Helen
c/o Carol Winters
18212 Clear Falls Circle
Eagle River, AK 99577

| TERMS |
|---|
|  |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
|  | Assisted Living Room & Board<br><br>October 2006 | 579.00 | 579.00 |

**RECEIPT** No. 169043

DATE 11-3-06
RECEIVED FROM Helen H. Winters    $579.00
Five Hundred Seventy-nine DOLLARS
☒ FOR RENT  Oct Rent 06  Apt 234 ALP
☐ FOR _____ #194

ACCOUNT
PAYMENT 579.00
BAL. DUE

☐ CASH
☒ CHECK
☐ MONEY ORDER

FROM _____ TO _____
BY Maxine

*Chugiak Senior Center — Thank You*

| | Total | $579.00 |
|---|---|---|

EXHIBIT K
Page 5 of 15
**40935**
Winters v. CSC

# Invoice

hugiak Senior Center
424 North Birchwood Loop
ugiak, AK 99567

| DATE | INVOICE # |
|---|---|
| 9/30/2006 | 67502 |

**BILL TO**

inters, Helen
o Carol Winters
212 Clear Falls Circle
agle River, AK  99577

| TERMS |
|---|
|  |

| UANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
|  | Assisted Living Room & Board<br><br>September 2006 | 579.00 | 579.00 |

**RECEIPT**

No. 166532

DATE 11-3-0_

RECEIVED FROM Helen Winters

Five Hundred Seventy Nine + No/100 DOLLARS

$579.00

○ FOR RENT  Asst. Rent 16 Sept 234
○ FOR _____

| ACCOUNT |  |
|---|---|
| PAYMENT | 579.00 |
| BAL. DUE |  |

○ CASH   FROM _____ TO _____
○ CHECK
○ MONEY ORDER   BY Marnie

1182

| | Total | $579.00 |
|---|---|---|

EXHIBIT K
Page 6 of 15



40936
Winters v. CSC

# Chugiak Senior Center

2424 North Birchwood Loop
Chugiak, AK 99567

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/31/2006 | 67414 |

**BILL TO**

Winters, Helen
c/o Carol Winters
8212 Clear Falls Circle
Eagle River, AK  99577

| TERMS |
|---|
|  |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
|  | Assisted Living Room & Board | 579.00 | 579.00 |
|  | August 2006 |  |  |

**RECEIPT**

No. 403194

DATE September 2006
RECEIVED FROM Helen Winters
Five Hundred Seventy-nine/100 DOLLARS
$579.00
FOR RENT  ALF #234 August 2006 Rent
FROM _____ TO RH 1398
ACCOUNT
PAYMENT 579.00  ☒ CHECK
BAL. DUE  ○ CASH  ○ MONEY ORDER
BY Mary
1182

| | Total | $579.00 |
|---|---|---|

EXHIBIT K
Page 7 of 15

**40937**
Winters v. CSC

## Chugiak Senior Center

22424 North Birchwood Loop
Chugiak, AK 99567

### Invoice

| DATE | INVOICE # |
|---|---|
| 7/31/2006 | 67299 |

**BILL TO**

Winters, Helen
c/o Carol Winters
8212 Clear Falls Circle
Eagle River, AK 99577

| QUANTITY | DESCRIPTION | TERMS | RATE | AMOUNT |
|---|---|---|---|---|
|  | Assisted Living Room & Board<br><br>July 2006 |  | 579.00 | 579.00 |

**RECEIPT**

Chugiak Senior Center Thank You

No. 398054
DATE 4 August 2006
RECEIVED FROM Helen Winters    $579.00
Five Hundred Seventy-nine and NO/100 DOLLARS
☒ FOR RENT July 2006 Rent apt # 234
☐ FOR _____    To ck. #1894

| ACCOUNT |  | ○ CASH | FROM |
| PAYMENT | 579.00 | ☒ CHECK | BY Mary |
| BAL. DUE | — | ○ MONEY ORDER |  |

1182

**Total**  $579.00



EXHIBIT K
Page 8 of 15
**40938**
Winters v. CSC

hugiak Senior Center

424 North Birchwood Loop
ugiak, AK 99567

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/30/2006 | 67178 |

**BILL TO**

inters, Helen
Carol Winters
212 Clear Falls Circle
gle River, AK  99577

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Assisted Living Room & Board<br><br>June 2006 | 579.00 | 579.00 |

**RECEIPT** No. 397821

DATE 7-5-06

RECEIVED FROM _Mrs Winters_

_Five Hundred Seventy Nine_ $579.00 DOLLARS

☐ FOR RENT  _June Rent_
☐ FOR

| ACCOUNT | | ○ CASH | FROM | TO |
| PAYMENT | 579.00 | ● CHECK | | |
| BAL. DUE | | ○ MONEY ORDER | BY _Maxine_ | |

**Total** $579.00

EXHIBIT K
Page 9 of 15

40939
Winters v. CSC

ugiak Senior Center
4 North Birchwood Loop
giak, AK 99567

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/31/2006 | 67101 |

L TO

ters, Helen
Carol Winters
12 Clear Falls Circle
le River, AK  99577

| | | TERMS | |
|---|---|---|---|
| ANTITY | DESCRIPTION | RATE | AMOUNT |
| | Assisted Living Room & Board<br><br>May 2006 | 579.00 | 579.00 |

RECEIPT  No. 220493  $

DATE _____

RECEIVED FROM _____

_____ DOLLARS

○ FOR RENT
○ FOR _____

| ACCOUNT | | | ○ CASH | FROM _____ TO _____ |
| PAYMENT | | | ○ CHECK | |
| BAL. DUE | | | ○ MONEY ORDER | BY _____ |

1182

Total    $579.00

EXHIBIT   K
Page  10  of  15

**40940**
Winters v. CSC

ugiak Senior Center
24 North Birchwood Loop
giak, AK 99567

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/30/2006 | 67027 |

**L TO**

ters, Helen
Carol Winters
12 Clear Falls Circle
gle River, AK 99577

| TERMS |
|---|
| |

| ANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Assisted Living Room & Board | 579.00 | 579.00 |
| | April 2006 | | |

**RECEIPT**

No. 18881 5

DATE 3 May 2006
RECEIVED FROM Helen H. Winters      $1158.00
Eleven Hundred Fifty-eight and no/100 DOLLARS
○ FOR RENT
○ FOR Rent #1821-#1828 March & April

ACCOUNT
PAYMENT 1158.00     ○ CASH   FROM
BAL. DUE              ⊗ CHECK   BY
                     ○ MONEY ORDER

| | Total | $579.00 |
|---|---|---|

EXHIBIT K
Page 11 of 15

**40941**
Winters v. CSC

# Invoice

*ugiak Senior Center*
24 North Birchwood Loop
giak, AK 99567

| DATE | INVOICE # |
|---|---|
| 4/28/2006 | 67020 |

**LL TO**

nters, Helen
Carol Winters
212 Clear Falls Circle
gle River, AK 99577

| TERMS |
|---|
| |

| JANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Assisted Living Room & Board | 579.00 | 579.00 |
| | March 2006 | | |

**Total** $579.00

EXHIBIT K
Page 12 of 15

**40942**
Winters v. CSC

# Chugiak Senior Center

22424 North Birchwood Loop
Chugiak, AK 99567

# Invoice

| DATE | INVOICE # |
|---|---|
| 2/28/2006 | 66837 |

**BILL TO**

Winters, Helen
c/o Carol Winters
18212 Clear Falls Circle
Eagle River, AK 99577

| TERMS |
|---|
| |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Assisted Living Room & Board<br><br>February 2006 | 579.00 | 579.00 |

**RECEIPT** No. 424683

DATE: 14 March 2006
RECEIVED FROM: Helen Winters
$579.00
Five Hundred Seventy-nine and No/100 DOLLARS
FOR RENT: Rent - ALP #234
TO: #1871
FROM: 
ACCOUNT: 
PAYMENT: 579.00
BAL. DUE: 
☒ CHECK
BY: Mary

Chugiak Senior Center
Thank You

1182

**Total** $579.00

EXHIBIT K
Page 13 of 15
40943
Winters v. CSC

ugiak Senior Center
24 North Birchwood Loop
giak, AK 99567

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/31/2006 | 66804 |

**LL TO**

ters, Helen
Carol Winters
12 Clear Falls Circle
gle River, AK 99577

| TERMS |
|---|
|  |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
|  | Assisted Living Room & Board  January 2006 | 579.00 | 579.00 |

**RECEIPT**

No. 424494

DATE 3 February 2006

RECEIVED FROM _Helen Winters_

_Five Hundred Seventy-Nine and 00/100_ DOLLARS

FOR RENT _January Room & Board  Apt # 234_

FOR

ACCOUNT
PAYMENT 579.00
BAL. DUE

○ CASH
○ CHECK
○ MONEY ORDER

FROM
TO _Ck # 1268_
BY _Carol_

$ 579.00

**Total**   $579.00

EXHIBIT K
Page 14 of 15

40944
Winters v. CSC

# Invoice

hugiak Senior Center
424 North Birchwood Loop
hugiak, AK 99567

| DATE | INVOICE # |
|---|---|
| 12/31/2005 | 66719 |

**BILL TO**

inters, Helen
o Carol Winters
3212 Clear Falls Circle
agle River, AK  99577

| TERMS |
|---|
| |

| UANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Assisted Living Room & Board  December 2005 | 579.00 | 579.00 |

**RECEIPT**

No. 261581

DATE 3 January 2005

$ 579.00

RECEIVED FROM Helen Winters

Five Hundred Seventy nine and 00/100 DOLLARS

☐ FOR RENT    December 2005   ALP # 334

○ FOR

ACCOUNT

PAYMENT  579.00

BAL. DUE

○ CASH
● CHECK
○ MONEY ORDER

FROM _____ TO ck #1863

BY _____

1182

| | Total | $579.00 |
|---|---|---|

EXHIBIT   K
Page 15 of 15

40945
Winters v. CSC