IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

HELEN WINTERS, through her Power of )
Attorney Carol Winters,             )
                                    )
            Plaintiff,              )
    vs.                             )
                                    )
CHUGIAK SENIOR CITIZENS, INC.,      )
                                    )
            Defendant.              )
_____)

Case No. 3:06-CV-00083-TMB

VOLUME I

VIDEOTAPE DEPOSITION OF CAROL WINTERS

August 28, 2006

APPEARANCES:

    FOR THE PLAINTIFF:      MR. JAMES J. DAVIS, JR.
                            MS. BARBARA BRINK
                            Alaska Legal Services
                            Corporation
                            1016 West Sixth Avenue
                            Suite 200
                            Anchorage, Alaska 99501
                            (907) 272-9431

    FOR THE DEFENDANT:      MS. DONNA M. MEYERS
                            Delaney Wiles, Inc.
                            1007 West Third Avenue
                            Suite 400
                            Anchorage, Alaska 99501
                            (907) 279-3581

    ALSO PRESENT:           MARLA NELSON

COPY

EXHIBIT M
Page 1 of 4

1   A   No.

2   Q   And are you aware of whether either the service contract
3       or the lease agreement requires, if there's going to be a
4       change to either, whether they require notice to Helen
5       Winters or to you?

6       MR. DAVIS: Well, I think that in fairness to the witness,
7   she should be allowed to look at the documents you're asking
8   her about.

9   Q   Sure. You have the resident service contract and so I'll
10      reserve my question about the lease agreement since I
11      don't have it right now. Oh, I'm sorry, it is here. Why
12      don't you look at the resident service contract and tell
13      me whether there's anything in there that restricts the
14      way written communication regarding changes -- are there
15      any restrictions regarding notification or any provisions
16      regarding notification?

17      MR. DAVIS: And counsel, can you give the witness a chance
18  to read it and can you tell her what you mean by changes? Any
19  changes at all about anything?

20      MS. MEYERS: Well, I'll give her an opportunity to read it
21  and then, you know, I'll clarify what my question is.

22      (Pause)

23  A   Okay. So what is your question again?

24  Q   Okay. Do you have the resident service contract in front
25      of you?

EXHIBIT  M
Page  2  of  4

```
1    A    Yes.

2    Q    Okay.  Have you at least skimmed through it?

3    A    Uh-huh.  (Affirmative)

4    Q    Okay.  On the agreement, if there is notification required
5         under the agreement, does the agreement provide -- does it
6         specify how notification should be given?

7    A    I didn't see that.

8    Q    Okay.  Well, looking at page 9 of the resident service
9         contract under section 31, do you see that?

10   A    31?

11   Q    Yes.

12   A    Yes.

13   Q    Okay.  And do you have -- what's your understanding of --
14        after reading that, what's your understanding of how
15        notification is to be given if notification is required
16        under this contract?

17        MR. DAVIS:  I'll object to the form of that question.  But
18   you can go ahead and answer.

19   A    I can answer?

20        MR. DAVIS:  If you know what she's asking.

21   A    Well, I think -- I can only say this, that if you look at
22        section 31, notices, I would think a notice would
23        something like, you know, we're sweeping gravel off the
24        parking lot next Friday, please move your vehicle.  We're
25        inspecting the apartment on such and such a date, please
```

EXHIBIT ___M___
Page __3__ of __4__

|  |  |  |
|---|---|---|
| 1 |  | be prepared for the inspection. Never in my wildest |
| 2 |  | imagination would I think something like an eviction would |
| 3 |  | classified under there. |
| 4 | Q | Okay. You don't consider a letter of termination a |
| 5 |  | contract -- of a contract to be notice? |
| 6 |  | MR. DAVIS: The witness has answered. I object. |
| 7 | Q | At the time that you read this agreement, did you ask any |
| 8 |  | questions about what was meant by notification? |
| 9 | A | Well, let's say this, never in my wildest imagination did |
| 10 |  | I ever expect my mother to get an eviction notice. Ever. |
| 11 |  | So it wouldn't have even crossed my mind. |
| 12 | Q | Okay. So you didn't ask anyone? |
| 13 | A | No. I was just as shocked as my mother to get that |
| 14 |  | notice. I never would have thought my sweet mother would |
| 15 |  | get an eviction notice. |
| 16 | Q | The letter that your mother received, do you know if it |
| 17 |  | was copied to anyone else? |
| 18 | A | I'm sorry, I didn't get it. |
| 19 | Q | The letter that your mother received terminating her |
| 20 |  | resident service contract, do you know if that was sent to |
| 21 |  | anyone else? |
| 22 | A | I don't know for sure, no. It would have said on the, you |
| 23 |  | know, probably the copy on the bottom but I can't recall. |
| 24 | Q | Okay. All right. Going back to your complaints about -- |
| 25 |  | you said that early complaints that you made to Lynn |

EXHIBIT M
Page 4 of 4