**Chugiak Senior Citizens, Inc.,**
Assisted Living Program
22424 N. Birchwood Loop
Chugiak, AK 99567

## ACKNOWLEDGMENT OF RECEIPT OF RESIDENT RIGHTS

Name: __Helen Winters__                     APT: __234__

I have received a copy of the following documents from Chugiak Senior Citizens, Inc., Assisted Living Program and have read or had them read to me in a language that I can understand.

- [x] Resident's rights and policies
- [x] Grievance Policy and Procedure
- [x] Protection from Retaliation
- [x] Immunity from Civil Liability
- [x] Resident Policies (House Rules)

I understand the resident rights, grievance policy, protection from retaliation, Immunity from Civil Liability and Resident Policies; I have had my questions answered regarding them.

_____   9-24-04
Resident Signature                            Date

_____
Legal Representative Signature (if Applicable)   Date

_____   9-24-04
Chugiak Senior Citizens, Inc., - Representative   Date

EXHIBIT D
Page 1 of 6

Case 3:06-cv-00083-TMB   Document 140-5   Filed 12/19/2006   Page 2 of 6
Case 3:06-cv-00083-TMB   Document 12   Filed 04/18/2006   Page 2 of 7
Case 3:06-cv-00083-TMB   Document 25   Filed 05/18/2006   Page 2 of 7

# Chugiak Senior Center
## Assisted Living Program

### Residents Rights
*AS 47.33.300*

### Prohibitions

### Resident's Grievance Procedure
*AS 47.33.340*

### Immunity From Civil Liability
*AS 47.33.510*

### Resident Policies
(House Rules)

EXHIBIT D
Page 2 of 96

C:\My Documents\ALP Admissions\3 - Resident Handbook\Resident Rights.doc
Amended on 7/10/02 4:46 PM

Page 1 of 5

Jan. 3 2006 3:43PM   ASSISTED LIVING   No. 3803   P. 3

## Residents Rights
*Alaska Statutes 47.33.300*

The purpose of assisted living residents' rights is to safeguard and promote dignity, choice, and self-determination of residents living in an assisted living program. To protect civil, personal, and privacy rights, the right to information, rights related to health care, due process, life in the assisted living program, and the handling of personal finances.

Chugiak Senior Center, Assisted Living Program resident rights as set out in Alaska Statute 47.33.300 are as follows:

1. Live in a safe and sanitary environment.
2. Be treated with consideration and respect for personal dignity, individuality, and the need for privacy, including privacy in:
   a. A medical examination or health-related consultation;
   b. The resident's room or portion of a room;
   c. Bathing and toileting, except for assistance in those activities as specified in the resident's assisted living service plan; and
   d. The maintenance of personal possessions and the right to keep at least one cabinet or drawer locked.
3. Possess and use personal clothing and other personal property, unless the assisted living program can demonstrate that the possession or use of certain personal property would be unsafe or an infringement of the rights of other residents.
4. Engage in private communications, including:
   a. Receive and send unopened correspondence;
   b. Having access to a telephone, or having a private telephone at the resident's own expense;
   c. Visit with persons of the resident's choice, subject to visiting hours established by the Chugiak Senior Center, Assisted Living Program.
5. Close the door of the resident's room at any time, including during visits in the room with guests or other residents.
6. Participate in and benefit from community services and activities to achieve the highest possible level of independence, autonomy, and interaction with the community.
7. Manage the resident's own money.
8. Participate in the development of the resident's assisted living service plan.
9. Share a room with a spouse if both are residents of the assisted living program.
10. Have a reasonable opportunity to exercise and to go outdoors at regular and frequent intervals, when weather permits.
11. Exercise civil and religious liberties.
12. Have access to adequate and appropriate health care and health care providers of the resident's own choosing, consistent with established and recognized standards within the community.
13. Self-administer the resident's own medications, unless specifically provided otherwise in the resident's assisted living service plan.

EXHIBIT ___D___
Page __3__ of __6__

14. Receive meals that are consistent with religious or health-related restrictions.
15. Receive the prior notice of relocation of the assisted living program or the assisted living program's intent to terminate the residential services contract of the resident.
16. Present to the assisted living program grievances and recommendations for change in the policies, procedures, or services of the assisted living program.
17. Have access to and participate in advocacy or special interest group.
18. Intervene or participate in, or refrain from participating in an ad judicatory proceeding regarding the assisted living program unless provided otherwise by other law.
19. Have reasonable access to assisted living program files relating to the resident, subject to the constitutional right of privacy of other residents of the assisted living program;
    a. An assisted living program may not establish or apply a policy, procedure, or rule that is inconsistent with or contrary to a rights provided by Alaska State Regulations and/or State or Federal Statutes
    b. The rights set out in (3), (4), (7), (12), and (14) of this section do not create an obligation for an assisted living assisted living program to expend money for the specified rights unless otherwise provided in the residential service contract.

## Prohibitions

A. May not establish or apply a policy, procedure, or rule that is inconsistent with or contrary to these rights or other legal rights.

B. May not deprive a resident of the home of the rights, benefits, or privileges guaranteed to the resident by law.

C. May not enter a resident's room without first obtaining permission, except
   - During regular, previously announce, fire, sanitation, and or licensing inspections;
   - When a condition or situation presents imminent danger;
   - As required by the resident's assisted living plan to provide services specified in the resident services contract; or
   - For other vital health or safety reasons

D. May not impose religious beliefs or practices upon a resident or require a resident to attend religious services;

E. May not place a resident under physical restraint unless the resident's own actions present an imminent danger to the resident or others; and the home has a written physical restraint procedure that has been approved by the licensing agency. The home shall terminate physical restraint as soon as the resident no longer presents an imminent danger.

EXHIBIT D
Page 4 of 26

F. May not place a resident under chemical restraint; this paragraph does not prevent a resident from voluntarily taking tranquilizers, or other medications, prescribed by a licensed physician;

G. May not compel a resident to perform services for the home, except as contracted for by the resident and the home or as provided for in the resident's assisted living plan; or

H. May not restrain, interfere with, coerce, discriminate against, or retaliate against a resident for asserting a right specified by this chapter or by other law;

I. May not have an owner, administrator, employee, or agent of the assisted living home act as a representative of a resident.

## Resident Grievance Procedures
### Alaska Statutes - Section. 47.33.340

1. The grievance procedure established under Alaska assisted living regulations and Statutes provide that a resident and the resident's representative have the right to:

   a  Present both a written and an oral explanation of the resident's grievance to the assisted living administration;
   b  Have an advocate of the resident's choice, and the resident's representative, if any, attend meetings concerning the resident's grievance;
   c  Be notified in writing, within 30 days after the filing of the grievance, of the final decision of the assisted living program regarding the grievance.

## Protection from Retaliation
### Alaska Statutes - Section. 47.33.350

1. An assisted living program may not take retaliatory action against a resident of that assisted living program if the resident or the resident's representative:
   a. Exercises a right provided by Alaska Assisted Living Regulations and/or State and Federal statutes;
   b. Appears as a witness, or refuses to appear as a witness, in an ad judicatory proceeding regarding the assisted living program.
   c. Files a civil action alleging a violation of Alaska Assisted Living Regulations and/or State and Federal statutes;
   d. Claims a violation of Alaska Assisted Living Regulations and/or State and Federal statutes; before a state or federal agency having jurisdiction over the assisted living program or its employees.

EXHIBIT ___D___
Page __5__ of _?_6_

2. Termination of a resident's residential services contract by an assisted living program within 60 days after the resident engages in an activity described in (a) of this section creates a rebuttalable presumption that the termination was retaliatory.

## Immunity from Civil Liability
*AS 47.33.510*

A person who files a complaint concerning a suspected violation of the Alaska Assisted Living Regulations and/or State and Federal statutes governing assisted living programs, or who testifies in an administrative or judicial proceeding arising from a complaint is immune from civil liability for the filing or testifying unless the person acted in bad faith or with malicious purpose.

## Resident Policies
*House Rules*

1. The Assisted Living business telephone is available for resident use in an emergency. You may connect your own private phone.
2. Residential apartments will need to have apartment doors shut and volume turned down when electronic equipment is being played, i.e., the television, radio, kitchen appliances, etc.
3. Lounge television, radio, musical equipment may be played or listened to between the hours of 10 a.m.-10 p.m.
4. Visitors are welcome any time, but are encouraged to come between the hours of 8:30 am and 7 p.m. The doors are unlocked at 6 a.m. and locked for the night at 6 p.m. A buzzer is to the right, between the two sets of outside doors of Assisted Living, in the event you need to enter when the doors are locked.
5. Residents provide their own personal furniture, clothing, personal items and all things necessary for daily living and apartment needs.
6. Consumption of alcohol is the privilege of adult residents at the Center. See the *Resident Handbook* for details.
7. Firearms are not allowed on the premises.
8. The Chugiak Senior Center Assisted Living Program is a smoke free facility. Visitors, residents, and employees must smoke outside the facility.
9. Physical, verbal, or mental abuse or aggression by residents or their visitors is unacceptable. Any infraction of this policy will be reviewed by the ALP administer and program director and may result in eviction.
10. Pets are not allowed to live at Chugiak Senior Center. They can, however, visit if they have had a current rabies vaccination, are kept on a leash, or are otherwise controlled at all times.
11. The laundry room is available for those residents who wish to do their own laundry; hours are posted in the laundry room.

EXHIBIT ___D___
Page __6__ of __6__