S.S.# █████

# GENERAL POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that I, HELEN H. WINTERS, of Anne Arundel County, Maryland, do hereby make, constitute and appoint my daughter, CAROL L. WINTERS, as my true and lawful attorney-in-fact, fully authorized and empowered, in my name, place and stead, on my behalf and for my use and benefit to do all things that I could myself personally, if present, including, without limiting the generality of the foregoing:

1. To exercise or perform any act, power, duty, right or obligation whatsoever that I now have, or may hereafter acquire the legal right, power or capacity to exercise or perform, in connection with, arising from, or relating to any person, item, transaction, thing, business, property (real or personal, tangible or intangible), or matter whatsoever;

2. To request, ask, demand, sue for, recover, collect, receive, hold and/or possess any and all sums of money, debts, dues, commercial paper, checks, drafts, accounts, deposits, legacies, bequests, devises, notes, interests, stock, certificates, bonds, dividends, certificates of deposit, annuities, pension and/or retirement benefits, insurance benefits and/or proceeds, income tax refunds, documents of title, choses in action, property (personal, real or mixed, tangible or intangible) and property rights, and demands whatsoever, liquidated or unliquidated, as now are, or shall hereafter become, owned by, or due, owing, payable, or belonging, to me or in which I have or may hereafter acquire interest; and to have, use and take all lawful means and remedies (legal, equitable and/or otherwise), procedures and writs in my name for the collection and recovery of the same; and to adjust, sell, compromise, and make agreements for, or relating to the same; and to make, execute, and deliver for me, on my behalf, and in my name, all endorsements, acquittances, releases, receipts or other sufficient discharges for the same;

3. To lease, purchase, exchange, and acquire, and to agree, bargain, and contract for the lease, purchase, exchange and acquisition of, and to accept, take, receive and possess any real or personal property whatsoever (including specifically, without limitation, my undivided one-half interest in my home located at ████████████████████ ████), tangible or intangible, or interest therein, on such terms and conditions, and under such covenants, as my attorney-in-fact, shall deem proper;

4. To maintain, repair, improve, manage, insure, rent, lease, sell, convey, subject to liens, mortgages and/or deeds of trust, and/or hypothecate, and in any way or manner deal with all or any part of any real or personal property whatsoever, tangible or intangible, or any interest therein, that I now own or may hereafter acquire, for me, in my behalf, and in my name

1



30322
Winters v. CSC
EXHIBIT F
Page 1 of 4

and under such terms and conditions, subject to such promises, covenants and undertakings, as my said attorney-in-fact, shall deem proper;

5. To prepare, sign and file any state or federal income tax return or governmental application and/or agreement of any kind or description; and

6. To make, receive, sign, indorse, execute, acknowledge, deliver, and possess such applications, contracts, agreements, options, covenants, conveyances, deeds, trust deeds, security agreements, bills of sale, leases, mortgages, assignments, insurance policies, bills of lading, warehouse receipts, documents of title, bills, bonds, debentures, checks, drafts, bills of exchange, letters of credit, notes, stock certificates, proxies, warrants, commercial paper, receipts, withdrawal receipts and deposit instruments relating to accounts of deposit in, or certificates of deposit of, banks, savings and loan or other institutions or associations, proofs of loss, claims or claim forms, evidences of debts, releases and satisfaction of mortgages, trust deeds, liens, judgments, security agreements and other debts and obligations of any type and kind whatsoever and any and all such other instruments in writing of whatever kind and nature as may be necessary or proper in the exercise of the rights and powers herein granted;

7. To conduct, transact and engage in any and all lawful business of whatever nature or kind for me, on my behalf, in my name.

I grant to said attorney-in-fact full power and authority to do, take, and perform all and every act and thing whatsoever requisite, proper or necessary to be done in the exercise of any of the rights and powers herein granted, as fully to all intents and purposes as I might or could do if personally present, with full power of substitution or revocation, hereby ratifying and confirming all that said attorney-in-fact, or her substitute or substitutes, shall lawfully do or cause to be done by virtue of this power of attorney and the rights and powers herein granted.

This instrument is to be construed and interpreted as a general power of attorney. The enumeration of specific items, rights, acts, or powers herein is not intended to, nor does it, limit or restrict, but is intended only to expand and extend, if and as necessary, and is not to be construed or interpreted as limiting or restricting the general powers herein granted to my attorney-in-fact.

30323
Winters v. CSC

EXHIBIT F
Page 2 of 4

I do hereby ratify and confirm and promise at all times to ratify and confirm all and whatsoever my said attorney-in-fact, shall lawfully do or cause to be done in and about the premises by virtue of these presents, including anything which shall be done between the revocation of these presents, by my death or in any other manner, and written notice of such revocation reaching my attorney-in-fact, and I hereby declare that as against me and all persons claiming by, through or under me, everything which my attorney-in-fact, shall do or cause to be done in pursuance of this General Power of Attorney after such revocation as aforesaid shall be valid and effectual in favor of any person claiming the benefit thereof who, before the doing thereof, shall not have had actual notice in writing of such revocation.

Any and all persons and corporations dealing with my attorney-in-fact may rely completely and exclusively upon these presents according to their tenor without any duty, responsibility or obligation to make any inquiry whatsoever concerning revocation.

This general power of attorney becomes effective immediately and shall not be affected by my disability, or any uncertainty as to whether I am alive or dead.

In the event that I shall hereafter become disabled and a petition shall be filed for the appointment of a guardian of my property, I hereby nominate and designate my attorney-in-fact as such guardian of my property and request that she be excused from the necessity of furnishing bond if appointed as such guardian.

Whenever appropriate in this General Power of Attorney, the use of any gender shall include the other and the use of the singular or plural shall include the other.

A photocopy of this General Power of Attorney shall be accepted on the same basis as if it were the original.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal on the day and year shown to the right of my signature below.

_____          _____  5/25/99
Witness                                   HELEN H. WINTERS         DATE

3

EXHIBIT F
Page 3 of 4

30324
Winters v. CSC

STATE OF MARYLAND, COUNTY OF ANNE ARUNDEL, TO WIT:

I HEREBY CERTIFY, that on this 25th day of May, 1999, before me, the subscriber, a Notary Public of the State of Maryland, personally appeared HELEN H. WINTERS, to me known (or sufficiently proven to me) to be the individual described in, and who executed, the foregoing General Power of Attorney, and she thereupon acknowledged to me that she executed the same for the purposes therein contained and that it is her deliberate and voluntary act and deed.

AS WITNESS my hand and Notarial Seal.

*Dorothy H. Worhach*
NOTARY PUBLIC

My Commission Expires:
May 1, 2003

Winters.POA.DGD.9