Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
Phone:  907-279-3581
Fax:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>     Plaintiff,<br><br> v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>     Defendant. | <br><br><br><br><br><br><br><br><br><br>Case No. 3:06-cv-00083-TMB |

**(PROPOSED) ORDER GRANTING DEFENDANT CHUGIAK SENIOR CITIZENS, INC.'S MOTION *IN LIMINE* NO. 4 RE: THE LACK OF SERVICE ON THE POA**

  The defendant, Chugiak Senior Citizens, Inc.'s ("CSC"), motion *in limine* to preclude the plaintiff Helen Winters from presenting any evidence or argument that CSC improperly notified her, instead of her daughter who held a Power of Attorney, that CSC was going to terminate the Residential Services Contract and Lease Agreement with Helen Winters is **GRANTED**.  The plaintiff, the plaintiff's counsel, and any witness shall refrain from presenting any evidence or

(Proposed) Order Granting Defendant Chugiak Senior
Citizens, Inc.'s Motion in Limine No. 4 Re: The Lack of
Service on the POA
Winters v. Chugiak Senior Citizens/Case No. 3:06-cv-0083 (TMB)  Page 1 of 2

argument that CSC improperly notified her that CSC was going to terminate the contract and lease with Helen Winters because CSC did not instead notify Carol Winters.

**IT IS SO ORDERED**.

DATED at Anchorage, Alaska, this ____ of _____, 200___.

_____
Timothy M. Burgess
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day
of December, 2006, a copy of this document
was served electronically on:

Barbara Brink/Nikole Nelson
Jim Davis, Jr./Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501


s/Donna M. Meyers and Clay A. Young
(125478)

(Proposed) Order Granting Defendant Chugiak Senior
Citizens, Inc.'s Motion in Limine No. 4 Re: The Lack of
Service on the POA
Winters v. Chugiak Senior Citizens/Case No. 3:06-cv-0083 (TMB)                    Page 2 of 2