Donna M. Meyers
William E. Moseley
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
Phone: 907-279-3581
Fax: 907-277-1331
dmm@delaneywiles.com
wem@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>                      Plaintiff,<br><br>  v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>                      Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 3:06-cv-00083-TMB |

**(PROPSED) ORDER GRANTING DEFENDANT CHUGIAK SENIOR CITIZENS, INC.'S MOTION *IN LIMINE* NO. 6 RE: PLAINTIFF'S ALLEGED DAMAGES ASSOCIATED WITH LITIGATION**

The defendant, Chugiak Senior Citizens, Inc.'s ("CSC"), motion in limine to preclude the plaintiff Helen Winters, from presenting evidence either through herself or through any witness or exhibit that the filing and litigation of this case caused the plaintiff emotional distress, mental anguish or any other damages is **GRANTED**.

(Proposed) Order Granting Defendant Chugiak Senior
Citizens, Inc.'s Motion *in Limine* No. 6 re: Plaintiff's Alleged
Damages Associated with Litigation
<u>Winters v. Chugiak Senior Citizens</u>/Case No. 3:06-cv-0083 (TMB)        Page 1 of 2

**IT IS SO ORDERED**.

DATED at Anchorage, Alaska, this \_\_\_\_ of _____, 200\_\_\_.

_____
Timothy M. Burgess
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th
day of December, 2006, a copy of
the above was served electronically on:

Barbara Brink/Nikole Nelson
Jim Davis, Jr./Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

/s/Clay A. Young and Donna M. Meyers
(125466)

(Proposed) Order Granting Defendant Chugiak Senior
Citizens, Inc.'s Motion *in Limine* No. 6 re:  Plaintiff's Alleged
Damages Associated with Litigation
<u>Winters v. Chugiak Senior Citizens</u>/Case No. 3:06-cv-0083 (TMB)                             Page 2 of 2