STATE OF ALASKA
DEPARTMENT OF COMMERCE, COMMUNITY AND ECONOMIC DEVELOPMENT
DIVISION OF OCCUPATIONAL LICENSING
BEFORE THE BOARD OF NURSING

In the Matter of:                     )
                                      )
Mary A. Coggins (Watkins)             )
                                      )
Respondent                            )
Case No. 2302-05-004



MEMORANDUM OF AGREEMENT

IT IS HEREBY AGREED by the Department of Commerce, Community and Economic Development, Division of Occupational Licensing (Division) and Mary A. Coggins (Watkins) (Respondent) as follows:

1.    Licensure. Respondent is not currently licensed as a Licensed Practical Nurse in the State of Alaska. Respondent held License number NUR P 4587. This license was first issued on April 10, 1991 and was surrendered by the Respondent on December 10, 2003.

2.    Admission/Jurisdiction. Respondent admits and agrees that the Board of Nursing (Board) has jurisdiction over the subject matter of her license in Alaska and over this Memorandum of Agreement (MOA).

3.    Admission/Facts. Respondent admits to the following facts and allegations:

a. While the Respondent was employed as a licensed practical nurse on July 10, 2003 at the Mary Conrad Center in Anchorage, she was found to have charted completion of stoma care for five residents that had not been completed.

b. The Respondent admitted to these violations when she was confronted about them by the facility director. The Respondent resigned her position prior to the facility initiating disciplinary action however.

c. The violations were reported to the Board of Nursing by the Respondent's employer and the Division began an investigation concerning negligence and failing to maintain accurate client records/falsifying client records. The Respondent chose to

State of Alaska
Department of Commerce, Community and Economic Development
Division of Occupational Licensing
550 West 7th Avenue, Suite 1500
Anchorage, Alaska 99501-3567
Telephone 907-269-8160 Fax 907-269-8195

EXHIBIT A
Page 1 of 6
60221
Winters v. CSC

1  surrender her nursing license and terminate the case. Her license surrender was accepted by

2  the Board of Nursing on December 10, 2003, in Case Number 2302-03-010.

3      d.  The Respondent submitted an Application For Reinstatement of Nursing

4  License to the Division on February 10, 2005. The reinstatement of the Respondent's

5  license to practice as a Licensed Practical Nurse is subject to the Board's approval.

6      e.  The Respondent admits to having committed the unfortunate violations in

7  2003 as reported to the Board of Nursing by her employer at that time. While it is agreed

8  that no known harm was caused to any resident by these violations, the Respondent is very

9  regretful of them and wishes to once again pursue her nursing career.

10     Respondent admits that as a result of the above facts, grounds exist for possible

11 suspension, revocation, or other disciplinary sanctions of his or her license pursuant to AS

12 08.01.075 and AS 08.68.270(5)&(7) and 12 AAC 44.770(1), (5) &(10).

13     4.   _Formal Hearing Process._   It is the intent of the parties to this MOA to

14 provide for the compromise and settlement of all issues which could be raised by an

15 Accusation to revoke, suspend, or impose disciplinary sanctions against Respondent's

16 license through a formal hearing process.

17     5.   _Waiver of Rights._ Respondent understands she has the right to consult with

18 an attorney of her own choosing and has a right to an administrative hearing on the facts in

19 this case. Respondent understands and agrees that by signing this MOA, Respondent is

20 waiving her rights to counsel and to a hearing. Further, Respondent understands and agrees

21 that she is relieving the Division of any burden it has of proving the facts admitted above.

22 Respondent further understands and agrees that by signing this MOA she is voluntarily and

23 knowingly giving up her right to present oral and documentary evidence, to present rebuttal

24 evidence, to cross-examine witnesses against Respondent, and to appeal the

25 Board/Commission's decision to Superior Court.

26     6.   _Effect of Nonacceptance of Agreement._ Respondent and the Division agree

27 that this MOA is subject to the approval of the Board. They agree that, if the Board rejects

28 this agreement, it will be void, and an Accusation may be filed. If this agreement is rejected

29 by the Board it will not constitute a waiver of Respondent's right to a hearing on the matters

30 alleged in an Accusation and the admissions contained herein will have no effect.

31

State of Alaska
Department of Commerce, Community and Economic Development
Division of Occupational Licensing
550 West 7th Avenue, Suite 1500
Anchorage, Alaska 99501-3567
Telephone 907-269-8160 Fax 907-269-8195

EXHIBIT _A_
Page _2_ of _6_
60222
Winters v. CSC

FORM REVISED 06/10/05

1  Respondent agrees that, if the Board rejects this agreement, the Board may decide the

2  matter after a hearing, and its consideration of this agreement shall not alone be grounds for

3  claiming that the Board is biased against Respondent, that it cannot fairly decide the case, or

4  that it has received ex parte communication.

5      7.    Memorandum of Agreement, Decision and Order. Respondent agrees that

6  the Board has the authority to enter into this MOA and to issue the following Decision and

7  Order.

8

9              **PROPOSED DECISION AND ORDER**

10

11     IT IS HEREBY ORDERED that the license issued to Respondent is under

12  probation.  This license shall be subject to the following terms and conditions of license

13  probation.

14

15  A.    Duration of Probation

16

17     Respondent's license shall be on probation for three (3) years from the effective

18  date of this Order.  If Respondent fully complies with all of the terms and conditions of this

19  license probation, the probationary period will end as conditioned under this Order.  The

20  three (3) year probationary period will not be reduced by the following periods of time:

21          (1) any absence from the state in excess of thirty (30) continuous days.

22          (2) any absence from the state in excess of sixty (60) aggregate days in a

23              single year.

24          (3) any period during which Respondent is not a resident of the State of

25              Alaska.

26          (4) any period in which Respondent does not hold an active license in

27              Alaska.

28     It will be Respondent 's duty to inform the Board's agent in writing in advance of

29  any absence from Alaska and/or any move from Alaska to another licensing jurisdiction.

30

31

State of Alaska
Department of Commerce, Community and Economic Development
Division of Occupational Licensing
550 West 7th Avenue, Suite 1500
Anchorage, Alaska 99501-3567
Telephone 907-269-8160 Fax 907-269-8195

EXHIBIT ___A___

Page ___3___ of ___6___

**60223**
Winters v. CSC

FORM REVISED 06/10/05

B.    <u>Self Evaluation Report</u>

While under license probation, Respondent shall submit quarterly reports to the Board's agent regarding her method of handling stress, mental and physical health, professional responsibilities and activities, and personal activities.

C.    <u>Ability to Practice</u>

Within thirty (30) days following the effective date of this order, Respondent shall submit to the Board satisfactory evidence in writing from Respondent's health care provider, who must be licensed in Alaska and approved by the Board's agent, confirming that Respondent is both physically and mentally capable of performing the professional duties of her license.

All costs are the responsibility of the Respondent.

D.    <u>Restriction on Remote Employment</u>

While under license probation, Respondent shall work only in communities that have adequate facilities for Respondent to comply with requirements as set forth in this agreement. Respondent shall give the Board prior written notice of each change of employment or residence.

E.    <u>Employer Reports</u>

While under license probation, Respondent must provide her employer with a copy of the MOA and understands that the Board's representative will be free to discuss with Respondent's employer the subject matter of this agreement. Respondent's supervisor shall report quarterly to the Board as to Respondent's employment performance and attendance.

State of Alaska
Department of Commerce, Community and Economic Development
Division of Occupational Licensing
550 West 7th Avenue, Suite 1500
Anchorage, Alaska 99501-3567
Telephone 907-269-8160 Fax 907-269-8195

EXHIBIT A
Page 4 of 6
60224
Winters v. CSC

1    The report shall include a statement of whether Respondent is suspected of violating any

2    condition of this license probation.

3

4    F.    Employment Must Be Supervised

5

6    While under license probation, Respondent may not be employed in her licensed

7    profession unless supervised by a physician, advanced nurse practitioner, registered nurse,

8    or physician assistant., licensed in Alaska. The supervisor shall be provided a copy of the

9    MOA. However, this does not require that Respondent be under constant, direct

10   observation by her supervisor.

11

12   G.    Additional Education

13

14   In addition to the continuing education/competency requirements under Alaska

15   statutes for his or her license, Respondent shall attend and satisfactorily complete no less

16   than twenty (20) hours of education dealing with subject matter relating to client/patient

17   charting and recording and professional ethics. The course curriculum must be approved

18   by the Board's agent prior to the Respondent registering in the course. In addition, after

19   completion of the course, a certificate of satisfactory completion is to be provided to the

20   Board's agent.

21

22   All costs are the responsibility of the Respondent.

23

24   H.    Reprimand

25

26   The following reprimand shall be placed in Respondent's license file in the form of

27   this MOA:

28   The Board hereby reprimands you, Mary A. Coggins (Watkins), for acting in a

29   negligent manner towards patients in need of complete and professional stoma care.

30   For intentionally or negligently engaging in conduct that placed patients at risk to

31

State of Alaska
Department of Commerce, Community and Economic Development
Division of Occupational Licensing
550 West 7th Avenue, Suite 1500
Anchorage, Alaska 99501-3567
Telephone 907-269-8160 Fax 907-269-8195

EXHIBIT A
Page 5 of 6
60225
Winters v. CSC

1    their health or safety. For falsifying and failing to maintain an accurate client/patient

2    record while you were employed as a Licensed Practical Nurse at the Mary Conrad

3    Center in Anchorage, Alaska on July 10, 2003.

4    You are hereby publicly reprimanded for these violations of the Nursing Statues and

5    Regulations and this most unprofessional conduct. You are admonished that any

6    further conduct of this sort could result in additional disciplinary action against you.

7

8    I.     Periodic Interview With the Board

9

10    While under license probation and upon the request of the Board or its agent,

11    Respondent shall report in person to the Board or its agent to allow a review of her

12    compliance with this probation. Respondent shall be excused from attending any interview

13    only at the discretion of the person requesting the interview.

14

15    J.     Compliance with Laws

16

17    Respondent will obey all laws pertaining to her license in this state or any other

18    state.

19

20    K.     Probation Violation

21

22    If Respondent fails to comply with any term or condition of this Agreement, her

23    license shall be automatically suspended. If Respondent's license is suspended under this

24    paragraph, she will be entitled to a hearing regarding the issue of the suspension. If

25    Respondent's license is suspended, she will continue to be responsible for all license

26    requirements pursuant to AS 08.68.

27

28

29

30

31

State of Alaska
Department of Commerce, Community and Economic Development
Division of Occupational Licensing
550 West 7th Avenue, Suite 1500
Anchorage, Alaska 99501-3567
Telephone 907-269-8160 Fax 907-269-8195

EXHIBIT A
Page 6 of 6
60226
Winters v. CSC

FORM REVISED 06/10/05