# CHUGIAK SENIOR CENTER
Position Description

| | |
|---|---|
| **Position Title**: Assisted Living Nurse<br>**Supervises**: None<br>**Supervisor**: Health Services Director | **Program**: Assisted Living<br>**Position Status**: Non-exempt<br>**Range**: $17.00/hr 32 hrs/wk |

## Qualifications:
- At least 21 years of age.
- A registered nurse holding a active Alaska nursing license.
- Knowledge of professional nursing theory, principles, and practices.
- Familiar with and knowledge of Alaska nursing regulations and state and federal regulations governing assisted living facility.
- Ability to prioritize, multi-task, and be flexible in a fast paced team environment.
- One or more years experience in working with seniors.
- Must pass criminal background check as required by state regulatory agencies.
- Current TB test (within the last 60 days).
- Must participate in continuing education as required by Chugiak Senior Center, (CSC) and state regulations.
- Excellent written and verbal communications required, ability to accurately read and record necessary and required documentation on a daily basis.
- Must be able to develop, support and advance the goals of the assisted living team
- Must have reliable transportation and consistent and dependable attendance.
- Must have the necessary skills to handle sensitive issues in a mature, confidential manner with integrity and compassion.
- Current CPR/First Aide Certificate.
- Ability to plan and organize daily, weekly and monthly tasks.
- Three character references and two employment references (from persons unrelated).
- Ability to delegate program assistants as required by Chugiak Senior Center and Alaska Nursing Regulations.
- Ability to respond calmly during crisis situations.

## Basic Function
The basic function of the assisted living nurse is to provide quality health care coordination to the residents of the assisted living and adult day services programs.

Other functions include:

- assessment and nursing diagnosis of residents
- evaluation of patient responses to nursing care
- patient teaching
- patient advocacy
- staff delegation
- monitoring resident medication for accuracy
- resident records documentation accuracy

C:\Documents and Settings\finance\My Documents\HR\Personnel\Job Descriptions\ALP Nurse .doc
Amended: 4/20/2006

EXHIBIT B
Page 1 of 4

60235
Winters v. CSC

# Chugiak Senior Center
Position Description

**Essential Functions:**

- Monitor accuracy of resident medi-sets and program assistant medication prompting.
- Delegate program assistants as required by Alaska State Nursing Regulations.
- Supervise medication management and ensures medication assistance practices are in compliance with Chugiak Senior Center policies and procedures and federal, state, and local statutes.
- Provide on-site emergency medical treatment for residents and staff.
- Report significant change in resident health to the health services director, ALP staff and management team and the appropriate family members, care coordinator, and resident physician.
- Coordinate medical care from appropriate professionals.
- Maintain contact with relatives and establishes collaborative relationships with other community agencies.
- Attend monthly staff meetings and participate in staff development and training as assigned by health services director.
- Work closely with health services director, program coordinator and team leaders to insure that the highest standards of care and services are provided to ALP residents.
- Gather statistical data and prepare weekly report as assigned by health services director.
- Conduct monthly, and as needed, resident nursing assessments following ALP procedures.
- Assume other duties as assigned.

**Standards Of Performance**

The measurement of performance will follow these guidelines:

- Accuracy of resident medi-sets program and medication management procedures.
- Demonstrated ability to develop, support and advance the goals of the ALP team.
- Accurately complete all required reports.
- Recognize the importance of public perception and strive to return all phone calls with efficiency and promptness.
- A goal of no complaints from public regarding returned phone calls as well as no complaints from staff or residents regarding 'availability, accuracy, activities or public relations. Complaints will be promptly addressed.
- Will use the in/out board to notify staff, residents, and public of whereabouts to include expected time of return.

**Certification Of Employee**
I certify that the foregoing information describes my job, as I understand it.

_Mary Coggin_  Employee's Signature   4/20/06 Date

C:\Documents and Settings\finance\My Documents\HR\Personnel\Job Descriptions\ALP Nurse .doc
Amended: 4/20/2006

EXHIBIT 2 B
Page 2 of 4

60236
Winters v. CSC

# Employment Application

COMPANY OR EMPLOYER NAME: Chugiak Senior Center  
POSITION APPLIED FOR: pt LPN  
TELEPHONE: ███  
SOCIAL SECURITY NUMBER (Optional): ___

YOUR NAME: Coggins, Mary Ann (Last, First, Middle)

ADDRESS: ███

ARE YOU LEGALLY ELIGIBLE FOR EMPLOYMENT IN THE U.S.A? ☑ Yes ☐ No (If yes, verification will be required)  
I AM SEEKING A PERMANENT POSITION ☑ Yes ☐ No  
I AM SEEKING TEMPORARY WORK UNTIL (DATE): ___

ARE YOU ABLE TO PERFORM THE ESSENTIAL FUNCTIONS OF THE POSITION WITH OR WITHOUT ACCOMMODATION? ☑ Yes ☐ No

IF NECESSARY FOR THE JOB I AM ABLE TO:  
Work (Which Shifts)? nights or Day  
Work Overtime? yes  
Provide a valid Alaska Drivers License? ███

IF NECESSARY FOR THE JOB, ARE YOU OVER: 14 15 16 18 19 (21) (Please Circle One)

I WILL BE ABLE TO REPORT TO WORK 2 DAYS AFTER BEING NOTIFIED THAT I AM HIRED.

| EDUCATION | School Name/Location | Yrs. Completed | Field of Study | Graduate or Degree |
|---|---|---|---|---|
| High School | Griffin Fairmont High - Griffin, Georgia | 4 | General Studies | Diploma |
| College/University | | | | |
| Business/Technical | Griffin Tech - Griffin, GA | 1 | LPN | Diploma |
| Other (May include grammar school) | | | | |

MILITARY SERVICE ☐ Yes ☑ No   Duty/Specialized Training: ___

REFERENCES: List two personal references who are not relatives or former supervisors.

| Name | Address/telephone | Occupation | Years known |
|---|---|---|---|
| Rosemary Macko | 3722 Alexander Ave Anchorage, AK 99508  344-1760 | CNA | 15 |
| Pat Dooley | 8011 Wisteria St. Anchorage, AK 99502  522-9406 | RN | 12 |

EMPLOYMENT: List last employment first. Include summer or temporary jobs. Be sure all your experience or employers related to this job are listed here, in the summary (following this section), or use an extra sheet of paper if necessary.

| Employer Name and Address | Position Title/Duties Skills | Dates Employed |
|---|---|---|
| Palmer Senior Citizen's Center  831 S. Chugach Street  Palmer, Alaska 99645 | Care Coordinator - Provided outreach to seniors and adults with disabilities who may be in need of supportive services | From 05/15/05 To 2/21/06  Salary $17⁵⁰ hr  Reason for Leaving: Desire to return to nursing |
| Supervisor's Name: Christine Bell | Telephone: 745-6294 | |
| Senior Care of Alaska  626 Cordova Street  Anchorage, AK 99501 | PCA - Assist elderly clients in their homes with personal care and light housekeeping. | From 02/15/05 To 10/12/05  Salary $12⁰⁰ hr  Reason for Leaving: the commute - needed more hours |
| Supervisor's Name: Kevin Turasky | Telephone: 677-7890 | |

LOPR-7 (R 4/93)

EXHIBIT B  
Page 3 of 4

60214  
Winters v. CSC

| EMPLOYMENT CONTINUED... | | |
|---|---|---|
| Employer Name and Address<br>Mary Conrad Center<br>9100 Centennial Dr.<br>Anchorage, AK | Position Title/Duties Skills   LPN Team Leader<br>90 bed skilled nursing home,<br>administered medications, gave TX's<br>per physician orders. Supervised<br>CNA's and made assignments. | Dates Employed<br>From 08/20/91  To 07/10/2003<br>Salary $21.96 hr.<br>Reason for Leaving personality differences<br>& the long commute. |
| | Supervisor's Name<br>Carol Menien | Telephone<br>565-6400 |
| Employer Name and Address | Position Title/Duties Skills | Dates Employed<br>From / /  To / /<br>Salary<br>Reason for Leaving |
| | Supervisor's Name | Telephone |

Summarize other employment related to this job. _The ability to work with and assist the elderly in various ways such as care coordination, LPN in long term care, making referrals, supervise CNA's giving personal care._

Types of computers, other electronic or mechanical equipment that you are qualified to operate or repair: _Desk Top Computers + Lap Tops, fax, copier_

Typing Speed: _40_

Professional Licenses, Certifications or Registrations: _LPN_

Additional skills including supervision skills, other languages, or information regarding the career/occupation you wish to bring to the employer's attention: _The ability to plan, organize, and implement. Experience in giving inservices to PCA's + CNA's._

In case of accident or illness, please contact  Name: _Barbie Hawkins_   Daytime Phone: _841-3716_
Address _974 Leatherleaf Loop, Wasilla_   Relationship: _daughter_

Information to the applicant: As part of our procedure for processing your employment application, your personal and employment references may be checked. If you have misrepresented or omitted any facts on this application, and are subsequently hired, you may be discharged from your job. You may make a written request for information derived from the checking of your references.

If necessary for employment, you may be required to: supply your birth certificate or other proof of authorization to work in the US, have a physical examination and/or a drug test, or to sign a conflict of interest agreement and abide by its terms.

I understand and agree to the information shown above:

Signature _Mary Coggin_   Date _3/15/06_

Equal Employment Opportunity: While many employers are required by federal law to have an Affirmative Action Program, all employers are required to provide equal employment opportunity and may ask your national origin, race and sex for planning and reporting purposes only. This information is optional and failure to provide it will have no affect on your application for employment.

EMPLOYER SECTION:

Developed at Employer request by Alaska Employment Service.
Alaska State Department of Labor

EXHIBIT _B_
Page _4_ of _4_

60215
Winters v. CSC