Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
Phone:  907-279-3581
Fax:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>                    Plaintiff,<br><br>     v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>                    Defendant. | Case No. 3:06-cv-00083-TMB |

**(PROPOSED) ORDER GRANTING DEFENDANT CHUGIAK SENIOR CITIZENS, INC.'S MOTION *IN LIMINE* NO. 8 RE:  EXCLUSION OF EVIDENCE INVOLVING OTHER CSC RESIDENTS AND CSC'S EMPLOYEE'S ACTIONS INVOLVING OTHER RESIDENTS AND EVENTS**

CSC's motion *in limine* to preclude the plaintiff from presenting any evidence or argument regarding:  (1) a prior lawsuit against CSC filed by Cleo Metcalf; (2) Mary Coggins' licensure action and licensing status at CSC; and (3) certain CSC employees minor non-consequential medication errors with other residents,

(Proposed) Order Granting Defendant Chugiak Senior
Citizens, Inc.'s Motion *in Limine* No. 8 re:  Exclusion
of Evidence Involving Other CSC Residents and CSC's
Employee's Actions Involving Other Residents and Events
Winters v. CSC/Case No. 3:06-cv-00083 (TMB)                                            Page 1 of 2

discipline for, among other things, absenteeism (not related to the plaintiff and not resulting in CSC being understaffed), and allegedly engaged in uncharged conduct involving the diversion of narcotics is **GRANTED**.

**IT IS SO ORDERED**.

DATED at Anchorage, Alaska, this ____ of _____, 200___.

_____
Timothy M. Burgess, U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of December, 2006, a copy of this document was served electronically on:

Barbara Brink/Nikole Nelson
Jim Davis, Jr./Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska  99501

s/Donna M. Meyers and Clay A. Young
(125690)

(Proposed) Order Granting Defendant Chugiak Senior
Citizens, Inc.'s Motion *in Limine* No. 8 re:  Exclusion
of Evidence Involving Other CSC Residents and CSC's
Employee's Actions Involving Other Residents and Events
Winters v. CSC/Case No. 3:06-cv-00083 (TMB)                                Page 2 of 2