January 9, 2006

To: Jan Freels, Project Director, Assisted Living Administrator

## REBUTTAL TO EVICTION NOTICE

**Summary of Contents:**

I, Carol L. Winters, am responding for Helen H. Winters, as holder of power of attorney, with her full consent. We refuse to accept the notice of eviction because the grounds on which she is being evicted are simply not true and are based on gross exaggeration of circumstances, all of which have their origin in staff being abusive and disrespectful. Chugiak assisted living has tried to get rid of my mother on numerous occasions but the reasons have never been valid. You have not worked closely with my mother and myself to retain her residency in the program as you have stated, actually, quite the contrary. The third day after she was admitted I was told "she belonged in a nursing home" by your nurse, even after I was told in a pre-assessment by your staff a week prior that she would be a "perfect resident". Numerous times I have offered suggestions on how best to deal with my mother, but they have never been enacted upon, and if they have, on a piecemeal basis. Moreover, I personally know two residents who continually create disharmony in the dining room and elsewhere and who are much more aggressive and louder than my mother but yet they are not being evicted. I am convinced beyond a shadow of a doubt that this magnification of circumstances has been conveniently used to get rid of my mother from your facility simply because she is a heavy care resident. My mother's rights have been and are being violated. From the start, when mom took up residency at Chugiak AL in Sept of 2004, our intention was that this would be a permanent placement for my loving mother until the time when she would need a nursing home or passed on. She loves Chugiak AL, she loves her spacious suite, she loves many people there, residents and staff alike and she loves the dining room and gardens. You are forcing my 90 year old very frail, very anxious, loving sweet mother out of her home. My mother and I, so to speak, truly are the real owners of the facility you manage. I am a taxpaying citizen and property homeowner in Eagle River and my mother worked and paid taxes most of her life. I will fight as much as necessary to retain her right to remain where she is in the home she loves at Chugiak assisted living and do everything in my power to make sure that the gross deficiency in staff training which has led to continuous extreme disrespect (I have many instances of proof) and verbal abuse has been corrected in addition to numerous other deficiencies in your facility. These deficiencies had been brought out during the last meeting with the ombudsman but nothing has been done to correct them.

It must be known further to all parties receiving this letter that serving my mother, who has a bad heart and who almost died twice from blood clots in the last three years, with a Certified Letter containing the Eviction Notice, has further worsened her cardiac condition. The very day she received the letter she called me hysterical and thought she was having a heart attack. That night I was awoken from my sleep by an aide at your facility. She informed me that my mother's blood pressure was so extremely high they were sending her to the emergency room. It remains abnormally high to this date. Just one week before mother received the horrifying eviction letter, I informed the program director, Marla, of mom's cardiovascular condition. It is cruel to have sent mother that letter knowing her state of health. Chugiak knows I have POA and it should have gone to me.

EXHIBIT A
Page 1 of 13

Page 2

In addition to the effect on her health there has been an adverse effect on mine as well. As you are well aware, I started to get irregular heartbeats over a year ago when one of your staff was abusive to my mother. My heart has never regulated and I have been on medication ever since. When I met my mother at the emergency room Friday my heart was out of control and I also had to be treated in the room next to hers in the emergency room. I had never taken high blood pressure medication prior to this. I am taking her to her internist tomorrow and I hope that mom will survive this ordeal, literally.

In July of last year I gave a letter to the front desk to give to the nursing station. It was from Dr. Michael Jones, Internist and in it he explains that mom has GAD and is very hard of hearing. He also states that to evict mom would be detrimental to her mental and physical health. It is hard to believe that his advice is not being heeded.

## My Personal Background:

For the purpose of establishing my credibility for those readers who do not know me I provide the following information: by profession, I am a rehabilitation specialist and professional counselor. I received a master's degree in rehabilitation counseling in 1971 and a bachelor's degree in correctional administration in 1970. I have worked full-time in my profession for the past 35 plus years. I have been a Certified Rehabilitation Counselor since 1978 and a Licensed Clinical Professional Counselor since 1987. I am trained to diagnose mental illness and provide counseling for mental illness and make referrals for psychiatric care when appropriate. Throughout my career I have never had any complaint filed with the licensing boards. I have worked for the state of Alaska 15 years as a Vocational Rehabilitation Counselor II and I have managed the Eagle River Branch office for the past five years. I am held in high esteem by my employer and I am often given the most difficult cases because of my expertise. Because of my professional duties, the mistreatment of my mother and the lack of deference to myself on issues related to my mother's care is especially poignant.

## Helen H. Winters's, Personal Background:

My mother is a 90 year old compassionate loving woman who has faced extreme challenges in her life and has risen to the task over and over. She worked hard all of her life and she and my father sacrificed to put my brother and me through college so that we could have a better life than they did. When my father and my brother's wife were dying of cancer my mother waited on them literally hand and foot. She is a devout Catholic and I do not remember one Sunday when she missed going to church. She belongs to St. Andrews parish and every weekend the church deacon or other appointed individual comes to the Chugiak Assisted-Living to administer Holy Communion to her. She also goes to confession regularly and will not even tell a white lie. My mother does not and never has cussed or sworn. I grew up in a household where you could not even express or say the word "hate". We were taught to love everybody and to be generous with our assets. My mother has always had what I truly would consider a sterling character and because of these reasons my mother does not deserve the rough, course and disrespectful treatment that she has been receiving from the Chugiak assisted living staff.

EXHIBIT A
Page 2 of 13

Page 3

My father died of cancer in 1983 and mom lived alone in Maryland ever since. In the year 2000 she was no longer able to drive because of eye and leg problems. Because there was nobody to take care of her I offered to move her up to Alaska since my career is with the State of Alaska. She accepted my offer very willingly and loved Alaska from the moment she arrived. The mountains reminded her of the Pennsylvania mountains where she grew up. Until she badly broke her right shoulder in August of 2004, mom lived independently in an apartment I fixed up for her in Eagle River. My mom is an extremely independent individual and never took any kind of assistance but at this juncture it was a necessity. Mom used a walker for the last two years to ambulate and when she broke her shoulder she could no longer do so. Thus, I called the Chugiak Assisted Living facility to check out the possibility of a move there. I was delightfully surprised to find out that there was a suite available immediately. We loved the open bright apartment and beautiful gardens and dining room.

**Brief Summary of Helen's Physical and Mental Condition:**

After she broke her right shoulder her doctor would no longer allow her to transfer on her own. We have tried to talk him into that a few times but he will not relent because mom's fall brought her in to the assisted-living to begin with. She has absolutely no cartilage in either of her knees and they will give out on her and result in a fall. Mom has a long history of hypertension, which has been controlled with blood pressure medication and a salt restricted diet. She never has received this required diet at Chugiak despite numerous requests and this is something that will be addressed later on. She almost died of a pulmonary embolism and subsequently was put on blood thinner's but she almost bled to death from Coumadin so she was taken off. A stent was inserted into her vein and placed permanently into the abdominal cavity for prophylactic reasons. Mother is totally incontinent of urine but has good bowel control. She can do all of her own pericare. She is prone to blood clots and must wear support hose and be exercised regularly to prevent recurrence. She has been hard of hearing for a few years but while she was in the Chugiak assisted living she suffered a very severe deterioration of her hearing. I have been working with an audiologist for the past year and he has tried different hearing aides but the final verdict is that she has the best aides possible and she simply will never be able to hear well. Because she does not hear her own voice mom yells but does not know she is doing that. This can be misinterpreted by residents and other people as angry and loud when, in fact, it is simply the result of her not hearing her own voice. This lack of understanding of her hearing problem has led to numerous false accusations against my mother by the staff.

Mom's physician has diagnosed her as having generalized anxiety disorder. I agree with this diagnosis. A few days after her admission to Chugiak assisted-living I wrote a long letter to the nurse and asked her to include it in the chart where I addressed this issue. I stated very specifically that the best way to deal with mom's anxiety is to have a smile and be kind to her. I do not think anybody took my letter seriously based on the way she has been treated. **The staff has inferred that mom might have mental illness. She does not.** Since I have been close to my mother all of my life and talk to her at least four to five times every day I know her intimately. She definitely has some mild cognitive decline as is typical of individuals her age in terms of short-term memory and even some long-term memory problems. Her judgment, however, remains intact. She sizes up

Page 4

people and situations very accurately. She actually has a keen mind and is still good at mathematics and has an interest in world events. This has been somewhat diminished in the last year by her macular degeneration and being hard of hearing. Due to constant severe pain in her knees and back because of severe osteoarthritis and osteoporosis, macular degeneration and total urinary incontinence that requires changes every two hours she is definitely more depressed and anxious than she has ever been. The high level of anxiety, which the Chugiak staff calls agitation, is not in my professional opinion, associated with Alzheimer's or dementia. It is rather a severe generalized anxiety disorder caused by severe pain and loss of physical function. Most individuals with severe chronic pain and disability have ongoing depression and anxiety. If you add to these undesirable conditions, uncaring, sarcastic and sometimes abusive staff, one can understand why mom would retort in order to defend herself. Yes, she can get loud at those times, but never abusive. She has related to me that often she will tell the staff, "Why are you working here if you don't like to care for the elderly". But that is the extent of it.

**Specific Rebuttal to Contents of Eviction Notice:**

1) Chugiak Statement, "we have worked closely with you to retain your residency in the program".

My Response: Nothing could be further from the truth. Only three days after my mom moved to the Chugiak assisted-living the nurse at that time, Laurie, pulled me aside and told me that my mom did not belong there that she belonged in a nursing home. I must relate how mom and I experienced our first few days at Chugiak Assisted Living facility. Nobody welcomed or greeted us—ever-- never happened. Nobody gave us a tour nobody gave us a schedule, there was no plan of care, we were left to fend for ourselves and I stayed with mom the first few days and I had to constantly go out and get staff to care for her when she needed to go to the bathroom. The first night I was there two of the aides were not very happy with mom's needs, one of them rolling her eyes to the ceiling at mom's requests, which were indeed not excessive.

I was called in to Jan Freel's office a short time after mom was admitted and was told that she might be too heavy of care to keep her there. Since I had taken one week off from work to move for mom and just paid over $400 to move her belongings from her apt. to Chugiak I was shocked. What made it more shocking was that when the program manager at that time, Lynn Moser, came to my mother's apartment and did the pre-assessment along with an internship student, my mother and I were told that my mom would be the perfect candidate for the Chugiak assisted-living. Jan went on to describe that mom was taking too long to go to bed and that this needs to be cut down. Of course, we were all settled in so mom tried her the best to scurry and not ask for so many things so that we could comply. Mom even told me she sat in her wet diapers longer than she liked because she was afraid to ring the bell for help. About a month later I was told that mom could stay because they got the time down in putting her to bed.

Somewhere during the first month the nurse, Laurie, called me as I was leaving to go to my truck in the parking lot. She took me aside and told me that my mother was a compulsive personality. My mother is extremely neat and organized as is my father, my brother and myself. I defended her on those grounds. My mother likes to be neat and clean and she likes her apartment neat and clean. When I defended her Laurie accused me of being, in her exact words, an "enabler". Laurie then went on further to say that the woman who had mom's apartment before mom was just like her and that she had to leave and go to a nursing home. I was in fear that Laurie was giving me a hint of what would happen to mom. I went to the Director about this who did agree that this was an inappropriate comment. I also brought up some rude things aides had said to mom and the Director did deal with these issues.

Over the course of one year and four months I have repeatedly told the program manager the best way to deal with mom. Mom does not have an anger issue and my mother has never been abusive. Granted mom will get very upset and raise her voice, but this is the extent of it and she does this only when provoked. I truly believe she gets very loud because she cannot hear herself talk and does not know how loud she is speaking. I told the program manager that mom's high level of anxiety could be quelled simply by people smiling, being nice to her and doing what she wanted them to do in her apartment or in relation to her personal hygiene without questioning her. Very simply, to be treated with respect and dignity at all times.

2) Chugiak Statement, " On Saturday, December 17th 2005 two staff members were assisting you when you became angry and again started yelling and being verbally abusive. Your anger became so intense that you struck a member of the staff by slapping her hand."

My Response:

My mother called me immediately after this incident. She said that she was going to report Sheila and Terry. I asked her what happened. She explained the events very clearly that precipitated the incident. She was very upset because Sheila had been very nasty to her, in her own words. Now I had a personal introduction to the type of person Sheila was prior to mom moving in. I had noted that the two parakeets were out of seed. Sheila was sitting at the nurse's station so I asked her if she could not get the birds some seed and she flippantly replied, "not my job". Well, Sheila came with Terrie to give her a shower. Sheila was being fast and rough in the shower and Sheila did not appreciate mom telling her how to wash her. Mom felt that Sheila was not scrubbing her head hard enough. Sheila did not like it. Sheila then became very incensed after the shower when mom was telling her how to hang the towels in the bathroom. Mother does have a certain way of placing them so that they all dry out more quickly. Sheila yelled at her that she didn't want to be told what to do when she knows her job. There was another escalation on behalf of the aide Sheila when Sheila was doing mom's hair and mom wanted it done certain way. Sheila again told her she didn't want to be told what to do. Then, the most upsetting thing for my mother took place. Without my mom's permission they took 2 incontinence pads and opened them to compare sizes. They told her up a small one was almost as big as the large one. The history of this is that Geneva Woods, her medical supplier, was out of the ultra and had to send the extra. My mother has been dealing with incontinence for probably over six years and she is an expert on

EXHIBIT A
Page 5 of 13

Jan. 11. 2006 1:08PM   ASSISTED LIVING   No. 3858   P. 7

what she needs for her incontinence needs. She did not appreciate being told by the aides that the smaller napkins were as good as the bigger napkins nor did she appreciate that they were opened without her consent. There was certainly chaotic disharmony in the bathroom created by Sheila's negative defensive attitude. Mom said that when Sheila was putting her on the toilet she thought she was losing her balance and she quickly reached out to grab something which probably was Terrie's hand, or, she says she may have reached out quickly just to grab something because she thought she was falling. Mom says she never slapped nor hit Terrie and that her arm flew out in error when she thought she was falling. Instead of shower time being a pleasant time for my mom, it was made very unpleasant by two aides who do not like to listen to the way the resident wants things done. When mom heard that the accusation was that she slapped Terri we were shocked. I totally believe my mother. My mother has never acted out in this manner, my mother is totally against violence and this was a complete exaggeration or misinterpretation of the movement of her arm that must have gone out quickly or pushed someone's arm away whatever the case may be.

3) Chugiak statement, the residential service says contract and lease agreement grounds for dismissal and lists four grounds.

**My Response:**

There are no grounds for eviction of my mother because she does not come under any of the four grounds given for eviction. Number one, my mother certainly is not in any way a threat to others nor does she need mental health services to prevent harm to others. As just stated she did not slap or hit anybody with intent. My mother is very frail. She does not even have the ability to cause harm to others even if she wanted to. This incident was blown out of proportion and used as a reason to get rid of her because she is a heavy care patient. My mother and I have stood by her story from the day it happened but nobody is listening to us. Even one of the aides involved, Terrie, told the ombudsman herself that it was no big deal. In addition to her being heavy care, I do not think you appreciate the fact that I have frequently brought deficiencies in the facility to your attention.

Number 2 ground for eviction is that the level of care the resident needs are no longer available at the facility and this we know is not applicable to mother because you have even stated yourself that her care is not that heavy to transfer her to a nursing home. Number three it says that the resident has engaged in a pattern of conduct that is harmful to other residents and staff and that certainly is not applicable also. That paragraph also states that the resident's behavior is a threat to the peace and safety of other residents and staff and again this has not been the case. My mother stays in her room all day except going to the dining room three times a day. She does not converse with anybody in the dining room because she cannot hear well enough to carry on conversations. Actually I have heard for myself outbursts from other residents, notably Duffy and Carmela. To my knowledge they are not being evicted, Why, therefore, my mother?

A number of months ago there was a charge that my mother had called someone "trailer trash". We had a meeting following this accusation. Knowing my mother inside and out I can say that my mother has never in her 90 years called anybody trash, for she never

Page 7

swears and never uses slang. She did not even know the meaning of the word trailer trash and she asked me what it meant. She said that she was coming out of the dining room and there was a group of residents together and as she passed them she heard someone say something about trash and she assumed they were calling her that. It could be that one of the aides heard that and thought mom was using the word.

My mother has never been combative and even at your facility there is no record of such behavior except the one incident where she would reportedly slapped someone's hand. This is not exactly a person who poses a threat. This one incident was exaggerated and misinterpreted. There are no others at all. You were just looking for something so that you could evict her and I question if there is a private pay party waiting for the room or you simply want to "get rid of" high level care residents.

I have told the Program Director more than once that because mom is extremely orderly and sometimes forgets, that when she tells the aides to do things step by step, that they should just smile and do them and not retort. One of the biggest problems is that when she tells them what to do they yell at her saying "don't tell me what to do." This has happened with many different aides. And if mom raises her voice because someone is abusive to her and is yelling at her it would be a normal response to the situation. It seems to me that this is a training issue for staff, treating residents with respect and dignity, acknowledging that sometimes the elderly can be repetitious and that they can be set in their ways. Staff should be more tolerant, flexible and patient with the residents.

**List of Specific Incidents of Abuse and Blatant Disrespect by Program Aides:**

**I believe that any reasonable person looking at this list will realize that not only would any resident become anxious, irritated and angry with this treatment, but that my mother has shown an extreme amount of self control by not reacting with anything more than raising her voice.**

- program aide, "Bigun." Mom rang for help because they forgot to put her footstool in front of her recliner upon returning her to her chair from the bathroom. It is doctor's orders that she elevate her feet for most of the day because of chronic blood clot problems in her legs. The aide came in and said to her, "can't you use the coffee table? Mom's coffee table is glass and angel figurines take all the space. This was said sarcastically.

- program aide, Don, who is no longer there. Many months ago when mom was wearing a sling on her right arm he told her not to listen to the doctors but encouraged her to do things that the doctor told her not to do. He tells her not to listen to doctors or therapists because he had a problem and he got better doing things on his own. He also told her that as she did not do things faster and become more independent more quickly that she would wind up in a nursing home. She was so afraid after that.

- program aide, Lisa, was reported by mom to be very rough with her in putting on her support stockings in the morning. This went on for at least one week and although mom left a voicemail message for the program manager, Marla, there was no response

EXHIBIT A
Page 7 of 13

Page 9

For over 5 days Mom complained to me that Lisa was really hurting her legs and she told her to stop but it went on.

- program aide, Teresa Forsythe (sp?) Has been consistently and continually disrespect to mom since she has been there. Teresa used to work the night shift. Mom needs to have her diapers changed two or three times a night. Mom tells them how tight to put the fasteners on and how to put the pads because she is prone to skin irritations. Mom also has excruciating knees and needs three pillows under her knees to prop them up at night. When asking Teresa to put the pillows down a certain way, Teresa threw them at the foot of the couch, told mom to do it herself (which she could not) and walked out. Another time she came in with another aide on the night shift and Teresa lay down on the floor to rest in mom's apartment. Teresa was verbally abusive with my mother on a number of locations. My mother would implore her to stop being nasty. My mother asked her, " why can't you be nice?" On one occasion, mom said Teresa threw her incontinence pads on the floor in front of her while she was on the toilet and said sarcastically in response, "not to you" when Mom asked her why she couldn't talk nice to her. In the dining room Teresa has told her twice, "you are not a nice person" in front of other workers and residents. My mother states that when Teresa is in the dining room she will ask for things like her water or juice and Teresa will say she will get it and then does not for a very long period of time. My mom cannot swallow sometimes without liquid so it is important to have the liquid there.

Another issue in relation to Teresa comes from information I received from somebody close to Teresa outside of the work environment. They say that Teresa was issued a restraining order against her about six months ago in a family feud. Reportedly, Teresa had been asked to leave a family member's home because she had severe acting out emotional difficulties. I was concerned after hearing this and related this info to the program manager, Marla, in our last meeting. I wanted them to do a background check on her. I do not know if this was ever done. If it was not, it should be and I am requesting that it be done. She has been nasty to my mother over and over and emotional problems from her personal life may be spilling over into her work life.

- about a month ago Mom was in the dining room and had to have a bowel movement, something she does not usually do at that particular time of day. She called out to them and said please I have to go to the bathroom. They said they were busy and could not take her. Mom said it was ready to come out of her but was forced to wait over 10 minutes before they took her to the bathroom

- program aide, Angel. With my own ears I heard her abusing Mom and reported this and the aide was fired. There were many complaints about her. I was visiting and sitting in the living room and I heard yelling in the bathroom. I went closer to the door and heard Angel yelling at my mother. Angel kept saying that it's fine the way it was meaning her diaper and Mama what kept saying no it's not tight enough. My mom started crying and told her to stop being so nasty. I opened the door and reprimanded the aid myself for shouting at my mother.

Page 10

- program aide, Stephen,. He was a nice young man just out of high school. We had conversations together and he said that his goal was to work on construction and get a construction company. I kind of wondered why he got the job at Chugiak and he was only a very young man probably 17 or 18. During the night shift when he was changing mom's diaper, he hurt her back by pulling her up too hard and she had to have therapy because of it. I do not think that was intentional and he is a nice young man but the incident happened, nevertheless, because of inadequate training on the part of Chugiak assisted-living.

-program aide, Tom. Mom was always fearful when Tom was on duty on the night shift. She would call me and say oh "guess who is working tonight?" I would say well what's wrong with Tom mom? She said that he was very quick, rough and impatient and she also does not understand why he always wears a baseball cap on backwards.

-program aide Tom and Terrie(the new Terrie). In this incident Tom did all of the talking and Terrie just listened to what was going on. My mom is brought Holy Communion every Saturday or Sunday by the St. Andrew's Church. They were supposed to come on Sunday but called her at the last minute and said that they would come out at 1 o'clock on Saturday. My mom just had a tooth pulled and was on baby food for five days. They came into her room at 10 minutes to 12. The Catholic Church requires that an individual receiving communion fast for one hour prior to receiving the Holy Eucharist. Mom said she was hungry and asked if they could please just warm up one can of baby food for her. It would have taken no more than three or four minutes. Tom said they couldn't do it that they had to go serve lunch and they walked out. This would not have taken more than a few minutes of their time.

One problem that went on for many months and still is going on with many of the aides is that they do not like to pull mom's underpants up or down when she is by the toilet. It came to the point where she felt that they must have talked about this issue at staff meeting and came up with a plan to encourage her to do-it-yourself. The doctor has said very staunchly that mom should not stand unassisted and if she were to pull up and pull down her underpants by herself she would be standing unassisted because she would need to use both of her hands. Mom cannot do this for she must hang on to the grab bar by the toilet if she stands. She said that some of the aides purposely wait a very long time while she is in a standing position without offering to assist her. She thinks they want her to start pulling herself. She has to ask them to do so. One of them tells her that she can do it herself. They do not comprehend that she should not stand without holding on to something.

### General Complaints

1) Breach of Confidentiality- on two occasions over the last few months confidentiality of my mother's personal life has been breached. This has caused her extreme embarrassment. The first instance was when you had a meeting and decided that you are going to evict my mother for saying the word "trailer trash," which she never uttered. Apparently, all the staff knew what was up and the aide, Michelle told the resident who lives next to my mother, Connie. Connie was deeply upset and left a message for the

Page 11

program manager that one of the aides was divulging confidential information about my mother and she did not want to hear things like that. She then came to my mother and I and told us what the aide had told her, that mom was going to be evicted. This was before we knew anything about your plans to evict my mother.

The second serious breach of confidentiality involves the alleged slapping incident. I was shocked when the ombudsman, Bob Dreyer, told me that when he came to visit mother last time he was stopped by a resident in the waiting area and asked if he was there to get Helen Winters for slapping an aide. He also said that he would like to slap her. This makes me very fearful of what other residents are thinking about my mother, an incident, which is not true, highly exaggerated and should never ever have been talked about to residents or others present.

2. **Unsafe Environment-** I remain to be deeply concerned by the fact that during the summer months when it is hot every day, the exit doors on the wings are left wide open with no screens. There are bears in the area and in fact all the trash bins outside have a warning sign about the bears. I did do not know how management can continue to allow the doors to be completely open and unscreened all day knowing that there are bears in the area and that they are drawn to the smell of food inside the facility. In addition to the potential of bears entering Chugiak, open unscreened doors allow mosquitoes to fly all around. They are in the lunchroom and enter the residence rooms. If doors are to be open in the summer they must be screened with a heavy door. I brought this up at the last meeting but nothing had been done to improve the situation.

3) **Smoking Outside the Main Entrance:** On three separate occasions I have brought up this unhealthy situation but nothing has been done about it. I would say 70 to 80% of the staff smokes. Many residents also smoke—and **they all smoke where everybody walks, the main entry way that has a "no smoking sign" clearly visible.** Since mom moved to Chugiak and until this very day, I have seen staff sitting and smoking on the bench right outside the front main entrance. This can be dangerous for residents who have asthma or allergies or other cardiopulmonary issues and the same for visitors passing by the smokers. When mom first arrived there was a gentleman resident who was on an oxygen tank. He used to sit on the couch in the main entrance and when the doors were open in the summer the smoke would get to him. In addition to this problem, when it is summer, the smokers congregate on the deck outside of the dining room and the smoke goes into the dining room. I have even smelled smoke coming into my mother's rooms when the windows are open in the summer. I brought this to the attention of the program manager when mom first moved in on because she has allergies. Nothing was ever done about it probably because some of the administration smokes themselves and do not seem to understand the seriousness of this issue or do not wish to make adjustments. Something needs to be done to protect those with cardiopulmonary problems, asthma and allergies. Many of the hospitals have a special covered, enclosed smoking area for employees who smoke and I propose that this be done at the Chugiak assisted-living facility



EXHIBIT A
Page 10 of 13

Page 12

4) **Salt restricted diet is not available:** The State of Alaska statutes require that an assisted-living facility honor the dietary requests of a religious or health nature. Before mom was admitted I discussed this need with the program manager, Lynn Moser. She assured me that a low salt diet would be available in addition to mom having a choice of poultry or fish at each meal. For health reasons my mom's physician recommended that she give up red meat and pork. I have requested this numerous times and the answer is that the assisted-living does not provide for special diets. This is a flagrant disregard of the statutes and I fear that the salt is killing my mother. My mother loves soups. Chugiak has highly salted soups. I have tasted them. I have asked mom not to eat the salty soup but she said she loves soup. I have to buy her special meals of poultry and fish because the assisted-living will not provide her with the poultry or fish alternative at each meal. Everybody must eat what is on the menu and there is only one entrée available. For some residents who have no extra money they are forced to eat foods that they do not like or are not good for them. This should be changed.

5) **Staff Dress Code:** My mother is of the Lawrence Welk era as are many of the other residents in the facility. My mother is used to clean cut shaven men and women who are tidy. It does not in the least inspire confidence in the elderly to have people sloppily dressed and providing for her personal hygiene at the same time. Turned around baseball caps and cowboy hats should not be allowed at work. I brought this up at the last meeting with the administration and they said that they would tell them not to wear hats but Tom still wears his turned around baseball cap to work and Lisa wears her baseball cap. Assisted-living needs to realize that people who are unkempt or wear weird styles can be threatening to elderly people. Any medical facility or health facility needs to be mindful of presenting a professional appearance and should provide counsel to staff on proper hygiene and dress code. I have seen aides come into the mom's room and take something that she wants from her cupboard, such as crackers or cookies, and hand them to her without first washing their hands. This needs to be corrected.

6) **Staff Demeanor:** My mother has continually complained about staff rushing her. When she tries to start up any kind of small talk they abruptly cut her off and say they have work to do. She has said to me that she is only somebody to bring in money for the center and she believes that they are only there to earn a paycheck and care nothing about her. They often tell her that they don't have time to walk her and this has the potential to be a life threatening issue. While some of the staff are very pleasant, there are many who don't give a hoot and rush her and make her feel that she is a burden.

**My Proposed Solutions:**

1) **Create a smokers area far away from the main entrance and dining room** so that residents and visitors can enter or leave and live in a smoke-free environment. It is a fact that secondhand smoke is a killer. This is particularly important with the elderly population many of whom have cardiopulmonary problems. In the summer they cannot go and sit on the deck or outside because of the smoke.

Page 13

2) My Mother be offered a salt restricted diet and be offered poultry or fish at each meal. Lunchmeat at each meal as an alternative is not acceptable.

3) I propose that there be initiated a zero tolerance policy when it comes to treating the residents with disrespect. Verbal and physical abuse should result in immediate discharge. Telling a resident that they are not a nice person, discounting the way they want things done and telling them they do not want to be told how to do things are all disrespectful.

4) The Chugiak assisted-living needs to have a consultant on call who has the ability to diagnose and treat mental illnesses such as a psychiatric nurse, a licensed clinical professional counselor, a psychiatrist or a Ph.D. psychologist.

5) Staff training must be provided to all aides, old and new, on gerontological issues. Depression, anxiety, agitation, loneliness, the impact of losing family and possessions, chronic pain etc. The staff needs to be trained to deal with residents who have these issues. There should be training on "attitude". The importance of talking to residents using a soothing voice, being positive and smiling, taking interest in them as individuals and listening to what they have to say, not rushing them and treating them with respect due to them should be stressed. The staff should realize that for the assisted living residents, the aides are like family and can make or break their day.

**Conclusion:**

The Chugiak Assisted-Lliving belongs to the community, it belongs to me, it belongs to my mother. We have chosen that Mom remain to reside at Chugiak for many reasons. First, it is in a beautiful area, spacious, with gardens that provide for a very relaxing atmosphere. The rooms are exceptionally large, which you do not find in any other assisted-living either in this area or in Anchorage. Since I work in Eagle River I am only a little more than five minutes away from mom in times of crises, should she need me. Because I have an extreme sensitivity to light due to surgery for narrow angle glaucoma I have difficulty negotiating the freeways at night, but I can easily take the back road to my Mom's in her present location.

While I keep hearing recommendations from Chugiak administration and management that a small assisted-living would be the best thing for mom, I can tell you, it is just not true. Mom, who detests small rooms and does not like to be enclosed in a place where she needs to interact closely with other people that she does not know, would not be happy. Mom functions best in large spacious environments where she can choose when to interact and not to interact. My mother and I are the best judge of what is best for her, not the facility. Beyond our personal choice of Chugiak as the preferred permanent residence form Mom, it is in the law that she has the right as a disabled person to choose where she wishes to reside.

My mother has never been abusive nor is she a threat to other staff workers or residents. This is total exaggeration and, therefore, the reasons given for her eviction are null and void. As I said previously, she has shown extreme self-control over the last year and five months when you look at the degree of disrespect and the degree of verbal abuse that she has undergone. Being treated with continuous disrespect, being rushed,

EXHIBIT A
Page 12 of 13

Page 14

not being respected for her individuality and personality have led to her increased depression and stress. This needs to stop and can stop by proper training and education of the staff.

I welcome the reader of this document to personally meet with my mother. They will find her intelligent rational, caring and sweet. They will see a little old lady with a very homey apartment filled with religious pictures, religious objects and numerous angel figures decorating her space. Indeed, my mother's sole interest during the last five years has been praying for others and having Masses said for other people. The type of agitation and anxiety that mom is experiencing has been caused by the staff's indifference to her needs and their disrespect and lack of patience.

I have never put any of these things in writing prior to this eviction notice because I always felt it is better to resolve things one-on-one through meetings. I have come to you many times asking for meetings about these issues and if not a meeting that on the phone to report conditions that were undesirable. Some of them have resolved but it was always hit and miss and the next offense around the corner, no permanent lasting solutions. Again, the only way to resolve these issues permanently is through adequate staff selection and training, hopefully, with qualified mental health personnel.

What you have caused, through the unexpected eviction notice is a great deal of pain and sorrow for my mother and possibly this will have serious permanent repercussions in relation to her physical condition. The same applies to my physical condition. My mom is less able to cope with that because of her age and serious medical conditions. This eviction notice was totally unexpected because the situation had been addressed and we thought that everything had calmed down. The shock effect of that notice given to my poor Mom without a warning has taken a real toll on both of us and I only hope that the effects will not be permanent.

My mother thinks of Chugiak AL as her home. She loves the environment but the difficulties she has had to deal with due to a lack of caring staff has made her more anxious and depressed. She has health issues that have been ignored. Staff needs to be aware of all of her health issues and treat her with respect and dignity, as all residents should be treated.

Rather than evict my mom, we would hope that she could remain in her home at Chugiak AL and receive the care that she deserves.

Respectfully,

Carol L. Winters for
Helen H. Winters

EXHIBIT A
Page 13 of 13