Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
Phone:  907-279-3581
Fax:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>Plaintiff,<br><br>v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| | Case No. 3:06-cv-00083-TMB |

**(PROPOSED) ORDER GRANTING DEFENDANT CHUGIAK SENIOR CITIZENS, INC.'S MOTION *IN LIMINE* NO. 9 RE: (1) CAROL WINTERS' MEDICAL ISSUES AND (2) CAROL WINTERS' "EXPERT" OPINIONS**

Chugiak Senior Citizens, Inc.'s ("CSC"), motion *in limine* to exclude evidence of Carol Winters' medical issues and Carol Winters'  purported expert opinions is **GRANTED**.  Carol Winters may only provide lay testimony in this case.  Carol Winters may not provide any expert testimony regarding Helen Winter's medical condition or whether CSC met the standard of care for assisted living facilities.

(Proposed) Order Granting Defendant Chugiak Senior
Citizens, Inc.'s Motion *in Limine* No. 9 Re:  (1) Carol
Winters' Medical Issues and (2) Carol Winters' "Expert" Opinions
Winters v. Chugiak Senior Citizens/Case No. 3:06-cv-0083 (TMB)                    Page 1 of 2

Carol Winters (nor any other witness) may not testify regarding any medical conditions Carol Winters has.  The plaintiff, Carol Winters, and the plaintiff's counsel may not submit any evidence or argument regarding these matters.

**IT IS SO ORDERED**.

DATED at Anchorage, Alaska, this _____ of _____, 200___.

_____
Timothy M. Burgess , U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day
of December, 2006, a copy of this
document was served electronically on:

Barbara Brink/Nikole Nelson
Jim Davis, Jr./Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

s/Donna M. Meyers and Clay A. Young
(125676)

(Proposed) Order Granting Defendant Chugiak Senior
Citizens, Inc.'s Motion *in Limine* No. 9 Re:  (1) Carol
Winters' Medical Issues and (2) Carol Winters' "Expert" Opinions
Winters v. Chugiak Senior Citizens/Case No. 3:06-cv-0083 (TMB)                Page 2 of 2