Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
Phone:  907-279-3581
Fax:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CHUGIAK SENIOR CITIZENS, INC., | ) ) |
| Defendant. | ) ) |
| _____ | ) Case No. 3:06-cv-00083-TMB |

**(PROPOSED) ORDER GRANTING DEFENDANT CHUGIAK SENIOR CITIZENS, INC.'S MOTION *IN LIMINE* NO. 12 RE:  ALLEGED DISCRIMINATORY OR RETALIATORY PRACTICES AGAINST OTHER CSC RESIDENTS**

Defendant, Chugiak Senior Citizens, Inc.'s ("CSC") motion *in limine* to preclude plaintiff, plaintiff's counsel and any witness from presenting any evidence or argument regarding alleged discriminatory, retaliatory or unlawful acts CSC allegedly committed against other CSC residents is **GRANTED**.

**IT IS SO ORDERED**.

(Proposed) Order Granting Defendant Chugiak
Senior Citizens, Inc.'s Motion *in Limine* No. 12 Re:
Alleged Discriminatory or Retaliatory Practices Against
Other CSC Residents
Winters v. Chugiak Senior Citizens/Case No. 3:06-cv-0083 (TMB)          Page 1 of 2

DATED at Anchorage, Alaska, this _____ of _____, 200___.


_____
Timothy M. Burgess, U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day
of December, 2006, a copy of this document
was served electronically on:

Barbara Brink/Nikole Nelson
Jim Davis, Jr./Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

s/Donna M. Meyers and Clay A. Young
(125550)

(Proposed) Order Granting Defendant Chugiak
Senior Citizens, Inc.'s Motion *in Limine* No. 12 Re:
Alleged Discriminatory or Retaliatory Practices Against
Other CSC Residents
Winters v. Chugiak Senior Citizens/Case No. 3:06-cv-0083 (TMB)                Page 2 of 2