IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

HELEN WINTERS, through her Power of )
Attorney Carol Winters,             )
                                    )
                  Plaintiff,        )
                                    )
v.                                  )
                                    )
CHUGIAK SENIOR CITIZENS, INC.,      )
                                    )
                  Defendant.        )
_____)

Case No. 3:06-cv-00083-TMB

VIDEOTAPED DEPOSITION OF MICHAEL E. JONES

November 28, 2006

APPEARANCES:

    FOR THE PLAINTIFF:        MS. SONJA D. KERR
                              Disability Law Center
                              Attorney at Law
                              3330 Arctic Blvd., Suite 103
                              Anchorage, Alaska  99503
                              (907) 565-1002

    FOR THE DEFENDANT:        MS. DONNA M. MEYERS
                              Delaney Wiles
                              Attorneys at Law
                              1007 West 3rd Avenue, Suite 400
                              Anchorage, Alaska  99501
                              (907) 279-3581

    ALSO PRESENT:            MS. C. WINTERS

COPY

EXHIBIT _____A_____

Page _____ of _____

MICHAEL JONES, M.D.                11/28/2006              WINTERS v. CHUGIAK SR. CITZ.
Vol. 1                                                    3:-06-CV-00083-TMB

Page 8

1    A    Currently there are five, including me.

2    Q    Okay.  Where are you licensed to practice medicine?

3    A    Alaska.

4    Q    Have you been licensed in any other states?

5    A    Texas and Louisiana.

6    Q    And have you just allowed those licenses to lapse?

7    A    I have.

8    Q    When were you first licensed in the state of Alaska?

9    A    1980.

10   Q    Okay, thank you.  Could you just tell me when -- from your

11        recollection -- and if you need to review your chart,

12        please feel free to do so.  But when did you first become

13        Ms. Helen Winters' physician?

14   A    I've reviewed the chart in some detail.  I can't

15        necessarily remember all the details.  But I first saw her

16        in November 2002.

17   Q    Okay.  And do you recall what her primary medical

18        complaints or conditions were at that time?

19   A    Well, the very first visit was related to treatment of

20        hypertension.  And a certain medication had been

21        prescribed not long before that visit by another

22        physician.  And Ms. Winters felt she was having some

23        adverse effects from the medication.

24   Q    Okay.  And what medication was that that she thought she

25        was having adverse effects from?

EXHIBIT  A
Page ____ of ____

MICHAEL JONES, M.D.                    11/28/2006                    WINTERS v. CHUGIAK SR. CITZ.
Vol. 1                                                              3:-06-CV-00083-TMB

1   A   It was Cozaar.

2   Q   **And did you switch her medication to something else?**

3   A   I did not.  I didn't believe that the side effects were

4       related to the Cozaar.  And I talked that over in detail

5       with Ms. Winters and her daughter.  And so she continued

6       taking the Cozaar to the best of my recollection.

7   Q   **Did you have to change or alter the dosage at all?**

8   A   I don't recall changing the dose at that time.  But I

9       believe I later adjusted the dose, probably upward.

10  Q   **Okay.  Do you recall what side effects she complained of**

11      **at that time?**

12  A   I believe she was complaining of fatigue.  I need to look

13      at her records.  Yeah, she was complaining of fatigue.  I

14      thought it probably was not related to the medication.  I

15      thought it might be related to sleep problems that she was

16      having.  Because she was having to get up at night to

17      urinate quite frequently and so was probably losing some

18      sleep.  So I had her continue the medication at that time.

19  Q   **Okay.  Did you -- at that time in November of ninety**

20      **-- or 2002, did you have an understanding as to how**

21      **long Ms. Helen Winters had been suffering from**

22      **hypertension?**

23  A   If I did, I didn't clearly indicate it.  I don't think at

24      that time that she was taking any other medications for

25      hypertension or had not taken them.  And the Cozaar had

EXHIBIT _____ A

Page _____ of _____

Page 10

```
 1        been started in early November 2002 about six days before

 2        I first saw her.  So it -- if she had had hypertension

 3        before, it had not been treated.....

 4   Q    Okay.

 5   A    .....or clearly diagnosed.

 6   Q    And who -- and what was your understanding as to the --

 7        who had prescribed the Cozaar; I believe it was six days

 8        before she saw you?

 9   A    It was prescribed by another physician at our clinic.

10   Q    Okay.  And who was that physician?

11   A    Dr. Nell Loftin.

12   Q    Is Dr. Loftin still with your clinic?

13   A    She is.

14   Q    She is.  Did you continue to see or treat Ms. Winters

15        for hypertension?

16   A    Yes.

17   Q    Okay.  And over -- are you still treating her for hyper --

18        hypertension?

19   A    I am.

20   Q    Yes, okay.  Can you -- well, how -- how was her

21        hypertension being treated specifically, other than

22        through the -- the prescribed Cozaar?

23   A    That was the only treatment that was in effect at that

24        time.

25   Q    Okay.
```

EXHIBIT ____A____
Page ____ of ____

MICHAEL JONES, M.D.                    11/28/2006                WINTERS v. CHUGIAK SR. CITZ.
Vol. 1                                                           3:-06-CV-00083-TMB

Page 11

```
 1    A    Excuse me, can I have a tissue or two?

 2    Q    Sure.

 3    A    Thank you.

 4    Q    You're welcome.  And over the course that you saw her for

 5         the hypertension how -- how effective in your view was the

 6         Cozaar as far as maintaining her blood pressure at a level

 7         that was acceptable?

 8    A    Well, it wasn't -- at the dose that was originally

 9         prescribed it wasn't -- it did not completely treat

10         her hypertension.  Eventually I had to increase the

11         dose and even add an additional medication.

12    Q    And what.....

13    A    Over a period of a couple of -- two or three years.

14    Q    All right.  And what did you add?

15    A    Atenolol, which is a Beta blocker.

16    Q    And do you recall when you added the Atenolol?

17    A    That was in January of this year.

18    Q    Up until November of '02 and January of this year how

19         would you describe the -- I -- I guess her hypertension,

20         was it -- was it -- was it steady or was it up and down or

21         can you even describe how she was doing with that?

22         MS. KERR:  Objection.  Relevance, as to time frame past

23    January of 2006.

24    Q    You can answer.....

25    A    Okay.
```

EXHIBIT ___A___

Page _____ of _____

Computer Matrix, LLC                Phone - 907-243-0668              jpk@gci.net
310 K Street, Suite 200             Fax    907-243-1473              sahile@gci.net

MICHAEL JONES, M.D.                 11/28/2006           WINTERS v. CHUGIAK SR. CITZ.
Vol. 1                                                        3:-06-CV-00083-TMB

Page 12

1    Q      .....if -- if you're able to answer.

2    A      Sure.  Her blood pressure was variable.  There were times

3           when it was quite high and other times when it was nearly

4           normal.  And at some point -- at some points during that

5           time there were reports that her blood pressure was

6           sometimes quite high, at least based on information from

7           staff at the Chugiak Senior Center.

8    Q      **Do you know if -- in November of 2002 when you first saw**

9           **Ms. Helen Winters do you know what her living sit -- where**

10          **she was living at that time?**

11   A      I don't record here that I inquired about where she was

12          living.  Although Dr. Loftin had done a thorough history

13          and physical exam in September of that year and it

14          included some information about her living situation,

15          which at that time included the notation that she lived in

16          handicapped accessible housing and had moved to Anchorage

17          from Maryland to be closer to her daughter.

18   Q      **Were there times that Ms. Winters' blood pressure was what**

19          **you described as quite high and she was not living at**

20          **Chugiak Senior Center?**

21   A      I don't really know based on what I have here in the

22          chart how long she was at -- at Chugiak Senior Center

23          and when she started living there.  There's probably

24          some information in the chart somewhere that

25          indicates that but not in.....

EXHIBIT ___A___

Page ____ of ____

MICHAEL JONES, M.D.                11/28/2006                WINTERS v. CHUGIAK SR. CITZ.
Vol. 1                                                        3::06-CV-00083-TMB

Page 22

1   Q   Did you make any recommendations to her regarding her diet

2       for purposes of her hypertension?

3   A   I don't see it clearly spelled out.  But generally when I

4       talk with hypertensive patients I encourage them to avoid

5       salt if possible.

6   Q   Okay.  Do you have an independent recollection of talking

7       to her about that?

8   A   No, I don't.

9   Q   Do you have any recollection of speaking to her

10      daughter about that?

11  A   No.

12  Q   Have -- do you have a sense of how Chugiak monitors

13      her blood pressure?  Chugiak -- and when I say

14      Chugiak I mean the assisted living facility where she

15      resides now.

16      MS. KERR:  Objection.  Vague.  Foundation.  Form of the

17  question and relevance.

18  A   I -- I don't really know how they monitor blood

19      pressures.  There have been a couple of occasions

20      when I've asked them to record blood pressures for a

21      period of time for me and then fax over the

22      information to me so that I can consider making

23      medication adjustments without Mrs. Winters having to

24      come to see me.

25  Q   Okay.  And has the staff at CSC or -- or Chugiak, complied

EXHIBIT _____ A

Page _____ of _____

Page 23

1       with your request to keep track of her blood pressure and

2       send that information to you?

3    A  I believe they did.

4       MS. KERR:  Objection.  Foundation.

5    A  Okay.  And if they had not complied with your

6       request, is that something that you would have

7       followed up with?

8    A  Probably so.  I would have asked my assistant to remind

9       them that I had made that request.

10   Q  Other than hypertension was there any other medical

11      condition for which you were treating Ms. Winters,

12      Ms. Helen Winters?

13   A  Well, she had a number of medical problems.  Most of

14      which I didn't really have a part in.  Although I

15      tended to follow them to make sure that there were no

16      problems that arose from them.  Some of the other

17      problems included.....

18   Q  And maybe I can just interrupt you to try to make this a

19      little bit clearer.....

20   A  Sure.

21   Q  .....in November of 2002 when you first started seeing Ms.

22      Winters if you could just tell me what medical problems

23      she had at that time.

24   A  The ones I saw her for for that short visit included

25      hypertension, fatigue and severe degenerative arth --

EXHIBIT A

Page _____ of _____

Page 24

1       degenerative arthritis involving her knees.

2   Q   Okay.  And those were the conditions for which you were

3       seeing her at that time?

4   A   Yes.

5   Q   Did she have other conditions, medical conditions, at

6       that time?

7   A   She did.  And those are things that I was able to

8       address later on.  But -- but the visit I saw her for

9       on that date was really mostly geared toward

10      hypertension.....

11  Q   Okay.

12  A   .....and its treatment.

13  Q   And when did you next see her for any other condition

14      other than the hypertension?

15  A   It was about three months later on February 12th, 2003.

16  Q   Okay.  And what did you see her for that -- on that visit?

17  A   Again for hypertension but also for osteoarthritis and I

18      mentioned that -- and this was something simply found on

19      exam, not that she was complaining about, a heart murmur.

20      She was also -- discussed having problems with having to

21      get up at night to go to the bathroom.

22  Q   All right.  Did you ever assess or treat Ms. Helen Winters

23      for generalized anxiety disorder?

24      MS. KERR:  Objection.  Foundation.

25  A   Yes.

EXHIBIT _____A_____
Page _____ of _____

MICHAEL JONES, M.D.                11/28/2006              WINTERS v. CHUGIAK SR. CITZ.
Vol. 1                                                    3:-06-CV-00083-TMB

Page 25

1    Q    Okay.  And when did -- did -- first of all, did you

2         actually diagnose her with generalized anxiety

3         disorder?

4    A    I really can't tell you.  I -- I don't think that she

5         had seen a psychiatrist or psychologist who made that

6         diagnosis.  In reviewing my notes that diagnosis

7         suddenly appeared sometime around -- I'd have to look

8         a little bit more here.  It appears in my notes first

9         I think on September 7th, 2005.  I had made notations

10        previously that -- that she had some chronic anxiety.

11        But the first time I used that term was on that date.

12   Q    Okay.  And you said you have previously noticed that --

13        noted that she had chronic anxiety.  Is the -- is that

14        different from generalized anxiety?  I mean generalized

15        anxiety; I guess GAD.

16   A    Well, understand I'm not a psychiatrist.  Generalized

17        anxiety disorder, the name would suggest that anxiety is

18        more likely to occur in many sorts of situations rather

19        than in a clearly identifiable few situations.

20   Q    Okay.  And what did you mean by the -- the use of the term

21        chronic anxiety?

22   A    That it wasn't a recent onset.

23   Q    Okay.  And when did you first start noting chronic anxiety

24        for her?

25   A    I first mentioned that she seemed anxious in

EXHIBIT ___ A___

Page _____ of _____

Computer Matrix, LLC              Phone - 907-243-0668              jpk@gci.net
310 K Street, Suite 200           Fax   907-243-1473              sahile@gci.net

MICHAEL JONES, M.D.                11/28/2006          WINTERS v. CHUGIAK SR. CITZ.
Vol. 1                                                        3:-06-CV-00083-TMB

Page 63

1        deterioration?

2        MS. KERR:  Objection.  Foundation.  Relevance as to time

3    frame past two thou -- January 2006, January 6th, 2006.

4    A    Well, I think her -- her hypertension is a bit better

5         controlled.  I'm not sure we've -- whether anything else

6         has really changed much in terms of improvement,

7         especially her arthritis.  But that's not something I

8         would have had -- would have expected to be able to

9         intervene in except to decrease her pain.

10   Q    Okay.  Has it -- has it become worse, her arthritis?

11   A    I haven't done recurring X-rays to determine whether the

12        changes are worse.  They were pretty severe in the first

13        place.  So I haven't -- I haven't checked X-rays to see

14        objectively whether there's any worsening.

15   Q    Okay.  What about her ability to ambulate; has that

16        improved or decreased?

17   A    I'm sure it hasn't improved.  I don't have any basis for

18        saying that except that I see her only in a wheelchair.

19        And I can't imagine that she would have gotten any better

20        in terms of her ability to walk.

21   Q    Okay.  Have you ever visited Chugiak Senior Citizens

22        Assisted Living.....

23   A    No.

24   Q    .....program?  Okay.  Do you -- do you have or have you

25        ever had any patients who were, other than Ms. Winters,

EXHIBIT  A
Page ____ of ____

MICHAEL JONES, M.D.                11/28/2006          WINTERS v. CHUGIAK SR. CITZ.
Vol. 1                                                 3:-06-CV-00083-TMB

Page 64

```
1        residents at Chugiak?

2   A    I'm not sure.  There may be one other patient but I can't

3        vouch for the fact that they lived there.  I'm not sure.

4   Q    Okay.  And since you've been -- you've never been to

5        Chugiak, I take it you've never observed Helen

6        Winters or the staff interact?

7   A    No, I haven't.

8   Q    Dr. Jones, I'd like you to take a look at a letter that's

9        -- that we're going to mark as Exhibit F.

10                          (Deposition Exhibit F marked)

11  Q    And it's dated at the top July 5th -- I'm sorry, July

12       18th.  Here, I'll give you the copy that's marked.  Okay.

13       Do you recognize this document?

14  A    It looks like something I wrote.

15  Q    I apologize for the copy but that's the best that we have.

16  A    No, it -- I do recognize it.

17  Q    Okay.  And can you tell me generally what this is?

18  A    It's a letter to the staff at her assisted living facility

19       encouraging them to -- well, explaining why her behavior

20       might at times be difficult.

21  Q    Okay.  And why did you write this letter?

22  A    I think it was at her daughter's request.  I can't

23       think of a reason I would have otherwise written a

24       letter like this.

25  Q    Okay.
```

EXHIBIT __A__

Page _____ of _____

Page 69

1           communicate from an entirely different standpoint.

2      Q    All right.  So you had experienced difficulty

3           communicating with her?

4      A    Sure.

5      Q    Because of the anxiety and the hard of hearing?

6      A    Yes.

7      Q    Okay.  All right.  Did you have any personal knowledge of

8           whether the staff at CSC was speaking to her in a loud

9           voice?

10     A    I don't know.

11     Q    Okay.  The next sentence in that same letter, which

12          is Exhibit G, states in the past she has tried a

13          medication for treatment of her GAD but could not

14          tolerate its side effects.  Did I read that

15          correctly?

16     A    Yes.

17     Q    Okay.  And what are you -- by medication, are you

18          referring to the Buspar?

19     A    I believe I was then.

20     Q    Okay.  The next sentence says I am willing to have

21          her try another medication for this if she wishes to

22          do so.  Do you see that?

23     A    Uh-huh.  (Affirmative)

24     Q    Okay.  What did you mean by that statement?

25     A    That if she was willing to try a different medication, I'd

EXHIBIT ____A____
Page _____ of _____

MICHAEL JONES, M.D.                 11/28/2006          WINTERS v. CHUGIAK SR. CITZ.
Vol. 1                                                  3:-06-CV-00083-TMB

Page 71

1          adjustment period for patients?

2     A    Well, I wouldn't expect it to have an affect immediately.

3          And there's a variety of doses that can be administered

4          and how much is required for any one patient can't be

5          determined without some period of assessment and trying

6          different doses if necessary.

7     Q    And as you sit here today do you recall what sort of side

8          effects Ms. Helen Winters was complaining about from the

9          Buspar?

10    A    No.

11         MS. KERR:  Objection.  Asked and answered.

12    A    No, I don't.

13    Q    Okay.  In the next paragraph it states here I have been

14         told that Chugiak Assisted Living Facility staff have been

15         considering evicting Ms. Winters from the facility.  And

16         where did you obtain that information?

17    A    That they were considering doing that?

18    Q    Yes.

19    A    Let's see, possibly from more than one source.  Well,

20         it would have been from her daughter.

21    Q    Okay.  And how did you -- how have you determined that,

22         that it would have been from the daughter?

23    A    There was no one else communicating with me about -- about

24         that issue.

25    Q    Okay.  Did you ever attempt to call the staff or

EXHIBIT _____A_____

Page _____ of _____

MICHAEL JONES, M.D.                    11/28/2006                    WINTERS v. CHUGIAK SR. CITZ.
Vol. 1                                                              3:-06-CV-00083-TMB

Page 72

1          administration at Chugiak Assisted Living Facility to find

2          out -- to inquire about the subject matter of this letter?

3    A     No.

4    Q     Did you ever direct anyone on your staff to do that,

5          contact the facility?

6    A     No.

7    Q     In the same letter it states I hope this can be

8          avoided since I think this would be detrimental to

9          her physical and mental health.  Could you explain

10         why you thought the move would be detrimental and in

11         what way?

12   A     Well, one thing would be that her -- as I discussed a

13         little bit before with reference to the other letter

14         that we were mistakenly talking about, I think it

15         would just make her more anxious and there was some

16         indication from staff at the assisted living facility

17         that increased anxiety tended to increase her blood

18         pressures.  That was back in 2005 I think.  She had a

19         blood pressure recorded -- you know, a systolic blood

20         pressure, the top number, of about 200 while she was

21         there.  And she later went to the emergency room and

22         it was a bit lower.  I don't remember when the visit

23         to the emergency room was.  So anxiety can increase

24         blood pressure and it wasn't all that well controlled

25         in the first place.  So I didn't think it would be a

EXHIBIT___A_____

Page _____ of _____

MICHAEL JONES, M.D.                    11/28/2006              WINTERS v. CHUGIAK SR. CITZ.
Vol. 1                                                                3:-06-CV-00083-TMB

Page 73

1          good idea to move her then.

2      Q    Did you provide this letter to anyone?

3      A    Since it's.....

4      Q    I mean -- I'm sorry, and I mean at the time, you know,

5           that you wrote it in July.....

6      A    Yeah.

7      Q    .....of 2005.

8      A    I -- I think that it may have been faxed to Ms. Winters'

9           daughter.  Because there's no address on this one.  I

10          think that's what I would have done.  Because if I had

11          sent it by mail to them, I would have given the address up

12          here.

13     Q    Okay.  Did you ever discuss with Helen Winters directly

14          the -- the issue of the facility terminating her

15          residency?

16     MS. KERR:  Objection.  Foundation.

17     A    I don't remember that.  I don't remember that being

18          an issue that we -- that she and I discussed

19          directly.  Although it's something I discussed with

20          her daughter.

21     Q    Okay.  Did you ever discuss with Ms. Wint -- Ms. Helen

22          Winters whether she was happy at Chugiak Assisted Living

23          Facility?

24     A    Well, not directly.  I -- I wouldn't have asked her

25          whether she was happy there.  It was clear that she had

EXHIBIT ___A___

Page _____ of _____

MICHAEL JONES, M.D.                 11/28/2006            WINTERS v. CHUGIAK SR. CITZ.
Vol. 1                                                          3:-06-CV-00083-TMB

Page 78

1       Pioneer Home or Mary Conrad Center.  I don't think she

2       needs skilled nursing at -- at the moment but she clearly

3       does need help, physical help.

4   Q   **And you said that you think her needs could be met at**

5       **Chugiak and do you know what sort of services Chugiak**

6       **provides to residents?**

7   A   Well, it -- it provides some mobility for one thing, which

8       is something she needs.  I don't know whether they have

9       physical therapy available there.  A comfortable living

10      situation, meals, medication.

11  Q   **Does she need physical therapy?**

12  A   She could benefit for -- from some physical therapy.

13      I don't know that it's going to help her arthritis or

14      arthritis pain a great deal.  But it might help some.

15  Q   **Okay.  So is it fair to say that you don't think she needs**

16      **around the clock skilled nursing care?**

17  A   Well, she needs -- she needs assistance that is not --

18      that -- that a nurse wouldn't have to provide during

19      nighttime hours at -- at the moment.  During the night,

20      for example, she just needs to have assistance with --

21      with transfers as far as I can see.

22  Q   **Okay.  Have you ever -- or have you ever been asked**

23      **to prescribe a Hoyer lift for Ms. Winters, for Helen**

24      **Winters?**

25  A   I don't remember.  I may have been.  If I have been,

EXHIBIT ___A___

Page ____ of ____

Computer Matrix, LLC              Phone - 907-243-0668              jpk@gci.net
310 K Street, Suite 200           Fax   907-243-1473              sahile@gci.net

MICHAEL JONES, M.D.                 11/28/2006              WINTERS v. CHUGIAK SR. CITZ.
Vol. 1                                                         3:-06-CV-00083-TMB

Page 79

1              it may have been recent but I can't remember.

2     Q     Okay.  Do you know what the staffing ratio is at Chugiak?

3     A     I don't.

4     Q     Okay.  You ment -- you mentioned that you don't think

5           that a smaller assisted living facility would be

6           appropriate and -- because you think that there's

7           less staff available.

8     A     If -- if -- if there were inadequate staff to be able to

9           help her with -- with transfers and movement, then she

10          might be at risk for things like falls.

11    Q     Are you basically -- or are you Helen Winters'

12          primary care physician?

13    A     I am.

14    Q     Okay.  I'd like to go to the -- the second letter,

15          the one that's dated January 11, 2006, and which has

16          been marked as Exhibit F.  And I believe you've

17          already testified that you wrote this letter at the

18          request of Carol Winters; is that correct?

19    A     Yes.

20    Q     Okay.

21    A     It states that in the letter.

22    Q     All right.  In the letter the second sentence states Ms.

23          Winters has a number of medical problems, including

24          chronic anxiety disorder; do you see that?

25    A     Yes.

EXHIBIT ___A___
Page ____ of _____

Computer Matrix, LLC              Phone - 907-243-0668              jpk@gci.net
310 K Street, Suite 200          Fax   907-243-1473              sahile@gci.net

Page 81

1      intentional.  And in terms of her interaction with the

2      Chugiak staff do you have any -- what's your basis for

3      saying that it's not intent -- her conduct is not

4      intentional?

5    A   Well, that was my belief.

6    Q   Okay.  The next -- next sentence says I hope that she will

7      be able to continue living at your facility.  I think that

8      relocating her to another residence could result in

9      emotional distress and consequent physical harm to her.

10     Did I read that correctly?

11   A   Yes.

12   Q   What is the physical harm that you're referring to?

13   A   I'm talking about what we talked about earlier here

14     regarding the effects of anxiety.

15   Q   Okay.  And that it might have on her hypertension?

16   A   Uh-huh.  (Affirmative)

17   Q   Okay.  Did you -- did you ever get the sense that

18     staying at Chugiak and given her many complaints that

19     she might have about the staff's treatment that

20     staying at Chugiak might cause her distress or -- or

21     problems?

22   A   No.  I think that I figured that if that were the

23     case, that Ms. Winters and her daughter would look

24     for some other place for her to reside.

25   Q   Okay.  Do you -- have you heard the term transfer trauma?

EXHIBIT A

Page ___ of ___

MICHAEL JONES, M.D.                11/28/2006          WINTERS v. CHUGIAK SR. CITZ.
Vol. 1                                                      3:-06-CV-00083-TMB

                                                                    Page 82

1    A    I can't say I've heard of that.

2    Q    Okay.  Have you ever met with Helen Winters' attorneys

3         about this case?

4    A    No.

5    Q    Okay.  When were -- have you been asked to testify at

6         trial?

7    A    Have I?

8    Q    Yes.

9    A    In this matter?

10   Q    By -- yes, in this matter to.....

11   A    No.

12   Q    .....testify at trial?  Okay.  And we could probably tell

13        this from your records but do you recall when you were

14        first -- when Ms. Helen Winters' attorneys first requested

15        your medical records on Helen Winters?

16   A    There's a request here.  I think this might be the

17        earliest.  I know that July 5th, 2006, there was a request

18        for records.

19   Q    Okay.  And you think that that's the earliest one?

20   A    I think so.  I would have to look through and see if

21        there's anything prior.

22   Q    If there was a prior request, would it be in your

23        chart or kept somewhere else?

24   A    It should be.  It should be in the chart.  I -- I

25        wouldn't file it anywhere else.

EXHIBIT _____ A

Page _____ of _____

MICHAEL JONES, M.D.                11/28/2006              WINTERS v. CHUGIAK SR. CITZ.
Vol. 1                                                     3:-06-CV-00083-TMB

Page 80

1    Q    All right.  Your reference to a number of medical

2         problems when you wrote this letter in January 2006,

3         are the medical problems that you're referring to any

4         different than the medical problems that she had,

5         say, in July of 2005 when you wrote the first letter?

6    A    No, there weren't really any new ones of significance that

7         I know of.

8    Q    Okay.  And in the last half of that sentence you use the

9         term chronic anxiety disorder.  Is that terminology any

10        different as the way you were using it than the

11        terminology used in the July 25th -- I'm sorry, July 2005

12        letter, generalized anxiety disorder?

13   A    I would be using them equivalently.

14   Q    In the third sentence it says I -- I understand that

15        her behavior may be difficult -- may at times be

16        difficult but I believe that it is related to her

17        anxiety disorder and is not intentional.  What did

18        you mean when you said I understand that her behavior

19        may be at -- may at times be difficult?

20   A    Well, the things we've been discussing in terms of

21        her -- her episodes of anxiety where it -- during

22        which she tends to talk rapidly about various issues

23        and not to listen.

24   Q    Okay.  And, again, you stated that it -- you think -- you

25        think it's related to her anxiety disorder and is not

EXHIBIT   A
Page ___ of ___

MICHAEL JONES, M.D.                11/28/2006              WINTERS v. CHUGIAK SR. CITZ.
Vol. 1                                                    3:-06-CV-00083-TMB

Page 81

```
 1        intentional.  And in terms of her interaction with the
 2        Chugiak staff do you have any -- what's your basis for
 3        saying that it's not intent -- her conduct is not
 4        intentional?
 5    A   Well, that was my belief.
 6    Q   Okay.  The next -- next sentence says I hope that she will
 7        be able to continue living at your facility.  I think that
 8        relocating her to another residence could result in
 9        emotional distress and consequent physical harm to her.
10        Did I read that correctly?
11    A   Yes.
12    Q   What is the physical harm that you're referring to?
13    A   I'm talking about what we talked about earlier here
14        regarding the effects of anxiety.
15    Q   Okay.  And that it might have on her hypertension?
16    A   Uh-huh.  (Affirmative)
17    Q   Okay.  Did you -- did you ever get the sense that
18        staying at Chugiak and given her many complaints that
19        she might have about the staff's treatment that
20        staying at Chugiak might cause her distress or -- or
21        problems?
22    A   No.  I think that I figured that if that were the
23        case, that Ms. Winters and her daughter would look
24        for some other place for her to reside.
25    Q   Okay.  Do you -- have you heard the term transfer trauma?
```

EXHIBIT ___A___
Page _____ of _____

# ANCHORAGE MEDICAL & SURGICAL CLINIC, LLC

718 K Street, Anchorage, AK 99501 (907)272-2671 FAX 272-6761

July 18, 2005

Re: Helen Winters (dob 10-15-15)

To Whom It May Concern:

I have been Ms. Winters's primary care physician for the past several years. She has generalized anxiety disorder (GAD) and is very hard-of-hearing. Both of these impairments make it difficult to communicate effectively with her. In the past, she has tried a medication for treatment of her GAD but could not tolerate its side effects. I am willing to have her try another medication for this if she wishes to do so. Her daughter has ordered new hearing aids for Ms. Winters, and this might help to improve communication.

I have been told that Chugiak Assisted Living Facility staff have been considering evicting Ms. Winters from the facility. I hope this can be avoided, since I think this would be detrimental to her physical and mental health. If I can be of help in any way, please let me know.

Sincerely,

Michael Jones, MD

William Purglo, M.D.          Neil E. Lurtin, M.D.        Douglas G. Smith, M.D.    Michael S. Jones, M.D.    Loretta L. Leo, M.D.
Internal Medicine              Internal Medicine           Orthopedic Consultation     Internal Medicine         Internal Medicine

Sanjiv S. Dhraro, M.D.                K. C. Krishnan, M.D.        Ilina I. Cilmberg, M.D.    Mary M. Brynor
Internal Medicine & Endocrinology     Internal Medicine & Endocrinology   Internal Medicine          Administrator

EXHIBIT: B
Page 1 of 2

# ANCHORAGE MEDICAL & SURGICAL CLINIC, LLC

748 K Street, Anchorage, AK 99501 (907)272-2571 FAX 272-6751

January 11, 2006

Director
Chugiak Senior Center Assisted Living Facility
22424 N. Birchwood Loop
Chugiak, Alaska 99567

Re: Helen Winters (dob 10-15-15)

Dear Madam or Sir:

I am Ms. Winters' primary care physician, and her daughter has asked me to write to you
regarding her impending eviction from Chugiak Senior Center Assisted Living Facility.
Ms. Winters has a number of medical problems, including chronic anxiety disorder. I
understand that her behavior may at times be difficult, but I believe that it is related to her
anxiety disorder and is not intentional. I hope that she will be able to continue living at
your facility. I think that relocating her to another residence could result in emotional
distress and consequent physical harm to her.

Please call me at 272-2571 if you have any questions about this.

Sincerely,

*Michael Jones*

Michael Jones, MD

EXHIBIT ___B___
Page ___2___ of ___2___

William Ragle, M.D.
Internal Medicine

Neil E. Loftin, M.D.
Internal Medicine

Douglas G. Smith, M.D.
Orthopedic Consultation

Michael F. Jones, M.D.
Internal Medicine

Loretta L. Lee, M.D.
Internal Medicine

Sanjli S. Bindra, M.D.
Internal Medicine & Endocrinology

K. C. Kaltenborn, M.D.
Internal Medicine & Endocrinology

Irina I. Grimberg, M.D.
Internal Medicine

Mary M. Bryner
Administrator