# Condensed and Word Indexing Transcripts

## of

## **Linda Hendrickson**

## **11-15-2006**

**Date:** December 13, 2006

Printed On: 12-11-06

Accu-Type Depositions
Phone: (907) 276-0544
Fax: (907) 278-1517
Email: smorrison@accutypedepositions.com
Internet: www.accutypedepositions.com

EXHIBIT          B
Page   1   of   4

Linda Hendrickson                                              11-15-06

Page 4

P R O C E E D I N G S

MADAM COURT REPORTER: Good afternoon.  My name is Martha

Enslow, Notary Public and Certified Court Reporter and I have

been retained by Accu-Type Depositions to record the

deposition of LINDA HENDRICKSON in the case of Helen Winters,

through her Power of Attorney, Carol Winters, Plaintiffs,

versus Chugiak Senior Citizens, Inc., Defendant, Case #3:06

cv-00083-TMB.

This deposition is being taken at the offices of Alaska

Legal Services, 1016 West 6th Avenue, Suite 200, in Anchorage,

Alaska and the hour is approximately 2:30 p.m.

My business address is 16545 Southcliff Circle and

telephone number of 907-276-0544.  Off record.

(Off record 2:35 p.m.)

(On record 2:35 p.m.)

MADAM COURT REPORTER: We are on record.  It is 2:35 p.m.,

and could I have counsel identify themselves and who they

represent beginning with Plaintiff's counsel, please?

MS. KERR: Sonja Kerr, Alaska Legal Services for Helen

Winters by her Power of Attorney Carol Winters.  Also here is

Barb Brink from Alaska Legal Services and Carol Winters.

MS. MEYERS: Donna Meyers and I represent Defendant

Chugiak Senior Citizens, Inc., and the deponent here is Linda

Hendrickson, Executive Director of Chugiak Senior Citizens

Inc.

EXHIBIT B
Page 2 of 4

Accu-Type Depositions                              (907) 276-0544

Linda Hendrickson                                                11-15-06

Page 5

1    MADAM COURT REPORTER: Could you please raise your right
2  hand?
3    (Oath administered)
4    MS. HENDRICKSON: Yes, I do.
5        LINDA HENDRICKSON
6  having been duly sworn and called as a witness on behalf of
7  the Plaintiffs testifies as follows on:
8        DIRECT EXAMINATION
9    MADAM COURT REPORTER: Please state your full name,
10  spelling your last.
11  A   Linda Hendrickson, H-e-n-d-r-i-c-k-s-o-n.
12    MADAM COURT REPORTER: And your residence and/or mailing
13  address?
14  A   3950 Wickersham Way and that's in Wasilla.
15    MADAM COURT REPORTER: Your occupation?
16  A   Executive Director of Chugiak Senior Center.
17    MADAM COURT REPORTER: And your telephone number?
18  A   Area code 907-357-8342.
19    MADAM COURT REPORTER: Thank you.  You may begin your
20  direct examination.
21    MS. KERR: Thank you.
22  BY MS. KERR:
23  Q   Ms. Hendrickson, I am Sonja Kerr.  I am going to be
24    asking the questions this afternoon.  I apologize that
25    you have had to wait a little bit.  Have you ever had

Page 6

1    your deposition taken before?
2  A   No.
3  Q   The process today is I will ask you questions and you
4    should answer the questions to the best of your ability.
5    If you do not know the answer, you can say you do not
6    know.  If you do not understand the question, you can say
7    you don't understand or you need clarity, but if you
8    don't ask me for clarity, then I will assume you
9    understand the question.  Is that fair?
10  A   Yes.
11  Q   Do you have any time constraints today as far as how long
12    the deposition goes?
13  A   I'd like to get home sometime, not any pressing ones
14    right at this moment.
15  Q   And also I think you probably know this from observing
16    the other one, but if you need a break or anything, you
17    can let me know.
18  A   Yeah (affirmative), thanks.
19  Q   Now, you are employed as the Executive Director at
20    Chugiak Senior Center?
21  A   That's correct.
22  Q   And if I refer to that as CSC, are we on the same page?
23  A   Yeah (affirmative), that's fine.
24  Q   You began your employment at CSC on October 21, 2002,
25    does that sound correct?

Page 7

1  A   It sounds about right, yeah (affirmative).
2  Q   And at that time you were hired in what capacity?
3  A   Compliance and Planning Director.
4  Q   And you became the Executive Director of CSC in April of
5    2004, is that correct?
6  A   That's correct.
7  Q   And as the Executive Director of CSC you report only to
8    the Board of CSC, is that correct?
9  A   Yes.
10  Q   Please give me a summary of your current job duties as
11    Executive Director.
12  A   I pretty much have direct oversight of the day-to-day
13    operations of CSC, which incorporates a HUD project, 20
14    units, independent living, which I have about 40, right
15    around 40 units of independent housing, assisted living,
16    which is actually licensed for 30, but we have about 20,
17    21, and adult day service and we have a Meals on Wheels
18    program.  I'm involved in all the day-to-day type issues
19    with the Center.  I look for grants.  I write grants.  I
20    could think of a lot of other stuff, so.
21  Q   Do you have a specific -- I'm sorry.
22  A   I.....
23  Q   Do you have a specific job description?
24  A   Yes, I do.  It's a couple of pages long.
25    MS. KERR: Counsel, can you provide that?  I don't think I

Page 8

1  saw that in all of the mass of stuff we have gotten.
2    MS. MEYERS: We can provide you with her job description.
3    MS. KERR: Thank you.
4  BY MS. KERR:
5  Q   Now, prior to assuming the duties as Executive Director
6    in April of 2004.....
7    MS. WINTERS: (Indiscernible - too far from microphone).
8    MS. KERR: Are you just going to move?
9    MS. WINTERS: Well, your voice is hard for me to hear.
10    MS. KERR: I'm sorry.  I will try and speak up.
11    MS. WINTERS: (Indiscernible - too far from microphone)
12  it's just the tone.
13  BY MS. KERR:
14  Q   Ms. Hendrickson, prior to assuming the duties as
15    Executive Director of CSC you had never been an Executive
16    Director of an assisted living home, is that correct?
17  A   That's correct.
18  Q   Do you know what a Certified Nursing Assistant license
19    is?
20  A   Yes.
21  Q   You obtained a Certified Nursing Assistant license from
22    Shoreline Community College in Washington State in 1997?
23  A   I don't believe it was Shoreline Community.  It was -- I
24    actually took my training at Crista.  Crista had a school
25    within the association so that's where I took my

Linda Hendrickson

11-15-06

## Page 105

1  investigation was unfair, someone else wrote that and put
2  it on under your email?
3      MS. MEYERS: Objection; argumentative. If you have a
4  document to show the witness, show it to her.
5  A  Yeah (affirmative), because I don't know.
6  BY MS. KERR:
7  Q  I'm sorry, could you repeat yourself?
8  A  If you have a document, you can show it to me.
9  Q  Did you ever.....
10  A  As far as I know, I didn't do that. I didn't send an
11     email.
12  Q  You never sent an email to anyone indicating that you did
13     not agree with how Bob Dreyer was handling the matter?
14  A  Unless it was Bob Dreyer himself, and if I did, I don't
15     remember.
16  Q  You said you contacted four people including
17     Representative Stoltz and Senator Dyson; who were the
18     other two?
19     MS. MEYERS: Objection; the witness has already answered
20  several times that she doesn't remember.
21  A  (No audible response).
22  BY MS. KERR:
23  Q  Did you contact them by phone or in writing?
24     MS. MEYERS: Objection; witness has already answered that
25  question.

## Page 106

1  A  As far as I know it was [by] phone.
2  BY MS. KERR:
3  Q  Would you look at Exhibit A, Bates stamp 63511?
4  A  (No audible response).
5     MS. MEYERS: Which Exhibit?
6     MS. KERR: Exhibit A, page 26, Bates stamp is 63511.
7  A  This?
8     MS. MEYERS: Exhibit A, like Alpha?
9     MS. KERR: Yeah (affirmative).
10  BY MS. KERR:
11  Q  Exhibit A, page 26, Bates stamp 63511, this is your
12     certificate about spirituality and the elder?
13  A  Yes.
14  Q  You would agree that it is critical to recognize the
15     spiritual needs of the elderly residents at CSC?
16  A  Oh, absolutely.
17  Q  And, in fact, based on your experience at Crista, you
18     would have a strong commitment to that?
19  A  Yes.
20  Q  Did there come a time when you personally learned that
21     there had been a difficulty of some kind for Helen
22     Winters with respect to her ability to take communion?
23  A  Yes.
24     MS. MEYERS: Objection; form of question.
25     MS. KERR: It is already asked.

## Page 107

1  BY MS. KERR:
2  Q  Did you ever speak.....
3     MS. MEYERS: Well, objection still applies.
4  BY MS. KERR:
5  Q  Did you ever speak directly with Helen Winters about the
6     situation?
7  A  Not Helen, no.
8  Q  Would you look at Exhibit C? I'm sorry, not Exhibit C,
9     Exhibit N?
10  A  N?
11  Q  N, as in no. Exhibit N, page 11. Exhibit N, page 11, is
12     the part of the Ombudsman's report regarding depriving
13     Helen Winters from practicing her religious beliefs; do
14     you see that?
15  A  Yes.
16  Q  And it states that the aide involved Tom, the care-giver,
17     acknowledged that he refused to warm up Ms. Winters'
18     food; do you see that?
19  A  Yes.
20  Q  And the Office of Long Term Care Ombudsman recommended a
21     notice of violation concerning the importance of insuring
22     residents they are given proper opportunity to
23     appropriately practice religious practices; do you see
24     that?
25  A  Yes.

## Page 108

1  Q  Now, when you read this report and you saw this part
2     about the spirituality issue, what was your reaction?
3  A  Well, I immediately went and talked to Tom to find out
4     what happened; actually, specifically what happened.
5  Q  And you did that immediately because you were concerned?
6  A  Yes.
7  Q  Because that would be contrary to your.....
8  A  Oh, yeah (affirmative).
9  Q  Your strong commitment?
10  A  Very much so.
11  Q  You took some specific steps to provide your staff with
12     the type of training that you had received in terms of
13     spirituality and the elder. Did you set up some training
14     on that?
15  A  No.
16  Q  Now, you own another facility called Wickersham?
17  A  Yes.
18  Q  Is that right?
19  A  (No audible response).
20  Q  Okay, and do you own it personally.....
21  A  Yes.
22  Q  .....or do you own it with anyone?
23  A  Yes.
24  Q  Just you personally?
25  A  My husband and I.