IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

HELEN WINTERS, through her Power of )
Attorney Carol Winters,             )
                                    )
                Plaintiff,          )
        vs.                         )
                                    )
CHUGIAK SENIOR CITIZENS, INC.,      )
                                    )
                Defendant.          )
_____)

Case No. 3:06-CV-00083-TMB

VOLUME II

VIDEOTAPED DEPOSITION OF CAROL WINTERS

September 22, 2006

APPEARANCES:

    FOR THE PLAINTIFF:        MR. JAMES J. DAVIS, JR.
                              MS. BARBARA BRINK
                              Alaska Legal Services
                              Corporation
                              1016 West Sixth Avenue
                              Suite 200
                              Anchorage, Alaska 99501
                              (907) 272-9431

    FOR THE DEFENDANT:        MS. DONNA M. MEYERS
                              Delaney Wiles Inc.
                              1007 West Third Avenue
                              Suite 400
                              Anchorage, Alaska 99501
                              (907) 279-3581

    ALSO PRESENT:             MARLA NELSON



EXHIBIT  D
Page  1  of  4

CAROL WINTERS                9/22/2006          WINTERS v. CHUGIAK SR. CITZ.
                                                      3:-06-CV-00083-TMB

Page 212

1   Q   Can you answer the question?

2   A   If she wasn't treated in the manner she was treated, yes,

3       I do think it would be less.

4   Q   Do you know if your -- has your mother expressed feelings

5       of loneliness to you recently?

6   A   No, not loneliness.

7   Q   Okay.  Is -- in the next sentence on the same page of

8       Exhibit J it says most individuals with severe chronic

9       pain and disability have ongoing depression and anxiety.

10      Are you saying there that your mother has severe chronic

11      pain and disability?

12  A   Yes.

13  Q   Are you saying that she has ongoing depression and

14      anxiety?

15  A   Yes.  Yes, that's what's stated.

16  Q   Okay.  Now going back to a comment that you made about

17      Linda Hendrickson when we were talking about Linda

18      Hendrickson, have you read in the ombudsman's report

19      statements about there being a possible conflict of

20      interest.....

21  A   Yes.

22  Q   .....for Linda Hendrickson?

23  A   Yes.

24  Q   And do you have an opinion on that?

25  A   Yes.

EXHIBIT D
Page 2 of 4

CAROL WINTERS                 9/22/2006         WINTERS v. CHUGIAK SR. CITZ.
                                                3:-06-CV-00083-TMB

Page 213

 1    Q    Okay.  And is that part of this lawsuit?

 2    A    What do -- I.....

 3    Q    Well, is that an allegation.....

 4    A    Part of the lawsuit?

 5    Q    .....that you're making in this lawsuit, that she has some

 6         conflict of interest that somehow affects your mother?

 7    A    Gosh, I would defer to my attorney on that.  I don't know.

 8              Is that part of the lawsuit?

 9         MR. DAVIS:  That's your answer.

10    Q    I'm asking for your opinion.

11         MR. DAVIS:  And her statement is it calls for a legal

12    conclusion.  The lawsuit's right in front of the witness.  If

13    you want to show the witness, she can see what the allegations

14    are.

15         MS. MEYERS:  I will show her.  I'm just suggesting that --

16    I'm not asking for her attorney's interpretation, I'm just

17    asking.....

18    Q    Do you have any understanding of whether you're making any

19         claim in this lawsuit about Linda Hendrickson having a

20         conflict of interest?

21    A    I honestly don't know if it's part of the lawsuit.  I know

22         that the ombudsman stated that in his report.

23    Q    Okay.  Do you think that there's a conflict of interest?

24    A    Yes.

25    Q    Okay.  What's the basis for that opinion?

EXHIBIT  D
Page  3  of  4

Computer Matrix Court Reporters        PH -  907-243-0668              jpk@gci.net
                                       FAX - 907-243-1473              sahile@gci.net

CAROL WINTERS                    9/22/2006                    WINTERS v. CHUGIAK SR. CITZ.
                                                             3:-06-CV-00083-TMB

Page 214

1    A    Well, there are a couple of aspects you could look at.  It

2         just depends, I guess.  I don't know her operation, okay.

3         I don't -- I'm not that familiar with it intimately but

4         again, I don't really know.  It would depend on how much

5         involvement she has with each facility and I'm not really

6         aware of how much she has.  I don't know.

7    Q    **Okay.  And by operation, you mean the assisted living**

8         **facility that she has.....**

9    A    Yeah, in Wasilla.

10   Q    **.....Wickersham?**

11   A    Right.  Uh-huh.  I don't know.

12   Q    **Okay.  You don't know who manages Wickersham, correct?**

13   A    Well, word -- I think her -- where did I read that?  Was

14        it in the -- I read somewhere that she said she doesn't

15        manage it, she said her daughter does.  I read that

16        somewhere.

17   Q    **Okay.  Have you ever been to Wickersham?**

18   A    No.

19   Q    **Looking at page 5 of Exhibit J in the second paragraph**

20        **-- do you see the paragraph?  There's some bold type**

21        **there.  Could you read the bold type in the second**

22        **paragraph?**

23   A    It says granted mom will get very upset and raise her

24        voice but this is the extent of it and she does this only

25        when provoked.

EXHIBIT  D

Page  4  of  4