Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
Phone:  907-279-3581
Fax:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>                   Plaintiff,<br><br>  v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>                 Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 3:06-cv-00083-TMB |

### (PROPOSED) ORDER GRANTING DEFENDANT CHUGIAK SENIOR CITIZENS, INC.'S MOTION *IN LIMINE* NO. 11 RE: LINDA HENDRICKSON'S ALLEGED CONFLICT OF INTEREST REGARDING CSC AND WICKERSHAM HOUSE

Defendant, Chugiak Senior Citizens, Inc.'s ("CSC") motion *in limine* to exclude any evidence and argument that Linda Hendrickson had a conflict of interest by being the Executive Director of CSC and a co-owner of Wickersham House is **GRANTED**.

(Proposed) Order Granting Defendant Chugiak Senior
Citizens, Inc.'s Motion *in Limine* No. 11 Re:  Linda
Hendrickson's Alleged Conflict of Interest Regarding CSC
And Wickersham House
Winters v. Chugiak Senior Citizens/Case No. 3:06-cv-0083 (TMB)   Page 1 of 2

**IT IS SO ORDERED**.

DATED at Anchorage, Alaska, this \_\_\_\_ of _____, 200\_\_\_\_.

_____
Timothy M. Burgess, U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day
of December, 2006, a copy of this document
was served electronically on:

Barbara Brink/Nikole Nelson
Jim Davis, Jr./Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501


s/Donna M. Meyers and Clay A. Young
(125693)