IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

HELEN WINTERS,
through her power of attorney
Carol Winters,

    Plaintiff,

vs.

CHUGIAK SENIOR CITIZENS, INC.,

    Defendant.

Case No. 3AN-06-6023 CI

CALENDARED

## TEMPORARY RESTRAINING ORDER

Pursuant to Alaska Civil Rule 65(b), plaintiff has moved this Court for the immediate entry of a temporary restraining order requiring defendant to cease and desist from taking any actions to evict plaintiff, including but not limited to filing a District Court FED action.

This Court **FINDS** that the defendant has been notified of this action and the Court has considered any response defendant has made and is otherwise fully advised.

This Court further **FINDS** that the plaintiff will suffer an irreparable injury, namely the violation of her civil rights, and possible violations of the Alaska Assisted Living Homes Act (AS 47.33.005 *et seq.*), the Alaska Human Rights Act (AS 18.80.200 *et seq.*), the Alaska Uniform Landlord and Tenant Act (AS 34.03.010 *et seq.*), the Americans with Disabilities Act (42 U.S.C. §§ 12101 *et seq.*), Section 504 of the Rehabilitation Act of 1973 as amended (29 U.S.C. § 794), and the Fair Housing Act of 1988 (42 U.S.C. §§ 3601 *et seq.*) unless a temporary restraining order is entered. This Court **FINDS** that forcing plaintiff to litigate these issues in a summary district court proceeding, when defendant has yet to answer

EXHIBIT B
Page 1 of 2

plaintiff's Superior Court Complaint alleging such violations and forcing the 90 year old plaintiff to leave her home when disabled and suffering from double pneumonia amounts to an irreparable injury. On the other hand, this Court **FINDS** that any injury to the defendant would be slight if any and, in any event, would be *de minimis*. Thus, this Court **FINDS** that the balance of hardships tips in favor of issuing a temporary restraining order. Finally, this Court **FINDS** that the plaintiff has raised serious and substantial questions going to the merits of her case.

Accordingly, the motion for a temporary restraining order is **GRANTED**.

Effective April 13, 2006, at 8 (a.m.)/p.m., defendant is **HEREBY ORDERED** to cease and desist from taking any actions to evict plaintiff from the Chugiak Senior Center, including but not limited to filing a District Court FED proceeding, until and unless the serious issues raised in this case are fairly litigated.

This order will be in effect for ten days or until the Court modifies it, whichever happens first. The Court anticipates holding a hearing on whether or not the order should be extended (or a preliminary injunction should issue) on April 18, 2006, at 10 a.m./p.m. in Courtroom 602. Each party shall have 30 minutes to put on its case.

DATED this 13 day of April, 2006, at Anchorage, Alaska. Defendants shall file a responsive brief in chambers by noon, April 17, 2006.

_____
CRAIG F. STOWERS
SUPERIOR COURT JUDGE

ALASKA LEGAL SERVICES CORPORATION
ANCHORAGE AND STATEWIDE OFFICE
1016 WEST SIXTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1963
(907) 272-9431

I certify that on 4-17-06 a __faxed__ of the above was mailed to each of the following @ their addresses of record:

AK Legal Svcs / DMeyers

_____
Administrative Assistant

EXHIBIT B
Page 2 of 2