Donna M. Meyers
William E. Moseley
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
PHONE: 907-279-3581
FAX: 907-277-1331
dmm@delaneywiles.com
wem@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>Plaintiff,<br><br>v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) **STIPULATION**<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-00083-TMB |

COME NOW the parties hereto, by and through their counsel of record, and stipulate and agree that defendant will forego filing an action for forcible entry and detainer (FED) as long as the above-captioned case remains in federal court and until either the court enters summary judgment on plaintiff's discrimination claims (Counts II, V, VI and VII) or, if summary judgment is not entered, until a trial on the merits, and further agree that the trial of the action on the merits shall be advanced to occur within eight (8) months. The parties further stipulate and agree that Plaintiff shall pay rent as



EXHIBIT D
Page 1 of 3

required under the Lease Agreement while this order is in effect, and any such payments shall not constitute a future waiver of any right or remedy available to Chugiak Senior Citizens, Inc. to terminate plaintiff's lease agreement and resident services contract. Plaintiff has and continues to contend that CSC's previous acceptance of her rent has constituted a waiver of CSC's right to terminate plaintiff's lease agreement and residential services contract.

STIPULATED AND AGREED TO at Anchorage, Alaska, this 26thday of April, 2006.

>DELANEY WILES, INC.
>Attorneys for Chugiak Senior Citizens, Inc.
>
>s/Donna M. Meyers (Consent) and
>William E. Moseley (Consent)
>Delaney Wiles, Inc.
>1007 W. Third Avenue, Suite 400
>Anchorage, AK  99501
>Phone:   907-279-3581
>Fax:     907-277-1331
>E-mail:  dmm@delaneywiles.com
>E-mail:  wem@delaneywiles.com

STIPULATED AND AGREED TO at Anchorage, Alaska, this 26th day of April, 2006.

>ALASKA LEGAL SERVICES CORPORATION
>Attorneys for Plaintiff Helen Winters through
>for Power of Attorney Carol Winters
>
>s/James Davis (Consent)
>Alaska Legal Services Corporation
>1016 W. 6th Avenue, Suite 200
>Anchorage, AK  99501
>Phone:   907-272-9431
>Fax:     907-279-7417
>E-mail:  jdavis@alsc-law.org

EXHIBIT D
Page 2 of 3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th
day of April, 2006, a copy of
**STIPULATION** was served electronically on:

Jim Davis
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

s/Donna M. Meyers and William E. Moseley
(116364)

EXHIBIT D
Page 3 of 3