Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters, ) ) ) ) Plaintiff, ) ) v. ) ) CHUGIAK SENIOR CITIZENS, INC., ) ) Defendant. ) ) | Case No. 3:06-cv-00083-TMB |

### AFFIDAVIT OF DONNA M. MEYERS

STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT )

Donna M. Meyers, being first duly sworn, deposes and says as follows:

1. My name is Donna M. Meyers. I am the lead attorney in this case representing Chugiak Senior Citizens, Inc. ("CSC"). I have first hand knowledge of the matters set forth herein.

2.    On April 12, 2006, our office was personally served with plaintiff's Motion for Temporary Restraining Order and Injunction at approximately 3:00 p.m. The date and time stamp on Exhibit A to Defendant's Motion *in Limine* No. 7 Re: Temporary Restraining Order shows the date and time our office received plaintiff's Motion for TRO.

3.    Before defendant had an opportunity to respond to Plaintiff's Motion for TRO, Superior Court Judge Craig Stowers entered the TRO, which was faxed to our office the following day on Monday, April 13, 2006 at approximately 8:00 a.m.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Donna M. Meyers

SUBSCRIBED AND SWORN TO before me this 19th day of December, 2006 at Anchorage, Alaska.

_____
Notary Public in and for Alaska
My Commission Expires: 2/06/08

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of December, 2006, a copy of Affidavit of Donna M. Meyers was served electronically on:

Sonja D. Kerr/Nikole Nelson/
Barbara Brink/Jim Davis, Jr.
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska  99501

s/Donna M. Meyers (125518)