Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
Phone:  907-279-3581
Fax:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>　　　　　　　Defendant. | Case No. 3:06-cv-00083-TMB |

### (PROPOSED) ORDER GRANTING DEFENDANT CHUGIAK SENIOR CITIZENS, INC.'S MOTION *IN LIMINE* NO. 7 RE: TEMPORARY RESTRAINING ORDER

Defendant, Chugiak Senior Citizens, Inc.'s ("CSC"), motion *in limine* to exclude reference to or use in any manner the prior motion, findings, conclusions, and the order relating to the temporary restraining order entered at the inception of this case is **GRANTED**.  Plaintiff, plaintiff's counsel, and any witness shall refrain from referring to or using in any manner the temporary restraining order, and any findings or conclusions stated therein.

(Proposed) Order Granting Defendant Chugiak Senior
Citizens, Inc.'s Motion *in Limine* No. 7 Re: Temporary Restraining Order
Winters v. Chugiak Senior Citizens/Case No. 3:06-cv-0083 (TMB)　　　　　Page 1 of 2

**IT IS SO ORDERED**.

DATED at Anchorage, Alaska, this ____ of _____, 200___.

_____
Timothy M. Burgess
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of December, 2006, a copy of this document was served electronically on:

Barbara Brink/Nikole Nelson
Jim Davis, Jr./Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

s/Donna M. Meyers and Clay A. Young
(125504)

(Proposed) Order Granting Defendant Chugiak Senior
Citizens, Inc.'s Motion *in Limine* No. 7 Re: Temporary Restraining Order
Winters v. Chugiak Senior Citizens/Case No. 3:06-cv-0083 (TMB)                Page 2 of 2