**Robert P. Dreyer**
18836 Andreanof
Eagle River, Alaska 99577
(907) 694-5551, cell (907) 240-0229

OBJECTIVE: Use my personal skills to provide strategic vision, direction and leadership in the position of Long Term Care Ombudsman to ensure all senior citizens of Alaska in long term care receive the care and benefits they deserve and desire.

EXPERIENCE

Environmental Conservation Manager I and Environmental Specialist III-IV: State of Alaska, Department of Environmental Conservation. 1996-present

- As an emergency responder and field representative, responded to numerous spills throughout Alaska, providing technical assistance, documenting cleanup actions, and performing actual cleanup of spills from tanks, pipelines, vessels, railcars, and trucks.
- Served as Project Manager on 120,000 gallon rail car spill in Denali State Park, directing immediate response and cleanup actions by the responsible party by negotiating actions totaling over $8 million, directly with the CEO of the Alaska Railroad, a former governor of the State of Alaska.
- Ensured over 70 regulated Non-Crude Oil Terminals Statewide complied with their contingency plans by conducting drills, inspections, and audits of these facilities statewide and that over 400 underground storage tank facilities statewide complied with state and federal regulations.
- Effectively assumed the responsibility for the proper operation of over 1300 underground fuel tanks state-wide despite the sudden resignation of both incumbents six weeks prior to assumption of program.

Health and Safety Compliance Officer/Supervisor, Chem-Track International, 1994-1996

- Developed and published site safety plan for the abatement of asbestos, lead, and PCB's during demolition of old Indian Health Service hospital. Acted as Site Safety Officer for over 50 employees, most of which were Alaska Native.
- Supervised construction tradesman, laborers, and system operators in the design, construction, and operation of a large groundwater treatment system in large state park.

Director/Commander Defense Fuels Region-Alaska. 1989-1993

- Responsible for the health, morale and welfare of 24 people and their families.
- Coordinated with local, state and federal agencies to ensure families received necessary support from social service entities.
- Operated and brought into compliance three fuel terminals and two cross-country pipelines completing 104 separate upgrade projects totaling over $2.9 million in a ten month period.

EXHIBIT C
Page 1 of 2

1008

- Quieted local community concerns about jet fuel emissions causing cancer in the local community by meeting with Community Council members, giving presentations at public meetings, and providing factual interviews to the press.
- Responded effectively to a large jet fuel pipeline spill in Chugach State Park.
- Directed the modernization of an office complex to accommodate 20 new employees.

Director/Commander Base Supply, Elmendorf AFB, AK   1987-1989

- Responsible for the health, morale and welfare of 417 people and their families.
- Coordinated with local, state, and federal agencies to provide families with needed support from social agencies.
- Furnished supplies, equipment and petroleum to over 800 customer organizations statewide.
- Responsible for the operation and maintenance of four major tank farm facilities, underground pipelines and storage tanks to provide petroleum to aircraft, facilities and vehicles, issuing over 50 million gallons of petroleum yearly.
- Personally accountable for over $200 million of supplies and equipment.
- Designed and directed the complete renovation of over 60,000 square feet of offices.

Chief, Supply and Petroleum Division, Inspector General Team, Omaha, NE 1985-1987

- Conducted inspections of petroleum and logistical facilities worldwide.
- Conducted inspections and effected change of various programs critical to military members worldwide.

Director of Materiel, Royal Australian Air Force, Melbourne, Australia, 1983-1985

- Directed $85 million material management operation with 22 Australian contractors, inspecting contractor facilities and operations to insure contractors could meet aircraft overhaul deadlines.
- Trained Malaysian and Australian military officers in logistics.

Petroleum Management Officer, USAF, Portsmouth, NH and Incirlik, Turkey, 1980-1983

- Conducted major upgrades of petroleum distribution and storage systems.
- Coordinated necessary actions with Turkish officials to respond to terrorist threats against cross-country pipeline from a Mediterranean port and petroleum storage facility.

EDUCATION

| | | |
|---|---|---|
| Golden Gate University, San Francisco, CA. | M.B.A. | Business Management |
| University of Iowa, Iowa City, IA | B.B.A. | Industrial Relations |

EXHIBIT C
Page 2 of 2
1009