LT-01-200500061 | Office Of The Long Term Care Ombudsman
Case Opened    7/15/2005 | OmbudsManager Case File

| | |
|---|---|
| *Notice: This document contains information of a confidential nature, and may not be copied or distributed without explicit permission from the program manager.* | **Ombudsman:** Bob Dreyer<br>**Phone No.:** |

**Ombudsman Case File:** LT-01-200500061

**Ombudsman:** Bob Dreyer    **Program:** Office Of The Long Term Care Ombudsman
                                          AK

### Intake summary    (Intake Staff Member):

Complainant (Carol Winters-daughter of Helen Winters, resident at Chugach Senior Center-Assisted Living) stated in 9 page fax (previously sent to Disability Law Center on July 5) to LTCO on Friday PM, July 8th: that mother has macular degeneration and is hard of hearing and severe osteoarthritis and osteoporosis; has no cartilage in knees and cannot stand without support: experiences chronic pain in knees but can't take pain meds due to bleeding ulcers; has no gall bladder and cannot eat fat; Has total urinary incontinence but can do her own peri-care; Cannot get out of chair but can ambulate short distance in walker; Also has hypertension and heart murmur; also is allergic to milk; Also has anxiety; Mentally still sharp. Resident wants to maintain independence and does not want to go to nursing home. Helen needs low salt diet due to hypertension and thus has not eaten pork or beef for over 20 years (pork too salty, beef too high in cholesterol) Prior to admission, admission coordinator assured resident that facility would provide a substitute at each meal. This has not been the case and she is often offered lunchmeat instead. Daughter states she purchases low salt TV dinners and Lactaid and brings them to her mother. Staff complains resident is "too fussy". Other residents complain she is too picky because she can't eat "normal" food and have dubbed her the "Queen". Staff purportedly serve resident last during meals and take her out of dining room last as well. Resident is fearful to speak up. Complainant states it seems that staff conspire to ostracize resident and newly hired staff initially are charmed with her but later longer term staff turn new hires against resident. Again, "too fussy" complaint is heard. Resident wants diaper bags to be orderly on shelf and likes diapers put on her a certain way so urine does not escape and also wants her pads placed a certain way on her "special sofa" (used as a bed) so urine doesn't soil the "bed". Again she is told she is too fussy. Resident believes she is left on toilet too long as a form of punishment. Resident has an incident when she was to be bathed by a male who was large and quick. She was afraid he may push her too fast since she is frail, and declined the shower. When she requested shower the next day, she was refused by staff saying "you had your chance and didn't take it." She is to have 2 showers per week and didn't get one until a week later. Resident also complains of being forced to go to bed early.   Administrator has recently said resident is not a good fit and staff and resident don't get along. Resident wants to stay. Staff claim resident calls them names. Administrator purportedly said either resident leave facility or staff will quit. She suggested smaller facility. Complainant had meeting with administrator and agreement was made for 2 week trial period to see if things improved. Shortly thereafter aide was heard saying resident was going to be evicted. A second meeting was proposed with staff to addressed complaints but never occurred. Complainant also complains about staff and residents smoking outside near entrance to facility and fact that during summer back door is propped open with out any screen to keep mosquitoes or bears out.   LTCO   Dreyer met with complainant at 1:00 - 3:00 PM on Saturday, July 9th to discuss complaints. Complainant has set up meeting with facility staff, on Friday, July 15. LTCO plans to attend.

### Complainant

Carol Winters                                           Relative or friend of resident

Work 907-696-6867
Home 907-696-0196
Mobile 907-240-1550

### Facility                                                                                    131

| | |
|---|---|
| Chugiak Senior Citizens', Inc.<br>22424 N. Birchwood Loop<br>Chugiak, AK 99567<br>Phone 907-688-2661<br><br>Janet Freels | Facility type: DPHSS<br>Bed count: 30<br>Licensed: Y<br>Date: 12/02/2006<br>Distance in miles: 0<br>For profit: N<br>Oper. in State: N |

Notes:

EXHIBIT D
Page 1 of 9

19

SSI Status:
Medicare: N
Medicaid: N
Case Worker:
Dir: Marianne Freebury

Facility Name Change - July 7, 1999 roster shows Chugiak Assisted Living Apartments now has the name of Chugiak Senior Citizen's Inc.

July 7,99 roster shows Marianne Freebury as Administrator

Ron Haggett- May '99 roster shows Greg Hall as administrator.

Greg Hall 2/3/99-7/??/99

Anna Stull 1/1/98-2/3/99

## Resident

| | |
|---|---|
| Helen Winters | Age: 89 |
| 1281 East 19th Ave. | Ethnicity: Unknown |
| Anchorage, AK 99501 | Marital Status: Unknown |
| Phone 907-562-2813 | Gender: |
| | Pay Status: Medicaid |

LT-01-200500061                                              Office Of The Long Term Care Ombudsman

Case Opened      7/15/2005                                   *OmbudsManager Case File*

## Complaints

| Code: | A 3 | Undefined. | | |
|---|---|---|---|---|
| Description | | Abuse, verbal/mental (including involuntary seclusion) | Open date | 07/15/2005 |
| Disposition | | | | |
| Residents affected | | 1 | | |

| Code: | D 26 | Undefined. | | |
|---|---|---|---|---|
| Description | | Dignity, respect - staff attitudes | Open date | 07/15/2005 |
| Disposition | | | | |
| Residents affected | | 1 | | |

| Code: | I 66 | Undefined. | | |
|---|---|---|---|---|
| Description | | Resident conflict, including roommates | Open date | 07/15/2005 |
| Disposition | | | | |
| Residents affected | | 1 | | |

| Code: | J 71 | Undefined. | | |
|---|---|---|---|---|
| Description | | Menu - quantity, quality, variation, choice, condiments, utensils | Open date | 07/15/2005 |
| Disposition | | | | |
| Residents affected | | 1 | | |

| Code: | J 74 | Undefined. | | |
|---|---|---|---|---|
| Description | | Therapeutic diet | Open date | 07/15/2005 |
| Disposition | | | | |
| Residents affected | | 1 | | |

## Journal Entries

| 07/15/2005 | meeting with Linda Henricksen at Chugiak Senior Center | Bob Dreyer |
|---|---|---|

Met at 2:00 PM in Helen Winter's room, 234, with Helen; her daughter Carol; Linda Heinrickson, Director of Chugiak Ass't Living, Marla ???, Program Mgr.of Chugiak Ass't Living Home, and Kathy Husky, Care Coordinator for Helen. I discussed need to meet Helen's need for non-beef and non-pork meals. Linda said they don't take people who have special dietary needs prescribed by a doctor.I suggested they cook two entrees at meals. She said they provide an alternate selection, I check the menu she provided and it only listed a sandwich as a alternative. She seemed resistant to the idea of a second entree. I told her it was no big problem to cook an additional entree for 1/2 of the residents to give them a choice as I used to work in an institutional kitchen. She said she would discuss it with the cook. I mentioned there had been a history or strife between Helen and many

To Reach Resolution

Time Spent 2.0

20



LT-01-200500061                                                                 Office Of The Long Term Care Ombudsman

Case Opened       7/15/2005                                                     *OmbudsManager Case File*

## Journal Entries

of her staff. Linda said she was aware of that but also said all staff complained about taking care of Helen. Linda had a staff meeting a couple of weeks ago and since then things had improved a lot. But she was upset that lawyers (Disability Law Center assumdedly) and the Ombudsman Office was involved. She also said part of the reason the situation had improved was because Helen had been treating the staff better as well. I mentioned that it was not incumbent for the resident to get along with staff but vice versa. I also mentioned that it was Helen's right to want things orderly in her home and the staff should recognize that and adjust to her long standing habits. I also addressed the need for professional appearance of staff and how things like backwards hats are upsetting to residents. Helen also mentioned that staff try to put her to bed early. I stated it was resident's right to go to bed when they want in a 24/7 facility. I also mentioned my concern for security and leaving the doors open when the building is hot. Bears, moose, mosquitos or unathorized people could enter the home. I suggested a security screen. Linda said Fire Dept. won't allow this. I told her I would check. I also mentioned my concern about smokers smoking near entrances and that Muni code said smokers must be reasonable distance from doors, windows, or vents which would allow smoke in. We agreed to meet again in two weeks to review if things were still on the mend, especially concerning staff issues. Linda said she wanted to keep Helen at Chugiak as long as it was safe for her and they could meet her needs. (I noted some caveat in her statement). Helen said she loves it there and wants to stay.

| 07/18/2005 | Helen Winters-ChugiaK ALH doctor's letter on residency | Bob Dreyer |

Received fax from Carol Winters, daughter of Helen. Fax was copy of ltr from Helen's doctor stating Helen has generalized anxiety disorder and cannot handle meds to combat it. Also letter states moving Helen to another facility would be detrimental to her physical and mental health. I called and left msg at Carol's work number saying I would hold letter until such time as we need it.

Investigation
Time Spent 3

| 07/20/2005 | phome call from Carol Winters | Bob Dreyer |

Rec'd phone call on cell phone at about 1600 from Carol Winters. She was very concerned that on Friday the 22nd of July at 11:00 a nurse was coming out to do a routine assessment of her mother. She had received a phone call from Ms. Kathy Husky, Care Coordinator, to be aware that 50 % of the time, as a result of these assessments, the resident is not deemed fit to reside in ALH and the Medicaid is withdrawn. I callled Janice Olsen, OLTCO, and asked if this was true. She said there has been a history of this. The assessment is based on nursing home stds. but also applies to ALHs. Carol said she was going to attend the assessment. She was concerned about possible collusion between the assessor and Linda Henrickson.

Investigation
Time Spent 3

| 07/25/2005 | phone call from Carl Field, Cert and Licensing, 269-3643 | Bob Dreyer |

Returned phone call message left by Carl Field on Wed, July 20th. He was curious as to status of case. I gave him update and told him I'm meeting with parties involved this coming Friday again to be sure things are still on track. He asked me to call him the following Monday as to ow meeting went.

Investigation
Time Spent 3

| 07/29/2005 | meeting with Helen and Carol Winters and Marla | Bob Dreyer |

Met with Helen Winters, Carol (daughter) and Marla, Chugiak ALH Program Manager. Things still going well with Helen and staff. Helen still has problem with CNA Tom who seems too curt with her. Marla didn't think Linda Henrickson had addressed the issue of offering two entrees for dinner. After meeting I went to meet Cook in charge, Donna? and asked her to consider offering two choices. She is relatively new and it has taken her a while to come up with menu. She said she would consider it. She also has to prepare Meals on Wheels for the lunch meal as well which might inhibit her ability to offer two choices (my thoughts).

To Reach Resolution
Time Spent 1.5

| 08/10/2005 | additional complaint about Lisa and ted hose for Helen | Bob Dreyer |

Carol Winters called my cell phone and left a msg in PM. She was upset. Says Health Aid, Lisa, who used to be nasty to her and then was nice has become nasty again . Lisa hurt her mother, Helen, while putting on her Ted hose and pulled them so tight it hurt. Helen had a feeling Lisa didn't like doing this and it was confirmed she didn't when she said she and the staff decided Helen could do this herself. Carol said no way as Helen has bad right arm and left arm has atrophied. Carol says staff has no right to not put on Helen's Ted hose unless doctor says so. Carol also said staff didn't want to change her as frequently and would come only every 2 hours even if bell is rung. Carol said Program Manager Marla had been out sick a couple of days and Carol was going to call her. I called Carol back late in day and she said she had spoken to Marla and Marla would take care of problem. I said I would try to go out to see her Mom if my day permitted in the next couple of days.

Investigation
Time Spent .5

| 09/01/2005 | personal care | Bob Dreyer |



## Journal Entries

| | | |
|---|---|---|
| Stopped by at 7:00 PM to see how Helen was doing. Said things going well with staff. Still having issues with hearing aid. Said David Culvert of Outreach Hearing was there that morning to see her. Helen said a Dr. is going to go out some PM to look at her and then David can move forward with her hearing aids. I told her I would check into why hearing is taking so long. While there her daughter, Carol, called and she asked if I made any progress on he meal selection. I told her I was still working on that part. She also stated the soup was awfully salty still. Told her I would look into it. | | Time Spent.5 |
| 09/05/2005 | meeting with CNA Lisa | Bob Dreyer |
| met with CNA Lisa at 3:30. We talked about Helen and her care. Lisa was very direct and said that Helen is very difficult to work with. Recently they have begun having two people in the room when Lisa helps to help diffuse tension between Helen and Lisa. Lisa says sometimes she has to leave the room and come back so Lisa can settle down. It's obvious after this visit with Lisa that there is a problem between Lisa and Helen. Lisa doesn't like Helen. Lisa said Helen eats alone because no one likes her. This was later invalidated after my conversation with Fred another CNA. | | Investigation  Time Spent1.0 |
| 09/05/2005 | meeting with Hearing Outreach- Dave Calvert | Bob Dreyer |
| Met with Dave Calvert to discuss Helen Winters hearing aids. Dave said she should have them in a month. Once he gets the lady doctor to examine Helen. Dave says he has trouble getting doctors to take the time to travel to facilites to examine residents which Medicaid requires prior to payment for hearing aids. I told him I would contact a Dr. I met recently the is the head of the Anchorage AMA and see if there are retired doctors who might help out in this regard. David also said he has trouble getting timely payment from Medicaid. In the last year he has had 33 claims denied by Medicaid using various coding which doesn't apply. Dave said he currently has nearly $200,000 outstanding on hearing aids he has been able to get returned or paid for. I told him I would check with Medicaid as this affects the availability of the hearing aid services to the elderly. | | Investigation  Time Spent2.0 |
| 09/07/2005 | meeting with CNA Fred | Bob Dreyer |
| Met with CNA Fred this AM at 6:45. Fred says he gets along well with Helen. She is particular and set in her ways but is gradually adjusting to living there. Toileting was a problem but in the last two weeks they have begun toileting her at night and it seems to be going well. Fred says she seems to respond well to him and other men. I asked him about the Big CNA who he called Bigguns. Biggens works off and on as a second job. He can be a little intimidating due to his size. Fred confirmed Carol brings in TV dinners and lunch meat for Helen to give her a choice when beef or pork entrees are served at meals. Fred said Helen has favorites that she dines with but does stay in her room for the most part. She does have one friend that does come by. | | Investigation  Time Spent.5 |
| 10/13/2005 | email from Linda Hendrickson about incident with Helen Winters | Bob Dreyer |
| email stated there was incident this AM. Linda said "staff went into help Helen and Helen started raising her voice so loud that she was heard by residents and people at the desk. Staff tried to difuse the situation but it cont'd for a half hour. Helen accused staff of not liking her and not doing what she wanted. When Jan (administrator) went into talk with Helen, Helen denied ever having been a problem. They received call from daughter Carol saying her mother had raised voice but it was all staff's fault." Linda has written letter that if abusive behavior does not stop she will be given a 30 day notice letter. This is the final warning as Linda states she can no longer justify to residents and to staff Helen's behavior. Linda also questioned if Helen was to have a psych eval. | | Investigation  Time Spent.3 |
| 10/14/2005 | voice mail concerning care of Helen Winters | Bob Dreyer |
| Rec'd voice mail from Carol Winters concerning ongoing issue with CNA Lisa. Lisa refused to help put on Helen's hose and began yelling at her. Helen responded by yelling back. Carol hopeful they won't try eviction notice again. | | Investigation  Time Spent.3 |
| 10/17/2005 | voicemail from Carol Winters | Bob Dreyer |
| voicemail from Carol winters. Things have calmed down for now. Marla has talked to mom and things have been resolved. Marla came down and wished Helen Happy 90th birthday. | | Investigation  Time Spent.3 |
| 10/18/2005 | email to Linda Hendricksen | Bob Dreyer |
| I emailed Linda Henrickson and asked her to keep trying. Told her I wasn't convinced staff was tryihg hard enough. Also advised Linda may not be on solid grounds to issue 30 day notice. I also said I had spoken with Care Coordinator, Ms. Husky last week and no psych eval had been ordered. Also I asked if Chugaik ALH had a resident's council? I also asked if Helen had received her hearing aid yet? | | Investigation  Time Spent.3 |

22

## Journal Entries

| 10/19/2005 | email from Linda Hendrickson | Bob Dreyer |

Rec'd email from Linda H. disagreeing with my assessment that staff is not trying hard enough adn that she may not have grounds for 30 day notice. States she has had grounds for some time. Has lots of documentation. Marla has spoken with Helen and Helen has calmed down for now but if this continues she will be given 30 day notice.

Investigation
Time Spent.3

| 10/25/2005 | telecon with Kathy Husky | Bob Dreyer |

Called Kathy Husky, Helen's Care Coordinator, at 696-3387 to see how things were going with Helen. Kathy stated fine and that she had spoken to Marla today and they need to schedule an annual personal care plan review. Probably next week as Carol, Helen's daughter, had recent surgery. Kathy said Marla said everything is going fine. I advised Kathy that Linda H. had emailed me and stated they were considering giving Helen a 30 day notice. She was unaware that. We agreed to keep each other posted of any changes out of the norm.

Investigation
Time Spent.3

| 11/04/2005 | Additional complaint on possible abuse by staff | Bob Dreyer |

Rec'd phone call today from Carol Winters, daughter of Helen. I s concerned staff CNAs Teresa and Lisa may be intentionally trying to hurt mother when they put her support hose on in the mornings. Also said a couple of days ago, Lisa told her mother in front of several people at dinner time, "you are not a nice person". Told Carol I would speak with her mother and staff.

Investigation
Time Spent.3

| 11/23/2005 | followup on issues | Bob Dreyer |

Went to visit Helen from 7:20-8:20 Pm evening before Thanksgiving. Said things were going better. Lisa seems to be better lately. Lisa was moved for awhile to another part of the home. Since she has been back she has been better with putting on Helen's support hose and doesn't seem to hurt her as much anymore. Helen says the foods are still too salty, especaially the soups. They are putting the pads on her couch properly now (overlapped) and covering it with plastic in case her Depends leak during the night. she sleeps on he couch because she can't use the bed because of her leg pain. She goes to bed at 10:20 and they wake her at 1:30 and 5:30 to toilet her in the bathroom. Tehy used to cahnge her laying down but now get her up because it gives her some execise and because leaning over her to change her was hard on the staffs backs. While there her daughter called.

Time Spent1.0

| 12/09/2005 | CNA Theresa | Bob Dreyer |

Carol Winters, daughter of Helen, returned my call of a couple of days ago as to how things were going. Carol said better except for some small things. The other day Theresa told her mom ago she was not a good person! Also last night while in bathroom changing Helen she also threw a couple of Depends on the floor. Helen spoke to Marla about this. Per Carol, Marla has been handling situations well. Also Theresa was asked by Helen to get her some water at meal time so she could taek her meds. Theresa said she would but never did. Carol believes Theresa just doesn't like Helen.

Writing Documentation
Time Spent.3

| 12/20/2005 | Helen slapping staff member | Bob Dreyer |

Rec'd email from Linda Hendrickson today. Helen slapped staff member this weekend.

Writing Documentation
Time Spent.3

| 12/23/2005 | visit with Helen concerning slapping allegation | Bob Dreyer |

Visited Helen concerning slapping allegation. She denied it. Said she may have grabbed Terri quickly as she thought was going to fall. Also said Shelia yelled at her. Later I talked to 3 CNAs (Barbara and two others) and a nurse. I asked them on a scale of 10 where Helen ranked as level of care needed. One of the CNAs said an "8". The nurse and the two unnamed CNAs seemed willing t talk about Helen but Barbara seemed very quiet, like she didn't agree with them. I also asked if they had other residents who required as much care as Helen. they said one. They have no full assists. Also as I was walking into the home, one of the residents named ▓▓, in a wheelchair was sitting outside with another person in a wheelchair and a CNA. ▓▓, said as I walked in, "I hope you're here to take care of Helen. If she ever slaps another staff person I'll personally beat the hell out of her."

Time Spent1.0

| 12/24/2005 | phone call from Helen | Bob Dreyer |



**23**

LT-01-200500061                                                          ...ce Of The Long Term Care Ombudsman
Case Opened       7/15/2005                                              *OmbudsManager Case File*

## Journal Entries

| | | |
|---|---|---|
| Received phone msg from Helen on Saturday. Terri and Tom terrible to her today. Wants me to call her. Talked to her awful cuz talking communion earlier today than tomorrow. Helen wanted her food 5 minutes earlier so she could take communion, | | Writing Documentation<br><br>Time Spent.3 |

| 12/27/2005 | phone call from Helen | Bob Dreyer |
|---|---|---|
| Wanted to clarify which Terri caused problems the other day, it was the blond one with the braid. She retold the food incident. I told her I would talk to Sheila, Terri and Tom. | | Investigation<br><br>Time Spent.5 |

| 12/27/2005 | Call to Carol Winters | Bob Dreyer |
|---|---|---|
| Returned Carol's call. She related that Helen was treated without respect by Tom And Terri (blonde with braid) when asked to have her substitute food (pureed due to her recent root canal) warmed up so she could take communion. Carol said she had spoken to Terri the previous day when Terri had asked Carol about the redness in Helen's legs. I also told her I met with her mom and and the three CNAs (Barbara and two others) and the nurse (Carol). Carol stated she didn't think all of the homes attendants were CNA or PCA qualified. | | Investigation<br><br>Time Spent.5 |

| 12/30/2005 | meetings with Terri Wild, Tom and Sheila | Bob Dreyer |
|---|---|---|
| Had meetings individually with Sheila, Terri and Tom concerning Helen's slapping incident.<br><br>Shelia said Helen got upset with her and Terri when they tried to move her recently to the dining area in her wheelchair. Helen did not want Sheila to move her but rather Terri. Helen got upset and slapped Terri's arm.<br><br>Terri said she was surprised but said Helen said she seemed surprised she had done it. Terri said she thought of it as no big deal and has essentially forgotten about it. She said Helen is difficult to deal with at times, but she took care of her grandparent for two years and knows what to expect. This is Terri's first job as a CNA.<br><br>Sheila said she has done this work for over 20 years. She said Helen doesn't like her. Helen yells at her and Shelia tells her to quiet down and leaves the room until she does.<br><br>Tom said he and Helen don't get along. If possible he has others to take care of her. He said she yells at him and he doesn't put up with it. He said "this job doesn't pay enough for her to yell at me. She's lucky to be here, she doesn't know how good she has it here. Tom made a statement that this is an Independent Living home not an Assisted living Home." Tom is studying to be an LPN and will be looking for jobs elsewhere. He is only on call now at Chugiak. He asked what I knew about the Pioneer's Homes. Said he wants to take care of people who are sicker than those at Chugiak. Tom asked what they should do with Helen and I responded to be patient with her. I asked him about the incident where he refused to warm up Helen's pureed food so she could eat it and still have a hour to fast prior to communion. He acknowledged he refused and said he'd come back later. He told me "we have a system here and her request did meet that schedule."<br><br>I explained to each about Helen's past, esp. her mom being widowed with 6 kids and this may explain her need to be in a routine; also discussed her hearing problem though Sheila and Tom thought it was only selective hearing;explained daughter Carol also has hearing problem;also explained that Helen's husband, sister and brother-in-law all died in month of December and Helen is afraid of dying in December as well and this could explain her behavior. Arrived at 8:15-departed at 10:15. | | Investigation<br><br>Time Spent2.0 |

| 01/06/2006 | letter of eviction | Bob Dreyer |
|---|---|---|
| received phone call from Carol. Helen Winters received letter of eviction today as a result of "slapping: incident. Home claims Helen is threat to staff. | | Investigation<br><br>Time Spent.3 |

| 01/07/2006 | meeting with Carol concerning eviction letter | Bob Dreyer |
|---|---|---|
| Met with Carol at Walmart in Eagle river from 3:00 to 4:30. We discussed eviction letter. Carol also informed me that Helen was taken by ambulance the previous night to the hospital because of very high BP 220/113. Carol was called by the RN Glenda at the homeCarol met her there and was also in the ER because the incident caused Carol's BP to jump and she had to increase her BP med and it still was up. I stated home should not have given letter to Helen especially since Carol is the POA. Carol also stated the home has made Helen's stay miserable | | To Reach Resolution<br><br>Time Spent1.5 |

**24**



## Journal Entries

almost form the beginning. Nobody welcomed her when she first arrived. Laurie, a previous nurse said Helen should be in a nursing home.

Carol told me of an incident recently that was mentioned to me also by Helen, that when Helen was in the dining area, Helen requested to be taken to her room because she was going to have a bowel movement. The staff refused.

Carol told me the incident that precipitated the slapping incident was: Shelia didn't wash her hair long enough. Helen told Shelia she was going too fast and to slow down. Shelia got upset. Shelia started putting the towels up and Helen told her to do it differently. Shelia got upset. Shelia wouldn't blow dry her hair.

Carol is concerned the home has intentionally been baiting her mother into exhibiting this behavior.

Another time Terri threw Helen's Depends on the floor and then expected Helen to wear them later. Also often the diapers are torn open.

Carol said they are still smoking by the entrances.

Carol said Helen said residents ~~~~ and ~~~~ give the staff a hard time and don't get in trouble, why?

| 01/09/2006 | meeting with Jan Freels | Bob Dreyer |
|---|---|---|

Met with Jan Freels ALH Administrator, and Kathy Husky, Care Coordinator concerning eviction letter of Jan 5. Jan stated that Helen was a difficult resident who yells and requires heavier care than others. Jan stated she had 8 years of nursing experience and a BA in Psychology and Human Sevices. She also has been a Mental Health case worker. I asked questions about the Chugiak Senior Center and ALH. Jan said it is a non-profit with 12 board members w/ offsetting 2 year terms. They are licensed for 31 apts-21 ALHs and 10 independent living. They also have Denali View which is for DD/MH residents. They have 63 residents there ( 20 are HUD). There is a 10 year wait list for these apts. The ALH has 21 apts and the independent living has 10 apts. They have two nurses: Carol, an LPN and employee and Glenda who is on contract. They have 12 ( Program Assistants (some are CNA) Annette, Oleren Fred, Lisa And Shiela are CNAs. Team leaders are Lisa, Olerena and Susy Hoffman. Each new employee gets 40 hour OJT on days and 40 Hours OJT on nights. I asked if they have a waiting list for the ALh, response was yes ,2 or 3 people. I asked who was on the Board of directors and Jan gave me the Chugiak Senoir Flyer which listed their namess. I asked her what she knew about Helen and her needs. She seemed to know some about her but was unfamiliar that she had a letter from a Dr. Jones about her anxiety disorder. I asked if she knew her personal background Jan didn't really know too much about her. I mentioned I had gotten to know her and that her mother was widowed at 29 and raised at least 4 kids on her own in PA. Her mother held down two jobs and was a seamstress to bring in money. I said I imagined the mother ran a tight ship to hold things together and this may why Helen is so fastdious. I also mentioned that Helen told me her husband, sister and brother-in-law all died in the month of Dec. and Helen told me she was afraid of dying in Dec. I said maybe that was part of the "slapping" incident. I also stated that I had spoke to at least 8 Program Assistants and two had bad attitudes: Tom and Lisa and that frankly they would not work for me. Jan acknowledged Lisa had been a problem at tiemss. I mentioned that Helen is hard of hearing, has chronic pain that she can't take meds for , is incontinent, but is mentally sharp. She also needs a low salt diet and that she can't eat beef or ham and when it is offered is only given the choice of a cold sandwich. I said her daughter Carol brings in low salt TV dinners to give her more choice. i stated that recently there was an incident where Helen had asked Tonm to get her some baby food and warm it up (she rececntly was had dental surgery and was on soft foods) as ashe was hungry but needed to fast for an hour prior to Catholic communion being given by a visitor from the local Caholic church. Tom refused and told her no. I confirmed this with Tom, one of the Program Assistants I also stated there was an incident as I walked into the ALH a couple of weeks ago where one resident (Steve) asked me if I was there to straighten out Helen and her slapping incident and if I didn't he would. There was another resident and a CNA present at the time. I stated that least 3 Program Assistants told me that they do not like Helen: Lisa, Tom and Sheila. I memntioned it is hazrd for elders to leave their homes and go to ALHs. They lose theri independence. I mentione at this point I am looking at violation of Helen's rights. 1) Verbal abuse and possibly mental abuse by staff 2) failure to accomdate religious practices 3)failure to offer meals choices 4) failure to protect confidentiality 5) adn failure to treat Helen with dignity and respect.

Investigation

Time Spent 1.5

I asked Jan to retract the eviction letter and to apologize to Helen. I gave them 10 days to do so as I knew Linda Henrickson was out of town.

*this actually should follow next entry*

| 01/20/2006 | mtg with Chris Ingmanson, Linda Henrickson, and Donna Meyers | Bob Dreyer |
|---|---|---|

Linda caught me right after conference meeting at 2:00 and wanted to meet. I said OK and later Donna Meyers and Chris Ingmanson joined us. Linda said she wanted to present her side since she hadn't had an opportunity much to do so; Linda stated she had had staff complain about Helen and sometimes come to her in tears. Linda said she had told them its part of the job and to get back to work. but she said she is concerned about losing staff. I told her there were at least a couple that based on my interviews should go , Tom and Lisa. I said Sheila

To Reach Resolution

Time Spent 1.5

**25**

## Journal Entries

also said she didn't like Helen and Helen didn't like her. But I said at least Sheila knows when burn out hits and takes some time off and does other work for a while. But though I understand Linda's allegiance to her staff her main mission is for the care of the elders. Linda said she loves elders and in fact lives with 8 of them in Wasilla at her ALH. She said she thought most problems could be resolved by talking. Donna Meyers mentioned they would consider a request for extension to give time to Helen to find a place. but Chris the eviction letter would stand for now and Helen and Carol should look for a new place. I asked Chris if the rest of the Board of Directors were aware of the eviction, and she said yes, except for 1 or 2 who are out of town.

| 01/20/2006 | meeting with Linda H. Jan Freels, attorney Donna Meyers | Bob Dreyer |

Attended Conference meeting requested by Helen's daughter, Carol, concerning eviction of Helen. In attendance were Linda Henrickson, Jan Freels, Marla, attorney for Chugiak ALH, Donna Meyers, Chris Ingmanson, President of the Board of Directors, Kathy Huskey, Care Coordinator for Helen, a deacon from the Catholic church in Eagle River, Helen, Carol, daughter of Helen, Kevin, a fellow coworker and friend of Carol's, and myself. Donna Meyers opened the meeting by saying this should only take 45 minutes. Various issues came up during this discussion on Helen's care and yelling. Carol mentioned that staff seemed to treat her mother badly by yelling back at her. Carol said if they would just approach her with a smile that would help. I mentioned that Chugiak ALH ought really reconsider the eviction as Carol was contemplating legal action and also that this could get ugly if the media got a hold of it and found that the home was evicting a 90 year, well dressed woman, with an immaculate room. The home would lose in the eyes of the public. I also mentioned that I knew there had been a lawsuit against the home a few years ago and they didn't want to go thru that again. I said I was trying to save them from themselves. I also said that though the home may feel Helen is a heavy care resident, she really is only average of below what I see in many ALHs. I said it would almost be shameful to evict her. Towards the end of the mtg, Helen asked to say something. She said she doesn't understand why she is being evicted. She loves it there and some of the staff are fine but others don't treat her well and yell back and say don't tell me what to do. She says she doesn't bother anyone, just sits in her room except to come out to eat. She has a nice room and other people tell her that, too. She said ▓▓▓ yells at people and he isn't getting kicked out. So does ▓▓▓ Again she said she doesn't understand it and broke down. She said if she had to move she didn't think she would make it.

To Reach Resolution
Time Spent 1.5

| 01/22/2006 | mtg with Dan Kendall | Bob Dreyer |

Met with Dan Kendall at Jitters to discuss the proposed eviction of Helen. He was unaware of it. Told him of the two meetings I had with mgt and the results of each. Gave him copies of my notes to date, a copy of the eviction letter, Carol's 14 page rebuttal to it and some information on trauma transfer as that is a serious concern of mine.

To Reach Resolution
Time Spent 1.0

| 01/24/2006 | mtg with Ted Carlson | Bob Dreyer |

Met with Ted Carlson at Birchwood Community Church atg 11:00. Told him of potential eviction of Helen. He was unaware of it. Told him of my mtgs with mgt. and my interpretation of mtgs. Gave him copies of my notes, the eviction letter, Carols response to eviction and infor on trauma transfer. he said he was going to be in Wisc for about a week but would try to delay the eviction until he had a chance to look into it.

To Reach Resolution
Time Spent 1.0

| 01/24/2006 | mtg with Lee Jordan, Board member Chugiak ALH | Bob Dreyer |

Met with Lee Jordan, former owenr and editor of Alaska Star at Jitters at 12:30. Asked if he was aware of Helen's eviction. He said no. Told him of my mtgs with Mgt of ALH and that I wasn't sure I got thru on the severity of the possible impacts on the ALH, legally and media wise. Gave him a rundown on the case thus far and gave him copies of my notes, the eviction letter, Carols reply to it and some info on trauma transfer. Lee asked if this went to court if I woud say the same things, I said yes.

To Reach Resolution
Time Spent 1.0

| 01/30/2006 | mtg with Bill Lester | Bob Dreyer |

Met Bill Lester at Wal-Mart at 1200. Asked if he was aware of the eviction of Helen. he was not. I ran down the case with him and gave him copies of my notes, the eviction letter, Carols rebuttal, and info on tranfer trauma. He said he may have a volunteer from the Catholic church visit Helen. he also said I was doing the right thing.

To Reach Resolution
Time Spent 1.0

| 02/03/2006 | mtg with Joh Angell, Board mbr Chugiak ALH | Bob Dreyer |

**26**

LT-01-200500061  ...ce Of The Long Term Care Ombudsman

Case Opened   7/15/2005   *OmbudsManager Case File*

## Journal Entries

John had called me the previous day and wanted to talk to me about the eviction of Helen. He had been asked by the board to do so. We met at Jitters at 4:00. I gave him copies of my notes thus far, the eviction letter, Carols rebuttal (he had read both) and information on transfer trauma. I discussed what I saw at this point and told him I was especially concerned about Helen"s health if she would transfer. I told him I would try to keep working the issue and hopefully keep it out of the courts or the media.

To Reach Resolution

Time Spent 1.5

| 02/13/2006 | Rcvd response to subpoena | Janice Olsen |

Received CSC's response to our subpoena - denying to provide any resident, former or present, documentation stating it is not pertinent to this case.

TCT - Tim Twomey for plan of action - left msg.

Investigation

Time Spent .2

| 02/23/2006 | Visit to CSC | Janice Olsen |

Met at length with ▮▮▮ and ▮▮▮ - both denied OLTCO to recieve their records. More detail in file.

Investigation

Time Spent 1

| 04/19/2006 | meeting with MOA Director of Social Services | Bob Dreyer |

Met with Bev Wooley, Director of Social Services and Ken Takakuwa Mgr, Soc Services division to give them a run down on Helen's case. They were interested because the city has a contract with CSC, Inc to operate the home. They were concerned with the mgt. of the home. I stated I had some concerns about some of the staff and their lack of appreciation for elder issues and that a couple of the staff especially maybe shouldn't work there. I said I was near completing my report of investigation.

To Reach Resolution

Time Spent 1.3

Total Time   29.5

Last updated   04/20/2006
Open date   07/15/2005
Review date   08/14/2005

**27**



EXHIBIT D
Page 9 of 9