**Linda Hendrickson**

| | |
|---|---|
| From: | Robert Dreyer [bob_dreyer@revenue.state.ak.us] |
| Sent: | Wednesday, January 04, 2006 4:27 PM |
| To: | 'Linda Hendrickson' |
| Subject: | RE: Chugiak Senior Center |

Linda, real quick response. I did not try to avoid management-after talking to the staff involved with the "slapping incident" I had hoped to talk to Marla, but she had folks in her office at the time and I had other appointments to meet in Anchorage so couldn't stay 'til she finished. As to my comment to staff that they could call my office on issues, I merely pointed out that we receive complaints from residents, family, friends and staff. I mentioned that often staff did call us to inform us of things they don't feel are right in the homes where they are working and that they don't feel comfortable talking to management for fear of reprisal. Our role is to sort out legitimate complaints that may affect the residents and those that are just the result of disgruntled employees. The example I gave was a recent complaint from a CNA at another home that was being told to give insulin injections to residents though they had received no training from a nurse, etc.

I will try to meet with you and Marla or Jan to discuss HW case soon. I'll call you to set up a time. I should mention that staff have made no mention to me of not receiving support from management and neither have I picked up on any.

-----Original Message-----
From: Linda Hendrickson [mailto:execdir@mtaonline.net]
Sent: Wednesday, January 04, 2006 2:07 PM
To: Robert Dreyer
Subject: Chugiak Senior Center

Subject:
    Chugiak Senior Center
  Date:
    Wed, 04 Jan 2006 13:58:23 -0900
  From:
    Linda Hendrickson <execdir@mtaonline.net>
  To:
    bob_dreyer@revenue.state.ak.us, Marla Nelson <progcor@pobox.mtaonline.net>,
    Jan Freels <progdir@pobox.mtaonline.net>

EXHIBIT E
Page 1 of 16

Dear Bob,
I was not very pleased to find that you were here talking to staff and told them that if they did not feel good about talking to management then they could call you. What was that all about? I have worked with ombudsman for twenty years and it has been my experience that tells me when you avoid management of the facility you are fostering distrust.

1

40007
Winters v. CSC

I know that your job is to be an avocate for the resident and I can respect that but we are advocates as well. After all our business is to

provide services and create a homelike atmosphere for all of the resdents. We all have the seniors at heart or we would not be in this business. I am disappointed that you are not taking into consideration our years of experience in serving seniors. Everything that you have suggested thus far we have tried not once but multiple times with this resident. I would very much appreciate that in the future Marla and or Jan Freels the administrator
could at least be aware that you are in the building. I really was hoping that we could work together on this issue.
(Sorry about the first e-mail it took off without me!) Sincerely, Linda Hendrickson


--
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.1.371 / Virus Database: 267.14.12/220 - Release Date: 1/3/2006


--
No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.1.371 / Virus Database: 267.14.12/220 - Release Date: 1/3/2006

EXHIBIT E
Page 2 of 16
40008
Winters v. CSC

# Linda Hendrickson

**From:** Robert Dreyer [bob_dreyer@revenue.state.ak.us]
**Sent:** Tuesday, December 20, 2005 9:42 AM
**To:** 'Linda Hendrickson'
**Subject:** RE: Concerned

Which staff member was it? Thanks for the heads up. Bob

-----Original Message-----
From: Linda Hendrickson [mailto:execdir@mtaonline.net]
Sent: Monday, December 19, 2005 4:54 PM
To: Robert Dreyer; Marla Nelson; Jan Freels; KAthy@mtaonline.net; Huskey@mtaonline.net
Subject: Concerned

Dear Bob,
I am heavy hearted to report to you that our resident H/W has slapped a staff person over the weekend. I am meeting with staff today to discuss how it can be handled. We are at a loss to know how to handle this situation, we truely have done all that we know how to do. One of the biggest issues is that when we have an outburst from a resident there is usually a reason for the behavior ie: Alzhiemers / dementia / mental illness. With H we know that there is most likely a reason but there is no willingness to have an assessment and no compliance with currently prescribed recommended medication. We have very little to work with.
I am sending this information as a FyI as you most likely will hear from H or her daughter in reference to this incident.
Thank you,
Linda Hendrickson


--
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.1.371 / Virus Database: 267.14.1/206 - Release Date: 12/16/2005


--
No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.1.371 / Virus Database: 267.14.1/207 - Release Date: 12/19/2005

EXHIBIT E
Page 3 of 16

40009
Winters v. CSC

1

**Linda Hendrickson**

**From:** Robert Dreyer [bob_dreyer@revenue.state.ak.us]
**Sent:** Tuesday, December 20, 2005 11:06 AM
**To:** 'Linda Hendrickson'
**Subject:** RE: Concerned

Reasons for behavior may be her diagnosis as GAD ( generalized anxiety disorder) and her being very hard of hearing. Per her doctor, these impairments make it difficult to communicate effectively with her. She has tried meds for GAD but could not handle side effects.

-----Original Message-----
From: Linda Hendrickson [mailto:execdir@mtaonline.net]
Sent: Tuesday, December 20, 2005 10:08 AM
To: Robert Dreyer
Subject: Re: Concerned

It was a fairly new staff that is very quiet in demeaner her name is Terri Wild.  The event as witnessed by Sheila .  Apparently what happened was during the staff getting H dressed she requested 5 pads and Terri thought that 5 might be uncomfortable so she ask H if she was sure that she wanted 5.  This started H using a loud voice to tell them that they did not know what they were doing.
Then H demanded to be taken to the dining room when Terri approached H to push her to the dining room H slapped her on the arm.  Terri was so shocked that she let the room crying.  There have been other events since I last comunicate with you but we have just been doing the very best that we can with H.  I'm not sure that this event will be the same.
Thanks,
Linda

Robert Dreyer wrote:

> Which staff member was it? Thanks for the heads up. Bob
>
> -----Original Message-----
> From: Linda Hendrickson [mailto:execdir@mtaonline.net]
> Sent: Monday, December 19, 2005 4:54 PM
> To: Robert Dreyer; Marla Nelson; Jan Freels; KAthy@mtaonline.net;
> Huskey@mtaonline.net
> Subject: Concerned
>
> Dear Bob,
> I am heavy hearted to report to you that our resident H/W has slapped
> a staff person over the weekend.  I am meeting with staff today to
> discuss how it can be handled. We are at a loss to know how to handle
> this situation , we truely have done all that we know how to do.  One
> of the biggest issues is that when we have an outburst from a resident
> there is usually a reason for the behavior ie: Alzhiemers / dementia /
> mental illness.  With H we know that there is most likely a reason but
> there is no willingness to have an assessment and no compliance with
> currently prescribed  recommended medication.  We have very little to
work

1

EXHIBIT E
Page 4 of 16

40010
Winters v. CSC

```
with.
> I am sending this information as a FyI as you most likely will hear
> from H or her daughter in reference to this incident.
> Thank you,
> Linda Hendrickson
>
> --
> No virus found in this outgoing message.
> Checked by AVG Free Edition.
> Version: 7.1.371 / Virus Database: 267.14.1/206 - Release Date:
> 12/16/2005
>
> --
> No virus found in this incoming message.
> Checked by AVG Free Edition.
> Version: 7.1.371 / Virus Database: 267.14.1/207 - Release Date:
> 12/19/2005



--
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.1.371 / Virus Database: 267.14.1/207 - Release Date: 12/19/2005



--
No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.1.371 / Virus Database: 267.14.1/207 - Release Date: 12/19/2005
```

EXHIBIT E
Page 5 of 16

## Linda Hendrickson

**From:** Robert Dreyer [bob_dreyer@mhta.revenue.state.ak.us]
**Sent:** Wednesday, November 02, 2005 11:55 AM
**To:** 'Linda Hendrickson'
**Subject:** RE: title 21

OK, Thanks, enjoy the Texas sunshine hopefully. Thanks for the contact # for
Chris. I'll give her a call. Meanwhile, I'll try to stay in touch with Marla
on the H/W issues. Bob

-----Original Message-----
From: Linda Hendrickson [mailto:execdir@mtaonline.net]
Sent: Wednesday, November 02, 2005 11:36 AM
To: Robert Dreyer
Subject: title 21

Hello Bob,
I will be out of the office from November 3rd to November 14th at the AASHA convention in San Antonio Tx. I will continue to try to get hold of you before I leave. If you need someone to help with the title 21 issue Chris Ingmanson our board president is an excellent contact. She has given permission for me to give you her number it is 227-1859.

As for the H/W issue it continues to be a challenge. We had another issue day before yesterday which residents are still upset about. I really feel that we have some mental health issues going on an if we could get an eval for her it would help everyone cope better . The care coordinator told us that she would arrange it at one of the meetings that we had with the family. Anyway we continue to try to work on this issue. I will call you when I return.
Thanks,
Linda


--
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.1.362 / Virus Database: 267.12.7/155 - Release Date: 11/1/2005


--
No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.1.362 / Virus Database: 267.12.7/155 - Release Date: 11/1/2005

EXHIBIT E
Page 6 of 16

1

40012
Winters v. CSC

Linda Hendrickson

**From:** Robert Dreyer [bob_dreyer@mhta.revenue.state.ak.us]
**Sent:** Tuesday, October 18, 2005 5:25 PM
**To:** 'Linda Hendrickson'
**Subject:** RE: H/W

```
Linda, keep trying. I'm not convinced yet that staff is trying in earnest
frankly. At this point I'm not sure you are on solid grounds for 30 day
notice. Also, I checked with Care Coordinator, Ms. English I believe, last
week and she was unaware any psych eval was requested. I'll be back from
this Nursing Home conference on Friday. I'll try to call you then or you
can
try me. Do you have a resident's council at your facility? Has she received
her new hearing aid yet?Bob


-----Original Message-----
From: Linda Hendrickson [mailto:execdir@mtaonline.net]
Sent: Thursday, October 13, 2005 5:06 PM
To: Robert Dreyer
Subject: H/W

Hello Bob,
We have had an incident with H/W this morning. Staff went into help her and
H/W started raising her voice so loud that she was heard by residents and
people at the desk.  Staff tried to defuse the situation but it continued
for about a half an hour.  H/W was accusing the staff of not liking her and
not doing what she wanted. Not only was the staff upset but the residents
were also loosing their patience with  H/W.
When Jan (administrator) went in to talk to H, she denied ever having a
problem. Then we received a call from her daughter telling us that her
mother had raised her voice at staff but that it was all staffs' fault.
So Bob, this is what we have done.  We have written a letter to the
following; We have told H/W that if the abusive behavior does not stop she
will be given a thirty-day letter. This is the final warning, I can no
longer justify to staff and other residents her behavior.  We have used
every tool that we have to defuse and settle issues but nothing works. I
know that H/W was going to have a psych eval which I think would help in
knowing what we are dealing with. But , nothing has been done that I know
of.  Anyway this is where we are at this point.  I would really like to say
that things are going well but at the moment they are not.
Hope that you are enjoying your vacation!!
Linda Hendrickson



--
No virus found in this outgoing message.
Checked by AVG Anti-Virus.
Version: 7.0.344 / Virus Database: 267.11.14/131 - Release Date: 10/12/2005
```

EXHIBIT E
Page 7 of 16

40013
Winters v. CSC

No virus found in this incoming message.
Checked by AVG Anti-Virus.
Version: 7.0.344 / Virus Database: 267.12.4/142 - Release Date: 10/18/2005

Linda Hendrickson

| | |
|---|---|
| From: | Robert Dreyer [bob_dreyer@mhta.revenue.state.ak.us] |
| Sent: | Thursday, September 29, 2005 4:51 PM |
| To: | 'Linda Hendrickson' |
| Subject: | RE: Wednesday Meeting |

-----Original Message-----
From: Robert Dreyer [mailto:bob_dreyer@mhta.revenue.state.ak.us]
Sent: Thursday, September 29, 2005 4:45 PM
To: 'Linda Hendrickson'; 'Samet, Sue'; 'cHolmberg@provak.org'; 'theresa@marowmanor.com'; 'smrk@ak.net'; 'T.D.Smith@mtaonline.net'
Subject: RE: Wednesday Meeting

Only time I can meet is Oct 11 in the PM or Oct 12 in the PM then I'm gone again from the 13th through the 20th. Hopefully you all can meet one of those PMs. Bob

-----Original Message-----
From: Linda Hendrickson [mailto:execdir@mtaonline.net]
Sent: Thursday, September 29, 2005 2:11 PM
To: Samet, Sue; cHolmberg@provak.org; theresa@marowmanor.com; smrk@ak.net; bob_dreyer@mhta.revenue.state.ak.us; T.D.Smith@mtaonline.net
Subject: Wednesday Meeting

Hello ,
Five of us were able to meet on Wednesday and came to the conclusion that all of us need to compile a laundry list and present our dilemma first to assisted living licensing. Medication prompting has nothing to do with the nursing function of administration. Prompting is a function that any family
member can be taught to do. If a family member who has not been tested for IQ can prompt then I am sure that those same perimeters could be set up for our staff in the home like assisted living. Because of the age of assisted living in Alaska we have not set those perimeters yet. I think that it is time to do that. I am suggesting that we have a work group work on the laundry list primarily medication at this time and then present it to licensing. I have found licensing very easy to work with and if we come with proposals it will help give direction.
I have heard that our ombudsman Bob Dreyer, would not be available until the
10th. Could we set up a work group for one day that week? Let me know what everyone prefers.
Thanks,
Linda

EXHIBIT E
Page 9 of 16

--
No virus found in this outgoing message.
Checked by AVG Anti-Virus.
Version: 7.0.344 / Virus Database: 267.11.8/114 - Release Date: 9/28/2005

1

40015
Winters v. CSC

```
--
No virus found in this incoming message.
Checked by AVG Anti-Virus.
Version: 7.0.344 / Virus Database: 267.11.9/115 - Release Date: 9/29/2005
```

EXHIBIT E
Page 10 of 16

40016
Winters v. CSC

**Linda Hendrickson**

| | |
|---|---|
| **From:** | Robert Dreyer [bob_dreyer@mhta.revenue.state.ak.us] |
| **Sent:** | Thursday, September 29, 2005 4:45 PM |
| **To:** | 'Linda Hendrickson'; 'Samet, Sue'; cHolmberg@provak.org; theresa@marowmanor.com; smrk@ak.net; T.D.Smith@mtaonline.net |
| **Subject:** | RE: Wednesday Meeting |

```
Only time  I can meet is Oct 11 in the PM or Oct 12 in the PM then I'm gone
again from the 13th through the 20th. Hopefully you all can meet one of
those PMs.Bob

-----Original Message-----
From: Linda Hendrickson [mailto:execdir@mtaonline.net]
Sent: Thursday, September 29, 2005 2:11 PM
To: Samet, Sue; cHolmberg@provak.org; theresa@marowmanor.com; smrk@ak.net;
bob_dreyer@mhta.revenue.state.ak.us; T.D.Smith@mtaonline.net
Subject: Wednesday Meeting

Hello ,
Five of us were able to meet on Wednesday and came to the conclusion that
all of us need to compile a laundry list and present our dilemma first to
assisted living licensing.  Medication prompting has nothing to do with the
nursing function of administration.  Prompting is a function that any
family
member can be taught to do. If a family member who has not been tested for
IQ can prompt then I am sure that those same perimeters could be set up for
our staff in the home like assisted living.  Because of the age of assisted
living in Alaska we have not set those perimeters yet.  I think that it is
time to do that.  I am suggesting that we have a work group work on the
laundry list primarily medication at this time and then present it to
licensing.  I have found licensing very easy to work with and if we come
with proposals it will help give direction.
I have heard that our ombudsman Bob Dreyer, would not be available until
the
10th. Could we set up a work group for one day that week?  Let me know what
everyone prefers.
Thanks,
Linda




--
No virus found in this outgoing message.
Checked by AVG Anti-Virus.
Version: 7.0.344 / Virus Database: 267.11.8/114 - Release Date: 9/28/2005


--
No virus found in this incoming message.
Checked by AVG Anti-Virus.
Version: 7.0.344 / Virus Database: 267.11.9/115 - Release Date: 9/29/2005
```

EXHIBIT E
Page 11 of 16

# Linda Hendrickson

**From:** Robert Dreyer [bob_dreyer@mhta.revenue.state.ak.us]
**Sent:** Friday, October 07, 2005 1:23 PM
**To:** 'Linda Hendrickson'
**Subject:** RE: medication meeting

Sounds good to me. Bob

-----Original Message-----
From: Linda Hendrickson [mailto:execdir@mtaonline.net]
Sent: Friday, October 07, 2005 12:14 PM
To: bob_dreyer@mhta.revenue.state.ak.us; Samet, Sue; Smrk@ak.net; T.D.Smithwasilla.alaska@gmail.com; theresa@marlowmanor.com
Subject: Re: medication meeting

How about Tuesday Oct. 11th at 3:00 p.m. at Horizon House?

Linda Hendrickson wrote:

> Sorry , I did not want us to get busy and forget about this issue.
> Could we meet  Friday the 21st?  say 1:00 p.m.?  I think that Bob
> Dreyer said that he was gone through the 20th .
> Like I mentioned before , the group that met last time came to the
> consensus that we should involve licensing in this delicate issue
> first, then try to make progress with nursing .  Let's talk!  Let me
> know what works best with all of the busy schedules out there.
> Thanks,
> Linda Hendrickson


--
No virus found in this outgoing message.
Checked by AVG Anti-Virus.
Version: 7.0.344 / Virus Database: 267.11.13/123 - Release Date: 10/6/2005


--
No virus found in this incoming message.
Checked by AVG Anti-Virus.
Version: 7.0.344 / Virus Database: 267.11.13/123 - Release Date: 10/6/2005

EXHIBIT E
Page 12 of 16

40018
Winters v. CSC

# Linda Hendrickson

| | |
|---|---|
| **From:** | Robert Dreyer [bob_dreyer@mhta.revenue.state.ak.us] |
| **Sent:** | Friday, October 07, 2005 9:27 AM |
| **To:** | 'Linda Hendrickson'; 'Samet, Sue' |
| **Cc:** | Smrk@ak.net; T.D.Smithwasilla.alaska@gmail.com |
| **Subject:** | RE: medication meeting |

```
I'm available this coming Tuesday afternoon after 2:00 and Wednesday PM.
Bob
Dreyer

-----Original Message-----
From: Linda Hendrickson [mailto:execdir@mtaonline.net]
Sent: Thursday, October 06, 2005 4:41 PM
To: Samet, Sue
Cc: bob_dreyer@mhta.revenue.state.ak.us; Smrk@ak.net;
T.D.Smithwasilla.alaska@gmail.com
Subject: Re: medication meeting

The meeting place does not matter to me however Chugiak Senor Center is
always open.
Thanks,
Linda

"Samet, Sue" wrote:

> I can make it. We can meet at Horizon House if that would be easier for
folks though Linda, you do have a lovely place!
>
> Thanks for keeping this on the front burner.
>
> Sue
>
> -----Original Message-----
> From: Linda Hendrickson [mailto:execdir@mtaonline.net]
> Sent: Thursday, October 06, 2005 9:49 AM
> To: bob_dreyer@mhta.revenue.state.ak.us; Samet, Sue; Smrk@ak.net;
> T.D.Smithwasilla.alaska@gmail.com
> Subject: medication meeting
>
> Sorry , I did not want us to get busy and forget about this issue.
> Could we meet  Friday the 21st?  say 1:00 p.m.?  I think that Bob
> Dreyer said that he was gone through the 20th .
> Like I mentioned before , the group that met last time came to the
> consensus that we should involve licensing in this delicate issue
> first, then try to make progress with nursing . Let's talk!  Let me
> know what works best with all of the busy schedules out there.
> Thanks,
> Linda Hendrickson
>
> --
> No virus found in this outgoing message.
> Checked by AVG Anti-Virus.
```

EXHIBIT  E
Page 13 of 16

1

40019
Winters v. CSC

```
> Version: 7.0.344 / Virus Database: 267.11.10/120 - Release Date:
> 10/5/2005
>
> --
> No virus found in this incoming message.
> Checked by AVG Anti-Virus.
> Version: 7.0.344 / Virus Database: 267.11.10/120 - Release Date:
> 10/5/2005
```

--
No virus found in this outgoing message.
Checked by AVG Anti-Virus.
Version: 7.0.344 / Virus Database: 267.11.10/120 - Release Date: 10/5/2005

--
No virus found in this incoming message.
Checked by AVG Anti-Virus.
Version: 7.0.344 / Virus Database: 267.11.13/123 - Release Date: 10/6/2005

EXHIBIT E
Page 14 of 16

40020
Winters v. CSC

# Linda Hendrickson

**From:** Robert Dreyer [bob_dreyer@mhta.revenue.state.ak.us]
**Sent:** Thursday, September 29, 2005 4:36 PM
**To:** 'Linda Hendrickson'
**Subject:** RE: Chugiak Senior Center Assisted Living

Fred, told me about the incident when I spoke with him. Said one other
resident yelled at her to shut up. But Fred was able to diffuse it OK. Hang
in there. I'm sure with your vast experience in the field and hopefully
with
my advocacy we can get through this with HW and make her living experience
a
positive one for her, for other residents and for staff.

On another subject I'd like to talk to you about a two main meal and day
plan for residents and see what you think. Bob

-----Original Message-----
From: Linda Hendrickson [mailto:execdir@mtaonline.net]
Sent: Wednesday, September 28, 2005 2:59 PM
To: bob_dreyer@mhta.revenue.state.ak.us; Marla Nelson; Jan Freels
Subject: Chugiak Senior Center Assisted Living

Good mornig Bob,
This is Linda Hendrickson from CSC, just keeping you up-dated on the
on-going issue with HW in our assisted living . This last weekend I
received three phone calls from staff and residents letting me know that
there had been an incident in the dining room with HW that was very
up-setting to everyone residents and staff alike. HW was in the dining
room
and was tapping her glass with a utensil asking the staff for medication of
some kind. It was then brought to her and she began to make a loud
accusation that not all of her pills were there. One of the
staff went over and found the "missing " pill on her napkin. HW then
began to loudly accuse the staff of placing it on the napkin after the
fact,
which was not true. It was causing such a loud distraction that one of the
other residents went over to HW and told her to shut up.
Also telling her that she was not the only person in the room etc. The
staff diffused the situation as much as they could. I'm told that this
up-set happened both Sat. and Sun.
I called a meeting with the residents and explained to them that I wanted
EVERYONE to have a positive dining experience and that disruption during
dinner was up-setting for everyone. I ask for patience and cooperation
from
everyone and let them know that we can not have the kind of disruption that
we had the last weekend. The residents said that primarily it is one
person
that starts it demanding to have attention immediately. I ask for their
patience, curtosy and respect of each other.
I am just lettng you know that I am not sure how long I can have HW in our
assisted living. I have had staff and residents in tears because of her
behavior. She will bold face deny all of it but I am telling you there are

1

EXHIBIT _E_
Page _15_ of _16_

40021
Winters v. CSC

some issues that clearly have not been dealt with for HW. It is to the point where I am compromising the peace and well being of other residents with the behavior from HW. I really am at my wits end on this situation. I have pulled out all I know how to do. I just wanted to keep you up-dated on
the situation. I will do all that I can.

Sincerely,
Linda Hendrickson


--
No virus found in this outgoing message.
Checked by AVG Anti-Virus.
Version: 7.0.344 / Virus Database: 267.11.8/113 - Release Date: 9/27/2005


--
No virus found in this incoming message.
Checked by AVG Anti-Virus.
Version: 7.0.344 / Virus Database: 267.11.9/115 - Release Date: 9/29/2005