**Staff at elderly home accused of abuse**
Tuesday, September 5, 2006 - by Jill Burke

**Anchorage, Alaska -** The Chugiak Senior Center faced serious allegations Tuesday regarding the mishandling of one of its residents. Helen Winters, a 90-year-old resident at the center, has complained for more than a year of her mistreatment at the facility, and now a report released by the Alaska long-term care ombudsman supports her allegations.

The senior center disputed the allegations. Even so, the claims are being taken very seriously. The extreme result could be loss of licensure, or the city could end up choosing a different organization to run the Chugiak Senior Center.


Courtesy photo


Scott Jensen/KTUU-TV

Although this situation is nowhere near that level, according to the ombudsman, it's certainly a sticky one. There is a related lawsuit and the events cited in the lawsuit are reason, in a separate action, to cite the facility for wrongdoing.

Winters has complained for more than a year that things weren't going well for her at the Chugiak Senior Center. For example, her daughter said that once, when coming back from the bathroom, Winters stopped before her crucifix to pray, but was physically taken away because her nurse's aide did not have time.

Now the results of an investigation are backing up Winters' claims.

"They were disputed by the center, and now the ombudsman's office has come back saying every one of these allegations are valid, are true, are correct," said James Davis, an attorney for Alaska Legal Services.

The list of abuses levied in the ombudsman's report is alarming: verbal and mental abuse, disrespectful, undignified treatment, not providing desired meals, breaking confidentiality and it finds that Winters' care involved "a lack of understanding and adequate training of the needs of this resident and elderly people in general."


Scott Jensen/KTUU-TV


Scott Jensen/KTUU-TV

The Municipality of Anchorage owns the building the Chugiak Senior Center is housed in and it contracts to a non-profit for the services.

"We would think the city is going to take a strong look at why their senior center has been found to be abusing residents there and the city is going to say, 'How can this be happening?' and 'What can we do to prevent it from happening again?'" said Davis (above left).

Chugiak Senior Center director Linda Hendrickson called the ombudsman's findings completely unfounded.

"We take exception to the long-term care ombudsman's findings and conclusions, which we believe are based on an incomplete and biased investigation. However, since this matter is in litigation (it's) appropriate to leave it to the courts to resolve these issues because that is the proper forum to address this matter," Hendrickson said.

Regardless, it's getting attention.

EXHIBIT 6
Page 1 of 2

"It is a major issue and we are going to look into it," said Department of Health and Social Services representative Ken Takakuwa (right).


Scott Jensen/KTUU-TV

The city has asked the Chugiak Senior Center to respond to the findings. While it's been pleased with the center for years and says it believes the center has people's best interests in mind, it can't and won't look the other way.

"Any allegations that the municipality receives that seniors are not being as well as they should be, or that families are not being treated as well as they should be, we take very, very seriously," said Takakuwa.

But Hendrickson says if there is any room for a resident not being safe, the center will recommend transfer to a different location. She says its decisions are based on safety for the resident and nothing more.

Takakuwa says that city has had a long, positive history with the Chugiak Senior Center and he believes the staff is well-intentioned.

The Chugiak Senior Center has not been cited for violations in this case. That's something that would come from the state office that issues and monitor's facility licenses. The ombudsman cannot compel action; instead, he can only make recommendations, which is what he has done in this report. He's also recommending that staff receive training on elder rights and abuse and what elders themselves see as abuse.

*Channel 2 Broadcasting Inc.*
*http://www.ktuu.com/*

EXHIBIT 6
Page 2 of 2