# Ombudsman sides against Senior Center

## Center director denies abuse claims by Helen Winters, 90

**By MARY M. RALL**
Alaska Star



PHOTO BY DAN SHEPARD

River High football coach Kevin Bess carries off senior Lance [...] y from the field while another injured player, Sean Evenstad, followed behind on crutches Saturday. The winless, first-year varsity [Wolves] lost another one, 58-12 to the West High Eagles at Anchorage [Football] Stadium. The good news for Wolves fans is the team scored [its first] touchdown in the game. (See story, Page 16.)

A Chugiak woman embroiled in a fight to secure her mother's residency at Chugiak Senior Center has found resolve in a report suggesting the center be cited for several perceived violations.

The state's long-term care ombudsman filed a report Sept. 4 alleging the center is guilty of violations regarding the care of 90-year-old Helen Winters, whose daughter, Carol, filed suit when the facility attempted to terminate Helen's residential service contract and lease agreement Jan. 5, 2006.

Helen moved to Alaska in 2000 from Maryland to be closer to her daughter. She was hospitalized in August 2004 following a fall in her home. Because she was no longer able to live independently, Carol said she sought residency for her mother at the senior center.

Carol said the center was provided with a complete medical history for Helen, which outlined maladies including hypertension, congestive heart failure, severe osteoarthritis, osteoporosis, general anxiety disorder and macular degeneration.

She said her mother was granted residency in the center Sept. 20, 2004, following a comprehensive interview, but was later deemed by the center as needing greater care than the facility had the ability to provide, which eventually lead to her attempted eviction.

Carol said her mother's attempted eviction is in retaliation because of numerous

See Ombudsman, Page 31




EXHIBIT H
Page 1 of 2

## Branching out

Genealogical search | American Revolution, said genealogy is one of the most popular hobbies in | and their families and makes the bond stronger."

September 14, 2006

ALASKA STAR • 31

## Ombudsman:
Continued from Page 1

to senior center staff, alleging the improper administration of medications, confidentiality breaches, interference with her ability to exercise her religious beliefs, failing to adhere to a medically prescribed diet, rough handling, verbal abuse and a general lack of safety, kindness and caring.

The report released by ombudsman Bob Dreyer supports Carol and Helen's complaints and may strengthen their case for maintaining the elder's residency at the center, said James J. Davis, Jr., the Alaska Legal Services Corporation statewide litigation attorney.

"I'm not sure exactly how all the dust is going to settle, but I think it's huge when an impartial fact finder, which the ombudsman office is, concludes that all those complaints were valid," he said.

However, Linda Hendrickson, the senior center executive director, says Dreyer was not comprehensive in his investigation and displayed bias toward the Winters.

"He didn't talk to us as management. He talked to a couple of the staff, and primarily his things were based on what the resident said and what family members said," Hendrickson said. "I've not been involved in litigation like this before, but I do know that when you are an advocate for someone, you need to check all of your resources because that would be the responsible thing to do for that client."

Dreyer said in the event of no third-party corroboration of complaints, his findings were established in favor of Helen.

"Typically on a case, we would talk to the resident and talk with the caregiver who was involved and if there were witnesses, try to get those. When you're one on one, you're not going to get that," he said.

"We always lean toward the elder when there's a confliction or there's concern that we may not be getting the total story. We're an advocate for the elder."

Davis said his case may be further strengthened by the report's revelation that Hendrickson also operates a state-licensed assisted living home, the Wickersham House in Wasilla, where some of Chugiak Senior Center's staff is also employed.

"It turns you from an impartial judge or an evaluator of your staff to an employer for profit at another place, and it just kind of jaundices how you might evaluate objective evidence," Davis said. "If you didn't have a conflict of interest and (there's) an allegation that a staff person is abusive, you'd independently evaluate that situation and you wouldn't be biased because you think, 'Gosh, I can't fire her. She works at my facility, and what will I do if I fire her.'"

In response, Hendrickson said she is not responsible for staffing at either facility.

"I don't hire or fire employees in the assisted living area. I'm the executive director," she said.

"My daughter manages our business, so I have nothing to do with hiring or firing there ... In no way have I used my position here with having staff here and then taking them to my house. They are free agents. They can work anywhere they want."

Davis said the original date of the case has been pushed back from December to February, as his office has been delayed from obtaining documentation pertinent to the case. He said he has attempted but failed to obtain information concerning other residents who have been evicted or threatened with eviction, center training procedures, correspondence with the Municipality of Anchorage concerning the management of the facility and previous abuse complaints.

Hendrickson said the center has tried to cooperate with the request, but is limited in what it can release due to Health Insurance Portability and Accountability Act restrictions.

Davis said he is trying to obtain the necessary information and will go to a federal court to compel the center's corporation if need be, but he is happy to draw the process out as long as necessary.

"From our perspective, delay is OK with us, and we want Ms. Winters to live the rest of her life there. So if this case is delayed 10 years, that's OK, because she's going to be there for 10 years," he said. "Delay is in our favor, not in theirs. So if they want to drag their heels, they can drag their heels."

Likewise Carol said she simply wants to ensure her mother's happiness and well being.

"I would love to move her out of there because of this, but nothing else decent is presently available, and Mom feels she just does not have the strength to move our and readjust anyway. I pray nothing happens and that things will eventually shape up."

To ensure it does, Carol has also filed suit against the Municipality of Anchorage, which is responsible for ensuring the center is run in accordance with state law.

"We're claiming in our new lawsuit, which is the state court here in Anchorage, that the city has a duty as the owner of the facility to make sure illegal eviction practices aren't used against the residents," Davis said.

But Hendrickson questions the complainants' tactics and is adamant the center is above reproach for its operations and continues to lack the capacity to give Helen the level of care she requires.

"I don't know what their motivation is other than to possibly strong-arm us," she said. "Most assisted livings in this state know their limits. They know what they can handle and what they can't. When they can't handle it, it is their duty to go to that family."

Meanwhile, Helen remains a resident of the center with her future care resting in the court's hands, Carol said.

"She never wanted to leave there," she said. "That's her home. That was always the main point."

*Reach the reporter at mary.rall@alaskastar.com.*

## Enrollment: