# NEWS RELEASE

**FOR IMMEDIATE RELEASE**
**CONTACT:**

FOR FURTHER INFORMATION

Alaska Legal Services
James J. Davis 222-4504

## CHUGIAK SENIOR CENTER SUED TO PREVENT EVICTION OF NINETY YEAR OLD DISABLED RESIDENT

Anchorage, AK (April 14, 2006) – The Chugiak Senior Center, an Assisted Living Home, is trying to evict 90 year old Helen Winters from her apartment against her wishes. This attempted eviction is also against the wishes of Alaska's Long-term Care Ombudsman, her Care Coordinator and her physician.

Helen Winters entered the Chugiak Senior Center in September of 2004. She and her daughter, Carol Winters made a number of complaints regarding the quality of her care, including administering the wrong medications; breaching confidentiality; interfering with her ability to exercise religious beliefs; failing to provide her medically prescribed low-salt diet; abusive and rough handling; rudeness and verbal abuse; contamination by cigarette smoke; lack of safety; and lack of kindness and caring.

After receiving no satisfactory response, the Winters family contacted Alaska's Long-term Care Ombudsman, Bob Dreyer, who began to investigate. Chugiak Senior Center's response was to send Helen Winters a certified letter evicting her in 30 days.

Alaska Legal Service immediately filed a lawsuit on Ms. Winters' behalf, asserting that such retaliatory behavior was in violation of state law (the Alaska Assisted Living Homes Act, the Alaska Human Rights Act, and the Alaska Uniform Landlord and Tenant Act) as well as federal law (the Americans with Disabilities Act, Section 504 of the Rehabilitation Act of 1973 and the Fair Housing Act of 1988).

Ms. Winters obtained a Temporary Restraining Order preventing the Chugiak Senior Center from filing an FED action by Superior Court Judge Craig Stowers and a hearing was set for a permanent injunction on Tuesday, April 18th at 10:00. Friday the Chugiak Senior Center filed a motion removing the case to U. S. Federal District Court.

Nikole Nelson, Anchorage ALSC Supervising Attorney stated "The Senior Center's actions are outrageous and fly in the face of sound public policy for treatment of our elders. Residents of assisted living homes and their families have a right to be treated with dignity and respect, and if there are issues regarding their care they need to be encouraged to seek the help of the Long Term Care Ombudsman, rather than encouraged to remain silent and be put at risk. It is inconceivable that the Chugiak Senior Center or any assisted living home would evict anyone seeking to improve the

EXHIBIT L
Page 1 of 7

47

quality of care of the aged and disabled."

Ms. Winters' lawsuit asks that the attempted eviction be declared unlawful and that damages be awarded for violations of her civil rights.

EXHIBIT L
Page 2 of 7

48

## Robert Dreyer

**From:** Carol Winters [carol_winters@labor.state.ak.us]
**Sent:** Monday, April 17, 2006 10:24 AM
**To:** Robert P Dreyer
**Subject:** FW:
**Attachments:** wintersNEWSRELEASE2.rtf

Bob,

This is going out to the media. Federal court date is this Thursday.

Carol

-----Original Message-----
**From:** Barbara Brink [mailto:bbrink@alsc-law.org]
**Sent:** Monday, April 17, 2006 9:42 AM
**To:** carol_winters@labor.state.ak.us
**Subject:**

Please review and let me know if it is OK
barb

EXHIBIT L
Page 3 of 67
49

4/17/2006

## Robert Dreyer

**From:** Carol Winters [alaskanwinters@msn.com]
**Sent:** Monday, January 30, 2006 8:10 PM
**To:** bob_dreyer
**Subject:** Mom

Bob,

I told mom about the letter and she got hysterical, I am really concerned that she will have a heart attack or stroke. I tried to explain to her we would keep fighting but she is still very upset. What can we do to put pressure on them to change their minds?

Carol

## Robert Dreyer

**From:** Carol Winters [alaskanwinters@msn.com]
**Sent:** Sunday, January 29, 2006 3:47 PM
**To:** bob_dreyer
**Subject:** The Progress Notes

You may have thought of this already if you have had time to read the notes. To prove a case that the aides have a lynch mob mentality, what you could do is request to read ████'s and ████'s notes and look for the specific dates that were referenced in mom's notes.

There was one incident where Theresa Forsythe notes that mom is having an argument with another resident about who should get communion first.

Another incident is where a resident goes up to Helen and tells her to shut up, I do believe that was Duffy.

What are your thoughts after reading the notes?

To: Chugiak Assisted Living/ Attn: Jan Freels
From: Helen H. Winters
Date: January 8, 2006

## REQUEST FOR CONFERENCE

I am requesting a conference to discuss the eviction notice, as per your letter of January 5, 2006. My daughter, who is has Power of Attorney, Carol L. Winters, will be also submitting a reply letter to the notice of eviction letter, to rebut all charges made.. She has always acted on my behalf and will be my advocate in this situation also. My Ombudsman, Bob Dreyer, and Care Coordinator, Kathy Huskey, also advocates have been in contact with you and will be meeting with you regarding the eviction letter also.

*Carol L. Winters*, POA for Helen H. Winters
Signed

1-10-06
Dated

EXHIBIT L
Page 6 of 7

## Robert Dreyer

**From:** Carol Winters [alaskanwinters@msn.com]
**Sent:** Sunday, January 08, 2006 6:46 AM
**To:** bob_dreyer@revenue.state.ak.us
**Subject:** My rebuttal letter

Bob,

Just FYI, I am on a roll now. I am up early and starting my rebuttal. It is going to be a very long one and I am going to be listing every single incident since mom moved in, plus all their staff deficiencies, safety issues like doors not screened and open in summer, smoking by entrance etc etc.. I am going to send everyone who received the letter a copy, plus one is going to Disability Law Ctr where I will open a case. Please provide the address for that Salero guy so I can send one to him.

They are going to be SO sorry they did this to us. No turning back now for them in a sense, for even if they retract that letter I am positive that an investigation will have to be done considering all my charges.

Here's the bottom line, Bob. I live and work in ER and the Chugiak Sr Center is MY center, it belongs to me and it belongs to my mother as well as the rest of the local community. They are running it like a private business and that can't go on. They need to be accountable for state and federal funds to the users and tax pahing citizens. Mom and I choose to have her stay there, that is our preference and moreover that is our right. They need to bring this place up to standard, not throw residents out because they do not conform to their substandard system.

I will have my long response letter ready when we meet Tues morning. My office is in the Parkgate DMV building across from Pizza Hut on Easy Street. I am in the back office, just tell them at front who you want to see. We are the JOBS center office.

Carol

EXHIBIT L
Page 7 of 7