Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
Phone:  907-279-3581
Fax:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>      Plaintiff,<br><br> v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>      Defendant. | Case No. 3:06-cv-00083-TMB |

**(PROPOSED) ORDER GRANTING DEFENDANT CHUGIAK SENIOR CITIZENS, INC.'S MOTION *IN LIMINE* NO. 5 TO EXCLUDE AUGUST 30, 2006 REPORT OF ROBERT P. DREYER, HIS FILES, AND HIS TESTIMONY AT TRIAL**

Chugiak Senior Citizens, Inc.'s ("CSC"), motion *in limine* to exclude introduction of Robert P. Dreyer's August 30, 2006 Long-Term Care Ombudsman Report, the files and investigative log created while preparing that report, and any opinion testimony based on the report or underlying investigation is **GRANTED**.

(Proposed) Order Granting Defendant Chugiak Senior
Citizens, Inc.'s Motion *in Limine* No. 5 To Exclude
August 30, 2006 Report of Robert P. Dreyer, His Files,
and His Testimony at Trial
Winters v. Chugiak Senior Citizens/Case No. 3:06-cv-0083 (TMB)  Page 1 of 2

Dreyer may only provide lay testimony in this case on matters of which he has personal knowledge. Dreyer may not provide any expert testimony as to whether CSC met the standard of care for assisted living facilities in dealing with Helen Winters. Plaintiff, plaintiff's counsel or Dreyer himself may not submit any evidence or argument regarding the report, investigative files or opinions of Robert P. Dreyer.

**IT IS SO ORDERED**.

DATED at Anchorage, Alaska, this ____ of _____, 200___.

_____
Timothy M. Burgess , U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day
of December, 2006, a copy of this
document was served electronically on:

Barbara Brink/Nikole Nelson
Jim Davis, Jr./Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501


s/Donna M. Meyers and Clay A. Young
(125681)

(Proposed) Order Granting Defendant Chugiak Senior
Citizens, Inc.'s Motion *in Limine* No. 5 To Exclude
August 30, 2006 Report of Robert P. Dreyer, His Files,
and His Testimony at Trial
Winters v. Chugiak Senior Citizens/Case No. 3:06-cv-0083 (TMB)   Page 2 of 2