CHAPTER 1

# THE LONG TERM CARE OMBUDSMAN PROGRAM

***Objective*** *This chapter should help the ombudsman understand the history and development of the Ombudsman Program and its structure and mission in Alaska.*

## In this Chapter

I. INTRODUCTION TO THE OMBUDSMAN ROLE ..................................................................................2
    A. WHY DO RESIDENTS NEED AN OMBUDSMAN? ..........................................................................2
    B. WHAT IS AN OMBUDSMAN? ......................................................................................................2

II. LEVELS OF EFFORT ...........................................................................................................................4

III. CODE OF ETHICS FOR OMBUDSMEN ..........................................................................................6

IV. PROGRAM STRUCTURE ...................................................................................................................7
    A. NATIONAL LEVEL ......................................................................................................................7
    B. STATE LEVEL .............................................................................................................................7

V. HISTORY OF THE LONG TERM CARE OMBUDSMAN ROLE .......................................................8
    A. THE OMBUDSMAN PROGRAM UNDER THE OLDER AMERICANS ACT ...........................................8
    B. THE ALASKA LONG TERM CARE OMBUDSMAN PROGRAM ........................................................9
    C. THE ROLE OF THE STATE LONG TERM CARE OMBUDSMAN.......................................................9
    D. THE ROLE OF THE LONG TERM CARE OMBUDSMAN.................................................................9
    E. THE ROLE OF THE VOLUNTEER OMBUDSMAN.........................................................................10

VI. ALASKA STATUTES: LONG TERM CARE OMBUDSMAN ...................................................12

EXHIBIT K
Page 1 of 42

# I.  Introduction to the Ombudsman Role

The Long Term Care Ombudsman Program (LTCOP) was created to provide advocacy to individuals who live in long term care facilities[1] and who feel powerless and vulnerable.

The LTCOP must have a presence in facilities to serve residents. Residents typically have multiple physical and/or mental disabilities.  They may also be emotionally withdrawn.  It usually takes several visits for an ombudsman to develop trusting relationships with residents, identify the full scope of issues of daily life, and to understand the environment in which residents live.

To be effective, a Long Term Care Ombudsman (LTCO) must have:

- a presence in the facility to serve residents;
- a relationship with individuals who live and work in the facility;
- a context for working out  problems;
- an understanding of the environment, and
- a knowledge base about long term care issues.[2]

## A.  Why Do Residents Need an Ombudsman?

There are four basic reasons why many residents need help in resolving their own problems.

1. Many residents are unaware of their rights or are unaware of what facilities are required to do.
2. Institutional factors, such as isolation, lack of power, and resistance to change, make it difficult for a resident to resolve a problem without assistance.
3. Because of physical and/or mental limitations or circumstance, many residents are unable to work through the complexities of a problem-solving process.
4. The process of solving a problem may seem overwhelming.

## B.  What Is An Ombudsman?[3]

The concept of an *ombudsman* originated in 1809 when the Swedish government changed from a monarchy to a democratic government.  The ombudsman was responsible for mediating between the government and the average citizen. He explained policy,

---

[1] Throughout this manual, long term care facilities or facilities will be used to mean nursing homes and assisted living homes. Residents will be used to mean individuals residing in nursing homes or assisted living facilities.
[2] Adapted from the Connecticut Nursing Home Ombudsman Program *Training and Resource Manual for Volunteer Resident Advocates*, developed by Cathic Brady and Barbara Frank, 1996.
[3] Adapted from the *Louisiana Long Term Care Ombudsman Program Resource Manual*, developed by Sara S. Hunt.

EXHIBIT __K__
Page __2__ of __42__

*The Alaska LTCO Program Manual*

shared information, and acted on behalf of the citizens as well as the government. He was to act objectively and impartially. Like the ombudsman of today, he did not have the ability to make administrative decisions, but he had the responsibility and the opportunity to use his knowledge to affect decisions.

Ombudsmen can be found in a number of settings, including businesses and universities. The Long Term Care Ombudsman (referred to only as ombudsman or LTCO from here on) helps the public, usually residents, who question the services received from nursing facilities, assisted living facilities, and public agencies that serve residents. The LTCO role is an adaptation of the original ombudsman model. ***LTCO are resident advocates.***

The LTCO must be *politically and administratively independent of the facility or agency involved; accessible to all parties concerned, and knowledgeable about long term care and concerns of the elderly.*

> *Long Term Care Ombudsmen take the resident's perspective in trying to resolve a problem.*

Ombudsmen have a unique role that requires *impartiality in gathering information about problems or complaints and advocacy skills in resolving those problems.* They must objectively determine the validity of complaints. They must gather sufficient information to have an accurate understanding of the problem and to plan a resolution strategy. ***However, in resolving problems, ombudsmen are usually not impartial. They become advocates working on behalf of the resident.***

**The ombudsman's primary role is to help residents help themselves.** Whenever possible, an LTCO assists the resident in developing specific strategies to address problems. These strategies may include mediating or negotiating with the facility staff, working with a resident council, getting a group of residents with similar concerns together to work on a problem, or filing a complaint on behalf of the resident. See *Chapter 7, The Problem-Solving Process*, for more information about using these strategies to resolve problems.

**There may be times when the ombudsman will speak on behalf of the resident or family.** This usually occurs when resources within the home or community are unknown, when family or legal problems arise, or when there is fear of causing tension in resident-staff relationships. It may also occur when the resident is unable to communicate his/her wishes.



*The LTCO may negotiate with staff on behalf of the resident*

EXHIBIT ___K___
Page ___3___ of ___42___

# II.  Levels of Effort

Ombudsmen work in a variety of ways to improve care for residents of long term care facilities. Each level of effort contributes to overall improvement.  Often the avenues for advocacy are intertwined, building upon each other.  A state ombudsman may be working on system-wide changes while a local ombudsman is working on a resident's problems; yet their efforts are interconnected and complementary.  Effecting lasting change takes the combined efforts of the entire ombudsman network.  Furthermore, other individuals or groups may also participate in and strengthen the advocacy work.  Listed below are a variety of roles the ombudsman plays in an effort to provide a healthy environment for residents living in long term care facilities.

–  ***Working to Resolve Individual Problems*** provides immediate assistance to residents. Ombudsmen hear concerns from many sources:  residents, families, friends, facility staff, and others.  Most of these concerns are about nursing care, food, finances, sanitation, and activities.  Ombudsmen are trained in complaint-handling techniques and authorized by the Older Americans Act (OAA) to investigate and resolve problems.

–  ***Making Overall Changes in the Facility*** may be necessary if the facility's care practices or policies are at the root of resident problems.  Advocates often work hard to open lines of communication between facility administration and residents and their families.  A change in administration and staff attitude may be necessary before a facility can be a comfortable place for residents.

–  ***Extending Community Resources to Residents*** is essential because no one institution can meet all the needs of all its residents.  Residents have social, legal, financial, recreational, personal, intellectual, and spiritual needs.  They may also need to locate services to assist in obtaining clothing and personal items.  The ombudsman must work with the facility to identify appropriate community resources.

–  ***Getting Necessary System-Wide Changes*** may be essential to achieve an effective resolution to a problem.  This might mean changes in regulations or laws or improvements in an enforcement system.   System-wide changes may also occur as a result of an educational process that is followed by implementation.

–  ***Effecting Legislative and Regulatory Change*** is a critical role that an ombudsman plays. Their work serves to inform decision makers about the concerns of residents and problems that affect the resident's quality of life and care.  The 1987 Nursing Home Reform Amendments were based in large part on the work of ombudsmen and other advocates under the leadership of the National Citizens' Coalition for Nursing Home Reform.

–  ***Empowering Residents and Citizens*** is an integral part of the daily work of an ombudsman.  The ultimate goal is to have residents and citizens of the community advocate for improved quality of life and quality of care in their facilities.  The ombudsman enables residents and the community to engage in self-advocacy by educating residents, families, friends, and/or potential consumers about their rights in a facility.   They do this by providing information, encouraging and supporting such efforts, and by being a positive role model.  Thus, **ombudsmen need to have a working knowledge of resident's rights**

EXHIBIT ___
Page ___ of ___

**under state and federal law and current state and federal regulations governing long term care facilities.**

A good advocacy program responds to the interrelationship of all these forms of advocacy. While one program or advocate may not be able to emphasize every aspect of this wide range of activities, the program should see itself as part of a network of activities in which all forms of advocacy support each other.

Just as the program operates through teamwork with other programs, the members of an advocacy program need to work well as a team, complementing one another's talents and recognizing the necessity of all contributions to the total effort. Ombudsmen can assist each other in the development of skills, strategies, and an information bank necessary for any advocacy work.

EXHIBIT K
Page 5 of 42

# III.  Code of Ethics for Ombudsmen

Regardless of an ombudsman's level(s) of advocacy effort, or the complexity of the issue/problem that is being addressed, there is a basic set of principles that guide an ombudsman's decisions.   The National Association of State Long Term Care Ombudsman Programs developed the following Code of Ethics for ombudsmen. A fuller discussion of ombudsmen ethics is in (Appendix A) at the end of this chapter.

1.  The ombudsman provides services with respect for human dignity and the individuality of the client, unrestricted by considerations of age, social or economic status, personal characteristics, or lifestyle choices.

2.  The ombudsman respects and promotes the client's right to self-determination

3.  The ombudsman makes every reasonable effort to ascertain and act in accordance with the client's wishes.

4.  The ombudsman acts to protect vulnerable individuals from abuse and neglect.

5.  The ombudsman safeguards the client's right to privacy by protecting confidential information.

6.  The ombudsman remains knowledgeable in areas relevant to the long term care system, especially regulatory and legislative information, and long term care service options.

7.  The ombudsman acts in accordance with the standards and practices of the Long Term Care Ombudsman Program, and with respect for the policies of the sponsoring organization.

8.  The ombudsman will provide professional advocacy services unrestricted by his/her personal belief or opinion.

9.  The ombudsman participates in efforts to promote a quality, long term care system.

10.  The ombudsman participates in efforts to maintain and promote the integrity of the Long Term Care Ombudsman Program.

11.  The ombudsman supports a strict conflict of interest standard that prohibits any financial interest in the delivery or provision of nursing home, board, and care services, or other long term care services that are within their scope of involvement.

12.  The ombudsman shall conduct himself/herself in a manner that will strengthen the statewide and national ombudsman network.



EXHIBIT  K
Page 6 of 42

*The Alaska LTCO Program Manual*

# IV. Program Structure

## A. National Level

At the national level, the Long Term Care Ombudsman Program (LTCOP) is administered by the federal government through the Administration on Aging (AoA). The AoA is one of several agencies within the umbrella agency, Department of Health and Human Services (DHHS) in Washington, D.C. It was created by Congress to carry out the Older Americans Act (OAA). This agency establishes policies and procedures and provides oversight for activities under the OAA. Funds are distributed to the states to support OAA activities nationwide. The administrative head of the AoA is the Assistant Secretary for Aging, who is appointed by the President, subject to approval by the Senate.

## B. State Level

Under the Older Americans Act, every state must have an Office of the State Long Term Care Ombudsman if it wishes to receive monies. How the program is structured and where it is located varies considerably from state to state. In Alaska, the statewide Ombudsman Program is housed in the Alaska Commission on Aging.

*Ombudsman Program Structure*





# V.  History of the Long Term Care Ombudsman Role

In 1971, under President Richard Nixon's Eight Point Directive to address abuses in nursing homes, Congress made funds available to several states for experimental nursing home ombudsman programs.  States were to establish *"investigative units which would respond in a responsible and constructive way to nursing home patients."*

Based on the success of the demonstration projects in resolving complaints, all states were invited to submit proposals for grants to develop programs in 1975.  The following is part of the instruction to explain the necessity of establishing a program:

> *"Our nation has been conducting investigations, passing new laws and issuing new regulations relative to nursing homes at a rapid rate during the past few years.  All of this activity will be of little avail unless our communities are organized in such a manner that new laws and new regulations are utilized to deal with the individual complaints of older persons who are living in nursing homes.  The individual in the nursing home is powerless.  If the laws and regulations are not being applied to her or to him, they might just as well not have been passed or issued."*
>
> Arthur S. Flemming, 1976, Commissioner on Aging, AoA-TAM-76-24

In 1975, grants were given to forty-seven states and differed from the original demonstration projects, in that the need for local ombudsmen throughout the state was stressed.   The demonstration projects had shown that one or two persons operating out of one central location would have great difficulty in responding to the volume and variety of needs.

## A.  The Ombudsman Program Under the Older Americans Act

The ombudsman program was incorporated into federal law through the 1978 amendments to the Older Americans Act (OAA).  The OAA required all states to have an ombudsman program and specifically defined ombudsman functions and responsibilities.  A statewide reporting system was also required.

In the 1981 amendments to the OAA, board and care homes were added to the program's area of responsibility.  The name was changed to the Long Term Care Ombudsman Program (LTCOP).  Additional changes in the requirements for the LTCOP have come via subsequent amendments.


EXHIBIT  K
Page  8  of  42

## B. The Alaska Long Term Care Ombudsman Program

In order to assist long term care residents in the assertion of their civil and human rights, the Alaska Legislature specifically defined the powers and duties of the ombudsman program in legislation that took effect in 1988. The powers of the ombudsman program are intended to emphasize the primary role of investigating and resolving complaints made by or on behalf of long term care residents.

Provisions in the Alaska ombudsman statutes include:
 – access to long term care facilities;
 – access to long term care residents;
 – access to records concerning long term care residents;
 – immunity from liability;
 – confidentiality;
 – civil penalties for willful interference with ombudsman program activities.

## C. The Role of the State Long Term Care Ombudsman

In addition to fulfilling the LTCOP responsibilities under the OAA, the State Long Term Care Ombudsman (SLTCO) has specific responsibilities to individuals serving as Long Term Care Ombudsmen (LTCO). These duties include providing:

 – certification training and on-going training;
 – technical assistance and supervision as needed, related to handling inquiries, follow up to complaints, and other Office of the Long Term Care Ombudsman (OLTCO) services; and
 – program management and development to enable the LTCO to fulfill their responsibilities.

## D. The Role of the Long Term Care Ombudsman

Individuals, whether paid or volunteers, who are working with the LTCOP must comply with the applicable policies and procedures of the Alaska LTCOP. A brief delineation of various ombudsman roles follows. Information about ombudsman skills and how to proceed in fulfilling ombudsman responsibilities is available in subsequent chapters of this manual; in the Alaska Statutes: LTCOP; the Alaska LTCOP Policies and Procedures; and in training offered by the SLTCOP.

***Long Term Care Ombudsman Interns*** are individuals who are working on completing the requirements for ombudsman certification. They may visit residents but have very limited authority to deal with complaints and only under the direct supervision of the SLTCO.



***Long Term Care Ombudsman, Level 1*** are individuals who have obtained this designation as certified ombudsmen, Level 1, from the SLTCO.   These individuals visit residents, resolve complaints, *except for* adult abuse complaints under Alaska Statutes 47.24, and handle other designated ombudsman program responsibilities.

***Long Term Care Ombudsman, Level 2*** are individuals who have obtained this designation as certified ombudsmen, Level 2, from the SLTCO.  They visit residents, resolve complaints, *including* adult abuse complaints under Alaska Statutes 47.24, and handle other designated ombudsman program responsibilities.

## E.  The Role of the Volunteer Ombudsman

To be effective as a volunteer ombudsman is to be a problem-solver.  The ombudsman program exists to empower long term care residents with a special emphasis of advocacy.  The client for whom the volunteer advocates is always the resident.

*Below are several roles that are inappropriate for an ombudsman.*

### Inappropriate Roles for the Ombudsman

#### FRIENDLY VISITOR

Every resident needs a friend – someone to bring them home for Thanksgiving dinner, take them cards, cookies, and flowers.  This valuable role is not appropriate for a LTCO.

There are several reasons why you should not be an ombudsman in a facility where you are visiting relatives:
- objectivity is not usually possible;
- fear of retaliation may keep you from being an advocate;
- a perception of favoritism may develop;
- the staff may misunderstand your role in the facility.

Even more important, other residents in the facility may be neglected, or feel neglected, if your time is concentrated on meeting the social needs of a few residents.

#### FACILITY HELPER

Family members, volunteers for the facility, or friendly visitors are often asked to help facility staff with residents needs.  Feeding residents, helping with recreational activities, helping residents walk, and providing transportation are responsibilities of the facility staff. LTCO are there to help residents get the care and services they need and to which they are entitled.  An LTCO should not perform these tasks.

EXHIBIT ___K___
Page _10_ of _42_

## SPECIAL INTEREST VISITOR

Many special interest groups, religious, political and charitable, want to work with long term care residents. It is unacceptable to use the position of the ombudsman to gain access to further an interest in a religious, political, nutritional, medical, or other special interest group.

## VIGILANTES

Persons who have a vendetta against nursing homes, assisted living homes, or other long term care providers, those who want to "settle an old score," or have hostile or negative attitudes about long term care, cannot be reasonable about solving problems in long term care facilities and thus are ineligible to serve as ombudsmen. Individuals who are on power trips and like to throw their weight around are seldom attractive to this program and are asked to leave immediately.

The LTCOP has a rich history and a nation-wide network. Being a LTCO is challenging and rewarding. **This manual is designed to be your reference and guidebook in serving residents**. The following section contains your state basis for working. The remainder of this manual will discuss the system within which you will work, residents, and how to proceed as an ombudsman. Never hesitate to contact the SLTCO for assistance, to answer questions, or for a pep talk whenever needed!

EXHIBIT K
Page 11 of 42

# VI.  Alaska Statutes:  Long Term Care Ombudsman

## AS  44.21.231.  *Office of the Long Term Care Ombudsman*

(a)  The Office of the Long-Term Care Ombudsman is established in the commission.

(b)  The ombudsman shall be hired by the commission.  A member of the commission who has a financial interest in a long-term care facility in the state, or who has any other conflict of interest, may not participate in the hiring of the ombudsman.  The ombudsman is a full-time position in the classified service.

(c)  The ombudsman may not have a financial interest in a long-term care facility in the state.  The commission shall adopt regulations to ensure that the ombudsman and employees and volunteers of the office do not have a conflict of interest or an appearance of a conflict of interest. (2 ch 108 SLA 1988)

## AS  44.21.232.  *Duties and powers of the Long-Term Care Ombudsman*

(a)  The ombudsman shall investigate and resolve a complaint made by or on behalf of an older Alaskan who resides in a long-term care facility in the state of the complaint relates to a decision, action or failure to act by a provider or a representative of a provider of long-term care services, or by a public agency or social services agency, that may adversely affect the health, safety, welfare, or rights of the older Alaskan.

(b)  The ombudsman may investigate and resolve a complaint made by or on behalf of an older Alaskan relating to the long-term care or residential circumstances of the older Alaskan. Complaints under this subsection may relate to any issue not covered under (a) of this section, including the older Alaskan's landlord, senior citizen housing, a  public assistance program, a public grant program for services to older Alaskans, public utilities, health care facilities, and health care providers.

(c)  The ombudsman may . . .

    (1)  subpoena witnesses, compel their attendance, require the production of evidence, administer oaths, and examine any person under oath in connection with a complaint described under (a) of this section;  the powers described in this paragraph shall be enforced by the superior court;

    (2)  pursue administrative, legal, or other appropriate remedies on behalf of an older Alaskan who resides in a long-term facility in the state.  (2 ch 108 SLA 1988)

## AS  44.21.233.  *Training and certification of staff*

(a)  The ombudsman shall provide for the training and certification of office staff, including volunteers and other representatives of the office.  Training must include instruction in federal, state, and local laws and policies relating to long-term care facilities in the state, and in investigative techniques.  The ombudsman may require other appropriate training.  The ombudsman may decertify a person under this section for good cause in accordance with regulations adopted by the commission.



EXHIBIT  K
Page 12 of 42

(b) An employee, volunteer, or other representative of the office may not investigate a complaint under AS 44.21.232 unless certified as having completed training under this section and approved by the ombudsman as qualified to investigate the complaint. (2 ch 108 SLA 1988)

## AS 44.21.234.  Access to long-term care facilities, older Alaskans, and records

(a) A person may not deny access to a long-term care facility or to an older Alaskan by the ombudsman or an employee, volunteer, or other representative of the office.

(b) Notwithstanding the provisions of AS 44.211.232 (c) (1), the ombudsman may obtain medical or other records of an older Alaskan who resides in a long-term care facility in the state only with the consent of the older Alaskan or the older Alaskan's legal guardian or, if the older Alaskan is unable or incompetent to consent and does not have a legal guardian, only with a court order. (2 ch 108 SLA 1988)

## AS 44.21.235.  Confidentiality

(a) Records obtained or maintained by the ombudsman are confidential, are not subject to inspection or copying under AS 09.25.110 - 09.25.120 and, except as provided in (b) of this section, may be disclosed only at the desertion of the ombudsman.

(b) The identity of a complainant or an older Alaskan on whose behalf a complaint is made may not be disclosed without consent of the identified person or the person's legal guardian, unless required by court order. (2 ch 108 SLA 1988)

## AS 44.21.236.  Immunity from liability

(a) A person who, in good faith, makes a complaint described in AS 44.21.232 is immune from civil or criminal liability that might otherwise exist for making the complaint.

(b) The ombudsman, or an employee, volunteer, or other representative of the office, is immune from civil or criminal liability for the good faith performance of official duties. (2 ch 108 SLA 1988)

## AS 44.21.237.  Interference with a Long-Term Care Ombudsman and retaliation prohibited

(a) A person may not intentionally interfere with the ombudsman, or an employee, volunteer, or representative of the office, in the performance of official duties under AS 44.21.232.

(b) If a person makes a good faith complaint described in AS 44.21.232, an employer or supervisor of the person, or a public or private agency or entity that provides benefits, services, or housing to the person, may not discharge, demote, transferee, reduce the pay or benefits or work privileges of, prepare a negative work performance evaluation of, deny or withhold benefits or services, evict, or take other detrimental action against the person because the complaint. The person making the complaint may bring a civil action for compensatory and punitive damages against an employer, supervisor, agency, or entity that violates this subsection. In the civil action there is a refutable presumption that the detrimental action was retaliatory if it was taken within 90 days after the complaint was made.

(c) A person who violates this section is guilty of a class B misdemeanor. (2 ch 108 SLA 1988)

EXHIBIT  K
Page 13 of 42

## AS 44.21.238.  Legal counsel for the Long-Term Care Ombudsman

The attorney general shall provide legal advice and representation in connection with any matter relating to the powers, duties, and operation of the office, and in any legal action brought against the ombudsman or an employee, volunteer, or other representative of the office.   If the attorney general cannot provide legal advice or representation because of a conflict of interest, the ombudsman may employ private legal counsel.  (2 ch 108 SLA 1988)

## AS 44.21.239.  Cooperative agreements

The commission shall enter into cooperative agreements concerning the operations of the office, including protocols for investigations, with state and local agencies that have jurisdiction over long-term care facilities or over the abuse and neglect of older Alaskans.  (2 ch 108 SLA 1988)

## AS 11.21.240.  Definitions.  In AS 4421.200 – 44.21.240

(1) "commission" means the Older Alaskans Commission;

(2) "long-term care facility" means an assisted living home that is required to be licensed under AS 47.33 and a nursing home as defined in AS 08.70.180;

(3) "office" means the Office of the Long-Term Care Ombudsman;

(4) "older Alaskan" means a resident who is 60 years of age or older;

(5) "ombudsman" means the Long-Term Care Ombudsman hired under AS 44.21.231;

(6) "senior citizen housing" has the meaning given "senior housing" as AS 18.56.799.  (2 ch 79 SLA 1981; am 3 ch 108 SLA 1988; am 119 ch 4 FSSLA 1992)


EXHIBIT  K
Page  14  of  42

## Chapter 3

# LONG TERM CARE: FACILITIES, REGULATIONS, AND FINANCES

*Objective – Ombudsmen need to understand the differences in types of facilities, what facilities are required to do, what happens if they don't meet the requirements, and the primary sources of payment for long term care.*

### In This Chapter

I. TYPES OF SERVICES AND SETTINGS ........................................................................ 2
   A. HOME AND COMMUNITY-BASED SERVICES (HCBS) ........................................ 2

II. TYPES OF FACILITIES ............................................................................................... 5
   A. ASSISTED LIVING HOMES ...................................................................................... 5
   B. NURSING FACILITIES ............................................................................................... 6

III. OWNERSHIP AND MANAGEMENT OF LONG TERM CARE HOMES ............. 7
   A. PROPRIETARY OWNERSHIP ..................................................................................... 7
   B. NON-PROFIT ORGANIZATIONS ................................................................................ 7
   C. GOVERNMENT FACILITIES ....................................................................................... 8

IV. STAFF AND DEPARTMENTS IN FACILITIES ..................................................... 9
   A. ASSISTED LIVING HOMES ...................................................................................... 9
   B. NURSING FACILITIES ............................................................................................. 10

V. LONG TERM CARE FINANCES ............................................................................. 13
   A. MEDICAID .............................................................................................................. 13
   B. MEDICARE .............................................................................................................. 16
   C. LONG TERM CARE INSURANCE ............................................................................ 19

VI. STATUTES AND REGULATIONS GOVERNING ASSISTED LIVING HOMES .... 20
   A. LICENSURE ............................................................................................................ 20
   B. ENFORCEMENT ...................................................................................................... 20

VII. REGULATIONS GOVERNING NURSING FACILITIES .................................... 21
   A. FEDERAL LEVEL .................................................................................................... 21
   B. STATE LEVEL ........................................................................................................ 21
   C. LOCAL .................................................................................................................... 22
   D. NURSING HOME PRE-ADMISSION SCREENING AND ANNUAL RESIDENT REVIEW .... 26
   E. ENFORCEMENT IN LONG TERM CARE FACILITIES .............................................. 26



# I. Types of Services and Settings[i]

Long term care is a combination of health care and support services provided on a continuous basis because of a chronic condition (physical or mental disability).  Much of long term care is non-medical care including support services such as assistance with bathing, eating, dressing, and cooking.  Older Americans, people with physical or mental disabilities, or people with mental illness, are the most common users of long term care services.

Historically, informal, long term care was provided by family members in the home.  With advancements in medical science, the life expectancy of humans has increased.  This lengthened life expectancy has increased the need for long term care services, a need that will continue to grow.  At the same time, the informal support system (often women in the home) has changed.  Women now occupy the work force in increasing numbers.  Our traditional informal support system has eroded, while the level of care individuals require has increased.

Nursing homes are the image many people think of when the need for long term care is mentioned.  Forerunners of nursing homes in the United States were called "almshouses" or "poor houses", which were very common from the 19th century until the Great Depression.  These institutions provided food and shelter to the aged, handicapped, and homeless.  Often, they were operated by churches or other charitable organizations.

After the Social Security Act was passed in the mid-1930's, many small, private homes were opened to care for the elderly.  In exchange for the older person's Social Security benefits, these homes offered room, board, and sometimes other services.  As a result of scandals, states and local governments began developing standards and procedures.

The most important factor in the development of the nursing facilities of today was the creation of Medicare and Medicaid programs in 1965.  Although nursing homes became a widespread answer to the need for long term services, changes are occurring.  Over the past decade, the public has urged other options.  These options include the boom of the assisted living home industry, providing a lower level of care than nursing homes, and an increase in funding for home and community-based services.

## A. Home and Community-Based Services (HCBS)

**Medicaid Waiver Programs**
Alaska's Medicaid Program has developed programs that provide some home and community-based long term care services outside of an institutional setting.  These programs require a *waiver* from the federal government and are referred to as *Medicaid Waiver Programs.*

In Alaska, the **CHOICE** Medicaid waiver programs exist under the State's agreement with the Health Care Financing Administration (HCFA) of the federal government.

---
[i]  Excerpted and adapted from the Illinois Ombudsman Curriculum, the Georgia LTCO Training Manual, developed by the Leigh Anne Clark, and the Louisiana Ombudsman Training Manual, developed by Sara S. Hunt.

EXHIBIT K
Page 16 of 42

# CHOICE PROGRAM STATISTICS

| | |
|---|---|
| **STARTED:** | 1992 |
| **PURPOSE:** | To provide a cost effective alternative to individuals at risk of becoming institutionalized |
| **PEOPLE SERVED:** | Children and adults |

| ADMINISTRATION | ELIGIBILITY |
|---|---|
| – Adults with physical disabilities and older adults | – All clients |
| – Children and others not included in the waivers managed by DSS | – Clients applying for services through the Adults with Physical Disabilities waiver |
| – Division of Senior Services (DSS) | – Within the appropriate age range |
| – Division of Mental Health and Developmental Disabilities | – Financially eligible for Medicaid from the Division of Public Assistance |
| | – Meet the medical criteria to qualify for the level of care provided in a nursing facility |
| | – All of the above criteria AND also must have a determination of permanent disability form the Social Security Administration or the Alaska Division of Public Assistance |

A second program that provides some assistance for individuals is the Alaska General Relief Program. It supplements Supplemental Security Income and/or Social Security Payments for non-medical needs such as housing or personal care attendant.

**Other Sources of HCBS Long Term Care Services[2]**

*Home Health Care* – Some people receive some long term care services through a home health agency.  The services are provided on a visiting basis in an individual's home and may include: part-time or intermittent skilled nursing care; physical, occupational, or speech therapy; medical; social services; medical supplies and appliances (other than drugs and biologicals); and personal care services.  Some of this care is funded through Medicare, while the majority is paid through

---

[2] From the Georgia LTCO Training Manual, developed by Leigh Anne Clark.

EXHIBIT ___
Page ___ of ___

insurance or by the individual privately. Home Health agencies or providers are required to be licensed by the State.

***Respite Care*** – Respite care or services are provided to relieve a caregiver for several hours or days to allow the caregiver to "refuel" or attend to other matters so he or she may continue with the care-giving role. There is a great demand for respite services. This is funded through the Alaska Commission on Aging and is primarily provided through adult day.

***Hospice Care*** –Terminally-ill patients and their families may receive hospice care, which includes nursing services, social services, and counseling to assist a patient and his or her family through life's "last station." The whole family is considered the unit of care, and care extends through their period of mourning. Hospice care may also be provided to individuals living in long term care facilities.

EXHIBIT K
Page 18 of 42

# II. Types of Facilities

## A. Assisted Living Homes

There are no federal laws or regulations defining assisted living. Each state decides whether to establish standards, require licensure, and provide oversight to this type of facility. In Alaska, assisted living is established and defined in Alaska Statute 47.33. There are approximately 119 assisted living homes licensed by the Division of Senior Services and 143 homes licensed by the Division of Mental Health and Developmental Disabilities, for a combined total of 262 homes and 1,804 beds. In Alaska, there are many small, assisted living homes (ALHs) caring for five or fewer residents. There are also larger facilities with capacities ranging from 16 beds to over 200 in the Anchorage Pioneers' Home. The average size is five residents. ALHs cost from $1,500 to $3,500 a month.

The individuals who live in ALHs are often isolated and in many cases more vulnerable than nursing home residents. ALHs are not health care facilities. Compared to a nursing home, an ALH is a less restrictive environment.

Large ALHs may not look very different from nursing homes. Some of the more home-like aspects of smaller ALHs may not be present: a contrast with the public perception that ALH is a home like setting. For example, large ALHs may have a large common, multi-purpose room and a large dining room, instead of smaller rooms closer to living rooms and kitchens/eating areas in individual homes.

**PURPOSE**
- Provide a home-like environment for elderly persons and persons with a mental or physical disability who need assistance with the activities of daily living;
- Promote the establishment of homes that help the elderly age in place; and
- Allow adults with a physical or mental disability to become integrated into the community and to reach their highest level of functioning.

**DEFINITION**
*Residential facilities that serve three or more adults who are not related to the owner of the facility by blood or marriage by:*
- Providing housing and food service;
- Providing, obtaining, or offering to provide or obtain for its residents: assistance with the activities of daily living (ADL's); personal assistance; or a combination of assistance with ADL's and personal assistance.

EXHIBIT K
Page 19 of 42

## B.  Nursing Facilities

Federal laws and regulations provide a consistent definition, requirements, and oversight process for nursing facilities. The scope of services and approach to care were significantly changed by the U.S. Congress with the enactment of the Nursing Home Reform Amendments of the Omnibus Budget Reconciliation Act of 1987 (OBRA '87).

**DEFINITION**   *An institution (or a distinct part of an institution) that is primarily engaged in providing to residents:*

- Skilled nursing care and related services for residents who require medical or nursing care;
- Rehabilitation services for the rehabilitation of injured, disabled, or sick persons; or
- Health-related care and services, (on a regular basis), to individuals who because of their mental or physical condition require care and services (above the level or room and board), which can be made available to them only through institutional facilities; and
- Is not primarily for the care and treatment of mental diseases.

There are approximately 15 nursing homes licensed to operate in Alaska.  In addition, there are 5 hospitals licensed to operate swing beds.  There are 720 nursing home beds.  The average cost ranges from $183.11 to $569.09 a day.

EXHIBIT
Page 20 of 42

*The Alaska LTCO Program Manual*

# III.  Ownership and Management of Long Term Care Homes[3]

Ownership and management of long term care facilities is carried out by a variety of providers with an almost endless array of administrative and financial arrangements.

## A.  Proprietary Ownership

When a facility's income (or revenue) exceeds its expenses, it earns what is commonly called a profit.  Proprietary long term care facilities are in business to produce profits.  Profits are either given to the owner(s) of a facility or are reinvested in the business.

There are two basic forms of proprietary ownership:

1. **Individual or partnership** – Profits are funneled to individual owners or partners who are personally liable for a business's operation and debts and can be sued as individuals.  Such ownership has several tax advantages.  For instance, profits are taxed only as individual income and not also as corporate income.  Furthermore, the business may serve its owners as a tax shelter.

2. **Corporate** – Corporate stockholders or members are not individually liable for the corporation and cannot be sued for its actions or debts.  As individuals, though, they do not receive the tax advantages that benefit individual owners.  In fact, corporation profits that are passed on to owners are taxed twice:  first as corporation income, then as individual income.  An owner may avoid double taxation by being paid a salary by the corporation for serving as an officer of the corporation or working for the business in another capacity.  Such salaries are not taxed as corporate profits since they are a business expense.  Instead, they are taxed solely as personal income.

## B.  Non-Profit Organizations

Non-profit, long term care homes also produce profits, but these may not be legally distributed to individuals or groups for personal use.  Instead, profits are returned to the general coffers of the organization.  The primary financial goal of non-profit facilities is to increase their revenues.  Many non-profit homes are sponsored by religious or charitable institutions.

---

[3]  From the Louisiana Ombudsman Program Manual, developed by Sara S. Hunt.

EXHIBIT K
Page 21 of 42

## C. Government Facilities

Other long term care facilities are government-operated. Such homes are administered by county, state, or federal governments. Government facilities' costs tend to be higher than those of non-profit facilities. Veterans' nursing homes and Pioneers' homes are included in this category.

**Licensure and Certification**

Alaska law requires all long term care facilities to be <u>licensed</u> before they can be operate as a business. Assisted living homes will usually be issued a license for a period of two years; nursing homes for one year, although six-month licenses are issued for facilities that need improvement. The license can be revoked if the facility violates any of the state licensing standards.

In addition to being licensed, ***all nursing homes in Alaska*** are <u>certified</u> for participation in Medicare and/or Medicaid. This means that they receive money from the Medicaid and/or Medicare programs and agree to abide by those program requirements.


EXHIBIT  K
Page 22 of 42

*The Alaska LTCO Program Manual*

# IV.  Staff and Departments in Facilities[4]

## A.  Assisted Living Homes

**Staff**

Assisted living homes are philosophically intended to simulate a person's own home while providing twenty-four hour non-medical supervision. The staff in an assisted living home is generally not trained in, or oriented to, a medical model.  The owner is usually directly involved with the resident's care.  Other workers may be involved in the care, and some may be certified nurse aides (CNAs).  However, often the care workers are  not certified nor have they received specialized education or gerontology training. There must be staff *in the home* whenever a resident is there, twenty-four hours a day if necessary.

**Administration**

*Governing body* –   ALHs operated by an association, corporation, or other entity may have a governing body responsible for setting policy, overseeing its implementation, and selecting and evaluating the performance of the administrator of the ALH.

*Administrator* – The individual who is responsible for the daily  and overall operation of the ALH. Someone must be designated to act on the administrator's behalf for any period during which the administrator is absent.

**Care Providers**

*Care providers and other employees* – An ALH must employ the type and number of care providers and other employees necessary to operate the home in compliance with state requirements.

**Services**

The home must provide meals and general supervision.  There are no specific requirements to have programming, such as various activities, in assisted living homes.  The assistant or the resident's legal guardian signs a contract, referred to as an assisted living plan, that specifies the services that will be provided, (e.g. bathing, transportation, special diets, religious services, orientation therapy).

---

[4] From the Louisiana Ombudsman Program Manual, developed by Sara S. Hunt.

EXHIBIT___ _K_
Page __23_of _42_

3-9

## B. Nursing Facilities

### Staff

The staff in a nursing facility may be assigned to various departments (e.g., nursing, housekeeping, dietary, etc.). Each department is responsible for contributing to the overall functioning of the facility. The size and composition of departments of each facility is contingent upon its total size and the level of care provided. Therefore, there may be differences between two nursing facilities. The staff positions in most nursing homes are usually developed and named to comply with federal and state standards. Listed below are typical departments and staff positions.

### Administration

*Governing Body* – Has the overall responsibility for operation of the facility. The governing body may be called the "Board of Directors", "Trustees", or may simply be the owners of the facility. The governing body must meet periodically to set policies and to adopt and enforce rules and regulations for the health care and safety of residents.

*Administrator* – The person in charge of the day-to-day management of a nursing home. The administrator is appointed by the governing body and must be licensed by the state.

*Medical Director* – A physician employed by the facility to be responsible for overseeing the development of specific health-care policies for the facility.

### Physician Services

*Attending Physician* – The medical care of every resident must be provided under the supervision of a physician. A physician assistant or nurse practitioner may provide medical care to a resident under the supervision of that resident's physician. Residents may choose their own physicians. Each facility must have a physician available to furnish necessary care in an emergency.

### Nursing

*Director of Nurses (DoN)* – Is primarily responsible for establishing policies and procedures for the nursing staff and for supervising the provision of all nursing care. Unless a waiver has been granted, facilities must designate an RN to serve as the director of nursing on a full-time basis. The director of nursing may serve as a charge nurse only when the facility has an average daily occupancy of 60 or fewer residents.

*Charge Nurses* – May be either RN's or licensed practical nurses (LPN's). They supervise the nursing care provided during their shifts, usually for one particular section of the nursing home.

*Nursing Assistants and Orderlies* – Provide the majority of assistance with personal care for residents. These persons often make up a high percentage of the nursing staff. Nursing assistants or orderlies must complete a state-approved training and competency evaluation program prior to, or within, four months of employment in a nursing facility. They must receive a minimum of 75 hours of training and complete a competency evaluation within their first four months of employment, with a few specific exceptions. Any aide used by a facility on a temporary or part-time basis must be trained and competent.

EXHIBIT ___K___
Page _24_ of _42_

&mdash;  States must maintain a registry of individuals who have met the training and competency requirements. The registry must also contain any official findings by the state of resident abuse, neglect, or misappropriation of property by the aide. Before using someone as a nurse aide, the facility must check with the State Registry and the registry of any other state that the facility believes will have information about the aide.

## Other Medical Care

*Consultant Pharmacist* – Oversees the receiving, dispensing, and administration of drugs and biologicals (language from the regs) to meet the needs of each resident.

*Other Medical Personnel* – Includes physical, speech, and occupational therapists who may or may not be actual employees of the home.

## Social Services

*Social Worker* – Provides medically related social services to attain or maintain the highest practicable psychosocial well-being of each resident. In facilities with more than 120 beds, this individual must be employed full-time and must have a bachelor's degree in social work or similar professional qualifications.

*Social Service Designee* – Facilities with fewer than 120 beds must also provide services to attain or maintain the highest practicable psychosocial well-being of each resident. This individual does not have to have a particular educational background.

## Activities

*Activities Director* – Is responsible for an on-going program of activities designed to meet the interests and the physical, mental, and psychosocial well-being of each resident. This person must be a qualified professional.

## Dietary

*Food Service Supervisor* – Is in charge of preparing meals and menus. If this person is not a qualified dietician, he/she must receive consultant services regularly from a person so qualified.

## Other Important Personnel

&mdash;  Director of maintenance

&mdash;  Director of housekeeping

&mdash;  Personnel director

&mdash;  Medical records director

&mdash;  Bookkeeper and/or business manager

&mdash;  Volunteer coordinator

&mdash;  Chaplain

EXHIBIT K
Page 25 of 42

It is important for ombudsmen to request to see the organizational chart of the home you visit in order to understand the administrative lines of authority, responsibility, and supervision. This will enable you to identify the appropriate persons when you need information from staff at a particular facility.

EXHIBIT K
Page 26 of 42

# V. Long Term Care Finances[5]

Who pays for long term care?  The increasing number of very old and frail persons, the rising costs of health care, and the availability of fewer family members to provide home care combine to make this question a major national concern.

While any long term care financial scheme must ultimately include adult day care, home health, and other non-institutional services, the focus of this discussion is on who pays for nursing home care.

The vast majority of persons you encounter in nursing homes will be on Medicaid.  Other sources of payment will include private pay, Medicare, Veterans Administration, and in a few cases, private long term care insurance.

**IMPORTANT**

> The information in this section is intended to give you a *general* understanding of the requirements, services, and appeals processes for the primary sources of payment for long term care. It is not sufficient for you to advise individuals about their eligibility or services. *It is always best to advise a consumer to directly contact the pertinent eligibility office if they have specific questions.*

## A. Medicaid

Medicaid is a medical assistance program for low-income persons.  It was established by Title XIX of the Social Security Act of 1965 and is often referred to as "TITLE XIX."  It is a joint Federal – State program that reimburses providers for covered services to eligible persons.

Medicaid is a medical assistance program for low-income persons.  It was established by Title XIX of the Social Security Act of 1965 and is often referred to as "TITLE XIX."  It is a joint Federal – State program that reimburses providers for covered services to eligible persons.  States are given some flexibility in deciding which services are covered and who is eligible; therefore, there are differences in Medicaid from state to state.

The Department of Health and Human Services (HHS) administers the program through the Health Care Financing Administration (HCFA).  HCFA establishes general guidelines and monitors operation of the program by the states.  Both state and federal funds are used in the program, based on a percentage determined by each state's per capita income.  States are given some flexibility in deciding what services are covered and who is eligible, so there are differences in Medicaid from state to state.

Recipients of certain forms of public assistance automatically qualify for Medicaid benefits. These include recipients of:

- Supplemental Security Income
- Aid to Families With Dependent Children
- Foster Care
- Refugee Assistance

[5] Excerpted from the New Mexico Ombudsman Curriculum developed by Sara S. Hunt.

**Eligibility**[6]

To qualify for home- and community-based services under a Medicaid waiver program or for nursing home care under Medicaid, a person must be both *categorically* and *medically* eligible. *Medical eligibility* involves verifying that the recipient has a medical need for nursing home care and is appropriately classified as to level of care. Medical eligibility is determined by the Alaska Medicaid Office.

*Categorical eligibility* is based primarily on income and resources (assets). The categorical requirements for eligibility listed below are for underlined nursing home care. These may change for the waiver programs. The requirements for nursing home care are:

1.  Residency and Citizenship:  Applicants must meet minimum U.S. citizenship and Alaska residency requirements.

2.  Age or Disability:  Recipients must be either 65 or older, blind, or disabled. Disability is determined using Social Security criteria.

3.  Continuity of Stay:  A resident must be continuously institutionalized in a medical setting (e.g., hospital or SNF) for 30 days. If eligible, Medicaid will pay for the first month retroactively.

4.  Income:  Income cannot exceed $_____ per month for an individual (three times the SSI Federal Benefits Rate) or $_____ per month for a couple if both are in the same nursing home. It is determined using gross income, before any deductions for such items as Medicare premiums. These figures change every year, usually corresponding to the yearly cost of living adjustment of Social Security benefits.

    a.  Definition of Countable Income:  Income includes, but is not limited to, retirement benefits from Social Security, Railroad Retirement, Veterans Administration, or private pensions; dividends; interest; annuity payments; and income from trusts.

    b.  Exclusions:  Exclusions from countable income include income tax refunds; the value of personal, medical or social services received; payments made under credit life or credit disability policies; and repayment of the principal of a bona fide loan. The income of a spouse or any other family member is NOT considered.

5.  Resources:  Resources include cash or other assets that can be converted to cash to meet basic needs. Medicaid refers to these as countable resources. The limits on countable resources are $2,000 for an individual.

    a.  Exclusions:  Certain items are normally excluded from consideration as countable resources. These exclusions include:

        (1) Home property :  A resident's home property is excluded if:

            (a) a spouse or dependent child lives there;

---

[6]  Excerpted from the Louisiana LTCOP Manual.

EXHIBIT K
Page 28 of 42

    (b) an SSI eligible person is joint owner

(2) <u>Personal property and household belongings</u> where no unusual item exists worth more than $2,000 (e.g., musical instruments, coin collections, jewelry).

(3) <u>One vehicle</u> if used for medical appointments or essential daily activities or if its current market value does not exceed $4500.

(4) <u>Burial plot and a burial allowance</u> up to $1,500 per individual. The allowance may be met by: (1) funds designated for burial expenses; (2) a burial plan for any amount tied to an irrevocable contract that specifies the services and amounts to be expended; and (3) a life insurance policy with no cash surrender value. This clause allows people to shelter up to $1,500 per individual by declaring it as set aside for burial.

(5) <u>Excess property</u> (property not excludable as home property) can be excluded if the equity is less than $6,000 and a 6% rate of return is received though rental. This formula is often applied to rental property or a second home on which the resident owes money.

**Penalty for Transfer of Assets**[7]

Medicaid regulations provide for a penalty for any individual who gives away assets (Except to a spouse) within thirty-six months of entering the nursing home in order to become eligible. The penalty will result in the denial of all payments to the facility or denial of the Waiver Program application.

**Individual's Share and Personal Needs Allowance**

Once an individual is eligible for Medicaid, the eligibility worker will determine how much the individual must pay the nursing home for his/her cost of care. Basically, all of the individual's income must be used to pay the facility except for $75[8] per month for personal needs and any amount needed to pay for private health insurance, including Medicare premiums. Medicaid regulations also provide for the needs of a spouse if the individual entering the facility is married and income of the nursing home spouse to make the at-home's spouse total monthly income $1,975.50.

**Spousal Impoverishment**

Spouses of nursing home residents receiving Medicaid are allowed to retain:
a) $76,120 in assets and
b) $1,900 per month in income  (Houses are exempt, one car, and all personal effects.)

These numbers usually change on an annual basis due to being based on a percentage of the poverty level. Be sure to obtain the most recent amounts before you share this information with anyone.

---

[7] Excerpted from the Georgia LTCOP Manual, 1998, developed by Leigh Anne Clark.
[8] The federal requirement is $30.00/month. Alaska chooses to exceed the required amount.

EXHIBIT K
Page 29 of 42

## Covered Services

Certain services are required for nursing homes and are included in the payment made to the home. These are listed and discussed in the section on the Nursing Home Regulatory System. Other services covered by Medicaid are listed below. All services must be certified as *medically necessary*.

## Appeals

A Medicaid recipient must receive written notice of any decision or determination that affects eligibility or coverage. This notice must include the reasons for the decision and an explanation of hearing rights. If a decision is unfavorable – eligibility is denied, benefits seem insufficient, the effective date is problematic, or the amount of the patient's liability seems too high – the recipient may request a hearing.

## B. *Medicare*

> *Refer individuals with questions about Medicaid, Medicare, and Medigap insurance to the Health Insurance Counseling Assistance Program.*
> *1-800-478-6065;*
> *Hotline: 1-800-269-3680.*

Medicare was established by Title XVIII of the Social Security Act and is sometimes referred to as "Title XVIII." Medicare is actually two programs: **Part A** covers hospital and related care; and **Part B**, covers physicians and other medical expenses. *Appendix B* at the end of this chapter, compares the two parts. Both parts have deductible and coinsurance amounts that increase annually and must be paid before Medicare will begin to pay. Medicare, like Medicaid, is administered by a number of agencies. The Social Security Administration handles eligibility determinations. The Health Care Financing Administration (HCFA) governs administration of the programs, and private insurance companies under contract with the government handle actual claims and payments.

## Part A

Contrary to what many people believe, Medicare covers very little nursing home care. Medicare only pays for 100 days in a skilled nursing facility. These days must be preceded by a hospitalization of at least three days. The first 20 days are paid in full. Thereafter, the beneficiary must pay a co-payment of $96.00 per day. A beneficiary has the right to appeal the denial of skilled care Medicare.

You may deal indirectly with Medicare when assisting a person admitted to the nursing home from a hospital. You may hear the term DRG. This stands for *Diagnostic Related Group*. This term relates to the Prospective Payment System by which hospitals are paid based on a pre-set rate per case or type of diagnosis. This system, designed to control costs and reward efficiency, has sometimes led to patients being discharged in a weaker, sicker state, thus requiring more care. Hence they move to a nursing home, rather than return to the community. This has been one factor, along with the overall aging of the population, in the shift in the character of nursing homes residents. They are generally older and sicker than they were several years ago.

The prospective payment system is monitored by a Peer Review Organization (PRO). PROs are physician-sponsored organizations with the authority to perform utilization and quality review

EXHIBIT  K

Page  30  of  42

functions for Medicare. They are under contract with HCFA to monitor the prospective payment system. They review diagnoses, appropriateness of admissions, and quality of care. A hospital's decision to deny admission or deny continued Medicare coverage can be appealed to the PRO.

**Part B**
Part B of Medicare is a bit like a major medical insurance policy. Examples of Part B coverage are: the cost of physician services, related medical services, test and supplies. As with Part A, there are deductibles and co-payments. You are more likely to get questions about Part B because many residents, whose care is not paid for by Medicare, can use Medicare Part B to cover certain items or services regardless of primary payer. For example, physical therapy can be billed to Part B for both private pay and Medicaid residents.

Part B payments are based on an allowable charge (also called reasonable or approved charge). This is the amount set by the part B carrier for a specific service. The charges are based on a review of doctors' and suppliers' actual charges in an area during the previous year. Part B pays 80 percent of the allowable charge. By law, the allowable charge must be the lowest of: (1) the actual charge; (2) the customary charge (the middle charge made by each provider for the service) or (3) the prevailing charge (an amount high enough to cover the customary in three out of four bills).

A term you will hear frequently when dealing with Part B is <u>assignment</u>. If a provider does not agree to accept Medicare's allowable charge as payment in full, it is called a non-assigned claim. The beneficiary is responsible for any excess amount over the allowable charge, plus the 20 percent co-payment. With non-assigned claims, either the beneficiary or provider submits the claim to the Part B carrier. The carrier sends a check to the beneficiary, along with an explanation of benefits form.

If the provider agrees to accept the allowable charge as payment in full, he is "accepting assignment." Part B pays 80 percent of the allowable charge, but the beneficiary is responsible only for the 20 percent co-payment. The beneficiary is not responsible for any excess charges. The provider submits the claim directly to the carrier and the carrier pays the provider.

**Appeals**
Very few Part B beneficiaries appeal decisions. When they do, however, more than half win. An appeal may be appropriate if a claim is denied or less is paid than expected, or if one feels errors were made or information was overlooked. Appeals can be made to the carrier by making a written request for review. If the carrier's decision is unfavorable, a formal hearing can be requested. Specific information about appealing Part A and Part B decisions is located in ***Appendix B***, at the end of this chapter.

**Qualified Medicare Beneficiary Program**[9]
Congress has recently provided for Medicare costs of poor and near-poor senior citizens to be paid for by the Medicaid program. This Medicare "buy-in," called the Qualified Medicare Beneficiary (QMB) Program, provides that Medicaid programs pay the premiums, deductibles, and coinsurance for seniors with incomes below the poverty line. The law also helps phase in higher premiums by providing that, in 1993 and 1994, seniors with incomes between the poverty

---

[9] Excerpted from the Louisiana LTCOP Manual, developed by Sara S. Hunt.

EXHIBIT _K_
Page _31_ of _42_

line and 110% of the poverty line will have their premiums paid by Medicaid. This limit goes to 120% in 1995.

**Specified Low-Income Medicare Beneficiary Program**
The program, Specified Low-Income Medicare Beneficiary (SLMB), pays the monthly medical insurance (Medicare Part B) premium for low-income Medicare beneficiaries. This program augments the QMB program.

To qualify for the SLMB program, an individual must be eligible for the QMB program in all areas except income. The beneficiary's income can be from 100% to 110% of 1993 and 1994 federal poverty limits, and not more than 120% in 1995.

The QMB and SLMB programs differ in two features other than income:

1. For SLMB's, states are required to pay *only* the full Part B monthly premium.

2. Eligibility may be retroactive for three calendar months under the SLMB program. The QMB program has no retroactivity.

**Veterans Administration**
<u>Veterans Administration (VA) Paid Community Nursing Home Care Program</u>: The VA-Paid Community Nursing Home Care Program is a plan under which the VA will pay for up to six months of skilled/intermediate nursing home care following hospitalization for those veterans who qualify.

*Who is Eligible?*
Hospitalized veterans who no longer require hospital treatment are eligible. In general, in order to take part in the program, the veteran must <u>not</u> have sufficient funds to meet the cost of this care himself. The nursing homes that are under contract with the VA to participate in this program agree to provide full nursing home care, including medicine and drugs, for a daily rate approved by the VA.

*Nursing Home Care After 6 Months*
If the veteran continues to require skilled/intermediate nursing home care, the veteran may remain in the nursing home for an additional period of time at the veteran's own expense. If the veteran does not have sufficient funds and is not eligible under Medicare, the state Medicaid program may be able to supplement the cost of nursing home care.

*What Happens if a Nursing Home Resident Needs Hospitalization?*
If the veteran requires hospitalization during the period of nursing home care authorized at VA expense, he/she may be returned to the VA Medical Center upon the recommendation of the nursing home physician. If the veteran's hospital stay is a relatively brief one, the veteran may be returned to the nursing home to continue to receive care for the remainder of the original placement agreement.

*What Happens to a Veteran's Pension when Placed in a Nursing Home at VA Expense?*
In general, veterans without dependents will have their pensions reduced during the period of

EXHIBIT K
Page 32 of 42

nursing home care at VA expense. However, there will be no reduction in the basic pension paid to veterans with dependents. Benefits paid in addition to the basic pension (for example: Aid and Attendance) will be reduced during the period of skilled/intermediate nursing home care.

## C. Long Term Care Insurance

As the demand for long term care increases, insurance companies have begun to develop products that provide coverage for nursing homes and/or home health care. These policies are expected to account for an increasing percentage of long term care financing. Most experts agree, however, that they will never become the major source of payment.

All of these policies are some form of "indemnity" policy, meaning they pay a set amount per day, week, or month of care. There are tremendous variations in policies as to level of care covered, exclusions for certain conditions, renewability, and deductibles. If you find a resident who has a problem with such a policy, the Commissioner of Insurance may be able to help. If you are asked to advise someone about buying long term care insurance, urge them to compare several policies. The potential for abuse with such a new product is great. Unclear policy language and misleading marketing practices exist as they do with many new insurance products.

# VI.  Statutes and Regulations Governing Assisted Living Homes

## A.  Licensure

The Alaska Department of Health and Social Services, Division of Mental Health and Developmental Disabilities (DMH/DD) licenses and provides oversight of assisted living homes that provide care primarily to persons with mental or developmental disability.

The Alaska Department of Administration, Division of Senior Services (DSS), licenses and provides oversight of assisted living homes that provide care primarily to persons who have a physical disability, are elderly, or suffer dementia but are not diagnosed as chronically-mentally ill. The Long Term Care Ombudsman's Office's primary focus is on the assisted living homes that care for the elderly.

Homes are required to be licensed if they are caring for three or more residents that are not related to the owner by blood or marriage.  Standard licenses are valid for a period of two years. Among other things, the licensing body has the authority to inspect assisted living homes to verify compliance with state statues and regulations.  Assisted living homes are also required to file an annual self-monitoring report demonstrating that they are in compliance with state statutes and regulations.

## B.  Enforcement

Any person who believes that statues or regulations governing assisted living homes have been violated, may file a complaint with the appropriate licensing agency.  The licensing agency will investigate the complaint if the agency concludes that the complaint has merit.  Licensing agencies investigating complaints in assisted living homes have complete access to the home; all records relating to the operation of the home; all resident files; and the residents and employees of the home. A written report of the investigation will be prepared that summarizes the findings of the licensing agency and copies will be provided to the home and the complainant.

If applicable, the licensing agency may issue a notice of violation that orders the assisted living home to correct the violation within a specific time period.  Assisted living homes are then required to file a report of compliance that demonstrates how the home will operate in compliance with the statutes and regulations.

EXHIBIT  K
Page 34 of 42

# VII.  Regulations Governing Nursing Facilities

Who regulates nursing homes?  If you asked this question of a nursing home administrator, the answer may be "everybody."  Nursing homes are regulated at several levels:  federal, state and local. In fact, one common criticism of the nursing home regulatory system is that the authority to make decisions is so spread out that it often seems that no one is accountable to make sure the system is working.

> *The Long Term Care Ombudsman Program has no enforcement authority over facilities.*

The federal and state levels are intricately tied together, primarily through contractual agreements.   Ombudsmen are to represent **residents**, not to see that facilities comply with requirements.  In representing residents, ombudsmen must understand the regulatory system, work with facility personnel and enforcement personnel, and advocate for the system to address the needs of residents.

## A.  Federal Level

The top federal agency that has responsibility for regulating nursing facilities is the U.S. Department of Health and Human Services (DHHS).  Within DHHS, two sub-offices handle the responsibilities described above:

1.  The Office of Civil Rights (OCR) enforces the federal civil rights laws. Examples of these laws that affect nursing home residents are provisions that prohibit discrimination on the basis of race, color, national origin, and handicap.  OCR has ten regional offices.

2.  The Health Care Financing Administration (HCFA; pronounced Hic-fuh) manages and promulgates the regulations for the federal Medicare and Medicaid programs. To implement the Nursing Home Reform Amendments of OBRA '87, HCFA developed the *Medicare and Medicaid Requirements for States and Long Term Care Facilities* that are part of the *Code of Federal Regulations*.  These requirements interpret the law and define the standards of care that nursing facilities must meet.

Most of the federal responsibilities have been passed on to the state through contractual arrangements.   For the most part, the appropriate federal agencies simply monitor the state agencies to determine whether they are adequately performing their responsibilities. In Alaska, the agency responsible for fulfilling the federal responsibilities is the Office of Health Facilities Licensing and Certification.

## B.  State Level

The Alaska Health Facilities Licensing and Certification (HFL&C) unit has the lead role in surveying and approving nursing homes to be providers under the Medicare and Medicaid programs.   Staff from the HFL&C conduct certification surveys in facilities to ensure that they

EXHIBIT ___K___
Page _35_ of _42_

▶ *Chapter 3*                                                      *Long Term Care: Facilities, Regulations, and Finances*

are complying with the standards. The surveys are annual, but may be staggered over a nine to fifteen-month "window." This allows facilities with problems to be surveyed more frequently and helps prevent facilities anticipating the timing of a survey. The Alaska State Fire Marshall also has jurisdiction over facilities and participates in the survey process.

## C. Local

The amount of local regulatory involvement in nursing facilities depends on local laws. These laws vary from city to city. It is common, however, for the sanitation department, the local health department, and sometimes other local agencies to periodically review whether nursing facilities are complying with local laws.

### Summary of Medicare and Medicaid Requirements for Nursing Facilities
As discussed earlier, HCFA promulgated the *Medicare and Medicaid Requirements for States and Long Term Care Facilities* to interpret the Nursing Home Reform Amendments of OBRA '87. The requirements, incumbent upon all facilities that elect to participate in Medicaid, are divided into fifteen major categories, which set forth broad standards.

### Categories of Requirements

1. Resident Rights
2. Admission, Transfer, and Discharge
3. Resident Behavior and Facility Practice
4. Quality of Life
5. Resident Assessment
6. Quality of Care
7. Nursing Services
8. Dietary Services
9. Physician Services
10. Specialized Rehabilitative Services
11. Dental Services
12. Pharmacy Services
13. Infection Control
14. Physical Environment
15. Administration

## THE SURVEY PROCESS

### Federal Certification Survey
The Alaska Office Health Facilities Licensing and Certification (HFL&C) makes an unannounced annual federal survey simultaneously with the state licensing survey. Depending on the size of the home, they spend two or three days inspecting or surveying.

In the past few years, the federal survey process has changed from one that examined if a home had the proper type of personnel and the appropriate policies and procedures in place, to one that reviews the outcomes of resident care. Newer elements in the survey include focusing on quality indicators, interviewing residents about their care, observing meal service, and observing the nursing staff pass medications to the residents.

EXHIBIT K
Page 36 of 42

In July 1999, the survey process changed to incorporate Quality Indicators (QIs) as a way to focus on resident outcomes. There are 24 QIs, covering 11 domains of care that are listed below. These are based upon individual resident information collected from the resident assessments that use the Minimum Data Set form. Quality Indicator information for each facility is being reported to each state for use in the survey process. The QIs can also be used by each facility as a tool in its internal quality assurance.

**Quality Indicators**
1. Accidents
   – incidence of new fractures
   – prevalence of falls

2. Behavior/Emotional Patterns
   – prevalence of behavioral symptoms affecting others
   – Prevalence of symptoms of depression

3. Clinical Management
   – use of 9 or more different medications

4. Cognitive Patterns
   – Incidence of cognitive impairment

5. Elimination/Incontinence
   – prevalence of bladder or bowel incontinence
   – prevalence or occasional or frequent bladder/bowel incontinence without a toileting plan
   – prevalence of indwelling catheter
   – prevalence of fecal impaction

6. Infection Control
   – prevalence of urinary tract infections

7. Nutrition/Eating
   – prevalence of weight loss
   – prevalence of tube feeding
   – prevalence of dehydration

8. Physical Functioning
   – prevalence of bedfast residents
   – incidence of decline in late loss activities of daily living
   – incidence of decline in range of motion

9. Psychotropic Drug Use
   – prevalence of antipsychotic use, in the absence of psychotic or related conditions
   – prevalence or antianxiety/hypnotic use
   – prevalence of hypnotic use more than two times in last week

10. Quality of Life
    – prevalence of daily physical restraints
    – prevalence of little or no activity

11. Skin Care
    – prevalence of Stage 1–4 pressure ulcers

EXHIBIT ___K___
Page _37_ of _42_

The revised survey procedures include new protocols for use in assessing: adverse drug reactions, pressure sores or ulcers, hydration, unintended weight loss, dining and food service, nursing services/sufficient staffing, and abuse prohibition. Consequently, in some states there are more deficiencies cited in these areas. An Alaska example is: AHFL&C has required facilities to add more staff because of indicators of excessive falls and malnutrition/dehydration

*Surveyors will complete seven tasks that comprise the standard survey:*

1. Offsite preparation. The objective is to analyze various sources of information in order to identify potential areas of concern and special features (e.g., special care units); identify potential residents to be included in samples; and to determine if concerns or features affect team composition. For example, potential problems with medications may indicate that a pharmacist be included on the team. The team looks at the Facility Quality Indicator (QI) Profile. The *ombudsman* is one source of information.

2. Entrance conference/on-site preparatory activities. The team coordinator meets with the administrator and introduces the team members. The coordinator also requests certain information about the facility and its population.

   As part of these preparatory activities, notices will be posted alerting residents that the survey is being conducted and that surveyors are available to meet with residents. The team coordinator will also ask the resident council president to assist with the group interview and for permission to review the council minutes for the last three months.

3. Initial tour. The objectives of the tour include evaluating the facility environment, potential problems, and selecting residents and family members for the interviews. During this tour, surveyors are directed to pay special attention to certain quality of life and care indicators (e.g., appropriateness of grooming, staff-resident interactions, activities, staff response to problematic resident behaviors, infection control procedures, and the facility's abuse prohibition policies).

4. Sample selection. Sample size is based on census. The make-up of the sample is intended to reflect variation in case mix, identified concerns, resident characteristics, and special factors (e.g., new admission).

5. Information Gathering. This task provides a systematic method for gathering the information necessary to determine compliance with requirements. It also provides the information for determinations made at the end of the survey regarding the probable impact (severity) and prevalence (scope) of identified deficiencies. Subtasks include observations of medication passes and food service, resident interviews – group and individual – and record reviews.

6. Information analysis for deficiency determination. During this task, the team members review and analyze all information collected to determine whether or not the facility has failed to meet one or more of the regulatory requirements. At this point, the team may decide that an extended or partially extended survey is necessary.

7. Exit conference. The purpose of the exit conference is to inform the facility of the survey team's observations and preliminary findings. A *long term care ombudsman*, an officer of

EXHIBIT ___K___
Page _38_ of _42_

the resident council and one or two residents must be invited to attend. The ombudsman's role in the exit conference is *as an observer only*: he/she is allowed to respond to direct questions only. The team may provide an abbreviated conference specifically for residents after completing the required exit conference.

## Survey Report/Statement of Deficiencies and Plan of Correction

While conducting the survey, HFL&C personnel record any violations of standards or deficiencies on a form. Deficiencies are classified according to their scope and severity.[10] Deficiencies determined to be isolated events causing no harm are reported on a form called HCFA 1:1. All other deficiencies found during a survey are reported on a HCFA form 2567 called a "Statement of Deficiencies and Plan of Correction." The HCFA 2567 is reviewed and approved by the HFL&C and then sent to the facility. Some deficiencies cited during the exit conference might be deleted if the HFL&C determines that there is not enough evidence to support them.

The facility does not have to submit a plan of correction for deficiencies reported on the HCFA 1:1. For all others, the facility has 10 days to submit their plan of correction. The plan of correction must tell: (1) how the facility will accomplish corrective action; (2) how the facility will identify other residents that might be affected by the same practice; (3) what systemic changes will be made to prevent reoccurrence; and (4) how the facility will monitor corrective action to ensure it does not reoccur. HFL&C determines whether the plan of correction is adequate. This process takes about 30 days after the survey is completed.

Survey reports, including the HCFA 1:1 form, are public information and must be available in the facility to residents, families, and the general public. Excerpts from these are available via the HCFA web site under Nursing Home Compare, http://www.medicare.gov/nursing.html. This site includes information comparing each facility's resident profile on factors such as residents who are restrained, with the state average and the national average.

Follow-up surveys (post-certification reviews) are conducted to re-evaluate the specific types of care and services that were cited as deficient during the original survey. Because this survey process focuses on the care of the resident, revisits are almost always necessary to determine whether the deficiencies have indeed been corrected.

## State Licensing Survey

Licensing is an annual process. The main review, done by surveyors from HFL&C requires an unannounced on-site visit and inspection of the facility. The surveyors compare the home's operation to the standards set in state law. Generally, nurses examine resident care and the physical surroundings respectively.

---

[10] More information about scope and severity determinations can be obtained from the Alaska LTCOP or from the HCFA web site: www.medicare.gov/nursing/textfiles/define.asp, or the HCFA's State Operations Manual, The Interpretive Guidelines, Transmittal No. 10, Survey Procedures for Long Term Care Facilities, July 1999. www.hcfa.gov/pubforms/pub07/pub07toc.html.

## D.  Nursing Home Pre-Admission Screening and Annual Resident Review

Pre-Admission Screening (PAS) is a screening process for persons seeking admissions to a Medicare/Medicaid certified home.  The purpose of the screening is to assure that those persons with a severe mental illness or mental retardation/developmental disabilities are not admitted to nursing homes.  The law requires the state to provide other settings for individuals identified by the screen as inappropriate for nursing home care.  The Annual Resident Review (ARR) is the same type of screen but for current residents of the nursing home.

If a person is denied admission to or a resident is asked to leave a home because of the results of the PASARR screen, they have a right to appeal this decision.  Residents who have resided in a home for 30 months as of April 1990 are entitled to remain in the home.

## E.  Enforcement in Long Term Care Facilities

Ombudsmen need to understand the enforcement process.   Complaints registered with the Ombudsman Program often involve a violation of either the licensure or certification standards. Given that resident care and resident rights are the most frequently recorded complaints, involvement with care standards and resident rights is great.  Ombudsmen should use the state and federal enforcement system to further the wishes of their clients.

**Types of Enforcement Processes**
HFL&C is the main factor in enforcing the state and federal requirements in nursing homes. Besides the annual survey and the resurveys for deficiencies, HFL&C can survey based on a complaint. During a complaint survey, HFL&C can survey the entire facility if they feel it is necessary.  The surveyors record the deficiencies and plans for correction onto the same inspection reports used for the annual survey.  Those documents are a matter of public record and are available for the past five years in the facility for inspection by the public. *State licensing survey reports are confidential.*

If a facility cannot correct a deficiency after a survey or the facility has repeatedly violated the same requirement, the state has other enforcement mechanisms it can use including:

- Assessing a fine;
- Placing a monitor in the facility;
- Appointing a receiver for facility;
- Denying, refusing or revoking a license;
- Suspending a license or issuing a provisional license; and
- Denial of payments for new admissions (Federal),
- Stop new admissions (State),
- Require in-service training of staff,
- Publicly listing these actions in the home and through HFL&C.

> *The goal of the nursing home inspection system is not to close facilities but to assure that they operate safely.*

Enforcement experts believe that assessing fines for repeat offenders is the more effective enforcing mechanism or sanction.  Closing a facility is the last resort since residents' lives are disrupted when they are moved and beds can be difficult to find.

**"Fast Track" De-certification**
Under federal law HCFA can initiate a "fast track" de-certification in a Medicare SNF if the deficiencies are "life threatening." Examples of life threatening deficiencies are: non-functioning fire alarm system or administering the wrong medication to residents and causing them harm. In a "fast track", HCFA gives the facility between two and twenty-eight days to correct a problem or they cancel the provider agreement. This means the federal government would stop paying for Medicare recipients. The state then moves to revoke the license and cancels the Medicaid agreement, thus stopping both methods of payment. The purpose of the "fast track" is to get correction of serious deficiencies quickly.

When a "fast track" de-certification happens, HFL&C notifies the Office of the State Long Term Care Ombudsman. While the ombudsman holds no regulatory role, it is the mandate of the program to protect the rights of the residents. If a home's closure and the moving of residents is imminent, the ombudsman can (1) support or be the voice of the residents during the "fast track"; (2) assure that the residents' choices for relocation are honored; (3) assure that the residents are prepared for a disruption or move to minimize transfer trauma; and (4) assure legal representation for residents.

## <u>Alaska Agencies with Responsibility for Nursing Homes</u>

1.   Licensure and Certification Inspections
     Department of Health and Social Services
     Division of Medical Assistance
     Health Facilities Licensing and Certification
     (907) 561-8081

2.   Complaint Investigation and Advocacy
     Alaska Long Term Care Ombudsman Program
     (60 yrs. and older)
     (907) 563-6393
     Toll Free 1-800-730-6393

     Disability Law Center of Alaska
     (Under 60 yrs DMH/DD)
     (907) 344-1002

3.   Information and Referral
     Division of Senior Services
     (907) 563-5654

4.   Medicaid Provider Agreements
     Department of Health and Social Services
     Division of Medical Assistance
     (907) 561-2171

5.   Bed Vacancies
     Department of Health and Social Services
     Division of Medical Assistance
     Health Facilities Licensing and Certification
     (907) 561-8081

EXHIBIT _K_
Page _41_ of _42_

6.    Licenses for Administrators, Doctors, Nurses
      Department of Commerce and Economic Development
      Division of Occupational Licensing
      (907) 269-8160

EXHIBIT _K_
Page _42_ of _42_