Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
Phone:  907-279-3581
Fax:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHUGIAK SENIOR CITIZENS, INC., )<br>)<br>Defendant. )<br>_____ ) | Case No. 3:06-cv-00083-TMB |

### DEFENDANT CHUGIAK SENIOR CITIZENS, INC.'S NOTICE OF FILING ADDITIONAL EXHIBITS TO MOTION IN LIMINE #5

Defendant Chugiak Senior Citizens, Inc. ("CSC") hereby gives notice of filing additional Exhibit F, pages 1-25 in support of CSC's Motion in Limine No. 5 to Exclude August 30-2006 Report of Robert P. Dreyer, His Files, and His Testimony at Trial.  Exhibits A through D were filed with the original motion.

Defendant Chugiak Senior Citizens, Inc. Notice of
Filing Additional Exhibits to Motion in Limine #5
Winters v. Chugiak Senior Citizens/Case No. 3:06-cv-0083 (TMB)        Page 1 of 2

DATED at Anchorage, Alaska, this 19th of December, 2006.

DELANEY WILES, INC.
Attorneys for Chugiak Senior Citizens, Inc.

s/Donna M. Meyers and Clay A. Young
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, Alaska  99501
Phone:     907-279-3581
Fax:          907-277-1331
E-mail:     dmm@delaneywiles.com
E-mail:     cay@delaneywiles.com
Alaska Bar Assoc. No. 9006011 (DMM)
Alaska Bar Assoc. No. 7410117 (CAY)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day
of December, 2006, a copy of this document
was served electronically on:

Barbara Brink/Nikole Nelson
Jim Davis, Jr./Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

s/Donna M. Meyers and Clay A. Young
(125711)

Defendant Chugiak Senior Citizens, Inc. Notice of
Filing Additional Exhibits to Motion in Limine #5
Winters v. Chugiak Senior Citizens/Case No. 3:06-cv-0083 (TMB)                    Page 2 of 2