IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

HELEN WINTERS, )
through her power of attorney )
Carol Winters, )
                                 )
     Plaintiff, )
                                 )
vs. )
                                 )
CHUGIAK SENIOR CITIZENS, INC., )
                                 )   Case No. 3:06-cv-00083-TMB
     Defendant. )
                                 )

**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO
EXCLUDE EVIDENCE AFTER JANUARY 31, 2006**

COMES NOW, plaintiff Helen Winters, through her power of attorney Carol Winters, and by and through counsel, Alaska Legal Services Corporation, and pursuant to the pretrial order in this case and rules of evidence, hereby moves the Court to exclude evidence offered by CSC created after January 31, 2006. This motion is supported by the memorandum of law and related documents filed herewith.

DATED: December 19, 2006       ALASKA LEGAL SERVICES CORPORATION
                                                Attorneys for Plaintiff
                                                Helen Winters
                                                through her power of attorney Carol Winters

                                                s/Sonja D. Kerr
                                                ALASKA LEGAL SERVICES
                                                1016 West 6th Avenue, Suite 200
                                                Anchorage, Alaska 99501
                                                PHONE: (907) 272-9431
                                                FAX: (907) 279-7417
                                                E-mail: skerr@alsc-law.org
                                                Alaska Bar No. 0409051

LAW OFFICES OF
ALASKA LEGAL SERVICES CORPORATION
ANCHORAGE AND STATEWIDE OFFICE
1016 WEST SIXTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1963
(907) 272-9431

I, Sonja D. Kerr, certify that on December 19, 2006 a copy of the foregoing document was served electronically on Donna Meyers, at Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.

s/Sonja D. Kerr

LAW OFFICES OF
ALASKA LEGAL SERVICES CORPORATION
ANCHORAGE AND STATEWIDE OFFICE
1016 WEST SIXTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1963
(907) 272-9431