IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her power of attorney Carol Winters,<br><br>　　　Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>　　　Defendant. | Case No. 3:06-cv-00083-TMB |

**PROPOSED ORDER**

The Court, following a review of the submissions of the parties, hereby grants Plaintiff's Motion for Limine to Exclude evidence after January 31, 2006.

Dated:

　　　　　　　　　　　　　　　　　　　　　　　The Honorable Judge Burgess

LAW OFFICES OF
ALASKA LEGAL SERVICES CORPORATION
ANCHORAGE AND STATEWIDE OFFICE
1016 WEST SIXTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1963
(907) 272-9431