IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her power of attorney Carol Winters,<br><br>Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>Defendant. | Case No. 3:06-cv-00083-TMB |

**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO EXCLUDE EXPERT WITNESSES**

COMES NOW, plaintiff Helen Winters, through her power of attorney Carol Winters, and by and through counsel, Alaska Legal Services Corporation, and pursuant to the pretrial order in this case and rules of evidence, hereby moves the Court to exclude CSC's expert witnesses, Dr. Geeseman, Dr. von Preyss-Friedman, and Theresa Panchot. This motion is supported by the memorandum of law and related documents filed herewith.

DATED: December 19, 2006

ALASKA LEGAL SERVICES CORPORATION
Attorneys for Plaintiff
Helen Winters
through her power of attorney Carol Winters

s/Sonja D. Kerr
ALASKA LEGAL SERVICES
1016 West 6th Avenue, Suite 200
Anchorage, Alaska 99501
PHONE: (907) 272-9431
FAX: (907) 279-7417
E-mail: skerr@alsc-law.org
Alaska Bar No. 0409051

Notice of Motion and Motion, Plaintiff's Motion to Exclude Expert Witnesses
Case No. 3:06-cv-00083-TMB
Page 1 of 2

LAW OFFICES OF
ALASKA LEGAL SERVICES CORPORATION
ANCHORAGE AND STATEWIDE OFFICE
1016 WEST SIXTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1963
(907) 272-9431

I, Sonja D. Kerr, certify that on December 19, 2006 a copy of the foregoing document was served electronically on Donna Meyers, at Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.

s/Sonja D. Kerr

LAW OFFICES OF
ALASKA LEGAL SERVICES CORPORATION
ANCHORAGE AND STATEWIDE OFFICE
1016 WEST SIXTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1963
(907) 272-9431

Notice of Motion and Motion, Plaintiff's Motion to Exclude Expert Witnesses
Case No. 3:06-cv-00083-TMB
Page 2 of 2