IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS,<br>through her power of attorney<br>Carol Winters,<br><br>    Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>    Defendant. | Case No. 3:06-cv-00083-TMB |

## PROPOSED ORDER

The Court, following a review of the submissions of the parties, hereby grants Plaintiff's Motion for Limine to Exclude the expert reports and testimony of Dr. Geeseman, Dr. van Preyss-Friedman and Theresa Panchot.

Dated: _____

                                                                The Honorable Judge Burgess

LAW OFFICES OF
ALASKA LEGAL SERVICES CORPORATION
ANCHORAGE AND STATEWIDE OFFICE
1016 WEST SIXTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1963
(907) 272-9431