## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*WINTERS v. CHUGIAK SENIOR CITIZENS, INC.*
Case No. 3:06-cv-083 TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

At the status conference held before the Court on December 12, 2006, at Docket [112] the parties were advised that a settlement judge would be sought. Judge Ralph Beistline has agreed to hold a settlement conference in this case. The parties are hereby advised to comply with requests from Judge Beistline's chambers regarding scheduling a settlement conference and submitting required settlement memoranda.

The trial date of February 12, 2007 is vacated. The Final Pretrial Conference scheduled for 01-25-07 is vacated. If settlement is not reached, a new trial date will be set after the Court issues rulings on the dispositive motions.

**IT IS SO ORDERED**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: December 20, 2006