IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, )<br>through her power of attorney )<br>Carol Winters, )<br>  )<br>  Plaintiff, )<br>  )<br>vs. )<br>  )<br>CHUGIAK SENIOR CITIZENS, INC., )<br>  )<br>  Defendant. )<br>_____ ) | Case No. 3:06-cv-00083-TMB |

**NOTICE OF MOTION AND MOTION TO EXPEDITE**

Consistent with Ak. L. R. 7.1, comes now Plaintiff Helen Winters and by and through counsel requests the Court to expedite consideration of Defendant CSC's Motion for Permission to File Twelve Motions in Limine and Plaintiff's Motion for Stay of Response to Defendant's Twelve Motions in Limine pending decision by the Court on CSC's Motion or to grant an extension to Plaintiffs to at least January 19, 2006.

DATED: December 21, 2006    ALASKA LEGAL SERVICES CORPORATION
Attorneys for Plaintiff
Helen Winters
through her power of attorney Carol Winters

s/Sonja Kerr_____
ALASKA LEGAL SERVICES
1016 West 6th Avenue, Suite 200
Anchorage, Alaska 99501
PHONE: (907) 274-9431
FAX: (907) 279-7417
E-mail: skerr@alsc-law.org
Alaska Bar No. 0409051

Certificate of Service

I hereby certify that on the 21st day of of December, 2006, a copy of this document was served electronically:

Donna M. Meyers
Delaney, Wiles
1007 W. Third Avenue, Suite 400
Anchorage, AK 99501.

S/Sonja D. Kerr (0409051)