IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS,<br>through her power of attorney<br>Carol Winters,<br><br>    Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>    Defendant. | Case No. 3:06-cv-00083-TMB |

(Proposed) Order Granting Motion for Expedited Consideration of
Defendant's Motion for Permission to File Twelve Motions
In Limine and Plaintiff's Motion to Stay Plaintiff's Response

Plaintiff requests the Court to rule expeditiously on Defendant's Motion for Permission to file Twelve Motions in Limine and to also expedite Plaintiff's Motion to Stay Plaintiff's Response until after such ruling. The Court finds that the Motion for Expedited Consideration is well-taken. The Motion for Expedited Consideration is GRANTED and Defendant's Reply to its Motion for Permission to File Twelve Motions in Limine is due by January 5, 2006 and Plaintiff's response to the Twelve Motions in Limine is stayed until at least January 19, 2006 or until _____, after which time the Court will rule on the Defendant's Motion to File Twelve Motions and set a date for Plaintiffs' response.

Entered at Anchorage, Alaska this _____ day of December, 2006.

                                                                                          _____
                                                                                          Timothy M. Burgess
                                                                                          United States District Court Judge

(Proposed) Order Granting Motion for Expedited Consideration of Defendant's Motion to File Twelve
Motions in Limine and Plaintiff's Request for Stay of Response Time
Case No. 3:06-cv-00083-TMB
Page 1 of 1