IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, )<br>through her power of attorney )<br>Carol Winters, )<br>       )<br>    Plaintiff, )<br>       )<br>vs. )<br>       )<br>CHUGIAK SENIOR CITIZENS, INC., )<br>       )<br>    Defendant. )<br>_____) | Case No. 3:06-cv-00083-TMB |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR
EXPEDITED CONSIDERATION**

Pursuant to District of Alaska Local Rule 7.2[c], Plaintiff Winters by and through counsel of record, Sonja D. Kerr, submits this motion for expedited consideration of CSC'S Motion for Permission to File Twelve Motions in Limine and Plaintiff's Motion to Stay Plaintiff's Response to Defendant's Twelve Motions in Limine. This motion is supported by the attached Affidavit of Counsel, attached as Ex. A.

CSC filed this "last minute" motion for "advance permission" to file twelve motions in limine on the very last day to file evidentiary motions, contrary to the Court's September 21st pretrial order (Dkt. 64), and on the eve of the holiday season. The normal timeframe for response to this motion would be January 3, 2006. Ak. L. R. 7.1. Three of the four ALSC counsel on this case will be gone until after January 2, 2006. Aff. S. Kerr, Par. 2. The remaining counsel will be the only attorney in the ALSC office during the holiday season and thus responsible for numerous other duties. Aff. S.

Kerr, Par. 3. Counsel have not had time to fully review all of the twelve motions in limine nor will they have time to do so before leaving for the holidays.

As the Court has vacated the trial date, and given the very "last minute" nature of CSC's filing, Plaintiffs request the Court to grant expedited review of the appropriateness of the CSC request and/or to stay any response until the CSC motion is decided or extend Plaintiffs response date to at least January 19th, 2006.

## CONCLUSION

The Court should grant expedited review of the Defendant CSC's Motion for Permission to File Twelve Motions in Limine and Plaintiffs' Requested Stay.

DATED: December 21, 2006     ALASKA LEGAL SERVICES CORPORATION
Attorneys for Plaintiff
Helen Winters
through her power of attorney Carol Winters


s/Sonja Kerr_____
ALASKA LEGAL SERVICES
1016 West 6th Avenue, Suite 200
Anchorage, Alaska 99501
PHONE: (907) 274-9431
FAX: (907) 279-7417
E-mail: skerr@alsc-law.org
Alaska Bar No. 0409051

Certificate of Service

I hereby certify that on the 21st day of of December, 2006, a copy of this document was served electronically:

Donna M. Meyers
Delaney, Wiles
1007 W. Third Avenue, Suite 400
Anchorage, AK 99501.

S/Sonja D. Kerr (0409051)