IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS,<br>through her power of attorney<br>Carol Winters,<br><br>    Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 3:06-cv-00083-TMB<br>)<br>) |

**(Proposed) Order Granting Plaintiff's Motion to Stay Plaintiff's Response**

Plaintiff requests the Court to stay Plaintiff's Plaintiff's Response to Defendant's twelve Motions in Limine until the Court has an opportunity to rule on Defendant's Motion for Leave to File the Twelve Motions. The Court finds the stay is appropriate and in the interest of justice and an orderly resolution of this matter. Plaintiff's response to the Twelve Motions in Limine is stayed until at least January 19, 2006 or until _____, after which time the Court will rule on the Defendant's Motion to File Twelve Motions and set a date for Plaintiffs' response.

Entered at Anchorage, Alaska this _____ day of December, 2006.

                                    _____
                                    Timothy M. Burgess
                                    United States District Court Judge