IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS,<br>through her power of attorney<br>Carol Winters,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>　　　　Defendant. | Affidavit of Sonja D. Kerr<br><br>Case No. 3:06-cv-00083-TMB |

State of Alaska

　　　　Comes now Sonja D. Kerr and being first duly sworn, deposes and states:

1.　　I am counsel of record in this matter along with Nikole Nelson, James Davis, and Barbara Brink, all with Alaska Legal Services Corporation.

2.　　The only counsel in this matter who will be in the office after December 22, 2006, and before January 2, 2006 will be Barbara Brink.

3.　　Ms. Brink will be the only attorney from the Winters case in the Anchorage ALSC office during the holiday season, and will also have other responsibilities during that time which will prevent her from having much, if any time to devote to this case. She and one other counsel will be covering for six other attorneys who will be on leave for the holiday season.

Further, affiant saith not.

Dated this 21st day of December, 2006.

　　　　　　　　　　　　　　　　　　　　　　　Sonja D. Kerr

Subscribed and sworn to before me this 21st day of December, 2006

_____
Notary Public

My commission expires: 10/10/2010

**PLAINTIFF'S EXHIBIT A**

LAW OFFICES OF
ALASKA LEGAL SERVICES CORPORATION
ANCHORAGE AND STATEWIDE OFFICE
1016 WEST SIXTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1963
(907) 272-9431

Memorandum of Points and Authorities in Support of Plaintiff's Motion to Remand
Case No. 3:06-cv-00083-TMB
Page 1 of 1