IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS,<br>through her power of attorney<br>Carol Winters,<br><br>    Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>    Defendant. | Case No. 3:06-cv-00083-TMB |

**NOTICE OF MOTION AND MOTION TO EXPEDITE**

Consistent with Ak. L. R. 7.1, comes now Plaintiff Helen Winters by counsel and requests the Court to expedite consideration of Plaintiff's Motion for Extension of time to respond to Defendant CSC's Five Motions for Summary Judgment.

DATED: December 22, 2006    ALASKA LEGAL SERVICES CORPORATION
    Attorneys for Plaintiff Helen Winters
    through her power of attorney Carol Winters

    s/Sonja Kerr_____
    ALASKA LEGAL SERVICES
    1016 West 6th Avenue, Suite 200
    Anchorage, Alaska 99501
    PHONE: (907) 274-9431
    FAX: (907) 279-7417
    E-mail: skerr@alsc-law.org
    Alaska Bar No. 0409051

Certificate of Service

I hereby certify that on the 22nd day of of December, 2006, a copy of this document was served electronically on Donna M. Meyers, Delaney, Wiles, 1007 W. Third Avenue, Suite 400, Anchorage, AK 99501.

S/Sonja D. Kerr (0409051)