IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS,<br>through her power of attorney<br>Carol Winters,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-00083-TMB |

　　　　(Proposed) Order Granting Motion for Expedited Consideration of
　　　　Plaintiff's Request for Extension of Time to Reply to Defendant CSC's
　　　　Five Motions for Summary Judgment

　　　　Plaintiff requests the Court to rule expeditiously on Plaintiff's Motion for an extension of 29 days to respond to Defendant CSC's Five Motions for Summary Judgment (Dkt. 121, 128, 132, 134, 136). The Court finds that the Motion for Expedited Consideration is well-taken. The Motion for Expedited Consideration is GRANTED and Plaintiff's Response in Opposition to Defendant CSC's Motions for Summary Judgment are due January 29, 2006.

Entered at Anchorage, Alaska this _____ day of December, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Timothy M. Burgess
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

(Proposed) Order Granting Motion for Expedited Consideration of Defendant's Motion to File Twelve
Motions in Limine and Plaintiff's Request for Stay of Response Time
Case No. 3:06-cv-00083-TMB
Page 1 of 1