IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS,<br>through her power of attorney<br>Carol Winters,<br><br>    Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 3:06-cv-00083-TMB<br>) |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR EXPEDITED CONSIDERATION**

Pursuant to District of Alaska Local Rule 7.2[c], Plaintiff Winters by and through counsel of record, Sonja D. Kerr, submits this motion for expedited consideration of Plaintiff's Motion for an Extension of 29 days to respond to Defendant CSC's Five Motions for Summary Judgment. As the Court has vacated the trial date, (Dkt 173), and ordered a settlement conference (Dkt. 180), and given the very "last minute" nature of CSC's filing, and the Holiday Season, Plaintiffs request the Court to grant expedited review of Plaintiff's Request for Extension to respond to the motions. The Court should grant expedited review of the Plaintiff's Motion for Extension to respond to Defendant CSC's Five Motions for Summary Judgment.

| | |
|---|---|
| DATED: December 22, 2006 | ALASKA LEGAL SERVICES CORPORATION<br>Attorneys for Plaintiff<br>Helen Winters<br>through her power of attorney Carol Winters<br><br>s/Sonja Kerr_____<br>ALASKA LEGAL SERVICES<br>1016 West 6th Avenue, Suite 200 |

        Anchorage, Alaska 99501
        PHONE: (907) 274-9431
        FAX: (907) 279-7417
        E-mail: skerr@alsc-law.org
        Alaska Bar No. 0409051

    Certificate of Service

I hereby certify that on the 21st day of of December, 2006, a copy of this document was served electronically:

Donna M. Meyers
Delaney, Wiles
1007 W. Third Avenue, Suite 400
Anchorage, AK 99501.

S/Sonja D. Kerr (0409051)