IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her power of attorney Carol Winters,<br><br>Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>Defendant. | Case No. 3:06-cv-00083-TMB |

**NOTICE OF MOTION AND MOTION FOR EXTENSION**

Comes now Plaintiff Winters and by and through counsel and based upon Fed.R. Civ. Proc. Rule 6, and Ak. L. R. 7.1, hereby requests an extension of time to reply in opposition to Defendant CSC's Five Motions for Summary Judgment (Dkt. 121, 128, 132, 134, 136). The motions would be due January 2, 2006, and Plaintiff Winters requests and extension of 29 days to January 31, 2006.

DATED: December 22, 2006      ALASKA LEGAL SERVICES CORPORATION
                                                  Attorneys for Plaintiff Helen Winters
                                                  through her power of attorney Carol Winters

                                                  s/Sonja Kerr
                                                  ALASKA LEGAL SERVICES
                                                  1016 West 6th Avenue, Suite 200
                                                  Anchorage, Alaska 99501
                                                  PHONE: (907) 274-9431
                                                  FAX: (907) 279-7417
                                                  E-mail: skerr@alsc-law.org
                                                  Alaska Bar No. 0409051

Certificate of Service

I hereby certify that on the 22nd day of of December, 2006, a copy of this document was served electronically on:

Donna M. Meyers
Delaney, Wiles
1007 W. Third Avenue, Suite 400
Anchorage, AK 99501.

S/Sonja D. Kerr (0409051)