IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, )<br>through her power of attorney )<br>Carol Winters, )<br>          )<br>     Plaintiff, )<br>          )<br>vs. )<br>          )<br>CHUGIAK SENIOR CITIZENS, INC., )<br>          ) <br>     Defendant. )<br>_____) | Case No. 3:06-cv-00083-TMB |

**PROPOSED ORDER**

Pursuant to Fed. R. Civ. Proc. 6, Ak. L. R. 7.1, plaintiff's motion for extension of time to respond to Defendant CSC's five motions for summary judgment (Dkt 121, 128, 132, 134, 136) is granted. Plaintiffs shall reply on or before January 31, 2006.

DATED this ____ day of_____, 2006, at Anchorage, Alaska.

_____
Honorable Judge Burgess