IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, )<br>through her power of attorney )<br>Carol Winters, )<br>    )<br>    Plaintiff, )<br>    )<br>vs. )<br>    )<br>CHUGIAK SENIOR CITIZENS, INC., )<br>    )<br>    Defendant. )<br>_____ ) | Case No. 3:06-cv-00083-TMB |

**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION**

Plaintiff Winters requests an extension of time to January 31, 2006 to reply in opposition to Defendant CSC's Five Motions for Summary Judgment, which are found at Dkt. 121, 128, 132, 134, and 136. All five motions were filed on December 19, 2006, making replies to same due on January 2, 2006. Fed. R. Civ. Proc. Rule 6, and Ak. L. R. 7.1. ALSC has a significantly reduced work force during the Holiday season and shortly thereafter; specifically, only counsel Barbara Brink will be in the office during this period of time. In addition, Counsel Nelson and Davis will be out of the office until January 15, 2006. Aff. Sonja Kerr, Ex. 1. Further, another counsel not on the case is leaving the office as of January 2, 2006 and provisions will need to be made to cover that workload. Counsel herein has consulted with opposing counsel, Donna Meyers regarding an agreement to said extension. Ms. Meyers seeks first to confer with Mr. Young on the matter who is out of the office now until after Christmas. Aff. Sonja Kerr, Ex. 1. As the Court has vacated the February trial date and ordered settlement, (Dkt. 173, 180), time is better spent by all in preparing settlement briefs (due January 12th)

which may obviate the need for the oppositions if the case settles, or which can be

prepared more efficiently thereafter once ALSC full counsel work force is back.

DATED: December 22, 2006        ALASKA LEGAL SERVICES CORPORATION
                                Attorneys for Plaintiff
                                Helen Winters
                                through her power of attorney Carol Winters


                                s/Sonja Kerr
                                ALASKA LEGAL SERVICES
                                1016 West 6th Avenue, Suite 200
                                Anchorage, Alaska 99501
                                PHONE: (907) 274-9431
                                FAX: (907) 279-7417
                                E-mail: skerr@alsc-law.org
                                Alaska Bar No. 0409051

              Certificate of Service

I hereby certify that on the 22nd day of of December, 2006, a copy of this document was served electronically:

Donna M. Meyers
Delaney, Wiles
1007 W. Third Avenue, Suite 400
Anchorage, AK 99501.

S/Sonja D. Kerr (0409051)