IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, )<br>through her power of attorney )<br>Carol Winters, )<br>　　　　　　　　　　　　　　　　　　)<br>　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　　　) Affidavit of Sonja D. Kerr<br>vs. )<br>　　　　　　　　　　　　　　　　　　)<br>CHUGIAK SENIOR CITIZENS, INC., )<br>　　　　　　　　　　　　　　　　　　) Case No. 3:06-cv-00083-TMB<br>　　　Defendant. )<br>_____) | |

State of Alaska

　　　Comes now Sonja D. Kerr and being first duly sworn, deposes and states:

1.　　I am counsel of record in this matter along with Nikole Nelson, James Davis, and Barbara Brink, all with Alaska Legal Services Corporation.

2.　　The only counsel in this matter who will be in the office after December 22, 2006, and before January 2, 2006 will be Barbara Brink. Ms. Nelson and Mr. Davis will be out of the office until after January 15, 2006. In addition another lawyer in the ALSC office is leaving as of January 2, 2006.

3.　　Ms. Brink will be the only attorney from the Winters case in the Anchorage ALSC office during the holiday season, and will also have other responsibilities during that time which will prevent her from having much, if any time to devote to this case. She and one other counsel will be covering for six other attorneys who will be on leave for the holiday season.

4.　　I conferred with opposing counsel, Donna Meyers, today regarding said extension but Ms. Meyers wanted to talk first with her co-counsel.

Further, affiant saith not.

Dated this 22nd day of December, 2006.　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Sonja D. Kerr

Subscribed and sworn to before me this _____ day of December, 2006

_____
Notary Public
My commission expires:

Affidavit of Sonja D. Kerr in Support of Extension
Case No. 3:06-cv-00083-TMB
Page 1 of 1