Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
PHONE: 907-279-3581
FAX: 907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| CHUGIAK SENIOR CITIZENS, INC., | )<br>) |
| Defendant. | ) |
| _____ | ) Case No. 3:06-cv-00083-TMB |

**(PROPOSED) ORDER DENYING MOTION FOR TIME EXTENSION**

Plaintiff's Motion for Extension (Dkt 185) seeking a time extension to reply to Defendant's five motions for summary judgment (Dkt 121, 128, 132, 134 and 136) is hereby **DENIED**. The briefing on CSC's motions for summary judgment shall proceed under the normal time standards set forth in D. Ak. LR 7.1 (e).

ENTERED at Anchorage, Alaska, this ____ day of _____, 200___.

_____
Timothy M. Burgess
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of December, 2006, a copy of **(Proposed) Order Denying Motion For Expedited Consideration** was served electronically on:

Jim Davis, Jr./Barbara Brink/
Nikole M. Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

s/Donna M. Meyers and Clay A. Young
(125832)