Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
Phone: 907-279-3581
Fax: 907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>    Plaintiff,<br><br>v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-00083-TMB |

### AFFIDAVIT OF DONNA M. MEYERS

STATE OF ALASKA       )
                      ) ss.
THIRD JUDICIAL DISTRICT )

Donna M. Meyers, being first duly sworn, deposes and says as follows:

1. My name is Donna M. Meyers. I am the lead attorney in this case representing Chugiak Senior Citizens, Inc. ("CSC"). I have first hand knowledge of the matters set forth herein.

Affidavit of Counsel Re: Opposition to
Plaintiff's Motion for Extension
Winters v. Chugiak Senior Citizens, Inc./Case No. 3:06-cv-00083 (TMB)                Page 1 of 3

2.  This affidavit is offered in support of CSC's Opposition to Plaintiff's Motion for Extension of Time (Dkt 183).

3.  Plaintiff's counsel, Sonja Kerr, contacted me by telephone on Friday, December 22nd to request an extension of time for plaintiff to file responses to Defendant's five summary judgment motions. Ms. Kerr indicated Ms. Nelson and Mr. Jim Davis would be out of the office on vacation until sometime in mid-January, so she was requesting an extension of time until the end of January for plaintiff to respond to CSC's summary judgment motions. I told Ms. Kerr I wanted to confer with my co-counsel, Alex Young, who had already left for the day. I also informed Ms. Kerr our office was closing early, and I would not have an opportunity to speak with Mr. Young until Tuesday, December 26th. Ms. Kerr responded by stating she would proceed to file a motion for the requested time extension on an expedited basis that afternoon.

4.  On Tuesday, December 26th, I notified Ms. Kerr and Ms. Barbara Brink via-email that Mr. Young and I had considered plaintiff's requested time extension, and could not agree to the request for several reasons and would file an opposition to Plaintiff's Motion for Extension.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Donna M. Meyers

SUBSCRIBED AND SWORN TO before me this 26th day of December, 2006 at Anchorage, Alaska.

_____
Notary Public in and for Alaska
My commission expires: 2.6.08

Affidavit of Counsel Re: Opposition to
Plaintiff's Motion for Extension
Winters v. Chugiak Senior Citizens, Inc./Case No. 3:06-cv-00083 (TMB)     Page 2 of 3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of December, 2006, a copy of **Affidavit of Donna M. Meyers** was served electronically on:

Sonja D. Kerr/Nikole Nelson/
Barbara Brink/Jim Davis, Jr.
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

s/Donna M. Meyers
(125847)

Affidavit of Counsel Re:  Opposition to
Plaintiff's Motion for Extension
Winters v. Chugiak Senior Citizens, Inc./Case No. 3:06-cv-00083 (TMB)                    Page 3 of 3