Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>                      Plaintiff,<br><br>   v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>                      Defendant. | <br><br><br><br><br><br><br><br><br><br>Case No. 3:06-cv-00083-TMB |

**MOTION FOR EXPEDITED CONSIDERATION OF MOTION FOR EXTENSION OF TIME UNTIL JANUARY 19, 2007 TO RESPOND TO PLAINTIFF'S TWO MOTIONS IN LIMINE**

Defendant Chugiak Senior Citizens, Inc. ("CSC"), through counsel, requests the Court to expedite consideration of CSC's Motion for Extension of Time Until January 19, 2007 to Respond to Plaintiff's Two Motions in Limine, pursuant to L.R. 7.2(c).

DATED at Anchorage, Alaska, this 29th day of December, 2006.

DELANEY WILES, INC.
Attorneys for Chugiak Senior Citizens, Inc.

s/Clay A. Young
Donna M. Meyers
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, Alaska  99501
Phone:      907-279-3581
Fax:         907-277-1331
E-mail:      dmm@delaneywiles.com
E-mail:      cay@delaneywiles.com
Alaska Bar Assoc. No. 9006011 (DMM)
Alaska Bar Assoc. No. 7410117 (CAY)

**CERTIFICATE OF SERVICE**

I hereby certify that on 29th day
of December, 2006, a copy of foregoing
**MOTION FOR EXPEDITED CONSIDERATION
OF MOTION FOR EXTENSION OF TIME UNTIL
JANUARY 19, 2007 TO RESPOND TO PLAINTIFF'S
TWO MOTIONS IN LIMINE** was served
electronically on:

Jim Davis/Jr./Barbara Brink/
Nikole M. Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, AK  99501


s/Clay A. Young
125933