Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHUGIAK SENIOR CITIZENS, INC., )<br>)<br>Defendant. )<br>_____ ) | Case No. 3:06-cv-00083-TMB |

**MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED CONSIDERATION OF MOTION FOR EXTENSION OF TIME UNTIL JANUARY 19, 2007 TO RESPOND TO PLAINTIFF'S TWO MOTIONS IN LIMINE**

Defendant CSC, through counsel, requests the court give expedited consideration of CSC's Motion for Extension of Time Until January 19, 2007 to Respond to Plaintiff's Two Motions in Limine.  This motion is supported by the Affidavit of Clay A. Young, attached hereto.

A decision is requested by Wednesday, January 3, 2007 on this motion. Expedited consideration is sought because (1) the time to respond will expire long after a response to the main motion is due; (2) there is no prejudice to plaintiff by the granting of this motion; and (3) defendant will be substantially prejudiced if a decision is not expedited.

DATED at Anchorage, Alaska, this 29th day of December, 2006.

    DELANEY WILES, INC.
    Attorneys for Chugiak Senior Citizens, Inc.

    s/Clay A. Young
    Donna M. Meyers
    Delaney Wiles, Inc.
    1007 W. Third Avenue, Suite 400
    Anchorage, Alaska  99501
    Phone:    907-279-3581
    Fax:      907-277-1331
    E-mail:   dmm@delaneywiles.com
    E-mail:   cay@delaneywiles.com
    Alaska Bar Assoc. No. 9006011 (DMM)
    Alaska Bar Assoc. No. 7410117 (CAY)

**CERTIFICATE OF SERVICE**

I hereby certify that on 29th day of December, 2006, a copy of foregoing **MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED CONSIDERATION OF MOTION FOR EXTENSION OF TIME UNTIL JANUARY 19, 2007 TO RESPOND TO PLAINTIFF'S TWO MOTIONS IN LIMINE** was served electronically on:

Jim Davis/Jr./Barbara Brink/
Nikole M. Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, AK  99501

s/Clay A. Young
125935