Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
PHONE: 907-279-3581
FAX: 907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHUGIAK SENIOR CITIZENS, INC., )<br>)<br>Defendant. ) | |
| | Case No. 3:06-cv-00083-TMB |

**AFFIDAVIT OF CLAY A. YOUNG**

STATE OF ALASKA       )
                                      ) ss.
THIRD JUDICIAL DISTRICT )

Clay A. Young, being first duly sworn, deposes and says as follows:

1. I am Clay A. Young, and I make this affidavit upon personal knowledge and upon review of the files and records herein.

2.  I am co-counsel for defendant in this matter and have personal knowledge of the contents herein.

3.  I submit this affidavit in support of my client's motion for expedited consideration of its motion for an extension of time until January 19, 2007 to respond to plaintiff's two motions in limine.

4.  The normal response time for these motions is January 8, 2007, if the usual and customary time deadlines and Local Rule 7.1 are applied. The normal time deadlines for response to the motion for extension of time, if the deadlines in Rule 7.1 are applied, is January 16, 2007. Thus, it is respectfully submitted that a decision on the motion to extend the deadlines be expedited, with a ruling on it and, hopefully, the main motion, by January 3, 2007.

5.  Plaintiff's counsel was asked to agree to the extension of time to respond to the motions in limine, but they refused to do so, even though they themselves had requested an extension of time on an expedited basis to respond to defendant's motions in limine.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Clay A. Young

ELANEY WILES, INC.
SUITE 400
007 WEST 3RD AVENUE
NCHORAGE, ALASKA
(907) 279-3581

AFFIDAVIT OF CLAY A. YOUNG
*Winters v. CSC*, Case No. 3:06-cv-00083-TMB

Page 2 of 3

SUBSCRIBED AND SWORN TO before me this 29th day of December, 2006 at Anchorage, Alaska.

_____
Notary Public in and for Alaska
My commission expires: 8-8-09

**CERTIFICATE OF SERVICE**

I hereby certify that on 29th day of December, 2006, a copy of foregoing **AFFIDAVIT OF CLAY A. YOUNG** was served electronically on:

Jim Davis/Jr./Barbara Brink/
Nikole M. Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, AK  99501

s/Clay A. Young
125937

ELANEY WILES, INC.
SUITE 400
007 WEST 3RD AVENUE
NCHORAGE, ALASKA
(907) 279-3581

AFFIDAVIT OF CLAY A. YOUNG
*Winters v. CSC*, Case No. 3:06-cv-00083-TMB

Page 3 of 3