Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters, <br><br> Plaintiff, <br><br> v. <br><br> CHUGIAK SENIOR CITIZENS, INC., <br><br> Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 3:06-cv-00083-TMB

### MOTION FOR EXTENSION OF TIME UNTIL JANUARY 19, 2007 TO RESPOND TO PLAINTIFF'S TWO MOTIONS IN LIMINE[1]

Defendant CSC, Inc. respectfully requests the court issue an order extending the time for CSC to respond to plaintiff's two motions in limine.  This motion is necessary because plaintiff's counsel refused to agree to the requested extension.

---

[1] Plaintiff filed a motion to exclude expert witnesses and a motion to exclude evidence after January 31, 2006, on December 19, 2006.

This motion is supported by the memorandum and affidavit of counsel submitted herewith.

The court is respectfully requested to rule on this motion on an expedited basis. A motion for expedited consideration is filed herewith.

DATED at Anchorage, Alaska, this 29th day of December, 2006.

DELANEY WILES, INC.
Attorneys for Chugiak Senior Citizens, Inc.

s/Clay A. Young
Donna M. Meyers
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, Alaska  99501
Phone:      907-279-3581
Fax:         907-277-1331
E-mail:      dmm@delaneywiles.com
E-mail:      cay@delaneywiles.com
Alaska Bar Assoc. No. 9006011 (DMM)
Alaska Bar Assoc. No. 7410117 (CAY)

**CERTIFICATE OF SERVICE**

I hereby certify that on 29th day
of December, 2006, a copy of foregoing
**MOTION FOR EXTENSION OF TIME UNTIL
JANUARY 19, 2007 TO RESPOND TO PLAINTIFF'S
TWO MOTIONS IN LIMINE** was served
electronically on:

Jim Davis/Jr./Barbara Brink/
Nikole M. Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, AK  99501

s/Clay A. Young
125927

MOTION FOR EXTENSION OF TIME UNTIL  JANUARY 19, 2007 TO RESPOND TO PLAINTIFF'S TWO
MOTIONS IN LIMINE
*Winters v. CSC*, Case No. 3:06-cv-00083-TMB                                    Page 2 of 2