Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>      Plaintiff,<br><br> v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>      Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-00083-TMB |

**(PROPOSED) ORDER GRANTING DEFENDANT CHUGIAK SENIOR CITIZENS, INC.'S MOTION FOR EXTENSION OF TIME UNTIL JANUARY 19, 2007 TO RESPOND TO PLAINTIFF'S TWO MOTIONS IN LIMINE**

   This matter having come before the court this _____ day of _____, 200__, upon the motion of defendant for an extension of time to respond to plaintiff's two motions in limine, and the memoranda and arguments of counsel having been considered and good cause appearing, it is therefore

ORDERED that the motion for extension of time is GRANTED to defendant CSC; and any response to plaintiff's two motions in limine shall be filed by January 19, 2007.

DATED this ____ day of _____, 200__ at Anchorage, Alaska

_____
Timothy M. Burgess
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on 29th day
of December, 2006, a copy of foregoing
**(PROPOSED) ORDER GRANTING DEFENDANT
CHUGIAK SENIOR CITIZENS, INC.'S MOTION
MOTION FOR EXTENSION OF TIME UNTIL JANUARY 19, 2007
TO RESPOND TO PLAINTIFF'S TWO MOTIONS
IN LIMINE** was served electronically on:

Jim Davis/Jr./Barbara Brink/
Nikole M. Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, AK  99501


s/Clay A. Young
125930