Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

HELEN WINTERS, through her Power of    )
Attorney Carol Winters,    )
   )
                  Plaintiff,    )
   )
     v.    )
   )
CHUGIAK SENIOR CITIZENS, INC.,    )
   )
                Defendant.    )
_____ )   Case No. 3:06-cv-00083-TMB

**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME UNTIL
JANUARY 19, 2007 TO RESPOND TO PLAINTIFF'S TWO MOTIONS IN LIMINE**

Plaintiff filed two motions in limine on December 19, 2006.  A response is due

on January 8, 2007.  Local Rule 7.1(e).  However, the court recently vacated the trial

date of February 12, 2007, and ordered a referral to U.S. District Court Judge Ralph

Beistline for consideration of a settlement conference.[1]  Defendant requests an extension of time to respond to plaintiff's motions in limine until January 19, 2007. The court has already addressed a similar motion filed by plaintiff, and in fact, granted plaintiff's motion for an extension of time to respond to defendant's motions in limine before hearing from defendant in response to plaintiff's motion. See Dkt. 181.

In doing so, the court admonished plaintiff's counsel for failing to contact defense counsel to discuss scheduling before filing the motion.  Consequently, defense counsel contacted plaintiff's counsel to request that plaintiff agree to defendant's similar request for an extension of time to respond to plaintiff's motions in limine.  However, plaintiff's counsel has inexplicably refused to agree.  See Affidavit of Clay A. Young, submitted herewith.  Therefore, defendant must ask the court to issue an order similar to the one that it issued in response to plaintiff's motion for an extension of time to respond to defendant's motions in limine.

If good cause existed for the granting of plaintiff's motion, it exists for the granting of this one.  Motions in limine deal with evidentiary matters that need to be determined prior to trial in order to make the trial proceed more smoothly, eliminate irrelevant evidence, and streamline the proceedings.  It will not be necessary to decide those motions if settlement talks are fruitful, and while defendant does not at

---

[1] Judge Burgess has ordered that settlement memoranda be submitted by January 12, 2007, and upon receipt of them, will determine whether a settlement conference will be useful.  See Order Regarding Settlement Conference, at Dkt. 180.

this time know whether they will be, it makes some sense to try to find out.  If they fail, then the motions in limine can then be addressed.

In the meantime, however, there is no point in requiring a response to plaintiff's motions in limine by January 8, 2007, and plaintiff will suffer no prejudice from the requested extension.

DATED at Anchorage, Alaska, this 29th day of December, 2006.

DELANEY WILES, INC.
Attorneys for Chugiak Senior Citizens, Inc.

s/Clay A. Young
Donna M. Meyers
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, Alaska  99501
Phone:      907-279-3581
Fax:         907-277-1331
E-mail:      dmm@delaneywiles.com
E-mail:      cay@delaneywiles.com
Alaska Bar Assoc. No. 9006011 (DMM)
Alaska Bar Assoc. No. 7410117 (CAY)

**CERTIFICATE OF SERVICE**

I hereby certify that on 29th day
of December, 2006, a copy of foregoing
**MEMORANDUM IN SUPPORT OF MOTION
FOR EXTENSION OF TIME UNTIL
JANUARY 19, 2007 TO RESPOND TO PLAINTIFF'S
TWO MOTIONS IN LIMINE** was served
electronically on:

Jim Davis/Jr./Barbara Brink/
Nikole M. Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, AK  99501


s/Clay A. Young
125928