Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
PHONE: 907-279-3581
FAX: 907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 3:06-cv-00083-TMB

**<u>AFFIDAVIT OF CLAY A. YOUNG</u>**

STATE OF ALASKA　　　　　　)
　　　　　　　　　　　　　　) ss.
THIRD JUDICIAL DISTRICT　　)

　　Clay A. Young, being first duly sworn, deposes and says as follows:

　　1.　　I am Clay A. Young, and I make this affidavit upon personal knowledge and upon review of the files and records herein. I am one of defendant's counsel.

2.  Our office contacted plaintiff's counsel to request a stipulation to extend the time for defendant to respond to plaintiff's two motions in limine to the same day that plaintiff's counsel has to respond to defendant's motions in limine; but plaintiff's counsel refused to agree.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Clay A. Young

SUBSCRIBED AND SWORN TO before me this 29th day of December, 2006 at Anchorage, Alaska.

_____
Notary Public in and for Alaska
My commission expires: 8-8-09

**CERTIFICATE OF SERVICE**

I hereby certify that on 29th day of December, 2006, a copy of foregoing **AFFIDAVIT OF CLAY A. YOUNG** was served electronically on:

Jim Davis/Jr./Barbara Brink/
Nikole M. Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, AK 99501

s/Clay A. Young
125929

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

AFFIDAVIT OF CLAY A. YOUNG
*Winters v. CSC*, Case No. 3:06-cv-00083-TMB            Page 2 of 2