Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
Phone:  907-279-3581
Fax:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>     Plaintiff,<br><br> v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>     Defendant.<br>_____ | Case No. 3:06-cv-00083-TMB |

**DEFENDANT'S REQUEST FOR STATUS CONFERENCE OR IN THE ALTERNATIVE, RULINGS ON CERTAIN PENDING MOTIONS AND PRE-TRIAL DEADLINES**

   Defendant Chugiak Senior Citizens, Inc. ("CSC"), through counsel, request a status conference with the Court or in the alternative, rulings on certain pending motions and pre-trial deadlines.  The Court has vacated the dates for trial and the final pre-trial conference (Dkt. 173), but did not address other approaching deadlines which CSC

Defendant's Request for Status Conference or in the
Alternative, Rulings on Certain Pending Motions and
Pre-Trial Deadlines
*Winters v. CSC*/Case No. 3:06-cv-00083 (TMB)                  Page 1 of 3

believes require some clarification from the Court. The parties have conferred on these matters, but were not able to agree to anything, except to let the Court rule on the motions and deadlines at issue. Accordingly, CSC requests a status conference on the following list of pending motions and deadlines, but also believes the Court could probably rule on the matters without a conference. The motions and deadlines at issue are:

(1) Plaintiff's Motion for Expedited Consideration and underlying Motion for Extension of time to respond to Defendant's Summary Judgment Motions, filed December 22, 2006;

(2) Defendant's Motion for Expedited Consideration and its underlying Motion for Extension of Time Until January 19, 2007 to Respond to Plaintiff's Two Motions In Limine filed December 28, 2006;

(3) Deadline for filing of objections to trial exhibits (currently due January 4, 2007 per the Court's Order at Dkt 112);

(4) Deadline for filing the parties' Joint Submission of Jury Instructions (due January 9, 2007); and

(5) Deadline for filing of trial briefs (currently due January 9, 2007).

DATED at Anchorage, Alaska, this 3rd day of January, 2007.

> DELANEY WILES, INC.
> Attorneys for Chugiak Senior Citizens, Inc.
>
> s/Donna M. Meyers
> 1007 W. 3rd Avenue, Suite 400
> Anchorage, Alaska  99501

Defendant's Request for Status Conference or in the
Alternative, Rulings on Certain Pending Motions and
Pre-Trial Deadlines
*Winters v. CSC*/Case No. 3:06-cv-00083 (TMB)                                    Page 2 of 3

Phone: 907-279-3581  
Fax: 907-277-1331  
dmm@delaneywiles.com  
Alaska Bar Assoc. No. 9006011

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd
day of January, 2006, a copy of
the above was served electronically on:

Barbara Brink/Nikole Nelson
Jim Davis, Jr./Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska  99501

s/Donna M. Meyers (126018)

Defendant's Request for Status Conference or in the
Alternative, Rulings on Certain Pending Motions and
Pre-Trial Deadlines
*Winters v. CSC*/Case No. 3:06-cv-00083 (TMB)                                                      Page 3 of 3