IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her power of attorney Carol Winters,<br><br>    Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>    Defendant. | Case No. 3:06-cv-00083-TMB |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR STATUS CONFERENCE OR TO RULE ON MOTIONS**

Counsel joins Defendant's request for a status conference or rulings on the various motions (Dkt. 196-1). Counsel Kerr returned to the office today, and conferred with Counsel Meyers today. Despite good efforts and a cordial conversation, counsel could not reach any agreement as to extensions, or dates. Plaintiffs' counsel, Barbara Brink previously offered to stipulate to an extension of time for Defendants' to respond to Plaintiffs' two motions in limine.[1] However, Defendants' counsel refused to agree to any extension for Plaintiffs' to respond to Defendant's five motions for summary judgment. Counsel agrees that the Court should rule on the various motions and set new dates for Plaintiff's response to the Defendant's five Motions for Summary Judgment, Defendants' responses to Plaintiffs' motions in limine, and the trial preparation items of exhibit lists, jury instructions and trial briefs. Plaintiffs' counsel believes that the time between now and January 12th, the date for submission of settlement briefs, is better

---

[1] Defendant's have asserted that Ms. Brink's refusal to agree to a stipulation for an extension of time was inexplicable. It is understandable, however, in light of Defendant's adamant refusal to agree to an extension of time for Plaintiffs' to respond to Defendant's five motions for summary judgment.

Plaintiff's Response to Defendant's Request for Status Conference or Rulings
Case No. 3:06-cv-00083-TMB
Page 1 of 2

spent by all focused on potential settlement, rather than disputing the various timelines at this juncture.

DATED: January 3, 2007          ALASKA LEGAL SERVICES CORPORATION
                                Attorneys for Plaintiff
                                Helen Winters
                                through her power of attorney Carol Winters

                                s/Sonja Kerr
                                ALASKA LEGAL SERVICES
                                1016 West 6th Avenue, Suite 200
                                Anchorage, Alaska 99501
                                PHONE: (907) 274-9431
                                FAX: (907) 279-7417
                                E-mail: skerr@alsc-law.org
                                Alaska Bar No. 0409051

### Certificate of Service

I hereby certify that on the 21st day of of December, 2006, a copy of this document was served electronically:

Donna M. Meyers, Delaney, Wiles, 1007 W. Third Avenue, Suite 400, Anchorage, AK 99501.

S/Sonja D. Kerr (0409051)