IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>Defendant. | Case No. 3:06-cv-83 TMB<br><br>O R D E R |

Pending before the Court are two motions for expedited consideration of two motions for extensions of time. See Docket Nos. 182, 184, 190 and 193.   On December 22, 2006, this Court granted an extension of time until January 19, 2007, for Plaintiff to respond to the Defendant's twelve motions in limine. See Docket 181.  On the same day, Plaintiff filed another motion for extension of time, this time seeking additional time to respond to Defendant's five summary judgment motions.  Docket 184.   Defendant has opposed the motion, and made its own motion for an extension of time to respond to Plaintiff's two motions in limine. See Docket Nos. 188 & 193.

Defendant has requested rulings on the foregoing motions, and has requested clarification of certain pre-trial deadlines.  Docket 196.

It is hereby ordered that the Motions for Expedited Consideration at Docket nos. 182 and 190 are GRANTED.

Plaintiff's motion at Docket 184 for an extension of time to respond to Defendant CSC's five motions for summary judgment (Dkt 121, 128, 132, 134, 136) is GRANTED. Plaintiffs shall reply on or before January 31, 2006.

1

Defendant's the motion for extension of time at Docket 193 is GRANTED. Any response to plaintiff's two motions in limine shall be filed by January 19, 2007.

The deadlines for filing trial exhibits, jury instructions and trial briefs are hereby VACATED pending the outcome of the settlement conference to be scheduled in front of Judge Beistline.

Dated at Anchorage, Alaska, this 3rd day of January, 2006.

/s/ Timothy Burgess
Timothy M. Burgess
United States District Judge