IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

HELEN WINTERS, )
through her power of attorney )
Carol Winters, )
                                    )
    Plaintiff, )
                                    )
vs. )
                                    )
CHUGIAK SENIOR CITIZENS, INC., )
                                    )    Case No. 3:06-cv-00083-TMB
    Defendant. )
_____ )

**MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION
TO STRIKE PLAINTIFF'S FINAL WITNESS LIST**

Comes now the Plaintiff, by and through counsel Alaska Legal Services Corporation, and hereby responds to the Defendant's Motion to Strike (Dkt. 115, 116 ).

**I.    The Motion to Strike Should be Denied as Unsupported by Law or Fact**

Federal Rule of Civil Procedure 12(f) provides for a Motion to Strike to eliminate from pleadings "any insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." The Motion filed by the Defense does not even cite the federal rule, nor any federal cases in support of its claim that the witness list fails to comport with the Court's Pre-Trial Order. There is nothing remotely redundant, immaterial, impertinent or scandalous contained in the Plaintiff's Final Witness List.

Nor does the List fail to comport with the pre-trial order, as the witnesses the plaintiff wishes to call at trial are listed in the order in which it is expected they will be called, and as to each witness the testimony expected to be elicited at trial is

Response to Defendant's Motion to Strike Plaintiff's Witness List            1
H.W. v. Chugiak Senior Citizens Center
3:06-cv-0083

disclosed. Indeed, the disclosures bear a remarkable resemblance to the disclosures on the Defendant's Final Witness List.

With respect to the Witnesses listed in paragraph 13 the Plaintiff agrees more information will be provided once it is available. The Plaintiff's Final Witness List was submitted when due, on November 28, 2006. At that time discovery had not yet closed and the Plaintiff was still awaiting the Defendant's disclosure of the names, addresses, and phone numbers of previous residents of CSC. This information was gleaned from the Report of the Long-Term Care Ombudsman's report.

Because under Federal Rule 12(f) there is no factual or legal basis for the Defendant's Motion to Strike, the plaintiff respectfully requests that this Court deny the motion.

DATED: January 3, 2007    ALASKA LEGAL SERVICES CORPORATION

Attorneys for Plaintiff
Helen Winters
through her power of attorney Carol Winters

s/Sonja D. Kerr
ALASKA LEGAL SERVICES
1016 West 6th Avenue, Suite 200
Anchorage, Alaska 99501
PHONE: (907) 272-9431
FAX: (907) 279-7417
E-mail: skerr@alsc-law.org
Alaska Bar No. 0409051

### Certificate of Service

I hereby certify that on the 3rd day of January, 2007, a copy of this document was filed and served electronically on Donna M. Meyers, Delaney, Wiles, 1007 W. Third Avenue, Suite 400, Anchorage, AK 99501.

s/Sonja D. Kerr (0409051)

Response to Defendant's Motion to Strike Plaintiff's Witness List        2
H.W. v. Chugiak Senior Citizens Center
3:06-cv-0083