Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters, ) ) ) ) Plaintiff, ) ) v. ) ) CHUGIAK SENIOR CITIZENS, INC., ) ) Defendant. ) _____ ) | Case No. 3:06-cv-00083-TMB |

**MOTION FOR EXTENSION OF TIME UNTIL JANUARY 31, 2007 TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant CSC, Inc. respectfully requests the court issue an order extending the time for CSC to respond to plaintiff's motion for summary judgment.  This motion is necessary because plaintiff's counsel refused to agree to the requested extension.

Motion for Extension of Time Until 1/31/07 to Respond
to Plaintiff's Motion for Partial Summary Judgment
*Winters v. CSC*/Case No. 3:06-cv-00083 (TMB)                                                                 Page 1 of 2

This motion is supported by the memorandum and affidavit of counsel submitted herewith.

The court is respectfully requested to rule on this motion on an expedited basis. A motion for expedited consideration is filed herewith.

DATED at Anchorage, Alaska, this 4th day of January, 2007.

    DELANEY WILES, INC.
    Attorneys for Chugiak Senior Citizens, Inc.

    s/Donna M. Meyers and Clay A. Young
    Delaney Wiles, Inc.
    1007 W. Third Avenue, Suite 400
    Anchorage, Alaska  99501
    Phone:     907-279-3581
    Fax:         907-277-1331
    E-mail:     dmm@delaneywiles.com
    E-mail:     cay@delaneywiles.com
    Alaska Bar Assoc. No. 9006011 (DMM)
    Alaska Bar Assoc. No. 7410117 (CAY)

**CERTIFICATE OF SERVICE**

I hereby certify that on 4th day
of January, 2007, a copy of foregoing
**MOTION FOR EXTENSION OF TIME UNTIL
JANUARY 31, 2007 TO RESPOND TO PLAINTIFF'S
MOTION FOR PARTIAL SUMMARY JUDGMENT** was served
electronically on:

Jim Davis, Jr./Barbara Brink/
Nikole M. Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, AK  99501

s/Donna M. Meyers and Clay A. Young
(125927)

Motion for Extension of Time Until 1/31/07 to Respond
to Plaintiff's Motion for Partial Summary Judgment
*Winters v. CSC*/Case No. 3:06-cv-00083 (TMB)                                                      Page 2 of 2