Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>                Plaintiff,<br><br>  v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>                Defendant.<br>_____ | <br><br><br><br><br><br><br><br><br><br>Case No. 3:06-cv-00083-TMB |

**(PROPOSED) ORDER GRANTING DEFENDANT CHUGIAK SENIOR CITIZENS, INC.'S MOTION FOR EXTENSION OF TIME UNTIL JANUARY 31, 2007 TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

This matter having come before the court this ____ day of _____, 200__, upon the motion of defendant for an extension of time to respond to plaintiff's

(Proposed) Order Granting Defendant CSC's Motion for
Extension of Time Until 1/31/07 to Respond to Plaintiff's
Motion for Partial Summary Judgment
*Winters v. CSC*/Case No. 3:06-cv-00083 (TMB)                                  Page 1 of 2

motion for partial summary judgment, and the memoranda and arguments of counsel having been considered and good cause appearing, it is therefore

ORDERED that the motion for extension of time is GRANTED to defendant CSC; and any response to plaintiff's motion for partial summary judgment shall be filed by January 31, 2007.

DATED this _____ day of _____, 200__ at Anchorage, Alaska

_____
Timothy M. Burgess
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on 4th day of January, 2007, a copy of foregoing **(PROPOSED) ORDER GRANTING DEFENDANT CHUGIAK SENIOR CITIZENS, INC.'S MOTION MOTION FOR EXTENSION OF TIME UNTIL JANUARY 31, 2007 TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** was served electronically on:

Jim Davis, Jr./Barbara Brink/
Nikole M. Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, AK  99501

s/Donna M. Meyers (125930)

(Proposed) Order Granting Defendant CSC's Motion for
Extension of Time Until 1/31/07 to Respond to Plaintiff's
Motion for Partial Summary Judgment
*Winters v. CSC*/Case No. 3:06-cv-00083 (TMB)                                             Page 2 of 2