Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
PHONE: 907-279-3581
FAX: 907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>Plaintiff,<br><br>v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-00083-TMB |

### AFFIDAVIT OF DONNA M. MEYERS

STATE OF ALASKA      )
                     ) ss.
THIRD JUDICIAL DISTRICT )

Donna M. Meyers, being first duly sworn, deposes and says as follows:

1. I am Donna M. Meyers, and I make this affidavit upon personal knowledge and upon review of the files and records herein. I am defendant's lead counsel.

2. I contacted plaintiff's counsel, Sonja Kerr, to request a stipulation to extend the time for defendant to respond to plaintiff's motion for partial summary judgment to the same day that plaintiff's counsel has to respond to defendant's motions for summary judgment; but plaintiff's counsel refused to agree or disagree. Instead, Ms. Kerr stated she would respond to the request at some unspecified time in the future, which upon reasonable belief based on past dealings with counsel means Ms. Kerr will either ultimately disagree and wait until the last minute before communicating the decision to the undersigned.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Donna M. Meyers

SUBSCRIBED AND SWORN TO before me this 4th day of January, 2007 at Anchorage, Alaska.

_____
Notary Public in and for Alaska
My commission expires: 2-6-08

## CERTIFICATE OF SERVICE

I hereby certify that on 4th day
of January, 2007, a copy of foregoing
**AFFIDAVIT OF DONNA M. MEYERS** was served
electronically on:

Jim Davis, Jr./Barbara Brink/
Nikole M. Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, AK 99501


s/Donna M. Meyers (125929)