Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
PHONE: 907-279-3581
FAX: 907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>    Plaintiff,<br><br> v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 3:06-cv-00083-TMB |

**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME UNTIL JANUARY 31, 2007 TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff filed a Motion for Partial Summary Judgment on December 19, 2006. A response is due on January 8, 2007. Local Rule 7.1(e). However, the Court

Memorandum in Support of Motion for Extension of Time
Until 1/31/07 to Respond to Plaintiff's Motion for Partial
Summary Judgment
*Winters v. CSC*/Case No. 3:-06-cv-00083 (TMB)        Page 1 of 3

recently vacated the trial date of February 12, 2007, and ordered a referral to U.S. District Court Judge Ralph Beistline for consideration of a settlement conference.[1] Defendant was hopeful the briefing on the dispositive motions would proceed since there is no guarantee Judge Beistline would schedule a settlement conference or a settlement will be reached. Rulings on the dispositive motions could potentially narrow the issues before any conference or trial. However, this Court recently granted plaintiff's an extension of time to respond to defendant's summary judgment motions until January 31, 2007. *See* Dkt. 198. Defendant requests an equivalent extension of time to respond to plaintiff's Motion for Partial Summary Judgment.

Defense counsel contacted plaintiff's counsel to request that plaintiff agree to defendant's similar request for an extension of time to respond to plaintiff's motions in limine. However, plaintiff's counsel has inexplicably refused to agree. *See* Affidavit of Donna M. Meyers, submitted herewith. Therefore, defendant must ask the Court to issue an order similar to the one that it issued in response to plaintiff's motion for an extension of time to respond to defendant's summary judgment motions.

If good cause existed for the granting of plaintiff's motion, it exists for the granting of this one. Plaintiff will suffer no prejudice from the requested extension.

---

[1] Judge Burgess has ordered that settlement memoranda be submitted by January 12, 2007, and upon receipt of them, will determine whether a settlement conference will be useful. See Order Regarding Settlement Conference, at Dkt. 180.

Memorandum in Support of Motion for Extension of Time
Until 1/31/07 to Respond to Plaintiff's Motion for Partial
Summary Judgment
*Winters v. CSC*/Case No. 3:-06-cv-00083 (TMB)                    Page 2 of 3

DATED at Anchorage, Alaska, this 4th day of January, 2007.

>DELANEY WILES, INC.
>Attorneys for Chugiak Senior Citizens, Inc.
>
>s/Donna M. Meyers and Clay A. Young
>Delaney Wiles, Inc.
>1007 W. Third Avenue, Suite 400
>Anchorage, Alaska  99501
>Phone:      907-279-3581
>Fax:        907-277-1331
>E-mail:     dmm@delaneywiles.com
>E-mail:     cay@delaneywiles.com
>Alaska Bar Assoc. No. 9006011 (DMM)
>Alaska Bar Assoc. No. 7410117 (CAY)

**CERTIFICATE OF SERVICE**

I hereby certify that on 4th day
of January, 2007, a copy of foregoing
**MEMORANDUM IN SUPPORT OF MOTION
FOR EXTENSION OF TIME UNTIL
JANUARY 31, 2007 TO RESPOND TO PLAINTIFF'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**
was served electronically on:

Jim Davis, Jr./Barbara Brink/
Nikole M. Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, AK  99501


s/Donna M. Meyers and Clay A. Young
(125928)

Memorandum in Support of Motion for Extension of Time
Until 1/31/07 to Respond to Plaintiff's Motion for Partial
Summary Judgment
*Winters v. CSC*/Case No. 3:-06-cv-00083 (TMB)                                              Page 3 of 3