Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters, <br><br> Plaintiff, <br><br> v. <br><br> CHUGIAK SENIOR CITIZENS, INC., <br><br> Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| _____ ) | Case No. 3:06-cv-00083-TMB |

**MOTION FOR EXPEDITED CONSIDERATION OF MOTION FOR EXTENSION OF TIME UNTIL JANUARY 31, 2007 TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant Chugiak Senior Citizens, Inc. ("CSC"), through counsel, requests

the Court to expedite consideration of CSC's Motion for Extension of Time Until

Motion for Expedited Consideration of Motion for Extension
of Time until 1/31/07 to Respond to Plaintiff's Motion for
Partial Summary Judgment
*Winters v. CSC*, Case No. 3:06-cv-00083-TMB                                    Page 1 of 2

January 31, 2007 to respond to Plaintiff's Motion For Partial Summary Judgment,

pursuant to L.R. 7.2(c).

DATED at Anchorage, Alaska, this 4th day of January, 2007.

DELANEY WILES, INC.
Attorneys for Chugiak Senior Citizens, Inc.

s/Donna M. Meyers and Clay A. Young
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, Alaska  99501
Phone:      907-279-3581
Fax:         907-277-1331
E-mail:      dmm@delaneywiles.com
E-mail:      cay@delaneywiles.com
Alaska Bar Assoc. No. 9006011 (DMM)
Alaska Bar Assoc. No. 7410117 (CAY)

**CERTIFICATE OF SERVICE**

I hereby certify that on 4th day of
January, 2007, a copy of foregoing
**MOTION FOR EXPEDITED CONSIDERATION**
**OF MOTION FOR EXTENSION OF TIME UNTIL**
**JANUARY 31, 2007 TO RESPOND TO PLAINTIFF'S**
**MOTION FOR PARTIAL SUMMARY JUDGMENT** was served
electronically on:

Jim Davis/Jr./Barbara Brink/
Nikole M. Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, AK  99501

s/Donna M. Meyers and Clay A. Young
(125933)

Motion for Expedited Consideration of Motion for Extension
of Time until 1/31/07 to Respond to Plaintiff's Motion for
Partial Summary Judgment
*Winters v. CSC*, Case No. 3:06-cv-00083-TMB                                          Page 2 of 2