Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>                Plaintiff,<br><br>   v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>                Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 3:06-cv-00083-TMB |

**(PROPOSED) ORDER GRANTING DEFENDANT CHUGIAK SENIOR CITIZENS, INC.'S MOTION FOR EXPEDITED CONSIDERATION OF MOTION FOR EXTENSION OF TIME UNTIL JANUARY 31, 2007 TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

This matter having come before the court this ____ day of _____,

(Proposed) Order Granting Defendant CSC's Motion for
Expedited Consideration of Motion for Extension of Time
Until 1/31/07 to Respond to Plaintiff's Motion for Partial
Summary Judgment
*Winters v. CSC*/Case No. 3:06-cv-00083 (TMB)                                                                 Page 1 of 2

200__, upon the motion of defendant for expedited consideration of their motion for an extension of time to respond to plaintiff's two motions in limine, and the memoranda and arguments of counsel having been considered and good cause appearing, it is therefore

ORDERED that the motion for expedited consideration is GRANTED to defendant CSC.

DATED this ____ day of _____, 200__ at Anchorage, Alaska

_____
Timothy M. Burgess
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on 4th day
of January, 2007, a copy of foregoing
**(PROPOSED) ORDER GRANTING DEFENDANT
CHUGIAK SENIOR CITIZENS, INC.'S MOTION
FOR EXPEDITED CONSIDERATION OF MOTION
FOR EXTENSION OF TIME UNTIL JANUARY 31, 2007
TO RESPOND TO PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY JUDGMENT** was served electronically on:

Jim Davis, Jr./Barbara Brink/
Nikole M. Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, AK  99501

s/Donna M. Meyers and Clay A. Young
(125938)

(Proposed) Order Granting Defendant CSC's Motion for
Expedited Consideration of Motion for Extension of Time
Until 1/31/07 to Respond to Plaintiff's Motion for Partial
Summary Judgment
*Winters v. CSC*/Case No. 3:06-cv-00083 (TMB)                    Page 2 of 2