# Donna M. Meyers - RE: Winters

**From:** Sonja Kerr <skerr@alsc-law.org>
**To:** "'Donna M. Meyers'" <DMM@delaneywiles.com>, Barbara Brink <bbrink@alsc-law.org>
**Date:** 1/3/2007 4:03:39 PM
**Subject:** RE: Winters
**CC:** "'Clay A. Young'" <CAY@delaneywiles.com>

Donna,

We are closing the office due to the snow. I do not know if I will be in tomorrow or not. Please do not assume. We will get back to you regarding same.

Sonja

-----Original Message-----
**From:** Donna M. Meyers [mailto:DMM@delaneywiles.com]
**Sent:** Wednesday, January 03, 2007 3:22 PM
**To:** Barbara Brink; skerr
**Cc:** Clay A. Young
**Subject:** Winters

Sonja,
Now that you have received the requested time extension to respond to CSC's summary judgment motions, I assume you will stipulate to CSC having an equivalent time extension to respond to plaintiff's motion for partial summary judgment. I will send over a proposed stipulation to that effect.

Donna M. Meyers
Delaney Wiles, Inc.
1007 W. 3rd Ave., Ste 400
Anchorage, Alaska 99501

Telephone No. (907) 279-3581
Fax No. (907) 277-1331

CONFIDENTIALITY NOTE:

This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

EXHIBIT A
Page 1 of 1