Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.


### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>Plaintiff,<br><br>v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

_____ )     Case No. 3:06-cv-00083-TMB

### AFFIDAVIT OF DONNA M. MEYERS

STATE OF ALASKA              )
                             ) ss.
THIRD JUDICIAL DISTRICT      )

Donna M. Meyers, being first duly sworn, deposes and says as follows:

1.    I am Donna M. Meyers, and I make this affidavit upon personal knowledge and upon review of the files and records herein.

2.    I am lead counsel for defendant in this matter and have personal knowledge of the contents herein.

3.    I submit this affidavit in support of my client's motion for expedited consideration of its motion for an extension of time until January 31, 2007 to respond to plaintiff's motion for summary judgment.

4.    The normal response time for these motions is January 8, 2007, if the usual and customary time deadlines and Local Rule 7.1 are applied. The normal time deadlines for response to the motion for extension of time, if the deadlines in Rule 7.1 are applied, is January 22, 2007. Thus, it is respectfully submitted that a decision on the motion to extend the deadlines be expedited, with a ruling on it and, hopefully, the main motion, by noon on January 5, 2007.

5.    Plaintiff's counsel was asked to agree to the extension of time to respond to plaintiff's Motion for Partial Summary Judgment, but they refused to do so, (*see* Exh. A) even though they themselves had requested and obtained an extension of time to respond to defendant's motions for summary judgment. *See* Dkt. 198.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Donna M. Meyers

Affidavit of Donna M. Meyers
*Winters v. CSC*/Case No. 3:06-cv-00083 (TMB)                                    Page 2 of 3

SUBSCRIBED AND SWORN TO before me this 4th day of January, 2007 at Anchorage, Alaska.

_____
Notary Public in and for Alaska
My commission expires: ___2·6·08___

## CERTIFICATE OF SERVICE

I hereby certify that on 4th day
of January, 2007, a copy of foregoing
**AFFIDAVIT OF DONNA M. MEYERS**
was served electronically on:

Jim Davis, Jr./Barbara Brink/
Nikole M. Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, AK  99501

s/Donna M. Meyers (125937)