Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>    Plaintiff,<br><br>    v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>    Defendant. | Case No. 3:06-cv-00083-TMB |

**MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED CONSIDERATION OF MOTION FOR EXTENSION OF TIME UNTIL JANUARY 31, 2007 TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant CSC, through counsel, requests the court give expedited consideration of CSC's Motion for Extension of Time Until January 31, 2007 to

Memorandum in Support of Motion for Expedited Consideration
of Motion for Extension of Time Until 1/31/07 to Respond to
Plaintiff's Motion for Partial Summary Judgment
*Winters v. CSC*, Case No. 3:06-cv-00083-TMB                                    Page 1 of 3

respond to Plaintiff's Motion for Partial Summary Judgment. This motion is supported by the Affidavit of Donna M. Meyers, attached hereto.

A decision is requested by Friday, January 5, 2007 on this motion. Expedited consideration is sought because: (1) the time to respond will expire long after a response to the main motion is due; (2) there is no prejudice to plaintiff by the granting of this motion; and (3) defendant will be substantially prejudiced if a decision is not expedited.

DATED at Anchorage, Alaska, this 4th day of January, 2007.

> DELANEY WILES, INC.
> Attorneys for Chugiak Senior Citizens, Inc.
>
> s/Donna M. Meyers and Clay A. Young
> Delaney Wiles, Inc.
> 1007 W. Third Avenue, Suite 400
> Anchorage, Alaska 99501
> Phone:     907-279-3581
> Fax:       907-277-1331
> E-mail:    dmm@delaneywiles.com
> E-mail:    cay@delaneywiles.com
> Alaska Bar Assoc. No. 9006011 (DMM)
> Alaska Bar Assoc. No. 7410117 (CAY)

Memorandum in Support of Motion for Expedited Consideration
of Motion for Extension of Time Until 1/31/07 to Respond to
Plaintiff's Motion for Partial Summary Judgment
*Winters v. CSC*, Case No. 3:06-cv-00083-TMB                                Page 2 of 3

**CERTIFICATE OF SERVICE**

I hereby certify that on 4th day of January, 2007, a copy of foregoing **MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED CONSIDERATION OF MOTION FOR EXTENSION OF TIME UNTIL JANUARY 31, 2007 TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** was served electronically on:

Jim Davis/Jr./Barbara Brink/
Nikole M. Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, AK  99501

s/Donna M. Meyers and Clay A. Young
125935

Memorandum in Support of Motion for Expedited Consideration
of Motion for Extension of Time Until 1/31/07 to Respond to
Plaintiff's Motion for Partial Summary Judgment
*Winters v. CSC*, Case No. 3:06-cv-00083-TMB                                                                                      Page 3 of 3