IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

HELEN WINTERS, )
through her power of attorney )
Carol Winters, )
)
    Plaintiff, )
)
vs. )
)
CHUGIAK SENIOR CITIZENS, INC., )
) Case No. 3:06-cv-00083-TMB
    Defendant. )
)

### Memorandum in Response to Defendant's Late Motion for Extension of Time to Respond to Plaintiff's Partial Motion for Summary Judgment

Plaintiffs do not oppose an extension of time for Defendants to respond to Plaintiffs' Motion for Partial Summary Judgment. However, Plaintiffs' counsel is compelled to respond to the facts as represented in Ms. Meyers' affidavit attached to the motion. For that reason, this memorandum and accompanying affidavit is submitted to the Court.

DATED: January 5, 2007      ALASKA LEGAL SERVICES CORPORATION
Attorneys for Plaintiff
Helen Winters
through her power of attorney Carol Winters

s/Sonja Kerr
ALASKA LEGAL SERVICES
1016 West 6th Avenue, Suite 200
Anchorage, Alaska 99501
PHONE: (907) 274-9431
FAX: (907) 279-7417
E-mail: skerr@alsc-law.org
Alaska Bar No. 0409051

Certificate of Service

I hereby certify that on the 5th day of January, 2007, a copy of this document was served electronically on:

Donna M. Meyers
Delaney, Wiles
1007 W. Third Avenue, Suite 400
Anchorage, AK 99501.

S/Sonja D. Kerr (0409051)