IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

HELEN WINTERS, )
through her power of attorney )
Carol Winters, )
   )
   Plaintiff, ) Case No. 3:06-cv-00083 TMB
   )
vs. )
   ) Affidavit of Sonja D. Kerr
CHUGIAK SENIOR CITIZENS, INC., )
   )
   Defendant. )
_____ )

State of Alaska

   Comes now, Sonja D. Kerr, and being first duly sworn, deposes and states:

1.  I am one of the counsel on this case.

2.  Attached as Ex. 1. herein is a true and correct copy of emails concerning any extension for Defendants' response to Plaintiffs' Motion for Partial Summary Judgment.

Further, affiant saith not.

                                              _____
                                              Sonja D. Kerr

Subscribed and sworn to before me
this 5th day of January, 2007.

_____
Notary Public
My commission expires

[Notary Seal: TERRI FLOYD, NOTARY PUBLIC, STATE OF ALASKA]

Affidavit Kerr
Case No. 3:06-cv-00083-TMB
Page 1 of 1

## Sonja Kerr

| | |
|---|---|
| **From:** | Donna M. Meyers [DMM@delaneywiles.com] |
| **Sent:** | Wednesday, January 03, 2007 10:46 AM |
| **To:** | Barbara Brink; skerr |
| **Cc:** | Clay A. Young |
| **Subject:** | Winters |

Barbara & Sonja,
We are scheduled to meet this afternoon at 2 p.m. at our office to see if we can agree on exhibits, and then objections to exhibits are due tomorrow on January 4th. I suggest we stipulate to put off the meeting regarding exhibits, the filing of objections to exhibits, the exchange of or meeting on jury instructions (the parties must submit a joint set by 1/9/07), and the filing of the trial briefs. We could pick 1/19/07 as the new date for submitting objections to exhibits, filing a joint set of jury instructions, and the trial briefs. By that date, we will have submitted our mediation briefs, and perhaps Judge Beistline will have made a determination about scheduling any settlement conference.

I look forward to a response.


Donna M. Meyers
Delaney Wiles, Inc.
1007 W. 3rd Ave., Ste 400
Anchorage, Alaska 99501

Telephone No. (907) 279-3581
Fax No. (907) 277-1331

CONFIDENTIALITY NOTE:

This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.
================================================================

**EXHIBIT 1**

1/5/2007

## Sonja Kerr

**From:** Sonja Kerr
**Sent:** Wednesday, January 03, 2007 2:04 PM
**To:** 'Donna M. Meyers'; Barbara Brink
**Cc:** 'Clay A. Young'
**Subject:** RE: Winters

Disappointing.

> -----Original Message-----
> **From:** Donna M. Meyers [mailto:DMM@delaneywiles.com]
> **Sent:** Wednesday, January 03, 2007 1:49 PM
> **To:** Barbara Brink; skerr
> **Cc:** Clay A. Young
> **Subject:** Winters
>
> Sonja,
> As I was drafting the submission to the Court, I had second thoughts about submitting it as a joint submission because we are not really agreeing on anything; we would only be asking the Court to rule on certain pending motions and to clarify certain deadlines. Rather than prolong the process of submitting the request to the Court via a joint request, we will just request a status conference or alternatively, rulings on the dates for the submissions you and I discussed.
>
> Donna M. Meyers
> Delaney Wiles, Inc.
> 1007 W. 3rd Ave., Ste 400
> Anchorage, Alaska 99501
>
> Telephone No. (907) 279-3581
> Fax No. (907) 277-1331
>
> CONFIDENTIALITY NOTE:
>
> This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.
> ================================================================

EXHIBIT 1
2 of 5

1/5/2007

## Sonja Kerr

**From:** Sonja Kerr
**Sent:** Wednesday, January 03, 2007 4:03 PM
**To:** 'Donna M. Meyers'; Barbara Brink
**Cc:** 'Clay A. Young'
**Subject:** RE: Winters

Donna,

We are closing the office due to the snow. I do not know if I will be in tomorrow or not. Please do not assume. We will get back to you regarding same.

Sonja

> -----Original Message-----
> **From:** Donna M. Meyers [mailto:DMM@delaneywiles.com]
> **Sent:** Wednesday, January 03, 2007 3:22 PM
> **To:** Barbara Brink; skerr
> **Cc:** Clay A. Young
> **Subject:** Winters
>
> Sonja,
> Now that you have received the requested time extension to respond to CSC's summary judgment motions, I assume you will stipulate to CSC having an equivalent time extension to respond to plaintiff's motion for partial summary judgment. I will send over a proposed stipulation to that effect.
>
> Donna M. Meyers
> Delaney Wiles, Inc.
> 1007 W. 3rd Ave., Ste 400
> Anchorage, Alaska 99501
>
> Telephone No. (907) 279-3581
> Fax No. (907) 277-1331
>
> CONFIDENTIALITY NOTE:
>
> This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.
> ================================================================

EXHIBIT 1

1/5/2007

# Sonja Kerr

**From:** Donna M. Meyers [DMM@delaneywiles.com]
**Sent:** Wednesday, January 03, 2007 4:11 PM
**To:** Sonja Kerr
**Subject:** RE: Winters

Sonja,
We will file a motion for the time extension and seek expedited consideration and advise the Court we were unable to resolve the matter because your response does not indicate when you intend to get back to me regarding the requested stip for the time extension. Instead, it indicates you are not willing or likely to consider the stipulation until Friday which is not soon enough when in reality *it is* possible for you to respond much sooner.


Donna M. Meyers
Delaney Wiles, Inc.
1007 W. 3rd Ave., Ste 400
Anchorage, Alaska 99501

Telephone No. (907) 279-3581
Fax No. (907) 277-1331

CONFIDENTIALITY NOTE:

This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.
===========================================================================

>>> Sonja Kerr <skerr@alsc-law.org> 1/3/2007 4:02 PM >>>
Donna,

We are closing the office due to the snow. I do not know if I will be in tomorrow or not. Please do not assume. We will get back to you regarding same.

Sonja

> -----Original Message-----
> **From:** Donna M. Meyers [mailto:DMM@delaneywiles.com]
> **Sent:** Wednesday, January 03, 2007 3:22 PM
> **To:** Barbara Brink; skerr
> **Cc:** Clay A. Young
> **Subject:** Winters
>
> Sonja,

EXHIBIT 1
1 of 5

1/5/2007

Sonja Kerr

| | |
|---|---|
| **From:** | Clay A. Young [cay@delaneywiles.com] |
| **Sent:** | Wednesday, January 03, 2007 7:44 PM |
| **To:** | Barbara Brink; skerr@alsc-law.org; Donna M. Meyers |
| **Subject:** | RE: Winters |

Sonja:

It is sort of stunning, but not surprising given what we have seen in the past, that you would not agree to our request, which basically mirrors yours. We had a good faith reason to oppose your request, but the court after considering it, accepted your view. Now that the court has ruled on your request that way, our request will clearly be viewed in the same light. The court will not look kindly on your relcalcitrance. I hope you reconsider.

Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Ave., Ste. 400
Anchorage, Alaska 99501
phone-907-279-3581
fax-907-277-1331
cell-907-223-8428
>>> Sonja Kerr <skerr@alsc-law.org> 01/03/07 4:02 PM >>>
Donna,

We are closing the office due to the snow. I do not know if I will be in tomorrow or not. Please do not assume. We will get back to you regarding same.

Sonja

-----Original Message-----
From: Donna M. Meyers [mailto:DMM@delaneywiles.com]
Sent: Wednesday, January 03, 2007 3:22 PM
To: Barbara Brink; skerr
Cc: Clay A. Young
Subject: Winters

Sonja,
Now that you have received the requested time extension to respond to CSC's summary judgment motions, I assume you will stipulate to CSC having an equivalent time extension to respond to plaintiff's motion for
partial summary judgment. I will send over a proposed stipulation to
that effect.

Donna M. Meyers
Delaney Wiles, Inc.
1007 W. 3rd Ave., Ste 400
Anchorage, Alaska 99501

Telephone No. (907) 279-3581
Fax No. (907) 277-1331

CONFIDENTIALITY NOTE:

This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.
==============================================================================

EXHIBIT
4
5 of 5

1