Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>                    Plaintiff,<br><br>     v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>                    Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 3:06-cv-00083-TMB |

**REPLY TO OPPOSITION TO MOTION TO DISMISS FOR LACK OF STANDING/SUBJECT MATTER JURISDICTION**

**INTRODUCTION**

Subject matter jurisdiction is never waived.  Defendant asked the court in its motion to dismiss this case with prejudice because the court lacks subject matter jurisdiction.  The court lacks subject matter jurisdiction because the plaintiff Carol

Winters lacks standing to bring the case on behalf of her mother. Her Power of Attorney does not give her that authority.

In response to the motion, plaintiff argued several irrelevant points. She first argues that the defendant has waived this argument because it has acknowledged all along that Carol Winters did in fact hold Power of Attorney. This is irrelevant because the question is not whether Carol Winters holds Power of Attorney, but what authority the Power of Attorney gives her.

Plaintiff then argues that the defendant has waived its defense of lack of <u>personal jurisdiction</u> by failing to raise it earlier. Plaintiff must not have read defendant's motion. Defendant is not claiming the court lacks personal jurisdiction over the plaintiff. Defendant pointed out that the court lacks <u>subject matter jurisdiction</u> because the plaintiff has no standing to bring the case.

Plaintiff then argues that the court should give only a cursory review of the Power of Attorney. A cursory review is, however, not what is called for here, but a careful, thorough review of the instrument and of the prevailing and controlling Alaska law.

Plaintiff then misstates the prevailing law. She asserts that Powers of Attorney, especially general Powers of Attorney, are broadly construed in Alaska. They are not. *Aiello v. Clark*, 680 P.2d 1162 (Alaska 1984) expressly holds that Powers of Attorney are strictly construed and that in the absence of an express authority to do

something, there is no authority to do it. Plaintiff can cite, quote, underline, bold, or take out of context any part of the Power of Attorney she wishes, but it does not change the plain fact that the Power of Attorney does not grant the authority to bring this suit.

Plaintiff then asserts that Alaska statutes concerning Powers of Attorney provide that this Power of Attorney must be construed broadly. In fact, this is not correct. Alaska's Power of Attorney statutes do not apply because the Power of Attorney granted to Carol Winters does not comport with the statutory form Power of Attorney set forth in the statutes, and therefore, the rules of construction do not apply.

Finally, plaintiff asserts that if the court agrees with the defendant it should not dismiss the case, but give plaintiff a chance to take some curative steps. What those curative steps would be is somewhat unclear or whether they would be effective, but defendant agrees the plaintiff should be given a reasonable, but short, period of time to cure the subject matter jurisdictional problem before the case is dismissed with prejudice.

DATED at Anchorage, Alaska, this 8th day of January, 2007.

DELANEY WILES, INC.
Attorneys for Chugiak Senior Citizens, Inc.

s/Clay A. Young
Donna M. Meyers
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, Alaska  99501
Phone: 907-279-3581
Fax: 907-277-1331
E-mail: dmm@delaneywiles.com
E-mail: cay@delaneywiles.com
Alaska Bar Assoc. No. 9006011 (DMM)
Alaska Bar Assoc. No. 7410117 (CAY)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day
of January, 2007, a copy of the foregoing
**REPLY TO OPPOSITION TO MOTION TO
DISMISS FOR LACK OF STANDING/SUBJECT
MATTER JURISDICTION** was served electronically on:

Jim Davis/Jr./Barbara Brink/
Nikole M. Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, AK  99501

s/Clay A. Young
126123