Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
Phone:  907-279-3581
Fax:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>    Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>    Defendant. | Case No. 3:06-cv-00083-TMB |

**STIPULATION FOR TIME EXTENSION FOR
RESPONSES TO MOTIONS *IN LIMINE***

The Court previously entered an order granting plaintiff an extension of time until January 19, 2007 to respond to Defendant's twelve motions *in limine* (Dkt 181), and an order granting defendant until January 19, 2007 to respond to plaintiff's two motions *in limine* (Dkt 198).  The parties, through counsel, hereby jointly request and stipulate to an additional extension of time until January 31, 2007 for plaintiff to respond to defendant's twelve motions *in limine*, and for defendant to respond to plaintiff's two motions *in limine*.

Dated:   January 18, 2007    ALASKA LEGAL SERVICES CORPORATION
Attorneys for Plaintiff Helen Winters through
her power of attorney Carol Winters

s/Sonja D. Kerr (CONSENT)
ALASKA LEGAL SERVICES
1016 West 6th Avenue, Suite 200
Anchorage, Alaska 99501
PHONE: (907)-22-9431
FAX: (907)-279-7417
Email: skerr@alsc-law.org
Alaska Bar No. 0409051

Dated: January 18, 2007    DELANEY WILES, INC.
Attorneys for Chugiak Senior Citizens, Inc.

s/Donna Meyers (CONSENT)
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
Phone: 907-279-3581
Fax: 907-277-1331
dm@delaneywiles.com
Alaska Bar Assoc. No. 9006011

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th
day of January, 2007, a copy of
the above was served electronically on:

Jim Davis, Jr./Barbara Brink/
Nikole Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

s/Donna M. Meyers (126596)