Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>                  Plaintiff,<br><br>  v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>                  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-00083-TMB |

### (PROPOSED) ORDER GRANTING PARTIES' STIPULATION FOR TIME EXTENSION FOR RESPONSES TO MOTIONS *IN LIMINE*

Based upon the parties' Stipulation for Time Extension for Responses to Motions *In Limine*, the parties' responses to the pending motions *in limine* are due on or before January 31, 2007.

DATED at Anchorage, Alaska, this ____ day of January 2007.

_____
Timothy M. Burgess, U.S. District Court Judge

(Proposed) Order Granting Parties' Stipulation for
Time Extension for Responses to Motions *in Limine*
Winters v. CSC/Case No. 3:06-cv-00083 (TMB)                              Page 1 of 2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of January, 2007, a copy of **(PROPOSED) ORDER GRANTING PARTIES' STIPULATION TO TIME EXTENSION FOR RESPONSES TO MOTIONS *IN LIMINE*** was served electronically on:

Jim Davis Jr./Barbara Brink/
Nikole Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

s/Donna M. Meyers (126597)

(Proposed) Order Granting Parties' Stipulation for
Time Extension for Responses to Motions *in Limine*
Winters v. CSC/Case No. 3:06-cv-00083 (TMB)                                                Page 2 of 2