IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power-of-Attorney, Carol Winters,<br><br>     Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS INC.,<br><br>     Defendant. | Case No. 3:06-cv-0083-TMB<br><br>**ORDER DECLINING SETTLEMENT CONFERENCE** |

      The Court has conducted a cursory review of the file in this matter and a detailed review of the parties' settlement briefs. Based thereon, the Court declines to take part in a settlement conference at the present time. Plaintiff's view as to what would be necessary for the case to settle is world's apart from Defendant's perception of the matter.

      In the future, if the issues are narrowed or either party expresses a desire to significantly alter its settlement position, the Court would gladly attempt to assist and would reconsider the propriety of a settlement conference.

      ENTERED this 19th day of January, 2007.

                              s/RALPH R. BEISTLINE
                              UNITED STATES DISTRICT JUDGE