Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
Phone:  907-279-3581
Fax:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>    Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>    Defendant. | Case No. 3:06-cv-00083-TMB |

**STIPULATION FOR TIME EXTENSION FOR
RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT**

The parties, through counsel, hereby jointly request and stipulate to an additional extension of time until February 7, 2007 for both plaintiff and defendant to respond to all motions for summary judgment.

| | |
|---|---|
| Dated:   January 30, 2007 | ALASKA LEGAL SERVICES CORPORATION<br>Attorneys for Plaintiff Helen Winters through her power of attorney Carol Winters<br><br>s/Sonja D. Kerr (CONSENT)<br>ALASKA LEGAL SERVICES<br>1016 West 6th Avenue, Suite 200<br>Anchorage, Alaska 99501<br>PHONE: (907)-22-9431<br>FAX: (907)-279-7417<br>Email: skerr@alsc-law.org<br>Alaska Bar No. 0409051 |
| Dated: January 30, 2007 | DELANEY WILES, INC.<br>Attorneys for Chugiak Senior Citizens, Inc.<br><br>s/Clay A. Young<br>Delaney Wiles, Inc.<br>1007 W. 3rd Avenue, Suite 400<br>Anchorage, Alaska 99501<br>Phone: 907-279-3581<br>Fax: 907-277-1331<br>cay@delaneywiles.com<br>Alaska Bar Assoc. No. 7410117 |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th
day of January, 2007, a copy of
the above was served electronically on:

Jim Davis, Jr./Barbara Brink/
Nikole Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

s/Clay A. Young
127007