Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>Plaintiff,<br><br>v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-00083-TMB |

**(PROPOSED) ORDER GRANTING PARTIES' STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT**

Based upon the parties' stipulation for an extension of time to respond to all

motion for summary judgment, the court hereby

ORDERS that all responses to motions for summary judgment currently

submitted to the court are due on February 7, 2007.

DATED at Anchorage, Alaska, this _____ day of _____, 2007.

_____
Timothy M. Burgess, U.S. District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th
day of January, 2007, a copy of
the above was served electronically on:

Jim Davis Jr./Barbara Brink/
Nikole Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

s/Clay A. Young
127012

(Proposed) Order Granting Parties' Stipulation For Extension Of Time To Respond To Motions For
Summary Judgment
Winters v. CSC, Case No. 3:06-cv-00083 (TMB)