Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
Phone:  907-279-3581
Fax:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>    Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>    Defendant.<br>_____ | Case No. 3:06-cv-00083-TMB |

**JOINT REQUEST FOR TRIAL SETTING OR SCHEDULING CONFERENCE**

The parties hereby request the court schedule either a trial setting conference or a scheduling conference at the earliest available time on the court's calendar.

Dated:   January 30, 2007   ALASKA LEGAL SERVICES CORPORATION
Attorneys for Plaintiff Helen Winters through
her power of attorney Carol Winters

s/Sonja D. Kerr (CONSENT)
ALASKA LEGAL SERVICES
1016 West 6th Avenue, Suite 200
Anchorage, Alaska 99501
PHONE: (907)-22-9431
FAX: (907)-279-7417
Email: skerr@alsc-law.org
Alaska Bar No. 0409051

Dated: January 30, 2007

DELANEY WILES, INC.
Attorneys for Chugiak Senior Citizens, Inc.

s/Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
Phone: 907-279-3581
Fax: 907-277-1331
cay@delaneywiles.com
Alaska Bar Assoc. No. 7410117

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th
day of January, 2007, a copy of
the above was served electronically on:

Jim Davis, Jr./Barbara Brink/
Nikole Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

s/Clay A. Young
127008

Joint Request for Trial Setting or Scheduling Conference
*Winters v. CSC*, Case No. 3:06-cv-00083-TMB
Page 2 of 2