Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE: 907-279-3581
FAX: 907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>              Plaintiff,<br><br>  v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-00083-TMB |

**(PROPOSED) ORDER GRANTING PARTIES' REQUEST FOR TRIAL SETTING CONFERENCE**

Based upon the parties' joint request for a trial setting or scheduling conference,

a trial setting conference is scheduled for _____ __.m. on _____, 2007.

DATED at Anchorage, Alaska, this ____ day of _____, 2007.

_____
Timothy M. Burgess, U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th
day of January, 2007, a copy of
the above was served electronically on:

Jim Davis Jr./Barbara Brink/
Nikole Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

s/Clay A. Young
127010