Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters, <br><br> Plaintiff, <br><br> v. <br><br> CHUGIAK SENIOR CITIZENS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| _____ ) | Case No. 3:06-cv-00083-TMB |

## (PROPOSED) ORDER DENYING PLAINTIFF'S MOTION TO EXCLUDE EVIDENCE AFTER JANUARY 31, 2006

This matter having come before the court this ____ day of _____, 2007, upon the motion of plaintiff to exclude certain documents identified on defendant's exhibit list from trial based upon relevancy grounds, and the memoranda and arguments of counsel having been considered, and  good cause appearing, it is

therefore

ORDERED that the motion is denied without prejudice to it being renewed once dispositive motions have been decided and the precise nature of the claims and evidence which will be submitted at trial is known.

DATED this _____ day of _____, 2007 at Anchorage, Alaska

_____
Timothy M. Burgess
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day
of January, 2007, a copy of foregoing
**(PROPOSED) ORDER  DENYING PLAINTIFF'S
MOTION TO EXCLUDE EVIDENCE AFTER
JANUARY 31, 2006**
was served electronically on:

Jim Davis/Jr./Barbara Brink/
Nikole M. Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, AK  99501

s/Clay A. Young_____
126966