Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
Phone:  907-279-3581
Fax:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>               Plaintiff,<br><br>v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>               Defendant. | <br><br><br><br><br><br><br><br><br><br>Case No. 3:06-cv-00083-TMB |

**CROSS-MOTION TO MODIFY PRE-TRIAL ORDER
TO ALLOW EXPERT DISCLOSURES**

Defendant Chugiak Senior Citizens, Inc. ("CSC") has opposed plaintiff Helen Winters' motion to exclude CSC's expert witnesses, Dr. Deborah B. Geeseman, Dr. Sabine von Preyss-Friedman, and Theresa Panchot.  Plaintiff seeks to exclude CSC's experts based on an alleged discovery violation.  Plaintiff claims the expert disclosures are untimely, which they are not.  *See* CSC's Opposition to Plaintiff's Motion To Exclude

Expert Witnesses Motion at 1-13.[1]  However, if the Court determines CSC's expert reports were not timely disclosed under the Pre-Trial Order, CSC cross-moves to modify the pre-trial order to allow the disclosures.  Good cause exists to allow CSC's expert disclosures, and plaintiff has not and cannot demonstrate any prejudice.  The trial date has been vacated, and a new trial date has not been set, so plaintiff has ample opportunity to depose CSC's experts, if she desires to do so.

DATED at Anchorage, Alaska, this 31st of January, 2007.

> DELANEY WILES, INC.
> Attorneys for Chugiak Senior Citizens, Inc.
>
> s/Donna M. Meyers and Clay A. Young
> Delaney Wiles, Inc.
> 1007 W. Third Avenue, Suite 400
> Anchorage, Alaska  99501
> Phone:     907-279-3581
> Fax:       907-277-1331
> E-mail:    dmm@delaneywiles.com
> E-mail:    cay@delaneywiles.com
> Alaska Bar Assoc. No. 9006011 (DMM)
> Alaska Bar Assoc. No. 7410117 (CAY)

---

[1] CSC expressly incorporates its opposition in this motion.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day
of January, 2007, a copy of this document
was served electronically on:

Jim Davis, Jr./Sonja Kerr
Barbara Brink/Nikole Nelson
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

s/Donna M. Meyers and Clay A. Young
(127080)