Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
Phone:  907-279-3581
Fax:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters, <br><br> Plaintiff, <br><br> v. <br><br> CHUGIAK SENIOR CITIZENS, INC., <br><br> Defendant. | <br><br><br><br><br><br><br><br><br><br> Case No. 3:06-cv-00083-TMB |

**(PROPOSED) ORDER GRANTING CROSS-MOTION TO MODIFY PRE-TRIAL ORDER TO ALLOW DEFENDANT'S EXPERT DISCLOSURES**

Defendant Chugiak Senior Citizens, Inc.'s Cross-Motion to Modify Pre-Trial Order to Allow Defendant's Expert Disclosures is **GRANTED**.

**IT IS SO ORDERED**.

DATED this ____ day of _____, 2007 at Anchorage, Alaska

_____
Timothy M. Burgess
United States District Court Judge

(Proposed) Order Granting Cross-Motion to Modify
Pre-Trial Order to Allow Defendant's Expert Disclosures
*Winters v. CSC*/3:06-cv-00083 (TMB)                                    Page 1 of 2

**CERTIFICATE OF SERVICE**

I hereby certify that on the ___
day of January, 2007, a copy of
the above was served electronically on:

Jim Davis, Jr./Barbara Brink/
Nikole Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska  99501

s/Donna M. Meyers and Clay A. Young
(127028)

(Proposed) Order Granting Cross-Motion to Modify
Pre-Trial Order to Allow Defendant's Expert Disclosures
*Winters v. CSC*/3:06-cv-00083 (TMB)                                    Page 2 of 2