CLAY A. YOUNG
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS

**DELANEY WILES, INC.**
ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

KEVIN L. DONLEY
ERIC A. RINGSMUTH
JONATHAN P. CLEMENT
WILLIAM R. WARNOCK

OF COUNSEL
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY

October 13, 2006

**VIA FACSIMILE AND
U.S. POSTAL SERVICE**

Nikole Nelson
Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska  99501

Re:   Winters v. Chugiak Senior Citizens, Inc./Case No. A06-0083 Civil (TMB)

Dear Counsel:

I will be leaving the office early this afternoon around 1 p.m., so I would appreciate a response from you on the pre-trial deadlines you would want to extend. I think we can amicably come to some agreement. Additionally, I would like to discuss plaintiff's motion to compel and the possibility of narrowing the issues for the judge to resolve.

Sincerely,

DELANEY WILES, INC.

Donna M. Meyers

DMM:dkd/123105
cc:   Linda Hendrickson

EXHIBIT C
Page 1 of 1