**From:** skerr <nalaof608@yahoo.com>
**To:** "Donna M. Meyers" <dmm@delaneywiles.com>, Nikole Nelson <nnelson@alsc-law.org>, <bbrink@alsc-law.org>, <jjdjr2001@yahoo.com>
**Date:** 10/13/2006 9:41 AM
**Subject:** RE: H.W. and CSC

October 13, 2006

Dear Donna:

We would agree to a stipulation to vacate the October 16th expert disclosure date in light of Judge Burgess' need to receive our response to your IME motion and issue an order on the Rule 35. Unless the trial date is changed, however, we believe the other pretrial dates should remain the same so that we can all adequately be prepared for trial.

Thank you.

Sonja

Sonja D. Kerr

Sonja D. Kerr, Esq.
114 Covington Court
Anchorage, AK 99503
nalaof608@yahoo.com
907-222-9994
Fax: 1-866-310-9252

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information in it. If you have received this in error, please advise the sender at nalaof608@yahoo.com and delete the message.

Want to be your own boss? Learn how on Yahoo! Small Business.

EXHIBIT D
Page 1 of 1