**ALASKA LEGAL SERVICES CORPORATION**
1016 West Sixth Avenue, Suite 200, Anchorage, AK 99501
(907) 272-9431
Fax: (907) 279-7417
E-mail: anchorage3@alsc-law.org

October 16, 2006

# Fax

| | | | |
|---|---|---|---|
| To: | Dr. Michael Jones | From: | Sonja Kerr or Nikole Nelson |
| Fax: | 272-6751 | Pages: | 3 |
| Phone: | 272-2571 | Date: | 10-16-06 |
| Re: | Helen Winters | Acct. Code: | |

x Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

• **Comments**

Dr. Jones,

Thanks for calling me back late Friday. I'm working on the Helen Winters matter. The Chugiak Senior Center has proposed an oral psychiatric examination of Helen. See letter from their lawyer. We are concerned this may be too much for Helen. I looked at your earlier letters and am wondering if you could send a letter on this point to the effect of the enclosed draft. I also didn't know if you could comment on her vision, macular degeneration by history. Unfortunately, we do not have much time to get it in and if, at all possible, need it by end of today, or latest tomorrow morning. Thank you.

My direct line is 222-4512; If I am not here, you may also ask for Nikole Nelson; 222-4508. We can send someone over to retrieve it from your office if that is helpful.

Notice: The information contained in this fax is confidential and/or privileged. This fax is intended to be reviewed only by the above-named recipient. If you have received this fax by mistake, you should not read, copy, discuss, or share it with any other person. If you have received this fax in error, or have any questions as to whether you are the intended recipient, please call us immediately at (907) 272-9431.

• Page 1

EXHIBIT E
Page 1 of 4

CLAY A. YOUNG
JAMES R. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS
KEVIN L. DONLEY

**DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.**
ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501-1936
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

ERIC A. RINGSMUTH
JONATHAN M. CLEMENT
WILLIAM R. WARNOCK
MARGARET A. PATON-WALSH

OF COUNSEL
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY
GREGORY L. YOUNGMUN

October 2, 2006

**VIA FACSIMILE AND**
**U.S. POSTAL SERVICE**

Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska 99501

Re: **Winters v. Chugiak Senior Citizens, Inc.**/Case No. A06-0083 Civil (TMB)

Dear Sonja:

Please find enclosed a copy of Dr. Geeseman's curriculum vitae. Dr. Geeseman's IME will consist of a general psychiatric examination for the purpose of determining whether Helen Winters has a diagnosable mental health condition, and if so, what if any treatment is available. Initially, the examination will include an interview to obtain her personal background information, and any psychiatric history, and a mental status examination. Generally, the initial interview and mental status examination takes about 1 to 1½ hours and can be followed by another session of similar length depending on the outcome of the initial session. However, as I previously informed your office, if Helen is physically and/or mentally unable to sit and concentrate for that length of time, Dr. Geeseman is willing to break up the sessions into shorter sessions. Additionally, as I previously told you, the sessions would occur at CSC, so Helen is not required to travel anywhere for the examination and the examination will occur in surroundings familiar to Helen. Please let me know today if the above information is a sufficient explanation of Dr. Geeseman's proposed examination for plaintiff to make decision about whether she will submit to the examination. We are requesting an answer today to assess whether to take action to quash the deposition of Dr. Geeseman, so your prompt response will be appreciated.

Again, we look forward to your prompt response.

Sincerely,

DELANEY WILES, INC.

Donna M. Meyers

DMM:dkd/122443

EXHIBIT E
Page 2 of 4

To Whom It May Concern:

I have been Ms. Winter's primary care physician for the past several years. She has generalized anxiety (GAD) and is very hard of hearing. Both of these impairments make it difficult to communicate effectively with her.

I have been advised that Chugiak Senior Center wants to conduct an oral psychiatric examination of Ms. Winters. I am very concerned that an oral examination will be unfair to Ms. Winters due to her severe hearing loss and the opportunity for miscommunication. I am also very concerned that such an examination may cause more anxiety and potential health problems for Ms. Winters. I would urge interview of her caregivers, videotapes and medical records review instead.

# ANCHORAGE MEDICAL & SURGICAL CLINIC, LLC
718 K Street, Anchorage, AK 99501 (907)272-2571 FAX 272-6751

October 16, 2006

Sonja Kerr
Alaska Legal Services Corporation
1016 W. 6th Avenue, Suite 200
Anchorage, Alaska 99501

Re: Helen Winters

Dear Ms. Kerr:

I have been Ms. Winters' primary care physician for the past several years. She is very hard-of-hearing and has been diagnosed with generalized anxiety disorder. Both of these impairments make it difficult to communicate effectively with her.

Regarding Dr. Geeseman's proposed psychiatric examination of Ms. Winters, I don't think the examination itself should have an adverse physical effect on Ms. Winters, so long as the interview periods don't exceed 45 minutes or so (90 minutes would be much too long). Although I don't know Dr. Geeseman personally, I know she has considerable experience in psychiatry, and she should be able to conduct a series of interviews that will provide helpful information about her condition. Certainly, Ms. Winters' hearing impairment could potentially cause some miscommunication, but it's not possible for me to predict how much of an impact that might have on the effectiveness of the interviews.

Please call me at 272-2571 if you have any questions about this.

Sincerely,

*Michael Jones*

Michael Jones, MD

FAXED 10-16-06 to Sonja Kerr
CJ

EXHIBIT E
Page 4 of 4

William Ragle, M.D. — Internal Medicine
Neil E. Loftin, M.D. — Internal Medicine
Douglas G. Smith, — Orthopedic Consult.
C. Kaltenborn, M.D. — Medicine & Endocrinology
Irina I. Grimberg, M.D. — Internal Medicine
Peggy A. Hempelman — Family Nurse Practitioner
M.D. — ocrinology
Mary M. Bryner — Family Nurse Practitioner