# Donna M. Meyers - Winters

**From:** Donna M. Meyers
**To:** skerr
**Date:** 11/1/2006 3:07 PM
**Subject:** Winters

Sonja,

I am not trying to avoid answering your request for definite dates for depos. I have a trial scheduled to start on 11/27/06 and we are engaged in settlement negotiations. If it doesn't settle through the parties' own efforts, then mediation is tentatively scheduled to occur sometime next week and several late depositions were penciled in for that week too.

Marla is available Nov 8th although the mediation in my other case is tentatively set for the same day. Jan Freels, and Linda Hendrickson are available Nov 14 & 15, with the 14th being the preferred date. Neither are available on Nov. 16th. Tom Isaacs is available the week of Nov. 13th after 9:30 am. Lynn Moser's deposition would have to occur around 3 pm our time because she runs a home day care, so that might affect the days you are available. I will send you the dates she is available. We are still trying to reach Shelia Randall and Teresa Forsyth.

As far as scheduling the Rule 35 exam, should Dr. Geeseman's office contact Carol to set it up?

Donna


Donna M. Meyers
Delaney Wiles, Inc.
1007 W. 3rd Ave., Ste 400
Anchorage, Alaska 99501

Telephone No. (907) 279-3581
Fax No. (907) 277-1331

CONFIDENTIALITY NOTE:

This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.
=====================================================================

EXHIBIT F
Page 1 of 1