# Donna M. Meyers - RE: Winters

**From:** Donna M. Meyers
**To:** Kerr, Sonja
**Date:** 11/2/2006 1:10 PM
**Subject:** RE: Winters

Sonja,
Dr. Geeseman can perform the exam next Wednesday, November 8 after 1 pm. The length of time will depend on Helen. If that afternoon is acceptable, Dr. Gesseman will give a more definite time for the examination; she was in a session with a patient and her office assistant only knew it would be after 1 pm. If Dr. Geeseman needs to break the mental examination into 2 or more sessions, we can then discuss a date for continuing the mental examination.

Donna

>>> Sonja Kerr <skerr@alsc-law.org> 11/2/2006 11:41 AM >>>
Donna,

 called your office a few minutes ago on the Rule 35 exam. As I suggested to you in an earlier email, kindly advise what dates and times Dr. Geeseman proposes to do the examination and I will convey this to Carol and Helen. Carol is planning to call me back this p.m about 5 so if you have the information to me by then, I can convey it.

Sonja

> -----Original Message-----
> **From:** Donna M. Meyers [mailto:DMM@delaneywiles.com]
> **Sent:** Thursday, November 02, 2006 9:37 AM
> **To:** skerr
> **Subject:** Winters
>
> Sonja,
> I just reviewed your letter dated 11-01-02, which your fax transmittal stamp shows was faxed to our office at 7:57 pm on 11-01-02. We are reviewing the documents and pages referenced in your letter and will respond as soon as possible.
>
> We would like to schedule the Rule 35 mental exam, so please let us know how you would prefer for us to do so.
>
> Thanks.
>
>
> Donna M. Meyers
> Delaney Wiles, Inc.
> 1007 W. 3rd Ave., Ste 400
> Anchorage, Alaska 99501
>
> Telephone No. (907) 279-3581
> Fax No. (907) 277-1331
>
> CONFIDENTIALITY NOTE:
>
> This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

EXHIBIT G
Page 1 of 2

EXHIBIT 6
Page 2 of 2