

**ALASKA LEGAL SERVICES CORPORATION**
ANCHORAGE AND STATEWIDE OFFICE

1016 WEST SIXTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1963
TELEPHONE (907) 272-9431
FAX (907) 279-7417
www.AlaskaLawHelp.org

November 3, 2006

Donna M. Meyers          Via Fax/Mail
Delaney Wiles, Inc.
1007 W. 3rd Ave., Suite 400
Anchorage, AK 99501      RE:    H.W. v. CSC, 3:06-0083

Dear Donna:

This is to confirm our conversation today regarding various matters.

1.  **Depositions.** We agreed to the following dates and times as to depositions for various witnesses in this matter:

November 15th: Tom Isaacs (10:00 a.m.), Sheila Randall (11:00 a.m., subject to return from North Slope); Linda Hendrickson (1:00 p.m.)
November 16th: Bob Dryer (9:00 a.m.) (your deposition)
November 17th: Marla Nelson (10:00 a.m.), Teresa Forsyth (1:00 p.m.), Jan Freels (2:00 p.m.) and Lynn Moser (4:00 p.m., Alaska time, by phone).

2.  **Your Letter of October 27, 2006 Regarding Medical Records.** We are doublechecking but we believe we've forwarded to you all of the medical records that we have. We are not claiming privilege on any of the records at this point.

3.  **Dr. Geeseman IME Scheduling.** As I mentioned, Helen already has an longstanding medical appointment with Dr. Godet, her urologist on November 8th at 3:00 p.m. She is already scheduled to have Transcare pick her up at 2:00 p.m. and will not return until quite a bit later in the day due to the procedure and transportation. Thus, we respectfully ask that the date for the IME be rescheduled, as this is a medical necessity for her and it is difficult to get into Dr. Godet. Also, as I mentioned to you, we expect Dr. Geeseman to full accommodate Helen's disabilities, including her severe hearing impairment as well as shortened sessions. Videotaping seems also a reasonable request as I mentioned to you today. Please let us know another date through this office.

Thank you for your cooperation in this matter.

Very truly yours,

Sonja D. Kerr
Staff Attorney

EXHIBIT H
Page 1 of 1