

**ALASKA LEGAL SERVICES CORPORATION**
ANCHORAGE AND STATEWIDE OFFICE

1016 WEST SIXTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1963
TELEPHONE (907) 272-9431
FAX (907) 279-7417
www.AlaskaLawHelp.org

November 6, 2006

Donna M. Meyers           Via Fax/Mail
Delaney Wiles, Inc.
1007 W. 3rd Ave., Suite 400
Anchorage, AK 99501       RE:   H.W. v. CSC, 3:06-0083

Dear Donna:

This is to confirm that you assured me by telephone today that since Helen already has another medical appointment on Wednesday, November 8, 2006, Dr. Geeseman's evaluation of her will not take place this Wednesday. Instead, you thought the new date would be sometime in early December, 2006. I will wait to hear from you on the new date. Thank you for your understanding about Helen's pre-existing medical appointment.

Very truly yours,

Sonja D. Kerr
Staff Attorney
C:   Carol Winters, POA

EXHIBIT I
Page 1 of 1