(F)

DELANEY WILES, INC.
ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

CLAY A. YOUNG
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS

KEVIN L. DONLEY
ERIC A. RINGSMUTH
JONATHAN P. CLEMENT
WILLIAM R. WARNOCK
OF COUNSEL
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY

November 10, 2006

**VIA FACSIMILE AND**
**U.S. POSTAL SERVICE**

Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska 99501

Re: Winters v. Chugiak Senior Citizens, Inc./Case No. A06-0083 Civil (TMB)

Dear Ms. Kerr:

We have retained an expert who will provide the same type of analysis and opinions the independent geriatric consultant suggested by Judge Burgess would have been retained to provide, if your client had been able and willing to share in the expense of pursuing that option. Our expert is Dr. Sabine von Preyss-Friedman who is a medical doctor board certified in Internal Medicine with a Certificate of Added Qualification in Geriatric Medicine. She is also a Clinical Assistant Professor of Medicine at the University of Washington, in the Section of Long-Term Care within the Division of Gerontology and Geriatric Medicine. As part of her assessment, Dr. von Preyss-Friedman plans to travel to Alaska to conduct an interview and a brief physical examination of Helen Winters to assess the type and level of services that are appropriate for Helen's needs. Dr. von Preyss-Friedman has experience with evaluating and treating hearing impaired individuals, and she will be prepared to make accommodations for Helen's bilateral hearing impairment by using, for example, an electronic amplifying device and writing tools.

Dr. von Preyss-Friedman is only available to perform the in-person portion of her evaluation on Friday, December 8. Given her limited availability and the expense of bringing her to Alaska, we need to know no later than close of business on Tuesday, November 14 whether your client will make herself available for the interview and physical examination that day.

DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.

Sonja Kerr
Alaska Legal Services Corp.
November 10, 2006
Page 2 of 3

Thank you for your attention to this matter.

                Sincerely,

                DELANEY WILES, INC.

                *[signature]*
                Donna M. Meyers

DMM:dkd/124209
cc:    Linda Hendrickson

EXHIBIT ___
Page ___ of ___