<div style="display:flex;justify-content:space-between;">

CLAY A. YOUNG
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS

**DELANEY WILES, INC.**
ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

KEVIN L. DONLEY
ERIC A. RINGSMUTH
JONATHAN P. CLEMENT
WILLIAM R. WARNOCK

OF COUNSEL
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY

</div>

November 29, 2006

**VIA FACSIMILE AND
U.S. POSTAL SERVICE**

Barbara Brink and Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska 99501

Re:   Winters v. Chugiak Senior Citizens, Inc./Case No. A06-0083 Civil (TMB)

Dear Ms. Brink:

As I explained in my letter of November 21, 2006, we object to counsel's presence at Dr. Geeseman's IME of Helen Winters for the reasons stated in the letter. I also previously informed your office of our objection to any recording of the IME. The Court's Order compelling the IME does not contain any conditions allowing plaintiff to have counsel attend or record the IME, and because those conditions were not raised in plaintiff's opposition to the IME plaintiff has waived any argument that she is entitled to either one.

Since we have not received any notice that plaintiff intends to seek a protective order to allow her counsel to attend and/or to record the IME, we assume plaintiff will make herself available on December 8th at 10:00 a.m., and she will have not have counsel in attendance (or her daughter either) or any device to record the IME. If Dr. Geeseman appears at CSC for the IME on December 8th at 10:00 a.m., and plaintiff's counsel or Carol Winters is present for the IME and/or plaintiff attempts to record the IME, we will consider those actions an attempt to obstruct the IME, and will seek the Court's intervention and request appropriate sanctions, including but not limited to costs and fees (legal and expert), and any and all other available relief. Accordingly, if plaintiff is planning to have counsel attend and/or to record the IME, we expect plaintiff to raise these issues with the Court on or before December 5th in order to give the Court timely notice of the issues and an opportunity to address them before the IME.

Sincerely,

DELANEY WILES, INC.

*[signature]*
Donna M. Meyers

DMM/124929

EXHIBIT N
Page 1 of 1