

**ALASKA LEGAL SERVICES CORPORATION**
ANCHORAGE AND STATEWIDE OFFICE

1016 WEST SIXTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1963
TELEPHONE (907) 272-9431
FAX (907) 279-7417
www.AlaskaLawHelp.org

December 4, 2006

Donna Meyers             VIA FAX AND MAIL
Clay A. Young
Delaney Wiles
1007 W. 3rd Ave., Suite 400
Anchorage, Alaska 99501      RE:   H.W. v. CSC

Dear Donna and Clay:

This will just memorialize our discussions today.

1. **Joint Pre-Trial Order.** We agreed that Alex will combine our proposed stipulation of facts, claims, and issues to be tried with yours into one document that both counsel can sign off on, agreeing to disagree, and email same to us for review and filing tomorrow.
2. **Exhibit Lists.** We exchanged lists and each side will review same, and meet tomorrow at 2:00 at your offices to review and attempt to mark same for identification and admissibility (if possible). The December 12, 2006 date for objections to exhibits holds.
3. **Witness Lists.** You acknowledged receipt of ours (though noting your objection) and that you had not yet forwarded yours.
4. **Stipulation as to Delivery.** We agreed to stipulate that the exhibits in the parties December 5, 2006 list will be delivered to the Court on Friday, December 8, 2006 to avoid duplication and ensure orderly submission. I agreed to draft and forward stipulation to you.
5. **Police Report and Cassettes/CDs.** You agreed to get these items to us right away, including faxing the police report.
6. **APS File.** You inquired and we informed you we do not have any file from APS.
7. **DSDS-Medicaid File.** We indicated we would not have our client sign a release.
8. **Records of Herndon/Bateman.** We offered to have a joint phone call with you as to obtaining any such records as we believe we have done all we can to obtain same.
9. **Responses to November 1 and November 9, 2006 Letters.** You indicated you would provide these documents tomorrow.
10. **Expert Disclosures.** We did not agree to any extension on the expert disclosure deadline which was previously ordered as November 28, 2006. We

EXHIBIT O
Page 1 of 2

1

Meyers/Young
RE: HW v. CSC
December 4, 2006
Page 2

        recognized that the Court orally commented as to leeway for you to submit the report of Dr. Geeseman past that date.

11. **Dr. Geeseman IME.** The IME remains set for Friday, December 8, 2006 at 10:00 at CSC. Our view is that you have set the conditions for the IME.

Thank you for your cooperation today and we'll look forward to seeing you tomorrow.

Very truly yours,

Sonja D. Kerr
Staff Attorney