CLAY A. YOUNG
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS

**DELANEY WILES, INC.**
ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

KEVIN L. DONLEY
ERIC A. RINGSMUTH
JONATHAN P. CLEMENT
WILLIAM R. WARNOCK

OF COUNSEL
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY

December 12, 2006

**VIA E-MAIL AND U.S. MAIL**

Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska 99501

Re: <u>Winters v. Chugiak Senior Citizens, Inc.</u>/Case No. A06-0083 Civil (TMB)

Dear Sonja:

Dr. Geeseman conducted the IME on Helen Winters on December 8, 2006, and anticipates she will have her report done by the middle of next week. We will then provide Dr. Geeseman's report to our other two experts, Dr. von Preyss-Friedman and Theresa Panchot, who need Dr. Geeseman's report to complete their own reviews and reports. Because of the approaching Christmas holiday, we anticipate that Dr. von Preyss-Friedman and Ms. Panchot's reports will be completed and served on December 29th.

If you want to depose any of CSC's three experts, they are generally available during the month of January, with some exceptions for things that are not easily rescheduled, such as clinic hours. For example, Dr. Geeseman sees patients all day on Mondays, Tuesdays, and Thursdays, and up until noon on Wednesdays. She does not see patients on Fridays, so we could possibly schedule her deposition on a Friday with sufficient notice. If you decide to depose the other two experts, please propose some alternative dates in January for us to inquire about their availability on those specific dates.

Thank you for your attention to this matter.

Sincerely,

DELANEY WILES, INC.

Donna M. Meyers

DMM:dkd/125388
Enclosures (as stated)

EXHIBIT P
Page 1 of 1