

**ALASKA LEGAL SERVICES CORPORATION**
ANCHORAGE AND STATEWIDE OFFICE

1016 WEST SIXTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1963
TELEPHONE (907) 272-9431
FAX (907) 279-7417
www.AlaskaLawHelp.org

December 13, 2006

Donna Meyers
Delaney Wiles
1007 W. 3rd Ave., Suite 400
Anchorage, AK 99501
VIA FAX, MAIL

RE: Winters v. CSC

Dear Donna:

This is in response to your letters of December 12, 2006 and related matters.

We intend to move to exclude the testimony and reports of Dr. Geeseman, Dr. von Preyss-Friedman and Theresa Panchot since they were not timely disclosed and thus reserve any deposition until after the Court rules on that motion. We would, however, like to take the deposition of Dr. Geeseman and propose January 12, 2006 at 10:00 a.m. at our offices for that purpose. Please confirm that date so we may plan accordingly. If I do not hear from you by Monday, December 18th, we will go ahead and notice the deposition.

Please let me know whether the 21st or 22nd will work best for meeting to review the exhibits and discuss stipulations. It appears from a comparison of your list of objections and ours that we have the possibility of reaching some concensus on some of the exhibits.

Very truly yours,

Sonja D. Kerr
Staff Attorney

EXHIBIT ___
Page ___ of ___