# Donna M. Meyers - Winters

**From:**     Donna M. Meyers

**To:**     Brink, Barbara;  sKerr@alsc-law.org

**Date:**     12/28/2006 3:06 PM

**Subject:**     Winters

**CC:**     Young, Clay A.

Barbara & Sonja,

Dr. von Preyss-Friedman has informed us that the holidays have interfered with getting her report transcribed in time for her to review and finalize it by tomorrow, December 29th, so we will not have her report to disclose tomorrow as anticipated. The report should be in draft form now, and Dr. von Preyss-Friedman expects to be able to prove and finalize it when she returns to her office on January 2nd, which means we should have the final report by Friday, January 5th.  Similarly, Teresa Panchot's report has been delayed due to the holidays, and we are expecting her report by January 5, 2007.  Again, it has always been our position that plaintiff is entitled to depose CSC's three experts, so let us know whether and when you want to take their depositions.


Donna M. Meyers
Delaney Wiles, Inc.
1007 W. 3rd Ave., Ste 400
Anchorage, Alaska 99501

Telephone No. (907) 279-3581
Fax No. (907) 277-1331

CONFIDENTIALITY NOTE:

This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.
=====================================================================

EXHIBIT  R

Page  1  of  1