# ⫴ LSC

ALASKA LEGAL SERVICES CORPORATION
ANCHORAGE AND STATEWIDE OFFICE

1016 WEST SIXTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1963
TELEPHONE (907) 272-9431
FAX (907) 279-7417
www.AlaskaLawHelp.org

January 5, 2007

Clay A. Young
Donna Meyers
Delaney Wiles
1007 West 3rd Ave.
Anchorage, AK 99501
Via Fax and Mail

RE:   H.W. v. CSC

Dear Clay and Donna:

Enclosed find Notice of Cancellation of Deposition of Dr. Geeseman. This cancellation is being done in an effort to comply with the Court's suggestion that the parties focus on settlement at this time. If the case does not settle, the plaintiffs intend to reschedule the deposition at a time convenient for all concerned.

Very truly yours,

Sonja D. Kerr



EXHIBIT 5
Page 1 of 3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS,<br>through her power of attorney<br>Carol Winters,<br><br>        Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>        Defendant. | Case No. 3:06-cv-00083-TMB |

## NOTICE OF CANCELLATION OF GEESEMAN DEPOSITION

To:   Donna Meyers, Clay Young, Delaney Wiles

PLEASE TAKE NOTICE that the deposition of Dr. Geeseman that was to have taken place on Friday, January 12, 2006, beginning at 1:00 p.m. has been cancelled on behalf of Plaintiffs in light of the Court's recent orders regarding potential settlement and vacating of the trial date. Plaintiffs anticipate rescheduling the deposition following completion of any settlement conference efforts with Judge Beistline.

DATED: January 5, 2007         ALASKA LEGAL SERVICES CORPORATION

Attorneys for Plaintiff Helen Winters
through her power of attorney Carol Winters

s/Sonja D. Kerr
ALASKA LEGAL SERVICES
1016 West 6th Avenue, Suite 200
Anchorage, Alaska 99501
PHONE: (907) 222-9431
FAX: (907) 279-7417
E-mail: skerr@alsc-law.org
Alaska Bar No. 0409051

Notice of Cancellation of Deposition of Geeseman                         1
H.W. v. Chugiak
3:06-00083

EXHIBIT 5
Page 2 of 3

## Certificate of Service

I hereby certify that on the 5th of January, 2007, a copy this document was

served by fax, electronically and by mail on:

Clay Young
Donna M. Meyers
Delaney, Wiles
1007 W. Third Avenue, Suite 400
Anchorage, AK 99501.

S/Sonja D. Kerr (0409051)