Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
PHONE: 907-279-3581
FAX: 907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>                    Plaintiff,<br><br>    v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-00083-TMB |

### AFFIDAVIT OF DONNA M. MEYERS

STATE OF ALASKA     )
                                    ) ss.
THIRD JUDICIAL DISTRICT  )

Donna M. Meyers, being first duly sworn, deposes and says as follows:

1.  My name is Donna M. Meyers. I am the lead attorney in this case representing Chugiak Senior Citizens, Inc. ("CSC"). I have first hand knowledge of the matters set forth herein.

2. This affidavit is offered in support of CSC's Opposition to Plaintiff's Motion to Plaintiff's Motion to Exclude Expert Witnesses.

3. Exhibits C, D, F, and G through S to CSC's opposition are true and accurate copies of communications between counsel for the parties.

4. Exhibit E consists of true and accurate copies of pages from plaintiff's medical records from her primary treating physician, Michael E. Jones, MD.

5. During the October 11, 2006 meeting in Chambers the undersigned mentioned Dr. Geeseman's unavailability during the last two weeks in November when the Court suggested CSC could defer filing its reply to plaintiff's opposition to CSC's motion to compel the Rule 35 IME. The undersigned informed the Court and plaintiff's counsel that CSC would probably file the reply on time so that if the Court granted the motion, Dr. Geeseman could perform the IME in early November since Dr. Geeseman was scheduled to be out-of-state the last half of November, 2006.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Donna M. Meyers

SUBSCRIBED AND SWORN TO before me this 31st day of January, 2007 at Anchorage, Alaska.

_____
Notary Public in and for Alaska
My commission expires: 2-6-08

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of January, 2007, a copy of **Affidavit of Donna M. Meyers** was served electronically on:

Barbara Brink/Jim Davis, Jr.
Sonja D. Kerr/Nikole Nelson/
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

s/Donna M. Meyers and Clay A. Young
(127084)