Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
Phone:  907-279-3581
Fax:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>             Plaintiff,<br><br>v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>             Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-00083-TMB |

**DEFENDANT CHUGIAK SENIOR CITIZENS, INC.'S NOTICE
OF FILING ADDITIONAL EXHIBITS TO OPPOSITION TO PLAINTIFF'S
MOTION TO EXCLUDE EXPERT WITNESSES**

Defendant Chugiak Senior Citizens, Inc. ("CSC") hereby gives notice of filing additional Exhibit B, pages 61-84 in support of CSC's Opposition to Plaintiff's Motion to Exclude Expert Witnesses and in the Alternative, Cross-Motion to Modify Pre-Trial Order . Exhibits A, C, D, E, F, G, H, I, J, K, L, M, N, O, P, Q, R and S were filed with the original motion.

DATED at Anchorage, Alaska, this 31st of January, 2007.

Defendant Chugiak Citizens, Inc.'s Notice of Filing
Additional Exhibits to Opposition to Plaintiff's Motion to
Exclude Expert Witnesses
Winters v. Chugiak Senior Citizens/Case No. 3:06-cv-0083 (TMB)                    Page 1 of 2

DELANEY WILES, INC.
Attorneys for Chugiak Senior Citizens, Inc.

s/Donna M. Meyers and Clay A. Young
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, Alaska 99501
Phone:     907-279-3581
Fax:       907-277-1331
E-mail:    dmm@delaneywiles.com
E-mail:    cay@delaneywiles.com
Alaska Bar Assoc. No. 9006011 (DMM)
Alaska Bar Assoc. No. 7410117 (CAY)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of January, 2007, a copy of this document was served electronically on:

Barbara Brink/Nikole Nelson
Jim Davis, Jr./Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska  99501

s/Donna M. Meyers and Clay A. Young
(125711)

Defendant Chugiak Senior Citizens, Inc.'s Notice of Filing
Additional Exhibits to Opposition to Plaintiff's Motion to
Exclude Expert Witnesses
Winters v. Chugiak Senior Citizens/Case No. 3:06-cv-0083 (TMB)                    Page 2 of 2