Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,  )<br>  )<br>              Plaintiff,   )<br>  )<br>    v.   )<br>  )<br>CHUGIAK SENIOR CITIZENS, INC.,   )<br>  )<br>              Defendant.   )<br>_____ ) | Case No. 3:06-cv-00083-TMB |

**DEFENDANT CHUGIAK SENIOR CITIZENS, INC.'S
MOTION TO ACCEPT OVERLENGTH OPPOSITION
TO PLAINTIFF'S MOTION TO EXCLUDE EXPERT WITNESSES**

This Court's Pre-trial Order requires opposition's to motions in limine to be no more than 7 pages.[1]  Defendant Chugiak Senior Citizens, Inc. ("CSC") seeks this Court's permission to exceed the 7 page limitation on its opposition to plaintiff Helen Winters' motion to exclude CSC's expert witnesses, Dr. Deborah B. Geeseman, Dr. Sabine von Preyss-Friedman, and Theresa Panchot.  Plaintiff has moved to exclude all

---

[1] Dkt. 64 at 4.

Defendant Chugiak Senior Citizens, Inc.'s
Motion to Accept Overlength Opposition to Plaintiff's Motion to Exclude Expert Witnesses
Winters v. Chugiak Senior Citizens, Inc./Case No. 3:06-cv-0083 (TMB)          Page 1 of 2

of CSC's expert witnesses. Given the importance of these witnesses to CSC's defense, and the grounds set forth in plaintiff's motion to exclude these witnesses, CSC needed to present a vigorous and detailed response to plaintiff's unfounded motion. To provide the court with a complete and accurate understanding of the factual basis for its opposition, as well as the lack of legal merit in plaintiff's motion, CSC exceeded the 7 page limit requirement.

For the reasons stated above, there is good cause to allow CSC to file its overlength opposition.

DATED at Anchorage, Alaska, this 1st day of February, 2007.

DELANEY WILES, INC.
Attorneys for Chugiak Senior Citizens, Inc.

s/Donna M. Meyers and Clay A. Young
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, Alaska 99501
Phone: 907-279-3581/Fax: 907-277-1331
E-mail:     dmm@delaneywiles.com
E-mail:     cay@delaneywiles.com
Alaska Bar Assoc. No. 9006011 (DMM)
Alaska Bar Assoc. No. 7410117 (CAY)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st
day of February, 2007, a copy of
the above was served electronically on:

Jim Davis, Jr./Barbara Brink/
Nikole Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska  99501

s/Donna M. Meyers and Clay A. Young
(127088)

Defendant Chugiak Senior Citizens, Inc.'s
Motion to File Twelve Motions *in Limine*
Winters v. Chugiak Senior Citizens, Inc./Case No. 3:06-cv-0083 (TMB)                Page 2 of 2