Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
Phone:  907-279-3581
Fax:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>               Plaintiff,<br><br>  v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>               Defendant.<br>_____ | Case No. 3:06-cv-00083-TMB |

**(PROPOSED) ORDER GRANTING DEFENDANT CHUGIAK SENIOR CITIZENS, INC.'S MOTION TO FILE OVERLENGTH OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE EXPERT WITNESSES**

Defendant's motion to exceed the 7 page limitation on its opposition to plaintiff Helen Winters' motion to exclude CSC's expert witnesses, Dr. Deborah B. Geeseman, Dr. Sabine von Preyss-Friedman, and Theresa Panchot is **GRANTED**.

**IT IS SO ORDERED**.

DATED this ____ day of _____, 2007 at Anchorage, Alaska

                                                                        _____
                                                                         Timothy M. Burgess, U.S. District Court Judge

(Proposed) Order Granting Defendant Chugiak Senior Citizens, Inc.'s
Motion to File Overlength Opposition to Plaintiff's Motion to Exclude Expert Witnesses
*Winters v. CSC*/3:06-cv-00083 (TMB)                                                                 Page 1 of 2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st
day of February, 2007, a copy of
the above was served electronically on:

Jim Davis, Jr./Barbara Brink/
Nikole Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska  99501

s/Donna M. Meyers and Clay A. Young
(127089)