IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS,<br>through her power of attorney<br>Carol Winters,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Case No. 3:06-cv-00083-TMB<br>)<br>) |

**MOTION FOR EXTENSION**

Comes now Plaintiff Winters and by and through counsel and based upon Fed.R. Civ. Proc. Rule 6, and Ak. L. R. 7.1, hereby requests an extension of time to file her oppositions to Defendant CSC's Five Motions for Summary Judgment (Dkt. 121, 128, 132, 134, 136). The motions would be due February 7, 2007, and Plaintiff Winters requests and extension of one week until February 14, 2007.

DATED: February 5, 2007    ALASKA LEGAL SERVICES CORPORATION
　　　　　　　　　　　　　　Attorneys for Plaintiff Helen Winters
　　　　　　　　　　　　　　through her power of attorney Carol Winters

　　　　　　　　　　　　　　s/Nikole Nelson
　　　　　　　　　　　　　　ALASKA LEGAL SERVICES
　　　　　　　　　　　　　　1016 West 6th Avenue, Suite 200
　　　　　　　　　　　　　　Anchorage, Alaska 99501
　　　　　　　　　　　　　　PHONE: (907) 274-9431
　　　　　　　　　　　　　　FAX: (907) 279-7417
　　　　　　　　　　　　　　E-mail: nnelson@alsc-law.org
　　　　　　　　　　　　　　Alaska Bar No. 9906033

Certificate of Service

I hereby certify that on the 5th day of February, 2007 a copy of this document was served electronically on:

Donna M. Meyers
Delaney, Wiles
1007 W. Third Avenue, Suite 400
Anchorage, AK 99501.

S/Nikole Nelson (9906033)