IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

HELEN WINTERS,                                          )
through her power of attorney                           )
Carol Winters,                                          )
                                                        )
        Plaintiff,                                      )
                                                        )
vs.                                                     )
                                                        )
CHUGIAK SENIOR CITIZENS, INC.,                          )
                                                        )    Case No. 3:06-cv-00083-TMB
        Defendant.                                      )
_____ )

**PROPOSED ORDER**


        Pursuant to Fed. R. Civ. Proc. 6, Ak. L. R. 7.1, plaintiff's motion for extension of

time to respond to Defendant CSC's five motions for summary judgment (Dkt 121, 128, 132,

134, 136) is granted. Plaintiff shall reply on or before February 14, 2007.

        DATED this _____ day of_____, 2007, at Anchorage, Alaska.


                                        _____
                                        Honorable Judge Burgess