IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her power of attorney Carol Winters,<br><br>    Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>    Defendant. | Case No. 3:06-cv-00083-TMB |

**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION**

Plaintiff Winters requests an extension of time to February 14, 2007 to oppose Defendant CSC's Five Motions for Summary Judgment, which are found at Dkt. 121, 128, 132, 134, and 136. All five motions were filed on December 19, 2006, by stipulation of the parties Oppositions are due on February 7, 2007. Fed. R. Civ. Proc. Rule 6, and Ak. L. R. 7.1. This extension is necessary because Sonja Kerr, the attorney primarily responsible for drafting our Oppositions, learned this morning of an unexpected and tragic death in her family. She is now making arrangements to travel out-of-state to attend the funeral on Thursday, she expects to return to Anchorage by this upcoming Sunday. As such she is not in a position to finish her work on these briefs over the next few days. Aff. Nikole Nelson, Ex. 1. Furthermore, it is not feasible for other co-counsel to substitute for Ms. Kerr on such short notice.

    The extension of time requested is minimal and will not prejudice CSC's case, as there is no trial date set. Furthermore, Plaintiff is willing to likewise stipulate to an extension of time for CSC's responses to Plaintiff's pending motions for summary judgment.

DATED: February 5, 2007       ALASKA LEGAL SERVICES CORPORATION
                              Attorneys for Plaintiff
                              Helen Winters
                              through her power of attorney Carol Winters


                              s/Nikole Nelson_____
                              ALASKA LEGAL SERVICES
                              1016 West 6th Avenue, Suite 200
                              Anchorage, Alaska 99501
                              PHONE: (907) 274-9431
                              FAX: (907) 279-7417
                              E-mail: nnelson@alsc-law.org
                              Alaska Bar No. 9906033

Certificate of Service

I hereby certify that on the 5${}^{th}$ day of February, 2007, a copy of this document was served electronically:

Donna M. Meyers
Delaney, Wiles
1007 W. Third Avenue, Suite 400
Anchorage, AK 99501.

S/Nikole Nelson (9906033)