IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her power of attorney Carol Winters,<br><br>Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 3:06-cv-00083-TMB |

**AFFIDAVIT OF NIKOLE NELSON**

State of Alaska        )
                       )ss.
Third Judicial District )

Comes now Nikole Nelson and being first duly sworn, deposes and states:

1. I am counsel of record in this matter along with Sonja Kerr, and Barbara Brink, all with Alaska Legal Services Corporation.

2. This morning, February 5, 2007, Sonja Kerr learned of an unexpected and tragic death in her family. She will shortly be leaving Alaska to attend the funeral which is being held on Thursday (February 8) and to be with her family. She will be returning to Anchorage on Sunday evening (February 11).

3. Ms. Kerr is the attorney within ALSC that is primarily responsible for responding to defendants' pending motions for summary judgment. By stipulation of the parties, these motions are currently due on Wednesday, February 7, 2007.

4. Today, by email, I conferred with opposing counsel, Donna Meyers, and requested a week extension until February 14, 2007 for plaintiff to submit her oppositions to

defendant's five motions for summary judgment. I further stated that in exchange we would stipulate that the defendant's opposition's to plaintiff's two pending motions for summary judgment would also not be due until February 14, 2007. (A true and correct copy of our email exchange is attached hereto as Exhibit 1). Ms. Meyers was unable to agree to this request.

Further, affiant saith not.

Dated this 5th day of February, 2007.                    _____
                                                         Nikole Nelson


Subscribed and sworn to before me this 5th day of February 5, 2007.


/s/ Terri Floyd
Notary Public for Alaska
My commission expires: 1-29-08