## Nikole Nelson

**From:** Nikole Nelson
**Sent:** Monday, February 05, 2007 2:15 PM
**To:** 'Donna M. Meyers'; Nikole Nelson
**Cc:** 'Clay A. Young'
**Subject:** RE: Winters

Donna,

Thank you for your consideration. I will be filing our motion for an extension with the court today.

Nikole Nelson
Supervising Attorney
Alaska Legal Services Corporation
1016 W. 6th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 222-4508

-----Original Message-----
**From:** Donna M. Meyers [mailto:DMM@delaneywiles.com]
**Sent:** Monday, February 05, 2007 2:02 PM
**To:** Nikole Nelson
**Cc:** Clay A. Young
**Subject:** RE: Winters

Nikole,
Please convey our sympathies to Sonja. Ordinarily, I would readily agree to the requested time extension for situations like a death in the family. However, in light of the already lengthy time extension allowed for plaintiff's oppositions and the number of attorneys at ALSC who are working on this case and can fill in for Sonja, I cannot agree to the request without conferring with CSC and the insurance adjuster. My clients are anxious for the motions to become ripe for consideration and the only way for them to become ripe is to complete the briefing. I will let you know our position as soon as I possibly can.

Donna M. Meyers
Delaney Wiles, Inc.
1007 W. 3rd Ave., Ste 400
Anchorage, Alaska 99501

Telephone No. (907) 279-3581
Fax No. (907) 277-1331

CONFIDENTIALITY NOTE:

This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your

2/5/2007

Exhibit A, Page 1

cooperation.
==========================================================

>>> Nikole Nelson <nnelson@alsc-law.org> 2/5/2007 1:24 PM >>>

Donna-

Sonja just learned this morning of a very unexpected and tragic death in her family. She's preparing to return to Minnesota to help her family. In light of this, would you please agree to a one-week (it can be mutual if you'd like) extension of time for filing our oppositions to the pending Motions for Summary Judgment?

Thank you.

Nikole Nelson
Supervising Attorney
Alaska Legal Services Corporation
1016 W. 6th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 222-4508