IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS,<br>through her power of attorney<br>Carol Winters,<br><br>          Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Case No. 3:06-cv-00083-TMB<br>)<br>) |

**NOTICE OF CORRECTION**

Comes now Plaintiff Winters and by and through counsel and attached herewith is the corrected last page of the Affidavit of Nikole M. Nelson, filed February 5, 2007.

DATED: February 6, 2007          ALASKA LEGAL SERVICES CORPORATION
                                 Attorneys for Plaintiff Helen Winters
                                 through her power of attorney Carol Winters

                                 s/Nikole Nelson
                                 ALASKA LEGAL SERVICES
                                 1016 West 6th Avenue, Suite 200
                                 Anchorage, Alaska 99501
                                 PHONE: (907) 274-9431
                                 FAX: (907) 279-7417
                                 E-mail: nnelson@alsc-law.org
                                 Alaska Bar No. 9906033

Certificate of Service

I hereby certify that on the 5th day of February, 2007 a copy of this document was served electronically on:

Donna M. Meyers
Delaney, Wiles
1007 W. Third Avenue, Suite 400
Anchorage, AK 99501.

S/Nikole Nelson (9906033)