defendant's five motions for summary judgment. I further stated that in exchange we would stipulate that the defendant's opposition's to plaintiff's two pending motions for summary judgment would also not be due until February 14, 2007. (A true and correct copy of our email exchange is attached hereto as Exhibit 1). Ms. Meyers was unable to agree to this request.

Further, affiant saith not.

Dated this 5th day of February, 2007.

ALASKA LEGAL SERVICES CORPORATION
Attorneys for Plaintiff Helen Winters
through her power of attorney Carol Winters

s/Nikole Nelson
ALASKA LEGAL SERVICES
1016 West 6th Avenue, Suite 200
Anchorage, Alaska 99501
PHONE: (907) 274-9431
FAX: (907) 279-7417
E-mail: nnelson@alsc-law.org
Alaska Bar No. 9906033

Subscribed and sworn to before me this 5th day of February 5, 2007.

/s/ Terri Floyd
Notary Public for Alaska
My commission expires: 1-29-08