State of Alaska
Department of Health & Social Services
Division of Public Health

## AGENCY INSPECTION CHECKLIST

Renewal    12/16/04
TYPE OF INSPECTION    DATE

1. Name of the Assisted Living Home, if any, and owner/operator name

    Chugiak Senior Center

2. Physical address of the Assisted Living Home or proposed new location

    Chugiak

3. Name and Title of individual completing this form: **Shannon L. Council, BSW, CCLSI**

| COMMENTS | CPL | PROGRAM REQUIREMENTS |
|---|---|---|
|  | ✓ | List Of Services Offered 7 AAC 75.080 (b) |
|  |  | For **Six Or More Residents** - Copies Of All Permits And Approvals Required By State Or Local Government Agencies For Assisted Living Home 7 AAC 75.080(b)  If Agency Contacted Declines To Inspect, Indicate Name, Phone #, And Date Contacted And Comply With Requirements For Homes With Fewer Than Six Residents<br>____Fire Code Permit every 2 years, or as required by municipality<br>____Current Building Code Permit Or Approval<br>____Sanitation & Environmental Permit /Approval every 2 years, or as required by municipality<br>____Business License |
|  |  | ✓ Disaster Preparedness Plan, And<br>____The Means And Materials Available To Enable The Home To Implement The Home's Plan<br>✓ Evacuation Plan To Protect The Residents Of The Home From Disaster 7 AAC 75.080, 210, and 270 |
|  | ✓ | Staff Plan That Describes The Number Of Employees That Will Be Employed By The Home And Employee's Responsibilities 7 AAC 75.080(b) |
|  | ✓ | Written Designation Of Individual To Act In The Administrator's Behalf During His Absence 7 AAC 75.210(a) |
|  |  | Master List Of Names, Addresses, And Phone Numbers Of Each Resident And The Resident's Representative for homes having three (3) or more residents. 7 AAC 75.210(a)(4) |
|  |  | Have Posted The Home or readily accessible AS 47.33.310 and 7 AAC 75.110<br>✓ A Copy Of The Residents Rights Set Out In AS 47.33.300<br>✓ A Copy Of The Grievance Procedure Established Under AS 47.33.340<br>✓ The Name, Address, And Phone Number Of The Long Term Care Ombudsman, The Telephone Number Of A Referral Service For Vulnerable Adults; And, Of The Advocacy Agency For Persons With A Developmental Disability Or Mental Illness; |
|  |  | ✓ Assisted Living Home License Posted Or Readily Accessible 7 AAC 75.110 |
|  |  | ____Provides Three meals and at least one snack offered per day that meet the USDA Food Pyramid Guide 7 AAC 75.265 |
|  |  | **General Environmental Requirements** Of 7 AAC 75.260 & 7 AAC 75.265 |
|  |  | Bedroom size for all homes licensed after 4/6/02<br>✓ Single Occupancy 80 square Feet<br>____Double Occupancy 140 square feet |

EXHIBIT A
Page 1 of 2

10/05/2004
AS 47.33.520

USE OF THIS FORM IS MANDATORY

40465
Winters v. CSC

ALH FORM 10
1 of 6

## 19 - RESIDENT FILE REQUIREMENTS

| AS 47.33.020; 030; 040; 050; 060; 070; 080; 090; 200; 210; 220; 230; 240; 300; 310; 320; 330; 340; 350; 360; 7 AAC 75.270, & 295.<br><br>**RESIDENT**<br><br>7 AAC 75. 210(a); 300; 310; & 330. | Roger Olson | Roger Culver | Peter Wilkins | Lynn Smith | Jerry Kuneth | Crisy Loft | | |
|---|---|---|---|---|---|---|---|---|
| A. Assisted Living Residential Services Contract | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| B. Assisted Living Plan – Initial – Health Related | ✓ | ✓ | N/A | ✓ | ✓ | ✓ | ✓ | |
|    1. Medical/Physician Statement | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | |
|    2. RN/Physician Review & Signature or Certification of Review | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
|    3. Signal Communication Device Required and Present | N/A | N/A | N/A | N/A | N/A | N/A | N/A | |
|    4. Nurses Delegation of Medical Services Required | N/A | N/A | N/A | N/A | N/A | N/A | N/A | |
|    5. Resident Medication Properly stored and labeled 7 AAC 75.270(d) | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | |
|    6. Health Related – Quarterly Review | ✓ | ✓ | N/A | N/A | ✓ | ✓ | ✓ | |
| C. 1. Assisted Living Plan – Initial – Non-Health Related | N/A | N/A | ✓ | N/A | N/A | N/A | N/A | |
|    2. Signal Communication Device Required and Present | | | ✓ | | | | | |
|    3. Non-Health Related – Annual Review | | | ✓ | | | | | |
| D. Approved Physical Restraint Policy 7 AAC 75.295 | | | N/A | | | | | |
| E. Physical Restraint Used | | | | | | | | |
| F. Use of Physical Restraint Reported 7 AAC 75.295(d) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| G. Notice of Resident's Rights and Prohibited Actions by the Assisted Living Home | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| H. Notice of Grievance Policy and Procedures; Protection from Retaliation; and Immunity Protection | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| I. Name, Address Tp # of Resident's Closest Relative, Service Coordinator, if any, and Representative, if any | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| J. Incident Reports – Record of date, time, and circumstance of incident | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| K. Consent for Release of Resident's Records | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| L. Copy of Guardianship or Conservatorship order(s) | ✓ | ✓ | N/A | N/A | ✓ | N/A | N/A | |
| M. Copy of resident's Designation of Representative and A statement of what actions, if any, the resident's representative is authorized to take on the resident's behalf | ✓ | ✓ | | | ✓ | ✓ | ✓ | N/A |
| N. Resident's Power of Attorney (General or Durable) | ✓ | ✓ | | | ✓ | ✓ | ✓ | |
| O. A copy of the resident's living will, if any | ✓ | ✓ | | | N/A | ✓ | N/A | |
| P. House Rules | ✓ | N/A | | | | N/A | | |
| Q. Assisted Living Home Plan for Accepting and Managing Resident's Money | ✓ | | | | | | | |
| R. Assisted Living Home Policy for Refund of Unused Advance in the Event of Termination of Residential Services Contract or Death of Resident | ✓ | | | | | | | |
| S. Depository for Resident's Advance Payment to Assisted Living Home | ✓ | | | | | | | |
| T. Notice of Resident's Temporary Absence and Intent to Return | ✓ | | | | | | | |
| U. Notice of Rate Increase | ✓ | | | | | | | |
| V. Notice of Involuntary Termination of Contract | ✓ | ✓ | | | ✓ | ✓ | ✓ | |
| W. Notice of Relocation or Closure of an Assisted Living Home | | ✓ | | | ✓ | ✓ | ✓ | |

EXHIBIT A
Page 2 of 2

10/05/2004
AS 47.33.520     USE OF THIS FORM IS MANDATORY     40469     ALH FORM 10
                                                   Winters v. CSC     5 of 6