**Assisted Living Home Inspection Report**

Chugiak Senior Center    Date 11/16/05    Inspector Richard Saville

**Assisted Living Home/License #**    Administrator Jan Frets

**Physical Address of the ALH or Proposed New Location** 22424 N. Birchwood Loop Chugiak

**Type of Inspection:** ☐ Initial ☒ Annual ☐ Modification ☐ Complaint

| TAG | REQUIREMENT | MET | NOT MET | NA | EXPLANATORY STATEMENT |
|---|---|---|---|---|---|
| | List Of Services Offered 7 AAC 75.080 (b) | | | | |
| | For Six Or More Residents - Copies Of All Permits And Approvals Required By State Or Local Government Agencies For Assisted Living Home 7 AAC 75.080(b) If Agency Contacted Declines To Inspect, Indicate Name, Phone #, And Date Contacted And Comply With Requirements For Homes With Fewer Than Six Residents | | | | |
| | Fire Code Permit every 2 years, or as required by municipality | ✓ | | | request |
| | Current Building Code Permit or approval | ✓ | | | |
| | Sanitation & Environmental Permit/approval every 2 years, or as required by municipality | ✓ | | | report |
| | Disaster Preparedness Plan | ✓ | | | |
| | The means and materials available to enable the home to implement the home's plan | ✓ | | | |
| | Evacuation plan to protect the residents of the home from disaster 7 AAC75.080, 210 & 270 | ✓ | | | |
| | Staff Plan that describes the number of employees that will be employed by the home and employee's responsibilities 7 AAC 75.080(b) | ✓ | | | |
| | Written designation of individual to act in the administrator's behalf during his absence 7 AAC 75.210(a) | ✓ | | | paperwork |
| | Master list of names, addresses, and phone numbers of each resident and the resident's representative for homes having three (3) or more residents 7 AAC 75.210(a)(4) | ✓ | | | |
| | Have posted or readily accessible AS 47.33.310 & 7 AAC 75.110 A copy of resident right set out in AS 47.33.300 | ✓ | | | |

40494
Winters v. CSC

| TAG | REQUIREMENT | MET | NOT MET | NA | EXPLANATORY STATEMENT |
|---|---|---|---|---|---|
| | A copy of the grievance procedure established under AS 47.33.340 | ✓ | | | |
| | The name, address, and phone number of the Long Term Care Ombudsman, the phone number of a referral service for vulnerable adults and the advocacy agency for persons with a developmental disability or mental illness | ✓ | | | |
| | Assisted living home license posted or readily accessible 7 AAC 75.110 | ✓ | | | |
| | All information on current application & license is correct. Any changes have been submitted & approved by the licensing agency. 7 AAC 75.080 | ✓ | | | |
| | Provides three meals and at least one snack offered per day that meet the USDA Food Guide Pyramid guidelines 7 AAC 75.265 | ✓ | | | |
| | **General Environmental Requirements of 7 AAC 75.260 & 7 AAC 75.265** Bedroom size for all homes licensed after 4/6/02 Single occupancy 80 sq. ft. | ✓ | | | |
| | Double occupancy 140 sq. ft. | | | N/A | |
| | No more than two residents per bedroom | ✓ | | | |
| | Reasonable privacy when sharing a room | | | N/A | |
| | Room furniture that is typical for residents of homes in the community & neighborhood in which the ALH is located; the furniture may be provided by the resident. | ✓ | | | |
| | Storage space for clothing & personal possessions | ✓ | | | |
| | Adequate linen, soap, & personal hygiene facilities necessary for cleanliness | ✓ | | | |
| | Appropriate storage & work areas adjacent to the area of use to accommodate food prep. & serving & laundry if conducted on the premises | ✓ | | | |
| | A home must occupy a building that is used exclusively for assisted living, except that a home may be licensed in a building that has more than one occupancy if (A) the other occupancy is consistent with the health, safety, comfort, & well-bing of the residents of the ALH & the other users of the building comply with applicable State and municipal building & fire codes & environmental health codes. | ✓ | | | |
| | **Safety Requirements for Fewer Than Six Residents of 7 AAC 75.270 are met** Have one annually inspected 2 A:10 BC fully charged dry chemical fire extinguisher strategically located on each level of the home | | | N/A | Request Five |
| | Have one or more smoke detection devices that are operational, monitored, powered by battery or alternating current & located in each bedroom and in the common area of each level of a multi-level home | — | | | |

EXHIBIT B
Page 2 of 12

40495
Winters v. CSC



| TAG | REQUIREMENT | MET | NOT MET | NA | EXPLANATORY STATEMENT |
|---|---|---|---|---|---|
| | Designate an area for smoking, if smoking is permitted in the home | ✓ | | | outside |
| | Maintain the home free of any accumulation of combustible waste material in or around the premises | ✓ | | | |
| | Store flammable liquids in containers that have tight-fitting lids & are specifically designed for the particular flammable liquids | ✓ | | | |
| | Have heating appliances that Are not placed or located in exitways or corridors at anytime or in sleeping quarters during sleeping hours, unless the home is a one-room home | NA | | | |
| | Are equipped with protective devices when presenting a hazard because of exposed flame or heating element | | | | |
| | Are maintained in a safe & serviceable manner | | | | |
| | Are vented to the outside to discharge smoke & combustion gasses, if the appliances are fuel burning | | | | |
| | Not use open flame heaters except approved fireplaces | | | | |
| | Evacuation Requirements for Fewer Than Six Residents – 7 AAC 75.270 & 290 Have at least two means of emergency escape remote from each other, providing unobstructed escape to the outside of the building, one of which must be an exterior door | NA | | | request five |
| | Each bedroom has a window that is operable and has a finished sill ht. that does not exceed 48 inches above the floor and that has a net clear openable area that is a minimum of 5.7 sq. ft. A minimum net clear openable width of 20 inches that does not use window screens that permanently prevent exit or that cannot be easily removed for exit. | | | | |
| | Documentation that emergency procedures are reviewed with each resident and representative upon taking up residency in the home & at least once a year after that date & document | NA | | | |
| | At least twice-yearly emergency evacuation drills. An ALH licensed for fewer than six residents shall make & retain a record of each required evacuation drill & make the record available to the licensing agency upon request. The record must include the time, date, & critique of the drill, the personnel who participated, the names of residents who did & did not participate, the reason non-participation & the amount of time required to complete the drill. Emergency drills may be postponed during severe weather, but residents must be instructed on emergency evacuation procedures. | ✓ | | | |
| | Maintain first aid supplies appropriate to its size, which must be readily available & post or make readily available the first aid procedures | ✓ | | | quarterly |
| | Safety Requirements of 7 AAC 75.270 Ensure that each stored medication is properly labeled with the resident's name, name of medication, dosage, expiration date, and directions for administration | ✓ | | | |
| | Store medications in a manner that prevents access by unauthorized persons | ✓ | | | |

EXHIBIT B
Page 3 of 12

**40496**
Winters v. CSC

| TAG | REQUIREMENT | MET | NOT MET | NA | EXPLANATORY STATEMENT |
|-----|-------------|-----|---------|-----|----------------------|
| | Store controlled substances in a locked storage container & ensure that each substance is accurately accounted for | ✓ | | | |
| | Store medications, including controlled substances, in accordance with the manufacturer's recommendations. | ✓ | | | |
| | **Sanitation & Environmental Protection Requirements** of 7 AAC 75.280 are met. For fewer than six residents an ALH ALH has sufficient supply of potable water & an acceptable system for the disposal of sewage | ✓ | | | |
| | Private water supply annually inspected by municipal health authorities for bacterial contamination & nonpotable water labeled | NA | | | |
| | Private sewage & liquid waste system approved by the appropriate state or municipal authority | NA | | | |
| | **An ALH of Any Size** The ALH protects against or is free from significant hazards that could cause injury or health risk | ✓ | | | |
| | Firearms in the home are unloaded and both the firearms and the ammunition are stored separately in places reasonably inaccessible to residents | NA | | | |
| | The ALH has installed & maintained hot water temperature controls so that hot water delivered to plumbing fixtures, excluding dishwashers, **is not more than 120 degrees** | ✓ | | | 117° |
| | Notice of temporary inability to correct a violation constituting an emergency 7 AAC 75.540 | NA | | | |
| | Report of compliance AS 47.33.540 & 7 AAC 75.520 | NA | | | |
| | Adopt written personnel practices 7 AAC 75.210 | ✓ | | | |
| | An ALH must have a written procedure regarding the use of physical restraint. That procedure must be approved by the department (AS 47.33.330) 7 AAC 75.295 | ✓ | | | |
| | Use of physical restraint reported 7 AAC 75.295(d) | NA | | | |
| | **Emergency Situations** of 7 AAC 75.290 If a resident experiences a medical emergency, serious injury, or accident, is involved in assaultive behavior that could injure the resident or another person or that requires police intervention, or is absent without prior notice to the home and could pose a risk of harm to the resident or others, the ALH shall: | | | | |
| | Access emergency services, if needed, and provide the emergency care that a reasonably prudent person would provide under the circumstances, including notice to the resident's physician and representative, | ✓ | | | |
| | Record the date, time, and circumstances of the accident, serious injury, medical emergency, or incident in the resident's file, provide a copy of the report to the department as required under 7 AAC 75.340 | NA | | | |

EXHIBIT B
Page __ of __

**40497**
Winters v. CSC

| TAG | REQUIREMENT | MET | NOT MET | NA | EXPLANATORY STATEMENT |
|---|---|---|---|---|---|
| | **Notification Requirements of 7 AAC 75.340** An assisted living home shall provide, on a form supplied by the department, written notice to the department, to each affected resident or that resident's representative, and to any service coordinator | ✓ | | | |
| | **Within 24 hrs** – arrest or conviction; unable to correct a violation constituting an emergency under 7 AAC 75.530-7 AAC 75.550; death of a resident other than a natural cause, and physical restraint used under 7 AAC 75.295 | N/A | | | |
| | **48 hrs.** – after a resident experiences a medical emergency, serious injury, or accident (must include information as to whether the resident required more than 24 hrs. of hospitalization); is involved in assaultive behavior that resulted in the need for medical treatment for the resident or another individual, or that required police intervention; is absent from the home for 24 hours or longer without prior notice to the home | | | | |
| | **72 hrs.** – and not less than 24 hrs. before the termination of a resident's residential services contract with the home | | | | |
| | **Within five (5) days** – if physical restraint is used under 7 AAC 75.295 unless a shorter time is provided in a resident's ALP | | | | |
| | **14 days** or more before a change in the home's mailing address | | | | |
| | **30 days** before a rate increase, termination of a resident's residential services contract; amendment of a residential services contract to require an advance payment | | | | |
| | **90 days** before a closure or relocation | | | | |
| | An ALH shall notify the department, in writing, before taking an action that requires (1) a request for modification when the admin., individual, or entity named in the current application changes, (2) request to increase resident capacity | | | | |
| | **Advance Payments AS 47.33.030.** (a) An ALH may not require a resident or prospective resident of the home or a resident or prospective resident's representative, to make advance payment to the home except as security for performance of the contract or as advance rent for the immediately following rental period as the rental period is defined in the contract. | | | | |
| | (b) An ALH shall establish a written policy for the refund of unused advance payments in the event of termination of a residential services contract or death of a resident. The policy must provide that a resident is entitled to a prorated refund of the unused portion of an advance payment, less reasonable charges for damages to the home resulting from other than normal use. | | | | |
| | **Resident's Money AS 47.33.040.** (a) Except for advance payments under AS 47.33.030, an ALH may not require a resident of the home to deposit with the home money that belongs to the resident. The provisions of (b) do not apply to money that constitutes an advance payment under As 47.33.030. | | | | |

EXHIBIT B
Page 5 of 12

40498
Winters v. CSC

| TAG | REQUIREMENT | MET | NOT MET | NA | EXPLANATORY STATEMENT |
|---|---|---|---|---|---|
| | (b) An ALH may accept, for safekeeping and management, money that belongs to a resident. The home shall establish a written policy for the management of such money and shall act in a fiduciary capacity with respect to that money, in accordance with regulations adopted by the licensing agency. A home is not required to accept money that belongs to a resident. | N/A | | | |
| | **Temporary Absence** AS 47.33.050. (a) An ALH may agree to reserve space for a resident of the home who is temporarily absent from the home and plans to return to the home. The absent resident, or the resident's representative, shall notify the home in writing if the resident's plan to return to the home changes. | | | | |
| | (b) Until the assisted living home receives written notice that an an absent resident does not intend to return to the home, the home may charge the resident an agree-upon daily rate during the resident's absence from the home. | | | | |
| | **Closure or Relocation; Change of Mailing Address** AS 47.33.080. (a) Not later than 90 days before the voluntary closing or relocation of an ALH, the home shall provide written notice of the closure or relocation to the licensing agency, each resident of the home, all representatives of residents, and all service coordinators for residents. | | | | |
| | (b) Not later than 14 days before a change of an ALH's mailing address, the home shall provide written notice of the change to the licensing agency, each resident of the home, all representatives of residents, and all service coordinators for residents. | | | | |
| | **Rate Increase** AS 47.33.090. An ALH may not increase the rate charged for services provided by the home unless the home notifies each resident or the resident's representative of the increase at 30 days before the increase is to take effect. | | | | |
| | **Involuntary Termination of Contract** AS 47.33.360 (a) An ALH may not terminate a residential services contract with a resident of the home against the resident's will except for: 1) medical reasons, 2) engaging in a documented pattern of conduct that is harmful to the resident, other residents, or staff of the home, 3) violation of the terms of the residential services contract, including failure to pay costs incurred under the contract; 4) when emergency transfer out of the home is ordered by the resident's physician; 5) when the home is closing; or 6) when the home can no longer provide or arrange for services in accordance with the resident's needs and the resident's assisted living plan | | | | |
| | (b) At least 30 days before terminating the residential services contract with a resident, the ALH shall provide written notice of the proposed contract termination to the resident or the resident' representative and to the resident's service coordinator if any. The notice must state the basis for the termination and resident's right to contest the termination in the manner provided in the contract, which must include an offer by the home to participate in a case conference as described in (c) of AS 47.33.360. | | | | |
| | (d) If a home terminates the residential services contract with a resident under this section, the home shall cooperate with the resident, the resident's service coordinator, if any, and the resident's representative, if any, in making arrangements to relocate the resident. | | | | |

6 of 12

EXHIBIT _B_
Page _6_ of _12_

**40499**
Winters v. CSC

Employee Review (7 AAC 75.210, .215, .220-.240, AS 47.33.100)

| Employee/Title | DOH | Sworn St. | St. Fingerprints | 3 Char. Refer. | TB | CPR | Cont. Ed. |
|---|---|---|---|---|---|---|---|
| | Orientation | Name Check | FBI Fingerprnts | 2 Emp. Refer. | | First Aid | |
| See | | | | | | | |
| Attached | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Administrator must be at least 21 yrs. of age and have sufficient language skill to meet the needs of residents and the ability to access emergency services 7 AAC 75.230

Supervisor of Care Providers must be at least 21 yrs. of age. Care Provider must be at least 18 yrs. of age if unsupervised or 16 yrs. of age if supervised by a care provider 21 yrs. of age and older

Name check due every 2 years; fingerprints due every 6 years

EXHIBIT _B_
Page _7_ of _12_

40500
Winters v. CSC

Employee Review

| Employee/Title | DOH | Sworn St. | St. Fingerprts | 3 Char. Refer. | TB | CPR | Cont. Ed. |
|---|---|---|---|---|---|---|---|
| | Orientation | Name Check | FBI Fingerprts | 2 Emp. Refer. | | First Aid | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Administrator must be at least 21 yrs. of age and have sufficient language skill to meet the needs of residents and the ability to access emergency services 7 AAC 75.230

Supervisor of Care Providers must be at least 21 yrs. of age. Care Provider must be at least 18 yrs. of age if unsupervised or 16 yrs. of age if supervised by a care provider 21 yrs. of age and older

Name check due every 2 years; fingerprints due every 6 years

EXHIBIT B
Page 8 of 12

40501
Winters v. CSC

Resident File Review (AS 47.33.070)

| Resident/SS# | B'day / Adm. Date | Relative / Care Coord. | Residential Services Contract | ALP/CP/ISP Quart. or Annual Review | Med./Physician St RN, ANP, PA, MD Review | Consent For Release of Records | RR | GR | HR | $ Mgt | Living Will DPOA GPOA Guard. Conserv. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mary Randell | | ✓ ✓ | ✓ | ✓ | ✓ | ✓ | | | | | ✓ ✓ |
| Phillip Duffy | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | N/A | ✓ N/A |
| Lorna Snyder | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | N/A | ✓ N/A |
| Steve Layton | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | N/A | ✓ N/A |
| William Cliffton | | ✓ | ✓ | N/A @Admin @L Signature | ✓ | ✓ | ✓ | ✓ | ✓ | N/A | N/A N/A |
| Carmila Herring | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | N/A | ✓ N/A |
| Roger Wilkens | | ✓ | ✓ | ✓ | ✓ | ✓ | Ø | Ø | Ø | N/A | N/A N/A |
| Fern Walden | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | N/A | ✓ ✓ |
| George Rodgers | | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | N/A | ✓ N/A |

40502
Winters v. CSC

EXHIBIT B

Resident File Review

| Resident/SS# | B'day | Relative | Residential Services Contract | ALP/CP/ISP | Med./Physician St | Consent For Release of Records | RR | GR | HR | $ Mgt | Living Will |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Adm. Date | Care Coord. |  | Quart.or Annual Review | RN, ANP, PA, MD Review |  |  |  |  |  | DPOA GPOA Guard. Conserv. |

40503
Winters v. CSC

EXHIBIT B
Page 10 of 12

## ORDER FOR CORRECTION

Name of Home: _Chugiak Senior Center_    Location: _N. Birchwood Lp., Chugiak_    Inspection Date: _11/16/05_

Inspection Type: ☐ Probationary  ☐ Probationary/Standard  ☒ Monitoring  ☐ Renewal  ☐ Modification  ☐ Complaint    Announced ☐   Unannounced ☐

| Regulation or Statute Number | Description of Deficiency | Description of Action to Be taken | Deadline for correction | Date of verification of correction |
|---|---|---|---|---|
| | 1) Fire Inspection | Will Request - Scheduled 12/29/05 | 12/1/05 | |
| | 2) See employee/personnel requirements page | - not Linda | | |
| | 3) Resident Files: R. Wilkens - Resident Rights, Grievance Policy, House Rules - Signed off on. All but Fire ok 12/3/05 | | 12/3/05 | 12/3/05 |

I certify that all deficiencies and required corrective action have been explained to me and must be corrected by the dates shown. I understand that failure to correct all deficiencies by the required date will result in a notice of violation and administrative sanctions up to or including termination of licensure.

Administrator or other home representative may request a conference with the licensing inspector and his or her supervisor prior to the required date of correction by contacting the licensing inspector.

_Joan Jacoby - ALP Administrator_   11/16/05
Agency Representative Signature and Title    Date

_Jan Freels - ALP Administrator_
Printed Name and Title

_____ CCLS II  11/16/05
Licensing Inspector Signature and Title    Date

_Richard Seville_
Printed Name and Title

EXHIBIT  B
Page 11 of 12

40504
Winters v. CSC

# ORDER FOR CORRECTION

Name of Home: _____

Location: _____

Inspection Date: _____

Inspection Type: ☐ Probatiory ☐ Probationary/Standard ☐ Monitoring ☐ Renewal ☐ Modification ☐ Complaint

Announced ☐    Unannounced ☐

| Regulation or Statute Number | Description of Deficiency | Description of Action to Be taken | Deadline for correction | Date of verification of correction |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

I certify that all deficiencies and required corrective action have been explained to me and must be corrected by the dates shown. I understand that failure to correct all deficiencies by the required date will result in a notice of violation and administrative sanctions up to or including termination of licensure.

Administrator or other home representative may request a conference with the licensing inspector and his or her supervisor prior to the required date of correction by contacting the licensing inspector.

_____     _____
Licensing Inspector Signature and Title     Date

_____
Printed Name and Title

_____     _____
Agency Representative Signature and Title     Date

_____
Printed Name and Title

EXHIBIT _B_
Page _12_ of _12_

**40505**
Winters v. CSC