

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| CLEO METCALF, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| CHUGIAK SENIOR CITIZENS, INC., CHRIS INGMANSON, RICK LYON, BILL LESTER, DOREEN LOWE, JOAN DELAQUITO, LORETTA FRENCH-JARDEL, RAY STITH, DOROTHY WALTON, JESSIE YEARDSLEY, TOM DAVIS, DELLA THOMAS, KATHY NEU, KAREN CRAIG, and JAN FREELS, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |
| CHUGIAK SENIOR CITIZENS, INC., | ) ) |
| Third-Party Plaintiff, | ) ) |
| vs. | ) ) |
| MADONNA PORTER, | ) ) |
| Third-Party Defendant. | ) |

Case No. 3AN-02-13137 Civil

**ORDER**

Defendants, having moved to dismiss plaintiff's negligence per se claim, and the court having reviewed the parties' memoranda and heard oral argument, and deeming itself fully advised in the premises, hereby

ORDERS, ADJUDGES AND DECREES that AS 47.33 et seq., does not create a private right of action, and that defendants are

EXHIBIT C
Page 1 of 2

entitled to summary judgment on plaintiff's negligence per se claim. Plaintiff's negligence per se claim (second cause of action) is hereby dismissed with prejudice.

DATED at Anchorage, Alaska this _12th_ day of _October_, 2003.

_____
Judge of the Superior Court

### CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of June, 2003, I caused a true and correct copy of the foregoing to be served as indicated on:

Thomas E. Williams   -   via U.S. mail
Law Office of Thomas E. Williams
11462 Business Blvd., Suite B
Eagle River, AK   99577-7721

Karen E. Bretz  -  personally served
610 C Street, Suite 2B
Anchorage, AK 99501

_____
72337

10/14/03
...above was mailed to each of the...
...addresses of record: Williams
                        moseley
                   HW    Bretz

DELANEY, WILES,
HAYES, GERETY,
LIS & YOUNG, INC.
SUITE 400
007 WEST 3RD AVENUE
NCHORAGE, ALASKA
(907) 279-3581

Order Granting Partial Summary Judgment on
Plaintiff's Negligence Per Se Claim
*Metcalf v. Chugiak Senior Citizens, Inc., et al.*
Case No. 3AN-02-13137 CI                                      Page 2 of 2

EXHIBIT C
Page 2 of 2