Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CHUGIAK SENIOR CITIZENS, INC., | ) ) |
| Defendant. | ) ) |
| _____ ) | Case No. 3:06-cv-00083-TMB |

### (PROPOSED) ORDER DENYING PLAINTIFF'S
### MOTION FOR PARTIAL SUMMARY JUDGMENT

This matter having come before the Court this _____ day of _____, 2007, upon the motion of plaintiff for partial summary judgment on portions of her first and fourth claims, and the memoranda and arguments of counsel having been considered, and good cause appearing, it is therefore

ORDERED that Plaintiff's Motion for Partial Summary is **DENIED**

DATED this _____ day of _____, 2007 at Anchorage, Alaska.


_____
Timothy M. Burgess
United States District Court Judge


**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day
of February, 2007, a copy of foregoing
**(PROPOSED) ORDER  DENYING PLAINTIFF'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**
was served electronically on:

Jim Davis/Jr./Barbara Brink/
Nikole M. Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, AK  99501


s/Donna M. Meyers_____
127338