Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
Phone:  907-279-3581
Fax:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>                Plaintiff,<br><br>v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>                Defendant. | <br><br><br><br><br><br><br><br><br><br><br>Case No. 3:06-cv-00083-TMB |

### (PROPOSED) ORDER GRANTING DEFENDANT CHUGIAK SENIOR CITIZENS, INC.'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT ON ALLEGED VIOLATIONS OF THE ASSISTED LIVING HOMES ACT

This matter having come before the Court this ____ day of _____, 2007, upon Defendant Chugiak Senior Citizens, Inc.'s Cross-Motion for Partial Summary Judgment on Alleged Violations of The Assisted Living Homes Act in Count I, and the memoranda and arguments of counsel having been considered and good cause appearing, it is therefore

**ORDERED, ADJUDGED AND DECREED** that AS 47.33 et seq., does not create

(Proposed) Order Granting Cross-Motion For Partial Summary Judgment On Alleged Violations of The Assisted Living Homes Act

*Winters v. CSC*/3:06-cv-00083 (TMB)                                                                                              Page 1 of 2

a private right of action, and that CSC is entitled to partial summary judgment on Count I alleging violations of the Assisted Living Homes Act, and all claims in Count I are hereby dismissed with prejudice.

DATED this ____ day of _____, 200__ at Anchorage, Alaska

                                                                   _____
                                                                   Timothy M. Burgess
                                                                   United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on 7th day
of February, 2007, a copy of foregoing
**(PROPOSED) ORDER GRANTING DEFENDANT
CHUGIAK SENIOR CITIZENS, INC.'S CROSS-MOTION
FOR PARTIAL SUMMARY JUDGMENT ON ALLEGED
VIOLATIONS OF THE ASSISTED LIVING HOMES ACT**
was served electronically on:

Jim Davis, Jr./Barbara Brink/
Nikole M. Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, AK  99501


s/Donna M. Meyers and Clay A. Young
(127326)

(Proposed) Order Granting Cross-Motion to Modify
Pre-Trial Order to Allow Defendant's Expert Disclosures
*Winters v. CSC*/3:06-cv-00083 (TMB)                                                            Page 2 of 2