Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
Phone: 907-279-3581
Fax: 907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 3:06-cv-00083-TMB |

**REQUEST FOR ORAL ARGUMENT ON ALL
SUMMARY JUDGMENT MOTIONS**

Defendant Chugiak Senior Citizens, Inc. ("CSC"), pursuant to District of Alaska Local Rule 7.2(a), files this request for oral argument on all motions for summary judgment filed by CSC and plaintiff Helen Winters. The respective docket numbers are: 121, 125, 128, 132, 134, 136 and 247.

DATED at Anchorage, Alaska, this 9th day of February, 2007.

DELANEY WILES, INC.
Attorneys for Chugiak Senior Citizens, Inc.

s/Donna M. Meyers and Clay A. Young
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, Alaska  99501
Phone:  907-279-3581/Fax:  907-277-1331
AK Bar Nos.: 9006011 (DMM)/7410117 (CAY)
E-mail:     dmm@delaneywiles.com
E-mail:     cay@delaneywiles.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of February, 2007, a copy of CSC's motion for oral argument was served electronically on:
Jim Davis, Jr./Barbara Brink/
Nikole Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

s/Donna M. Meyers and Clay A. Young
(127373)