Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
Phone:  907-279-3581
Fax:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters, ) ) ) Plaintiff, ) ) v. ) ) CHUGIAK SENIOR CITIZENS, INC., ) ) Defendant. ) _____ ) | Case No. 3:06-cv-00083-TMB |

### (PROPOSED) ORDER GRANTING REQUEST FOR ORAL ARGUMENT ON ALL SUMMARY JUDGMENT MOTIONS

Defendant Chugiak Senior Citizens, Inc.'s ("CSC") request for oral argument all motions for summary judgment filed by CSC and plaintiff Helen Winters is **GRANTED**.

Oral argument will be held on _____ at \_\_\_\_\_ a.m./p.m.

**IT IS SO ORDERED.**

DATED this \_\_\_\_ day of _____, 2007, at Anchorage, Alaska.

_____
Timothy M. Burgess, U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th
day of February, 2007, a copy of
CSC's (Proposed) Order granting
Request for Oral Argument on all
Summary Judgment Motions
was served electronically on:

Jim Davis, Jr./Barbara Brink/
Nikole Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

s/Donna M. Meyers and Clay A. Young
(127376)