CAROL WINTERS                    8/28/2006              WINTERS v. CHUGIAK SR. CITZ.
                                                        3:-06-CV-00083-TMB

34 (Pages 130 to 133)

Page 130

1    information that you were allowing Chugiak to obtain in
2    September of 2004, right?
3  A  Yeah.
4  Q  Yes. Okay. And I noticed that item number 9, mental
5    health, is not checked. Do you see that?
6  A  Correct.
7  Q  Okay. And is there a reason why you did not check that?
8  A  Absolutely. Because my mother never had any mental health
9    issues.
10 Q  I want to now show you what's been marked as Exhibit F.
11    Do you recognize this document?
12 A  Uh-huh. (Affirmative)
13 Q  Now this is the resident service contract that your mother
14    has with Chugiak, correct?
15 A  Okay. Uh-huh.
16 Q  Yes.
17 A  Yes.
18 Q  Okay. Did you or your mother sign this contract?
19 A  I did.
20 Q  Okay. Did you read it before you signed it?
21 A  Yes.
22 Q  Okay. Would you consider it an important document?
23 A  Yes.
24 Q  Did you feel like you had sufficient time to consider what
25    was in the contract before you signed it?

Page 131

1  A  I usually -- yeah, I would have taken this seriously, yes.
2  Q  Did you also sign the lease agreement on behalf of your
3    mother?
4  A  Yeah.
5  Q  Yes?
6  A  Yes. Uh-huh.
7  Q  Okay. And did you read the lease agreement before you
8    signed it?
9  A  I read everything before I sign it, so I would assume yes.
10 Q  Okay. You would have considered that an important
11    document?
12 A  Yes.
13 Q  Yes, okay. I don't have a copy of it with me now but if
14    we have to resume this deposition, I'll make sure I bring
15    a copy of it, just so that we understand which document
16    we're talking about.
17 A  Okay.
18 Q  Okay.
19 A  Uh-huh. (Affirmative)
20 Q  All right. At any time during your mother's residency at
21    Chugiak, and I mean up until -- let's say up until January
22    of 2006, did you ever direct anyone at Chugiak, the
23    administrative staff, to only send you written notices or
24    communications regarding your mother's residency at
25    Chugiak?

Page 132

1  A  No.
2  Q  And are you aware of whether either the service contract
3    or the lease agreement requires, if there's going to be a
4    change to either, whether they require notice to Helen
5    Winters or to you?
6    MR. DAVIS: Well, I think that in fairness to the witness,
7    she should be allowed to look at the documents you're asking
8    her about.
9  Q  Sure. You have the resident service contract and so I'll
10   reserve my question about the lease agreement since I
11   don't have it right now. Oh, I'm sorry, it is here. Why
12   don't you look at the resident service contract and tell
13   me whether there's anything in there that restricts the
14   way written communication regarding changes -- are there
15   any restrictions regarding notification or any provisions
16   regarding notification?
17   MR. DAVIS: And counsel, can you give the witness a chance
18   to read it and can you tell her what you mean by changes? Any
19   changes at all about anything?
20   MS. MEYERS: Well, I'll give her an opportunity to read it
21   and then, you know, I'll clarify what my question is.
22   (Pause)
23 A  Okay. So what is your question again?
24 Q  Okay. Do you have the resident service contract in front
25   of you?

Page 133

1  A  Yes.
2  Q  Okay. Have you at least skimmed through it?
3  A  Uh-huh. (Affirmative)
4  Q  Okay. On the agreement, if there is notification required
5    under the agreement, does the agreement provide -- does it
6    specify how notification should be given?
7  A  I didn't see that.
8  Q  Okay. Well, looking at page 9 of the resident service
9    contract under section 31, do you see that?
10 A  31?
11 Q  Yes.
12 A  Yes.
13 Q  Okay. And do you have -- what's your understanding of --
14   after reading that, what's your understanding of how
15   notification is to be given if notification is required
16   under this contract?
17   MR. DAVIS: I'll object to the form of that question. But
18   you can go ahead and answer.
19 A  I can answer?
20   MR. DAVIS: If you know what she's asking.
21 A  Well, I think -- I can only say this, that if you look at
22   section 31, notices, I would think a notice would
23   something like, you know, we're sweeping gravel off the
24   parking lot next Friday, please move your vehicle. We're
25   inspecting the apartment on such and such a date, please

Computer Matrix Court Reporters      PH - 907-243-0668       jpk@gci.net
                                     FAX - 907-243-1473  EXHIBIT  6   sahile@gci.net
                                                         Page ___ of ___