

# State of Alaska
Department of Public Safety
Division of

# Statewide Services

Frank H. Murkowski, Governor
William Tandeske, Commissioner

January 19, 2005

CHUGIAK SENIOR CITIZENS INC   #1190
Attn: HUMAN RESOURCE COORD.
22424 N BIRCHWOOD LP
CHUGIAK AK  99567

Pursuant to AS 12.62.160(b)(10)/13 AAC 68.315(b), the below listed subject has applied for employment/licensing with your agency:

| Applicant Name | Date of Birth | Soc. Security No. | AK SID No. |
|---|---|---|---|
| THERESA D FORSYTH | ■ | ■ | ■ |

An applicant fingerprint card was submitted to the FBI Identification Division (ID) for a criminal history record check. Pursuant to Federal law/regulation, we are prohibited from releasing any actual data that may be maintained by the FBI. However, based on the results of that check, this office has determined that:

__X__  No criminal record, or no criminal record meeting your previously designated criteria for employment was located on the applicant.

_____  The applicant does not meet your previously designated criteria for employment.

_____  We are unable to determine if this subject meets your designated criteria. (There may be missing disposition information which precludes us from determining if this subject meets your criteria.)

If a FBI criminal history record was located, it has been forwarded to the record subject.

_____  The applicant's fingerprints submitted to the FBI were unclassifiable. If you desire a further check by fingerprints, please attach a new set of fingerprints to the unclassifiable set and resubmit them to this office for transmittal to the FBI ID. There is no additional charge for the second submission, but there will be an additional charge if it becomes necessary to re-submit the prints again.

*[signature]*

Records Custodian

EXHIBIT E
Page 1 of 5

63828
Winters v. CSC

Criminal Records & Identification Bureau – Records/Imaging Unit
5700 East Tudor Road - Anchorage, AK 99507 - Voice (907) 269-5767 - Fax (907) 269-5091



# State of Alaska
Department of Public Safety
Division of

# Statewide Services

Frank H. Murkowski, Governor
William Tandeske, Commissioner

January 6, 2005

CHUGIAK SENIOR CITIZENS INC   #1190
Attn: HUMAN RESOURCE COORD.
22424 N BIRCHWOOD LP
CHUGIAK AK  99567

The Alaska Department of Public Safety, Records and Identification Bureau conducted a fingerprint search of the below listed individual for employment/licensing purposes, at your request. No record meeting dissemination criteria under AS 12.62.160(b)(6)/13 AAC 68.320 (information available according to a specific state or federal law authorizing the release of criminal justice information) was located.

In accordance with 13 AAC 68.320(f), you may not release this information to another person unless;
  1) the information is released to another person authorized by state or federal law to receive the information; **and**
  2) the subject of this report authorizes the release in writing.

This information is from the State of Alaska files only.

| Applicant Name | Date of Birth | Soc. Security No. | AK SID No. |
|---|---|---|---|
| THERESA D FORSYTH | ■■■ | ■■■ | ■■■ |

*Beth Ball*

Records Custodian

EXHIBIT E
Page 2 of 5

63829
Winters v. CSC

Criminal Records & Identification Bureau – Records/Imaging Unit
5700 East Tudor Road - Anchorage, AK 99507 - Voice (907) 269-5767 - Fax (907) 269-5091

```
PSTD450P   TERMID: X2QW      INTERESTED PERSON REPORT         09/22/04   14:23:13.1
                                                                         PAGE 1 OF 3
```

This record is based on your inquiry on Alaska State Identification #: ████
Because additions or deletions may be made at any time, a new copy should be
requested when needed for subsequent use.

THIS RECORD IS SUBJECT TO THE
FOLLOWING USE AND DISSEMINATION RESTRICTIONS:

Under provisions set forth in AS 12.62., Criminal Justice Information Systems
Security and Privacy Act, information in this report may be used only for the
purpose or activity for which it was released; it may not be disseminated to
another person except as provided under 13 AAC 68.300 - 13 AAC 68.345 or as
otherwise provided by state or federal law. Misuse of criminal justice infor-
mation is subject to civil and criminal penalties.

A person may not be presumed to be guilty of an arrest or charge for which a
disposition has not been included in the report. Information maintained by the
repository is updated as information is received from other criminal justice
agencies, and may not be relied upon to be complete and accurate beyond the
date of this report. Questions concerning record accuracy should be addressed
to the repository; questions about specific information in this report should
be directed to the agency that reported the information to the repository.

```
4-©          1    Sess-1     146.63.51.196           X2QW              2/1
```

EXHIBIT ___E___
Page __3__ of __5__

63830
Winters v. CSC

```
PSTD450P  TERMID: X2QW      INTERESTED PERSON REPORT        09/22/04   14:23:15.9
                                                                     PAGE 2 OF 3
This record is based on your inquiry on Alaska State Identification #: ▇▇▇

Additional information may be on file with the department's central registries
of sex offenders or protective orders, the Federal Bureau of Investigation, or
other criminal justice agencies in this or another state.  The department will
provide information, upon request, regarding procedures to request information
from those sources.


   PERSON NAME:
         AKA: THERESA DIANNE FORSYTH
         DOB:              ▇▇▇
         SEX: F                  WEIGHT:         HEIGHT: 5 07    HAIR: BLN
    EYE COLOR: BRO                RACE: W         SKIN:

    BIRTH CITY:                   STATE: FL   COUNTRY:
     APSIN ID: ▇▇▇
       CITIZEN:                   FELON: N SOR:    FP ON FILE:
    OCCUPATION:                   EMPLOYMENT:
                                                                       MORE...
─────────────────────────────────────────────────────────────────────────────
4-©           1    Sess-1    146.63.51.196           X2QW              2/1
```

EXHIBIT E
Page 4 of 5

63831
Winters v. CSC

```
PSTD460P   TERMID: X2QW       INTERESTED PERSON REPORT       09/22/04   14:23:16.5
                                                                        PAGE 3 OF 3
   PERSON NAME:
          AKA: THERESA DIANNE FORSYTH
      APSIN ID NUMBER: ███




               * * * NO CRIMINAL HISTORY RECORDS FOR THIS PERSON * * *




       PF10 RECORD REVENUE                                              * AT END *
  4-©            1    Sess-1     146.63.51.196           X2QW              2/1
```

This information provided by the Alaska Department of Public Safety is based on a name check only and not verified by fingerprints.

EXHIBIT E
Page 5 of 5

63832
Winters v. CSC