9/22/04

COMPANY OR EMPLOYER NAME: _Chugiak Senior Center_   POSITION APPLIED FOR: _CNA_

# Employment Application

TELEPHONE ▮▮▮▮▮

SOCIAL SECURITY NUMBER (Optional) ▮▮▮▮▮

YOUR NAME: _Forsyth_   _Theresa_   _DiAnne_
            Last        First       Middle

ARE YOU LEGALLY ELIGIBLE FOR EMPLOYMENT IN THE U.S.A?
☒ Yes ☐ No   (If yes, verification will be required)

ADDRESS: ▮▮▮▮▮

_Eagle River, Alaska  99577_

I AM SEEKING A PERMANENT POSITION ☒ Yes ☐ No

I AM SEEKING TEMPORARY WORK UNTIL (DATE) _____

ARE YOU ABLE TO PERFORM THE ESSENTIAL FUNCTIONS OF THE POSITION WITH OR WITHOUT ACCOMMODATION?

☒ Yes ☐ No

IF NECESSARY FOR THE JOB I AM ABLE TO:
Work (Which Shifts)? _7-3 o. 11-7_
Work Overtime? _yes_
Provide a valid Alaska Drivers License? _yes_

IF NECESSARY FOR THE JOB, ARE YOU OVER:  14  15  16  18  19  ㉑  (Please Circle One)

I WILL BE ABLE TO REPORT TO WORK _ASAP_ DAYS AFTER BEING NOTIFIED THAT I AM HIRED.

| EDUCATION | School Name/ Location | Yrs. Completed | Field of Study | Graduate or Degree |
|---|---|---|---|---|
| High School | _Southeast High   Bradenton, FLA_ | _12_ | | _Graduate_ |
| College/University | | | | |
| Business/Technical | _Port charlotte tech  Port charlotte, FLA_ | _4m_ | | _CNA Class_ |
| Other (May include grammar school) | | | | |

MILITARY SERVICE   ☐ Yes  ☒ No   Duty/Specialized Training _____

REFERENCES: List two personal references who are not relatives or former supervisors.

| Name | Address/telephone | Occupation | Years known |
|---|---|---|---|
| _William Allen_ | ▮▮▮▮▮ _Elkin, NC_ | _Auto Class_ | _15_ |
| _Steve Watkins_ | _Johnson Ridge Rd  Elkin NC_ | | _5_ |

EMPLOYMENT: List last employment first. Include summer or temporary jobs. Be sure all your experience or employers related to this job are listed here, in the summary (following this section), or use an extra sheet of paper if necessary.

| Employer Name and Address | Position Title/Duties Skills | Dates Employed |
|---|---|---|
| _Huntersville Oaks Nursing ctr_ _Old Statesville Rd_ _Huntersville, NC_ | _CNA Worked all Units Including Rehab. Assisted living Total care_ | From _9/-/04_ To _3.01.04_ Salary _$12.00_ Reason for Leaving _Moved to Alaska_ |
| Supervisor's Name _Roxanne Hunter_  Telephone _1-704-875-7400_ | | |
| Employer Name and Address | Position Title/Duties Skills | Dates Employed  From ___ To ___  Salary ___  Reason for Leaving ___ |
| | _875-7559_ | |
| Supervisor's Name  Telephone | | |

LOPR-7 (R 4/93)

EXHIBIT _F_
Page _1_ of _1_

60343
Winters v. CSC