Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
Phone:  907-279-3581
Fax:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>            Plaintiff,<br><br>    v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>            Defendant.<br>_____ | <br><br><br><br><br><br><br><br><br><br>Case No. 3:06-cv-00083-TMB |

**DEFENDANT CHUGIAK SENIOR CITIZENS, INC.'S REPLY TO OPPOSITION TO MOTION *IN LIMINE* NO. 2 RE: PLAINTIFF'S RELIGIOUS BELIEFS**

Chugiak Senior Citizens, Inc.'s ("CSC"), Motion *In Limine* No. 2 seeks to preclude plaintiff Helen Winters from presenting any evidence or argument regarding plaintiff's religious beliefs and opinions for the purpose of enhancing plaintiff's credibility.

CSC has good cause to believe plaintiff might seek to admit evidence of her religious beliefs to bolster her credibility and to demonstrate her inability to lie. Carol Winters has repeatedly stated that because of plaintiff's religious beliefs, plaintiff "will not even tell a white lie." Exh. A at 2 (Rebuttal To Eviction Notice); *see also* Exh. B at

Defendant Chugiak Senior Citizens, Inc.'s Reply to Motion
*in Limine* No. 2 Re: Plaintiff's Religious Beliefs
Winters v. Chugiak Senior Citizens/Case No. 3:06-cv-0083 (TMB)                                    Page 1 of 4

Tr. 142 (Carol Winters' Deposition).  Federal Evidence Rule 610 explicitly prohibits such evidence:

> Evidence of the beliefs or opinions of a witness on matters of religion is not admissible for the purpose of showing that by reason of their nature the witness' credibility is impaired or enhanced.

Fed. Evid. R. 610.

Plaintiff concedes Evid. Rule 610 prohibits any witness from testifying about whether plaintiff's religious beliefs impact her ability to lie or her credibility.  *See* Opposition at 2 ("neither party can introduce evidence of her religious beliefs to either impeach or rehabilitate her credibility").  The court should therefore grant CSC's motion to preclude plaintiff from introducing any evidence that her religious beliefs enhance her credibility and that because of her religious beliefs, plaintiff "will not even tell a white lie."

Plaintiff does claim her religious beliefs are relevant to this case because CSC allegedly interfered with her ability to exercise her religious beliefs.  *See* Opposition at 2. In response to CSC's interrogatory to name each and every instance plaintiff claims CSC or its staff interfered with plaintiff's ability to exercise her religious beliefs, plaintiff identifies only three alleged instances, none of which address the relationship between her religious beliefs and her credibility and ability to lie.  Exh. C at 5-6 (CSC's First of Interrogatories to Plaintiff).  Plaintiff claims:  (1) once CSC staff allegedly did not pause 5 to 10 seconds before the Virgin Mary to allow plaintiff to genuflect and pray; (2) once CSC staff allegedly refused to provide dessert to plaintiff early so that plaintiff could fast one hour before communion; and (3) once CSC staff allegedly refused to warm up baby food early to accommodate the priest's change in communion schedule.  Exh. C at 3-4 (Plaintiff's Response to CSC's First of Interrogatories).  Plaintiff asserts that these

Defendant Chugiak Senior Citizens, Inc.'s Reply to Motion
*in Limine* No. 2 Re: Plaintiff's Religious Beliefs
<u>Winters v. Chugiak Senior Citizens</u>/Case No. 3:06-cv-0083 (TMB)                    Page 2 of 4

instances are "the heart of Helen Winters' claims." See Opposition at 4. While CSC does not belief that these three instances could amount to religious discrimination or be the basis for any cognizabl legal remedy, CSC does not contest that plaintiff may introduce evidence of these three discrete instances. However, in the course of admitting evidence of these three instances, plaintiff may not directly or indirectly use this opportunity to attempt to enhance plaintiff's credibility or comment on plaintiff's ability to lie because Rule 610 expressly precludes such evidence or argument.

For the reasons explained above, the Court should grant CSC's motion *in limine* to preclude the plaintiff or plaintiff's attorneys from presenting any evidence or argument regarding the impact plaintiff's religious beliefs have on her credibility or ability to lie. Plaintiff may not present any other evidence regarding alleged religious discrimination, other than the three instances she provided in her responses to interrogatories. Plaintiff may not use these three instances as direct or circumstantial evidence of the effect plaintiff's religious beliefs have on her credibility or ability to lie. In the event the court grants CSC's motion, CSC requests all of plaintiff's witnesses be presented with a copy of the court's order.

DATED at Anchorage, Alaska, this 12th of February, 2006.

DELANEY WILES, INC.
Attorneys for Chugiak Senior Citizens, Inc.

s/Donna M. Meyers and Clay A. Young
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, Alaska 99501
Phone: 907-279-3581/Fax: 907-277-1331
E-mail:    dmm@delaneywiles.com
E-mail:    cay@delaneywiles.com
Alaska Bar Assoc. No. 9006011 (DMM)
Alaska Bar Assoc. No. 7410117 (CAY)

Defendant Chugiak Senior Citizens, Inc.'s Reply to Motion
*in Limine* No. 2 Re: Plaintiff's Religious Beliefs
Winters v. Chugiak Senior Citizens/Case No. 3:06-cv-0083 (TMB)                Page 3 of 4

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day
of February, 2006, a copy of this document
was served electronically on:

Barbara Brink/Nikole Nelson
Jim Davis, Jr./Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501


s/Donna M. Meyers and Clay A. Young
(127141)

Defendant Chugiak Senior Citizens, Inc.'s Reply to Motion
*in Limine* No. 2 Re: Plaintiff's Religious Beliefs
Winters v. Chugiak Senior Citizens/Case No. 3:06-cv-0083 (TMB)          Page 4 of 4