```
                IN THE UNITED STATES DISTRICT COURT

                      FOR THE DISTRICT OF ALASKA

HELEN WINTERS, through her Power of )
Attorney Carol Winters,             )
                                    )
                        Plaintiff,  )
                                    )
v.                                  )
                                    )
CHUGIAK SENIOR CITIZENS, INC.,      )
                                    )
                        Defendant.  )
_____)
Case No. 3:06-cv-00083-TMB

              VIDEOTAPED DEPOSITION OF MICHAEL E. JONES

                         November 28, 2006

    APPEARANCES:

        FOR THE PLAINTIFF:      MS. SONJA D. KERR
                                Disability Law Center
                                Attorney at Law
                                3330 Arctic Blvd., Suite 103
                                Anchorage, Alaska  99503
                                (907) 565-1002

        FOR THE DEFENDANT:      MS. DONNA M. MEYERS
                                Delaney Wiles
                                Attorneys at Law
                                1007 West 3rd Avenue, Suite 400
                                Anchorage, Alaska  99501
                                (907) 279-3581

        ALSO PRESENT:           MS. C. WINTERS
```

Received DEC 12 2006 DELANEY WILES, INC.

COPY

COPY



EXHIBIT C
Page ___ of ___

Page 12

1  Q    .....if -- if you're able to answer.
2  A    Sure. Her blood pressure was variable. There were times
3       when it was quite high and other times when it was nearly
4       normal. And at some point -- at some points during that
5       time there were reports that her blood pressure was
6       sometimes quite high, at least based on information from
7       staff at the Chugiak Senior Center.
8  Q    **Do you know if -- in November of 2002 when you first saw**
9       **Ms. Helen Winters do you know what her living sit -- where**
10      **she was living at that time?**
11 A    I don't record here that I inquired about where she was
12      living. Although Dr. Loftin had done a thorough history
13      and physical exam in September of that year and it
14      included some information about her living situation,
15      which at that time included the notation that she lived in
16      handicapped accessible housing and had moved to Anchorage
17      from Maryland to be closer to her daughter.
18 Q    **Were there times that Ms. Winters' blood pressure was what**
19      **you described as quite high and she was not living at**
20      **Chugiak Senior Center?**
21 A    I don't really know based on what I have here in the
22      chart how long she was at -- at Chugiak Senior Center
23      and when she started living there. There's probably
24      some information in the chart somewhere that
25      indicates that but not in.....

EXHIBIT  C
Page ___ of ___

```
 1        adjustment period for patients?
 2   A    Well, I wouldn't expect it to have an affect immediately.
 3        And there's a variety of doses that can be administered
 4        and how much is required for any one patient can't be
 5        determined without some period of assessment and trying
 6        different doses if necessary.
 7   Q    And as you sit here today do you recall what sort of side
 8        effects Ms. Helen Winters was complaining about from the
 9        Buspar?
10   A    No.
11        MS. KERR:  Objection.  Asked and answered.
12   A    No, I don't.
13   Q    Okay.  In the next paragraph it states here I have been
14        told that Chugiak Assisted Living Facility staff have been
15        considering evicting Ms. Winters from the facility.  And
16        where did you obtain that information?
17   A    That they were considering doing that?
18   Q    Yes.
19   A    Let's see, possibly from more than one source.  Well,
20        it would have been from her daughter.
21   Q    Okay.  And how did you -- how have you determined that,
22        that it would have been from the daughter?
23   A    There was no one else communicating with me about -- about
24        that issue.
25   Q    Okay.  Did you ever attempt to call the staff or
```

EXHIBIT _C_
Page _____ of _____

Page 72

1       administration at Chugiak Assisted Living Facility to find
2       out -- to inquire about the subject matter of this letter?
3   A   No.
4   Q   Did you ever direct anyone on your staff to do that,
5       contact the facility?
6   A   No.
7   Q   In the same letter it states I hope this can be
8       avoided since I think this would be detrimental to
9       her physical and mental health.  Could you explain
10      why you thought the move would be detrimental and in
11      what way?
12  A   Well, one thing would be that her -- as I discussed a
13      little bit before with reference to the other letter
14      that we were mistakenly talking about, I think it
15      would just make her more anxious and there was some
16      indication from staff at the assisted living facility
17      that increased anxiety tended to increase her blood
18      pressures.  That was back in 2005 I think.  She had a
19      blood pressure recorded -- you know, a systolic blood
20      pressure, the top number, of about 200 while she was
21      there.  And she later went to the emergency room and
22      it was a bit lower.  I don't remember when the visit
23      to the emergency room was.  So anxiety can increase
24      blood pressure and it wasn't all that well controlled
25      in the first place.  So I didn't think it would be a

EXHIBIT _C_
Page ___ of ___

1         intentional.  And in terms of her interaction with the
2         Chugiak staff do you have any -- what's your basis for
3         saying that it's not intent -- her conduct is not
4         intentional?
5    A    Well, that was my belief.
6    Q    Okay.  The next -- next sentence says I hope that she will
7         be able to continue living at your facility.  I think that
8         relocating her to another residence could result in
9         emotional distress and consequent physical harm to her.
10        Did I read that correctly?
11   A    Yes.
12   Q    What is the physical harm that you're referring to?
13   A    I'm talking about what we talked about earlier here
14        regarding the effects of anxiety.
15   Q    Okay.  And that it might have on her hypertension?
16   A    Uh-huh.  (Affirmative)
17   Q    Okay.  Did you -- did you ever get the sense that
18        staying at Chugiak and given her many complaints that
19        she might have about the staff's treatment that
20        staying at Chugiak might cause her distress or -- or
21        problems?
22   A    No.  I think that I figured that if that were the
23        case, that Ms. Winters and her daughter would look
24        for some other place for her to reside.
25   Q    Okay.  Do you -- have you heard the term transfer trauma?

EXHIBIT C
Page    of

Page 82

```
 1   A    I can't say I've heard of that.
 2   Q    Okay.  Have you ever met with Helen Winters' attorneys
 3        about this case?
 4   A    No.
 5   Q    Okay.  When were -- have you been asked to testify at
 6        trial?
 7   A    Have I?
 8   Q    Yes.
 9   A    In this matter?
10   Q    By -- yes, in this matter to.....
11   A    No.
12   Q    .....testify at trial?  Okay.  And we could probably tell
13        this from your records but do you recall when you were
14        first -- when Ms. Helen Winters' attorneys first requested
15        your medical records on Helen Winters?
16   A    There's a request here.  I think this might be the
17        earliest.  I know that July 5th, 2006, there was a request
18        for records.
19   Q    Okay.  And you think that that's the earliest one?
20   A    I think so.  I would have to look through and see if
21        there's anything prior.
22   Q    If there was a prior request, would it be in your
23        chart or kept somewhere else?
24   A    It should be.  It should be in the chart.  I -- I
25        wouldn't file it anywhere else.
```

EXHIBIT C
Page ___ of ___