# Condensed and Word Indexing Transcripts

## of

## Marla Nelson

## 11/28/06

**Date:** December 17, 2006

Accu-Type Depositions
Phone: (907) 276-0544
Fax: (907) 278-1517
Email: smorrison@accutypedepositions.com
Internet: www.accutypedepositions.com

EXHIBIT E
Page ____ of ____

```
                                                                   Page 10
 1   A   Yes, I was.
 2   Q   And who did you hire?
 3   A   Mary Coggins.
 4   Q   Are those the same two nurses that are presently employed
 5       today?
 6   A   Yes.
 7   Q   Could you tell me the names of the team leaders who were
 8       working at the time you began?
 9   A   Eliria Solseng, Fred Petz, and Suzi Hoffman.
10   Q   Were you responsible for disciplinary action of any of
11       those staff?
12   A   Of those three staff?
 3   Q   Correct.
14   A   No.
15   Q   Who was responsible for any disciplinary action?
16   A   I -- oh, I mean, I would have been responsible.  I was --
17       I want, I guess, clarity, I thought you were asking had I
18       done disciplinary actions.  I would have been responsible
19       during my tenure.
20   Q   You were aware in hiring Mary Coggins that she had an LPN
21       license that was on probation?
22   A   Correct.
23   Q   And you hired her anyway?
24   A   Correct.
 5   Q   And you are aware that her license was on probation and,
```

Accu-Type Depositions                                        (907) 276-0544



EXHIBIT  E

Page _____ of _____