IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

HELEN WINTERS, through her Power of   )
Attorney Carol Winters,                )
                                       )
          Plaintiff,                   )
                                       )
     vs.                               )
                                       )
CHUGIAK SENIOR CITIZENS, INC.,         )
                                       )
          Defendant.                   )
_____)
Case No. 3:06-CV-00083-TMB

VOLUME I

VIDEOTAPE DEPOSITION OF CAROL WINTERS

August 28, 2006

APPEARANCES:

    FOR THE PLAINTIFF:      MR. JAMES J. DAVIS, JR.
                                 MS. BARBARA BRINK
                                 Alaska Legal Services
                                 Corporation
                                 1016 West Sixth Avenue
                                 Suite 200
                                 Anchorage, Alaska 99501
                                 (907) 272-9431

    FOR THE DEFENDANT:      MS. DONNA M. MEYERS
                                 Delaney Wiles, Inc.
                                 1007 West Third Avenue
                                 Suite 400
                                 Anchorage, Alaska 99501
                                 (907) 279-3581

    ALSO PRESENT:           MARLA NELSON


EXHIBIT B

Page 2

1    TABLE OF CONTENTS
2    Direct Examination by Ms. Meyers                    04
3    Exhibits Marked:
4    A - General Power of Attorney                       06
5    B - Application for Admission - Chugiak Senior Center   40
6    C - Functional Assessment and Health Questionnaire  40
7    D - Chugiak Assessment by Lynn Moser                40
8    E - Chugiak Release Document                        40
9    F - Resident Service Contract with Chugiak          40
10   G - Ltr. from Ms. Winters to Nursing Staff, 9/22/04 40
11   H - Adult Protective Services Form                  40
12   I - Amended Complaint for Injunctive and Declaratory
         Relief and for Damages                          40
13
     J - Rebuttal to Eviction Notice                     40

Page 3

1                  PROCEEDINGS
2          (Anchorage, Alaska - 8/28/2006)
3    REPORTER: On record. My name is Joseph Kolasinski,
4    notary public in and for the state of Alaska and court reporter
5    for Computer Matrix Court Reporters whose business address is
6    310 K Street, Suite 200, Anchorage, Alaska. This is the first
7    tape in the videotape deposition of Carol Winters, taken
8    pursuant to notice by the defendant. The case is in the United
9    States District Court for the District of Alaska, Helen
10   Winters, through her power of attorney Carol Winters versus
11   Chugiak Senior Citizens, Inc. Case number 3:06-CV-00083-TMB.
12   It is the 28th day of August, 2006, the time is approximately
13   10:10 a.m. in the morning. We are at the offices of Delaney
14   Wiles, 1007 West Third Avenue, Suite 400, Anchorage, Alaska.
15       Counsel, if you'll identify yourself for the record,
16   stating your representation, starting with the plaintiff's
17   attorney.
18       MR. DAVIS: My name is Jim Davis, I'm an attorney with
19   Alaska Legal Services.
20       MS. BRINK: Barb Brink, attorney at Alaska Legal Services.
21       MS. MEYERS: Donna Meyers, and I represent the defendant,
22   Chugiak Senior Citizens, Inc. And with me today is Marla
23   Nelson, a representative of Chugiak.
24       REPORTER: Thank you. Ma'am, if you'll raise your right
25   hand, I'll swear you in.

Page 4

1    (Oath administered)
2    MS. WINTERS: Yes, I do.
3    REPORTER: Thank you.
4              CAROL LYNN WINTERS
5    having first been duly sworn, testified as follows on:
6              DIRECT EXAMINATION
7    REPORTER: Would you state your full name for the record
8    and spell your last name, please?
9  A Carol, C-A-R-O-L, Lynn, L-Y-N-N, Winters, W-I-N-T-E-R-S.
10   REPORTER: And a mailing address, please.
11 A 18212 Clear Falls Circle -- three words. Eagle River,
12   99577.
13   REPORTER: And a daytime phone or a message phone.
14 A My work phone is 696-6842. Home is 696-0916.
15   REPORTER: Thank you. Counsel, if there are no
16   stipulations, you may begin.
17   MS. MYERS: Okay.
18 BY MS. MEYERS:
19 Q Ms. Winters, we've met previously, and again, I'm Donna
20   Meyers and I represent Chugiak Senior Citizens, Inc. in
21   this lawsuit. Have you ever been deposed before?
22 A Yes.
23 Q And would you tell me when that was and what type of
24   proceeding it was?
25 A It was approximately 35 years ago and I had a lawsuit

Page 5

1    involving the loss of my hearing from a mis-diagnosed case
2    of ruptured appendix and three times the maximum allowed
3    dose of neomycin which caused a severe hearing problem.
4  Q And other than that proceeding 35 years ago, have you ever
5    given testimony either at a deposition, at administrative
6    hearing, or at a trial?
7  A I don't believe so. No.
8  Q During this deposition, I'm going to be asking you a
9    series of questions that are designed to find out what
10   this lawsuit is all about and the claims that you are
11   making on behalf of your mother. If I -- at any time that
12   I ask a question and you don't hear me, please indicate
13   some way that, you know, you haven't heard the question
14   completely or you don't think you've heard it completely.
15   Or if I ask a question that seems compound or convoluted,
16   let me know that too and I'll try to rephrase the
17   question. Do you understand that?
18 A Yes.
19 Q Okay. And before the deposition started, you indicated
20   that you may to stand because you may have back spasms and
21   that's perfectly fine. Also if you need to take a break
22   during the deposition, just let me know and we can
23   accommodate that request, okay?
24 A Sure.
25 Q And of course this video is being -- this deposition is


EXHIBIT B

Page 30

1  anxiety disorder?
2  A  I think very briefly. Maybe once or twice only.
3  Q  Okay. One or two doses of it?
4  A  Yeah, I think so.
5  Q  Okay. And your recollection is that she stopped taking it
6     because she was falling asleep?
7  A  Yes, she would just -- I'd come there and she was just
8     like this on the bed, she just -- and she didn't like that
9     at all.
10 Q  Okay. And did you or did your mother address that with
11    Dr. Jones, you know, to find out whether something else
12    could be prescribed for her?
13 A  I believe we did discuss that and mother did not want to
14    try anything else. My mother had had severe allergic
15    reactions. Not only does she get vertigo, get off
16    balance, but she also gets upset stomach and diarrhea very
17    easily. She doesn't like to try any -- she doesn't like
18    medicines.
19 Q  Okay. In terms of her vertigo and off balance, when did
20    that start?
21 A  In Maryland.
22 Q  And how often would she experience the vertigo or the
23    being off balance?
24 A  I wasn't living with her. I -- I don't know exactly.
25 Q  Okay. Did your mother ever -- when she was living in

Page 31

1     Maryland, did she ever talk to you about when these
2     episodes of.....
3  A  Uh-huh.
4  Q  .....you know, vertigo.....
5  A  Yes.
6  Q  .....and lightheadedness.....
7  A  Yes.
8  Q  .....would come on?
9  A  Yes.
10 Q  Okay. And what did she tell you about that?
11 A  That they were just horrible. They were terrifying. They
12    were, and that she'd have to lay down. She was afraid to
13    drive at times because it was spinning. That's why she's
14    afraid of medication.
15 Q  Did she tell you when she was living in Maryland how often
16    it would happen to her?
17 A  I'm sorry. I didn't hear you.
18 Q  Did she tell you -- when she was living in Maryland by
19    herself, did she -- when she described what the vertigo
20    would do to her or what she would experience, did she tell
21    you how often it would happen?
22 A  No, I don't remember how often.
23 Q  Okay. Well, when she moved here in 2000, did she -- did
24    you ever observe her having these episodes of vertigo or
25    being off balanced?

Page 32

1  A  She could tell me about it, yeah.....
2  Q  Okay. And what did.....
3  A  .....the whole time.
4  Q  Did she tell you how often she would experience the
5     vertigo or.....
6  A  No.
7  Q  .....being off balance? And this was when she was living
8     independently?
9  A  Right, right. I mean, maybe once every -- this is a guess
10    -- maybe every two, three months. And it usually tied in
11    with some medication, a new medication. Even an over the
12    -- over the counter medication tended to make her
13    lightheaded. And that's her main reason for not wanting
14    to take medicine.
15 Q  Has she ever been evaluated by like an allergist or, you
16    know, someone who could determine what sort of medication
17    she should avoid?
18 A  Well, she -- she went to allergists since I was a child.
19    I remember my mother going to allergists, getting allergy
20    shots most of her life. She had sinus surgery and polyps.
21    She had, yeah, a lot of allergies.
22 Q  Okay. What about after she moved to Alaska? Did she --
23    was she evaluated by anyone.....
24 A  No.
25 Q  .....here?

Page 33

1  A  No.
2  Q  Okay. Has your mother -- has your mother ever visited or
3     inquired about living in any other type of residential
4     facility? And I'm talking about before the year 2000,
5     before she came up to Alaska.
6  A  No, she never wanted to live in any assisted living. She
7     was adamant about living independently.
8  Q  Okay. When she was living by herself in Maryland, did she
9     ever consider any kind of, you know, community setting
10    where she could live independently but yet be in a.....
11 A  No.
12 Q  .....long term care type.....
13 A  No.
14 Q  .....facility?
15 A  No.
16 Q  Has your -- have you or your mother ever looked into
17    having her go to a skilled nursing facility?
18 A  Go to where?
19 Q  A skilled nursing facility.
20 A  No.
21 Q  Now in terms of this particular lawsuit, have you made, or
22    have you directed anyone to make any inquiries about any
23    kind of alternative housing arrangement for your mother?
24 A  I'm sorry, what was at the end of that?
25 Q  The thing -- my question is this, obviously your mother


EXHIBIT B

Page 42

1  understanding is they don't provide 24 care in independent
2  living. That's my understanding.
3  Q  Okay. Do you know when your mother is due for another
4     assessment through.....
5  A  Do I know what?
6  Q  .....the Choice program?
7  A  What -- say it again.
8  Q  Do you know when your mother is due for another assessment
9     through the Choice program?
10 A  Oh, okay. Care -- you mean the care plan, correct?
11 Q  Correct.
12 A  9 -- 9/11/06, I believe is the.....
13 Q  Okay. So that's.....
14 A  .....date.
15 Q  .....coming up fairly soon?
16 A  Yeah.
17 Q  All right. Do you get directly involved when the Medicaid
18    Choice program, when they do their assessment to prepare
19    the -- or update the plan of care? Are you directly
20    involved?
21 A  I -- not in writing the plan, no, no.
22 Q  Okay. Well, are you contacted and asked for your input in
23    any way?
24 A  Kathy was the one doing those for a number of years and I
25    -- I believe she did them pretty much on her own without

Page 43

1     my input at all. I don't recall that. And, you know.....
2  Q  Prior to 2004, September of 2004, you mentioned that you
3     had made some inquiries of Chugiak Senior Center. Did I
4     understand you correctly?
5  A  I think the second week in September I called Chugiak and
6     I asked them.
7  Q  Okay. But prior to the year 2004, had you ever contacted
8     Chugiak Senior Center?
9  A  Oh. I do think I -- yes, I -- actually I had, I believe.
10    I'm trying to remember but I do think I did put mom -- I
11    put mom on a waiting list years ago. I think I did that.
12    And I had done that with a couple of other facilities in
13    Anchorage before she moved out. But see then after we
14    found the apartment and it was perfect for mom, I didn't
15    pursue any of that. But yes, I believe I had her on two
16    back waiting lists because I was thinking, if anything
17    ever happens to mom, we'll be on the list. So that was
18    like a safeguard, security. Yes, I did that.
19 Q  Okay. And that was on the waiting list for what services
20    at Chugiak?
21 A  Pardon?
22 Q  For what services at Chugiak was she on a waiting list?
23 A  Gosh, I can't even remember if it was assisted living or
24    independent. I really don't remem -- I don't remember.
25    But I do -- do recall now, yeah, that I did -- did put her

Page 44

1     on the list. Right.
2  Q  Okay. And what other -- you said that you may have put
3     her on the list for other -- at other.....
4  A  Yeah.
5  Q  .....facilities.
6  A  Yeah, now it's coming back to me. It's coming back to me.
7     I think I was even called by Chugiak at one time for
8     -- I'm not sure if it was independent or assisted and mom
9     said, oh Carol, I'm so happy here, I don't want to go
10    there. And that was the end of it. Yeah.
11 Q  Okay. And when she said I'm so happy here, where was she
12    referring to?
13 A  I didn't hear you, I'm sorry.
14 Q  She said I'm so happy here, I don't want to go anywhere
15    else.....
16 A  Her apartment.
17 Q  Okay.
18 A  Yeah.
19 Q  So she had already been -- she had already arrived in
20    Alaska and was living in her apartment when you made these
21    inquiries?
22 A  Well, bef -- okay. Before I moved mom out to Alaska, I
23    know I visited a lot of places. I visited Chester Park.
24    I visited -- let me see, what is that one on Muldoon. The
25    nursing home. It's -- not that she was supposed to go to

Page 45

1     a nursing home but they have independent living now, it
2     was another facility. I inquired into different ones but
3     then we found the apartment and decided that's the best
4     place for her. It's not that she needed any care though.
5     She did not need assisted living care at that time.
6  Q  Okay. Did you think that she might need assisted living
7     care before she arrived?
8  A  I -- I believe I was at that time just naive and confused
9     about what the difference was between independent living
10    and assisted living. But now that I really know the
11    difference, she did not really need assisted living at
12    all. She definitely didn't need it.
13 Q  Okay. At any of those places that you did visit, did you
14    actually fill out an application?
15 A  Probably. I think I did at Chugiak. I think so. Yes, I
16    did. I did. Uh-huh.
17 Q  Okay. What about any other place?
18 A  I -- I believe so, yeah. Uh-huh.
19 Q  Okay. And so this would have been prior to 2000 -- June
20    of 2000 when your mother arrived here?
21 A  Before she -- before she came up, yeah.
22 Q  Which other places would you have filled out an
23    application?
24 A  I think that there's an independent living place
25    associated with Mary Conrad Center. Those people have


EXHIBIT B