IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |  |
|---|---|---|
| HELEN WINTERS,<br>through her power of attorney<br>Carol Winters,<br><br>    Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:06-cv-00083-TMB |

**(PROPOSED) ORDER GRANTING MOTION FOR EXTENSION OF TIME
FOR PLAINTIFF'S REPLY TO PLAINTIFF'S FIRST AND SECOND MOTION
IN LIMINE**

The Court finds that the Motion for Extension is well-taken.  The Motion for

Expedited Consideration is GRANTED and Plaintiff's Reply to Plaintiff's First and

Second Motions in Limine is due February 19, 2007. .

Entered at Anchorage, Alaska this _____ day of February, 2007.

_____
Timothy M. Burgess
United States District Court Judge

(Proposed) Order Granting Motion for Expedited Consideration of Defendant's Motion to File Twelve
Motions in Limine and Plaintiff's Request for Stay of Response Time
Case No. 3:06-cv-00083-TMB
Page 1 of 1