IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her power of attorney Carol Winters,<br><br>Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>Defendant. | Case No. 3:06-cv-00083-TMB |

State of Alaska )

**Affidavit of Sonja D. Kerr**

1. I am counsel of record on this matter.

2. On Monday, February 5, 2007, I left the office in hurried fashion to attend to a family death out of state.

3. While I was gone, ALSC requested an extension of time for filings in this matter, specifically the motions for summary judgment which the Court graciously granted.

4. On return, February 12, 2007, I reviewed the file and discovered that we had neglected to also request an extension for the Plaintiff's Reply to Plaintiff's First and Second Motion in Limine and an extension for the Plaintiff's Reply to Plaintiff's Motion for Partial Summary Judgment.

5. I have been diligently working on the responses to the motions for summary judgment which are due today. I will not be able to work on the First and Second Motion in Limine Replies this week due to a two day

LAW OFFICES OF
ALASKA LEGAL SERVICES CORPORATION
ANCHORAGE AND STATEWIDE OFFICE
1016 WEST SIXTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1963
(907) 272-9431

hearing tomorrow and Friday but should be able to complete same over the weekend and/or Monday, the 19th of February. I hope to be able to complete the Reply to Plaintiff's Motion for Partial Summary Judgment by February 25th.

6. I did attempt to reach Ms. Meyers regarding this matter but was unable to do so; I did leave her a message and sent an email.

7. I apologize to the Court for this oversight and request the Court's indulgence in permitting the delay.

Further, affiant saith not.

Dated this 14th day of February, 2007.

Sonja D. Kerr, 0409051

Subscribed and sworn to before me this 14th day of February, 2007.

_Jeni Floyd_
Notary Public

My commission expires: 1-29-08