IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS,<br>through her power of attorney<br>Carol Winters,<br><br>    Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-00083-TMB |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION TO ACCEPT DELAYED OF PLAINTIFF'S REPLY TO PLAINTIFF'S MOTIONS IN LIMINE (DOC. 217-1, AND DOC. 231-1) AND PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT (DOC. 246-1)**

This motion is to request a brief extension to file Plaintiff's Replies to Plaintiff's First and Second Motions in Limine from February 12, 2007 to February 19, 2007 and for additional time to file Plaintiff's Reply to Plaintiff's Motion for Partial Summary Judgment from February 14, 2007 to February 25, 2007. The request for an extension is due to an inadvertent error.

On December 19, 2006, Plaintiff filed a Motion for Partial Summary Judgment. (Doc. 153) Defendant CSC responded on February 7, 2007. (Doc. 246-1). Plaintiff's reply would normally have been due February 14, 2007. Ak. L. Rule 7.1.

On December 19, 2006, Plaintiff filed a First Motion in Limine to Exclude Evidence created after January 2006 (Doc. 154-155) and a Second Motion in Limine to Exclude Experts (Doc. 157-158). Defendant CSC responded to Plaintiff's Motions in Limine on January 31, 2007 (Doc. 231-1 and Doc. 217-1). Replies would have been

due, in the normal course of business, by February 12, 2007 (five days plus three).  Ak. L. Rule 7.1.

On February 5, 2007, counsel was notified of a family tragedy necessitating out of state travel.  Aff. S. Kerr.  ALSC requested an extension of time for other motions in this case for that reason after Defendant CSC declined to agree to same, and the Court granted that request.  (Doc. 239-240, 243).  Counsel Kerr returned to the office mid-morning on February 12, 2007.  After review of the file, it has been discovered that an inadvertent error occurred in failing to request an extension as well for the replies to Plaintiff's Motions in Limine and Plaintiff's Motion for Partial Summary Judgment.  Aff. S. Kerr.  Counsel Kerr is in a two day trial beginning February 15 and 16, a trial that was also delayed due to the tragedy.  Aff. S. Kerr.

Notably, on February 7, 2007, Defendant CSC  filed yet another new motion, self-styled as a "Cross-Motion" for Summary Judgment on another issue in this case.  (Doc. 247-1).  Such a motion entitles Plaintiff to respond within 15 days, which expires February 25, 2007 (fifteen days plus three.) Ak. L. R. 7.1.  Defendant CSC will then have an opportunity for reply five days thereafter or March 5, 2007.2

Since due to the "Cross-Motion," other briefing must occur up to an including March 5, 2007, there is no prejudice to the Defendant CSC for a brief extension of time to file the replies.  Counsel requests until **Monday, February 19th** to file a Reply to Plaintiff's First and Second Motions in Limine and until **Friday, February 25th** to file a Reply to Plaintiff's Motion for Summary Judgment.

DATED: February 14, 2007	ALASKA LEGAL SERVICES CORPORATION
	Attorneys for Plaintiff Helen Winters
	through her power of attorney Carol Winters

	s/Sonja Kerr
	ALASKA LEGAL SERVICES
	1016 West 6th Avenue, Suite 200
	Anchorage, Alaska 99501
	PHONE: (907) 274-9431
	FAX: (907) 279-7417
	E-mail: skerr@alsc-law.org
	Alaska Bar No. 0409051

**Certificate of Service**

I hereby certify that on the 14th day of February, 2007, a copy of this document was served electronically:

Donna M. Meyers
Delaney, Wiles
1007 W. Third Avenue, Suite 400
Anchorage, AK 99501.

S/Sonja D. Kerr (0409051)