IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

HELEN WINTERS,                                )
through her power of attorney        )
Carol Winters,                                  )
                                                       )
          Plaintiff,                              )
                                                       )
vs.                                                   )
                                                       )
CHUGIAK SENIOR CITIZENS, INC.,    )
                                                       )        Case No. 3:06-cv-00083-TMB
          Defendant.                           )
_____ )

**PLAINTIFF HELEN WINTERS' MEMORANDUM IN OPPOSITION TO
DEFENDANT CSC'S MOTION FOR SUMMARY JUDGMENT
NO. 4 RE:  COUNT IV.**

### I.        Introduction

Through this memorandum plaintiff Helen Winters opposes defendant CSC's motion

for summary judgment regarding Count IV of Ms. Winters' Amended Complaint.  Ms.

Winters' hereby incorporates her Opposition to Defendant CSC's Motion for Summary

Judgment No. 1 as to Count I and her Opposition to Defendant CSC's Motion for Summary

Judgment No. 3 as to Count III herein, and respectfully refers the Court to them.

### II.       Argument

Ms. Winters' residential services' contract and lease agreement both prohibit CSC

from violating the Assisted Living Homes Act and the Uniform Residential Landlord Act.

(P. Ex. 12, p. 1; P. Ex. 11, p. 1)  As set forth in great detail in her Oppositions to CSC's

Motion for Summary Judgment No. 1 and No.3, there is considerable, admissible evidence

supporting Ms. Winters' contention that CSC breached its various contracts with Ms.

Winters' when it attempted to terminate her residential service's contract in violation of both

the Assisted Living Homes Act and Uniform Residential Landlord Act.  Thus, it would be

inappropriate for this Court to grant CSC's motion for summary judgment on Count IV.

*See, e.g. Celotex Corp. v. Catreet*, 477 U.S.  317, 322-23 (1986)(the non-moving party may

defeat a motion for summary judgment by producing sufficient specific facts to establish

that there is a genuine issue of material fact for trial).

### III.    Conclusion

For all the reasons set forth above in and plaintiff's Opposition to Defendant's

Motion for Summary Judgment re: Count I of Plaintiff's Amended Complaint.  Summary

Judgment should be denied.

DATED: February 14, 2007          ALASKA LEGAL SERVICES CORPORATION
                                  Attorneys for Plaintiff Helen Winters
                                  through her power of attorney Carol Winters

                                  s/Sonja Kerr_____
                                  ALASKA LEGAL SERVICES
                                  1016 West 6th Avenue, Suite 200
                                  Anchorage, Alaska 99501
                                  PHONE: (907) 274-9431
                                  FAX: (907) 279-7417
                                  E-mail: skerr@alsc-law.org
                                  Alaska Bar No. 0409051

### Certificate of Service

I hereby certify that on the 14th day of February, 2007, a copy of this document was
served electronically:

Donna M. Meyers
Delaney, Wiles
1007 W. Third Avenue, Suite 400
Anchorage, AK 99501.

S/Sonja D. Kerr (0409051)

PLAINTIFF HELEN WINTERS' MEMORANDUM                         Page 2 of 2
IN OPPOSITION TO DEFENDANT CSC'S MOTION
FOR SUMMARY JUDGMENT NO. 4 RE:  COUNT IV