Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>    Plaintiff,<br><br>  v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>    Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 3:06-cv-00083-TMB |

**DEFENDANT CHUGIAK SENIOR CITIZENS, INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO ACCEPT DELAYED [FILING] OF PLAINTIFF'S REPLY TO PLAINTIFF'S MOTIONS *IN LIMINE* (DOC. 217-1, AND DOC. 231-1) AND PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff has filed a motion to accept three "delayed" filings, consisting of plaintiff's replies to her motions *in limine* at Dkt 154 and 157 and plaintiff's reply to her motion for partial summary judgment at Dkt 125.  Plaintiff's replies to the motions *in limine* are not delayed, rather they are "untimely" or "late" and plaintiff has failed to show good cause for failing either to file the replies on time or to request a time extension before the

replies were due. Plaintiff's reply to her motion for partial summary judgment is due today, February 20, 2007, and there is no just cause shown for extending the deadline.

Plaintiff admits the replies to her motions *in limine* were due on February 12, 2007 (Dkt 262), and plaintiff's counsel, Ms. Kerr, had returned to the office that day and was well aware there was no extension of time to file the replies beyond that date. Dkt 262 at 2. However, plaintiff's counsel did not attempt to obtain an extension of time for filing those replies until February 14, 2007. *See e.g.* **Exhibit A**. Yet, plaintiff's motion fails to explain why there was such an untimely request for the time extension, and why plaintiff's three remaining attorneys failed to request a time extension in Ms. Kerr's absence. Defendant is sympathetic to Ms. Kerr's family tragedy, but Ms. Kerr's family tragedy does not explain why plaintiff's other attorneys at ALSC did not file the replies on time or even request an extension of time to file them. Plaintiff's remaining three attorneys have represented plaintiff from the inception of this case, and they are presumably just as knowledgeable about the case and capable of preparing plaintiff's replies to the motions *in limine*. The replies to the motions *in limine* are overdue and should not be considered by the Court.

The Court should also deny plaintiff's request for additional time to file a reply to her motion for partial summary judgment. Plaintiff has repeatedly requested time extensions to submit filings related to the pending dispositive and evidentiary motions, and there is no good cause shown for plaintiff to receive yet another time extension to

Defendant CSC's Opposition to Plaintiff's Motion to Accept Delayed
[Filing] of Plaintiff's Reply to Plaintiff's Motions *in Limine* (Doc. 217-1
and 231-1) and Plaintiff's Motion for Partial Summary Judgment
*Winters v. CSC*, Case No. 3:06-cv-00083(TMB)                                                      Page 2 of 3

file a reply to CSC's opposition to plaintiff's motion for partial summary judgment. The reply is due today, and if it is filed after today, the Court should disregard it.[1]

For the above reasons, plaintiff's motion to accept the "delayed" filings should be denied.

DATED at Anchorage, Alaska, this 20th day of February, 2007.

>DELANEY WILES, INC.
>Attorneys for Chugiak Senior Citizens, Inc.
>
>s/Donna M. Meyers and Clay A. Young
>Delaney Wiles, Inc.
>1007 W. Third Avenue, Suite 400
>Anchorage, Alaska  99501
>Phone: 907-279-3581/Fax: 907-277-1331
>E-mail: dmm@delaneywiles.com
>E-mail: cay@delaneywiles.com
>Alaska Bar Assoc. No. 9006011 (DMM)
>Alaska Bar Assoc. No. 7410117 (CAY)

**CERTIFICATE OF SERVICE**

I hereby certify that on 20th day
of February, 2007, a copy of foregoing
was served electronically on:

Jim Davis, Jr./Barbara Brink/
Nikole M. Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska  99501

s/Donna M. Meyers and Clay A. Young
(127607)

---

[1] In any event, plaintiff still has time to file a timely response to CSC's cross-motion for partial summary judgment filed at Dkt 247.

Defendant CSC's Opposition to Plaintiff's Motion to Accept Delayed
[Filing] of Plaintiff's Reply to Plaintiff's Motions *in Limine* (Doc. 217-1
and 231-1) and Plaintiff's Motion for Partial Summary Judgment
*Winters v. CSC*, Case No. 3:06-cv-00083(TMB)                    Page 3 of 3