**Donna M. Meyers - RE: Winters**

**From:** Sonja Kerr <skerr@alsc-law.org>
**To:** "'Donna M. Meyers'" <DMM@delaneywiles.com>, Barbara Brink <bbrink@alsc-law.org>, Nikole Nelson <NNelson@alsc-law.org>
**Date:** 2/14/2007 12:46 PM
**Subject:** RE: Winters

Donna,

On return to the office, I discovered we should have also requested an extension of time on our replies to our Motions in Limine and our motion for partial summary judgment. I would like you to agree that we may have until February 19th for the replies for the Motions in Limine and February 25th for the Reply for the Motion for Partial Summary Judgment. Since you filed a cross-motion for partial summary judgment anyway, we will need to respond to that, and you will need to reply which takes the briefing up to about March 5th anyway. Please advise if you agree.

Sonja