Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters, )<br><br>Plaintiff, )<br><br>v. )<br><br>CHUGIAK SENIOR CITIZENS, INC., )<br><br>Defendant. )<br>_____ ) | Case No. 3:06-cv-00083-TMB |

**(PROPOSED) ORDER DENYING PLAINTIFF'S MOTION TO ACCEPT DELAYED [FILING] OF PLAINTIFF'S REPLY TO PLAINTIFF'S MOTIONS *IN LIMINE* (DOC. 217-1 AND DOC. 231-1) AND PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

This matter having come before the Court this _____ day of _____, 2007, upon plaintiff's motion to accept delayed filings of plaintiff's replies to her two motions *in limine* at Dkt 154 and 157, and a reply to her motion for partial summary judgment at Dkt 125, and the memoranda and arguments of counsel having been considered and no good cause appearing, it is therefore

ORDERED that the motion to accept the delayed filings is **DENIED**; and plaintiff's replies are deemed untimely and will not be considered by the Court.

DATED at Anchorage, Alaska, this _____ of February, 2007.


_____
Timothy M. Burgess, U.S. District Court Judge


## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day
of February, 2007, a copy of this document
was served electronically on:

Barbara Brink/Nikole Nelson
Jim Davis, Jr./Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

s/Donna M. Meyers and Clay A. Young
(127750)

(Proposed) Order Denying Plaintiff's Motion to Accept Delayed
[Filing] of Plaintiff's Reply to Plaintiff's Motions *in Limine* (Doc.
217-1 and 231-1) and Plaintiff's Motion for Partial Summary Judgment
Winters v. Chugiak Senior Citizens/Case No. 3:06-cv-0083 (TMB)                Page 2 of 2