Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CHUGIAK SENIOR CITIZENS, INC., | ) ) |
| Defendant. | ) ) |
| _____ | )    Case No. 3:06-cv-00083-TMB |

**DEFENDANT CHUGIAK SENIOR CITIZENS, INC.'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT NO. 4 RE:  COUNT IV**

Defendant Chugiak Senior Citizens, Inc. ("CSC") moved for summary judgment on Count IV of plaintiff Helen Winters' Amended Complaint.  In Count IV, plaintiff alleged breach of contract claims involving the Lease Agreement, the Residential Service Contract and the Plan of Care Contract, and asserted that CSC violated the contracts by failing to abide by the Alaska Assisted Living Homes Act and the Uniform

Defendant CSC's Reply to Opposition to
Motion for Summary Judgment No. 4 Re:  Count IV
*Winters v. CSC*/Case No. 3:06-cv-00083 (TMB)                    Page 1 of 3

Residential Landlord Tenant Act.[1]  In her opposition, plaintiff simply incorporated her arguments set forth in her oppositions to CSC's Motions for Summary Judgment No. 1 and No. 3.  *See* Opposition at 1-2.  CSC previously addressed plaintiff's claim under the Uniform Residential Landlord Act (Count III), and incorporates its arguments in support of summary judgment on that count.[2]  CSC also addressed plaintiff's arguments under the Alaska Assisted Living Homes Act (Count I), and incorporates herein its arguments for summary judgment on this count under the Alaska Assisted Living Homes Act.[3]  If CSC is entitled to summary judgment on those claims, it is entitled to summary judgment on plaintiff's breach of contract claims as well, as there would be no breach.

In sum, for the reasons forth in CSC's Motions for Summary Judgment No. 1 and No. 3, memorandum in support of those motions, and replies to plaintiff's oppositions to those motions, which CSC incorporates into this reply, CSC is entitled to summary judgment on plaintiff's contract claims asserted in Count IV.  CSC therefore requests the Court to enter partial summary judgment on the claims in Count IV of the Amended Complaint, with prejudice.

DATED at Anchorage, Alaska, this 27th day of February, 2007.

DELANEY WILES, INC.
Attorneys for Chugiak Senior Citizens, Inc.

s/Donna M. Meyers and Clay A. Young
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400

---

[1] Dkt. No. 1, Ex. C at ¶¶ 30-32 (Amended Complaint).
[2] *See* CSC's Memorandum in Support of Motion for Summary Judgment No. 3 at 1-7.
[3] *See* CSC's Memorandum in Support of Motion for Summary Judgment Nos. 1, 2, and 5.

Defendant CSC's Reply to Opposition to
Motion for Summary Judgment No. 4 Re:  Count IV
*Winters v. CSC*, Case No. 3:06-cv-00083-TMB                                    Page 2 of 3

Anchorage, Alaska  99501
Phone:      907-279-3581
Fax:         907-277-1331
E-mail:      dmm@delaneywiles.com
E-mail:      cay@delaneywiles.com
Alaska Bar Assoc. No. 9006011 (DMM)
Alaska Bar Assoc. No. 7410117 (CAY)

**CERTIFICATE OF SERVICE**

I hereby certify that on 27th day
of February, 2007, a copy of foregoing
**Defendant's Reply to Opposition to
Motion for Summary Judgment No. 4 Re:
Count IV** was served electronically on:

Jim Davis, Jr./Barbara Brink/
Nikole M. Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, AK  99501

s/Donna M. Meyers and Clay A. Young
127705

Defendant CSC's Reply to Opposition to
Motion for Summary Judgment No. 4 Re:  Count IV
*Winters v. CSC*, Case No. 3:06-cv-00083-TMB                                    Page 3 of 3