TENTION: MARLA
(: 688-1320

ak Assisted Living:

are asking for a minimum of a 90 day extension on the eviction for Helen H. Winters. As know Helen needs assisted living care, since she cannot transfer independently and must be n to the toilet every two hours or so for her incontinence. Helen also has many serious gies so that she needs to be in an allergen free or allergen restricted environment.

daughter, the sole caregiver and family member, lives and works in Eagle River and cannot e at night on the freeway due to extreme light sensitivity from glaucoma surgeries. Because iese reasons, we will need time to find a suitable safe environment for this 90 year old ian in the Eagle River/ Chugiak area and this will not be easy nor quick.

iddition, Helen's internist, Dr. Michael Jones, has twice written to Chugiak Assisted ng, cautioning them that an eviction would create mental stress that would most likely lead Ielen's physical harm. Helen has fairly severe generalized anxiety disorder. In consideration l of the above reasons we must take every precaution necessary to make sure that if Helen is g forced out of the place she considers her home and does not wish to move from, that it is e at a time and in a manner that will provoke the least amount of stress, if this is even sible. Having ample time to find Helen another home that she will feel welcome and at home crucial, therefore, the request for a minimum of 90 days.

:erely,

*A. Huskey*

iy A. Huskey, BSW
RE PLANS, INC.
FICE & FAX: 907-696-3387

EXHIBIT   N
Page  1  of  1

30547
Winters v. CSC