# STATE OF ALASKA

**FRANK H. MURKOWSKI, GOVERNOR**

## DEPARTMENT OF LAW

### OFFICE OF THE ATTORNEY GENERAL

1031 WEST 4TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-5903
PHONE:   (907)269-5140
FAX:       (907)258-6872

January 27, 2006

**VIA FAX (907) 277-1331 AND US MAIL**

Donna M. Meyers, Esq.
Delaney Wiles, Inc.
1007 W Third Avenue, Suite 400
Anchorage, AK 99501

Re: Helen Winters

Dear Ms. Meyers:

As you have been informed, the undersigned is serving in the capacity of legal advisor to the Long Term Care Ombudsman. We understand that you represent Chugiak Senior Center. Please accept this correspondence as our formal request that you withdraw your notice of eviction of Helen Winters, a 90 year old resident at the Chugiak Senior Center Assisted Living Program.

We ask that you consider the points raised below with the hope that you will be convinced that proceeding with the termination of her contract and eviction from the facility is not appropriate under the circumstances.

We believe the validity of the reasons articulated for evicting this 90 year old woman is in dispute. Jan Freels has indicated that Ms. Winters has engaged in a pattern of behavior and conduct detrimental to the safety and well-being of other residents and staff. We have not come to the conclusion that there is a pattern of such conduct that is or has been detrimental to safety or well-being.

Jan Freels has further suggested that Ms. Winters may need mental health services and/or the facility can no longer provide the level of services she needs. That position is inconsistent with Ms. Winters' care plan, the opinion of Ms. Winters' care coordinator, as well as Ms. Winters and her daughter. We invite you to provide us with any further documentation of a pattern of conduct by Ms. Winters that you believe justifies the proposed action and any other information you have that supports Jan Freels' conclusion that the facility can no longer provide the level of services Ms. Winters needs.

EXHIBIT ___D___
Page __1__ of __2__

Donna Meyers, Esq.                                                January 27, 2006
                                                                        Page 2

    It appears to us, after investigation of the circumstances, that the proposed termination of Ms. Winters' residential services contract is retaliatory. Ms. Winters and her daughter have indicated their belief that Ms. Winters' rights as a resident have been violated.

    As it is our understanding that Ms. Winters will not voluntarily terminate her residency, we wish to place you on notice that removing Ms. Winters from your facility involuntarily will likely result in harm to Ms. Winters. Accordingly, if you indicate that you intend to proceed, we will be compelled to take action to protect Ms. Winters. Please be advised that Adult Protective Services may take action as they deem appropriate to protect Ms. Winters from harm.

    If, after consideration of the points raised, you determine to proceed with the eviction process, we ask that you voluntarily agree to postpone that process for 90 days, so that we can collaboratively explore alternatives and during that time, you will have the opportunity to respond to Ms. Winters' grievances. You should be aware that it is likely that legal action will be commenced on behalf of Helen Winters if you do not withdraw the eviction notice and/or do not agree to postpone such drastic action. We ask that you advise us of your intentions, one way or the other, by the close of business on January 30, 2006.

    Thank you for your consideration of this request. We look forward to your reply.

                                Sincerely,

                                DAVID W. MÁRQUEZ
                                ATTORNEY GENERAL

                                By: *[signature]*
                                   Timothy M. Twomey
                                   Assistant Attorney General

TT: sko

EXHIBIT O
Page 2 of 2