Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters, <br><br> Plaintiff, <br><br> v. <br><br> CHUGIAK SENIOR CITIZENS, INC., <br><br> Defendant. <br> _____ | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Case No. 3:06-cv-00083-TMB |

**DEFENDANT CHUGIAK SENIOR CITIZENS, INC.'S OPPOSITION TO PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT ON COUNT III OF PLAINTIFF'S AMENDED COMPLAINT**

Defendant Chugiak Senior Citizens, Inc. ("CSC") opposes plaintiff's Cross Motion

for Summary Judgment on Count III of Plaintiff's Amended Complaint based on the

arguments and statements of fact set forth in defendant's Motion for Summary

Judgment No. 3 Re: Count III (Dkt. 132) and Reply to Opposition to Motion for Summary

Defendant CSC's Opposition to Plaintiff's Cross Motion for
Summary Judgment on Count III of Plaintiff's Amended Complaint
*Winters v. CSC*/Case No. 3:06-cv-00083 (TMB)                    Page 1 of 2

Judgment No. 3 Re:  Count III (Dkt. 278), which are expressly incorporated herein.

CSC respectfully requests the Court to refer to those submissions, and the

corresponding exhibits, and to deny plaintiff's cross motion for summary judgment on

Count III.

DATED at Anchorage, Alaska, this 27th day of February, 2007.

DELANEY WILES, INC.
Attorneys for Chugiak Senior Citizens, Inc.

s/Donna M. Meyers and Clay A. Young
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, Alaska  99501
Phone:        907-279-3581
Fax:          907-277-1331
E-mail:       dmm@delaneywiles.com
E-mail:       cay@delaneywiles.com
Alaska Bar Assoc. No. 9006011 (DMM)
Alaska Bar Assoc. No. 7410117 (CAY)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of
February, 2007, a copy of foregoing
**Defendant's Opposition to Plaintiff's Cross
Motion for Summary Judgment on Count III
of Plaintiff's Amended Complaint** was served
electronically on:

Jim Davis, Jr./Barbara Brink/
Nikole M. Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, AK  99501

s/Donna M. Meyers and Clay A. Young (127914)

Defendant Chugiak Senior Citizens, Inc.'s Opposition to Plaintiff's Cross Motion for Summary Judgment
on Count III of Plaintiff's Amended Complaint
*Winters v. CSC,* Case No. 3:06-cv-00083-TMB                                    Page 2 of 2