Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
PHONE: 907-279-3581
FAX: 907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

HELEN WINTERS, through her Power of Attorney Carol Winters,

Plaintiff,

v.

CHUGIAK SENIOR CITIZENS, INC.,

Defendant.

Case No. 3:06-cv-00083-TMB

**(PROPOSED) ORDER DENYING PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT ON COUNT III OF PLAINTIFF'S AMENDED COMPLAINT**

Plaintiff's Cross Motion for Summary Judgment on Count III of Plaintiff's Amended Complaint is **DENIED** based on the arguments and statements of fact set forth in defendant's Motion for Summary Judgment No. 3 Re: Count III (Dkt. 132) and Reply to Opposition to Motion for Summary Judgment No. 3 Re: Count III (Dkt. 278).

**IT IS SO ORDERED**.

DATED at Anchorage, Alaska, this ____ of ____________, 2007.

______________________________________
Timothy M. Burgess, U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of February, 2007, a copy of foregoing **(Proposed) Order Denying Plaintiff's Cross Motion for Summary Judgment on Count III of Plaintiff's Amended Complaint** was served electronically on:

Jim Davis, Jr./Barbara Brink/
Nikole M. Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, AK 99501

s/Donna M. Meyers and Clay A. Young
(128078)

(Proposed) Order Denying Plaintiff's Cross Motion for
Summary Judgment on Count III of Plaintiff's Amended Complaint
*Winters v. CSC*, Case No. 3:06-cv-00083-TMB Page 2 of 2