# Chugiak Senior Center
# Care Conference Summary

☐ By telephone                                   ☒ In person

Name: Helen Winters
Date: July 5, 2005

**Conference attended by:**
Helen Winters
Kathy Huskey
Carol Winters
Marla Nelson
Linda Hendrickson

**Summary of Discussion**
Discussed concerns regarding Helen and interactions with the staff. Staff had reported that Helen often called them "trailer trash" or "trash". Also discussed Helen raising her voice with staff and asking why they work here if they don't like it or don't like taking care of other people with problems. Helen stated she had never used the language referred to above and her daughter Carol stated her mother has never used that type of language. Linda expressed concern that Helen was unhappy living at Chugiak. Helen and Carol stated that was not true and that Helen really likes living at Chugiak. Helen said the staff was lying and she did say there had been incidents where she may have raised her voice due to her hearing being bad. Helen also stated that she has asked staff why they work here if they don't like to deal with people who have problems. Helen also says that she has told staff they pay a lot of money to live here and that is what they pay for, for staff to take care of them and their problems.

Discussed problem resolution, including the fact that Helen may be happier in a different assisted living home. Helen stated she did not want to leave the center. Asked for other resolutions, Carol suggested a video camera, to gain more information about what is going on, Marla and Linda agreed, Helen does not want any type of video or audio equipment set up in her room. Suggested instead of talking to staff when Helen has a problem that she let Marla know instead. Everyone agreed to this. Kathy Huskey suggested a nuero-psych evaluation. Stated she could look into getting that done for Helen.
Linda suggested a meeting with the staff that Helen has the most problems with. Helen was hesitant. Everyone agreed to meet in two weeks to see if there has been progress in the areas discussed at this care conference.

_____        _____        7/6/05
Signature                                          Title  Program Director                    error
                                                                                               7/22/05
                                                                                               Date

Revised: 7/22/05
C:\My Documents\Resident Files\Winters, Helen\Care Conference Summary2.doc

EXHIBIT Q
Page 1 of 2

30380
Winters v. CSC

# Chugiak Senior Center
# Care Conference Summary

☐ By telephone  ☒ In person

Name: Helen Winters

Date: 6-24/5-05

**Conference attended by:**
Marla Nelson, Carol Winters, and Kathy Huskey

**Summary of Discussion**

Discussed concerns regarding Helen. The night before Helen had been very agitated, stating to Carol that the staff wanted her to go to bed by 9:00pm. I explained that I had talked to the staff on the phone and from previous information I had received from Helen, her preference is to go to bed later rather than earlier, so I had advised them to give Helen that preference, which according to staff they did. In addition Helen alleged that her depends had not been changed from 6pm – 11pm. I had spoken with staff and that was not what happened in their perception. Kathy expressed concern about skin integrity, and I advised that had not been a problem to date and that staff was very responsive to Helen when she calls. Also discussed that Helen is very particular and when she becomes highly agitated I had coached staff to leave and return when everyone was calmer. Carol said that that explained Helen's concern that staff were leaving in the middle of a conversation, and she would explain to her mom that staff were leaving to give everyone time to calm down. Kathy suggested that we start charting when we have changed Helen's depends. I stated we could start doing that. Discussed Helen's anxiety disorder and her unwillingness to take the medication prescribed for it. Carol said she would work on getting her to take this medication or another one for anxiety.

Carol also advised that within the lasts two weeks Helen has lost significant hearing in one of her ears, which made communication more of a challenge. Kathy suggested Helen have a dry erase board she could use to communicate if verbal communication was too difficult.

_Marla Nelson_
Signature  Program Director

6/27/05
Date

Revised: 6/27/05
C:\My Documents\Forms\Care Conference Summary1.doc

EXHIBIT Q
Page 2 of 2

30379
Winters v. CSC