IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
HELEN WINTERS, through    )
her Power of Attorney     )
Carol Winters,            )
                          )
          Plaintiff,      )
                          )
vs.                       )
                          )
CHUGIAK SENIOR CITIZENS,  )
INCORPORATED,             )
                          )
          Defendant.      )
_____)
Case #3:06-cv-00083-TMB
```

### DEPOSITION TRANSCRIPT

### OF

### THOMAS ISAACS

\* \* \* \* \* \* \* \* \* \*

November 15, 2006

\* \* \* \* \* \* \* \* \* \*

EXHIBIT  R
Page ____ of ____



16545 SOUTHCLIFF CR.   ☐ ANCHORAGE, AK 99516-5413   ☐ (907) 276-0544   ☐ FAX (907) 278-1517

| | | |
|---|---|---|
| 1 | A | Yeah (affirmative). |
| 2 | Q | And that would be in the communication book to tell you |
| 3 | | to go look at the progress notes? |
| 4 | A | Right. |
| 5 | Q | So what time is breakfast served? |
| 6 | A | Breakfast is served at 8:30. |
| 7 | Q | And how long does that take? |
| 8 | A | Most people have been served by 9:00, cleaning up, |
| 9 | | straglers, 9:30. We're completely done by 9:30, a little |
| 10 | | later. Usually by 9:30 we're done, 9:30, 9:40. |
| 11 | Q | Now, does everybody eat the same thing for breakfast or |
| 12 | | is there a choice? |
| 13 | A | They bring a cart up from the kitchen and it has got any |
| 14 | | number of things on it. Then if someone wants something |
| 15 | | else, we'll make them something else. We'll give them |
| 16 | | some cold cereal; we'll give them some hot cereal; we try |
| 17 | | to have fruit, pastries. There's a wide variety of food, |
| 18 | | but the kitchen will prepare a meal and bring it up and |
| 19 | | then we have options within the context of the meal and |
| 20 | | what we have there, like I say, hot cereal, cold cereal, |
| 21 | | juice, fruit, pastries. There is a lot of stuff kept in |
| 22 | | the dining room and in the pantry area off the dining |
| 23 | | room that we can give people. |
| 24 | Q | If people get hungry between meals, are they allowed to |
| 25 | | get something to eat? |

-42-

EXHIBIT R
Page _____ of _____



16545 SOUTHCLIFF CR.  □  ANCHORAGE, AK  99516-5413  □  (907) 276-0544  □  FAX (907) 278-1517

| | | |
|---|---|---|
| 1 | A | People are allowed just to go -- it's an open dining room; there's a refrigerator there.  There is the juice machine, there's bread, so people have access to the food.  They can go in and grab it themselves.  Most people are able to do that.  If someone is not able, they can ask us to make them some soup or some toast or whip them something up fast. |
| 8 | Q | What happens after breakfast? |
| 9 | A | After breakfast we clean up the mess.  We might do a shower.  We get the hall trays.  Some people get up a little later.  A couple of people get up at 10:00.  So they have to be gotten up, medication prompted, breakfast served to one resident at 10:00.  Another resident gets up at 10:00.  So we have got to go get this resident up.  Then there is a little bit of down time depending on how the day is going to visit with the residents, therapeutic communication.  So there is a little down time.  It is fairly slow for awhile.  Then at 11:00, we have our -- another -- from 11:00 to 1:00 we do another medication prompting. |
| | Q | Can you explain what prompting is?  Do people keep the meds in their rooms? |
| | A | The best way to describe it is if someone has a license like a nurse, LPN or RN or a nurse practitioner or a doctor, they could administer a medication.  They can |

-43-



EXHIBIT P
Page ____ of ____



16545 SOUTHCLIFF CR. □ ANCHORAGE, AK 99516-5413 □ (907) 276-0544 □ FAX (907) 278-1517

1  Q    And what time is lunch there?
2  A    Lunch is at 12:00, an hour pretty much to get everyone
3       served, the last bits of coffee, some people are
4       stragglers, they come in and then we have a little bit of
5       down time, but we have to go collect the hall trays,
6       clean up, sweep up the food, do the garbage.
7  Q    Do you have the same kind of variety for lunch choices or
8       is it one type of lunch for everyone?
9  A    Well, pretty much it will be one main entree and then
10      there will be a bunch of stuff along with it, mixed
11      vegetables and stuff.  I'd have to say there is probably
12      not as much variety for lunch as there is for breakfast
13      because -- well, we could make someone a peanut butter
14      sandwich or a bowl of soup, but we can't make them -- the
15      breakfast stuff is just easier, is what I'm saying.  So
16      there's probably a little more choice during breakfast.
17 Q    Is there a hot entree for lunch usually?
18 A    Oh, yeah (affirmative).
19 Q    So lunch would probably take you to 1:00?
20 A    1:00, and then we're running catch up, doing all of the
21      garbage, making sure everyone's dishes are washed.  There
22      are not a lot of dishes to wash in people's apartments.
23      Helen [and] a few other residents produce some dishes; we
24      wash those.  We take out the garbage.  We do our books,
25      our charting.

-46-



hand her -- if it's in the morning, she is going to change her Depends. So in the morning I hand her the Depends, hand her her pads. Depending on how it's going, visiting with her and stuff and then she'll ring when she's ready to get up. When she's ready to get up, we'll come back. She'll stand up. We'll pull them up. She'll adjust, pull down her skirt, wash her hands, get back in the wheelchair, wheel her out.

Q  Do you have an estimate of how much time you are actually in the room assisting her then with toileting?

A  I think I have to give a total estimate of how long it would be in the morning to get her ready and that's probably, like I said, 40 minutes total, total time, because a lot of that is coming and going, and then if I'm visiting with her -- I think Helen is a wonderful person.

Q  Do you think she should be forced to leave Chugiak Senior Center?

MR. YOUNG: Object to the form of the question.

A  Can I have a tissue?

BY MS. BRINK:

Q  Yes, I'm sorry.

A  I'm sorry.

Q  Take your time.

A  We're not supposed to have favorites because that's not

-74-

professional and in theory it could interfere with the quality of care you give other residents, but Helen is one of my favorite people there. She's very sweet. Some people might not agree. I think everyone of the day shift would agree. I just had to say that.

Q   I appreciate it.

A   I honestly don't know if Helen should leave or not. I honestly don't know. She's a heavier load. She takes more time and some of that is -- I think a lot of that is because of her anxiety disorder. I can't honestly answer that question yes or no. I don't know.

Q   In your personal experience, you have found that taking a little extra time with her and visiting with her and letting her kind of do things on her own time helps her?

A   Yes.

Q   She doesn't become anxious?

A   Helen has been diagnosed with anxiety disorder. I've only had a few credits in psych. She certainly seems to have that and if you take your time with her, things will go a lot smoother and if you don't have the time you would like to take, and you take the time to explain to her how much time you have, then she'll be a team player, in my experience. One time a couple of weeks ago, last week, I forget, last week we were short. We had two people, which is legal.

-75-

EXHIBIT ___

Page ___ of ___



16545 SOUTHCLIFF CR. ☐ ANCHORAGE, AK 99516-5413 ☐ (907) 276-0544 ☐ FAX (907) 278-1517