# Chugiak Senior Center
# Care Conference Summary

☐ By telephone                          ☒ In person

Name: __Helen Winters__
Date: _____11-12-04_____

**Conference attended by:**
Kathy Huskey, Care Coordinator, Carol Winters, daughter Lynn Moser, Resident Services Manager and Jan Freels, ALP Administrator

**Summary of Discussion**
Talked with daughter Carol Winters explaining that her mother Helen Winters was at a much higher care level than we were lead to believe when she was admitted on 9/20/04. Informed her that it was taking staff up to an hour to help her mother at bedtime and that with 20 other residents that much time was not something we could do. Informed Carol that we might have to look at asking her to move her mother out of assisted living. Helen responded that she could not afford to move her mother again. Jan replied that we would be looking at her mothers care needs over the next month.

**Comments:**

Followup – 11/16 Lynn reported that he had received several phone messages from Carol in which Carol was agitated and loud. I listened to the phone messages which Lynn had save. Carol stated that "My mother is not going to move" you can not make my mother move. Carol also seem agitating and yelling to me.

EXHIBIT ___S___
Page ___1___ of ___1___

_Jan Freels_
Signature

AIP ADMINISTRATOR    11-12-04
Title                           Date

30555
Winters v. CSC

C:\Resident Files\Winters, Helen\Care Conference Summary1.doc