Monday, December 19, 2005
Spoke with Terri Wild regarding incident with Helen Winters slapping Terri's hand. Terri could not remember all that Helen was saying or what she was so upset about as she stated she has learned to shut her out when she gets like that. Terri went on to say that she was standing in front of her and Helen reached out and slapped her hand to possibly get Terri's attention.


Wednesday, December 21, 2005
Spoke with Carol Winters, Helen's daughter, regarding the slapping incident that occurred over the weekend. Carol stated that she was aware of the incident after receiving a call from Bob D. the Ombudsman. Carol stated she had spoken with her mother Helen and Helen denies the allegation that she slapped a staff person's hand.


Wednesday, December 21, 2005
Spoke with Helen Winters about the incident regarding her slapping a staff person's hand. Helen stated she did not do this and said Sheila was not nice to her when giving her a shower. Helen alleges that Sheila raised her voice and said don't tell me how to do things; I know how to do all this as I have done it before. Helen went on to state that she may have grabbed the staff person's hand to balance her and that this was mistaken to be a slap.

Thursday, December 22, 2005
Spoke with Kathy Huskey, Helen's care coordinator regarding incident. Kathy advised an investigation was being done and we would keep her aware of the outcomes.