Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
Phone:  907-279-3581
Fax:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>    Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>    Defendant. | Case No. 3:06-cv-00083-TMB |

**STIPULATION FOR EXTENSION OF TIME FOR FILING
SUPPLEMENTAL BRIEFS IN RESPONSE TO THE COURT'S
MINUTE ORDER OF MARCH 13, 2007**

The parties, through counsel, hereby jointly request and stipulate to an additional extension of time until March 30, 2007 for both plaintiff and defendant to file supplemental briefs in response to the Court's Minute Order from chambers dated March 13, 2007.  The parties further jointly request and stipulate to file any replies to the supplemental briefs by the original due date of April 11, 2007.

DATED at Anchorage, Alaska, this 27th day of March, 2007.

ALASKA LEGAL SERVICES CORPORATION
Attorneys for Plaintiff Helen Winters through
her power of attorney Carol Winters

s/Sonja D. Kerr (CONSENT)
ALASKA LEGAL SERVICES
1016 West 6th Avenue, Suite 200
Anchorage, Alaska 99501
PHONE: (907)-22-9431
FAX: (907)-279-7417
Email: skerr@alsc-law.org
Alaska Bar No. 0409051


DELANEY WILES, INC.
Attorneys for Chugiak Senior Citizens, Inc.

s/Donna M. Meyers and Clay A. Young (CONSENT)
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
Phone: 907-279-3581
Fax: 907-277-1331
cay@delaneywiles.com
AK Bar No. 9006011 and 7410117

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th
day of March, 2007, a copy of
the above was served electronically on:

Jim Davis, Jr./Barbara Brink/
Nikole Nelson/Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

s/Donna M. Meyers and Clay A. Young
(129005)

Stipulation For Extension of Time for Filing Supplemental
Briefs in Response to the Court's Minute Order Dated 3/13/07
*Winters v. CSC*/Case No. 3:06-cv-00083 (TMB)                                    Page 2 of 2