Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE: 907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>                    Plaintiff,<br><br>    v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>                    Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 3:06-cv-00083-TMB |

**(PROPOSED) ORDER GRANTING PARTIES' STIPULATION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEFS IN RESPONSE TO THE COURT'S MINUTE ORDER OF MARCH 13, 2007**

Based upon the parties' stipulation for and extension of time to file supplemental briefs in response to the Court's Minute Order of March 13, 2007, the Court hereby

ORDERS that the parties' supplemental briefs are due on March 30, 2007 and any replies to the supplemental briefs are due on April 11, 2007.

(Proposed) Order Granting Parties' Stipulation for Extension
of Time to File Supplemental Briefs in Response to the Court's
Minute Order of 3/13/07
Winters v. Chugiak Senior Citizens/Case No. 3:06-cv-0083 (TMB)                    Page 1 of 2

DATED at Anchorage, Alaska, this \_\_\_\_ of March, 2007.

_____
Timothy M. Burgess, U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of March, 2007, a copy of this document was served electronically on:

Barbara Brink/Nikole Nelson
Jim Davis, Jr./Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

s/Donna M. Meyers and Clay A. Young
(129006)

(Proposed) Order Granting Parties' Stipulation for Extension
of Time to File Supplemental Briefs in Response to the Court's
Minute Order of 3/13/07
Winters v. Chugiak Senior Citizens/Case No. 3:06-cv-0083 (TMB)                    Page 2 of 2