Westlaw.

Page 1

MD Code, Estates and Trusts, § 13-601

West's Annotated Code of Maryland Currentness
  Estates and Trusts
    Title 13. Protection of Minors and Disabled Persons (Refs & Annos)
      Subtitle 6. Powers of Attorney (Refs & Annos)

### → § 13-601. Durable power of attorney

(a) In this section, "durable power of attorney" means a power of attorney by which a principal designates another as an attorney in fact or agent and the authority is exercisable notwithstanding the principal's subsequent disability or incapacity.

(b) Except as provided in subsection (e) of this section, when a principal designates another as an attorney in fact or agent by a power of attorney in writing, it is a durable power of attorney unless otherwise provided by its terms.

(c) Any act done by the attorney in fact or agent pursuant to the power during any period of disability or incompetence or uncertainty as to whether the principal is dead or alive has the same effect and inures to the benefit of and binds the principal as if the principal were alive, competent, and not disabled.

(d) If a guardian is appointed for the principal, the attorney in fact or agent shall account to the guardian rather than the principal. The guardian has the same power the principal would have but for his disability or incompetence to revoke, suspend, or terminate all or any part of the power of attorney or agency.

(e)(1) This section does not apply to an instrument or portion of an instrument that is an advance directive appointing a health care agent under Title 5, Subtitle 6 of the Health-General Article.

  (2) An instrument or portion of an instrument that is an advance directive appointing a health care agent is subject to the provisions of Title 5, Subtitle 6 of the Health-General Article.

CREDIT(S)

Acts 1974, c. 11, § 2; Acts 1993, c. 372, § 2; Acts 1995, c. 3, § 1, eff. March 7, 1995; Acts 1997, c. 619, § 1, eff. Jan. 1, 2000.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT 2
Page 1 of 3

Page 2

MD Code, Estates and Trusts, § 13-601

PRIOR COMPILATIONS

**Formerly** Art. 93A, § 601.

HISTORICAL AND STATUTORY NOTES

1997 Legislation

Acts 1997, c. 619, § 2, provides:

"That this Act shall be construed only prospectively and may not be applied or interpreted to have any effect on or application to any power of attorney in effect before the effective date of this Act."

LAW REVIEW AND JOURNAL COMMENTARIES

Advance Medical Directives. Howard L. Sollins, 24 Md. B.J. 45 (March/April 1991).

Long Term Care. Jason A. Frank, 31 Md. B.J. 26 (March/April 1998).

Long Term Care in the 21st Century. Jason A. Frank, 38 Md. B.J. 18 (July/Aug. 2005).

Standby Guardianship: Sharing the Legal Responsibility for Children. Joyce McConnell, 7 Md. J. Contemp. Legal Issues 249 (1996).

LIBRARY REFERENCES

    Powers ⬅1.
    Westlaw Key Number Search: 307k1.
    C.J.S. Powers § 2.

RESEARCH REFERENCES

**Encyclopedias**

Maryland Law Encyclopedia Agents and Factors § 14, Duration and Termination, Generally.

**Treatises and Practice Aids**

Restatement (2d) of Property, Don. Trans. § 34.5, Donor Mentally Incompetent.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT 2
Page 2 of 3

MD Code, Estates and Trusts, § 13-601

NOTES OF DECISIONS

**Medical treatment 1**

1. Medical treatment

Where another is seeking to refuse medical treatment on behalf of an incapacitated individual, it is that person's burden to prove, by clear and convincing evidence, the critical facts demonstrating that the incapacitated individual's judgment is, or would be, that life-sustaining procedures should be withheld or withdrawn were that individual to be in a certain condition. Wright v. Johns Hopkins Health Systems Corp., 1999, 728 A.2d 166, 353 Md. 568. Health⇐ 915

To be effective under Health Care Decisions Act, oral advance directive had to be made in the presence of patient's attending physician and one witness and had to be documented as part of the patient's medical record. Code, Health-General, § 5-602(d). Wright v. Johns Hopkins Health Systems Corp., 1999, 728 A.2d 166, 353 Md. 568. Health ⇐ 916

MD Code, Estates and Trusts, § 13-601, MD EST & TRST § 13-601

Current through end of 2006 Regular Session and 2006 First Special Session.

© Thomson/West 2006

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT 2
Page 3 of 3