Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
Phone:  907-279-3581
Fax:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>               Plaintiff,<br><br>  v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>               Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 3:06-cv-00083-TMB |

**(PROPOSED) ORDER GRANTING DEFENDANT CHUGIAK SENIOR CITIZENS, INC.'S REQUEST FOR STATUS, TRIAL SETTING OR SCHEDULING CONFERENCE**

Based on defendant Chugiak Senior Citizens, Inc.'s request for a status, a trial setting or a scheduling conference, the Court hereby schedules a conference for ___:___ a.m./p.m. on _____, 2007.

DATED at Anchorage, Alaska, this ____ of August, 2007.

                                                    _____
                                                    Timothy M. Burgess,
                                                    United States District Court Judge

(Proposed) Order Granting Defendant Chugiak Senior Citizens,
Inc.'s Request For Status, Trial Setting or Scheduling Conference
Winters v. Chugiak Senior Citizens/Case No. 3:06-cv-0083 (TMB)                Page 1 of 2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of August, 2007, a copy of this document was served electronically on:

Barbara Brink/Nikole Nelson
Jim Davis, Jr./Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska  99501

s/Donna M. Meyers and Clay A. Young
(133502)