IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAW OFFICES OF
ALASKA LEGAL SERVICES CORPORATION
ANCHORAGE AND STATEWIDE OFFICE
1016 WEST SIXTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1963
(907) 272-9431

| | |
|---|---|
| HELEN WINTERS,<br>through her power of attorney<br>Carol Winters,<br><br>    Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 3:06-cv-00083-TMB |

**NOTICE OF MOTION AND MOTION TO CHANGE DATE OF
ORAL ARGUMENT**

Comes now Counsel and requests that the Court modify the date for oral argument to a mutually agreeable time for the Court and for counsel the week of August 27, 2007. This request is made in order to allow Counsel sufficient time to review and study the Court's most recent ruling and to be able to fully address any questions of the Court on the complex issues of Counts II, V, VI, and VII, Plaintiffs' claims under the Alaska Human Rights Act, the Americans with Disabilities Act, Section 5034 of the Rehabilitation Act of 1973 and the Fair Housing Act of 1988.  In addition, Plaintiff's Counsel is still attempting to reach the client in this matter to advise of the date.

The motion is unopposed.

Defendants' Counsel is available next week with the exception of the morning of August 28, 2007. Plaintiffs' Counsel is generally available next week.

DATED: August 20, 2007            ALASKA LEGAL SERVICES CORPORATION
                                  Attorneys for Plaintiff Helen Winters
                                  through her power of attorney Carol Winters

                                  s/Sonja Kerr
                                  ALASKA LEGAL SERVICES
                                  1016 West 6th Avenue, Suite 200
                                  Anchorage, Alaska 99501
                                  PHONE: (907) 274-9431
                                  FAX: (907) 279-7417
                                  E-mail: skerr@alsc-law.org
                                  Alaska Bar No. 0409051

**Certificate of Service**

I hereby certify that on the 20th day of August, 2007, a copy of this document was
served electronically:

Donna M. Meyers
Delaney, Wiles
1007 W. Third Avenue, Suite 400
Anchorage, AK 99501.

S/Sonja D. Kerr (0409051)

LAW OFFICES OF
ALASKA LEGAL SERVICES CORPORATION
ANCHORAGE AND STATEWIDE OFFICE
1016 WEST SIXTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1963
(907) 272-9431