IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

HELEN WINTERS,  )
through her power of attorney  )
Carol Winters,  )
             Plaintiff,  )
               )
vs.  )
               )
CHUGIAK SENIOR CITIZENS, INC.,  )  Case No. 3:06-cv-00083-TMB
             Defendant.  )

## NOTICE OF SUPPLEMENTAL AUTHORITY

Comes now, Plaintiff, by counsel, and provides the Court notice that the following case is supplemental authority in support of Plaintiffs' response to Defendants' Motion for Summary Judgment on Counts II, V, VI, and VII:

1. *Kinney v. Emmis Operation Co.*, 2007 U.S. App. LEXIS 15994 (9th Cir. Unreported, July 2, 2007) (reversing district court's grant of summary judgment on ADA discrimination claim). A copy of the case is attached herewith.

DATED: August 29, 2007    ALASKA LEGAL SERVICES CORPORATION
                                             Attorneys for Plaintiff
                                             Helen Winters
                                             through her power of attorney Carol Winters

                                             s/Sonja Kerr
                                             ALASKA LEGAL SERVICES
                                             1016 West 6th Avenue, Suite 200
                                             Anchorage, Alaska 99501
                                             PHONE: (907) 274-9431
                                             FAX: (907) 279-7417
                                             E-mail: skerr@alsc-law.org
                                             Alaska Bar No. 0409051

LAW OFFICES OF
ALASKA LEGAL SERVICES CORPORATION
ANCHORAGE AND STATEWIDE OFFICE
1016 WEST SIXTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1963
(907) 272-9431

## Certificate of Service

I hereby certify that on the 29th day of August, 2007, a copy of this document was served electronically through the Court's ECF System on:

Donna M. Meyers
Delaney, Wiles
1007 W. Third Avenue, Suite 400
Anchorage, AK 99501.

S/Sonja D. Kerr (0409051)

LAW OFFICES OF
ALASKA LEGAL SERVICES CORPORATION
ANCHORAGE AND STATEWIDE OFFICE
1016 WEST SIXTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1963
(907) 272-9431

Notice of Supplemental Authority
Case No. 3:06-cv-00083-TMB
Page of 2