```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA

        HELEN WINTERS              vs.  CHUGIAK SENIOR CITIZENS INC

BEFORE THE HONORABLE TIMOTHY M. BURGESS CASE NO. 3:06-cr-00083-TMB

DEPUTY CLERK/RECORDER: Linda Christensen

APPEARANCES:    PLAINTIFF: SONJA D. KERR

                DEFENDANT: DONNA M. MEYERS, CLAY YOUNG
                           ERIC RINGSMITH

PROCEEDINGS: ORAL ARGUMENT ON MOTIONS FOR SUMMARY JUDGMENT
             (DKTS 121, 125, 128 and 134) Held 8/30/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

At 3:06 p.m. court convened.

Arguments heard; motions taken **UNDER ADVISEMENT**. Court to issue ruling.

Counsel estimated length of trial at two weeks.

At 4:23 p.m. court adjourned.

DATE:   AUGUST 30, 2007         DEPUTY CLERK'S INITIALS:   LSC

Revised 6/18/07