IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her power of attorney Carol Winters,<br><br> Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br> Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-00083-TMB<br>) |

**PROPOSED ORDER**

 Pursuant to Fed. R. Civ. Proc., Rule 59 and Rule 60, plaintiff's motion for reconsideration is granted.

 DATED this ____ day of_____, 2007, at Anchorage, Alaska.

                _____

                Honorable Judge Burgess