IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS,<br>through her power of attorney<br>Carol Winters,<br><br>　　　Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>　　　Defendant. | Case No. 3:06-cv-00083-TMB |

**NOTICE OF MOTION AND MOTION PURSUANT
TO FRCP RULE 59 AND FRCP 60**

　　Come now Plaintiff, and by counsel, hereby moves the Court pursuant to FRCP Rule 59 and Rule 60 to reconsider its orders of August 17, 2007 (Doc. 294), and September 26, 2007 (Doc. 300), and related matters based on the memorandum and authority provided herewith.

DATED: October 15, 2007　　　ALASKA LEGAL SERVICES CORPORATION
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　Helen Winters
　　　　　　　　　　　　　　　　　through her power of attorney Carol Winters

　　　　　　　　　　　　　　　　　s/Sonja Kerr_____
　　　　　　　　　　　　　　　　　ALASKA LEGAL SERVICES
　　　　　　　　　　　　　　　　　1016 West 6th Avenue, Suite 200
　　　　　　　　　　　　　　　　　Anchorage, Alaska 99501
　　　　　　　　　　　　　　　　　PHONE: (907) 274-9431
　　　　　　　　　　　　　　　　　FAX: (907) 279-7417
　　　　　　　　　　　　　　　　　E-mail: skerr@alsc-law.org
　　　　　　　　　　　　　　　　　Alaska Bar No. 0409051

**Certificate of Service**

I hereby certify that on the 15th of October, 2007, a copy of this document was served electronically:

Donna M. Meyers
Delaney, Wiles
1007 W. Third Avenue, Suite 400
Anchorage, AK 99501.

S/Sonja D. Kerr (0409051)