# Condensed and Word Indexing Transcripts

## of

## **THOMAS ISSACS**

## **11-15-2006**

**Date:** December 13, 2006

Printed On: 12-11-06



PLAINTIFF'S EXHIBIT

Accu-Type Depositions
Phone: (907) 276-0544
Fax: (907) 278-1517
Email: smorrison@accutypedepositions.com

| | | |
|---|---|---|
| 1 | | typical amount of time? |
| 2 | A | There's Helen and another resident who take the most time |
| 3 | | and in the mornings without a shower, the other resident |
| 4 | | might take a half an hour, possibly 25 minutes.  Helen is |
| 5 | | not difficult at all.  She takes more time and my opinion |
| 6 | | is it's because of her anxiety disorder.  So I like to |
| 7 | | take the time with her.  She likes to visit.  She's not a |
| 8 | | hard person to take care of by any means, in my opinion. |
| 9 | | So Helen might take, in the morning, 30 minutes, maybe 40 |
| 10 | | minutes.  It's hard to say because in the meantime she's |
| 11 | | -- we're doing certain things with her, then we've got |
| 12 | | her in the bathroom, then visiting, then we're saying |
| 13 | | okay, ring the bell when you're ready, and going down the |
| 14 | | hall doing something else. |
| 15 | Q | Sure. |
| 16 | A | Then she rings the bell. |
| 17 | Q | So you are moving all of the time, but..... |
| 18 | A | Right. |
| 19 | Q | I could see that would be hard to estimate.  When you are |
| 20 | | helping Helen with personal hygiene in the morning when |
| 21 | | she is not having a bath or a shower, does she do most of |
| 22 | | her grooming or do you do it? |
| 23 | A | She does almost all of her -- let me think about this for |
| 24 | | a minute so I get it clear in my head. |
| 25 | Q | Sure. |

EXHIBIT A
PAGE 2 OF 5

Page 73

```
1   A   She does all of her hygiene herself.  We help put on her
2       -- we put on her Ted hose and her shoes.  We assist her
3       with her pull ups, her Depends, assist her maybe a little
4       with her skirt.  She pretty much gets dressed by herself.
5       Aside from the shoes, the Ted hose, handing her her shirt
6       and her skirt, she does everything herself.  We help pull
7       her Depends down and put them back on.  She does almost
8       everything herself.
9   Q   So she is combing or brushing her own hair?
10  A   Oh, yeah (affirmative), she combs her own hair.  She
11      brushes her teeth.  She looks like she puts on makeup.
12  Q   Makeup?
13  A   Yeah (affirmative), she puts on her own makeup.  Every
14      once in awhile she asks me, is the back of my hair, you
15      know.....
16  Q   Looking good.  And tell me about the toileting.  You help
17      her with the transfer to the wheelchair and from the
18      wheelchair.....
19  A   We take her into the bathroom in there, park her up by
20      the sink and then come back when she rings the bell.
21  Q   So everything from there she is doing on her own?
22  A   Ten, 15 minutes later she'll ring the bell depending on
23      how she's feeling, I guess, take her a little closer to
24      the toilet.  She'll get up, pivot, help her pull down her
25      Depends.  She'll sit down, take the Depends off for her,
```

```
 1         hand her -- if it's in the morning, she is going to
 2         change her Depends.  So in the morning I hand her the
 3         Depends, hand her her pads.  Depending on how it's going,
 4         visiting with her and stuff and then she'll ring when
 5         she's ready to get up.  When she's ready to get up, we'll
 6         come back.  She'll stand up.  We'll pull them up.  She'll
 7         adjust, pull down her skirt, wash her hands, get back in
 8         the wheelchair, wheel her out.
 9    Q    Do you have an estimate of how much time you are actually
10         in the room assisting her then with toileting?
11    A    I think I have to give a total estimate of how long it
12         would be in the morning to get her ready and that's
13         probably, like I said, 40 minutes total, total time,
14         because a lot of that is coming and going, and then if
15         I'm visiting with her -- I think Helen is a wonderful
16         person.
17    Q    Do you think she should be forced to leave Chugiak Senior
18         Center?
19         MR. YOUNG: Object to the form of the question.
20    A    Can I have a tissue?
21    BY MS. BRINK:
22    Q    Yes, I'm sorry.
23    A    I'm sorry.
24    Q    Take your time.
25    A    We're not supposed to have favorites because that's not
```

```
 1         professional and in theory it could interfere with the
 2         quality of care you give other residents, but Helen is
 3         one of my favorite people there.  She's very sweet.  Some
 4         people might not agree.  I think everyone of the day
 5         shift would agree.  I just had to say that.
 6   Q     I appreciate it.
 7   A     I honestly don't know if Helen should leave or not.  I
 8         honestly don't know.  She's a heavier load.  She takes
 9         more time and some of that is -- I think a lot of that is
10         because of her anxiety disorder.  I can't honestly answer
11         that question yes or no.  I don't know.
12   Q     In your personal experience, you have found that taking a
13         little extra time with her and visiting with her and
14         letting her kind of do things on her own time helps her?
15   A     Yes.
16   Q     She doesn't become anxious?
17   A     Helen has been diagnosed with anxiety disorder.  I've
18         only had a few credits in psych.  She certainly seems to
19         have that and if you take your time with her, things will
20         go a lot smoother and if you don't have the time you
21         would like to take, and you take the time to explain to
22         her how much time you have, then she'll be a team player,
23         in my experience.  One time a couple of weeks ago, last
24         week, I forget, last week we were short.  We had two
25         people, which is legal.
```

EXHIBIT A
PAGE 5 OF 5