Sonja D. Kerr, AK Bar No. 0409051
ALASKA LEGAL SERVICES CORP.
1016 West 6th Ave., Suite 200
Anchorage, AK 99501
Phone: (907) 222-4523
Fax: (907) 279-7417
skerr@alsc-law.org

Attorney for Plaintiffs



IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

HELEN WINTERS,
through her power of attorney
Carol Winters,

    Plaintiff,

vs.

CHUGIAK SENIOR CITIZENS, INC.,

    Defendant.

Case No. 3:06-cv-00083-TMB

### NOTICE OF APPEAL

Notice is hereby given that Helen Winters, Plaintiff in the above named case, appeals to the United States Court of Appeals for the Ninth Circuit from two orders of the District court, entered August 17, 2007 and September 26, 2007.

A motion for reconsideration of these orders was filed under Civil Rules 59 and 60 on October 12, 2007, and is still pending; and a separate final judgment has not yet been entered. Accordingly, Ms. Winters does not expect this Notice of Appeal to become effective under Appellate Rules 4(a)(2) and 4(a)(4) until the motion for reconsideration is resolved and final judgment is entered.

*Notice of Appeal*
3:06-cv-00083

LAW OFFICES OF
ALASKA LEGAL SERVICES CORPORATION
ANCHORAGE AND STATEWIDE OFFICE
1016 WEST SIXTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1963
(907) 272-9431

DATED: October 25, 2007

ALASKA LEGAL SERVICES CORPORATION
Attorneys for Plaintiff Helen Winters
through her power of attorney Carol Winters

*/s/ Sonja D. K*

Sonja D. Kerr, AK Bar No. 0409051
ALASKA LEGAL SERVICES CORP.
1016 West 6th Avenue, Suite 200
Anchorage, Alaska 99501
PHONE: (907) 274-9431
FAX: (907) 279-7417
E-mail: skerr@alsc-law.org
Alaska Bar No. 0409051

CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of October, 2007, a true and correct copy of this document, "Notice of Appeal" was served by United States Mail, postage prepaid, on:

Donna M. Meyers
Delaney, Wiles
1007 W. Third Avenue, Suite 400
Anchorage, AK 99501.

*/s/ Sonja D. K*

Sonja D. Kerr

LAW OFFICES OF
ALASKA LEGAL SERVICES CORPORATION
ANCHORAGE AND STATEWIDE OFFICE
1016 WEST SIXTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1963
(907) 272-9431