Sonja D. Kerr, AK Bar No. 0409051
ALASKA LEGAL SERVICES CORP.
1016 West 6th Ave., Suite 200
Anchorage, AK 99501
Phone: (907) 222-4523
Fax: (907) 279-7417
skerr@alsc-law.org

Attorney for Plaintiffs



IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

HELEN WINTERS,
through her power of attorney
Carol Winters,

    Plaintiff,

vs.

CHUGIAK SENIOR CITIZENS, INC.,

    Defendant.

Case No. 3:06-cv-00083-TMB

**MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS**

Comes now, Helen Winters, and pursuant to FRAP 24, moves the Court for leave to proceed In Forma Pauperis. This motion is based upon the attached memoranda, and Form 4 attached.

DATED: October 25, 2007

ALASKA LEGAL SERVICES CORPORATION
Attorneys for Plaintiff Helen Winters
through her power of attorney Carol Winters

*Sonja D. K*
Sonja D. Kerr, AK Bar No. 0409051
ALASKA LEGAL SERVICES CORP.
1016 West 6th Avenue, Suite 200
Anchorage, Alaska 99501
PHONE: (907) 274-9431

LAW OFFICES OF
ALASKA LEGAL SERVICES CORPORATION
ANCHORAGE AND STATEWIDE OFFICE
1016 WEST SIXTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1963
(907) 272-9431

Motion for Leave to Proceed IFP
Winters v. CSC
3:06 cv 00083

1

FAX: (907) 279-7417
E-mail: skerr@alsc-law.org
Alaska Bar No. 0409051

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of October, 2007, a true and correct copy of this document, "Motion for Leave to Proceed In Forma Pauperis" was served by United States Mail, postage prepaid, on:

Donna M. Meyers
Delaney, Wiles
1007 W. Third Avenue, Suite 400
Anchorage, AK 99501.

*/s/ Sonja D. K*

Sonja D. Kerr

LAW OFFICES OF
ALASKA LEGAL SERVICES CORPORATION
ANCHORAGE AND STATEWIDE OFFICE
1016 WEST SIXTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1963
(907) 272-9431

Motion for Leave to Proceed IFP
Winters v. CSC
3:06 cv 00083

2