IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LODGED
OCT 2 5 2007

HELEN WINTERS, )
through her power of attorney )
Carol Winters, )
 )
    Plaintiff, )
 )
vs. )
 )
CHUGIAK SENIOR CITIZENS, INC., )
 )  Case No. 3:06-cv-00083-TMB
    Defendant. )
_____)

**PROPOSED ORDER**

The Court, hereby grants Plaintiff's Motion for Leave to Proceed In Forma Pauperis.

Dated: _____     _____

The Honorable Judge Burgess

LAW OFFICES OF
ALASKA LEGAL SERVICES CORPORATION
ANCHORAGE AND STATEWIDE OFFICE
1016 WEST SIXTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1963
(907) 272-9431