Sonja D. Kerr, AK Bar No. 0409051
ALASKA LEGAL SERVICES CORP.
1016 West 6th Ave., Suite 200
Anchorage, AK 99501
Phone: (907) 222-4523
Fax: (907) 279-7417
skerr@alsc-law.org

Attorney for Plaintiffs



IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS,<br>through her power of attorney<br>Carol Winters,<br><br>    Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>    Defendant. | Case No. 3:06-cv-00083-TMB |

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE
TO PROCEED IN FORMA PAUPERIS**

    Comes now, Helen Winters, and pursuant to FRAP 24, moves the Court for leave to proceed In Forma Pauperis with her appeal to the United States Court of Appeals – Ninth Circuit, and in support of same states as follows:

1. Helen Winters, by her Power of Attorney, Carol Winters, provides Form 4 indicating her inability to pay or to give security for fees and costs, claims entitlement to redress and states the issues on appeal.

2. No fee was paid below as the case was initially filed in Superior Court – Alaska where because Ms. Winters is represented by Alaska Legal

Plaintiffs' Memorandum in Support of IFP      1
Winters v. CSC
3:06 cv 00083

Services Corporation, no fee was required. Alaska Court Rules Rule 10.

(The case was removed to the Federal District Court by Defendants.)

3. Pursuant to FRAP 24(a)(1), the Court should grant leave to proceed In Forma Pauperis.

## CONCLUSION

Based on the above, In Forma Pauperis should be granted.

DATED: October 25, 2007        ALASKA LEGAL SERVICES CORPORATION
Attorneys for Plaintiff Helen Winters
through her power of attorney Carol Winters

*/s/ Sonja D. K*
Sonja D. Kerr, AK Bar No. 0409051
ALASKA LEGAL SERVICES CORP.
1016 West 6th Avenue, Suite 200
Anchorage, Alaska 99501
PHONE: (907) 274-9431
FAX: (907) 279-7417
E-mail: skerr@alsc-law.org
Alaska Bar No. 0409051

### CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of October, 2007, a true and correct copy of this document, "Memorandum in Support of for Leave to Proceed In Forma Pauperis" was served by United States Mail, postage prepaid, on:

Donna M. Meyers
Delaney, Wiles
1007 W. Third Avenue, Suite 400
Anchorage, AK 99501.

*/s/ Sonja D. K*

Sonja D. Kerr

Plaintiffs' Memorandum in Support of IFP
Winters v. CSC
3:06 cv 00083

2