IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>                Plaintiff,<br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>                Defendant. | Case No. 3:06-CV-00083 TMB<br><br>**JUDGMENT**<br>**IN A CIVIL CASE** |

    ___    **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    _X_    **DECISION BY COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this Court hereby REMANDS the remaining state law issues back to state court for resolution.

APPROVED:

/s/Timothy M. Burgess
    **TIMOTHY M. BURGESS**
    United States District Judge

| | |
|---|---|
| November 27, 2007 | IDA J. ROMACK |
| Date | Clerk |