IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>　　　　　Defendant. | Case No.  3:06-cv-83  TMB<br><br>**O R D E R** |

　　　　Plaintiff seeks reconsideration under FRCP 59 and 60 of this Court's orders at Docket nos. 294 and 300, granting summary judgment to Defendant on numerous issues. However, Plaintiff filed a Notice of Appeal on October 25, 2007. Accordingly, the Court lacks jurisdiction to consider the Motion at Docket 302. *See Carriger v. Lewis*, 971 F.2d 329, 332 (9th Cir. 1992) (*en banc*); *Gould v. Mutual Life Insurance Co. of New York*, 790 F.2d 769 (9th Cir.1986).

　　　　Dated at Anchorage, Alaska, this 27th day of November, 2007.

　　　　　　　　　　　　　　　　　　　　　　/s/  Timothy Burgess
　　　　　　　　　　　　　　　　　　　　　　TIMOTHY M. BURGESS
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1