IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

HELEN WINTERS, through her Power of
Attorney Carol Winters,

                 Plaintiff,

    vs.

CHUGIAK SENIOR CITIZENS, INC.,

                 Defendant.

Case No.  3:06-cv-83  TMB


O R D E R


      The Court hereby grants Plaintiff's Motion for Leave to Proceed In Forma Pauperis, filed at

Docket 305.  It is so ordered.


      Dated at Anchorage, Alaska, this 29th day of November, 2007.


                            /s/ Timothy Burgess
                            TIMOTHY M. BURGESS
                            UNITED STATES DISTRICT JUDGE