# Attachment A
ITEMIZATION OF COST BILL ITEMS

<u>Helen Winters v. Chugiak Senior Citizens, Inc.</u>
Case No. 3:06-cv-00083 TMB

# USDC Filing Fee
# Check # 27953

# <u>WITNESS FEES:</u>
# KATHY HUSKY
# TRANSCARE MEDICAL SVCS
# DENALI HOME HEALTH
# CARE PLANS, INC.

EXHIBIT A
Page 1 of 9

**DELANEY, WILES, HAYES,**
**GERETY, ELLIS & YOUNG, INC.**
COST ACCOUNT
1007 W. 3RD AVE. STE. 400
ANCHORAGE, AK 99501

27953
89-6-1252

DATE 4/13/06

PAY TO THE ORDER OF  U.S. District Court                    $ 350.00

Three Hundred Fifty and 00/100----------------------------------------DOLLARS

First National Bank
ALASKA
MEMBER FDIC
www.FNBAlaska.com

⑈027953⑈ ⑆125200060⑆ 0110 087 4⑈

DETACH AND RETAIN THIS STATEMENT
DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.   THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.
DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com
DELUXE - FORM DVCG-2 V-7

U.S. District Court - Filing fee for USDC (new action)

DMM

Winters v. Chugiak Senior Center

UNITED STATES
DISTRICT COURT
District of Alaska
Anchorage Division

# 00128051 - SF
April 14, 2006

| Code | Case # | Qty | Amount |
|---|---|---|---|
| 086900-F | 06-83cv | | 60.00 CK |
| 510000-C | 06-83CV | | 190.00 CK |
| 086400-R | 06-83 CV | | 100.00 CK |

TOTAL→       350.00

FROM: DELANEY WILES ET AL
NEW CASE
A06-0083 CV TMB

**DELANEY WILES, INC.**
COST ACCOUNT
1007 W. 3RD AVE. STE. 400
ANCHORAGE, AK 99501

28391

89-6-1252

DATE 7/25/06

PAY TO THE ORDER OF  Kathy Huskey/Care Plans, Inc.   $ 12.50

Twelve and 50/100 -------------------------------- DOLLARS

First National Bank
ALASKA
www.FNBAlaska.com

⑈028391⑈ ⑆125200060⑆ 0110 087 4⑈

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.
DELUXE BUSINESS FORMS 1-800-328-0304 www.deluxeforms.com
DELUXE - FORM DVCG-2 V-7

Kathy Huskey/Care Plans, Inc. - Witness Fee

DMM

Winters v. CSC

EXHIBIT A
Page 2 of 7

```
                                                                28645
DELANEY WILES, INC.
    COST ACCOUNT
1007 W. 3RD AVE. STE. 400
  ANCHORAGE, AK 99501                  DATE 09/07/2006          89-6-1252

PAY TO THE  Transcare Medical Services, Inc.              $*12.50*
 ORDER OF

Twelve and 50/100------------------------------------------------DOLLARS
```



First National Bank
ALASKA  MEMBER FDIC
www.FNBAlaska.com

"028645"  :125200060:  0110 087 4"

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.
DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com
DELUXE - FORM DVCG-2 V-7

DELANEY WILES, INC.

Transcare Medical Services - Records Deposition Check

DMM

Winters v CSC

EXHIBIT A
Page 3 of 9

# DELANEY WILES, INC.
# CHECK REQUEST FORM

**ATTORNEY APPROVAL REQUIRED
FOR ALL CHECKS**     Client Cost

| | |
|---|---|
| Date of Request | Friday, September 29, 2006 |
| Requested By | REB |
| For Attorney | DMM |
| Client/Matter Number | |
| File Name | Winters v. CSC |
| Pay To | Denali Home Health |

| Description of Expenditures | Amount |
|---|---|
| Deposition Subpoena Witness Fee | $12.50 |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |

| Accounting Code | Amount |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |

Total Amount Paid   $12.50
Check No. 28780
Date Paid 9/29/06
Processed By (B)

Approved By [signature]

EXHIBIT A
Page 4 of 9

```
                                                                    28780
   DELANEY WILES, INC.
         COST ACCOUNT                                              89-6-1252
    1007 W. 3RD AVE. STE. 400
     ANCHORAGE, AK 99501                    DATE 9/29/06
```

PAY TO THE ORDER OF   Denali Home Health                              $ 12.50

Twelve and 50/100----------------------------------------------------- DOLLARS


First National Bank
ALASKA  MEMBER FDIC
www.FNBAlaska.com

NOT NEGOTIABLE

"028780"  :125200060:  0110 087 4"

DELANEY WILES, INC.

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com
DELUXE - FORM DVCG-2 V-7

Denali Home Health - Deposition Subpoena Witness Fee

DMN

Winters v. CSC

POSTED

EXHIBIT  A
Page  5  of  9

# DELANEY WILES, INC.
# CHECK REQUEST FORM

**ATTORNEY APPROVAL REQUIRED FOR ALL CHECKS**          Client Cost

| | |
|---|---|
| Date of Request | Thursday, October 26, 2006 |
| Requested By | REB |
| For Attorney | DMM |
| Client/Matter Number | |
| File Name | Winters v. CSC |
| Pay To | Care Plans, Inc. |

| Description of Expenditures | Amount |
|---|---|
| Depo Witness Fee | $12.50 |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |

| Accounting Code | Amount |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |

Total Amount Paid   $12.50
Check No.   24951
Date Paid   10-26-05
Processed By   JCm

Approved By _____

EXHIBIT A
Page 6 of 9

AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF _____

Helen Winters, through her
Power of Attorney Carol Winters,
v.
Chugiak Senior Center

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 3:06-cv-00083-TMB

TO: ~~Jim B~~ Kathy Huskey, Care Plans, Inc
10244 Colville
Eagle River, AK

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Delaney Wiles 1007 W 3rd #400 Anchorage AK | 11/3/06 11:00 a.m. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): Any and all supplemental records, including but not limited to, documents, notices, reports, and recordings that ~~held~~ relate in any way to Helen Winters generated since producing its original files in August 2006.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR (DEFENDANT)) | DATE |
|---|---|
|  |  |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Donna M. Meyers
Delaney Wiles 1007 W 3rd St 402 Anch    907-279-3581

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

EXHIBIT A
Page 7 of 9

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED |  |  |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____          _____
                    DATE                                     SIGNATURE OF SERVER

                                                              _____
                                                              ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the mmmdemanding party to contest the claim.

EXHIBIT _A_
Page _8_ of _9_

```
                                                                    28951
     DELANEY WILES, INC.
         COST ACCOUNT                                              89-6-1252
     1007 W. 3RD AVE. STE. 400
      ANCHORAGE, AK  99501            DATE 10/26/06

PAY TO THE  Care Plans, Inc.                                    $ 12.50
ORDER OF

    Twelve and 50/100----------------------------------------DOLLARS
```



First National Bank
ALASKA
www.FNBAlaska.com

NOT NEGOTIABLE

⑆028951⑆ ⑈125200060⑈ 0110 087 4⑈

DELANEY WILES, INC.

DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com
DELUXE - FORM DVCG-2 V-7

Care Plans, Inc. - Deposition Witness Fee

DMM

Winters v CSC

POSTED

EXHIBIT A
Page 9 of 9