# Attachment B
ITEMIZATION OF COST BILL ITEMS

### Helen Winters v. Chugiak Senior Citizens, Inc.
Case No. 3:06-cv-00083 TMB

**FEES FOR SERVICE OF SUMMONS AND SUBPOENA**

| DATE | DESCRIPTION OF CHARGES | ATTENDANCE | COST/COPY |
|---|---|---|---|
| 8/8/06 | Alaska Court Services – subpoena on Kathy Husky | | 60.00 |
| 9/12/06 | Alaska Court Services – subpoena on Transcare Medical Services | | 45.00 |
| 10/11/06 | Attorneys Process Service – subpoena on Denali Home Health Care | | 45.00 |
| 11/9/06 | Attorneys Process Service – subpoena on Kathy Husky | | 45.00 |
| **TOTALS** | | | **195.00** |

# INVOICE

Alaska Court Services Inc.
PO Box 212041
Anchorage, AK 99521-2041

| DATE | INVOICE NO. |
|---|---|
| 8/5/2006 | 8822 |

**BILL TO**

Delaney, Wiles, Hayes, Gerety, Ellis ...
1007 West Third #400
Anchorage, Alaska 99501

*RECEIVED AUG 7 2006 DELANEY WILES, INC.* (stamp)

| P.O. NO. | TERMS | REP | SHIP DATE | SHIP VIA | FOB | PROJECT |
|---|---|---|---|---|---|---|
|  | Due on receipt | SAA | 8/5/2006 |  |  |  |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| SUBP | Helen Winters, through her Power of Attorney Carol Winters vs Chugiak Senior Citizens, Inc. Served Kathy Husky | 1 | 60.00 | 60.00 |
| SUBP | Farris, et al. vs Alaska Regional Hospital Served Wal-Mart Legal Office, Litigation Support | 1 | 45.00 | 45.00 |

**Total** $105.00

EXHIBIT B
Page 1 of 10

28481

**DELANEY WILES, INC.**
COST ACCOUNT
1007 W. 3RD AVE. STE. 400
ANCHORAGE, AK 99501

89-6-1252

DATE August 8, 2006

PAY TO THE ORDER OF  Alaska Court Services, Inc.    $105.00

One hundred five and 00/100----------------------------------------DOLLARS


First National Bank
ALASKA
www.FNBAlaska.com

NOT NEGOTIABLE

⑈"028481"⑈ ⑆125200060⑆ 0110 087 4"⑈

---

DELANEY WILES, INC.

DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com
DELUXE - FORM DVCG-2 V-7

Alaska Court Serices, Inc. - Inv.# 88225Service of subpoena and
witness feeand service of subpoena on Wal-mart Legal Office

TJL
DMM

Farris v. ARH      $45.00
Winters v. CSC    $60.00

POSTED

EXHIBIT B
Page 2 of 10

# INVOICE

Alaska Court Services Inc.
PO Box 212041
Anchorage, AK 99521-2041

| DATE | INVOICE NO. |
|---|---|
| 9/10/2006 | 8928 |

| BILL TO |
|---|
| Delaney, Wiles, Hayes, Gerety, Ellis ...<br>1007 West Third #400<br>Anchorage, Alaska 99501 |

| P.O. NO. | TERMS | REP | SHIP DATE | SHIP VIA | FOB | PROJECT |
|---|---|---|---|---|---|---|
|  | Due on receipt | SAA | 9/10/2006 |  |  |  |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| SUBP | Helen Winters vs Chugiak Senior Citizens, Inc.<br>Served Transcare Medical Services | 1 | 45.00 | 45.00 |

RECEIVED SEP 12 2006 DELANEY WILES, INC.

**Total** $45.00

EXHIBIT B
Page 3 of 10

AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

HELEN WINTERS, through her Power
of Attorney Carol Winters,    Plaintiff
V.
CHUGIAK SENIOR CITIZENS, INC.
                    Defendant.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  3:06-cv-00083 (TMB)

TO: Brandi Jones/Records Custodian/Transcare Medical Services
521 West 41st Avenue, No. 101/Anchorage, Alaska  99503

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Delaney Wiles, Inc./1-07 West Third Avenue/Suite 400 Anchorage, Alaska 99501 (907) 279-3581 | September 14, 2006 10:00 a.m. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

All files relating to or pertaining to HELEN WINTERS, including any files disclosing the name, address and telephone number of any care providers or personal care attendants who assisted HELEN WINTERS.

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* | September 7, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Donna M. Meyers/Delaney Wiles, Inc./1007 West Third Avenue, Suite 400
Anchorage, Alaska   99501    (907) 279-3581

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

EXHIBIT B
Page 4 of 10

Exhibit B
Page 5 of 10

**DELANEY WILES, INC.**
COST ACCOUNT
1007 W. 3RD AVE. STE. 400
ANCHORAGE, AK 99501

28670
89-6-1252

DATE 09/12/2006

PAY TO THE ORDER OF  Alaska Court Services, Inc          $ *45.00*

Forty Five and 00/100----------------------------------- DOLLARS

First National Bank
ALASKA
www.FNBAlaska.com

⑆028670⑆ ⑈125200060⑈ 010 087 4⑈

DELANEY WILES, INC.

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.
DELUXE BUSINESS FORMS  1-800-328-0304  www.deluxeforms.com

DELUXE - FORM DVCG-2 V-7

Alaska Court Services, Inc - Invoice #8928

DMM

Winters v CSC

IN THE   U.S. DISTRICT   COURT FOR THE STATE OF   ALASKA
THIRD JUDICIAL DISTRICT, AT   ANCHORAGE

HELEN WINTERS )
)
)
)
-VS-                          Plaintiff(s) )
)
CHUGIAK SENIOR CITIZEN'S INC )        RETURN OF SERVICE
)
)
Defendant(s) )

Case No: 3:06-CV-00083-TMB

I certify that on   Monday, October 2, 2006   at   11:35 AM   I served the following documents
SUBPOENA IN A CIVIL CASE; NOTICE OF DEPOSITION OF RECORDS CUSTODIAN OF DENALI HOME HEALTH; WITNESS FEE CHECKS

on the therein named   DENALI HOME HEALTH - RECORDS CUSTODIAN

at   3935 REKA DRIVE   in   Anchorage, Alaska by leaving a true and correct copy with
LINDY DAVIS - HUMAN RESOURCES LIASON - DENALI HOME HEALTH

Process Server /   SHON GUSTIN

SUBSCRIBED AND SWORN to me this day of   Monday, October 2, 2006

Notary Public in and for the State of Alaska
My Commission Expires:

Attorney:   DELANEY WILES, ET. AL.,
1007 W. 3RD AVENUE, #400
ANCHORAGE, AK  99501
Attention:   SHELLY
File No:
Service Fee:   $35.00
Mileage:   $10.00
Endeavor:
Endeavor:   SUBPOENA 10/9/05 @ 10:00 AM
Total:   $45.00   (A.P.S.) NO.   65137

Attorneys Process Service
645 G Street Ste 100 PMB 655
Anchorage, AK  99501
Phone (907) 276-2237

EXHIBIT  B
Page  6  of  10

EXHIBIT B
Page 7 of 10

**DELANEY WILES, INC.**
COST ACCOUNT
1007 W. 3RD AVE. STE. 400
ANCHORAGE, AK 99501

28850
89-6-1252

DATE  10/11/2006

PAY TO THE ORDER OF  Attorneys Process Service                $*45.00*

Forty Five and 00/100------------------------------------------ DOLLARS

**First National Bank**
ALASKA  MEMBER FDIC
www.fnbalaska.com

⑃"028850⑃" ⑃:125200060⑃: 0110 087 4⑃"

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.
DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com
DELUXE - FORM DVCG-2 V-7

DELANEY WILES, INC.

Attorneys Process Service - Service of Process on Denali Home
                                    Health Records Custodian

DMM

Winters v CSC

# DELANEY WILES, INC.
# CHECK REQUEST FORM

**ATTORNEY APPROVAL REQUIRED FOR ALL CHECKS**     Client Cost

| | |
|---|---|
| Date of Request | Thursday, November 09, 2006 |
| Requested By | DKD |
| For Attorney | Donna M. Meyers |
| Client/Matter Number | |
| File Name | Winters v. CSC |
| Pay To | Attorneys Process Service |

| Description of Expenditures | Amount |
|---|---|
| Service of Process on Kathy Huskey | $45.00 |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |

| Accounting Code | Amount |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |

Total Amount Paid   $45.00
Check No.   29007
Date Paid   11/9/06
Processed By   [signature]

Approved By   [signature]

EXHIBIT B
Page 8 of 10

IN THE U.S. DISTRICT COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT, AT ANCHORAGE

HELEN WINTERS THROUGH HER POWER OF )
ATTORNEY CAROL WINTERS )
)
)
-vs- Plaintiff(s) )
)
CHUGIAK SENIOR CENTER ) RETURN OF SERVICE
)
)
Defendant(s) )

Case No: 3:06-CV-00083-TMB

I certify that on Tuesday, October 31, 2006 at 8:28 PM I served the following documents SUBPOENA IN A CIVIL CASE; NOTICE OF TAKING RECORDS DEPOSITION; WITNESS FEE CHECK

on the therein named KATHY HUSKEY

at 10244 COLVILLE in Eagle River, Alaska by leaving a true and correct copy with KATHY HUSKEY

Process Server / GENA COLEMAN

SUBSCRIBED AND SWORN to me this day of Wednesday, November 1, 2006

Notary Public in and for the State of Alaska
My Commission Expires: 3-08

Attorney: DELANEY WILES, ET AL.
1007 W. 3RD AVENUE, SUITE 400
ANCHORAGE, AK 99501

Attention: SHELLY

File No:

Service Fee: $35.00
Mileage: $10.00
Endeavor:
Endeavor: HEARING 11/3/06 @ 11:00 AM

Total: $45.00   (A.P.S.) NO. 66579

(SEAL)

Attorneys Process Service
645 G Street Ste 100 PMB 585
Anchorage, AK 99501
Phone (907) 276-2237

EXHIBIT B
Page 9 of 10

EXHIBIT B
Page 10 of 10

**DELANEY WILES, INC.**
COST ACCOUNT
1007 W. 3RD AVE. STE. 400
ANCHORAGE, AK 99501

29007

89-6-1252

DATE 11/9/2006

PAY TO THE ORDER OF  Attorneys Process Service          $ *45.00*

Forty Five and 00/100----------------------------------  DOLLARS

**First National Bank**
ALASKA  MEMBER FDIC
www.fnbalaska.com

⑈029007⑈ ⑉125200060⑉ 0110 087 4⑈

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.
DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com
DELUXE - FORM DVCG-2 V-7

DELANEY WILES, INC.

Attorneys Process Service - Service of Process on Kathy Huskey

DMM

Winters v. CSC