# Attachment C
ITEMIZATION OF COST BILL ITEMS

### Helen Winters v. Chugiak Senior Citizens, Inc.
Case No. 3:06-cv-00083 TMB

## COURT REPORTER FEES & TRANSCRIPTS

| DATE | DESCRIPTION OF CHARGES | ATTENDANCE | COST/COPY |
|---|---|---|---|
| 9/6/06 | Deposition of Carol Winters – Computer Matrix | | 752.00 |
| 10/2/06 | Deposition Carol Winters, Vol II – Computer Matrix | | 990.75 |
| 12/4/06 | Deposition of Bob Dreyer – Computer Matrix | | 954.85 |
| 12/12/06 | Deposition of Dr. Michael Jones – Computer Matrix | | 606.25 |
| 12/18/06 | Deposition of Lynn Moser –Accu-Type | | 156.50 |
| 12/18/06 | Deposition of Thomas Isaacs –Accu-Type | | 310.50 |
| 12/18/06 | Deposition of Linda Hendrickson –Accu-Type | | 364.50 |
| 12/18/06 | Deposition of Marla Nelson –Accu-Type | | 212.25 |
| 12/18/06 | Deposition of Jan Freels –Accu-Type | | 386.00 |
| TOTALS | | | 4733.60 |

**Computer Matrix Court Reporters, LLC**

3522 West 27th Avenue
Anchorage, AK 99517
907-243-0668
EIN - 92-0174238

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/11/2006 | 7534 |

**BILL TO**

Ms. Donna M. Meyers
Delaney Wiles, et al
Attorneys at Law
1007 W. 3rd Ave., 4th Floor
Anchorage, AK  99501

RECEIVED DEC 12 2006 DELANEY WILES, INC.

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Winters v. Chugiak Senior Citz. 3:06-cv-00083 TMB VTR Deposition of Dr. Michael Jones - 11/28/06 | | | |
| Setup VTR Equipment | 1 | 10.00 | 10.00 |
| Recording time (per hour) | 3 | 40.00 | 120.00 |
| Original & Copy (per page) | 85 | 3.50 | 297.50 |
| Exhibit A (Dr. Original file for original and copy) | 524 | 0.25 | 131.00 |
| Exhibits B-G | 31 | 0.25 | 7.75 |
| Videotape(s) | 2 | 20.00 | 40.00 |
| NOTE:  Exhibts sent previously | | | |

It's a pleasure working with you!

**Total  $606.25**

WE ACCEPT VISA AND MASTERCARD

EXHIBIT C
Page 1 of 14

EXHIBIT C
Page 2 of 14

**DELANEY WILES, INC.**
COST ACCOUNT
1007 W. 3RD AVE. STE. 400
ANCHORAGE, AK 99501

29169
89-6-1252

DATE 12/13/2006

PAY TO THE ORDER OF  Computer Matrix Court Reporters    $ **606.25**

Six Hundred Six and 25/100---------------------------------------------------------- DOLLARS

**First National Bank**
ALASKA  MEMBER FDIC
www.FNBAlaska.com

⑆029169⑆ ⑈125200060⑈ 0110 087 4⑈

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.
DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com
DELUXE - FORM DVCG-2 V-7

Computer Matrix Court Reporters - Invoice #7534

DMM

Winters v. CSC

DELANEY WILES, INC.

**Computer Matrix Court Reporters, LLC**

3522 West 27th Avenue
Anchorage, AK 99517
907-243-0668
EIN - 92-0174238

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/29/2006 | 7480 |

**BILL TO**

Ms. Donna M. Meyers
Delaney Wiles, et al
Attorneys at Law
1007 W. 3rd Ave., 4th Floor
Anchorage, AK 99501



| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Winters v. Chugiak Sr. Citz | | | |
| 3:6-cv-00083 | | | |
| VTR Deposition of | | | |
| Robert Dreyer - 11/16/06 | | | |
| | | | |
| Setup VTR Equipment | 1 | 10.00 | 10.00 |
| Recording time (per hour) | 4 | 40.00 | 160.00 |
| Original & Copy (per page) | 157 | 3.50 | 549.50 |
| Exhibits (bulk rate) | 1,269 | 0.15 | 190.35 |
| Videotape(s) | 3 | 15.00 | 45.00 |

It's a pleasure working with you!

**Total** $954.85

**WE ACCEPT VISA AND MASTERCARD**

EXHIBIT C
Page 3 of 14

EXHIBIT C
Page 4 of 14

**DELANEY WILES, INC.**
COST ACCOUNT
1007 W. 3RD AVE. STE. 400
ANCHORAGE, AK 99501

29130
89-6-1252

DATE 12/04/2006

PAY TO THE ORDER OF: Computer Matrix Court Reporters         $ *954.85*

Nine Hundred Fifty Four and 85/100 ---------- DOLLARS

First National Bank
ALASKA
www.FNBAlaska.com

⑈029130⑈ ⑆125200060⑆ 0110 087 4⑈

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.
DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com
DELUXE - FORM DVCG-2 V-7

Computer Matrix Court Reporters - Video Depo of Bob Dreyer on 11/16/2006

DMM

Winters v. CSC

**Computer Matrix Court Reporters, LLC**

3522 West 27th Avenue
Anchorage, AK 99517
907-243-0668
EIN - 92-0174238

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/1/2006 | 7204 |

**BILL TO**

Ms. Donna M. Meyers
Delaney Wiles, et al
Attorneys at Law
1007 W. 3rd Ave., 4th Floor
Anchorage, AK  99501

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Winters v. Chugiak Sr. Ctiz | | | |
| 3:06-CV-00083 | | | |
| VTR Deposition of | | | |
| Carol Winters, Vol II | | | |
| 9/22/06 | | | |
| Setup VTR Equipment | 1 | 10.00 | 10.00 |
| Recording time (per hour) | 3.5 | 40.00 | 140.00 |
| Original & Copy (per page) | 112 | 3.50 | 392.00 |
| Exhibits | 35 | 0.25 | 8.75 |
| Videotape(s) | 22 | 20.00 | 440.00 |

RECEIVED
OCT 2 2006
DELANEY WILES, INC.

It's a pleasure working with you!

**Total** $990.75

**WE ACCEPT VISA AND MASTERCARD**

EXHIBIT C
Page 5 of 14

EXHIBIT C
Page 6 of 14

**DELANEY WILES, INC.**
COST ACCOUNT
1007 W. 3RD AVE. STE. 400
ANCHORAGE, AK 99501

28790
89-6-1252

DATE 10/02/2006

PAY TO THE ORDER OF   Computer Matrix Court Reporters    $ *990.75*

Nine Hundred Ninety and 75/100------------------------------- DOLLARS

**First National Bank ALASKA** MEMBER FDIC
www.fnbalaska.com

⑈028790⑈ ⑆125200060⑆ 0110 087 4⑈

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.
DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com
DELUXE - FORM DVCG-2 V-7

DELANEY WILES, INC.

Computer Matrix Court Reporters - Invoice #7204

DMM

Winters v CSC

**Computer Matrix Court Reporters, LLC**

3522 West 27th Avenue
Anchorage, AK 99517
907-243-0668
EIN - 92-0174238

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/3/2006 | 7115 |

**BILL TO**

Ms. Donna M. Meyers
Delaney Wiles, et al
Attorneys at Law
1007 W. 3rd Ave., 4th Floor
Anchorage, AK  99501



RECEIVED SEP 5 2006 DELANEY WILES, INC.

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Winters v. Chugiak Sr. Citizens 3:06-CV-00083-TMB VTR Deposition of Carol Winters - 8/28/06 Volume I | | | |
| Setup VTR Equipment | 1 | 10.00 | 10.00 |
| Recording time (per hour) | 4 | 40.00 | 160.00 |
| Original & Copy (per page) | 145 | 3.50 | 507.50 |
| Exhibits | 58 | 0.25 | 14.50 |
| Videotape(s) | 3 | 20.00 | 60.00 |

It's a pleasure working with you!

**Total** $752.00

WE ACCEPT VISA AND MASTERCARD

EXHIBIT C
Page 7 of 14

```
                                                                    28626
DELANEY WILES, INC.
    COST ACCOUNT                                                    89-6-1252
1007 W. 3RD AVE. STE. 400
  ANCHORAGE, AK 99501            DATE  09/06/2006

PAY TO THE   Computer Matrix Court Reporters              $*752.00*
ORDER OF

Seven Hundred Fifty Two and 00/100-----------------------------DOLLARS
```



First National Bank ALASKA

Computer Matrix Court Reporters - Invoice #7115

DMM

Winters v. CSC

EXHIBIT C
Page 8 of 14

## DELANEY WILES, INC.

CLAY A. YOUNG
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS

ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

KEVIN L. DONLEY
ERIC A. RINGSMUTH
JONATHAN P. CLEMENT
WILLIAM R. WARNOCK

OF COUNSEL
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY

December 26, 2006

Courtenay Porter, AIC
James River Insurance Company
7130 Glen Forest Drive, Suite 200
Richmond, Virginia  23226

      Re:   <u>Winters v. Chugiak Senior Citizens, Inc.</u>, No. A-06-0083 Civil (TMB)
            Claim No: 2613
            DOI:   1/4/06

Dear Ms. Porter:

    Please find enclosed invoices for services from Accu-Type Depositions regarding the following depositions:

| Deposition | Amount |
|---|---|
| Deposition Transcript of Jan Freels/Invoice No.: 12182024 | 386.00 |
| Deposition Transcript of Marla Nelson/Invoice No.: 12182019 | 212.25 |
| Deposition Transcript of Linda Hendrickson/Invoice No.: 12182017 | 364.50 |
| Deposition Transcript of Lynn Moser/Invoice No.: 12182013 | 156.50 |
| Deposition Transcript of Tom Isaacs/Invoice No.: 12182021 | 310.50 |
| **TOTAL** | **1,429.75** |

    Please pay Accu-Type directly at the address shown on the invoices. Their tax identification number is shown at the bottom of the invoices. Should you have any questions regarding these invoices, please do not hesitate to contact me.

    Thank you for your attention to this matter.

                Sincerely,

                DELANEY WILES, INC.

                Donna M. Meyers

DMM:dkd/125824
Enclosures (as stated)

EXHIBIT C
Page 9 of 14



**Accu-Type Depositions**
16545 Southcliff Circle
Anchorage, AK 99516
(907) 276-0544
www.accutypedepositions.com

# Invoice

Number: **12182021**

Date: **December 18, 2006**

**Bill To:**
Donna Meyers
Delaney, Wiles
1007 West Third Avenue
Suite 400
Anchorage, AK 99501

**Ship To:**
SAME

| Case # | Terms | Case Name |
|---|---|---|
| 3:06-CV-0083-TMB | Upon Receipt | Winters vs. Chugiak |

| Date | Description | Amount |
|---|---|---|
| 12/18/06 | One Copy of the Deposition of Tom Isaacs + Word Indexing + Condensed Transcript + Word + E-Transcript | 305.00 |
| 12/18/06 | Exhibits to Above Deposition | 5.50 |

THANK YOU FOR ORDERING A COPY!

WE ACCEPT CREDIT CARDS FOR YOUR CONVENIENCE.....

**Total** **$310.50**

Thank you for Choosing Accu-Type Depositions.
WE APPRECIATE YOUR BUSINESS

OUR FEDERAL I.D. #92-0090322

WE ACCEPT CREDIT CARDS FOR YOUR CONVENIENCE
CALL FOR ASSISTANCE 907-276-0544

EXHIBIT C
Page 10 of 14



**Accu-Type Depositions**
16545 Southcliff Circle
Anchorage, AK 99516
(907) 276-0544
www.accutypedepositions.com

# Invoice

Number: **12182013**

Date: **December 18, 2006**

**Bill To:**
Donna Meyers
Delaney, Wiles
1007 West Third Avenue
Suite 400
Anchorage, AK 99501

**Ship To:**
SAME

| Case # | Terms | Case Name |
|---|---|---|
| 3:06-CV-0083-TMB | Upon Receipt | Winters vs. Chugiak |

| Date | Description | Amount |
|---|---|---|
| 12/18/06 | Delivery of Lynn Moser's Deposition Transcript + Word Indexing + Condensed Transcript + E-Tran | 124.50 |
| 12/18/06 | Exhibits to Above Deposition | 32.00 |

THANK YOU FOR ORDERING A COPY!

WE ACCEPT CREDIT CARDS FOR YOUR CONVENIENCE.....

**Total** **$156.50**

Thank you for Choosing Accu-Type Depositions.
WE APPRECIATE YOUR BUSINESS

OUR FEDERAL I.D. #92-0090322

<u>WE ACCEPT CREDIT CARDS FOR YOUR CONVENIENCE
CALL FOR ASSISTANCE 907-276-0544</u>

EXHIBIT C
Page 11 of 14



**Accu-Type Depositions**
16545 Southcliff Circle
Anchorage, AK 99516
(907) 276-0544
www.accutypedepositions.com

# Invoice

Number: **12182017**
Date: **December 18, 2006**

**Bill To:**
Donna Meyers
Delaney, Wiles
1007 West Third Avenue
Suite 400
Anchorage, AK 99501

**Ship To:**
SAME

| Case # | Terms | Case Name |
|---|---|---|
| 3:06-CV-0083-TMB | Upon Receipt | Winters vs. Chugiak |

| Date | Description | Amount |
|---|---|---|
| 12/18/06 | One Copy of the Deposition Transcript of Linda Hendrickson + Word Indexing + Condensed Transcript + E-Tran + Word taken by Reporter Lisa Nelson for Attorney Sonja Kerr on 11-15-06 | 333.00 |
| 12/18/06 | Exhibits to Above Deposition | 31.50 |
| 12/18/06 | Delivery Charge of Above (NO CHARGE) | 0.00 |

THANK YOU FOR ORDERING A COPY!

WE ACCEPT CREDIT CARDS FOR YOUR CONVENIENCE.....

**Total** **$364.50**

Thank you for Choosing Accu-Type Depositions.
WE APPRECIATE YOUR BUSINESS

OUR FEDERAL I.D. #92-0090322

WE ACCEPT CREDIT CARDS FOR YOUR CONVENIENCE
CALL FOR ASSISTANCE 907-276-0544

EXHIBIT _C_
Page _12_ of _14_



**Accu-Type Depositions**
16545 Southcliff Circle
Anchorage, AK 99516
(907) 276-0544
www.accutypedepositions.com

# Invoice

Number: **12182019**

Date: **December 18, 2006**

**Bill To:**
```
Donna Meyers
Delaney, Wiles
1007 West Third Avenue
Suite 400
Anchorage, AK 99501
```

**Ship To:**
```
SAME
```

| Case # | Terms | Case Name |
|---|---|---|
| 3:06-CV-0083-TMB | Upon Receipt | Winters vs. Chugiak |

| Date | Description | Amount |
|---|---|---|
| 12/18/06 | One Copy of the Deposition Transript of Marla Nelson + Word Indexing + Condensed Transcript + Word + E-Transcript taken by Attorney Sonja Kerr before Reporter Lisa Nelson on 11/28/06 | 184.50 |
| 12/18/06 | Exhibits to Above Deposition | 27.75 |

THANK YOU FOR ORDERING A COPY!

WE ACCEPT CREDIT CARDS FOR YOUR CONVENIENCE.....

**Total** $212.25

Thank you for Choosing Accu-Type Depositions.
WE APPRECIATE YOUR BUSINESS

OUR FEDERAL I.D. #92-0090322

WE ACCEPT CREDIT CARDS FOR YOUR CONVENIENCE
CALL FOR ASSISTANCE 907-276-0544

EXHIBIT C
Page 13 of 14



**Accu-Type Depositions**
16545 Southcliff Circle
Anchorage, AK 99516
(907) 276-0544
www.accutypedepositions.com

# Invoice

Number: **12182024**

Date: **December 18, 2006**

**Bill To:**
Donna Meyers
Delaney, Wiles
1007 West Third Avenue
Suite 400
Anchorage, AK 99501

**Ship To:**
SAME

| Case # | Terms | Case Name |
|---|---|---|
| 3:06-CV-0083-TMB | Upon Receipt | Winters vs. Chugiak |

| Date | Description | Amount |
|---|---|---|
| 12/18/06 | Delivery of Deposition Transcript of Jan Freels taken by Attorney Sonja Kerr before Reporter Lisa Nelson + Word Indexing + Condensed Transcript + Word + E-Tran | 353.00 |
| 12/18/06 | Exhibits to Above Deposition | 33.00 |

THANK YOU FOR ORDERING A COPY!

WE ACCEPT CREDIT CARDS FOR YOUR CONVENIENCE.....

**Total** **$386.00**

Thank you for Choosing Accu-Type Depositions.
WE APPRECIATE YOUR BUSINESS

OUR FEDERAL I.D. #92-0090322

WE ACCEPT CREDIT CARDS FOR YOUR CONVENIENCE
CALL FOR ASSISTANCE 907-276-0544

EXHIBIT C
Page 14 of 14