# Attachment D
## ITEMIZATION OF COST BILL ITEMS

### Helen Winters v. Chugiak Senior Citizens, Inc.
Case No.  3:06-cv-00083 TMB

### EXEMPLIFICATION AND COPIES

IN-HOUSE/OUTSIDE COPY COSTS

| DATE | | COST |
|------|---|---|
| 4/20/06 | Alaska Legal Copy – Copy of CSC file | 45.69 |
| 4/26/06 | Alaska Court System – Copy file 3AN-93-11243Ci | 9.50 |
| 8/2/06 | Professional Legal Copy – Plaintiff's First Supplemental Disclosures | 142.65 |
| 8/3/06 | Alaska Legal Copy –Copy of files from Care Plans, Inc. files from record deposition | 78.75 |
| 9/21/06 | Professional Legal Copy – materials for psychiatric expert | 166.74 |
| 10/25/06 | Professional Legal Copy – Personnel file | 357.82 |
| 11/31/06 | Copies from Delaney, Wiles for documents produced at Supplemental Disclosures 14 through 23 | 718.70 |
| **TOTAL** | | **1519.85** |

TRIAL EXHIBIT PREPARATION COSTS

| DATE | | COST |
|------|---|---|
| 12/7/06 | Professional Legal Copy – Trial Exhibits | 413.59 |
| 12/11/06 | Professional Legal Copy – Trial Exhibits | 1,360.96 |
| 12/21/06 | Professional Legal Copy – Trial Exhibits | 200.34 |
| 12/21/06 | Professional Legal Copy – Trial Exhibits [Invoices 78764 and 78809] | 806.79 |
| **TOTAL** | | **2,781.68** |

| | |
|---|---|
| **Total for out-sourced copy costs** | 1,519.85 |
| **Total for Trial Exhibit copy costs** | 2,781.68 |
| **TOTAL** | **4,301.53** |



# *Alaska Legal Copy*

731 I Street, Suite 102
Anchorage, Alaska 99501
(907) 272-1265

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/18/2006 | 221815 |

| BILL TO |
|---------|
| Delaney, Wiles, Hayes, Gerety & Ellis<br>1007 W. 3rd Ave., #400<br>Anchorage, AK 99501 |

| SHIP TO |
|---------|
| Same<br>Attn:Shelly<br>279-3581 |

RECEIVED
APR 18 2006
DELANEY WILES, INC.

| P.O. NO. | TERMS | REP | PROJECT | CLIENT MATTER # |
|----------|-------|-----|---------|-----------------|
|  | Net 30 | ADH |  | Winters v CSC |

| CODE # | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|--------|-------------|----------|------|--------|
| 100 | 8.5 x 11 copies, litigation type, one set | 501 | 0.09 | 45.09 |
| 420 | Special stock; 8.5 x 11, colored | 12 | 0.05 | 0.60 |

THANK You

| | Total | $45.69 |
|--|-------|--------|
| Signature: | | |

EXHIBIT D
Page 1 of 3



# Alaska Legal Copy

731 I Street, Suite 102
Anchorage, Alaska 99501
272-1265 or Fax 272-2826
aklegal@alaska.net



| CHARGE TO: | DATE: _4/18/06_ |
|---|---|
| _Delaney Wiles_ | DATE PROJECT NEEDED: _4/18/06_ |
| ADDRESS: _1007 W. 3rd Suite 400 99501_ | TIME PROJECT NEEDED: _So_ |
| CONTACT PERSON: _Shelly_ | PHONE # _257-0735_ |
| CLIENT MATTER NO. _Winters v CSK_ | ACCOUNT # | TERMS NET 30 DAYS |

### CALL US AT 272-1265 FOR PICKUP AND DELIVERY

NUMBER OF CARTONS / ORIGINALS: _____ RESTAPLE ORIGINALS: _____ STAPLE COPIES: _____

NUMBER OF COPIES REQUIRED: _1_ 2 HOLE DRILL: _____ 3 HOLE DRILL: _____

COPY ALL DOCUMENTS: _____ G.B.C. COMB BIND: _____ ACCO BIND: _____

COPY PARTIAL: _____ VELLO BIND: _____ SCREW POST: _____

COPY BOTH SIDES: _____

**MIRROR COPY:** _____

A MIRROR COPY means we will furnish you with an exact duplicate copy - ie color will be copied in color, copies and originals will be stapled like originals, books will be bound like originals (if possible), file folders furnished like originals, ect.

REDUCE 8.5 X 14 TO 8.5 X 11: _____

SHRED DOCUMENTS: _____    SCANNING    DOCUMENT NUMBERING

FULL SPECTRUM COLOR COPYING    OCR: _____    ORIGINALS: _____

COPIES PER ORIGINAL: _____    ARCHIVE: _____    COPY: _____

SAME SIZE: _____    # OF DISKS: _____    BEGINNING NUMBER: _____

REDUCE TO ___X___

ENLARGE TO ___X___

MOUNT ON FOAMCORE _____    **EXHIBITS**

| COPY SAME SIZE: _____ |
| ENLARGE TO ___X___ |
| REDUCE TO ___X___ |
| MOUNT ON FOAMCORE: _____ |

LAMINATE _____

### Certain jobs may require " Special Handling "- Additional charges may apply.

_remove yellow stickies when copy – place colored divider
sheet at each yellow sticky_

ALASKA COURT SYSTEM

| | | | |
|---|---|---|---|
| Receipt Type | **Case** | Outstanding Amount | 0.00 |
| Receipt Number | **161267** | Receipt Date | **04/27/2006** |

Case Number  **3AN-93-11243CI**

Description  **Chugiak senior, Citizens vs. Nestel, Robert**

Received From  **Delaney Wiles Hayes Gerety Ellis & Young**

On Behalf Of  **Chugiak senior, Citizens**

**Itemized Listing:**

| Description | Amount |
|---|---|
| Copies Made (Case) | 9.50 |

| Receipt Payments | Amount | Reference Description |
|---|---|---|
| **Check** | **9.50** | **27995** |

| | |
|---|---|
| Total Received | 9.50 |
| Net Received | 9.50 |
| Change | 0.00 |

Comments

Deputy Register  **aiaea**     Transaction Date  **04/27/2006** 16:08:53

EXHIBIT  D
Page  3  of  31

## DELANEY WILES, INC.
## CHECK REQUEST FORM

**ATTORNEY APPROVAL REQUIRED**
**FOR ALL CHECKS**    Client Cost

| | |
|---|---|
| Date of Request | Wednesday, August 02, 2006 |
| Requested By | DKD |
| For Attorney | Donna M. Meyers |
| Client/Matter Number | |
| File Name | Winters v. CSC |
| Pay To | Professional Legal Copy |

| Description of Expenditures | Amount |
|---|---|
| Copying of Plaintiff's First Supplemental Disclosures | $142.65 |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |

| Accounting Code | Amount |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |

Total Amount Paid    $142.65

Check No. 29443

Date Paid 8/2/06

Processed By AUM

**Approved By**

EXHIBIT D
Page 4 of 31

# Professional
# Legal
# Copy

360 K Street
Suite 101
Anchorage, Alaska 99501

Phone: 277-2679
Fax: 277-2689
www.prolegalcopy.com

EIN - 13-4333691    **Invoice**

| Date | Invoice # |
|------|-----------|
| 8/2/2006 | 75519 |

| Bill To |
|---------|
| Delaney Wiles Hayes Gerety Ellis & Young<br>1007 W.3rd. Ave. Suite 400<br>Anchorage, Alaska 99501 |

| Ship To |
|---------|
| Delaney Wiles Hayes Gerety Ellis & Young<br>1007 W.3rd. Ave. Suite 400<br>Anchorage, Alaska 99501 |

| Client Matter | Terms | Ship Via |
|---------------|-------|----------|
| Winters v CSC | EOM | Our Truck |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Flat Rate For Litigation Copies | 1,585 | 0.09 | 142.65 |
| Attn: Donna | | | |

It's been a pleasure working with you!

**Total**    **$142.65**

EXHIBIT D
Page 5 of 31

28443

**DELANEY WILES, INC.**
COST ACCOUNT
1007 W. 3RD AVE. STE. 400
ANCHORAGE, AK 99501

DATE ~~A~~ August 2, 2000

89-6-1252

PAY TO THE
ORDER OF _Professional Legal Copy_____ $ 142.65

One hundred forty-two and 65/100--------------------------------- **DOLLARS**

 **First National Bank**
**A L A S K A** MEMBER FDIC
www.FNBAlaska.com

NOT NEGOTIABLE

⑈⑈0 28443⑈⑈ ⑈125200060⑈ 0110 087 4⑈⑈

DELANEY WILES, INC.

DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com
**DELUXE - FORM DVCG-2 V-7**

Professional Legal Copy -  Copying of Plaintiff's first supplemental
disclousures              # 75579

DMM

Winters v. CSC

POSTED

EXHIBIT _D_
Page _6_ of _31_



# Alaska Legal Copy

# Invoice

731 I Street, Suite 102
Anchorage, Alaska 99501
(907) 272-1265

| DATE | INVOICE # |
|------|-----------|
| 8/3/2006 | 223329 |

| BILL TO |
|---------|
| Delaney Wiles, Inc.<br>1007 W. 3rd Ave., #400<br>Anchorage, AK  99501 |

| SHIP TO |
|---------|
| Same<br>Attn: Bill Mosley<br>279-3581 |

RECEIVED
AUG 3 2006
DELANEY WILES, INC.

| P.O. NO. | TERMS | REP | PROJECT | CLIENT MATTER # |
|----------|-------|-----|---------|-----------------|
|  | Net 30 | RH |  | Helen winters |

| CODE # | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|--------|-------------|----------|------|--------|
| 100 | 8.5 x 11 copies, litigation type, one set | 875 | 0.09 | 78.75 |
| 470 | Staples/clips, removed, replaced | 100 | 0.00 | 0.00 |
|  | Copies only.  Originals returned to Care Plans, Inc.  Attn: Kathy A. Huskey. |  |  |  |

THANK YOU

| Signature: | | **Total** | $78.75 |
|------------|--|-----------|--------|



# Alaska Legal Copy

**731 I Street, Suite 102**
**Anchorage, Alaska 99501**
**272-1265 or Fax 272-2826**
copies@aklegal.net | www.aklegal.net



*Delaney*

**CHARGE TO:** *Bill Mosley* (copies)

**ADDRESS:**

**DATE:** 7.31.06

**DATE PROJECT NEEDED:** 8.13.06

**TIME PROJECT NEEDED:** AM

**CONTACT PERSON:** 279.3381 (Bill)    **PHONE #**

**CLIENT MATTER NO.** *Helen Winters*    **ACCOUNT #**    **TERMS** NET 30 DAYS

### CALL US AT 272-1265 FOR PICKUP AND DELIVERY

**NUMBER OF CARTONS / ORIGINALS:** 4    RESTAPLE ORIGINALS: ✓    STAPLE COPIES: ✓

**NUMBER OF COPIES REQUIRED:** 1    2 HOLE DRILL: _____    3 HOLE DRILL: _____

**COPY ALL DOCUMENTS:** ✓    G.B.C. COMB BIND: _____    ACCO BIND: _____

**COPY PARTIAL:** _____    VELLO BIND: _____    SCREW POST: _____

**COPY BOTH SIDES:** (NO)    **MIRROR COPY:** _____

**REDUCE 8.5 X 14 TO 8.5 X 11:** _____    A MIRROR COPY means we will furnish you with an exact duplicate copy - ie color will be copied in color, copies and originals will be stapled like originals, books will be bound like originals (if possible), file folders furnished like originals, ect.

**SHRED DOCUMENTS:** _____    **SCANNING**    **DOCUMENT NUMBERING**

**FULL SPECTRUM COLOR COPYING**    OCR: _____    ORIGINALS: _____

**COPIES PER ORIGINAL:** _____    ARCHIVE: _____    COPY: _____

**SAME SIZE:** _____    # OF DISKS: _____    BEGINNING NUMBER: _____

**REDUCE TO___X___**

**ENLARGE TO___X___**    COPY SAME SIZE: _____

**MOUNT ON FOAMCORE** _____    **EXHIBITS**    ENLARGE TO___X___ (Split)

**LAMINATE** _____    REDUCE TO___X___

MOUNT ON FOAMCORE: _____

### Certain jobs may require " Special Handling "- Additional charges may apply.

*Kathy A. Huskey*  7.31.06    → * originals back !!

*Care Plans, Inc.*  10244 Colville St.
*Eagle River, AK*
*Office & Fax 907-696-3387*  99577

EXHIBIT D
Page 8 of 31



**DELANEY WILES, INC.**
COST ACCOUNT
1007 W. 3RD AVE. STE. 400
ANCHORAGE, AK 99501

28469

89-6-1252

PAY TO THE
ORDER OF ___ Alaska Legal Copy

DATE ___ 8/8/06

Seventy-eight and 75/100------------------------------------ $ 78.75

**First National Bank** MEMBER FDIC
A L A S K A
www.FNBAlaska.com

DOLLARS

⑆028469⑆ ⑈125200060⑈ 0110 087 4⑆

DELANEY WILES, INC.

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.
☐ DELUXE BUSINESS FORMS 1-800-328-0304 www.deluxeforms.com
**DELUXE - FORM DVCG-2 V7**

Security Features Included.  🄳  Details on back.

Alaska Legal Copy - Inv. No. 223329

DMM

Winters v. CSC

EXHIBIT D
Page 9 of 21

# DELANEY WILES, INC.
## CHECK REQUEST FORM

**ATTORNEY APPROVAL REQUIRED
FOR ALL CHECKS**          Client Cost

| | |
|---|---|
| Date of Request | Thursday, September 21, 2006 |
| Requested By | DKD |
| For Attorney | Donna M. Meyers |
| Client/Matter Number | |
| File Name | Winters v. CSC |
| Pay To | Professional Legal Copy INVOICE NO. 76674 |

| Description of Expenditures | Amount |
|---|---|
| Information for Psychiatric Expert | $166.74 |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |

| Accounting Code | Amount |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |

Total Amount Paid    $166.74

Check No. 28732

Date Paid  9-21-06

Processed By

**Approved By**

# **P**rofessional
# **L**egal
# **C**opy

**360 K Street**
**Suite 101**
**Anchorage, Alaska 99501**

**Phone: 277-2679**
**Fax: 277-2689**
**www.prolegalcopy.com**

EIN - 13-4333691    **Invoice**

| Date | Invoice # |
|------|-----------|
| 9/20/2006 | 76674 |

| Bill To |
|---------|
| Delaney Wiles<br>1007 W.3rd. Ave. Suite 400<br>Anchorage, Alaska 99501 |

| Ship To |
|---------|
| Delaney Wiles<br>1007 W.3rd. Ave. Suite 400<br>Anchorage, Alaska 99501 |

| Client Matter | Terms | Ship Via |
|---------------|-------|----------|
| Winters | EOM | Our Truck |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Flat Rate For Litigation Copies | 1,436 | 0.09 | 129.24 |
| 3-Ring Binders | 3 | 12.50 | 37.50 |
| Attn: Shelly | | | |

RECEIVED
SEP 21 2006
DELANEY WILES, INC.

All work is complete!

| Total | $166.74 |
|-------|---------|

EXHIBIT D
Page 11 of 31



DELANEY WILES, INC.
COST ACCOUNT
1007 W. 3RD AVE. STE. 400
ANCHORAGE, AK 99501

28732

89-6-1252

DATE ___09/21/2006___

PAY TO THE
ORDER OF ___Professional Legal Copy___

$ *166.74*

One Hundred Sixty Six and 74/100------------------------------------------ DOLLARS

First National Bank
A L A S K A  MEMBER FDIC
www.FNBAlaska.com

THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.
DELUXE BUSINESS FORMS 1-800-328-0304 · www.deluxeforms.com
DELUXE - FORM DVCG-2 V7

Security Features Included.  Details on back.

⑈028732⑈ ⑆125200060⑆ 0110 087 4⑈

DELANEY WILES, INC.

DMM

Winters v CSC

Professional Legal Copy — Invoice #76674

DETACH AND RETAIN THIS STATEMENT

EXHIBIT D
Page 12 of 31

## DELANEY WILES, INC.
## CHECK REQUEST FORM

**ATTORNEY APPROVAL REQUIRED**
**FOR ALL CHECKS**          Client Cost

| | |
|---|---|
| Date of Request | Wednesday, October 25, 2006 |
| Requested By | REB |
| For Attorney | DMM |
| Client/Matter Number | |
| File Name | Winters v. CSC |
| Pay To | Professional Legal Copy |
| | PRo 800 |

| Description of Expenditures | Amount |
|---|---|
| Inv. 77580 - personnel file copies | $357.82 |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |

| Accounting Code | Amount |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |

Total Amount Paid    $357.82

Check No.    28949

Date Paid    10-25-06

Processed By    JCM

**Approved By** _Jan Mann_

# **P**rofessional
# **L**egal
# **C**opy

**360 K Street**
**Suite 101**
**Anchorage, Alaska 99501**

**Phone: 277-2679**
**Fax: 277-2689**
**www.prolegalcopy.com**

EIN - 13-4333691    **Invoice**

| Date | Invoice # |
|------|-----------|
| 10/24/2006 | 77580 |

| Bill To |
|---------|
| Delaney Wiles |
| 1007 W.3rd. Ave. Suite 400 |
| Anchorage, Alaska 99501 |

**RECEIVED**
**OCT 24 2006**
**DELANEY WILES, INC.**

| Ship To |
|---------|
| Delaney Wiles |
| 1007 W.3rd. Ave. Suite 400 |
| Anchorage, Alaska 99501 |

| Client Matter | Terms | Ship Via |
|---------------|-------|----------|
| Winters v CSC | EOM | Our Truck |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Flat Rate For Litigation Copies | 3,648 | 0.09 | 328.32 |
| Multi-Part Folders | 59 | 0.50 | 29.50 |
| Attn: Shelly | | | |

| Have a Great Weekend | **Total** | **$357.82** |
|----------------------|-----------|-------------|

EXHIBIT  D
Page  14  of  31

28949

**DELANEY WILES, INC.**
COST ACCOUNT
1007 W. 3RD AVE. STE. 400
ANCHORAGE, AK 99501

DATE 10/25/06

89-6-1252

PAY TO THE
ORDER OF    Professional Legal Copy                                    $ 357.82

Three Hundred Fifty Seven and 82/100------------------------------DOLLARS


**First National Bank**
A L A S K A  MEMBER FDIC
www.FNBAlaska.com

MP

⑆028949⑆ ⑈125200060⑇ 0110 087 4⑈

DETACH AND RETAIN THIS STATEMENT

DELANEY WILES, INC.

THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.
DELUXE BUSINESS FORMS 1-800-328-0304 www.deluxeforms.com
**DELUXE - FORM DVCG-2 V-7**

Professional Legal Copy - Inv. 77580 File Copies

DMM

Winters v CSC

EXHIBIT D
Page 15 of 31

DATE _11-30-06_

**CLIENT COST SLIP**

CASE NAME _Winter rCSc_

RESPONSIBLE ATTORNEY _DMM_    CLIENT NO. _34990_    MATTER NO. _1_

| **1.** | **LONG DISTANCE PHONE CALL** |
|---|---|

PERSON MAKING THE CALL _____ EXT. _____

PARTY CALLED _____

CITY CALLED _____

NUMBER CALLED _____

LENGTH OF CALL _____ MINUTES ___

COST OF CALL    $ _____

   TAX    _____

   OVERHEAD    _____

TOTAL COST OF CALL $ _____

PERSONAL LONG DISTANCE CALL
BY AN EMPLOYEE

CHARGE TO _____

_____

| **2.** | **COPIER CHARGES** |
|---|---|

_10,622_ COPIES @ _.1⁰_ ¢ PER COPY = $ _1062.20_

_cc_ _____ ¢    $ _____

| **3.** | **POSTAGE CHARGES** |
|---|---|

DESCRIPTION _____ $ _____

_____ $ _____

| **4.** | **TRAVEL CHARGES** |
|---|---|

AIR FARE _____ $ _____

CAR RENTAL _____ $ _____

HOTEL _____ $ _____

MEALS _____ $ _____

OTHER _____ $ _____

_____ $ _____

| **5.** | **OTHER SERVICES PROVIDED TO CLIENT** |
|---|---|

_____ $ _____

_____ $ _____

_____ $ _____

_____ $ _____

PROCESSED BY
ACCOUNTING DEPT. _1-17-06_    _c_

      DATE                    BY

EXHIBIT _D_
Page _16_ of _31_

| COPY CODES BILLING CLIENTS FOR NOVEMBER 2006 | | | |
|---|---|---|---|
| 5555 | ADMIN | | |
| 1039 | ACOSTA V. CHELINS | TJL | 33 |
| 1032 | AHTNA V. HEDLAND | CAY | |
| 1022 | ALLEN V. LEE | DMM | |
| 1007 | ARMSTRONG V. E&S | DMM | 145 |
| 1011 | DISLER V. MCCALLUM | TJL | |
| 1004 | FARRIS V. ARH | TJL | 152 |
| 1047 | GIBSON V. LEE | TJL | 116 |
| 1026 | GIERINGER V. GEITZ | TJL | 3658 |
| 1013 | GLOVER V. STRANSKY | TJL | 113 |
| 1014 | GRENZ V. LIST | TJL | 388 |
| 1017 | WINTERS V. CSC | DMM | 10,622 |
| 1035 | HIPKISS V. FALCONER | DMM | |
| 1050 | JOHNSON V. 1ˢᵗ BAPTIST | TJL | |
| 1010 | MOSHER V. RICHEY | TJL | |
| 1012 | PUDDICOMBE V. MAT-SU | TJL | |
| 1008 | SAETERN V. ARH | TJL | |
| 1005 | TEBO V. MAT-SU | TJL | |
| 1029 | TOLIVER V. ALCAN | TJL | 308 |
| 1040 | WADE V. ILISAGVIK | CLD | 1040 |
| 1016 | LOOSLI-RAMERT V. LIST | TJL | 183 |
| 1019 | JACKSON V. SPENCER | TJL | 392 |
| 1024 | RASMUSSEN V. SPORTWORKS | TJL | |
| 1020 | DOUGLAS V. JAMES, M.D. | DMM | 10 |
| 1021 | DAVIDSON V. BENEDETTI | TJL | 96 |
| 1023 | LaFAVE V. TOWER | TJL | 5 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 122509 | | | |

## DELANEY WILES, INC.
## CHECK REQUEST FORM

**ATTORNEY APPROVAL REQUIRED**
**FOR ALL CHECKS**          Client Cost

| | |
|---|---|
| Date of Request | Thursday, December 07, 2006 |
| Requested By | DKD |
| For Attorney | Donna M. Meyers |
| Client/Matter Number | |
| File Name | Winters v. CSC |
| Pay To | Professional Legal Copy |
| | ΓΡοβ06 |

| Description of Expenditures | Amount |
|---|---|
| Litigation copies re trial exhibits | $413.59 |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |

| Accounting Code | Amount |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |

Total Amount Paid    $413.59

Check No. 29145

Date Paid 12/7/06

Processed By

**Approved By**

**P**rofessional

**L**egal

**C**opy

360 K Street
Suite 101
Anchorage, Alaska 99501

Phone: 277-2679
Fax: 277-2689
www.prolegalcopy.com

EIN - 13-4333691    **Invoice**

| Date | Invoice # |
|------|-----------|
| 12/6/2006 | 78511 |

| Bill To |
|---------|
| Delaney Wiles<br>1007 W.3rd. Ave. Suite 400<br>Anchorage, Alaska 99501 |

| Ship To |
|---------|
| Delaney Wiles<br>1007 W.3rd. Ave. Suite 400<br>Anchorage, Alaska 99501 |

RECEIVED
DEC 6 2006
DELANEY WILES, INC.

| Client Matter | Terms | Ship Via |
|---------------|-------|----------|
| Winters | EOM | |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Flat Rate For Litigation Copies | 3,876 | 0.09 | 348.84 |
| Multi-Part Folders | 122 | 0.50 | 61.00 |
| Color 8.5 x 11 | 3 | 1.25 | 3.75 |
| | | | |
| Attn: Shelly | | | |
| All work is complete! | | **Total** | **$413.59** |

**Remit Payment To**
**360 K Street, Suite 101**
**Anchorage, Alaska 99501**

EXHIBIT D
Page 19 of 31

DELUXE DOUBLE VOUCHER

**DELANEY WILES, INC.**
COST ACCOUNT
1007 W. 3RD AVE. STE. 400
ANCHORAGE, AK 99501

29145

89-6-1252

DATE 12/07/2006

PAY TO THE
ORDER OF ___Professional Legal Copy_____ $**413.59**

Four Hundred Thirteen and 59/100———————————————— DOLLARS

**First National Bank**
A L A S K A MEMBER FDIC
www.FNBALaska.com

DELANEY WILES, INC.

THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.
DELUXE BUSINESS FORMS · 1-800-328-0304 www.deluxeforms.com

**DELUXE · FORM DVCG-2  V-7**

Security Features Included.  Details on back.

⑆029145⑆ ⑈125200060⑈ 0110 08?4⑈

DETACH AND RETAIN THIS STATEMENT

Professional Legal Copy — Invoice #78511

DMM

Winters v. CSC

# DELANEY WILES, INC.
## CHECK REQUEST FORM

**ATTORNEY APPROVAL REQUIRED
FOR ALL CHECKS**         Client Cost

| | |
|---|---|
| Date of Request | Friday, December 08, 2006 |
| Requested By | DKD |
| For Attorney | Donna M. Meyers |
| Client/Matter Number | |
| File Name | Winters v. CSC |
| Pay To | Professional Legal Copy |

| Description of Expenditures | Amount |
|---|---|
| Exhibit Copying | $1,360.96 |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |

| Accounting Code | Amount |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |

Total Amount Paid   ~~$1.00~~ **1,360.96**

Check No. 29157

Date Paid 12/19/06

Processed By

**Approved By**

# **P**rofessional
# **L**egal
# **C**opy

**360 K Street**
**Suite 101**
**Anchorage, Alaska 99501**

**Phone: 277-2679**
**Fax: 277-2689**
**www.prolegalcopy.com**

EIN - 13-4333691   **Invoice**

| Date | Invoice # |
|------|-----------|
| 12/8/2006 | 78578 |

| Bill To |
|---------|
| Delaney Wiles<br>1007 W.3rd. Ave. Suite 400<br>Anchorage, Alaska 99501 |

| Ship To |
|---------|
| Delaney Wiles<br>1007 W.3rd. Ave. Suite 400<br>Anchorage, Alaska 99501 |

| Client Matter | Terms | Ship Via |
|---------------|-------|----------|
| Winters | EOM | Our Truck |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Flat Rate For Litigation Copies | 10,844 | 0.09 | 975.96 |
| Laminated Tabs | 345 | 0.50 | 172.50 |
| 3-Ring Binders | 17 | 12.50 | 212.50 |
| | | | |
| Attn: Shelly or Donna | | | |

It's been a pleasure working with you!

| **Total** | **$1,360.96** |
|-----------|---------------|

**Remit Payment To**
**360 K Street, Suite 101**
**Anchorage, Alaska 99501**

EXHIBIT D
Page 22 of 31

DELANEY WILES, INC.
COST ACCOUNT
1007 W. 3RD AVE. STE. 400
ANCHORAGE, AK 99501

**First National Bank**
A L A S K A    MEMBER FDIC
www.FNBAlaska.com

PAY TO THE
ORDER OF    Professional Legal Copy

One Thousand Three Hundred Sixty and 96/100————————

DELANEY WILES, INC.

DATE    12/11/2006

89-6-1252

29157

$**1360.96**

————— DOLLARS

⑆029157⑆ ⑈125 200060⑈ 0110 087 4⑈

Security Features Included. 🔒 Details on back.    MP

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED
DELUXE BUSINESS FORMS 1-800-328-0304 www.deluxeforms.com
**DELUXE - FORM DVCG-2 V-7**

DMM

Winters v. CSC

Professional Legal Copy - Invoice #78578

# **P**rofessional
# **L**egal
# **C**opy

EIN - 13-4333691    **Invoice**

**360 K Street**
**Suite 101**
**Anchorage, Alaska 99501**

**Phone: 277-2679**
**Fax: 277-2689**
**www.prolegalcopy.com**

| Date | Invoice # |
|---|---|
| 12/20/2006 | 78806 |

| Bill To |
|---|
| Delaney Wiles<br>1007 W.3rd. Ave. Suite 400<br>Anchorage, Alaska 99501 |

| Ship To |
|---|
| Delaney Wiles<br>1007 W.3rd. Ave. Suite 400<br>Anchorage, Alaska 99501 |

| Client Matter | Terms | Ship Via |
|---|---|---|
| Winters v CSC | EOM | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Flat Rate For Litigation Copies | 2,226 | 0.09 | 200.34 |
| Attn: Donna | | | |

| All work is complete! | | **Total** | **$200.34** |

**Remit Payment To**
**360 K Street, Suite 101**
**Anchorage, Alaska 99501**

EXHIBIT D
Page 24 of 31



DELANEY WILES, INC.
COST ACCOUNT
1007 W. 3RD AVE. STE. 400
ANCHORAGE, AK 99501

DATE ___ Dec. 21, 2006

29219

89-6-1252

PAY TO THE
ORDER OF ___ Professional Legal Copy

Two hundred and 34/100 ───────────────────────────────── $ 200.34

─────────────────────────────────────────────── DOLLARS

First National Bank
A L A S K A   MEMBER FDIC
www.FNBAlaska.com

⑆29219⑆ ⑈125200060⑈ 0110 087 4⑈

DELANEY WILES, INC.

AP

Security Features Included. 🔒 Details on back.

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.
☐ DELUXE BUSINESS FORMS 1-800-328-0304 · www.deluxeforms.com

DELUXE - FORM DVCG-2  V-7

Professional Legal Copy

DWM

Winters v. CSC

Professional Legal Copy - Invoice # 78806

## DELANEY WILES, INC.
## CHECK REQUEST FORM

**ATTORNEY APPROVAL REQUIRED
FOR ALL CHECKS**          Client Cost

| | |
|---|---|
| Date of Request | Wednesday, December 20, 2006 |
| Requested By | DKD |
| For Attorney | Donna M. Meyers |
| Client/Matter Number | |
| File Name | Winters v. CSC |
| Pay To | Professional Legal Copy Invoice 78809 |

| Description of Expenditures | Amount |
|---|---|
| Litigation Copying | $479.54 |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |

| Accounting Code | Amount |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |

Total Amount Paid    $479.54

Check No. 29222

Date Paid 12/21/06

Processed By

**Approved By**

EXHIBIT ___D___
Page _26_ of _31_

# **P**rofessional
# **L**egal
# **C**opy

EIN - 13-4333691    **Invoice**

**360 K Street**
**Suite 101**
**Anchorage, Alaska 99501**

**Phone: 277-2679**
**Fax: 277-2689**
**www.prolegalcopy.com**

| Date | Invoice # |
|------|-----------|
| 12/20/2006 | 78809 |

| Bill To |
|---------|
| Delaney Wiles |
| 1007 W.3rd. Ave. Suite 400 |
| Anchorage, Alaska 99501 |

| Ship To |
|---------|
| Delaney Wiles |
| 1007 W.3rd. Ave. Suite 400 |
| Anchorage, Alaska 99501 |

| Client Matter | Terms | Ship Via |
|---------------|-------|----------|
| Winters | EOM | Our Truck |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| *** Quote  Price *** | | | |
| Scan Grey Scale/Black & White | 7,179 | 0.0654 | 469.54 |
| CD Duplication | 1 | 10.00 | 10.00 |
| | | | |
| Attn: Shelly | | | |

| It's been a pleasure working with you! | **Total** | **$479.54** |
|----------------------------------------|-----------|-------------|

**Remit Payment To**
**360 K Street, Suite 101**
**Anchorage, Alaska 99501**

EXHIBIT___D
Page 27 of 31



DELANEY WILES, INC.
COST ACCOUNT
1007 W. 3RD AVE. STE. 400
ANCHORAGE, AK 99501

29222

89-6-1252

DATE ___Dec. 21, 2006___

PAY TO THE
ORDER OF ___Professional Legal Copy___ $ 806.79

Eight hundred six and 79/100————————————————————— DOLLARS

First National Bank
A L A S K A  MEMBER FDIC
www.FNBAlaska.com

⑆0 29 2 2 2⑈ ⑇1 25 2000 60⑈ 0110 087 4⑈

DELANEY WILES, INC.

Professional Legal Copy

DWM

Winters v. CSC

Professional Legal Copy – Invoice #s 78764 & 78809

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.
DELUXE BUSINESS FORMS 1-800-328-0304  www.deluxeforms.com
DELUXE · FORM DVCG-2 V7

Security Features Included.   Details on back.

EXHIBIT ___D___
Page ___28___ of ___31___

## DELANEY WILES, INC.
## CHECK REQUEST FORM

**ATTORNEY APPROVAL REQUIRED
FOR ALL CHECKS**          Client Cost

| | |
|---|---|
| Date of Request | Wednesday, December 20, 2006 |
| Requested By | DKD |
| For Attorney | Donna M. Meyers |
| Client/Matter Number | |
| File Name | Winters v. CSC |
| Pay To | Professional Legal Copy<br>Invoice 78764 |

| Description of Expenditures | Amount |
|---|---|
| Litigation Copying | $327.25 |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |

| Accounting Code | Amount |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |

Total Amount Paid    $327.25

Check No. 29222

Date Paid  12 / 21 / 06

Processed By

**Approved By**

EXHIBIT D
Page 29 of 31

# **P**rofessional
# **L**egal
# **C**opy

**360 K Street**
**Suite 101**
**Anchorage, Alaska 99501**

EIN - 13-4333691    **Invoice**

Phone: 277-2679
Fax: 277-2689
www.prolegalcopy.com

| Date | Invoice # |
|------|-----------|
| 12/18/2006 | 78764 |

| Bill To |
|---------|
| Delaney Wiles<br>1007 W.3rd. Ave. Suite 400<br>Anchorage, Alaska 99501 |

| Ship To |
|---------|
| Delaney Wiles<br>1007 W.3rd. Ave. Suite 400<br>Anchorage, Alaska 99501 |

| Client Matter | Terms | Ship Via |
|---------------|-------|----------|
| Winters | EOM | Pick Up |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Flat Rate For Litigation Copies | 2,575 | 0.09 | 231.75 |
| Laminated Tabs | 41 | 0.50 | 20.50 |
| 3-Ring Binders | 6 | 12.50 | 75.00 |
| Attn: Shelly | | | |

| It's been a pleasure working with you! | **Total** | **$327.25** |
|---|---|---|

**Remit Payment To**
**360 K Street, Suite 101**
**Anchorage, Alaska 99501**

EXHIBIT _D_
Page _30_ of _31_



DELANEY WILES, INC.
COST ACCOUNT
1007 W. 3RD AVE. STE. 400
ANCHORAGE, AK 99501

29222

89-6-1252

PAY TO THE ORDER OF:    Professional Legal Copy

DATE    Dec. 21, 2006

$806.79

Eight hundred six and 79/100----------------------------------------------------- DOLLARS

First National Bank
A L A S K A  MEMBER FDIC
www.FNBAlaska.com

⑈029222⑈ ⑊125200060⑈ 0110 087 4⑈

Security Features Included. ⊞ Details on back.

DELANEY WILES, INC.

THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.
DELUXE BUSINESS FORMS 1-800-328-0304 www.deluxeforms.com
DELUXE - FORM DVCG-2 V-7

DETACH AND RETAIN THIS STATEMENT

Professional Legal Copy

DM

Winters v. CSC

Professional Legal Copy - Invoice #s 78764 & 78809

EXHIBIT D
Page 31 of 31