Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>          Plaintiff,<br><br>     v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>          Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 3:06-cv-00083-TMB |

**RE-NOTICE OF COST BILL HEARING**

Defendant CHUGIAK SENIOR CITIZENS, INC., through counsel and pursuant to Rule 54.1(a) of the Local Rules of the District Court for the District Court of Alaska, gives notice that the hearing for the taxation of costs, formerly scheduled for December 18, 2007 at 9:00 a.m., will now be held at 9:00 a.m. on December 19, 2007 before the Clerk of the United States District Court for the District of Alaska, 222 W. 7th Avenue, Room 229, Anchorage, Alaska 99501.

DATED at Anchorage, Alaska, this 13th day of December, 2007.

DELANEY WILES, INC.
Attorneys for Chugiak Senior Citizens, Inc.

s/Donna M. Meyers and Clay A. Young
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, Alaska  99501
Phone:  907-279-3581
Fax:  907-277-1331
E-mail:  dmm@delaneywiles.com
           and cay@delaneywiles.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of December 2007, a copy of the above was served electronically on:

Jim Davis, Jr.
Nikole M. Nelson
Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

s/Donna M. Meyers (137703)