UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

7-36024

**CASE INFORMATION:**
Short Case Title: Winters v Chugiak Senior Citizens Inc.
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: TIMOTHY M BURGESS - 3:06-CV-00083-TMB
Date Complaint Filed: 4/14/2006
Date Appealed Orders *entered*: 8/17/2007 and 9/26/2007
Date NOA *filed*: 10/25/2007
COA Status (check one):
__granted in full (attach order)   __denied in full (send record)
__granted in part (send record)    __pending


DEC 1 4 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Court Reporter(s) Name and Phone Number: April Karper - 907-677-6102; Caroline Edmiston - 907-677-6103, Suzannette Lucero - 907-677-6111, Dan Maus - 907-677-6123, and Linda Christensen- 907-677-6254,
Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: __                Date Docket Fee billed: __
Date FP granted: 11/29/2007             Date FP denied: __
Is FP pending? _no                      Was FP Limited/Revoked?
US Government Appeal?  _no              Companion Cases? Please list: __

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                      Appellee Counsel:

**Sonja D. Kerr**                       **Donna M. Meyers**
Alaska Legal Services Corporation       Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.
1016 W 6th Avenue, Suite 200            1007 W. 3rd Avenue, Suite 400
Anchorage, AK 99501                     Anchorage, AK 99501
907-222-4523                            907-279-3581

X _retained   __CJA   __FPD   __FPD   __Other     Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __              Address: __
Custody: __                  Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __          9th Circuit Docket Number: __

Name and phone number of person completing this form: Nancy Lealaisalanoa - 907-677-6122.