IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her power of attorney Carol Winters,<br><br>  Plaintiff,<br><br>vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>  Defendant. | Case No. 3:06-cv-00083-TMB |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' BILL OF COSTS**

Comes now, Helen Winters, and by Counsel, herein responds as follows to CSC's Bill of Costs (Doc. 313):

1. Defendants CSC is not entitled to any costs as CSC is not a prevailing party; matters have been returned to the State Court, and other matters have been appealed. No showing required for an interim award has been made.

2. Defendant CSC should not be permitted to recover costs from Plaintiff Winters who has been deemed in forma pauperis by order of this Court. See, Doc. No. 310; Doc. No. 305. Ms. Helen Winters has no property or assets as explained in the IFP affidavit.

3. Plaintiff Winters should not be required to pay the $350.00 filing fee. Defendant CSC caused the filing fee in this matter. The case was originally brought in state court. In state court, Plaintiff Winters is not required to pay a filing fee because she was represented by Alaska Legal Services. See, Ak. Rule 9.

LAW OFFICES OF
ALASKA LEGAL SERVICES CORPORATION
ANCHORAGE AND STATEWIDE OFFICE
1016 WEST SIXTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1963
(907) 272-9431

4. Defendant CSC did not attempt to make service via Rule 4 and therefore is not entitled to costs for any service costs of $195.00.

5. Plaintiff Winters should not be assessed transcript costs. Ms. Winters is entitled to a free transcript as an IFP in the 9th Circuit and the same should be applied as far as any transcripts for depositions.

6. Plaintiff Winters should not be assessed costs of copies. ALSC offered early on to have electronic transfer of documents to avoid such costs.

DATED: December 19, 2007  ALASKA LEGAL SERVICES CORPORATION

> Attorneys for Plaintiff
> Helen Winters
> through her power of attorney Carol Winters
>
> s/Sonja Kerr
> ALASKA LEGAL SERVICES
> 1016 West 6th Avenue, Suite 200
> Anchorage, Alaska 99501
> PHONE: (907) 274-9431
> FAX: (907) 279-7417
> E-mail: skerr@alsc-law.org
> Alaska Bar No. 0409051

### Certificate of Service

I hereby certify that on the 19th day of December, 2007, a copy of this document was served electronically:

Donna M. Meyers
Delaney, Wiles
1007 W. Third Avenue, Suite 400
Anchorage, AK 99501.

S/Sonja D. Kerr (0409051)

Response to Defendants' Bill of Costs
Case No. 3:06-cv-00083-TMB
Page 2 of 2

LAW OFFICES OF
ALASKA LEGAL SERVICES CORPORATION
ANCHORAGE AND STATEWIDE OFFICE
1016 WEST SIXTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1963
(907) 272-9431