Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>                          Plaintiff,<br><br>      v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>                          Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 3:06-cv-00083-TMB |

**MOTION FOR DETERMINATION OF PREVAILING PARTY STATUS IN CONNECTION WITH AWARD OF COSTS**

Defendant CSC, through counsel, hereby requests the court determine that it was the prevailing party on the matters before this court, such that a clerk may complete the taxation of costs process pursuant to Fed. R. Civ. P. 54(d).  This motion is supported by the memorandum and affidavit submitted herewith.

DATED at Anchorage, Alaska, this 21st day of February, 2008.

> DELANEY WILES, INC.
> Attorneys for Chugiak Senior Citizens, Inc.
>
> s/Clay A. Young and Donna M. Meyers
> Delaney Wiles, Inc.
> 1007 W. Third Avenue, Suite 400
> Anchorage, Alaska  99501
> Phone:  907-279-3581
> Fax:  907-277-1331
> E-mail:  dmm@delaneywiles.com
>           and cay@delaneywiles.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of February, 2008, a copy of the above was served electronically on:

Jim Davis, Jr.
Nikole M. Nelson
Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

s/Clay A. Young
139719