**Donna K. Daniels - Activity in Case 3:06-cv-00083-TMB Winters v. Chugiak Senior Citizens Inc. Clerk's Notice**

**From:**    <cmecfmail@akd.uscourts.gov>
**To:**    <cmecfmail@akd.uscourts.gov>
**Date:**    12/19/2007 3:05 PM
**Subject:**    Activity in Case 3:06-cv-00083-TMB Winters v. Chugiak Senior Citizens Inc. Clerk's Notice

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

**U.S. District Court**

**District of Alaska**

## Notice of Electronic Filing

The following transaction was entered on 12/19/2007 at 3:04 PM AST and filed on 12/19/2007
**Case Name:**    Winters v. Chugiak Senior Citizens Inc.
**Case Number:**    3:06-cv-83
**Filer:**
**WARNING: CASE CLOSED on 11/27/2007**
**Document Number:** 318(No document attached)

**Docket Text:**
CLERK'S NOTICE: A cost bill hearing was held on December 19, 2007, at 9:00 a.m.. Sonja Kerr appeared for the plaintiff and Clay Young appeared for the defendant. Plaintiff raised the question of prevailing party; once this issue is decided by the court the clerk will consider the costs. (PRR, COURT STAFF)

**3:06-cv-83 Notice has been electronically mailed to:**

Sonja D. Kerr    skerr@alsc-law.org

Donna M. Meyers    dmm@delaneywiles.com, dkd@delaneywiles.com, usdcuser@delaneywiles.com

William Eugene Moseley    wem@delaneywiles.com, jaf@delaneywiles.com, usdcuser@delaneywiles.com

Nikole M. Nelson    nnelson@alsc-law.org, jmeister@alsc-law.org

Clay A. Young    cay@delaneywiles.com, dml@delaneywiles.com, usdcuser@delaneywiles.com

**3:06-cv-83 Notice has been delivered by other means to:**

EXHIBIT __D__
Page __1__ of __2__

EXHIBIT *D*

Page *2* of *2*