# DELANEY WILES, INC.
## ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

CLAY A. YOUNG
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS
KEVIN L. DONLEY

ERIC A. RINGSMUTH
JONATHAN P. CLEMENT
WILLIAM R. WARNOCK
SETH L. PARTNOW

OF COUNSEL
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY

January 29, 2008

Ida Romack, Clerk of the Court
U.S. District Court
Federal Building
U.S. Courthouse
222 W. 7th Ave., Box 4
Anchorage, Alaska   99513-7564

Re:    Helen Winters v. Chugiak Senior Citizens, Inc.
Case No. 3:06-cv-00083-TMB
**Clerk's Notice - Docket No. 318**

Dear Ms. Romack:

I am writing this letter to ask about the status of the court's consideration of the question of whether Chugiak Senior Citizens, Inc. ("CSC") was the prevailing party in the U.S. District Court in connection with CSC's cost bill.  As we understand it, your determination regarding the taxation of costs was dependent upon the court's determination of prevailing party status.  We understand, perhaps incorrectly, that was to be referred by you to the court, and no further briefing or motion practice was needed.

However, some weeks have passed and perhaps we misunderstood how this was to be handled.  We would appreciate it if you could look into this and let us know whether we should be submitting a motion for determination of prevailing party status, or if the matter is being resolved in some other way.

Thank you.

Very truly yours,

DELANEY WILES, INC.

Clay A. Young

CAY:dml:dkd/138987
cc:    Sonja Kerr

EXHIBIT ___E___
Page ___1___ of ___1___