Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>            Plaintiff,<br><br>  v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>            Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 3:06-cv-00083-TMB |

## (PROPOSED) ORDER DETERMINING CSC TO BE PREVAILING PARTY FOR PURPOSES OF RULE 54(D)

This matter having come before the court this ___ day of _____, 2008, upon the motion of defendant CSC for a determination of its prevailing party status, and the records and files in this case and the memoranda of counsel having been reviewed, and good cause appearing, is therefore

ORDERED that for the purposes of Fed. R. Civ. P. 54(d)(1), CSC is the prevailing party in this court in this case. The Clerk is directed to complete the taxation of cost process.

_____     _____
Date                                Timothy M. Burgess
                                    United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of February, 2008, a copy of the above was served electronically on:

Jim Davis, Jr.
Nikole M. Nelson
Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska   99501

s/Clay A. Young
139764

(PROPOSED) ORDER DETERMINING CSC TO BE PREVAILING PARTY FOR PURPOSES OF RULE 54(D)
Winters v. Chugiak Senior Citizens, Inc., Case No. 3:06-cv-0083-TMB