Donna M. Meyers
Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
PHONE: 907-279-3581
FAX: 907-277-1331
dmm@delaneywiles.com
cay@delaneywiles.com

Attorneys for Defendant
Chugiak Senior Citizens, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>      Plaintiff,<br><br>v.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>      Defendant. | <br><br><br><br><br><br><br><br><br><br>Case No. 3:06-cv-00083-TMB |

### AFFIDAVIT OF CLAY A. YOUNG

STATE OF ALASKA   )
          )ss.
THIRD JUDICIAL DISTRICT )

  I, Clay A. Young, being first duly sworn, depose and say:

  1. I prepared the Bill of Costs and Notice of Cost Bill Hearing, and on behalf of CSC, attended the Cost Hearing on December 19, 2007.

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
99501
(907) 279-3581
FAX (907) 277-1331

2. At that hearing, I was personally served with Plaintiff's Response to Defendants' Bill of Costs, in which the plaintiff raised the issue of whether CSC was a prevailing party.

3. At that cost hearing, the Clerk indicated that the determination of who was the prevailing party was a matter for the court to decide. She said she would refer the matter to the Court without further briefing. Plaintiff concurred and did not request briefing or demand a motion.

4. On January 29, 2008, after not receiving a ruling from the Court, I prepared a letter to Ida Romack inquiring of the status of such a ruling.

5. On February 14, 2008, I received a telephone message from Ida Romack in which she indicated that there would be no ruling or determination on the prevailing party question without a motion having been filed. She indicated this was at the Court's direction.

6. Accordingly, I have prepared the within motion for determination of prevailing party status.

7. Attached to this affidavit are the following:

    a. This Court's summary judgment orders;

    b. CSC's Bill of Costs (without attachments);

    c. Notice of Cost Bill Hearing and ReNotice of Cost Bill Hearing;

    d. Clerk's Notice, electronically filed December 19, 2007; and

    e. Letter to Clerk of Court, Ida Romack, dated January 29, 2008.

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
99501
(907) 279-3581
FAX (907) 277-1331

AFFIDAVIT OF CLAY A. YOUNG
Winters v. Chugiak Senior Citizens, Inc., Case No. 3:06-cv-0083-TMB
Page 2 of 3

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Clay A. Young

SUBSCRIBED AND SWORN TO before me this 21st day of February, 2008.


_____
Notary Public in and for Alaska
My commission expires: 8-8-09

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of February, 2008, a copy of the above was served electronically on:

Jim Davis, Jr.
Nikole M. Nelson
Sonja Kerr
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, Alaska 99501

s/Clay A. Young
139757

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
99501
(907) 279-3581
FAX (907) 277-1331

AFFIDAVIT OF CLAY A. YOUNG
Winters v. Chugiak Senior Citizens, Inc., Case No. 3:06-cv-0083-TMB
Page 3 of 3