IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN WINTERS, through her Power of Attorney Carol Winters,<br><br>                Plaintiff,<br>   vs.<br><br>CHUGIAK SENIOR CITIZENS, INC.,<br><br>                Defendant. | Case No. 3:06-CV-00083 TMB<br><br>**JUDGMENT**<br>**IN A CIVIL CASE** |

   \_\_\_   **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

   _X_   **DECISION BY COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that this Court hereby REMANDS the remaining state law issues back to state court for resolution. Total costs taxed for the defendant and against the plaintiff in the amount of $6,918.78.

APPROVED:

/s/Timothy M. Burgess
   **TIMOTHY M. BURGESS**
   United States District Judge

| | |
|---|---|
| November 27, 2007 | IDA J. ROMACK |
| Date | Clerk |

```
***Judgment with costs added redistributed on 4/22/2008.
```