

RECEIVED
JUL 17 2008
CLERK, U.S. DISTRICT COURT

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 14 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HELEN WINTERS, through her power of attorney Carol Winters, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> CHUGIAK SENIOR CITIZENS, INC., <br><br> Defendant - Appellee. | No. 07-36024 <br><br> D.C. No. CV-06-00083-A-TMB <br> District of Alaska, <br> Anchorage <br><br> ORDER |

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT

By: Ann Julius
Circuit Mediator

aj/mediation

*** NOTE TO PUBLIC ACCESS USERS *** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 07/14/2008 at 12:01:18 PM PDT and filed on 07/14/2008

**Case Name:** Winters v. Chugiak Senior Citiz
**Case Number:** 07-36024
**Document(s):** Document(s)

**Docket Text:**
Order filed (Deputy Clerk: aj) Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal. This order served on the district court shall act as and for the mandate of this court.

The following document(s) are associated with this transaction:
**Document Description:** Dispositive Clerk Order Filed
**Original Filename:** 07-36024.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=07/14/2008] [FileNumber=6585615-0]
[9d7cffc8d4b1ecce5e2605ff0f364617c9969d45b2b21d4f2862e628d10bc9f1de4630a41e268a64e238d95:

**Notice will be electronically mailed to:**

Meyers, Donna M.: dmm@delaneywiles.com, dkd@delaneywiles.com

**Notice will be mailed to:**

Kerr, Sonja D., Attorney
ALASKA LEGAL SERVICES CORPORATION
Ste. 200
1016 West 6th Ave.
Anchorage, AK 99501-0000

USDC, Anchorage
District of Alaska (Anchorage)
222 West 7th Avenue
Anchorage, AK 99513-9513

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 6585615
**RELIEF(S) DOCKETED:**
  to dismiss the case

**DOCKET PART(S) ADDED:** 5704933, 5698175